AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-61047-UU |
| US STEM CELL CLINIC, LLC, US STEM CELL, INC., KRISTIN C. COMELLA and THEODORE GRADEL | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US STEM CELL CLINIC, LLC
12651 Sunrise Blvd.
Suite 104
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roger Gural
Trial Attorney, Consumer Protection Branch
450 Fifth ST NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  05/10/2018



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-cv-61047-UU |
| US STEM CELL CLINIC, LLC, US STEM CELL, INC., KRISTIN C. COMELLA and THEODORE GRADEL | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US STEM CELL, INC.
12651 Sunrise Blvd.
Suite 104
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Roger Gural
Trial Attorney, Consumer Protection Branch
450 Fifth ST NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 05/10/2018

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-61047-UU |
| US STEM CELL CLINIC, LLC, US STEM CELL, INC., KRISTIN C. COMELLA and THEODORE GRADEL | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTIN C. COMELLA
12651 Sunrise Blvd.
Suite 104
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Roger Gural
Trial Attorney, Consumer Protection Branch
450 Fifth ST NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/10/2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Maria Cruz
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br><br>US STEM CELL CLINIC, LLC,<br>US STEM CELL, INC.,<br>KRISTIN C. COMELLA<br>and THEODORE GRADEL<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 18-cv-61047-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THEODORE GRADEL
12651 Sunrise Blvd.
Suite 104
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roger Gural
Trial Attorney, Consumer Protection Branch
450 Fifth ST NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   05/10/2018

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court