**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Civil Case No.: 18-CV-61047-UU
Judge Ungaro**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**

**US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,**

    **Defendants.**

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that US Stem Cell Clinic, LLC is a privately-held corporation, that it is not wholly owned by a parent corporation, and that Defendant US Stem Cell, Inc., a publicly-held corporation, and Concrete Capital, LLC each own a 33.3% membership interest in US Stem Cell Clinic, LLC. The undersigned further certifies that US Stem Cell, Inc. has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

The undersigned further certifies that Defendants Kristin C. Comella and Theodore Gradel are individual defendants, and not corporate defendants.

Date: May 31, 2018                     Respectfully submitted,

        */s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel:  305.358.0050
Fax:  305.358.0550
*Imitrani@mitrani.com*

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2018, a true and correct copy of the foregoing Defendants' Corporate Disclosure Statement was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani

## SERVICE LIST

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*

Isaac J. Mitrani
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel:  305.358.0050
Fax:  305.358.0550
*Imitrani@mitrani.com*

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Counsel for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*