UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US STEM CELL CLINIC, LLC, *et al*.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. D.E. 20. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On July 13, 2018, the Parties filed their Joint Scheduling Report. D.E. 22. In the Joint Scheduling Report, the parties indicate that they wish discovery to be conducted in phases. D.E. 22 at 5. However, the only description of what discovery would be conducted during those phases is:

> Because the contested matters in this case involve the largely legal issues of interpreting and applying the FDCA and its implementing regulations, the Parties propose that discovery should be conducted in phases in accordance with the schedule in the Parties' Proposed Scheduling Order, attached as Ex. A. The Parties propose that the first phase of discovery will consist of Plaintiffs disclosing to Defendants documents and records related to FDA's inspections of Defendants' facilities that occurred between April 10 and May 11, 2017, as well as a round of interrogatories and requests for admission from each party to the extent necessary to address material facts in dispute. The Parties agree that a limited phase of discovery should likely enable the Parties to fully brief dispositive Motions for Summary Judgment framing these issues for the Court. An additional phase of discovery, to the extent it is even necessary to address material facts in dispute, would involve document requests and depositions.
> D.E. 22 at 4-5.

This brief description does not provide sufficient detail for the Court to be able to determine the scope of the discovery intended in each phase. Moreover, it does not adequately explain why

discovery should be conducted in phases, particularly as it states a second phase may not even be necessary. Accordingly, it is

ORDERED AND ADJUDGED that the Parties SHALL file a joint response to this Order, not to exceed five (5) pages, specifically explaining their discovery plan, what discovery they seek to conduct at each phase of the discovery process and why discovery should be conducted in phases by **Thursday, August 9, 2018 at 9:00a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ day of August, 2018.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record