# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61915-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US STEM CELL CLINIC, LLC, *et al.*

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Joseph P. Farina on February 20, 2019, at 9:00 a.m. at 600 Brickell Avenue, Suite 2600, Miami, FL 33131.

**DONE AND ORDERED** in Chambers at Miami, Florida this  11th  day of October, 2018.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc: counsel of record