**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN**

| |
|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**US STEM CELL CLINIC, LLC**, a Florida limited liability company,<br>**US STEM CELL, INC.**, a Florida profit corporation, and<br>**KRISTIN C. COMELLA** and<br>**THEODORE GRADEL**, individuals,<br><br>      **Defendants.** |

**INTERIM STATUS REPORT**

Plaintiff, the UNITED STATES OF AMERICA ("Plaintiff" or the "United States") and Defendants US STEM CELL CLINIC, LLC, US STEM CELL, INC., KRISTIN C. COMELLA, and THEODORE GRADEL ("Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through undersigned counsel hereby file this Interim Status Report pursuant to the Court's Scheduling Order for Pretrial Conference and Trial (D.E. 20).

**RESPONSES TO THE COURT'S QUESTIONS**

1. **Have all the defendants been served and answered the complaint? If not, state the reason(s) for the failure to do so.**

   All defendants have been served and answered the complaint. *See* D.E. 5, 6, 7, 8, 26.

2. **If this is a class action, has a motion for class certification been filed? If so, what is its status?**

   Not applicable.

3. **If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?**

   The Parties are proceeding with discovery in accordance with the Court's Scheduling Order For Pretrial Conference and Trial (D.E. 29) and their Joint Planning and Scheduling Report (D.E. 22), their Joint Plan For Discovery of Electronically Stored Information ("ESI") (D.E. 23) and their Joint Response to Order to Show Cause (D.E. 28). The Parties have exchanged requests for interrogatories and admissions. Responses to those requests are due by December 2, 2018. The Parties anticipate that all Phase 1 discovery will be completed by December 2, 2018. At that time, Phase 2 Discovery begins and the Parties may request documents to be produced and may serve deposition notices. *See* D.E. 29. The Parties have previously submitted to the Court their joint plan regarding discovery of electronically stored information. *See* D.E. 23.

4. **Are there any motions or discovery disputes pending? If so, indicate the status of each separately.**

   There are currently no pending motions or discovery disputes pending.

5. **Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?**

   Yes. *See* D.E. 31, 33.

6. **Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.**

   Yes. *See* D.E. 33, 34.

7. **Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.**

   The Parties engaged in extensive negotiations prior to Plaintiff filing its Complaint. Plaintiff tendered to Defendants a proposed Consent Decree outlining the terms upon which Plaintiff would agree to enter into a settlement. Counsel for Defendants tendered a formal presentation to counsel for Plaintiffs. At this juncture, it does not appear that settlement is likely.

8. **If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?**

   The Parties have conferred but do not consent to trying the case before a U.S Magistrate Judge.

DATED: November 8, 2018

By: s/ Isaac J. Mitrani
    **Isaac J. Mitrani**
    Florida Bar No. 348538
    **Mitrani, Rynor, Adamsky & Toland, P.A.**
    301 Arthur Godfrey Road, Penthouse
    Miami Beach, FL 33140
    Tel: 305.358.0050
    Fax: 305.358.0550
    eMail: Imitrani@mitrani.com


**Todd A. Harrison (admitted pro hac vice)**
  Email: taharrison@venable.com

**Todd H. Halpern (admitted pro hac vice)**
  Email: thhalpern@venable.com

**Stephen R. Freeland (admitted pro hac vice)**
  Email: srfreeland@Venable.com

**Mary M. Gardner (admitted pro hac vice)**
  Email: mmgardner@venable.com

**VENABLE LLP**
**600 Massachusetts Avenue NW**
**Washington, DC 20001**

*Attorneys for Defendants*
US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel

**Respectfully Submitted,**

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By: s/ *James A. Weinkle*
    **JAMES A. WEINKLE**
    **Assistant United States Attorney**
    Florida Bar No. 0710891
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Tel.: 305.961.9290
    Fax: 305.530.7139
    Email: James.Weinkle@usdoj.gov

**JOSEPH H. HUNT**
**Assistant Attorney General**

**JAMES M. BURNHAM**
**Deputy Assistant Attorney General**
**Civil Division**

**GUSTAV W. EYLER**
**Acting Director**
**Consumer Protection Branch**

**ALAN PHELPS**
**Assistant Director**

By: s/ *Roger J. Gural*
    **ROGER J. GURAL**
    **Trial Attorney**
    Consumer Protection Branch
    United States Department of Justice
    P.O. Box 386
    Washington, DC 20044
    Tel.: 202.307.0174
    Email: roger.gural@usdoj.gov

*Counsel for United States of America*

Of Counsel:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel

PERHAM GORJI
Deputy Chief Counsel for Litigation

MICHAEL D. HELBING
Associate Chief Counsel for Enforcement
Department of Health and Human Services
Office of the General Counsel

Of *Counsel for United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


           s/ *Roger J. Gural*
            **ROGER J. GURAL**

## SERVICE LIST

| | |
|---|---|
| Roger J. Gural<br>Trial Attorney<br>Consumer Protection Branch<br>United States Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br><br>eMail: Roger.Gural@usdoj.gov<br><br>Counsel for United States of America | Isaac J. Mitrani<br>Mitrani, Rynor, Adamsky & Toland, P.A.<br>301 Arthur Godfrey Road, Penthouse<br>Miami Beach, FL 33140<br><br>eMail: Imitrani@mitrani.com<br><br>Counsel For Defendants |
| James A. Weinkle<br>Assistant United States Attorney<br>Office of the United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>eMail: James.Weinkle@usdoj.gov<br><br>Counsel for United States of *America* | Todd A. Harrison (admitted pro hac vice)<br>   Email: taharrison@venable.com<br>Todd H. Halpern (admitted pro hac vice)<br>   Email: thhalpern@venable.com<br>Stephen R. Freeland (admitted pro hac vice)<br>   Email: srfreeland@Venable.com<br>Mary M. Gardner (admitted pro hac vice)<br>   Email: mmgardner@venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue NW<br>Washington, DC 20001<br><br>*Counsel for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel* |
| *Of Counsel for United States of America:*<br><br>Stacy Cline Amin<br>Chief Counsel<br>Food and Drug Administration<br><br>Perham Gorji<br>Deputy Chief Counsel for Litigation<br><br>Michael D. Helbing<br>Associate Chief Counsel for Enforcement<br>United States Dept. of Health and Human Services<br>Office of the General Counsel<br>White Oak 31, Room 4426A<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | |