UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61407-UU

UNITED STATES OF AMERICA,

    Plaintiff,
v.

US STEM CELL CLINIC, LLC, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon the United States' Motion for Stipulated Extension of Discovery (the "Motion"). D.E. 36. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On August 13, 2018, the Court entered its scheduling order for pretrial conference and trial, setting a discovery cutoff of February 8, 2019. D.E. 29. In the instant Motion, Plaintiff, the United States, seeks an extension until February 22, 2019 for the limited purpose of permitting Defendants to take the deposition of Dr. Carloyn Yong. D.E. 36.

Federal Rule of Civil Procedure 16(b) provides that a schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Fisher v. SP One Ltd.*, 559 Fed.Appx. 873, 878 (11th Cir. 2014) (citation omitted).

In support of its Motion, the United States explains that Dr. Carolyn Yong is Plaintiffs' FDA expert, responsible for policy development and managing internal FDA guidance documents for the FDA. D.E. 36 ¶ 6. In this capacity, Dr. Yong provided an expert report on FDA policies for Plaintiffs. The parties diligently scheduled Dr. Yong's deposition during the lapse in government funding for February 1, 2019. However on January 28, 2019, due to a

complete lack of funds, the parties were forced to postpone the deposition of Dr. Yong until February 8, 2019. D.E. 36 at 3. However, due to the ongoing effects of the shutdown and the increased workload on both Dr. Yong and the Government, the Government now asserts that it requires an extra two weeks to prepare for the deposition by Defendants. Dr. Yong's deposition is the only piece of discovery outstanding.

Given that the Government shutdown was outside of the parties' control, that the discovery extension is extremely limited to one deposition, and that Dr. Yong's deposition is the only outstanding discovery, the Court will grant the extension. However, no other extensions will be granted absent extraordinary circumstances. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 36, is GRANTED. The PARTIES SHALL have until February 22, 2019 to complete the deposition of Dr. Carolyn Yong. NO OTHER DISCOVERY IS TO BE UNDERTAKEN ABSENT COURT ORDER. **ALL OTHER DEADLINES REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of February, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record