UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-CV-61047

UNITED STATES OF AMERICA,

        Plaintiff,

v.

US STEM CELL CLINIC, LLC, a Florida
limited liability company,
US STEM CELL, INC., a Florida profit
corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,

        Defendants.

### DEFENDANTS US STEM CELL CLINIC, LLC, US STEL CELL, INC., AND KRISTIN COMELLA'S MOTION FOR SUMMARY JUDGMENT

Defendants US Stem Cell Clinic, LLC; US Stem Cell, Inc.; and Dr. Kristin C. Comella (collectively, the "Defendants")[1] respectfully move this Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in Defendants' favor. The record evidence establishes that there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law as to all of Plaintiff's claims. In support, Defendants state as follows:

Plaintiff brings this lawsuit against Defendants seeking to enforce the U.S. Food and Drug Administration's (the "FDA") purported authority to regulate a patient's own cells or tissue and, specifically, Defendants' surgical procedure, which involves the use of a patient's own stem cells (the "SVF Surgical Procedure"). Specifically, in 2001, the FDA formally expanded its regulatory

---

[1] Defendant Theodore Gradel does not join this motion for summary judgment as he has signed a consent decree, which the parties anticipate will be filed shortly for entry by the Court.

authority to extend to a person's own cells and tissues (*i.e.*, HCT/Ps).  21 C.F.R. Part 1271.  The FDA expressly exempted from its regulatory reach:

> [A]n establishment that removes HCT/P's from an individual and implants such HCT/P's into the same individual during the same surgical procedure.

21 C.F.R. § 1271.15(b) (the "SSP Exemption").

A plain reading of the unambiguous SSP Exemption demonstrates that there is no dispute that Defendants' SVF Surgical Procedure is exempt from FDA regulation as it involves HCT/Ps, transplants HCT/Ps from one area of a patient's body to another area of that same patient's body, occurs within a single outpatient procedure, and involves transplantation of unaltered HCT/Ps.  Accordingly, the undisputed material facts demonstrate that the FDA has no authority to regulate Defendants' SVF Surgical Procedure.

In the face of the clear applicability of the SSP Exemption to exclude Defendants' SVF Surgical Procedure from regulation by the FDA, the FDA has relied on a guidance document to improperly expand its regulatory power to include Defendants' SVF Surgical Procedure by limiting the applicability of the SSP Exemption.  *FDA Guidance For Industry: Same Surgical Procedure Exception under 21 CFR 1271.15(b): Questions and Answers Regarding the Scope of the Exception* (the "2017 Guidance").  This Court, however, should disregard the 2017 Guidance when considering whether Defendants' SVF Surgical Procedure is regulated by the FDA because the 2017 Guidance was promulgated in violation of the Administrative Procedure Act and is not entitled to deference under Supreme Court precedent.

WHEREFORE, for these reasons and those set forth in the accompanying Memorandum in Support and all accompanying documents therewith, Defendants request that this Court enter summary judgment in favor of Defendants as a matter of law.

Dated: March 11, 2019                    Respectfully submitted,

/s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538
Loren H. Cohen
Florida Bar No. 303879
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:    305-358-0050
Fax:    305-358-0050
imitrani@mitrani.com
lcohen@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 11, 2019, a true and correct copy of the foregoing Defendants' Motion for Summary Judgment was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

               */s/ Isaac J. Mitrani*
               Isaac J. Mitrani
               Florida Bar No. 348538
               MITRANI, RYNOR,
               ADAMSKY & TOLAND, P.A.
               301 Arthur Godfrey Road, Penthouse
               Miami Beach, FL  33140
               Tel.: 305-/358-0050
               Fax: 305/358-0050
               imitrani@mitrani.com
               dbitran@mitrani.com
               ctenn@mitrani.com
               miamidocketing@mitrani.com

               *Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*

**SERVICE LIST**

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*