**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

**CASE NO.: 18-CV-61047**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    v.

**US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,**

      **Defendants.**

**DEFENDANTS US STEM CELL CLINIC, LLC, US STEM CELL, INC. AND
KRISTIN C. COMELLA'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(f), Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella (collectively, "Defendants"), by their undersigned attorneys, file their Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, and state:

1. In 2010, certain of Defendants' employees and independent contractors—all licensed healthcare professionals—began offering the stem cell surgical procedure (the "SVF Surgical Procedure") to patients in the United States. *See* Declaration of Kristin Comella (dated Mar. 10, 2019) ("Comella Decl."), filed herewith, at ¶ 2.

1

**I.      Defendants' SVF Surgical Procedure**

2. Defendants' employees and independent contractors—licensed healthcare professionals—perform the SVF Surgical Procedure on a patient during a single outpatient procedure at a US Stem Cell Clinic, LLC Florida-based surgical clinic. *Id.* at ¶ 4.

3. During the Defendants' SVF Surgical Procedure, the healthcare professional collects a patient's stromal vascular fraction ("SVF"), which is naturally occurring in a patient's own adipose tissue, and relocates the SVF back into the same patient. *Id.* at ¶ 5 & Exh. A attached thereto.

4. During the SVF Surgical Procedure, the performing healthcare professional collects the patient's SVF cells, using a technique called "tumescent liposuction"—which permits the liposuction of the SVF, along with the fat tissue that contains it, through use of local, rather than general, anesthesia. *Id.* at ¶ 6 & Exh. A attached thereto.

5. The healthcare professional then uses surgical tools, including collagenase enzymes and a centrifuge device, to isolate the SVF cell population by removing adipocyte (fat) cells and other components of the adipose tissue. *Id.* at ¶ 7 & Exh. A attached thereto.

6. The collagenase enzymes do not create a new or entirely unrelated cell when compared to the pre-collagenase SVF cell. *See* Excerpts from the Deposition of Dr. Carolyn Yong (dated Feb. 21, 2019)) at 153:3–22, attached hereto as Exhibit 3 to the Declaration of Todd H. Halpern in Support of Defendants' Motion for Summary Judgment (dated Mar. 11, 2019) ("Halpern Decl."), filed herewith; *id.*, Exh. 2 (Rebuttal Expert Report of Dr. Elliot Lander (dated Jan. 22, 2019)) at 4 ("the collagenase enzyme effects [sic] only the collagen matrix of the adipose tissue that holds the three cell fractions of adipose (stromal, vascular, and adipocyte (fat) cells)

together . . . critically, the collagenase does not present any residual toxicity or damage to the SVF cells and is removed prior to subsequent relocation of the SVF back into the patient").

7. The centrifuge device that the healthcare professional uses during the SVF Surgical Procedure does not change or alter the individual SVF cells. *See* Halpern Decl., Exh. 3 (Excerpts from the Deposition of Dr. Carolyn Yong (dated Feb. 21, 2019)) at 167:6–9 (centrifuge is used to "separate . . . select cellular components of the adipose tissue and the structural components of the adipose"); *see also id.*, Exh. 2 (Rebuttal Expert Report of Dr. Elliot Lander (dated Jan. 22, 2019)) at 5 ("[T]he centrifuge tool helps ensure that the small part of the organ (i.e., the SVF) is available for relocation back into the patient's body during the SVF Procedure. The centrifugation process does not result in anything being added back into the patient that was not already existing in the patient's body.").

8. The healthcare professional performing the SVF Surgical Procedure then suspends the patient's SVF in a sterile saline solution, at which point it is relocated back into the patient's body. Comella Decl., ¶ 8 & Exh. A attached thereto.

9. Before removal and isolation, the patient's SVF is comprised of stromal and vascular cells, including adipose stem cells (mesenchymal stem cells), hematopoietic stem cells, pericytes, endothelial/progenitor cells, white blood cells, and fibroblasts, among other cells. Halpern Decl., Exh. 1 (Dr. Carolyn Yong's Expert Report (Dec. 21, 2018)) at 4, 11; *id.*, Exh. 2 (Dr. Elliot Lander's Rebuttal Expert Report (Jan. 22, 2019)) at 5, 10–11.

10. After removal and isolation, the patient's SVF is comprised of stromal and vascular cells, including adipose stem cells (mesenchymal stem cells), hematopoietic stem cells, pericytes, endothelial/progenitor cells, white blood cells, and fibroblasts, among other cells—with only the adipocyte (fat) cells removed. Halpern Decl., Exh. 1 (Dr. Carolyn Yong's Expert Report (Dec.

21, 2018)) at 4, 11; *id.*, Exh. 2 (Dr. Elliot Lander's Rebuttal Expert Report (Jan. 22, 2019)) at 5, 10–11.

11.     The SVF cells are HCT/Ps.  *See* Halpern Decl., Exh. 1 (Expert Report of Dr. Carolyn Yong (dated Dec. 21, 2018)) at 6 ("Adipose derived stromal vascular fraction (SVF), such as the USSCC SVF Product, is an HCT/P. . . ."); *id.*, Exh. 2 (Rebuttal Expert Report of Dr. Elliot Lander (dated Jan. 22, 2019)) at 2.

## II.    Defendants' Interactions with the FDA

12.     The FDA did not communicate with Defendants regarding the SVF Surgical Procedure from the time when the procedure was first offered to patients in the United States until 2015.  Comella Decl., at ¶ 9.

13.     In 2015, the FDA conducted an inspection of US Stem Cell Clinic, LLC over the course of six different visits.  *Id.* at ¶ 10.

14.     On December 7, 2015, the FDA issued Dr. Comella an FDA Form 483.  *Id.* at ¶ 11.

15.     Dr. Comella provided a written response to the FDA Form 483 on December 28, 2015.  *Id.* at ¶ 12.

16.     In 2017, the FDA inspected US Stem Cell Clinic, LLC over the course of seven visits.  *Id.* at ¶ 13.

17.     The FDA issued Dr. Comella another FDA Form 483 on May 11, 2017.  *Id.* at ¶ 14.

18.     Dr. Comella provided a written response to the FDA Form 483 on May 16, 2017.  *Id.* at ¶ 15.

19.     On August 24, 2017, the FDA issued Dr. Comella a Warning Letter.  *Id.* at ¶ 16.

20.     Dr. Comella responded to the FDA's Warning Letter on August 29, 2017.  *Id.* at ¶ 17.

21. Defendants sent a follow-up response to the Warning Letter through their attorneys on September 29, 2017. *Id.* at ¶ 18.

22. FDA filed the instant action against Defendants and Theodore Gradel on May 9, 2018. Dkt. No. 1.

Dated: March 11, 2019                                  Respectfully submitted,

/s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538
Loren H. Cohen
Florida Bar No. 303879
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305-358-0050
Fax:   305-358-0050
imitrani@mitrani.com
lcohen@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2019, a true and correct copy of the foregoing Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment and all accompanying declarations and exhibits thereto was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel.:    305-/358-0050
Fax:    305/358-0050
imitrani@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel*

## SERVICE LIST

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*