# EXHIBIT A



# ADIPOSE DERIVED STEM CELL ISOLATION

## A STEP-BY-STEP GUIDE

**Protocol/Checklist: Isolation of Human Adipose Derived Stem Cells**
**Patient Name:** _____

**U.S. STEM • CELL**
**T R A I N I N G**

### Reagents

| Description | Lot Number | Expiration Date |
|---|---|---|
| Cellase | | |
| Cell Wash Solution | | |

### Materials

| Plastics convenience kit | Quantity required | Lot Number | Expiration Date |
|---|---|---|---|
| 250 ml plastic beaker | 1 | | |
| 60 cc luer lock syringe | 2 | | |
| 20 cc luer lock syringe | 2 | | |
| 50 ml conical tube | 6 | | |
| 0.2μm filter | 1 | | |
| Cell Strainer | 1 | | |
| Cell Extractor | 2 | | |
| Wash bag | 1 | | |
| 18 Gauge Needle | 3 | | |

### Equipment

| Description |
|---|
| Swing-Arm Centrifuge *(set to G Force ) & (with Adapter for 50 ml conical tubes)* |
| Dry Block Incubator/Shaker |
| Bench Top Flow Hood |

*\*Check off each step once you have completed it*

☐ 1.  Dispose of all material associated with previous patients. Thoroughly clean all surface areas with alcohol.

☐ 2.  Record patient name on all 50 ml conicals and Cell Wash Solution bottle.

☐ 3.  Thoroughly spray the syringe containing the 60 ccs of lipoasirate with sterile alcohol, and place in the hood.

☐ 4.  Transfer 250 ml plastic beaker for waste into the hood.

☐ 5.  Discard infranate into the waste container.

☐ 6.  Washing
    ☐ 6.1. Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap.
    ☐ 6.2. Using the 60 cc syringe and needle, collect 60 ml of Cell Wash Solution through the septum cap.
    ☐ 6.3. Remove the needle and attach the luer lock of the 60 cc syringe to the bag and add the entire contents. Leave the luer lock connected to the bag.
    ☐ 6.4. Agitate the tissue by inverting approximately 5 times and then allow the fat to separate for a period of 2 to 4 minutes with the luer lock and syringe down.
    ☐ 6.5. Collect the fluid into the syringe being careful not to drain any fat. Flip bag and disconnect syringe. Drain fluid into waste container.

1

**Protocol/Checklist: Isolation of Human Adipose Derived Stem Cells**
**Patient Name:** _____

☐ 7. Spray four 50 ml conical tubes and transfer into the hood.  Transfer fat evenly into four 50 ml conical tubes using the large port.

☐ 8. Enzymatic digestion to break down fat tissue and release cells
    ☐ 8.1. Spray the following items with alcohol and transfer to hood: Cellase, 0.2 μm filter, 60 cc syringe and a needle.
    ☐ 8.2. Collect 50 ml Cell Wash Solution using a 60 cc syringe and needle.
    ☐ 8.3. Add approximately 4-5 ml of Cell Wash Solution to the Cellase vial through the septum cap. Invert the vial to dissolve the contents
    ☐ 8.4. Pull the entire contents back into the syringe using the needle and invert the syringe to mix thoroughly.
    ☐ 8.5. Remove the needle and attach the 0.2 μm filter
    ☐ 8.6. Express 12.5 ml of the enzyme into each of the 4 conicals.
    ☐ 8.7. Shake the conical tubes vigorously for approximately 30 seconds and place the conical tubes into the dry block at 37°C for a total of 12-15 minutes. At 6 minutes, shake the conical tubes vigorously for approximately 30 seconds.
    ☐ 8.8. After 12 minutes shake the tube vigorously for approximately 30 seconds to break up remaining tissue.

☐ 9. Centrifuge the 4 conicals at 1200g for 5 minutes.

☐ 10. Collect the stromal vascular fraction (SVF) and filtration.
    ☐ 10.1. Spray a 20 cc syringe, a needle, two 50 ml conicals, cell strainer, and a cell extractor with alcohol and transfer to the hood.
    ☐ 10.2. Collect 15 ml of Cell Wash solution using the 20cc syringe and needle.  Add to the first 50 ml conical.
    ☐ 10.3. Connect a cell extractor to the 20 cc syringe and pull up the SVF cell pellet at the bottom of the 4 tubes.
    ☐ 10.4. Transfer contents to the first 50 ml conical and mix to ensure pellets are completely broken up.
    ☐ 10.5. Place the cell strainer in the second 50 ml conical and pass the cell suspension through using the syringe and cell extractor.

☐ 11. Centrifuge conical tube at 1200g for 5 minutes.

☐ 12. Carefully aspirate the supernatant to the lowest point possible without aspirating the pelleted cells using a new 20 cc syringe and cell extractor.

☐ 13. Obtain syringe containing approximately 1-6 mls of Platelet Rich Plasma or 0.9 Normal Saline and resuspend cells using the cell extractor from above.

☐ 14. Transfer to the operating room for immediate use.

2

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 13373
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 3 of 32

# ADIPOSE DERIVED
# STEM CELL ISOLATION

## Confidentiality Notice



This training presentation is confidential and copyrighted by U.S. Stem Cell Training. It may not be reproduced, transmitted or disseminated in any form or by any means without the written permission of an authorized representative from Stem Cell Training LLC.

2

## Equipment 

- **Incubator/Dry Block:** Provides superior temperature control for stem cell incubation
- **Swing-Arm Centrifuge**





- **Portable Clean Room Hood**
  - HEPA-Filtered Laminar Flow Biological Safety Cabinet (LFBSC)
  - Provides a compact and HEPA-filtered aseptic work environment



3

## Definitions & Abbreviations

- **ADSCs**: Adipose Tissue Derived Stem Cells
- **PRP**: Platelet Rich Plasma (stem cells are suspended in PRP prior to injection)
- **SVF**: Stromal Vascular Fraction
- **MSCs**: Mesenchymal Stem Cells
- **RBCs:** Red Blood Cells
- **LFBSC**: Laminar Flow Biological Safety Cabinet
- **BPR**: Batch Production Record or Protocol
- **Supernatant:** Fluid above cell pellets

4

## Flow Hood





- **Assembly Time:** ~ 1 Hour
- **Step-by-step Bioheart Flow Hood Assembly Instructions**:
  - All items listed and numbered
  - Tools needed for assembly specified
  - Graphic representation for each step
  - Phone support provided

5

## Incubator Settings



### Set temperature dial at 37°C



It will take time to bring incubator up to temperature so do this first

Test and confirm temperature using a thermometer and conical tube with water in it

6

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 12373
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit  9 Page 6 of 32

## Supplementary Items Needed 

The stem cell kits come with everything needed to process fat tissue to produce the stem cell therapy although it is recommended that every clinic should have the following additional items available:

**Required Supplementary Items:**

| | |
|---|---|
| Gloves | Spray bottle (for isopropyl alcohol) |
| 5 mL luer lock syringes | Isopropyl alcohol |
| Box of Kim Wipes | 22 – 25 gauge needles |

**Optional Supplementary Items:**

| | |
|---|---|
| 5 extra conical tubes | Steel wire rack for 16-50 mL conical tubes |
| Lab pen for marking conical tubes | Timer for Bioheart's Stem Cell Isolation Process |
| Equipment Serial Number Card | |

7

## Isolation of Human ADSCs 



- **1** • Wash fat tissue to remove hematopoietic cells and RBCs

- **2** • Enzymatic digestion of tissue using Cellase

- **3** • Centrifugation to separate Stromal Vascular Fraction (SVF)

- **4** • Collect and filter SVF to isolate regenerative stem cells

- **5** • Centrifuge the combined SVF and prepare the SVF for final re-suspension such as PRP and loaded into the syringe(s)

8

## Important Considerations 

- Working under a laminar flow hood to avoid contamination



- Removal of red and white blood cells through centrifuging and washing
- Clean flow hood periodically during process to maintain aseptic environment
- Spray hood flaps with alcohol occasionally during the process
- Filtering and separating out the fibrous material and debris prior to reinjection

9

## Important Considerations 

- Do not let the cell extractor touch anything
- Keep everything capped under the hood when you are not using it
- Do not wave your hand over open bottles or caps, keep everything pushed to the back of the hood when not in use
- Always spray your hands and all materials with alcohol before bringing anything into the hood
- Put your hands and materials inside the hood immediately after spraying them with alcohol
- Follow each step on the instructions for use
- Keep a waste basket close to discard items with ease

10

## Adipose Extraction



Please watch the Adipose Extraction Training Video for details on how to obtain a 60 cc lipoaspirate tissue sample.



*Be sure to obtain a full **60 ccs of adipose tissue** from the patient.*

11

## Isolation of Human ADSCs



### Training Overview

1. Breakdown of each step in the isolation procedure
2. Video of each step in procedure

***Read, follow,** and **complete all steps** in the **instructions for use** for each stem cell case*



*PAY ATTENTION TO THE*
***HELPFUL HINTS & REMINDERS***
*(identified by this icon)*

12



# LINE CLEARANCE DOCUMENTATION & PREPARATION

13

## Isolation of Human ADSCs



**Reagents**

| Description | Lot Number | Expiration Date |
|---|---|---|
| Ceilase | | |
| Cell Wash Solution | | |

**Materials**

| Plastics convenience kit | Quantity required | Lot Number | Expiration Date |
|---|---|---|---|
| 250 ml plastic beaker | 1 | | |
| 60 cc luer lock syringe | 2 | | |
| 20 cc luer lock syringe | 2 | | |
| 50 ml conical tube | 6 | | |
| 0.2μm filter | 1 | | |
| Cell Strainer | 1 | | |
| Cell Extractor | 2 | | |
| Wash bag | 1 | | |
| 18 Gauge Needle | 3 | | |

**Equipment**

| Description |
|---|
| Swing-Arm Centrifuge (set to G Force ) & (with Adapter for 50 ml conical tubes) |
| Dry Block Incubator/Shaker |
| Bench Top Flow Hood |

14

## Step 1: Line Clearance



1. Dispose of all material associated with previous patients. Thoroughly clean all surface areas with alcohol.



 *Make sure to wipe down all sides of the hood!*

16

## Step 2: Documentation



2. Record patient name on all 50 ml conicals and Cell Wash Solution bottle.





16

## Step 3 - 4: Preparation



3. Thoroughly spray the syringe containing the lipoasirate with sterile alcohol and place in the hood.

4. Transfer 250 ml plastic beaker for waste into the hood.



*Uncap the plastic waste beaker and keep the toomey syringe's opening covered until it is in use*



17

## Step 5: Preparation

5. Discard invernate into the waste container.



18

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 1273
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 12 of 32



# WASH TISSUE SAMPLE

19

## Step 6: Wash Tissue Sample



**6.** Bring the cell wash bag into the hood. Open packaging using scissors and transfer immediately into the hood.

 

 *Be careful to not damage the cell wash bag with the scissors. Cut open the packaging and slide the bag directly into the flow hood*

20

## Step 6: Wash Tissue Sample



**6.1.** Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap – remove cap from cell wash bag.

  

Remove cap by pressing down on lever and then pulling the cap off.

21

## Step 6: Wash Tissue Sample



**6.1.** Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap – remove cap from cell wash bag.

  

 *Discard all used materials*

22

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 12321
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 14 of 32

## Step 6: Wash Tissue Sample



**6.2.** Using the 60 cc syringe and needle, collect 60 ml of Cell Wash Solution through the septum cap.

  

*Open the needle's packaging on the connector end and hold the needle using the packaging*

23

## Step 6: Wash Tissue Sample



**6.3.** Remove the needle and attach the luer lock of the 60 cc syringe to the bag and add the entire contents. Leave the luer lock syringe connected to the bag.

  

*Keep the syringe attached to the bag!*

24

## Step 6: Wash Tissue Sample 

**6.4.** Agitate the tissue by inverting approximately 5 times and then flip the bag upside down and allow the fat to separate for a period of 30 seconds with the luer lock and syringe down.



25

## Step 6: Wash Tissue Sample 

**6.5.** Collect the fluid into the syringe being careful not to drain any fat. Flip bag and disconnect syringe. Drain fluid into waste container.



*Press ports to break up fat clogging the ports*

26

## Step 7: Split Tissue Evenly 

7. Spray four 50 ml conical tubes and transfer into the hood. Transfer fat evenly into four 50 ml conicals using large port.

  

 *Loosen the cap on each conical tube, pour fat into two conicals and then distribute fat evenly*

27



# ENZYMATIC DIGESTION

28

## Step 8: Enzymatic Digestion 

**8.1.** Spray the following items with alcohol and then transfer them into the hood:

| 60 cc syringe | Cellase |
|---|---|
| Needle | 0.2 μm filter |

**8.2.** Collect 50 ml Cell Wash Solution using a 60 cc syringe and needle.



29

## Step 8: Enzymatic Digestion 

**8.3.** Add approximately 4-5 ml of Cell Wash Solution to the Cellase vial through the septum cap. Invert the vial to dissolve the contents



 *Be careful - do not overfill the Cellase vial!*

30

## Step 8: Enzymatic Digestion



**8.4.** Pull the entire contents back into the syringe using the needle and invert the syringe to mix thoroughly.

 *Pull up air into the syringe to prevent leakage*

**8.5.** Remove the needle and then attach the 0.2 µm filter.

 

31

## Step 8: Enzymatic Digestion



**8.6.** Express 12.5 ml of the enzyme (from 50 ml of enzyme and cell wash) into each of the four 50 ml conicals.



32

## Step 8: Enzymatic Digestion



**8.7.** Shake the conical tubes vigorously for approximately 30 seconds and place the 4 conical tubes into the dry block at 37°C for 6 minutes (total incubation time 12 minutes).



*Shake 4 conicals for 30 seconds*   *Place in incubator*   *Set the timer for 6 minutes*

⚠ *Keep the timer on hand at all times*

33

## Step 8: Enzymatic Digestion



**8.7.** Once **6 minutes** has passed, shake conical tubes vigorously for 30 seconds and set the timer for another 6 minutes.



*Shake 4 conicals for another 30 seconds*   *Place in Incubator 2nd Time*   *Set the timer for another 6 minutes*

34

## Step 8: Enzymatic Digestion 

**8.8.** After **12 minutes** shake the tubes vigorously for approximately 30 seconds to break-up remaining tissue.



35



# CENTRIFUGATION & FINAL FILTRATION

36

## Step 9: Centrifugation



**9.** Centrifuge the 4 conicals at 1200 g for 5 minutes.



Emcyte Centrifuge the conicals at **500g for 5 minutes**

37

## Step 9: Centrifugation



**9.** Centrifuge the 4 conicals at 1200g for 5 minutes by first sliding the blue adaptors up the conical until it is firmly secured at the top of the conical. Then place the conical and its adaptor into the centrifuge.



38

## Step 9: Emcyte Centrifuge 

9. Once the 4 conicals have completed centrifugation, remove the adaptors from the conical by sliding the adaptor down while using the other hand to hold the cap and twist counter clockwise (or twisting to the right as if tightening the cap).



*Be careful to twist the cap counter clockwise while removing the adaptor to ensure you do not accidentally remove the concial tube cap*

39



# FINAL FILTRATION

40

## Step 10: Collect SVF & Filter



**10.1.** Spray a 20 cc syringe, a needle, two 50 ml conicals, cell strainer, and a cell extractor with alcohol and then transfer to the hood.



 *Loosen the cap on each conical tube, before continuing*



41

## Step 10: Collect SVF & Filter



**10.2.** Collect 15 ml of Cell Wash using a 20 cc syringe and needle. Add the 15 ml of cell wash to a 50 ml conical.

  

 *Feel free to rearrange the items in the hood to make navigating in the flow hood easier*

42

## Step 10: Collect SVF & Filter 

**10.3.** Connect a cell extractor to the 20 cc syringe and pull up each SVF cell pellet at the bottom of all 4 conical tubes.

**10.4.** Transfer contents to the first 50 ml conical (that contains the 15 ml of cell wash) and mix to break up pellets





*Slide the cell extractor down the side of the conical tube to avoid touching the fat layer.*

*Obtain each cell pellet & transfer to conical tube with the 15 ml of cell wash.*

43

## Step 10: Collect SVF & Filter 

**10.5.** Place the cell strainer in the second 50 ml conical, pull up the cell suspension and pass it through the cell strainer using the syringe and cell extractor.



*Only Touch the Small Handle!*



*Fit the filter snugly into the conical. Pull up half of the cell suspension and push it through the cell strainer, then pull up and push the other half through the strainer*

44



# 2ⁿᵈ CENTRIFUGATION

45

## Step 11: Centrifugation



11. Centrifuge conical at 1200g for 5 minutes. Sliding blue adaptors up the conicals until firmly secured at the top. Pair a balance with the same volume as the solution. Place the conical and balance with adaptors into the centrifuge.

  

46

## Step 11: Centrifugation



**11.** Centrifuge 4 conicals at 1200g for 5 minutes.



Emcyte
Centrifuge
the conicals
at **500g for
5 minutes**

47

## Step 11: Emcyte Centrifuge



**11.** Once the conical has completed centrifugation, remove the
adaptor from the conical by sliding the adaptor down while
using the other hand to hold the cap and twist counter
clockwise (or twisting to the right as if tightening the cap).



 *Be careful to twist the cap
counter clockwise while
removing the adaptor to ensure
you do not accidentally remove
the concial tube cap*

48



# RESUSPENSION

49

## Step 12: Aspirate Fluid



12. Bring into the flow hood a new
    20 cc syringe and a cell extractor.
    Carefully aspirate the supernatant
    to the lowest point possible
    without touching the cell pellet.

Supernatant
Ridge of Conical
Cell Pellet



*Aspirate the supernatant in 2 parts – pull up half and
then discard, then pull up the other half and discard.*

50

## Step 12: Aspirate Fluid



12. Aspirate the first half of the fluid and discard it into the waste bucket. Place the tip of the cell extractor in the ridge of the conical, tilt the conical tube at a 45 degree angle and withdraw all the fluid, leaving the cell pellet.

 

 *Once tilted, do not un-tilt the tube until all fluid has been aspirated. Do not touch any of the cell pellet!*

81

## Step 12: Aspirate Fluid



12. Discard the supernatant into the waste basket, detach the syringe, but leave the cell extractor in the conical.

 

82

## Step 13: Resuspension



13. If re-suspending in saline, bring a 5 cc syringe, a needle, and saline (from your clinic). Obtain syringe containing approximately 1-6 mls of 0.9 Normal Saline or Platelet Rich Plasma and then resuspend cells using the cell extractor from above.



**Final Cell Pellet**

**Stem Cells Re-suspended in PRP or saline** →



53

## Step 14: Transfer to OR



14. Transfer to the operating room for immediate use.

 

54

## Step 15: Line Clearance 

**15.** Dispose of all material associated with the patient and thoroughly clean all surface areas with alcohol.



 *Make sure to wipe down all sides of the hood!*

55

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 12293
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 32 of 32