# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-CV-61047

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

US STEM CELL CLINIC, LLC, a Florida
limited liability company,
US STEM CELL, INC., a Florida profit
corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,

        Defendants.

## Rebuttal Expert Report of Elliot B. Lander, M.D., FASC

### I.    QUALIFICATIONS

I am a Board Certified Urologist and Co-Medical Director of Cell Surgical Network ("CSN"), a translational research organization dedicated to the investigation of autologous stromal vascular fraction ("SVF"). I graduated *magna cum laude* and Phi Beta Kappa from Occidental College in 1982 with Distinction in Biochemistry, after which I attended medical school at the University of California, Irvine from 1982-1986. Following medical school, I continued to study General Surgery and then Urologic Surgery at University of California Irvine, where, from 1992 to 1997, I was on staff as a Clinical Assistant Professor of Urology. During this same timeframe, I was also in practice as a partner physician at the Kaiser Permanente Medical Group.[1]

I have been elected as a Fellow of the American College of Surgeons. I also served as Chief of Urology at Eisenhower Medical Center in Rancho Mirage, California, and Chief of Surgery at John F. Kennedy Hospital in Indio, California. I have been on staff at Eisenhower Medical Center for twenty years, and also act as an Expert Reviewer in Urology for the California Medical Board. In addition to my current role as Co-Founder and Co-Medical Director of CSN, I continue to perform clinical research on liposome encapsulated agents for the treatment of interstitial cystitis.

With respect to my work with stem cells, I helped develop a simple surgical method of SVF procurement that has been used by CSN since 2010. This SVF procurement procedure is

---

[1] *See* Curriculum Vitae, Elliot B. Lander, M.D., FASC attached hereto at **Attachment 1**.

currently deployed under ten active International Review Board ("IRB") investigational protocols, which I wrote along with my partner, Mark Berman, M.D., FASC. Currently, over 10,000 patients are registered in the database.

I have written extensively on SVF and various applications of autologous SVF procedures, including several articles published in peer reviewed journals. I lecture regularly around the world on SVF science, teach physicians to use SVF safely and effectively, and peer review regenerative medicine publications for several journals.[2]

## II.    STATEMENT OF OPINIONS

Given my scientific expertise and medical experience and expertise, I have been asked to review and respond to Expert Reports submitted by the Government in this matter. In connection with this work, I reviewed various materials, including information referenced in the Government's Experts' Reports, as well as materials related to the surgical procedure performed by US Stem Cell Clinic, LLC ("USSCC") that involves the procurement of the patient's own SVF for relocation into another area of the patient's body ("SVF Procedure"). My review encompassed an evaluation of documentation detailing the surgical techniques used in USSCC's SVF Procedure, including the surgical protocol.[3] Further, I carefully reviewed the scientific literature, including human clinical study data, to evaluate the safety and effectiveness of USSCC's SVF Procedure. Finally, I considered the techniques and outcome measures of USSCC's SVF Procedure relative to other surgical procedures involving human stem cells to assess the safety and efficacy of the SVF Procedure compared to other commonly-performed surgical procedures involving stem cells.

Based on my review of this information, and for the reasons discussed below, I believe with a reasonable degree of medical certainty that, contrary to the opinions of the Government's Experts: (1) the patient's SVF cells that are collected in the performance of USSCC's SVF Procedure do not undergo any changes before those same SVF cells are subsequently relocated back into the patient's body; and (2) the use of SVF in surgical procedures is safe and well-tolerated.

### A.    USSCC's SVF Procedure is a Surgery involving the Patient's Unique SVF Cells

USSCC's SVF Procedure is a medical service that involves the relocation of a patient's own SVF during a single outpatient surgical procedure, performed at a USSCC clinic by a licensed healthcare professional ("HCP"). As suggested by its name, a "stromal vascular fraction" is a fraction – or part of – adipose tissue. Specifically, SVF is comprised entirely of a population of various stromal and vascular cells derived from the patient's adipose tissue, including adipose stem cells (also known as "mesenchymal stem cells"), hematopoietic stem cells, pericytes, endothelial/progenitor cells, white blood cells, and fibroblasts. Obtaining these SVF cells merely requires separating the stromal and vascular cell populations (*i.e.,* "fractions") from the adipocyte (fat) cell population ("fraction") of the patient's adipose tissue.

---

[2] *Id.*
[3] *See* US Stem Cell Clinic, LCC, A Step-by-Step Guide, attached hereto as **Attachment 2**.

USSCC's SVF Procedure is designed to provide a regenerative effect to the patient's body using the stromal and vascular cells' innate biological function to heal and repair tissue. Indeed, as discussed in detail in Section II.B below, the stromal and vascular cells in adipose tissue have profound regenerative properties.[4]

To collect the patient's SVF cells, the HCP uses "tumescent liposuction" of the patient's adipose tissue. Next, the unwanted adipocyte fraction is separated from the desired SVF (stromal and vascular fractions) using routine surgical tools—namely, collagenase and a FDA 510(k)-cleared centrifuge device. As described below, the collagenase breaks down the collagen strands that hold the adipocyte, stromal and vascular cells together in the adipose tissue—it does not, however, break down or otherwise impact any of these cells.[5] Finally, the SVF is suspended in a sterile saline solution so that the SVF can be relocated back into the patient's body in a specific area of need. In short, USSCC offers a medical service to its patients that has the effect of assisting in the body's natural ability to repair itself.

Importantly, the abovementioned surgical techniques employed by USSCC involve relocation of the very same SVF cell population that *previously existed* in the patient's body, not the creation or manufacture of any new "product" for introduction into the body. This is in stark contrast to FDA-regulated drug/biologic products, such as CAR-T therapies, that rely on collection of a patient's cells, addition of a novel gene therapy in a laboratory, and subsequent growth of the new product (*i.e.*, stem cells + gene addition) for transplant back into the patient.[6] USSCC's SVF Procedure, in contrast, does not involve adding any novel gene therapies to a patient's cells.

Rather, in the case of USSCC's SVF Procedure, the stromal and vascular cells taken out of the patient in the performance of the procedure are the same cells that are put back into the patient. As explained in Section II.B below, the SVF cells are non-engineered (*i.e.,* not changed) but merely collected from the patient's body using surgical tools in the operating room (not a laboratory) to separate them from the adipose tissue.

Moreover, unlike manufactured drugs, the SVF Procedure does not require USSCC to produce any cellular- or tissue-based product to uniform specifications for strength, quality and purity. While safety and efficacy considerations require that drug products be manufactured in a uniform manner for use in various patients, uniform processing is not necessary (nor for that matter feasible) with the SVF Procedure. Rather, the cell population used in the SVF Procedure is unique to each patient, including the specific stem cell count. The outcomes of the SVF Procedure are also uniquely based on the patient's own tissue and cannot be replicated across patients. And, unlike drug products which are provided based on an established effective dose, the patient's own

---

[4] *See* Section II.B *infra* pages 4-8 (providing a detailed discussion of the regenerative properties of the stromal and vascular cell population contained in adipose tissue); *see also* Kershaw EE & Flier JS. *Adipose tissue as an endocrine organ.* J Clin Endocrinol Metab. 2004 Jun; 89(6):2548-56 (hereinafter cited as "Kershaw Paper" attached hereto as **Attachment 3**); Coelho M et al. *Biochemistry of adipose tissue: an endocrine organ.* Arch Med Sci. 2013; 9, 2: 191-200, at 191 (hereinafter cited as "Coelho Paper" attached hereto as **Attachment 4**).

[5] *See* Section II.B *infra* pages 4-8 (noting that collagenase does not affect any stromal, vascular, or adipocyte cells).

[6] For example, CAR-T therapies involve extraction of patient's T-cells and subsequent addition in a laboratory of a novel special receptor gene (*i.e.*, chimeric antigen receptor (CAR)) introduced by a virus into the T-cells to create an entirely new biologic product—one that had not previously existed in the patient's body. Large numbers of the CAR T-cells are grown in the laboratory and, ultimately, this novel, patentable, biologic product is given to the patient via infusion.

stem cells function to effect repair of damaged tissues in the body.[7]  The *only* feature SVF shares with traditional FDA-regulated biologic drug products, such as CAR-T therapies, is that the stromal and vascular fractions are from a live source.

### B.  USSCC's SVF Procedure Does Not Alter the Characteristics of the Patient's SVF Cells

#### i.  USSCC Uses Surgical Tools to Collect and Relocate the Patients Preexisting SVF cells

Dr. Yong suggested in her Expert Report that the SVF extracted by USSCC in performance of the procedure undergoes significant processing, however that is not the case.  Instead, based on my review of USSCC's surgical protocols, USSCC simply extracts the patient's SVF cells, and uses limited surgical tools to remove the unwanted remains of the adipose tissue (*i.e.*, adipocyte fraction) before relocating the same SVF cell population back into the same patient.

As an initial matter, it is the SVF contained in the patient's adipose tissue that USSCC's SVF Procedure targets for collection from the patient, as the stromal and vascular fractions contain the patient's regenerative cells to heal the body.[8]  Indeed, as explained in a 2018 study by Kilinc et al., of which I am also an author, "[a]dipose-derived stem cells ["ADSC"] have regenerative potential and exhibit anti-inflammatory, immunomodulatory, and pro-angiogenic effects [and] [b]ecause of these distinctive characteristics, SVF, which includes ADSC, holds a great promise in regenerative medicine . . ."[9]  For that reason, the relevant cell population at issue in USSCC's SVF Procedure is the SVF.

The patient's SVF is collected via tumescent liposuction of the adipose tissue, after which USSCC cleans and separates the SVF from the unwanted adipocyte fraction (*i.e.*, waste) using the surgical tools of collagenase and centrifugation.  More specifically, collagenase is used in the SVF Procedure to help eliminate unnecessary adipocytes waste that surround the SVF.  Importantly, the collagenase enzyme effects *only* the collagen matrix of the adipose tissue that holds the three cell fractions of adipose (stromal, vascular, and adipocyte (fat) cells) together.[10]  The collagenase does not, however, break or digest any cells.[11]  Further, and critically, the collagenase does not

---

[7] *See, e.g.*, Gimble JM, Katz AJ, Bunnell BA. *Adipose-derived stem cells for regenerative medicine*. Circ Res. 2007;100:1249-1260; Bellows CF, Zhang Y, Chen J, Frazier ML, Kolonin MG. *Circulation of progenitor cells in obese and lean colorectal cancer patients*. Cancer Epidemiology Biomarkers & Prevention. 2011;20:2461-2468; Bellows CF, Zhang Y, Simmons PJ, Khalsa AS, Kolonin MG. *Influence of bmi on level of circulating progenitor cells. Obesity*. 2011; 19: 1722-1726.

[8] *See, e.g.*, Kilinc MO et al. *The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy*. Clin Transl Med. 2018, 7: 5 (hereinafter cited as "Kilinc Paper" attached hereto as **Attachment 5**); Hematti P & Keating A (2013) *Mesenchymal stromal cells in regenerative medicine: a perspective. Mesenchymal stromal cells: biology and clinical applications*. Human Press, New York; Kokai LE, Marra K, Rubin JP (2014) *Adipose stem cells: biology and clinical applications for tissue repair and regeneration*. Transl Res 63:399–408.

[9] Kilinc Paper, **Attachment 5** at 2.

[10] *See, e.g.*, Autengruber A et al. *Impact of enzymatic tissue disintegration on the level of surface molecule expression and immune cell function*. Eur J Microbiol and Immunol, 2, pp. 112-120 (2012) (noting that, unlike dispase, collagenase does not have any significant effects on tissue disintegration).

[11] *See* Sakaguchi Y et al. *Suspended cells from trabecular bone by collagenase digestion become virtually identical to mesenchymal stem cells obtained from marrow aspirates*. Blood J Org., 2004 104: 2728-2735 (noting that "suspended

4

present any residual toxicity or damage to the SVF cells[12] and is removed prior to subsequent relocation of the SVF back into the patient.[13]

Likewise, USSCC's use of an FDA 510(k)-cleared centrifuge helps clean and size the SVF so that only the desired SVF component is available for relocation back into the patient. Notably, centrifugation is used in numerous surgical procedures, including bone marrow aspirate for regenerative purposes, where the device's effect in separating cells and tissue does not subject these procedures to FDA regulation.[14] Similarly, in USSCC's SVF Procedure, the centrifuge tool helps ensure that the small part of the organ (*i.e.*, the SVF) is available for relocation back into the patient's body during the SVF Procedure. The centrifugation process does not result in anything being added back into the patient that was not already existing in the patient's body.

Finally, it is critical to note that the surgical tools used by USSCC to wash and separate the SVF cells from the adipocyte cell fraction do not change the physical form of the SVF cells. The stromal and vascular cells remain unchanged from their original liquid cellular form. Similarly, the adipocyte cell fraction (the remaining fat) is unchanged from its original foamy structural form, but is discarded as waste after separation from the stromal and vascular cell fractions. USSCC's surgical techniques do not convert any adipose fraction from structural to liquid, rather, it is the process of removing excess adipocyte debris that leaves behind a liquid cellular SVF component (essentially identical to bone marrow aspirate) that is replete with regenerative properties.[15]

### ii. The Original Regenerative Characteristics of the Patient's SVF Cells Do Not Change

Dr. Yong takes the position that the original structural characteristics of cushioning and support of adipose tissue are changed through the performance of USSCC's SVF Procedure.[16] This conclusion, however, is an inaccurate over simplification of the cellular make up of adipose tissue and the regenerative characteristics of the SVF contained in adipose. Dr. Yong recognizes that SVF contained in adipose tissue is comprised of various cell types including pre-adipocytes and vascular endothelial cells—both of which are stem cells—and also admits that adipose tissue has multiple functions including regenerative functions.[17] Yet, her Expert Report fails to properly consider the functions of adipose tissue and the cells that comprise it. Those functions include

---

cells from trabecular bone by collagenase digestion were virtually identical to mesenchymal stem cells obtained from marrow aspirates").

[12] *See* Chang H et al. *Safety of adipose-derived stem cells and collagenase in fat tissue preparation.* Aesthetic Plast Surg. 2013 Aug; 37(4):802-8 ("no toxicity resulting from residual collagenase or tumorigenicity associated with the ADSCs [adipose derived stem cells] was observed").

[13] Confirmation that collagenase is washed out (*i.e.,* removed) from the SVF is evidenced by simple assay. *See*, e.g., Berman M & Lander E. *A prospective safety study of autologous adipose-derived stromal vascular fraction using a specialized surgical processing system.* American J of Cosmetic Surg. 2017:1–14, at 8-9 (hereinafter cited as "Safety Study" attached hereto as **Attachment 6**).

[14] FDA has indicated that use of a centrifuge to remove debris from the desired cells or tissue does not constitute processing that would subject cells or tissue to regulation as a drug. *See* FDA Guidance, *Same Surgical Procedure Exception under 21 CFR 1271.15(b): Questions and Answers Regarding the Scope of the Exception* (Nov. 2017).

[15] Autologous bone marrow aspirate for regenerative purposes is used routinely in surgery without FDA regulation as a drug product.

[16] *See* Export Report of Carolyn Yong, Ph.D., dated December 21, 2018, at 4, 9-10 (hereinafter cited as "Yong Report").

[17] *See* Yong Report at 6.

regenerative tissue repair and healing, insulation, metabolic properties and energy storage, and complex endocrine properties.

For example, as explained by Coelho, adipose tissue "is no longer considered to be an inert tissue that stores fat . . . [t]his dynamic tissue is composed not only of adipocytes, but also of other cell types called the stroma-vascular fraction, comprising blood cells, endothelial cells, pericytes and adipose precursor cells among others."[18]  Likewise, Kershaw emphasizes that "adipose tissue is a complex, essential, and highly active metabolic and endocrine organ. . . [that] not only responds to afferent signals from traditional hormone systems and the central nervous system but also expresses and secretes factors with important endocrine functions."[19]  In fact, adipose has endocrine properties to such an advanced degree that The Endocrine Society[20] considers fat to be an "endocrine organ" as opposed to a simple fat storage organ that was traditionally understood.[21] As also explained by Kershaw, "adipose tissue is integrally involved in coordinating a variety of biological processes including energy metabolism, neuroendocrine function, and immune function."[22]

Importantly, adipose has the highest number of regenerative cells of any tissue in the body by weight.[23]  While Dr. Yong's report includes images of adipose tissue via electron micrograph,[24] these images are outdated as electron micrograph technology does not show the most critical regenerative cells.[25]  As explained in a publication by Birbrair, "until recently, light and electron microscopy were the only techniques able to visualize [pericytes] and pericytes distinct from vascular smooth muscle cells. . . perivascular fibroblasts, juxtavascular microglia and other perivascular cells could not be identified precisely."[26]  Through the use of updated photo imaging techniques, the structure of adipose tissue is now understood as a complex combination of (1) stromal connective tissue with pre-adipocytes (progenitor stem cells); (2) adipocytes (fat cells); and (3) a complex vascular network that includes the very important pericyte cells which represent mesenchymal stem cells.[27]  There is a significant amount of published literature devoted to the

---

[18] Coelho Paper, **Attachment 4.**

[19] Kershaw Paper, **Attachment 3**; *see also* Coelho Paper, **Attachment 4**.

[20] The Endocrine Society has 18,000 members and serves "as the primary professional home for endocrine scientists and clinical practitioners."   *See About the Endocrine Society* (last visited Jan. 21 2019), *available at* https://www.endocrine.org/about-us.

[21] *See* Kershaw Paper, **Attachment 3**.

[22] *Id.* at 191.

[23] *See* Mizuno H & Hyakusoku H. *Fat grafting to the breast and adipose-derived stem cells: recent scientific consensus and controversy*. Aesthet Surg J. 2010 May-Jun;30 (3):381-7 at 385 (noting that "studies have shown that 1 g of adipose tissue yields approximately 5 x $10^8$ stem cells, which is 100 – 500 times greater than the number of mesenchymal stem cells (MSC) in 1 g of bone marrow"); *see also* Kitigawa Y et al. *History of discovery of human adipose-derived stem cells and their clinical application*. Jpn. J Plast Reconstr Surg 2006; 49; 1097-1104.; Fraser JK, Wulur I, Alfonso Z, Hendrick MH. *Fat tissue; an underappreciated source of stem cells for biotechnology*. Trends Biotechnol 2006:24:150-154.

[24] *See* Yong Report at 5.

[25] *See, e.g.*, Birbrair A et al. *Pericytes at the intersection between tissue regeneration and pathology*. Clin Sci (Lond). 2015 Jan 1; 128(2): 81–93.

[26] Birbrair A et al. *Pericytes at the intersection between tissue regeneration and pathology*. Clin Sci (Lond). 2015; 128(2): 81–93.

[27] *See* Photos of Adipose Tissue from Lipogems Co. attached hereto as **Exhibit 1**.  Indeed, there are hundreds of publications discussing the role of pericytes as stem cells. *See, e.g.*, Birbrair A et al. *Role of pericytes in skeletal muscle regeneration and fat accumulation*. Stem Cells Dev. 2013 Aug 15; 22(16): 2298–2314; Hardy WR et al. *Transcriptional networks in single perivascular cells sorted from human adipose tissue reveal a hierarchy of*

various stem cells found in adipose tissue, and particularly the connective tissue in adipose tissue, especially the blood vessels (pericytes) intimately branching through the tissue.[28]

Because of its stem cell composition, adipose tissue contains cells that have multiple purposes critical for the development of new blood vessels, more fat, cartilage, muscle, nerves, and other subcutaneous tissues. The widespread healing system in adipose tissue is important for repair of the body that suffers injury, trauma, and disease. Fat also surrounds vital organs and supports healing in this manner. Most of the important mesenchymal stem cells come from vascular fractions, which include the pericytes that are found along blood vessels and also the endothelial progenitors found inside blood vessels.[29] Stem cells are also found around fat globules (the stromal fraction).

There is abundant literature dedicated to these important regenerative cells and the properties of adipose due to the SVF cell population. For example, adipose contains stem cells capable of repairing and regenerating damaged tissues such as irradiated skin, alleviating fibrotic changes, improving mobility and vitality, and repairing structures such as hair follicles and lymphatics.[30] The adipose stem cells also serve as progenitors of cells which contribute to the vascular network formation and vascular structures.[31] Importantly, the adipose stem cells serve a role shared by stem cells located in nearly all body tissues, including bone marrow, and their vascular functions serve a homologous regenerative function to that already present in the adipose tissue.[32] Indeed, omental fat is called the "policeman of the abdomen"[33] and medical students are taught in basic general surgery that the omental fat accelerates healing. A general surgeon wraps omental fat around a surgical bowel anastomosis to accelerate healing and prevent infection (not as a cushion).

---

*mesenchymal stem cells*. Stem Cells. 2017 May; 35(5):1273-1289; Hindle P et al. *The infrapatellar fat pad as a source of perivascular stem cells with increased chondrogenic potential for regenerative medicine*. Stem Cells Transl Med. 2017 Jan; 6(1):77-87; Kim EJ et al. *Platelet-derived growth factor receptor-positive pericytic cells of white adipose tissue from critical limb ischemia patients display mesenchymal stem cell-like properties*. Clin Orthop Surg. 2017 Jun; 9(2):239-248.

[28] *See id.*

[29] *See id.*

[30] *See, e.g.*, Gimble JM, Katz AJ, Bunnell BA. *Adipose-derived stem cells for regenerative medicine*. Circ Res. 2007; 100:1249-1260; Bellows CF, Zhang Y, Chen J, Frazier ML, Kolonin MG. *Circulation of progenitor cells in obese and lean colorectal cancer patients*. Cancer Epidemiol Biomarkers Prev. 2011; 20:2461-2468; Bellows CF, Zhang Y, Simmons PJ, Khalsa AS, Kolonin MG. *Influence of bmi on level of circulating progenitor cells*. Obesity. 2011; 19:1722-1726.

[31] *See, e.g.*, Traktuev DO et al. *A population of multipotent CD34-positive adipose stromal cells share pericyte and mesenchymal surface markers, reside in a periendothelial location, and stabilize endothelial networks*. Circ Res. 2008; 102:77-85; Traktuev DO et al. *Robust functional vascular network formation in vivo by cooperation of adipose progenitor and endothelial cells*. Circ Res. 2009; 104:1410-1420; Merfeld-Clauss S, Gollahalli N, March KL, Traktuev DO. *Adipose tissue progenitor cells directly interact with endothelial cells to induce vascular network formation*. Tissue Eng Part A. 2010; 16:2953-2966; Merfeld-Clauss S et al. *Adipose stromal cells differentiate along a smooth muscle lineage pathway upon endothelial cell contact via induction of activin A*. Circ Res. 2014; 115:800-809.

[32] *See, e.g.*, Crisan M et al. *A perivascular origin for mesenchymal stem cells in multiple human organs*. Cell stem cell. 2008; 3:301-313.

[33] *See, e.g.*, Liebermann-Meffert D. *The greater omentum: anatomy, embryology, and surgical applications*. Surg Clin North Am. 2000 Feb; 80(1):275-93.

In short, regeneration and repair (rather than cushioning) may be one of the most important functions of adipose and likely why there are 100-1000 times more repair cells (stem cells) found in adipose tissue than in an equivalent volume of bone marrow.  SVF maintains these natural properties of the adipose tissue that were always present and always intended for the purpose of repair.

In light of the above, I believe to a reasonable degree of medical certainty that the SVF that is injected back into the patient during USSCC's SVF procedure contains the same cells that were extracted from the patient's body, and those SVF cells continue to perform their innate function of healing and repair in the body as they did prior to USSCC's SVF Procedure.

## C. The Use of SVF in Surgical Procedures is Safe and Well-Tolerated

### i. Scientific Literature Demonstrates the Safety of Autologous SVF

An evaluation of the scientific literature reveals that autologous use of SVF surgical procedures have a robust safety profile.  For example, in a review of over 1000 human clinical trials on stem cells, the authors found no publications suggesting evidence of patient harm associated with autologous stem cell treatment for regeneration.[34]  Additional confirmation of safety with respect to autologous treatment with mesenchymal stem cell transplants, including those used in the performance of SVF surgical procedures, is evidenced in numerous publications throughout the scientific literature.[35]  For example, as stated in a 2015 study by Michalek evaluating the safety and efficacy of SVF in patients:

> [T]here is strong previously documented clinical evidence of safety of autologous non-manipulated or minimally manipulated cell therapies. In the first decade of the 21st century, more than 17,000 scientific articles involving 2,724 cell therapy clinical trials were published. These results include 323,000 patients treated with more than 675,000 cell therapy units. The treatments were very safe and often very effective in the treatment of various diseases with the potential to significantly improve health worldwide.[36]

---

[34] Van Pham P. *Clinical trials for stem cell transplantation: when are they needed?* Stem Cell Res Ther. 2016; 7:65.
[35] *See, e.g.*, Michalek J et al. *Autologous adipose tissue-derived stromal vascular fraction cells application in patients with osteoarthritis: a case control prospective multi-centric non-randomized study.* Glob Surg, 2017; 3(3): 1-9 (hereinafter cited as "Michalek Study" attached hereto as **Attachment 7**); Guo J et al. *Stromal vascular fraction: a regenerative reality? Part 2: mechanisms of regenerative action.* J Plast Reconstr Aesthet Surg. 2016; 69(2):180-188; Nguyen A, Guo J, Banyard DA, et al. *Stromal vascular fraction: a regenerative reality? Part 1: current concepts and review of the literature.* J Plast Reconstr Aesthet Surg. 2016; 69(2):170-179; Benoit E, O'Donnell TF, Patel AN. *Safety and efficacy of autologous cell therapy in critical limb ischemia: a systematic review.* Cell Transplant. 2013; 22(3):545-562; Ma XR et al. *Transplantation of autologous mesenchymal stem cells for end-stage liver cirrhosis: a meta-analysis based on seven controlled trials.* Gastroenterol Res Pract. 2015; Sun X, Ying J, Wang Y, et al. *Meta-analysis on autologous stem cell transplantation in the treatment of limb ischemic.* Int J Clin Exp Med. 2015;8(6):8740-8748; Van Pham P. *Clinical trials for stem cell transplantation: when are they needed?* Stem Cell Res Ther. 2016;7:6; *autologous bone marrow-derived stem cell transplantation in patients with type 2 diabetes mellitus: a randomized placebo-controlled study.* Cell Transplant. 2014;23(9):1075-1085; Kilinc OM et al. *The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy,* Clin Trans Med. 2018; 7:5.
[36] Michalek Paper, **Attachment 7** at 8).

The scientific literature is consistent with my 2017 published prospective safety study evaluating 1698 autologous use SVF procedures performed between 2011 and 2016 ("Safety Study").[37]   More specifically, the Safety Study analyzed adverse events associated with SVF procedures to evaluate safety as a primary objective and secondarily efficacy of SVF deployed through intra-articular injections and intravenous infusions for a variety of orthopedic and non-orthopedic conditions.   Importantly, the study focused on SVF procedures that used similar methods and protocols as USSCC's SVF Procedure.   The Safety Study data revealed (i) a very low number of reported adverse events following the SVF procedures and (ii) a reduction in pain ratings after 6 months or more across a variety of musculoskeletal diseases and improvements in a variety of other degenerative conditions.   For example, in response to a patient-reported questionnaire regarding the occurrence of adverse events attributed by the patient, 515 respondents (98.1%) answered with "no."[38]   Similarly, the rate of any severe reaction to the SVF procedure was reported by patients at extremely low numbers, 0.1% - 2.0% of respondents, and such responses were primarily related to pain during the liposuction portion of the SVF procedure.[39]  Importantly, no severe infections, allergic reactions, pulmonary embolic, or deep vein thromboses were reported following the SVF procedures.

These robust findings of the Safety Study are in line with animal studies on SVF therapy.  Indeed, SVF has been extensively used as a regenerative therapy in animals, particularly dogs and racehorses, with excellent safety and efficacy.[40]   For example, numerous veterinary patients have received intra-articular autologous SVF to mitigate arthritis and orthopedic injuries successfully.[41]  Finally, it should be noted that CSN now has a 10,000 patient database that tracks safety and efficacy of SVF procedures, and to date, the reports of any concerns regarding the SVF procedures are extremely low.

Based on my review of the scientific literature and my involvement in a prospective safety analysis of SVF procedures using the same techniques as USSCC's, I conclude that USSCC's SVF Procedure is safe for patients.

## ii.   *Dr. Lapteva's Safety Assessment is Not Supported by the Science*

While Dr. Larissa Lapteva's evaluation of the safety of USSCC's SVF Procedure attempts to raise doubt as to the safety of USSCC's SVF Procedure,[42] her conclusions are not supported by a detailed review of the scientific literature and are not medically accurate.  As an initial matter, in evaluating the scientific literature to assess the safety and efficacy of the SVF Procedure, Dr. Lapteva omitted two of the most robust publications in the world on the use of SVF in human orthopedics—the 2017 Safety Study[43] and the 2017 Michalek Study,[44] each of which found no

---

[37] *See* Safety Study at **Attachment 6**.
[38] *Id.* at 8.
[39] *Id.*
[40] *See, e.g.,* Black LL, Gaynor J, Gahring D, et al. *Effect of adipose-derived mesenchymal stem and regenerative cells on lameness in dogs with chronic osteoarthritis of the coxofemoral joints: a randomized, double-blinded, multicenter, controlled trial*. Vet Ther. 2007; 8(4):272-284.
[41] *Id.*
[42] *See* Export Report of Larissa Lapteva, M.D., dated December 21, 2018.
[43] *See* Safety Study, **Attachment 6**.
[44] *See* Michalek Study, **Attachment 7**.

evidence of safety concerns with SVF procedures.  The failure to consider these peer-reviewed publications calls into question the rigor of Dr. Lapteva's review.

Additionally, Dr. Lapteva's analysis of potential toxicity concerns is not medically accurate.  More specifically, while Dr. Lapteva attempts to suggest that USSCC's SVF Procedure could present potential risks of pulmonary embolism, Dr. Lapteva's conclusion is not well founded because it relies on studies of cultured mesenchymal stem cells ("MSC"), not SVF.  For example, Dr. Lapteva's evaluation of the Jung study involved a family with a familial hypercoagulability (prone to pulmonary embolism) problem in Korea, and the stem cells they received were cultured stem cells, not SVF.  For this reason, the findings of the Jung study cannot be relied upon to analyze the safety of USSCC's SVF Procedure.  Dr. Lapteva's evaluation of a second study, Tatsumi, likewise refers to a patient who had stem cell transplantation and had a fatal PE; again however, that patient received cultured MSC and not SVF.[45]  The authors of that publication also noted that the pro-coagulant activity in the sample was only present in cultured cells, while the fresh uncultured adipose derived cells (similar to SVF) they evaluated did not have this problem.[46]  Accordingly, this publication is not relevant.  Additional articles cited by Dr. Lapteva likewise involved treatments unrelated to SVF deployment.[47]

MSC cell therapy and SVF deployment are entirely different cell therapy treatments and should not be confused with each other.  For example, MSC cells are occasionally autologous but mostly allogeneic (*i.e.*, from another person), whereas SVF is nearly always autologous, as is the case with USSCC's SVF Procedure.  Further, MSC cell lines are cultured in a laboratory to represent a single lineage of cells, while SVF has four different types of stem cells[48] in a unique number per individual.  Finally, not all MSCs are the same: MSC lines contain MSC cells that are grown in culture broth containing growth factors and may have different biochemical and histologic (microscopic appearance) characteristics compared to the fresh progenitor MSC cells identified as one of the components of SVF.

For these reasons, studies using MSC lines for cell therapy cannot be used to evaluate the safety of SVF Procedures.  Indeed, I am not aware of any cases in the world of pulmonary embolism due to an SVF Procedure.  There have been tens of thousands of patients who have had SVF Procedures and the incidence of pulmonary embolism with routine abdominal surgery is 0.64%, suggesting that SVF may in fact be protective against pulmonary embolism.

Dr. Lapteva also makes reference to alleged serious neurological complications based on her finding that one SVF procedure patient had elevated CSF fluid protein and multiple medical problems with urinary tract infection.  There is absolutely no evidence, however, that this was

---

[45] *See* Tatsume K et al. *Tissue factor triggers procoagulation in transplanted mesenchysmal stem cells leading to thromboembolism*. Biochem Biophys Res Commun. 2013; 431(2) 203-209.

[46] *Id*.

[47] *See, e.g.*, Lalu MM et al. *Safety of cell therapy with mesenchymal stromal cells (SafeCell): a systematic review and meta-analysis of clinical trials*. PLoS One. 2012; 7(10) (retrospective review of MSC injections); Staff NP et al. Safety of intrathecal autologous adipose-derived mesenchymal stromal cells in patients with ALS. Neurology. 2016 Nov; 87(21) 2230-2234 (expanded MSC therapy); Hur JW et al. Intrathecal transplantation of autologous adipose-derived mesenchymal stem cells for treating spinal cord injury: A human trial. J Spinal Cord Med. 2016 Nov; 39(6) 655-664 (expanded MSC cells).

[48] The four types are: MSC, pericytes, endothelial progenitor, and hematopoietic stem cells. *See* Kilinc Paper, **Attachment 5**.

10

related to treatment with SVF deployment. Further, her discussion of the Pak publication regarding tendonitis effects involved a patient that received SVF mixed with platelet rich plasma—comingling therapies may cause potential side effects. Accordingly, it is inaccurate for Dr. Lapteva to jump to the conclusion that SVF treatment would cause or raise the risk of these medical concerns. Finally, her discussion of possible retina detachment is not supported by the scientific literature, and the exact etiology of the retina detachments is yet to be adjudicated and elucidated.

In short, Dr. Lapteva has not shown any cause and effect or given a medical or physiologic reason as to why or how SVF would have caused any of the serious complications she described in her Export Report. Indeed, most of the toxicity reports cited by Dr. Lapteva involved treatments other than SVF, and certain publications in fact support the safety of SVF. In light of my evaluation of Dr. Lapteva's report, I find that the conclusions reached by Dr. Lapteva as to the safety of USSCC's Procedure are not grounded in an accurate or robust review of the scientific literature.

### iii. Robust Safe Surgical Practices Help Ensure Patients' Safety

The absence of safety concerns attributable to SVF procedures, including USSCC's SVF Procedure, is not surprising based on my evaluation of the medical standards and state regulatory requirements that are in place to help ensure patient safety. While the SVF Procedure is not performed in accordance with the good manufacturing practices (GMP) requirements applicable to mass produced drug products, there are nevertheless numerous protocols and precautions in place to ensure the patients' safety.

For example, as a board certified surgeon, I can attest to the rigor of various state medical board requirements to which surgeon's must adhere in order to prioritize patient safety. Additionally, accepted safe surgical practices for SVF development are published in the scientific literature to help provide guidance as to the safety of surgical techniques for this procedure. In fact, I routinely help train surgeons in the safe performance of SVF procedures.

With respect to USSCC's SVF Procedure, the procedure is performed under proper surgical conditions. Further, USSCC's SVF Procedure is subject to regulation by the Florida Board of Osteopathic Medicine which classifies various "levels" of office surgery[49] and for which the Florida Department of Health has established administrative rules governing the standard of care, requirements for training and equipment, and standards for anesthesia and liposuction procedures.[50] Florida statutes also reflect standards and other requirements relating to the practice of osteopathic medicine.[51] Finally, medical literature contains information useful to stem cell therapy clinics with respect to appropriate processing controls for stem cell therapy transplants.

In short, based on my review of the scientific literature, including my evaluating of the studies presented in Dr. Lapteva's Expert Report, as well as the surgical processes and procedures

---

[49] *See* Florida Board of Medicine "What are the Different Levels of Surgery" *available at* http://flboardofmedicine.gov/help-center/what-are-the-different-levels-of-surgery/.
[50] *See* Florida Dept. of Health, Board of Medicine, Rule 64B8-9.009, *Standard of Care for Office Surgery available at* https://www.flrules.org/gateway/ruleNo.asp?id=64B8-9.009.
[51] *See* 32 Fla. Statutes § 459.01 et seq.

followed by USSCC in the performance of the SVF Procedure, I conclude that USSCC's SVF Procedure is overall safe for patients and well-tolerated.

### III.     CONCLUSION

Based on the information that I have reviewed, I believe that, to a reasonable degree of medical certainty, USSCC's SVF Procedure is a safe surgical procedure, and one that simply involves relocation of a patient's own SVF from one location in a patient's body to another, without any change in the physical or biological characteristics of those SVF cells.

### IV.     ATTACHMENTS

**Attachment 1**: Curriculum vitae

**Attachment 2**: US Stem Cell Clinic, A Step-by-Step Guide

**Attachment 3**: Kershaw Paper 2004

**Attachment 4**: Coelho Paper 2013

**Attachment 5**: Kilinc Paper 2018

**Attachment 6**: Safety Study 2017

**Attachment 7**: Michalek Study 2017

### V.     EXHIBITS USED TO SUPPORT OPINION

**Exhibit 1:** Photos of Adipose Tissue Lipogems Co.

### VI.     MATERIALS REVIEWED

1.  Materials related to USSCC's surgical protocols.

2.  Other materials, including but not limited to scientific literature, as cited or referenced in this Report.

3.  The Government's Export Reports:

    a.  Expert Report of Larissa Lapteva, M.D. dated December 21, 2018, and materials referenced therein.

    b.  Expert Report of Carolyn Yong, Ph.D. dated December 21, 2018, and materials referenced therein.

    c.  Export Report of Randa F. Melhem, Ph.D. dated December 21, 2018, and materials referenced therein.

## VII.   OTHER AREAS OF POSSIBLE TESTIMONY

I may offer testimony on topics, within my field of expertise and which are not currently known, but may be adduced at or before trial as the evidence develops. I will also be prepared to offer additional rebuttal testimony. This testimony will be dependent on an evaluation of the testimony on similar topics offered by a witness called by the opposing party.

## VIII.   COMPENSATION

None.

## IX.   PRIOR EXPERT TESTIMONY

I have not testified by deposition or at trial in any case in the last four years.

## X.   PUBLICATIONS

Lander E, Berman M. Autologous Stromal Vascular Fraction: A New Era of Personal Cell Therapy.  J Stem Cell Res Dev Ther 2018 4:011.

Lander E, Berman, M. Autologous Stromal Vascular Fraction Containing Stem Cells Combined with Low Intensity Shock Wave for the Treatment of Human Erectile Dysfunction. J Stem Cell Res Ther 2018, 8:9.

Berman S, Uhlendorf T, Berman M, Lander EB.  Effective Treatment of Traumatic Brain Injury in Rowett Nude Rats with Stromal Vascular Fraction Transplantation. Brain Sci 2018, 8, 112.

Manuscript accepted for publication: Draganov et al. Lander E.  "Delivery of Oncolytic Vaccinia Virus by Matched Allogeneic Stem Cells Overcomes Critical Innate and Adaptive Immune Barriers" Journal of Translational Medicine Feb 27th 2018.

Kilinc O, Santidrian A, Minev I, Toth R, Draganov D, Nguyen D, Lander E, Berman M, Minev B, and Szalay A. The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy. Clin Trans Med (2018) 7:5

Berman S, Uhlendorf TL, Mills DK, Lander EB, Berman MH, Cohen RW. Validation of Acoustic Wave Induced Traumatic Brain Injury in Rats. Brain Sci. 2017 Jun 2;7(6).

Berman M, Lander E.  A Prospective Study of Adipose Derived Stromal Vascular Fraction Using a Specialized Surgical Processing system. The American Journal Cosmetic Surgery. Feb 2017 (1-14).

Lander EB, Berman MH, See J. Stromal Vascular Fraction Cells: Applications in Chronic Pain. Techniques in Regional Anesthesia and Pain Management. 19 (2015) 10-13.

Lander EB, Berman MH, See J. Stromal Vascular Fraction Combined with Shock Wave for the Treatment of Peyronie's Disease. Plast. Reconstr. Surg. Glob Open 2016;4:e631; doi: 10.1097 Published online 2 March 2016.

Lander EB, See JR. Intravesical instillation of pentosan polysulfate encapsulated in a liposome nanocarrier for interstitial cystitis. Am J. Clin. Exp. Urol. 2014;2(2):145-148

Lander EB. Lee I. Giant Scrotal Lipomatosis. J. Urol. 156: 1773, 1996.

Lander EB. Severe Hemoglobinuria Masquerading as gross hematuria following mitral valve replacement. J. Urol. 153: 1639, 1995.

Lander EB, Shanberg AM, Tansey LA, Sawyer DE, Groncy PK, Finkelstein JZ. The use of continent diversion in the Management of rhabdomyosarcoma of the Prostate in childhood J. Urol. 147: 1602, 1992.

Lander EB, Hewitt CW, Black KS Martin DC. Evaluation of rat Renal Allograft Model in comparison to man: A physiological perspective. J. Urol. 136:710, 1986.

Vyden JK, Nagasawa K, Kanazawa M, Rose, Seino Y, Robertson M, Lander EB. Lack of effect of Cyclandelate in Peripheral Arterial disease. Angiology 35:1, 1984.

DeHaan FP, Delker G, Covey W, Bellomo A, Brown J, Ferrara D, Haubrich R, Lander EB, MacArthur C. Electrophilic Aromatic Substitution. 6. A Kinetic Study of the Formylation of Aromatics with 1, 1-Dichloromethyl Methyl Ether in Nitromethane. *J. Org. Chem.*, 1984, 49 (21), pp 3963–3966

Detection of Unsuspected cognitive impairment in Cardiac rehabilitation patients. Chapter 24 in "Post Myocardial Infraction Management and Rehabilitation.'' M. Dekker, Inc, 1983.

Study of Salivary and Serum Antibody Response in Mice following oral challenge with S. Mutans. Winning paper at California statewide NASA Youth Science Congress. Los Angeles, California. 1978.

**Book Author:**

Co-author of "The Stem Cell Revolution." By Mark Berman MD and Elliot Lander MD. 2015 Authorhouse Company

Authored "Forward" in "Desmystifying Stem Cells- A Real Life Approach." By Bohdan Olesnicky MD and Naota Hashimoto DC.

## XI.    SUPPLEMENTATION

I reserve the right to supplement this report or my testimony.

Dated: January 22, 2019

Respectfully submitted,

Elliot B. Lander, MD, FACS
Board Certified Urologist
Co-Founder and Co-Medical Director, Cell Surgical
Network

# ATTACHMENT 1

**CURRICULUM VITAE | ELLIOT B. LANDER, MD, FACS**

Certified Diplomate of the American Board of Urology

Fellow of the American College of Surgeons

Co-Medical Director the California Stem Cell Treatment Center®

Co-Founder and Co-Medical Director of Cell Surgical Network®

Co-Founder of Cells On Ice® Inc.

Founder of Nanologix Research Inc.

**EDUCATION**

1978-1982 Bachelor's Degree, Occidental College, Los Angeles, California
1982-1986 Medical Doctor, University of California, Irvine
1986-1988 General Surgery Resident, U.C. Irvine Medical Center
1988-1992 Urology Resident, U.C Irvine Medical Center

**PRIOR PRACTICE**

1992-1997 Partner Physician Kaiser Permanente Medical Group, Assistant Clinical Professor of Urology, UC Irvine College of Medicine

**CURRENT PRACTICE**

Co-Founder and Co-Medical Director of California Stem Cell Treatment Center

Co-Founder and Co-Medical Director of Cell Surgical Network International Research Organization

Co-Founder of Cells On Ice Inc.

Private Solo Practice of Lander Regenerative Urology

Founder and Scientific Advisor for Nanologix Research Inc.

Personal Physician to President Gerald Ford 1999-2006

## AREAS OF SPECIAL EMPHASIS

Adult Stem Cell Treatment and Translational Research for Degenerative Diseases

Interstitial Cystitis Research

## CURRENT STAFF PRIVILEGES

Courtesy Staff at Eisenhower Memorial Hospital, Rancho Mirage, California.

## INSTRUCTOR

Honorary Faculty American Board of Interventional Pain Physicians -Regenerative Medicine Competency Examination 2016

## MEMBERSHIPS

American Urologic Association

Fellow of the American Board of Urology

Fellow of the American College of Surgeons

## LEADERSHIP EXPERIENCE

Past Chief of Urology at Eisenhower Medical Center, Rancho Mirage, California
Past Chief of Surgery at John F. Kennedy Hospital, Indio, California

Member of Regenerative Medicine Registry Meeting at the University of Wisconsin Medical College, Milwaukee, Wisconsin. August 10th, 2017

**SPECIAL TRAINING**

Dr. Lander has done special training to certify in cosmetic genital reconstruction as well as having performed over 4000 pelvic floor reconstruction procedures for pelvic floor defects.

**NON-PROFIT PARTICIPATION**

Founding Board member emeritus "BRIDGE FOR PELVIC PAIN." A non-profit organization dedicated to advocacy, education and resources for patients with chronic pelvic pain. 2014-2017

International Cell Surgical Society- Board member 2014-2019

**AWARDS AND HONORS**

- J. Gordon Hatfield Award in 1986. One award per year at U.C. Irvine for senior student demonstrating excellence in surgery.
- Graduated Magna Cum Laude from Occidental College with distinction in Biochemistry for honors thesis, 1982.
- Phi Beta Kappa in 1982.
- Carnation Honor Award (second highest academic merit award at Occidental college) 1978,1979,1980,1981.
- Statewide NASA Youth Science Congress award for Basic Science Research, 1978.
- National Science Foundation-Committee for Advanced Science Training Undergraduate Research Grant, 1979.
- Palm Springs Best Doctors: Dr. Elliot Lander has been named as one of the five "Top Docs" in Palm Springs for 2016. The article is featured in the July 2016 issue of Palm Springs Life magazine. Dr. Lander was also featured in Palm Springs Life magazine in 2011 as one of the top 5 of 77 of the Deserts best doctors
- Western Section American urologic Association Historical Essay Contest 4th Place- 2014

**RESEARCH**

Principal Investigator: Additive Effects of Combination Therapy on Erectile Function with Tadalafil and Neo40, a Nitric Oxide Dietary Supplement." Sponsor: NeoGenesis Labs. Houston, Texas. 2016

Principal Investigator: "Oncolytic Virus Combined with Autologous Stem Cells for Advanced Malignancy." Sponsor: StemImmune. San Diego California. 2016

## BASIC SCIENCE/CLINICAL RESEARCH PROJECTS

### JUNE 1984-DECEMBER 1984

Basic science Research at University of California, Irvine Renal Transplantation Laboratory, Dr. Charles Hewitt. Studied the effects of Uremia in Rat model.

### 1981

Pharmacology Research, UCLA Medical School. Studied the effects of Beta Blockers on Vascular Resistance.

### 1980

Clinical Research at Cedars Sinai Medical Center (Department of Cardiac Rehabilitation) Los Angeles. Studied Myocardial Infarction and Subsequent Organic Brain Syndrome.

### 1979

Organic Chemistry Research at Occidental College, Los Angeles, Ca (under Dr. Frank DeHahn, PhD). Studied Friedel-Crafts Reaction.

### 2012

Medical Director and Principal Investigator of Cell Surgical Network for the IRB approved investigational study of stromal Vascular Fraction.

## BOOK AUTHOR

Co-author of *"The Stem Cell Revolution."* By Mark Berman MD and Elliot Lander MD. 2015 Authorhouse Company

Authored "Forward" in *"Desmystifying Stem Cells- A Real Life Approach*." By Bohdan Olesnicky MD and Naota Hashimoto DC.

## PUBLICATIONS

- **Lander E**, Berman M. Autologous Stromal Vascular Fraction: A New Era of Personal Cell Therapy.  J Stem Cell Res Dev Ther 2018 4:011.

- **Lander E**, Berman, M. Autologous Stromal Vascular Fraction Containing Stem Cells Combined with Low Intensity Shock Wave for the Treatment of Human Erectile Dysfunction. J Stem Cell Res Ther 2018, 8:9.

- Berman S, Uhlendorf T, Berman M, **Lander EB**.  Effective Treatment of Traumatic Brain Injury in Rowett Nude Rats with Stromal Vascular Fraction Transplantation. Brain Sci 2018, 8, 112.

- Manuscript accepted for publication: Draganov et al. **Lander E.**  "Delivery of Oncolytic Vaccinia Virus by Matched Allogeneic Stem Cells Overcomes Critical Innate and Adaptive Immune Barriers" Journal of Translational Medicine Feb 27th 2018.

- Kilinc O, Santidrian A, Minev I, Toth R, Draganov D, Nguyen D, **Lander E**, Berman M, Minev B, and Szalay A. The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy. Clin Trans Med (2018) 7:5

- Berman S, Uhlendorf TL, Mills DK, **Lander EB**, Berman MH, Cohen RW. Validation of Acoustic Wave Induced Traumatic Brain Injury in Rats. Brain Sci. 2017 Jun 2;7(6).

- Berman M, **Lander E**.  A Prospective Study of Adipose Derived Stromal Vascular Fraction Using a Specialized Surgical Processing system. The American Journal Cosmetic Surgery. Feb 2017 (1-14).

- **Lander EB**, Berman MH, See J. Stromal Vascular Fraction Cells: Applications in Chronic Pain. Techniques in Regional Anesthesia and Pain Management. 19 (2015) 10-13.

- **Lander EB**, Berman MH, See J. Stromal Vascular Fraction Combined with Shock Wave for the Treatment of Peyronie's Disease. Plast. Reconstr. Surg. Glob Open 2016;4:e631; doi: 10.1097 Published online 2 March 2016.

- **Lander EB**, See JR. Intravesical instillation of pentosan polysulfate encapsulated in a liposome nanocarrier for interstitial cystitis. Am J. Clin. Exp. Urol. 2014;2(2):145-148

- **Lander EB**. Lee I. Giant Scrotal Lipomatosis. J. Urol. 156: 1773, 1996.

- **Lander EB**. Severe Hemoglobinuria Masquerading as gross hematuria following mitral valve replacement. J. Urol. 153: 1639, 1995.

- **Lander EB**, Shanberg AM, Tansey LA, Sawyer DE, Groncy PK, Finkelstein JZ. The use of continent diversion in the Management of rhabdomyosarcoma of the Prostate in childhood J. Urol. 147: 1602, 1992.

- **Lander EB**, Hewitt CW, Black KS Martin DC. Evaluation of rat Renal Allograft Model in comparison to man: A physiological perspective. J. Urol. 136:710, 1986.

- Vyden JK, Nagasawa K, Kanazawa M, Rose, Seino Y, Robertson M, **Lander EB**. Lack of effect of Cyclandelate in Peripheral Arterial disease. Angiology 35:1, 1984.

- DeHaan FP, Delker G, Covey W, Bellomo A, Brown J, Ferrara D, Haubrich R, **Lander EB**, MacArthur C. Electrophilic Aromatic Substitution. 6. A Kinetic Study of the Formylation of Aromatics with 1, 1-Dichloromethyl Methyl Ether in Nitromethane. *J. Org. Chem.*, 1984, 49 (21), pp 3963–3966

- Detection of Unsuspected cognitive impairment in Cardiac rehabilitation patients. Chapter 24 in "Post Myocardial Infraction Management and Rehabilitation." M. Dekker, Inc, 1983.

- Study of Salivary and Serum Antibody Response in Mice following oral challenge with S. Mutans. Winning paper at California statewide NASA Youth Science Congress. Los Angeles, California. 1978.

## PATENTS

Glycosaminoglycan encapsulation in a liposomal nanocarrier drug delivery system. Patent application No. 13/802,445 filed Mar 13, 2013 entitled: Method and Composition for Treating Cystitis.

Growth factor and stem cell encapsulation in a liposomal nanocarrier drug delivery system. Patent application No. 13/900,518 filed May 22, 2013 entitled: Method and Composition for Treating Cystitis.

Shock wave for acoustic concussion in animals. Provisional Patent filed in 2018.

**ACADEMIC PRESENTATIONS**

*Transurethral Prostatectomy: Reduced Duration of Catheterization and Hospitalization* presented at the 67th Annual Meeting Western Section American Urological Association. Vancouver B.C. Canada on August 1st, 1991.

*Fat Derived Stem Cells* presented at 7th Annual National Society of Cosmetic Surgeons. Las Vegas, Nevada, 2012.

*Interstitial Cystitis: Current Concepts* presented at Grand Rounds event Annenberg Center for Health Sciences at Eisenhower Medical Center, Rancho Mirage, California on January 3, 2013.

*Adipose Derived Stem Cells and Urologic Regenerative Medicine* presented at American Academy of Cosmetic Surgery 29th Annual Scientific Meeting. Las Vegas, Nevada on January 16th,2013.

*New Horizons in Regenerative Urology* presented at SELECTBIO Clinical Translation of Stem Cells Summit 2013. Rancho Mirage, California on January 23rd, 2013.

*Autologous Adipose Derived Stromal Vascular Fraction for the Treatment of Interstitial cystitis-A Pilot Study* presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November 3rd, 2013.

*Intravesical Pentosan Polysulfate Encapsulated in a Liposome Nanocarrier for Interstitial Cystitis*. Poster presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November 3rd, 2013.

*Autologous Adipose Derived Stromal Vascular Fraction Combined with Low Intensity Shock Wave Therapy for the Treatment of Peyronies Disease- A Pilot Study. Poster* presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November3rd, 2013.

*Regenerative Urology* presented at 2013 World Stem Cell Summit, San Diego, California, on December 4th, 2013.

*Stromal Vascular Fraction Combined with Low Intensity Shock Wave Therapy for Peyronies Disease* presented at 2014 American Academy of Cosmetic Surgery 30th Annual Scientific Meeting. Hollywood, Florida, on January 14th, 2014.

*Regenerative Urology* presented at FATS Bangkok 2014. Visiting Surgeon at Ramathibodi Hospital in Bangkok, Thailand on April 18th, 2014.

*Regenerative Urology and ED* presented at SELECTBIO Clinical Translation of Stem Cells Summit 2014. Rancho Mirage, California on April 21st, 2014.

*The Role of the Surgeon in Regenerative Urology* at Anti-Aging Regenerative & Aesthetic Medicine 22nd Annual World Congress. Orlando, Florida on May 17th, 2014.

*The Role of The Physician in Regenerative Urology* presented at 2014 John C. Lincoln Health Network Medical Staff Retreat.  Sedona, Arizona on June 9th, 2014.

*Innovations in Stem cell Treatments and Regenerative Medicine* presented at 2014-2015 World Medical tourism and global Healthcare Congress. Washington DC on September 21st, 2014.

*Adipose Derived Stem Cells and Extracorporeal Shock Wave Therapy For Erectile Dysfunction. Poster* presented at American Urologic Association Western Section 90th Annual Meeting. Mauai, Hawaii on October 26th, 2014.

*Peyronies Disease.* Presented at the American Academy of Cosmetic Surgery's 31st Annual Scientific Meeting-Technological Advancements in Cosmetic Surgery. New Orleans, Louisiana on January 14th, 2015.

*Treatment of Peyronie's Disease with Autologous Adipose Derived Stromal Vascular Fraction Rich in Adult Stem Cells Combined with Penile Shock Wave Therapy.* Sexual Medicine Podium Session American Urologic Association Western Section 91st Annual Meeting. Indian wells, California on October 27th, 2015.

*Treatment of Interstitial Cystitis With Autologous Adipose Derived Stromal Vascular Fraction Rich in Adult Stem Cells and Growth Factors.* Pelvic Floor Podium Session American Urologic Association Western Section 91st Annual Meeting. Indian wells, California on October 27th, 2015.

Session chairman and speaker: Various Disease Classes Addressed by Adult Stem Cells— Therapies in Development and in the Clinical/Surgical Realm. Clinical and Surgical Translation of adult Stem Cells. San Diego, California on Nov 9th and 10th, 2015.

Session Moderator and Presenter: Stromal Vascular Fraction and Urology. Academy of Regenerative Practices, Fort Lauderdale, Florida on February 6th, 2016.

*Stromal Vascular Fraction and Pain.* Florida Society of Interventional Pain Physicians 2016 Annual Meeting. Orlando, Florida on May 21st, 2016.

*SVF Anatomy, Physiology, MOA, and Preparation.* Regenerative Medicine Review Course. American Society of Interventional Pain Physicians. Las Vegas, Nevada on August 19th, 2016.

*SVF Applications in Chronic pain and Other Disorders.* Regenerative Medicine Review Course. American Society of Interventional Pain Physicians. Las Vegas, Nevada on August 19th, 2016.

*Injection of Autologous Mesenchymal SVF into the Human Brain Ventricular System for Neurodegenerative Disorders: 2-Year Results of a Phase 1 study in 20 Patients.* Presented by Dr. Chris Duma (lead author) at the Congress of Neurological Surgeons CNS Annual meeting in San

Diego, California on September 24th, 2016 and at Podium session of International Society for Cell Therapy ISCT North America Regional Meeting in Memphis Tennessee on Sept 30th, 2016.

*Stromal Vascular Fraction Cells: Evolution, Physiology, Indications, mechanism of Action and Preparation.* Essentials of Regenerative Medicine in Interventional Pain Management. Faculty Instructor for American Society of Interventional Pain Physicians. Memphis, Tennessee on March 3rd and 4th, 2017.

*New applications of Stem Cells in clinical Practice.* Sixth Annual EMA Primary Care Medical Education Conference "Innovations in Healthcare." Eisenhower Medical Center, Rancho Mirage, California on May19th, 2017

*Stromal Vascular Fraction Cells: Evolution, Physiology, Indications, mechanism of Action and Preparation with Cadaver Training Course.* Essentials of Regenerative Medicine in Interventional Pain Management. Faculty Instructor for American Society of Interventional Pain Physicians. Orlando, Florida on June 16th and 17th, 2017.

*Investigational Use of Stromal Vascular Fraction For Lyme And Associated Diseases.* ILADS International Lyme And Associated Diseases Society 18th Annual Scientific Conference. Boston, Massachusetts on November 11th, 2017.

*Stromal Vascular Fraction SVF for the Treatment of Erectile Dysfunction- A Pilot Study.* IFATS 15th Annual International Federation for Adipose Therapeutics and Science Meeting. Miami, Florida on December 3rd, 2017.

*Stem Cells and Regenerative Medicine for Aging.* Arizona State University Sandra Day O'Connor College of Law. Third Annual Workshop on Healthspan Extension Policy and Regulation. Scottsdale Arizona on February 9th, 2018.

*Cell Surgical Network Experience.* Seeking Evidence for Efficacy of Stem Cell Interventions. Neuroethics Canada. University of British Columbia, Vancouver, Canada on Sept 26th, 2018.

*Treatment of Erectile Dysfunction with Shock Wave Therapy and Stem Cells*. International Association of Aesthetic Gynaecology and Sexual Wellbeing Second World Conference. The Royal Society of Medicine, London, England on October 13th, 2018.

# ATTACHMENT 2



 

# ADIPOSE DERIVED STEM CELL ISOLATION

*A STEP-BY-STEP GUIDE*



US Stem Cell Clinic, LLC (USCC), Sunrise, FL 1288
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 1 of 32

**Protocol/Checklist: Isolation of Human Adipose Derived Stem Cells**
**Patient Name:** _____

**U.S.** STEM CELL TRAINING

## Reagents

| Description | Lot Number | Expiration Date |
|---|---|---|
| Cellase | | |
| Cell Wash Solution | | |

## Materials

| Plastics convenience kit | Quantity required | Lot Number | Expiration Date |
|---|---|---|---|
| 250 ml plastic beaker | 1 | | |
| 60 cc luer lock syringe | 2 | | |
| 20 cc luer lock syringe | 2 | | |
| 50 ml conical tube | 6 | | |
| 0.2μm filter | 1 | | |
| Cell Strainer | 1 | | |
| Cell Extractor | 2 | | |
| Wash bag | 1 | | |
| 18 Gauge Needle | 3 | | |

## Equipment

| Description |
|---|
| Swing-Arm Centrifuge *(set to G Force ) & (with Adapter for 50 ml conical tubes)* |
| Dry Block Incubator/Shaker |
| Bench Top Flow Hood |

*\*Check off each step once you have completed it*

☐ 1.  Dispose of all material associated with previous patients. Thoroughly clean all surface areas with alcohol.

☐ 2.  Record patient name on all 50 ml conicals and Cell Wash Solution bottle.

☐ 3.  Thoroughly spray the syringe containing the 60 ccs of lipoasirate with sterile alcohol, and place in the hood.

☐ 4.  Transfer 250 ml plastic beaker for waste into the hood.

☐ 5.  Discard infranate into the waste container.

☐ 6.  Washing
    ☐ 6.1. Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap.
    ☐ 6.2. Using the 60 cc syringe and needle, collect 60 ml of Cell Wash Solution through the septum cap.
    ☐ 6.3. Remove the needle and attach the luer lock of the 60 cc syringe to the bag and add the entire contents. Leave the luer lock connected to the bag.
    ☐ 6.4. Agitate the tissue by inverting approximately 5 times and then allow the fat to separate for a period of 2 to 4 minutes with the luer lock and syringe down.
    ☐ 6.5. Collect the fluid into the syringe being careful not to drain any fat. Flip bag and disconnect syringe. Drain fluid into waste container.

1

US Stem Cell Clinic, LLC (USCC), SurID 45-101283
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 2 of 32

**Protocol/Checklist: Isolation of Human Adipose Derived Stem Cells**
**Patient Name:** _____

**U.S.** T R A I N I N G

☐ 7. Spray four 50 ml conical tubes and transfer into the hood. Transfer fat evenly into four 50 ml conical tubes using the large port.

☐ 8. Enzymatic digestion to break down fat tissue and release cells
    ☐ 8.1. Spray the following items with alcohol and transfer to hood: Cellase, 0.2 μm filter, 60 cc syringe and a needle.
    ☐ 8.2. Collect 50 ml Cell Wash Solution using a 60 cc syringe and needle.
    ☐ 8.3. Add approximately 4-5 ml of Cell Wash Solution to the Cellase vial through the septum cap. Invert the vial to dissolve the contents
    ☐ 8.4. Pull the entire contents back into the syringe using the needle and invert the syringe to mix thoroughly.
    ☐ 8.5. Remove the needle and attach the 0.2 μm filter
    ☐ 8.6. Express 12.5 ml of the enzyme into each of the 4 conicals.
    ☐ 8.7. Shake the conical tubes vigorously for approximately 30 seconds and place the conical tubes into the dry block at 37°C for a total of 12-15 minutes. At 6 minutes, shake the conical tubes vigorously for approximately 30 seconds.
    ☐ 8.8. After 12 minutes shake the tube vigorously for approximately 30 seconds to break up remaining tissue.

☐ 9. Centrifuge the 4 conicals at 1200g for 5 minutes.

☐ 10. Collect the stromal vascular fraction (SVF) and filtration.
    ☐ 10.1. Spray a 20 cc syringe, a needle, two 50 ml conicals, cell strainer, and a cell extractor with alcohol and transfer to the hood.
    ☐ 10.2. Collect 15 ml of Cell Wash solution using the 20cc syringe and needle. Add to the first 50 ml conical.
    ☐ 10.3. Connect a cell extractor to the 20 cc syringe and pull up the SVF cell pellet at the bottom of the 4 tubes.
    ☐ 10.4. Transfer contents to the first 50 ml conical and mix to ensure pellets are completely broken up.
    ☐ 10.5. Place the cell strainer in the second 50 ml conical and pass the cell suspension through using the syringe and cell extractor.

☐ 11. Centrifuge conical tube at 1200g for 5 minutes.

☐ 12. Carefully aspirate the supernatant to the lowest point possible without aspirating the pelleted cells using a new 20 cc syringe and cell extractor.

☐ 13. Obtain syringe containing approximately 1-6 mls of Platelet Rich Plasma or 0.9 Normal Saline and resuspend cells using the cell extractor from above.

☐ 14. Transfer to the operating room for immediate use.

2

# ADIPOSE DERIVED STEM CELL ISOLATION

## Confidentiality Notice



This training presentation is confidential and copyrighted by U.S. Stem Cell Training. It may not be reproduced, transmitted or disseminated in any form or by any means without the written permission of an authorized representative from Stem Cell Training LLC.

2

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 12371
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 4 of 32

## Equipment 

- **Incubator/Dry Block:** Provides superior temperature control for stem cell incubation

- **Swing-Arm Centrifuge**



- **Portable Clean Room Hood**
  - HEPA-Filtered Laminar Flow Biological  Safety Cabinet (LFBSC)
  - Provides a compact and HEPA-filtered aseptic work environment

3

## Definitions & Abbreviations 

- **ADSCs:** Adipose Tissue Derived Stem Cells
- **PRP:** Platelet Rich Plasma (stem cells are suspended in PRP prior to injection)
- **SVF:** Stromal Vascular Fraction
- **MSCs:** Mesenchymal Stem Cells
- **RBCs:** Red Blood Cells
- **LFBSC:** Laminar Flow Biological Safety Cabinet
- **BPR:** Batch Production Record or Protocol
- **Supernatant:** Fluid above cell pellets

4

## Flow Hood





- **Assembly Time:** ~ 1 Hour
- **Step-by-step Bioheart Flow Hood Assembly Instructions:**
  - All items listed and numbered
  - Tools needed for assembly specified
  - Graphic representation for each step
  - Phone support provided

5

## Incubator Settings



### Set temperature dial at 37°C



It will take time to bring incubator up to temperature so do this first

Test and confirm temperature using a thermometer and conical tube with water in it

6

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 13-73
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 6 of 32

## Supplementary Items Needed

U.S. STEM CELL

**The stem cell kits come with everything needed to process fat tissue to produce the stem cell therapy although it is recommended that every clinic should have the following additional items available:**

Required Supplementary Items:

| | |
|---|---|
| Gloves | Spray bottle (for isopropyl alcohol) |
| 5 mL luer lock syringes | Isopropyl alcohol |
| Box of Kim Wipes | 22 – 25 gauge needles |

Optional Supplementary Items:

| | |
|---|---|
| 5 extra conical tubes | Steel wire rack for 16-50 mL conical tubes |
| Lab pen for marking conical tubes | Timer for Bioheart's Stem Cell Isolation Process |
| Equipment Serial Number Card | |

## Isolation of Human ADSCs

U.S. STEM CELL

1. **Wash fat tissue to remove hematopoietic cells and RBCs**
2. **Enzymatic digestion of tissue using Cellase**
3. **Centrifugation to separate Stromal Vascular Fraction (SVF)**
4. **Collect and filter SVF to isolate regenerative stem cells**
5. **Centrifuge the combined SVF and prepare the SVF for final re-suspension such as PRP and loaded into the syringe(s)**

## Important Considerations  U.S.▓▓▓

- Working under a laminar flow hood to avoid contamination
- Removal of red and white blood cells through centrifuging and washing



- Clean flow hood periodically during process to maintain aseptic environment
- Spray hood flaps with alcohol occasionally during the process
- Filtering and separating out the fibrous material and debris prior to reinjection

9

## Important Considerations  U.S.▓▓▓

- Do not let the cell extractor touch anything
- Keep everything capped under the hood when you are not using it
- Do not wave your hand over open bottles or caps, keep everything pushed to the back of the hood when not in use
- Always spray your hands and all materials with alcohol before bringing anything into the hood
- Put your hands and materials inside the hood immediately after spraying them with alcohol
- Follow each step on the instructions for use
- Keep a waste basket close to discard items with ease

10

US Stem Cell Clinic, LLC (USCC), Sunrise, FL<br>FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS<br>FDA 001375<br>Exhibit 9 Page 8 of 32

## Adipose Extraction

U.S. STEM CELL

**Please watch the Adipose Extraction Training Video for details on how to obtain a 60 cc lipoaspirate tissue sample.**

***Be sure to obtain a full 60 ccs of adipose tissue from the patient.***

## Isolation of Human ADSCs

U.S. STEM CELL

Training Overview

1. Breakdown of each step in the isolation procedure
2. Video of each step in procedure

***Read, follow, and complete all steps in the instructions for use for each stem cell case***

***PAY ATTENTION TO THE HELPFUL HINTS & REMINDERS (identified by this icon)***



# LINE CLEARANCE DOCUMENTATION & PREPARATION

13

## Isolation of Human ADSCs

### Reagents

| Description | Lot Number | Expiration Date |
|---|---|---|
| Celluse | | |
| Cell Wash Solution | | |

### Materials

| Plastics convenience kit | Quantity required | Lot Number | Expiration Date |
|---|---|---|---|
| 250 ml plastic beaker | 1 | | |
| 60 cc luer lock syringe | 2 | | |
| 20 cc luer lock syringe | 2 | | |
| 50 ml conical tube | 6 | | |
| 0.2 μm filter | 1 | | |
| Cell Strainer | 1 | | |
| Cell Extractor | 2 | | |
| Wash bag | 1 | | |
| 18 Gauge Needle | 3 | | |

### Equipment

| Description |
|---|
| Swing-Arm Centrifuge (set to G Force ( & (with Adapter for 50 ml conical tubes) |
| Dry Block Incubator Shaker |
| Bench Top Flow Hood |

14

## Step 1: Line Clearance

**U.S.** STEM CELL

1. Dispose of all material associated with previous patients.
   Thoroughly clean all surface areas with alcohol.



 *Make sure to wipe down all sides of the hood!*

16

## Step 2: Documentation

**U.S.** STEM CELL

2. Record patient name on all 50 ml conicals and Cell Wash
   Solution bottle.

 

16

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 1378
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 11 of 32

## Step 3 - 4: Preparation

**U.S.**

3. Thoroughly spray the syringe containing the lipoasirate with sterile alcohol and place in the hood.
4. Transfer 250 ml plastic beaker for waste into the hood.





*Uncap the plastic waste beaker and keep the toomey syringe's opening covered until it is in use*

17

## Step 5: Preparation

**U.S.**

5. Discard invernate into the waste container.



18



U.S. STEM CELL TRAINING

# WASH TISSUE SAMPLE

## Step 6: Wash Tissue Sample

U.S. STEM CELL TRAINING

**6.** Bring the cell wash bag into the hood. Open packaging using scissors and transfer immediately into the hood.

***Be careful to not damage the cell wash bag with the scissors. Cut open the packaging and slide the bag directly into the flow hood***

## Step 6: Wash Tissue Sample

U.S.

6.1. Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap – remove cap from cell wash bag.

Remove cap by pressing down on lever and then pulling the cap off.

## Step 6: Wash Tissue Sample

U.S. STEM CELL

6.1. Transfer Toomey syringe of fat into the cell wash bag using the port with the white cap – remove cap from cell wash bag.

***Discard all used materials***

## Step 6: Wash Tissue Sample 

**6.2.** Using the 60 cc syringe and needle, collect 60 ml of Cell Wash Solution through the septum cap.

  

 *Open the needle's packaging on the connector end and hold the needle using the packaging*

23

## Step 6: Wash Tissue Sample 

**6.3.** Remove the needle and attach the luer lock of the 60 cc syringe to the bag and add the entire contents. Leave the luer lock syringe connected to the bag.

 

 *Keep the syringe attached to the bag!*

24

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 1282
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit  9 Page 15 of 32

## Step 6: Wash Tissue Sample 

**6.4.** Agitate the tissue by inverting approximately 5 times and then flip the bag upside down and allow the fat to separate for a period of 30 seconds with the luer lock and syringe down.



25

## Step 6: Wash Tissue Sample 

**6.5.** Collect the fluid into the syringe being careful not to drain any fat. Flip bag and disconnect syringe. Drain fluid into waste container.



*Press ports to break up fat clogging the ports*

26

## Step 7: Split Tissue Evenly

U.S. STEM CELL

7. Spray four 50 ml conical tubes and transfer into the hood. Transfer fat evenly into four 50 ml conicals using large port.

***Loosen the cap on each conical tube, pour fat into two conicals and then distribute fat evenly***

U.S. STEM CELL

# ENZYMATIC DIGESTION

## Step 8: Enzymatic Digestion    U.S.

**8.1.** Spray the following items with alcohol and then transfer them into the hood:

| 60 cc syringe | Cellase |
|---|---|
| Needle | 0.2 μm filter |

**8.2.** Collect 50 ml Cell Wash Solution using a 60 cc syringe and needle.



29

## Step 8: Enzymatic Digestion    U.S.

**8.3.** Add approximately 4-5 ml of Cell Wash Solution to the Cellase vial through the septum cap. Invert the vial to dissolve the contents



*Be careful - <u>do not overfill</u> the Cellase vial!*

30

## Step 8: Enzymatic Digestion 

**8.4.** Pull the entire contents back into the syringe using the needle and invert the syringe to mix thoroughly.

 *Pull up air into the syringe to prevent leakage*

**8.5.** Remove the needle and then attach the 0.2 μm filter.



31

## Step 8: Enzymatic Digestion 

**8.6.** Express 12.5 ml of the enzyme (from 50 ml of enzyme and cell wash) into each of the four 50 ml conicals.



32

## Step 8: Enzymatic Digestion

U.S. STEM CELL

8.7. Shake the conical tubes vigorously for approximately 30 seconds and place the 4 conical tubes into the dry block at 37°C for 6 minutes (total incubation time 12 minutes).

*Shake 4 conicals for 30 seconds* | *Place in incubator* | *Set the timer for 6 minutes*

*Keep the timer on hand at all times*

## Step 8: Enzymatic Digestion

U.S. STEM CELL

8.7. Once **6 minutes** has passed, shake conical tubes vigorously for 30 seconds and set the timer for another 6 minutes.

*Shake 4 conicals for another 30 seconds* | *Place in Incubator 2nd Time* | *Set the timer for another 6 minutes*

## Step 8: Enzymatic Digestion 

**8.8.** After **12 minutes** shake the tubes vigorously for
approximately 30 seconds to break-up remaining tissue.



36



# CENTRIFUGATION
# & FINAL FILTRATION

36

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 12388
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 21 of 32

## Step 9: Centrifugation

U.S.

**9.** Centrifuge the 4 conicals at 1200 g for 5 minutes.



Emcyte
Centrifuge
the conicals
at **500g for
5 minutes**

37

## Step 9: Centrifugation

U.S.

**9.** Centrifuge the 4 conicals at 1200g for 5 minutes by first
sliding the blue adaptors up the conical until it is firmly
secured at the top of the conical. Then place the conical
and its adaptor into the centrifuge.



38

## Step 9: Emcyte Centrifuge



9. Once the 4 conicals have completed centrifugation, remove the adaptors from the conical by sliding the adaptor down while using the other hand to hold the cap and twist counter clockwise (or twisting to the right as if tightening the cap).



*Be careful to twist the cap counter clockwise while removing the adaptor to ensure you do not accidentally remove the concial tube cap*

38



# FINAL FILTRATION

40

## Step 10: Collect SVF & Filter



10.1. Spray a 20 cc syringe, a needle, two 50 ml conicals, cell strainer, and a cell extractor with alcohol and then transfer to the hood.



 *Loosen the cap on each conical tube, before continuing*



41

## Step 10: Collect SVF & Filter

10.2. Collect 15 ml of Cell Wash using a 20 cc syringe and needle. Add the 15 ml of cell wash to a 50 ml conical.

  

 *Feel free to rearrange the items in the hood to make navigating in the flow hood easier*

42

## Step 10: Collect SVF & Filter 

10.3. Connect a cell extractor to the 20 cc syringe and pull up each SVF cell pellet at the bottom of all 4 conical tubes.

10.4. Transfer contents to the first 50 ml conical (that contains the 15 ml of cell wash) and mix to break up pellets



*Slide the cell extractor down the side of the conical tube to avoid touching the fat layer.*

*Obtain each cell pellet & transfer to conical tube with the 15 ml of cell wash.*

43

## Step 10: Collect SVF & Filter 

10.5. Place the cell strainer in the second 50 ml conical, pull up the cell suspension and pass it through the cell strainer using the syringe and cell extractor.



*Only Touch the Small Handle!*



 *Fit the filter snugly into the conical. Pull up half of the cell suspension and push it through the cell strainer, then pull up and push the other half through the strainer*

44

U.S. STEM CELL

---

# 2nd CENTRIFUGATION

45

---

## Step 11: Centrifugation

U.S. STEM CELL

---

11. Centrifuge conical at 1200g for 5 minutes. Sliding blue adaptors up the conicals until firmly secured at the top. Pair a balance with the same volume as the solution. Place the conical and balance with adaptors into the centrifuge.



46

US Stem Cell Clinic, LLC (USCC), Sunrise, FL
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 26 of 32

## Step 11: Centrifugation 

11. Centrifuge 4 conicals at 1200g for 5 minutes.



Emcyte
Centrifuge
the conicals
at **500g for
5 minutes**



47

## Step 11: Emcyte Centrifuge 

11. Once the conical has completed centrifugation, remove the
adaptor from the conical by sliding the adaptor down while
using the other hand to hold the cap and twist counter
clockwise (or twisting to the right as if tightening the cap).



*Be careful to twist the cap
counter clockwise while
removing the adaptor to ensure
you do not accidentally remove
the concial tube cap*

46



# RESUSPENSION

49

## Step 12: Aspirate Fluid 

12. Bring into the flow hood a new
    20 cc syringe and a cell extractor.
    Carefully aspirate the supernatant
    to the lowest point possible
    without touching the cell pellet.



**Supernatant**

**Ridge of Conical**

**Cell Pellet**

 *Aspirate the supernatant in 2 parts – pull up half and
then discard, then pull up the other half and discard.*

50

## Step 12: Aspirate Fluid



12. Aspirate the first half of the fluid and discard it into the waste bucket. Place the tip of the cell extractor in the ridge of the conical, tilt the conical tube at a 45 degree angle and withdraw all the fluid, leaving the cell pellet.

 

 *Once tilted, do not un-tilt the tube until all fluid has been aspirated. Do not touch any of the cell pellet!*

81

## Step 12: Aspirate Fluid



12. Discard the supernatant into the waste basket, detach the syringe, but leave the cell extractor in the conical.

 

82

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 33313
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 29 of 32

## Step 13: Resuspension

13. If re-suspending in saline, bring a 5 cc syringe, a needle, and saline (from your clinic). Obtain syringe containing approximately 1-6 mls of 0.9 Normal Saline or Platelet Rich Plasma and then resuspend cells using the cell extractor from above.

## Step 14: Transfer to OR

14. Transfer to the operating room for immediate use.

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 33325
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit 9 Page 30 of 32

## Step 15: Line Clearance

U.S. STEM CELL

**15.** Dispose of all material associated with the patient and thoroughly clean all surface areas with alcohol.

***Make sure to wipe down all sides of the hood!***

US Stem Cell Clinic, LLC (USCC), Sunrise, FL 1299
FEI: 3011837323; EI: 4/10/2017-5/11/2017; CMA, SLS
Exhibit  9 Page 32 of 32

# ATTACHMENT 3

0021-972X/04/$15.00/0
Printed in U.S.A.

The Journal of Clinical Endocrinology & Metabolism 89(6):2548–2556
Copyright © 2004 by The Endocrine Society
doi: 10.1210/jc.2004-0395

# Adipose Tissue as an Endocrine Organ

ERIN E. KERSHAW AND JEFFREY S. FLIER

*Division of Endocrinology, Department of Medicine, Beth Israel Deaconess Medical Center, Boston, Massachusetts 02215*

Adipose tissue is a complex, essential, and highly active metabolic and endocrine organ. Besides adipocytes, adipose tissue contains connective tissue matrix, nerve tissue, stromovascular cells, and immune cells. Together these components function as an integrated unit. Adipose tissue not only responds to afferent signals from traditional hormone systems and the central nervous system but also expresses and secretes factors with important endocrine functions. These factors include leptin, other cytokines, adiponectin, complement components, plasminogen activator inhibitor-1, proteins of the renin-angiotensin system, and resistin. Adipose tissue is also a major site for metabolism of sex steroids and glucocorticoids. The important endocrine function of adipose tissue is emphasized by the adverse metabolic consequences of both adipose tissue excess and deficiency. A better understanding of the endocrine function of adipose tissue will likely lead to more rational therapy for these increasingly prevalent disorders. This review presents an overview of the endocrine functions of adipose tissue. (*J Clin Endocrinol Metab* 89: 2548–2556, 2004)

THE TRADITIONAL VIEW of adipose tissue as a passive reservoir for energy storage is no longer valid. As early as 1987, adipose tissue was identified as a major site for metabolism of sex steroids (1) and production of adipsin, an endocrine factor that is markedly down-regulated in rodent obesity (2). The subsequent identification and characterization of leptin in 1994 firmly established adipose tissue as an endocrine organ (3). Adipose tissue is now known to express and secrete a variety of bioactive peptides, known as adipokines, which act at both the local (autocrine/paracrine) and systemic (endocrine) level (Table 1). In addition to these efferent signals, adipose tissue expresses numerous receptors that allow it to respond to afferent signals from traditional hormone systems as well as the central nervous system (CNS) (Table 2). Thus, besides the biological repertoire necessary for storing and releasing energy, adipose tissue contains the metabolic machinery to permit communication with distant organs including the CNS. Through this interactive network, adipose tissue is integrally involved in coordinating a variety of biological processes including energy metabolism, neuroendocrine function, and immune function.

The important endocrine function of adipose tissue is emphasized by the adverse metabolic consequences of both adipose tissue excess and deficiency. Adipose tissue excess or obesity, particularly in the visceral compartment, is associated with insulin resistance, hyperglycemia, dyslipidemia, hypertension, and prothrombotic and proinflammatory states (4). The prevalence of obesity and these associated morbidities, known as the metabolic syndrome, has reached epidemic proportions (4). Interestingly, adipose tissue deficiency or lipodystrophy is also associated with features of the metabolic syndrome in both humans and rodents (5). Furthermore, the prevalence of lipodystrophy in humans is increasing with the use of highly active antiretroviral therapy for HIV (5). Thus, both excess and deficiency of adipose tissue have harmful metabolic consequences and represent significant medical and socioeconomic burdens in the world today.

It is now clear that adipose tissue is a complex and highly active metabolic and endocrine organ (6, 7). Besides adipocytes, adipose tissue contains connective tissue matrix, nerve tissue, stromovascular cells, and immune cells (8). Although adipocytes express and secrete several endocrine hormones such as leptin and adiponectin, many secreted proteins are derived from the nonadipocyte fraction of adipose tissue (9). Regardless, these components function as an integrated unit, making adipose tissue a true endocrine organ (8). Here we present an overview of the endocrine functions of adipose tissue. These functions fall into two broad categories: 1) secreted proteins that have metabolic effects on distant cells or tissues, and 2) enzymes involved in the metabolism of steroid hormones.

## Adipose Tissue-Secreted Proteins

*Leptin*

Before the identification of leptin, parabiosis studies in mice carrying the recessive mutations, obese (*ob*) and diabetes (*db*), predicted the existence of a circulating endocrine hormone capable of communicating information from the periphery to the CNS with regard to the sufficiency of energy stores (10). These predictions were subsequently confirmed by the identification of the leptin gene (Lep[ob]) in 1994 (3) and its cognate receptor in 1995 and 1996 (Lepr[db], Lepr[fa]) (11–13). Leptin (from the Greek *leptos*, meaning thin) is a 16-kDa polypeptide containing 167 amino acids with structural ho-

---

Abbreviations: ACE, Angiotensin-converting enzyme; AdipoR, adiponectin receptor; AGT, angiotensinogen; ASP, acylating simulation protein; AT1, angiotensin II receptor type I; CNS, central nervous system; HPA, hypothalamic-pituitary-adrenal; HSD, hydroxysteroid dehydrogenase; 11βHSD1, 11β-hydroxysteroid dehydrogenase type 1; IL-6R, IL-6 receptor; MCP, monocyte chemotactic protein; NEFA, nonesterified fatty acid; PAI, plasminogen activator inhibitor; RAS, renin angiotensin system; SNS, sympathetic nervous system; TZD, thiazolidinedione.

JCEM is published monthly by The Endocrine Society (http://www.endo-society.org), the foremost professional society serving the endocrine community.

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

J Clin Endocrinol Metab, June 2004, 89(6):2548–2556  2549

**TABLE 1.** Examples of adipocyte-derived proteins with endocrine functions

| | |
|---|---|
| Cytokines and cytokine-related proteins | Leptin |
| | TNFα |
| | IL-6 |
| Other immune-related proteins | MCP-1 |
| Proteins involved in the fibrinolytic system | PAI-1 |
| | Tissue factor |
| Complement and complement-related proteins | Adipsin (complement factor D) |
| | Complement factor B |
| | ASP |
| | Adiponectin |
| Lipids and proteins for lipid metabolism or transport | Lipoprotein lipase (LPL) |
| | Cholesterol ester transfer protein (CETP) |
| | Apolipoprotein E |
| | NEFAs |
| Enzymes involved in steroid metabolism | Cytochrome P450-dependent aromatase |
| | 17βHSD |
| | 11βHSD1 |
| Proteins of the RAS | AGT |
| Other proteins | Resistin |

**TABLE 2.** Examples of receptors expressed in adipose tissue

| | |
|---|---|
| Receptors for traditional endocrine hormones | Insulin receptor |
| | Glucagon receptor |
| | GH receptor |
| | TSH receptor |
| | Gastrin/CCK-B receptor |
| | Glucagon like peptide-1 receptor |
| | Angiotensin II receptors type 1 and 2 |
| Nuclear hormone receptors | Glucocorticoid receptor |
| | Vitamin D receptor |
| | Thyroid hormone receptor |
| | Androgen receptor |
| | Estrogen receptor |
| | Progesterone receptor |
| Cytokine receptors | Leptin receptor |
| | IL-6 receptor |
| | TNFα receptor |
| Catecholamine receptors | β1, β2, β3 receptors |
| | α1, α2 receptors |

mology to cytokines. Adipocytes secrete leptin in direct proportion to adipose tissue mass as well as nutritional status, and this secretion is greater from sc relative to visceral adipose tissue (9, 14). Leptin expression and secretion are also regulated by a variety of other factors. For example, leptin is increased by insulin, glucocorticoids, TNFα, estrogens, and CCAAT/enhancer-binding protein-α and decreased by β3-adrenergic activity, androgens, free fatty acids, GH, and peroxisome proliferator-activated receptor-γ agonists (15). Leptin receptors are members of the cytokine receptor class I superfamily and are expressed in both the CNS and periphery (16). Although several splice variants of the leptin receptor have been identified, the long form mediates the majority of leptin's myriad effects (16).

The effects of leptin on energy homeostasis are well documented (17). Many of these effects, particularly on energy intake and expenditure, are mediated via hypothalamic pathways, whereas other effects are mediated via direct action on peripheral tissues including muscle and pancreatic β-cells (16). Although initially viewed as an antiobesity hormone, leptin's primary role is to serve as a metabolic signal of energy sufficiency rather than excess (18). Leptin levels rapidly decline with caloric restriction and weight loss. This decline is associated with adaptive physiological responses to starvation including increased appetite and decreased energy expenditure. These same responses are observed in leptin-deficient mice and humans, despite massive obesity. Furthermore, these responses are readily normalized by low-dose leptin replacement. In contrast, common forms of obesity are characterized by elevated circulating leptin. Neither endogenously high leptin levels nor treatment with exogenous leptin is effective in ameliorating this obesity, consistent with a state of leptin resistance (16, 19). The mechanism for leptin resistance is unknown but may result from defects in leptin signaling or transport across the blood-brain barrier (16, 19). Clearly, the most sensitive portion of the leptin dose-response curve resides in the physiological range between the low levels induced by food restriction and the rising levels induced by refeeding and not in the supraphysiological range associated with obesity. This role of leptin as an indicator of energy sufficiency makes sense from an evolutionary perspective but provides no consolation in our current environment of energy abundance.

In addition to its effects on energy homeostasis, leptin regulates neuroendocrine function and traditional endocrine systems. Leptin deficiency in Lep$^{ob}$/Lep$^{ob}$ mice is associated with activation of the hypothalamic-pituitary-adrenal (HPA) axis and suppression of the hypothalamic-pituitary-thyroid and -gonadal axes. Leptin decreases hypercortisolemia in Lep$^{ob}$/Lep$^{ob}$ mice, inhibits stress-induced secretion of hypothalamic CRH in mice, and inhibits cortisol secretion from rodent and human adrenocortical cells in vitro. The role of leptin in HPA activity in humans in vivo remains unclear. Leptin also normalizes suppressed thyroid hormone levels in leptin-deficient mice and humans, in part via stimulation of TRH expression and secretion from hypothalamic TRH neurons (16, 20). Leptin accelerates puberty in normal mice and restores normal gonadotropin secretion and reproductive function in leptin-deficient mice and humans (21). Leptin replacement during fasting prevents starvation-induced changes in the hypothalamic-pituitary-gonadal and -thyroid axes in healthy men (22). Leptin also has direct effects via peripheral leptin receptors in the ovary, testis, prostate, and placenta (15).

Several other important endocrine effects of leptin include regulation of immune function, hematopoiesis, angiogenesis, and bone development. Leptin normalizes the suppressed immune function associated with malnutrition and leptin deficiency (23). Leptin also promotes proliferation and differentiation of hematopoietic cells, alters cytokine production by immune cells, stimulates endothelial cell growth and angiogenesis, and accelerates wound healing (15). An important role for leptin in bone development is supported by the observation that leptin-deficient Lep$^{ob}$/Lep$^{ob}$ mice have increased bone mass, despite hypercortisolemia and hypogonadism (24). Chemical lesions of specific

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

hypothalamic neurons suggest that the ventral medial hypothalamus (VMH) is involved in leptin's effect on bone mass (24). Leptin-responsive neurons in the VMH are known to influence sympathetic nervous system (SNS) activity. Indeed, mice with defective SNS activity due to absence of dopamine β-hydroxylase have high bone mass and are resistant to the antiosteogenic effects of leptin, whereas transgenic overexpression of leptin in osteoblasts has no effect on bone mass (24). These data suggest that leptin decreases bone mass indirectly via activation of the SNS (24). Leptin clearly has diverse endocrine function in addition to its effects on energy homeostasis. As a result, leptin is the prototype for all adipose tissue-derived endocrine hormones.

### TNFα

TNFα is a cytokine initially described as an endotoxin-induced factor causing necrosis of tumors and subsequently shown to be identical to cachexin, a factor secreted by macrophages *in vitro* (Ref. 25 and references therein). TNFα is a 26-kDa transmembrane protein that is cleaved into a 17-kDa biologically active protein that exerts its effects via type I and type II TNFα receptors. Within adipose tissue, TNFα is expressed by adipocytes and stromovascular cells (9). TNFα expression is greater in sc compared with visceral adipose tissue, but this finding may be dependent on total and regional fat mass (9, 14). Adipocytes also express both types of TNFα receptors as membrane bound and soluble forms (25). The ability of TNFα to induce cachexia *in vivo* naturally led to an extensive evaluation of its role in energy homeostasis.

Although initially suspected of playing a role in cachexia, TNFα has now been implicated in the pathogenesis of obesity and insulin resistance (25–27). Adipose tissue expression of TNFα is increased in obese rodents and humans and is positively correlated with adiposity and insulin resistance (25–28). Although circulating concentrations of TNFα are low relative to local tissue concentrations, plasma TNFα levels have been positively correlated with obesity and insulin resistance in some studies but not others (28). Chronic exposure to TNFα induces insulin resistance both *in vitro* and *in vivo* (25). Treatment with neutralizing soluble TNFα receptors improves insulin sensitivity in rodent obesity but not in humans (25). Targeted gene deletion of TNFα or its receptors significantly improves insulin sensitivity and circulating nonesterified fatty acids (NEFAs) in rodent obesity (29).

Several potential mechanisms for TNFα's metabolic effects have been described. First, TNFα influences gene expression in metabolically important tissues such as adipose tissue and liver (30). In adipose tissue, TNFα represses genes involved in uptake and storage of NEFAs and glucose, suppresses genes for transcription factors involved in adipogenesis and lipogenesis, and changes expression of several adipocyte-secreted factors including adiponectin and IL-6 (30). In liver, TNFα suppresses expression of genes involved in glucose uptake and metabolism and fatty acid oxidation and increases expression of genes involved in *de novo* synthesis of cholesterol and fatty acids (30). Second, TNFα impairs insulin signaling. This effect is mediated by activation of serine kinases that increase serine phosphorylation of insulin receptor substrate-1 and -2, making them poor substrates for

insulin receptor kinases and increasing their degradation (26). TNFα also impairs insulin signaling indirectly by increasing serum NEFAs, which have independently been shown to induce insulin resistance in multiple tissues (25). Thus, whereas TNFα clearly affects multiple metabolic processes, the relative contribution of direct endocrine effects may be less significant than the indirect effects resulting from autocrine or paracrine modulation of NEFAs or other adipose tissue-derived hormones.

### IL-6

IL-6 is another cytokine associated with obesity and insulin resistance (28). IL-6 circulates in multiple glycosylated forms ranging from 22 to 27 kDa in size. The IL-6 receptor (IL-6R) is homologous to the leptin receptor and exists as both an approximately 80-kDa membrane-bound form and an approximately 50-kDa soluble forms. A complex consisting of the ligand-bound receptor and two homodimerized transmembrane gp130 molecules triggers intracellular signaling by IL-6. Within adipose tissue, IL-6 and IL-6R are expressed by adipocytes and adipose tissue matrix (9). Expression and secretion of IL-6 are 2 to 3 times greater in visceral relative to sc adipose tissue (9, 14). In contrast to TNFα, IL-6 circulates at high levels in the bloodstream, and as much as one third of circulating IL-6 originates from adipose tissue (28).

Adipose tissue IL-6 expression and circulating IL-6 concentrations are positively correlated with obesity, impaired glucose tolerance, and insulin resistance (28). Both expression and circulating levels decrease with weight loss (28). Furthermore, plasma IL-6 concentrations predict the development of type 2 diabetes and cardiovascular disease (28). Genetic polymorphisms of the IL-6 locus have been linked to obesity, energy expenditure, insulin sensitivity, and type 2 diabetes (28). Furthermore, peripheral administration of IL-6 induces hyperlipidemia, hyperglycemia, and insulin resistance in rodents and humans (28). IL-6 also decreases insulin signaling in peripheral tissues by reducing expression of insulin receptor signaling components and inducing suppressor of cytokine signaling 3 , a negative regulator of both leptin and insulin signaling (31). IL-6 also inhibits adipogenesis and decreases adiponectin secretion (28). These peripheral effects of IL-6 are consistent with the above epidemiological findings, suggesting a causal role for IL-6 in obesity and insulin resistance.

Evaluation of the central role of IL-6, however, suggests a more complex role for IL-6 in energy homeostasis. IL-6 levels in the CNS are negatively correlated with fat mass in overweight humans, suggesting central IL-6 deficiency in obesity. Central administration of IL-6 increases energy expenditure and decreases body fat in rodents. Furthermore, transgenic mice overexpressing IL-6 have a generalized defect in growth, which includes reduced body weight and decreased fat pad weights (32). On the other hand, mice with a targeted deletion of IL-6 develop mature-onset obesity and associated metabolic abnormalities, which are reversed by IL-6 replacement, suggesting that IL-6 is involved in preventing rather than causing these conditions (33). Hence, IL-6 has different effects on energy homeostasis in the periphery and the CNS.

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

Case 0:18-cv-61047-UU   Document 45-5   Entered on FLSD Docket 03/11/2019   Page 66 of 132

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

*Macrophages and monocyte chemoattractant protein (MCP)-1*

Obesity is associated with increased adipose tissue infiltration by macrophages (34, 34a, 34b). Activated macrophages secrete inflammatory factors that contribute to insulin resistance, including TNFα and IL-6. MCP-1, a chemokine that recruits monocytes to sites of inflammation, is expressed and secreted by adipose tissue (34). Whereas the cellular source of MCP-1 expression is unclear, both adipocytes and stromovascular cells have been implicated (34). Adipose tissue expression of MCP-1 and circulating MCP-1 levels are increased in rodent obesity, suggesting that MCP-1-mediated macrophage infiltration of adipose tissue may contribute to the metabolic abnormalities associated with obesity and insulin resistance (35, 36).

MCP-1 has local as well as endocrine effects. Incubation of cultured adipocytes with MCP-1 decreases insulin-stimulated glucose uptake and insulin-induced insulin receptor tyrosine phosphorylation, suggesting that MCP-1 directly contributes to adipose tissue insulin resistance (36, 37). MCP-1 also inhibits adipocyte growth and differentiation by decreasing the expression of a number of adipogenic genes (36, 37). Increased circulating MCP-1 in rodent obesity is associated with increased circulating monocytes (35). Peripheral administration of MCP-1 to mice increases circulating monocytes, promotes accumulation of monocytes in collateral arteries, and increases neointimal formation (35, 38). These findings support an endocrine function of MCP-1 and implicate it in the development of atherosclerosis.

*Plasminogen activator inhibitor (PAI)-1*

Several proteins of the hemostasis and fibrinolytic system are secreted by adipocytes including tissue factor and PAI-1 (39). PAI-1 is a member of the serine protease inhibitor family and is the primary inhibitor of fibrinolysis by inactivating urokinase-type and tissue-type plasminogen activator. PAI-1 has also been implicated in variety of other biological processes including angiogenesis and atherogenesis. PAI-1 is expressed by many cell types within adipose tissue including adipocytes (9). PAI-1 expression and secretion are greater in visceral relative to sc adipose tissue (9, 14).

Plasma PAI-1 levels are elevated in obesity and insulin resistance, are positively correlated with features of the metabolic syndrome, and predict future risk for type 2 diabetes and cardiovascular disease (39, 40). Plasma PAI-1 levels are strongly associated with visceral adiposity, which is independent of other variables including insulin sensitivity, total adipose tissue mass, or age (14, 39). Weight loss and improvement in insulin sensitivity due to treatment with metformin or thiazolidinediones (TZDs) significantly reduce circulating PAI-1 levels (39). TNFα contributes to the elevated PAI-1 levels observed in obesity and insulin resistance (9, 39, 40). Mice with targeted deletion in PAI-1 have decreased weight gain on high-fat diet, increased energy expenditure, improved glucose tolerance, and enhanced insulin sensitivity (41). Likewise, targeted deletion of PAI-1 in Lep$^{ob}$/Lep$^{ob}$ mice decreases adiposity and improves metabolic parameters (42). Thus, PAI-1 may contribute to the development of

obesity and insulin resistance and may be a causal link between obesity and cardiovascular disease.

*Adiponectin*

Adiponectin was independently characterized in 1995 and 1996 by four groups using different methods, hence its alternative names of apM1 (adipose most abundant gene transcript 1), Acrp30 (adipocyte complement-related protein of 30 kDa), adipoQ, and GBP28 (gelatin binding protein of 28 kDa) (43–46). Adiponectin is highly and specifically expressed in differentiated adipocytes and circulates at high levels in the bloodstream (47). Adiponectin expression is higher in sc than visceral adipose tissue (9). Adiponectin is an approximately 30-kDa polypeptide containing an N-terminal signal sequence, a variable domain, a collagen-like domain, and a C-terminal globular domain (43–46). It shares strong sequence homology with type VIII and X collagen and complement component C1q (43–46). Interestingly, the tertiary structure of the globular domain bears a striking similarity to TNFα, despite a lack of homology in primary sequence (47). Posttranslational modification by hydroxylation and glycosylation produces multiple isoforms, which assemble into trimers and then into higher-order oligomeric structures (47). A proteolytic cleavage product containing the globular domain of adiponectin also circulates at physiologically significant levels and has biological activity (47).

Adiponectin receptors (AdipoR) 1 and 2 have been identified (48). The receptors contain seven-transmembrane domains but are structurally and functionally distinct from G protein-coupled receptors. AdipoR1 is expressed primarily in muscle and functions as a high-affinity receptor for globular adiponectin and a low-affinity receptor for full-length adiponectin. AdipoR2 is expressed primarily in liver and functions as an intermediate-affinity receptor for both globular and full-length adiponectin. Thus, the biological effects of adiponectin depend on not only the relative circulating concentrations and properties of the different adiponectin isoforms but also the tissue-specific expression of the adiponectin receptor subtypes.

A strong and consistent inverse association between adiponectin and both insulin resistance and inflammatory states has been established (47, 49). Plasma adiponectin declines before the onset of obesity and insulin resistance in nonhuman primates, suggesting that hypoadiponectinemia contributes to the pathogenesis of these conditions (50). Adiponectin levels are low with insulin resistance due to either obesity or lipodystrophy, and administration of adiponectin improves metabolic parameters in these conditions (47, 49, 51). Conversely, adiponectin levels increase when insulin sensitivity improves, as occurs after weight reduction or treatment with insulin-sensitizing drugs (47, 49). Furthermore, several polymorphisms in the adiponectin gene are associated with obesity and insulin resistance (47, 49). These epidemiological findings are corroborated by studies in murine models with altered adiponectin expression. Adiponectin-deficient mice develop premature diet-induced glucose intolerance and insulin resistance, increased serum NEFAs, and increased vascular neointimal smooth muscle proliferation in response to injury (52, 53). This unfavorable meta-

bolic profile occurs without significant differences in body weight or food intake (52, 53). In contrast, transgenic over-expression of adiponectin in mice leads to improved insulin sensitivity, glucose tolerance, and serum NEFAs (53, 54).

Several mechanisms for adiponectin's metabolic effects have been described (47, 49). In the liver, adiponectin enhances insulin sensitivity, decreases influx of NEFAs, increases fatty acid oxidation, and reduces hepatic glucose output. In muscle, adiponectin stimulates glucose use and fatty acid oxidation. Within the vascular wall, adiponectin inhibits monocyte adhesion by decreasing expression of adhesion molecules, inhibits macrophage transformation to foam cells by inhibiting expression of scavenger receptors, and decreases proliferation of migrating smooth muscle cells in response to growth factors. In addition, adiponectin increases nitric oxide production in endothelial cells and stimulate angiogenesis. These effects are mediated via increased phosphorylation of the insulin receptor, activation of AMP-activated protein kinase, and modulation of the nuclear factor κB pathway (47, 49). Taken together, these studies suggest that adiponectin is a unique adipocyte-derived hormone with antidiabetic, antiinflammatory, and antiatherogenic effects.

### Adipsin and acylation stimulating protein (ASP)

Adipsin (complement factor D) is one of several adipose tissue-derived complement components that are required for the enzymatic production of ASP, a complement protein that affects both lipid and glucose metabolism (55). Although adipsin was initially shown to be decreased in rodent obesity (2), subsequent studies in humans indicate that both adipsin and ASP positively correlate with adiposity, insulin resistance, dyslipidemia, and cardiovascular disease (55). ASP influences lipid and glucose metabolism via several mechanisms (55). ASP promotes fatty acid uptake by increasing lipoprotein lipase activity, promotes triglyceride synthesis by increasing the activity of diacylglycerol acyltransferase, and decreases lipolysis and release of NEFAs from adipocytes (55). ASP also increases glucose transport in adipocytes by increasing the translocation of glucose transporters and enhances glucose-stimulated insulin secretion from pancreatic β-cells (55). Not surprisingly, mice with targeted deletion of complement protein C3 (obligate ASP-deficient) have delayed postprandial clearance of triglycerides and NEFAs. Despite delayed lipid clearance, these mice have decreased body weight and fat mass, improved steady-state serum lipid profiles, and improved glucose tolerance and insulin sensitivity (55). This improved metabolic profile is attributed in part to increased energy expenditure and fatty acid oxidation in liver and muscle (56). A G protein-coupled receptor for ASP, known as C5L2, has been identified and is expressed in adipocytes (57). These findings support an endocrine role for ASP and related complement components in metabolism.

### Resistin

Resistin (resistance to insulin) is an approximately 12-kDa polypeptide that belongs to a unique family of cysteine-rich C-terminal domain proteins called resistin-like molecules, which are identical to the found in inflammatory zone family, hence resistin's alternative name FIZZ3 (58). Resistin was initially identified in 2001 as a novel mRNA induced during adipocyte differentiation but down-regulated by TZDs *in vitro* and subsequently identified by other groups using independent methods (59–61). *In vivo* studies in rodents confirmed adipose tissue-specific expression of resistin and down-regulation by TZDs (59). Resistin expression is 15-fold greater in visceral compared with sc adipose tissue in rodents (58).

Initial studies suggested that resistin had significant effects on insulin action, potentially linking obesity with insulin resistance (58). Treatment of cultured adipocytes with recombinant resistin impairs insulin-stimulated glucose uptake whereas antiresistin antibodies prevent this effect (59). Similarly, *in vivo* treatment with recombinant resistin in rodents induces insulin resistance, whereas immunoneutralization of resistin has the opposite effect (59). Serum resistin is also elevated in rodent obesity (59). Furthermore, infusion of resistin under euglycemic hyperinsulinemic conditions produces hepatic insulin resistance (62). Subsequent studies, however, have reported conflicting results including up-regulation of resistin by TZDs and suppression rather than elevation of resistin in rodent obesity (58). In addition, human resistin shares only 64% homology with murine resistin and is expressed at very low levels in adipocytes (58). Finally, numerous epidemiological studies in humans have failed to provide a clear and consistent link between resistin expression in adipose tissue or circulating resistin levels and adiposity or insulin resistance (58).

Recently, mice with targeted deletion of resistin have provided insight into resistin's metabolic effects in rodents (63). Mice lacking resistin have similar body weight and fat mass as wild-type mice, even when challenged with a high-fat diet. Nevertheless, mice lacking resistin have significantly improved fasting blood glucose levels on chow diet and improved glucose tolerance on high-fat diet. Insulin sensitivity is unaffected. The observed improvement in glucose homeostasis in mice lacking resistin is associated with decreased hepatic gluconeogenesis. This effect is mediated at least in part via increased activity of AMP-activated protein kinase and decreased expression of gluconeogenic enzymes in the liver. Whereas these data support a role for resistin in glucose homeostasis during fasting in rodents, a similar role in humans remains to be determined.

### Proteins of the renin angiotensin system (RAS)

Several proteins of the classic RAS are also produced in adipose tissue. These include renin, angiotensinogen (AGT), angiotensin I, angiotensin II, angiotensin receptors type I (AT1) and type 2 (AT2), angiotensin-converting enzyme (ACE), and other proteases capable of producing angiotensin II (chymase, cathepsins D and G, tonin) (64, 65). Expression of AGT, ACE, and AT1 receptors is higher in visceral compared with sc adipose tissue (64, 65). Angiotensin II mediates many of the well-documented effects of the RAS including increasing vascular tone, aldosterone secretion from the adrenal gland, and sodium and water reabsorption from the kidney, all of which contribute to blood pressure regulation.

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

Thus, the adipose tissue RAS is a potential link between obesity and hypertension.

Plasma AGT, plasma renin activity, plasma ACE activity, and adipose tissue AGT expression are positively correlated with adiposity in humans (64, 65). Adipose tissue AGT expression is decreased by fasting and increased by refeeding, and these changes are accompanied by parallel changes in blood pressure (64, 65). Inhibition of the RAS, either by inhibition of ACE or antagonism of the AT1 receptor, decreases weight and improves insulin sensitivity in rodents (64, 65). Although several large randomized trials have shown that ACE inhibitors reduce the incidence of type 2 diabetes, a direct effect of RAS inhibition on insulin sensitivity in humans has been observed in some studies (66) but not others (67). Finally, genetic variation in components of the RAS has been associated with obesity in isolated populations (64, 65).

In addition to its well-known effects on blood pressure, the RAS influences adipose tissue development. Components of the RAS such as AGT and angiotensin II are induced during adipogenesis (64). Angiotensin II promotes adipocyte growth and differentiation, both directly by promoting lipogenesis and indirectly by stimulating prostaglandin synthesis (64). Angiotensin II from mature adipocytes, however, may inhibit further recruitment of preadipocytes (64). Angiotensin II binds receptors on not only adipocytes but also stromovascular cells and nerve terminals, thus affecting adipose tissue physiology by altering blood flow and SNS activity (64). Angiotensin II inhibits lipolysis, promotes lipogenesis, decreases insulin-dependent glucose uptake, and increases hepatic gluconeogenesis and glycogenolysis (64). Furthermore, the adipose tissue RAS regulates the expression of adipose tissue-derived endocrine factors including prostacyclin, nitric oxide, PAI-1, and leptin (64, 65).

Murine models of increased and decreased AGT expression support a causal role for the adipose tissue RAS in obesity and hypertension. Mice with targeted deletion of AGT have decreased blood pressure and adipose tissue mass (68), whereas mice with transgenic overexpression of AGT in adipose tissue have increased blood pressure and adipose tissue mass (69). In addition, mice with transgenic amplification of glucocorticoids due to overexpression 11β-hydroxysteroid dehydrogenase type 1 (11βHSD1) in adipose tissue develop hypertension associated with activation of the RAS including increased plasma AGT, angiotensin II, and aldosterone (70). This is not surprising because glucocorticoids are known to increase adipose tissue expression of AGT. Thus, adipocyte-derived components of the RAS may play important autocrine, paracrine, and endocrine roles in the pathogenesis of obesity, insulin resistance, and hypertension.

## Enzymes Involved in the Metabolism of Steroid Hormones

### Enzymes involved in the metabolism of sex steroids

Although the adrenal gland and gonads serve as the primary source of circulating steroid hormones, adipose tissue expresses a full arsenal of enzymes for activation, interconversion, and inactivation of steroid hormones (71, 72). Traditionally the primary determinants of steroid hormone action were thought to be circulating free steroid hormone concentrations and tissue-specific expression of steroid hormone receptors. An additional determinant of steroid hormone action is tissue-specific prereceptor steroid hormone metabolism. Several steroidogenic enzymes are expressed in adipose tissue including cytochrome P450-dependent aromatase, 3β-hydroxysteroid dehydrogenase (HSD), 3αHSD, 11βHSD1, 17βHSD, 7α-hydroxylase, 17α-hydroxylase, 5α-reductase, and UDP-glucuronosyltransferase 2B15 (71, 72). Given the mass of adipose tissue, the relative contribution of adipose tissue to whole body steroid metabolism is quite significant, with adipose tissue contributing up to 100% of circulating estrogen in postmenopausal women and 50% of circulating testosterone in premenopausal women (71, 72).

The sexually dimorphic distribution of adipose tissue in humans has implicated sex steroids in the regulation of adiposity and body fat distribution. Premenopausal females tend to have increased lower body or sc adiposity, whereas males and postmenopausal females tend to have increased upper body or visceral adiposity. Whereas circulating sex steroids or differential steroid receptor expression may contribute to this sexual dimorphism, adipose tissue-specific sex steroid metabolism may also play a role. Cytochrome P450-dependent aromatase and 17βHSD are two enzymes that are highly expressed in adipose tissue stromal cells and preadipocytes. Aromatase mediates the conversion of androgens to estrogens: androstenedione to estrone and testosterone to estradiol. 17βHSD mediates the conversion of weak androgens or estrogens to their more potent counterparts: androstenedione to testosterone and estrone to estradiol. Expression of 17βHSD is decreased relative to aromatase in sc adipose tissue but increased relative to aromatase in visceral adipose tissue (71, 72). The ratio of 17βHSD to aromatase is positively correlated with central adiposity, implicating increased local androgen production in visceral adipose tissue (71, 72). Furthermore, mice with targeted ablation of aromatase and humans with naturally occurring mutations in aromatase have increased visceral adiposity, insulin resistance, dyslipidemia, and hepatic steatosis (73–76). Thus, adipose tissue is an important site for both metabolism and secretion of sex steroids.

### Enzymes involved in the metabolism of glucocorticoids

Attention has recently focused on adipose tissue-specific regulation of glucocorticoid metabolism (77, 78). This tissue-specific glucocorticoid metabolism is primarily determined by the enzyme 11βHSD1, which catalyzes the conversion of hormonally inactive 11β-ketoglucocorticoid metabolites (cortisone in humans and 11-dehydrocorticosterone in mice) to hormonally active 11β-hydroxylated metabolites (cortisol in humans and corticosterone in mice). 11βHSD1 is highly expressed in adipose tissue, particularly in visceral adipose tissue (77, 78). Although 11βHSD1 amplifies local glucocorticoid concentrations within adipose tissue, it does not contribute significantly to systemic glucocorticoid concentrations.

Tissue-specific dysregulation of glucocorticoid metabolism by 11βHSD1 has been implicated in a variety of common medical conditions including obesity, diabetes, hypertension, dyslipidemia, hypertension, cardiovascular disease, and polycystic ovarian syndrome (77, 78). 11βHSD1 activity

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2871285 by guest on 07 January 2019

**2554**  J Clin Endocrinol Metab, June 2004, 89(6):2548–2556

is reduced in liver and enhanced in visceral adipose tissue of leptin-resistant Lepr$^{fa}$/Lepr$^{fa}$ rats and leptin-deficient Lep$^{ob}$/Lep$^{ob}$ mice (77, 78). In human idiopathic obesity, 11$\beta$HSD1 expression and activity are also decreased in liver and increased in adipose tissue and are highly correlated with total and regional adiposity (77, 78). Polymorphisms in the 11$\beta$HSD1 gene have been linked to adiposity (79, 80). Finally, pharmacological inhibition of 11$\beta$HSD1 in humans increases insulin sensitivity (81), suggesting a potential therapeutic role for 11$\beta$HSD1 inhibition in the treatment of obesity and insulin resistance.

The importance of adipose tissue glucocorticoid metabolism by 11$\beta$HSD1 is revealed by experiments in murine models of increased or decreased 11$\beta$HSD1 expression. Mice with transgenic overexpression of 11$\beta$HSD1 in adipocytes have normal serum glucocorticoids and HPA axis function but have elevated local glucocorticoid concentrations in adipose tissue (82). These mice develop visceral obesity and features of the metabolic syndrome including insulin resistance, dyslipidemia, hypertension, and hepatic steatosis (82). In contrast, mice with targeted deletion of 11$\beta$HSD1 in all tissues have a favorable metabolic phenotype characterized by decreased weight gain on high-fat diet, preferential fat deposition in the sc adipose tissue compartment, improved glucose tolerance and insulin sensitivity, and atheroprotective lipid profiles (83–85). These studies support a role for adipose tissue-specific glucocorticoid metabolism by 11$\beta$HSD1 in the pathogenesis of visceral obesity and the metabolic syndrome.

### Depot-Specific Differences in the Endocrine Function of Adipose Tissue

As a further level of complexity, there is considerable heterogeneity among the various adipose tissue depots. The sc and visceral adipose tissue depots have been the best characterized, particularly with respects to contribution to disease. Visceral adipose tissue is associated with increased risk for multiple medical morbidities including the metabolic syndrome. This observed difference in disease risk may be due to differences in endocrine function among adipose tissue depots. The anatomic location of each adipose tissue depot itself affects endocrine function. Endocrine hormones derived from visceral adipose tissue are secreted into the portal system and have direct access to the liver, whereas those derived from sc adipose tissue are secreted into the systemic circulation. Hence, the former have a relatively greater effect on hepatic metabolic function. In addition, adipose tissue depots exhibit unique adipokine expression and secretion profiles. For example, expression and secretion of IL-6 and PAI-1 are relatively greater in visceral adipose tissue, whereas leptin and adiponectin are greater in sc adipose tissue. Furthermore, adipose tissue depots also exhibit specific receptor expression patterns that influence their ability to respond to afferent signals. For example, expression of AT1, $\beta$3-adrenergic, glucocorticoid, and androgen receptors are greater in visceral relative sc adipose tissue. Whereas the precise mechanisms for these differences are unclear, this functional heterogeneity among various adipose tissue depots suggests that adipose tissue may not simply be an en-

docrine organ but perhaps a group of similar but unique endocrine organs.

### The Future of Adipose Tissue as an Endocrine Organ

What is the future of adipose tissue as an endocrine organ? Several adipose tissue-derived hormones have been identified, but even those factors that are relatively well characterized, such as leptin, require further evaluation to more precisely define their physiological roles. In addition to known genes, as many as 40% of expressed genes in adipose tissue are novel genes, and 20–30% of these may be secreted proteins (86). The continued identification and characterization of these novel genes is likely to reveal further insight into the endocrine function of adipose tissue and the relationship between energy homeostasis and other physiological systems. Additional studies are also required to clarify the contribution of individual cellular components of adipose tissue to determine how these components function as a cohesive unit. Finally, understanding the endocrine function of adipose tissue will likely permit more rational approaches to treatment of the metabolic consequences of excess and deficiency of adipose tissue.

### Acknowledgments

Received February 27, 2004. Accepted March 17, 2004.

Address all correspondence and requests for reprints to: Erin E. Kershaw, M.D., or Jeffrey S. Flier, M.D., Division of Endocrinology, Department of Medicine, Beth Israel Deaconess Medical Center, 330 Brookline Avenue, Boston, Massachusetts 02215. E-mail: ekershaw@bidmc.harvard.edu or jflier@bidmc.harvard.edu.

### References

1. Siiteri PK 1987 Adipose tissue as a source of hormones. Am J Clin Nutr 45:277–282
2. Flier JS, Cook KS, Usher P, Spiegelman BM 1987 Severely impaired adipsin expression in genetic and acquired obesity. Science 237:405–408
3. Zhang Y, Proenca R, Maffei M, Barone M, Leopold L, Friedman JM 1994 Positional cloning of the mouse obese gene and its human homologue. Nature 372:425–432
4. Grundy SM, Brewer Jr HB, Cleeman JI, Smith Jr SC, Lenfant C 2004 Definition of metabolic syndrome: report of the National Heart, Lung, and Blood Institute/American Heart Association conference on scientific issues related to definition. Circulation 109:433–438
5. Leow MK, Addy CL, Mantzoros CS 2003 Clinical review 159: human immunodeficiency virus/highly active antiretroviral therapy-associated metabolic syndrome: clinical presentation, pathophysiology, and therapeutic strategies. J Clin Endocrinol Metab 88:1961–1976
6. Ahima RS, Flier JS 2000 Adipose tissue as an endocrine organ. Trends Endocrinol Metab 11:327–332
7. Fruhbeck G, Gomez-Ambrosi J, Muruzabal FJ, Burrell MA 2001 The adipocyte: a model for integration of endocrine and metabolic signaling in energy metabolism regulation. Am J Physiol Endocrinol Metab 280:E827—E847
8. Frayn KN, Karpe F, Fielding BA, Macdonald IA, Coppack SW 2003 Integrative physiology of human adipose tissue. Int J Obes Relat Metab Disord 27:875–888
9. Fain JN, Madan AK, Hiler ML, Cheema P, Bahouth SW 2004 Comparison of the release of adipokines by adipose tissue, adipose tissue matrix, and adipocytes from visceral and subcutaneous abdominal adipose tissues of obese humans. Endocrinology 145:2273–2282
10. Coleman DL 1973 Effects of parabiosis of obese with diabetes and normal mice. Diabetologia 9:294–298
11. Chen H, Charlat O, Tartaglia LA, Woolf EA, Weng X, Ellis SJ, Lakey ND, Culpepper J, Moore KJ, Breitbart RE, Duyk GM, Tepper RI, Morgenstern JP 1996 Evidence that the diabetes gene encodes the leptin receptor: identification of a mutation in the leptin receptor gene in db/db mice. Cell 84:491–495
12. Lee GH, Proenca R, Montez JM, Carroll KM, Darvishzadeh JG, Lee JI, Friedman JM 1996 Abnormal splicing of the leptin receptor in diabetic mice. Nature 379:632–635
13. Tartaglia LA, Dembski M, Weng X, Deng N, Culpepper J, Devos R, Richards

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

GJ, Campfield LA, Clark FT, Deeds J, et al 1995 Identification and expression cloning of a leptin receptor, OB-R. Cell 83:1263–1271

14. **Wajchenberg BL** 2000 Subcutaneous and visceral adipose tissue: their relation to the metabolic syndrome. Endocr Rev 21:697–738

15. **Margetic S, Gazzola C, Pegg GG, Hill RA** 2002 Leptin: a review of its peripheral actions and interactions. Int J Obes Relat Metab Disord 26:1407–1433

16. **Bjørbaek C, Kahn BB** 2004 Leptin signaling in the central nervous system and the periphery. Recent Prog Horm Res 59:305–331

17. **Friedman JM, Halaas JL** 1998 Leptin and the regulation of body weight in mammals. Nature 395:763–770

18. **Flier JS** 1998 Clinical review 94: what's in a name? In search of leptin's physiologic role. J Clin Endocrinol Metab 83:1407–1413

19. **Flier JS** 2004 Obesity wars: molecular progress confronts an expanding epidemic. Cell 116:337–350

20. **Flier JS, Harris M, Hollenberg AN** 2000 Leptin, nutrition, and the thyroid: the why, the wherefore, and the wiring. J Clin Invest 105:859–861

21. **Hileman SM, Pierroz DD, Flier JS** 2000 Leptin, nutrition, and reproduction: timing is everything. J Clin Endocrinol Metab 85:804–807

22. **Chan JL, Heist K, DePaoli A, Veldhuis JD, Mantzoros CS** 2003 The role of falling leptin levels in the neuroendocrine and metabolic adaptation to short-term starvation in healthy men. J Clin Invest 111:1409–1421

23. **Lord GM, Matarese G, Howard JK, Baker RJ, Bloom SR, Lechler RI** 1998 Leptin modulates the T-cell immune response and reverses starvation-induced immunosuppression. Nature 394:897–901

24. **Cock TA, Auwerx J** 2003 Leptin: cutting the fat off the bone. Lancet 362:1572–1574

25. **Ruan H, Lodish HF** 2003 Insulin resistance in adipose tissue: direct and indirect effects of tumor necrosis factor-α. Cytokine Growth Factor Rev 14:447–455

26. **Hotamisligil GS** 2003 Inflammatory pathways and insulin action. Int J Obes Relat Metab Disord 27(Suppl 3):S53–S55

27. **Hotamisligil GS, Shargill NS, Spiegelman BM** 1993 Adipose expression of tumor necrosis factor-α: direct role in obesity-linked insulin resistance. Science 259:87–91

28. **Fernandez-Real JM, Ricart W** 2003 Insulin resistance and chronic cardiovascular inflammatory conditions. Endocr Rev 24:278–301

29. **Uysal KT, Wiesbrock SM, Marino MW, Hotamisligil GS** 1997 Protection from obesity-induced insulin resistance in mice lacking TNF-α function. Nature 389:610–614

30. **Ruan H, Miles PD, Ladd CM, Ross K, Golub TR, Olefsky JM, Lodish HF** 2002 Profiling gene transcription in vivo reveals adipose tissue as an immediate target of tumor necrosis factor-α: implications for insulin resistance. Diabetes 51:3176–3188

31. **Senn JJ, Klover PJ, Nowak IA, Zimmers TA, Koniaris LG, Furlanetto RW, Mooney RA** 2003 Suppressor of cytokine signaling-3 (SOCS-3), a potential mediator of interleukin-6-dependent insulin resistance in hepatocytes. J Biol Chem 278:13740–13746

32. **De Benedetti F, Alonzi T, Moretta A, Lazzaro D, Costa P, Poli V, Martini A, Ciliberto G, Fattori E** 1997 Interleukin 6 causes growth impairment in transgenic mice through a decrease in insulin-like growth factor-I. A model for stunted growth in children with chronic inflammation. J Clin Invest 99:643–650

33. **Wallenius V, Wallenius K, Ahren B, Rudling M, Carlsten H, Dickson SL, Ohlsson C, Jansson JO** 2002 Interleukin-6-deficient mice develop mature-onset obesity. Nat Med 8:75–79

34. **Wellen KE, Hotamisligil GS** 2003 Obesity-induced inflammatory changes in adipose tissue. J Clin Invest 112:1785–1788

34a. **Weisberg SP, McCann D, Desai M, Rosenbaum M, Leibel RL, Ferrante Jr AW** 2003 Obesity is associated with macrophage accumulation in adipose tissue. J Clin Invest 112:1796–1808

34b. **Xu H, Barnes GT, Yang Q, Tan G, Yang D, Chou CJ, Sole J, Nichols A, Ross JS, Tartaglia LA, Chen H** 2003 Chronic inflammation in fat plays a crucial role in the development of obesity-related insulin resistance. J Clin Invest 112:1821–1830

35. **Takahashi K, Mizuarai S, Araki H, Mashiko S, Ishihara A, Kanatani A, Itadani H, Kotani H** 2003 Adiposity elevates plasma MCP-1 levels leading to the increased CD11b-positive monocytes in mice. J Biol Chem 278:46654–46660

36. **Sartipy P, Loskutoff DJ** 2003 Monocyte chemoattractant protein 1 in obesity and insulin resistance. Proc Natl Acad Sci USA 100:7265–7270

37. **Gerhardt CC, Romero IA, Cancello R, Camoin L, Strosberg AD** 2001 Chemokines control fat accumulation and leptin secretion by cultured human adipocytes. Mol Cell Endocrinol 175:81–92

38. **van Royen N, Hoefer I, Buschmann I, Kostin S, Voskuil M, Bode Ch, Schaper W, Piek JJ** 2003 Effects of local MCP-1 protein therapy on the development of the collateral circulation and atherosclerosis in Watanabe hyperlipidemic rabbits. Cardiovasc Res 57:178–185

39. **Mertens I, Van Gaal LF** 2002 Obesity, haemostasis and the fibrinolytic system. Obes Rev 3:85–101

40. **Juhan-Vague I, Alessi MC, Mavri A, Morange PE** 2003 Plasminogen activator inhibitor-1, inflammation, obesity, insulin resistance and vascular risk. J Thromb Haemost 1:1575–1579

41. **Ma LJ, Mao SL, Taylor KL, Kanjanabuch T, Guan Y, Zhang Y, Brown NJ, Swift LL, McGuinness OP, Wasserman DH, Vaughan DE, Fogo AB** 2004

Prevention of obesity and insulin resistance in mice lacking plasminogen activator inhibitor 1. Diabetes 53:336–346

42. **Schafer K, Fujisawa K, Konstantinides S, Loskutoff DJ** 2001 Disruption of the plasminogen activator inhibitor 1 gene reduces the adiposity and improves the metabolic profile of genetically obese and diabetic ob/ob mice. FASEB J 15:1840–1842

43. **Maeda K, Okubo K, Shimomura I, Funahashi T, Matsuzawa Y, Matsubara K** 1996 cDNA cloning and expression of a novel adipose specific collagen-like factor, apM1 (AdiPose Most abundant Gene transcript 1). Biochem Biophys Res Commun 221:286–289

44. **Scherer PE, Williams S, Fogliano M, Baldini G, Lodish HF** 1995 A novel serum protein similar to C1q, produced exclusively in adipocytes. J Biol Chem 270:26746–26749

45. **Nakano Y, Tobe T, Choi-Miura NH, Mazda T, Tomita M** 1996 Isolation and characterization of GBP28, a novel gelatin-binding protein purified from human plasma. J Biochem (Tokyo) 120:803–812

46. **Hu E, Liang P, Spiegelman BM** 1996 AdipoQ is a novel adipose-specific gene dysregulated in obesity. J Biol Chem 271:10697–10703

47. **Chandran M, Phillips SA, Ciaraldi T, Henry RR** 2003 Adiponectin: more than just another fat cell hormone? Diabetes Care 26:2442–2450

48. **Yamauchi T, Kamon J, Ito Y, Tsuchida A, Yokomizo T, Kita S, Sugiyama T, Miyagishi M, Hara K, Tsunoda M, Murakami K, Ohteki T, Uchida S, Takekawa S, Waki H, Tsuno NH, Shibata Y, Terauchi Y, Froguel P, Tobe K, Koyasu S, Taira K, Kitamura T, Shimizu T, Nagai R, Kadowaki T** 2003 Cloning of adiponectin receptors that mediate antidiabetic metabolic effects. Nature 423:762–769

49. **Diez JJ, Iglesias P** 2003 The role of the novel adipocyte-derived hormone adiponectin in human disease. Eur J Endocrinol 148:293–300

50. **Hotta K, Funahashi T, Bodkin NL, Ortmeyer HK, Arita Y, Hansen BC, Matsuzawa Y** 2001 Circulating concentrations of the adipocyte protein adiponectin are decreased in parallel with reduced insulin sensitivity during the progression to type 2 diabetes in rhesus monkeys. Diabetes 50:1126–1133

51. **Kinlaw WB, Marsh B** 2004 Adiponectin and HIV-lipodystrophy: taking HAART. Endocrinology 145:484–486

52. **Kubota N, Terauchi Y, Yamauchi T, Kubota T, Moroi M, Matsui J, Eto K, Yamashita T, Kamon J, Satoh H, Yano W, Froguel P, Nagai R, Kimura S, Kadowaki T, Noda T** 2002 Disruption of adiponectin causes insulin resistance and neointimal formation. J Biol Chem 277:25863–25866

53. **Maeda N, Shimomura I, Kishida K, Nishizawa H, Matsuda M, Nagaretani H, Furuyama N, Kondo H, Takahashi M, Arita Y, Komuro R, Ouchi N, Kihara S, Tochino Y, Okutomi K, Horie M, Takeda S, Aoyama T, Funahashi T, Matsuzawa Y** 2002 Diet-induced insulin resistance in mice lacking adiponectin/ACRP30. Nat Med 8:731–737

54. **Combs TP, Pajvani UB, Berg AH, Lin Y, Jelicks LA, Laplante M, Nawrocki AR, Rajala MW, Parlow AF, Cheeseboro L, Ding YY, Russell RG, Lindemann D, Hartley A, Baker GR, Obici S, Deshaies Y, Ludgate M, Rossetti L, Scherer PE** 2004 A transgenic mouse with a deletion in the collagenous domain of adiponectin displays elevated circulating adiponectin and improved insulin sensitivity. Endocrinology 145:367–383

55. **Cianflone K, Xia Z, Chen LY** 2003 Critical review of acylation-stimulating protein physiology in humans and rodents. Biochim Biophys Acta 1609:127–143

56. **Xia Z, Stanhope KL, Digitale E, Simion OM, Chen L, Havel P, Cianflone K** 2004 Acylation-stimulating protein (ASP)/complement C3adesArg deficiency results in increased energy expenditure in mice. J Biol Chem 279:4051–4057

57. **Kalant D, Cain SA, Maslowska M, Sniderman AD, Cianflone K, Monk PN** 2003 The chemoattractant receptor-like protein C5L2 binds the C3a des-Arg77/acylation-stimulating protein. J Biol Chem 278:11123–11129

58. **Banerjee RR, Lazar MA** 2003 Resistin: molecular history and prognosis. J Mol Med 81:218–226

59. **Steppan CM, Bailey ST, Bhat S, Brown EJ, Banerjee RR, Wright CM, Patel HR, Ahima RS, Lazar MA** 2001 The hormone resistin links obesity to diabetes. Nature 409:307–312

60. **Kim KH, Lee K, Moon YS, Sul HS** 2001 A cysteine-rich adipose tissue-specific secretory factor inhibits adipocyte differentiation. J Biol Chem 276:11252–11256

61. **Holcomb IN, Kabakoff RC, Chan B, Baker TW, Gurney A, Henzel W, Nelson C, Lowman HB, Wright BD, Skelton NJ, Frantz GD, Tumas DB, Peale Jr FV, Shelton DL, Hebert CC** 2000 FIZZ1, a novel cysteine-rich secreted protein associated with pulmonary inflammation, defines a new gene family. EMBO J 19:4046–4055

62. **Rajala MW, Obici S, Scherer PE, Rossetti L** 2003 Adipose-derived resistin and gut-derived resistin-like molecule-β selectively impair insulin action on glucose production. J Clin Invest 111:225–230

63. **Banerjee RR, Rangwala SM, Shapiro JS, Rich AS, Rhoades B, Qi Y, Wang J, Rajala MW, Pocai A, Scherer PE, Steppan CM, Ahima RS, Obici S, Rossetti L, Lazar MA** 2004 Regulation of fasted blood glucose by resistin. Science 303:1195–1198

64. **Engeli S, Schling P, Gorzelniak K, Boschmann M, Janke J, Ailhaud G, Teboul M, Massiera F, Sharma AM** 2003 The adipose-tissue renin-angiotensin-aldosterone system: role in the metabolic syndrome? Int J Biochem Cell Biol 35:807–825

65. **Goossens GH, Blaak EE, van Baak MA** 2003 Possible involvement of the

adipose tissue renin-angiotensin system in the pathophysiology of obesity and obesity-related disorders. Obes Rev 4:43–55

66. Pollare T, Lithell H, Berne C 1989 A comparison of the effects of hydrochlorothiazide and captopril on glucose and lipid metabolism in patients with hypertension. N Engl J Med 321:868–873

67. Petrie JR, Morris AD, Ueda S, Small M, Donnelly R, Connell JM, Elliott HL 2000 Trandolapril does not improve insulin sensitivity in patients with hypertension and type 2 diabetes: a double-blind, placebo-controlled crossover trial. J Clin Endocrinol Metab 85:1882–1889

68. Massiera F, Seydoux J, Geloen A, Quignard-Boulange A, Turban S, Saint-Marc P, Fukamizu A, Negrel R, Ailhaud G, Teboul M 2001 Angiotensinogen-deficient mice exhibit impairment of diet-induced weight gain with alteration in adipose tissue development and increased locomotor activity. Endocrinology 142:5220–5225

69. Massiera F, Bloch-Faure M, Ceiler D, Ceiler D, Murakami K, Fukamizu A, Gasc JM, Quignard-Boulange A, Negrel R, Ailhaud G, Seydoux J, Meneton P, Teboul M 2001 Adipose angiotensinogen is involved in adipose tissue growth and blood pressure regulation. FASEB J 15:2727–2729

70. Masuzaki H, Yamamoto H, Kenyon CJ, Elmquist JK, Morton NM, Paterson JM, Shinyama H, Sharp MG, Fleming S, Mullins JJ, Seckl JR, Flier JS 2003 Transgenic amplification of glucocorticoid action in adipose tissue causes high blood pressure in mice. J Clin Invest 112:83–90

71. Belanger C, Luu-The V, Dupont P, Tchernof A 2002 Adipose tissue intracrinology: potential importance of local androgen/estrogen metabolism in the regulation of adiposity. Horm Metab Res 34:737–745

72. Meseguer A, Puche C, Cabero A 2002 Sex steroid biosynthesis in white adipose tissue. Horm Metab Res 34:731–736

73. Jones ME, Thorburn AW, Britt KL, Hewitt KN, Misso ML, Wreford NG, Proietto J, Oz OK, Leury BJ, Robertson KM, Yao S, Simpson ER 2001 Aromatase-deficient (ArKO) mice accumulate excess adipose tissue. J Steroid Biochem Mol Biol 79:3–9

74. Jones ME, Thorburn AW, Britt KL, Hewitt KN, Wreford NG, Proietto J, Oz OK, Leury BJ, Robertson KM, Yao S, Simpson ER 2000 Aromatase-deficient (ArKO) mice have a phenotype of increased adiposity. Proc Natl Acad Sci USA 97:12735–12740

75. Misso ML, Murata Y, Boon WC, Jones ME, Britt KL, Simpson ER 2003 Cellular and molecular characterization of the adipose phenotype of the aromatase-deficient mouse. Endocrinology 144:1474–1480

76. Takeda K, Toda K, Saibara T, Nakagawa M, Saika K, Onishi T, Sugiura T, Shizuta Y 2003 Progressive development of insulin resistance phenotype in

male mice with complete aromatase (CYP19) deficiency. J Endocrinol 176: 237–246

77. Stulnig TM, Waldhausl W 2004 11β-Hydroxysteroid dehydrogenase type 1 in obesity and type 2 diabetes. Diabetologia 47:1–11

78. Seckl JR, Walker BR 2001 Minireview: 11β-hydroxysteroid dehydrogenase type 1-a tissue-specific amplifier of glucocorticoid action. Endocrinology 142: 1371–1376

79. Draper N, Echwald SM, Lavery GG, Walker EA, Fraser R, Davies E, Sorensen TI, Astrup A, Adamski J, Hewison M, Connell JM, Pedersen O, Stewart PM 2002 Association studies between microsatellite markers within the gene encoding human 11β-hydroxysteroid dehydrogenase type 1 and body mass index, waist to hip ratio, and glucocorticoid metabolism. J Clin Endocrinol Metab 87:4984–4990

80. Gelernter-Yaniv L, Feng N, Sebring NG, Hochberg Z, Yanovski JA 2003 Associations between a polymorphism in the 11 β hydroxysteroid dehydrogenase type I gene and body composition. Int J Obes Relat Metab Disord 27:983–986

81. Walker BR, Connacher AA, Lindsay RM, Webb DJ, Edwards CR 1995 Carbenoxolone increases hepatic insulin sensitivity in man: a novel role for 11-oxosteroid reductase in enhancing glucocorticoid receptor activation. J Clin Endocrinol Metab 80:3155–3159

82. Masuzaki H, Paterson J, Shinyama H, Morton NM, Mullins JJ, Seckl JR, Flier JS 2001 A transgenic model of visceral obesity and the metabolic syndrome. Science 294:2166–2170

83. Kotelevtsev V, Holmes MC, Burchell A, Houston PM, Schmoll D, Jamieson P, Best R, Brown R, Edwards CR, Seckl JR, Mullins JJ 1997 11β-hydroxysteroid dehydrogenase type 1 knockout mice show attenuated glucocorticoid-inducible responses and resist hyperglycemia on obesity or stress. Proc Natl Acad Sci USA 94:14924–14929

84. Morton NM, Holmes MC, Fievet C, Staels B, Tailleux A, Mullins JJ, Seckl JR 2001 Improved lipid and lipoprotein profile, hepatic insulin sensitivity, and glucose tolerance in 11β-hydroxysteroid dehydrogenase type 1 null mice. J Biol Chem 276:41293–41300

85. Morton NM, Paterson JM, Masuzaki H, Holmes MC, Staels B, Fievet C, Walker BR, Flier JS, Mullins JJ, Seckl JR 2004 Novel adipose tissue-mediated resistance to diet-induced visceral obesity in 11β-hydroxysteroid dehydrogenase type 1-deficient mice. Diabetes 53:931–938

86. Maeda K, Okubo K, Shimomura I, Mizuno K, Matsuzawa Y, Matsubara K 1997 Analysis of an expression profile of genes in the human adipose tissue. Gene 190:227–235

JCEM is published monthly by The Endocrine Society (http://www.endo-society.org), the foremost professional society serving the endocrine community.

Downloaded from https://academic.oup.com/jcem/article-abstract/89/6/2548/2870285 by guest on 07 January 2019

# ATTACHMENT 4

State of the art paper

# Biochemistry of adipose tissue: an endocrine organ

Marisa Coelho[1,2], Teresa Oliveira[2], Ruben Fernandes[1,2]

[1]Ciências Químicas e das Biomoléculas e Unidade de Mecanismos Moleculares da Doença do Centro de Investigação em Saúde e Ambiente, Escola Superior de Tecnologia da Saúde do Porto, Instituto Politécnico do Porto, Portugal
[2]Centro de Farmacologia e Biopatologia Química (U38-FCT), Faculdade de Medicina da Universidade do Porto, Portugal

**Corresponding author:**
Prof. Ruben Fernandes
ESTSP
Rua Valente Perfeito 322
4400-330 Vila Nova de Gaia
Portugal
Phone: + 351 222 061 004
E-mail: rpf@estsp.ipp.pt

**Submitted:** 8 June 2012
**Accepted:** 4 July 2012

Arch Med Sci 2013; 9, 2: 191-200
DOI: 10.5114/aoms.2013.33181
Copyright © 2013 Termedia & Banach

### Abstract

Adipose tissue is no longer considered to be an inert tissue that stores fat. This tissue is capable of expanding to accommodate increased lipids through hypertrophy of existing adipocytes and by initiating differentiation of pre-adipocytes. Adipose tissue metabolism exerts an impact on whole-body metabolism. As an endocrine organ, adipose tissue is responsible for the synthesis and secretion of several hormones. These are active in a range of processes, such as control of nutritional intake (leptin, angiotensin), control of sensitivity to insulin and inflammatory process mediators (tumor necrosis factor $\alpha$ (TNF-$\alpha$), interleukin-6 (IL-6), resistin, visfatin, adiponectin, among others) and pathways (plasminogen activator inhibitor 1 (PAI-1) and acylation stimulating protein (ASP) for example). This paper reviews some of the biochemical and metabolic aspects of adipose tissue and its relationship to inflammatory disease and insulin resistance.

**Key words:** adipose tissue, adipocytes, adipokines.

### Adipose tissue

Originally considered as simply a storage organ for triacylglycerol, interest in the biology of adipose tissue has increased substantially. Over the last decades there has been considerable accumulation of experimental data about the biology and biochemistry of adipose tissue. This tissue is no longer considered to be an inert tissue that just stores fat [1]. Adipose tissue is a metabolically dynamic organ that is the primary site of storage for excess energy but it serves as an endocrine organ capable of synthesizing a number of biologically active compounds that regulate metabolic homeostasis. This dynamic tissue is composed not only of adipocytes, but also of other cell types called the stroma-vascular fraction, comprising blood cells, endothelial cells, pericytes and adipose precursor cells among others [2-5]. Several studies have evidenced that adipose tissue is not uniform. Depending on the location in the body, they differ in their capacity to secrete adipocytokines, as well as cellular composition with varied phenotype, as well as the quantity and proportion of adipocytes forming it, blood vessel stromal cells and immune system cells [6]. It is now generally recognized that adipose tissue is an important organ of a complex network that participates in the regulation of a variety of quite diverse biological functions (Figure 1) [7-10].

Marisa Coelho, Teresa Oliveira, Ruben Fernandes



**Figure 1.** The most significant physiological functions of white adipose tissue such as coagulation, appetite regulation, immunity, glucose and lipid metabolism, reproduction, angiogenesis, fibrinolysis, body weight homeostasis and vascular tone control

Adipogenesis refers to the differentiation of pre-adipocytes into mature fat cells, i.e. the development of adipose tissue, which varies according to sex and age. Adipocytes differentiate from stellate or fusiform precursor cells of mesenchymal origin. The morphological and functional changes that take place in the course of adipogenesis correspond to a shift in transcription factor expression and activity leading from a primitive, multipotent state to a final phenotype characterized by alterations in cell shape and lipid accumulation [4, 5].

Pre-adipocytes within adipose tissue can differentiate into mature adipocytes throughout life, thus enabling hyperplastic expansion of adipose tissue when increased storage requirements are needed. In addition, the mature adipocytes can expand in size to accommodate increased storage needs and in situations of overnutrition become hypertrophic. As a result, adipocyte number and morphology transform in response to energy balance via the biochemical processes involved in lipid uptake, esterification, lipolysis and differentiation of pre-adipocytes [11].

In mammals, there are two types of adipose tissue: white and brown. The adipocytes in these two types exhibit different morphology and function.

Brown adipose tissue specialized in heat production (thermogenesis) is almost absent in adult humans, but is found at birth. Brown adipocytes, with an average diameter, are smaller than adipocytes of white adipose tissue. They have a number of cytoplasmic lipid droplets of different sizes, cytoplasm relatively abundant, a spherical core and slightly eccentric and numerous mitochondria that release heat by oxidation of fatty acids. Brown adipose tissue also stores energy in lipid form, but more regularly produces heat by oxidizing fatty acids within the adipocyte, rather than supplying free fatty acids for use by other cell types [2, 4, 5]. Brown fat derives

its color from extensive vascularization and the presence of many densely packed mitochondria. It is traversed by many more blood vessels than white fat. These blood vessels assist in delivering fuel for storage and oxidation, and in dispersing heat generated by the numerous mitochondria to other parts of the body [8, 9].

Although its participation in thermogenesis is irrelevant, white adipose tissue's functional capacity is much broader and more comprehensive. It has extensive distribution in the body, involving, or infiltrating, almost the entire region subcutaneously by organs and hollow viscera of the abdominal cavity or mediastinum and several muscle groups, for which it offers mechanical protection, softening the impact of shocks and allowing appropriate sliding of muscle bundles, one on the other, without compromising their functional integrity [2, 4]. Because it is an excellent thermal insulator and has a wide distribution, including the dermis and subcutaneous tissue, it plays an important role maintaining body temperature [5]. By this ability to accumulate and provide energy when necessary, it assumes the status of the most important buffering system for lipid energy balance, particularly fatty acids, which are an exceptionally efficient fuel storage species. The highly reduced hydrocarbon tail can be readily oxidized to produce large quantities of ATP (adenosine triphosphate) [9].

### Lipogenesis and lipolysis

Fat accumulation is determined by the balance between fat synthesis (lipogenesis) and fat breakdown (lipolysis/fatty acid oxidation).

Lipogenesis is a process that occurs preferentially in adipose tissue (Figure 2), but it also happens in liver, and it is the synthesis of fatty acids, which are used as energy reserves. This process is responsive to changes in the diet [12]. It is stimulated by a high carbohydrate diet leading to elevated postprandial plasma triglyceride levels, whereas lipogenesis is inhibited by polyunsaturated fatty acids and by fasting. Fasting is related to a decrease in plasma glucose and an increase in plasma-free fatty acids. These effects are partly mediated by hormones, which inhibit (leptin) or stimulate (angiotensin, acylation stimulating protein) lipogenesis. Glucose itself is a substrate for lipogenesis. It increases the process by stimulating the release of insulin and inhibiting the release of glucagon from the pancreas [12].

Lipolysis occurs in adipose tissue and is the breakdown of fat, in other words, from energy reserves (triglycerides) for energy production by which triacylglycerol molecules are hydrolyzed to free fatty acids and glycerol (Figure 2). During times of metabolic stress (i.e. during fasting or prolonged arduous exercise when the body's energy needs exceed the circulating nutrient levels), the adipocyte's triacylglyce-

Biochemistry of adipose tissue: an endocrine organ

rol droplet is degraded to provide free fatty acids to be used as an energy source by other tissues. Numerous stimuli are able to elicit the lipolytic response in adipocytes. However, ultimately the same pair of enzymes, hormone-sensitive lipase and monoacylglycerol lipase, is responsible for catalyzing the hydrolysis of the triacylglycerol ester bonds. Complete hydrolysis of triacylglycerol involves the breakage of 3 ester bonds to release free fatty acids and a glycerol moiety. The same enzyme, hormone-sensitive lipase, is responsible for facilitating hydrolysis of the esters at positions 1 and 3 of the triacylglycerol. A second enzyme, 2-monoacylglycerol lipase, catalyzes hydrolysis of the remaining ester to yield a third free fatty acid and glycerol. Hormone-sensitive lipase is inhibited by insulin and is favored by the presence of glucagon and epinephrine [9, 10, 12]. Glycerol is effluxed out of adipocytes via an aquaporin type of transport molecule and must be shuttled back to the liver for use in oxidation or gluconeogenesis. However, under maximal lipolytic conditions, substantial recycling of fatty acids occurs such that on average about two fatty acid molecules are released per glycerol molecule. Outside the adipocyte, fatty acids are immediately bound to albumin and carried in the bloodstream to the liver, muscle and other tissues for oxidation [10].

β-Oxidation is a catabolic process in which the free fatty acids resulting from lipolysis are used by the body as a source of energy. The fatty acid molecules are converted into acetyl coenzyme A molecules [2].

### Secretory organ

Through the discovery of the ability to secrete hormones, great importance has been attributed to the role of adipose tissue [3].

White adipose tissue may represent the largest endocrine tissue of humans. Its pleiotropic nature is based on the ability of fat cells to secrete numerous hormones, growth factors, enzymes, cytokines, complement factors and matrix proteins. Adipose tissue also expresses receptors for most of these factors that are implicated in the regulation of many processes including food intake, energy expenditure, metabolism homeostasis, immunity and blood pressure homeostasis [7, 13].

Adipose tissue is dynamically involved in cell function regulation through a complex network of endocrine (signals travel through the circulatory system to reach all parts of the body), paracrine (signals sent only to cells in the vicinity of the cell station), and autocrine (only affecting cells that are the same type) signals that influence the response of many tissues, including hypothalamus, pancreas, liver, skeletal muscle, kidneys, endothelium, and the immune system, among others. This secretory nature has prompted the view of white adipose tissue as an extremely active endocrine tissue [5].



**Figure 2.** Primary metabolic role of adipose tissue. In the feeding state, insulin-dependent glucose transport 4 (GLUT-4) allows the uptake of glucose from the bloodstream to adipocytes. Glycolysis occurs, producing glycerol-3-phosphate (glycerol-3-P), a substrate required for lipogenesis. Fatty acids from liver carried by very low-density lipoproteins (VLDL) and chylomicrons from the intestine are esterified with glycerol-3-P to form lipid droplets of triacylglycerols (TAGs). In the fasting state and in stress conditions, hormone-sensitive lipase is activated for lipolysis. Some steps are required to produce glycerol, which travels to the liver, and fatty acids. These free fatty acids will travel in the bloodstream to the liver, muscle and to other organs to be oxidized. In the bloodstream fatty acids are immediately bound to albumin

It is commonly assumed that under normal physiological circumstances adult humans are practically devoid of functional brown adipose tissue [14]. However, it has been recently shown that human white adipose tissue can be infiltrated with brown adipocytes expressing uncoupling protein 1 (UCP-1). This protein is found in the mitochondria of brown adipose tissue and it generates heat by non-shivering thermogenesis.

Experimental data suggest that there are some differences, in respect to adipokine synthesis and secretion, between visceral fat and subcutaneous adipose tissue, as visceral fat appears to be more active. Both types of this tissue are characterized by production of a unique profile of adipocytokines. In the visceral tissue, for example, higher concentrations of IL-6 (interleukin-6) and PAI-1 (plasminogen activator inhibitor 1) are observed. In turn, in the subcutaneous tissue, there is a higher concentration of leptin and adiponectin [6].

The endocrine activity of white adipose tissue was postulated when its capacity for steroid hormone interconversion was alluded to. Particularly since the discovery of leptin, in 1994, the list of adipocyte-derived factors has been increasing at an extraordinary pace. The discovery of leptin opened up a whole field of studies into the biology of adipocytes, their metabolic and endocrine functions, and the functional relationships between secretions of adipocytes and peripheral metabolic functions. A different way of addressing the production of adi-

Marisa Coelho, Teresa Oliveira, Ruben Fernandes



**Figure 3.** Some of the factors secreted by white adipose tissue, which underlie the multifunctional nature of this endocrine organ: adiponectin, leptin, angiotensin, resistin, visfatin, acylation stimulating protein (ASP), sex steroids, glucocorticoids, tumor necrosis factor α (TNF-α), interleukin-6 (IL-6), and free fatty acids (FFA), among others

pose-derived factors is by focusing on the function they perform [4, 5].

The adipose tissue secretes a number of bioactive substances (Figure 3), such as adipocytokines among others. Unbalanced production of pro- and anti-inflammatory adipocytokines in obese adipose tissue may contribute to many aspects of the metabolic syndrome (MetS).

Oversecretion of potentially harmful adipocytokines, such as PAI-1, tumor necrosis factor-α (TNF-α) or visfatin, and hyposecretion of potentially benefi-

cial adipocytokines, such as adiponectin, might be major mechanisms involved in lifestyle-related diseases, including diabetes mellitus, hyperlipidemia, hypertension and atherosclerosis, comprising the so-called MetS [15, 16]. The reduction of visceral fat therefore might be an essential preventive measure for MetS and its consequence, cardiovascular disease. The regulation of key adipocytokines such as adiponectin might be considered as an efficient therapeutic procedure, but needs to be studied carefully [13].

Obesity is now viewed as a state of systemic, chronic low-grade inflammation [17]. It has been recognized by recent studies that obesity (waist circumference) has a strong impact on adipokine secretion and insulin resistance [18]. More recently it has been recognized that macrophages are an important part of the secretory function of adipose tissue and the main source of inflammatory cytokines, such as TNF-α and IL-6. As a secretory organ, adipose tissue presents several particularities and its secretory activity is regulated by humoral and hormonal mechanisms (Table I).

## Leptin

Leptin is a small peptide (16 kDa), considered as a pre-inflammatory cytokine that indicates common structural and functional properties, belonging to the IL-6 family of cytokines [17, 19, 20]. The *ob* gene expressed by adipocytes encodes it. It is an anorexigenic peptide that increases energy expenditure, and is primarily cleared from plasma by the kidney through glomerular filtration followed by proteolytic degradation in the renal tubules. The lep-

**Table I.** Factors secreted by adipose tissue into the bloodstream and respective function/effect in their targets

| Molecule | Function/effect |
| --- | --- |
| Leptin | Signals to the brain about body fat stores. Regulation of appetite and energy expenditure. Wide variety of physiological functions |
| Adiponectin | Plays a protective role in the pathogenesis of type 2 diabetes and cardiovascular disease |
| Resistin | Hypothetical role in insulin resistance |
| TNF-α | Affects insulin receptor signaling, possible cause of the development of insulin resistance in obesity |
| IL-6 | Pro-inflammatory, lipid and glucose metabolism, regulation of body weight |
| PAI-1 | Inhibitor of the fibrinolytic system by inhibition of activation of plasminogen |
| Angiotensinogen | Precursor of angiotensin II; regulator of blood pressure and electrolyte homeostasis |
| FFA | Oxidized in tissues to produce local energy. Serve as a substrate for triglyceride and structural molecular synthesis. Involved in the development of insulin resistance |
| ASP | Influences the rate of triacylglycerol synthesis in adipose tissue |
| VEGF | Stimulation of angiogenesis |
| Adipsin | Potential relation between the complement pathway and adipose tissue metabolism |
| Glycerol | Structural component of the major classes of biological lipids and gluconeogenic precursor |
| IGF-1 | Stimulates proliferation of a wide variety of cells and mediates many cells and many of the effects of growth hormone |

*TNF-α – tumor necrosis factor α, IL-6 – interleukin-6, PAI-1 – plasminogen activator inhibitor 1, FFA – free fatty acids, ASP – acylation stimulating protein, VEGF – vascular endothelial growth factor, IGF-1 – insulin-like growth factor 1*

Biochemistry of adipose tissue: an endocrine organ

tin receptor is expressed not only in the central nervous system, but also in some peripheral tissues (hematopoietic and immune cells), suggesting that leptin may have functions other than food intake and energy expenditure regulation [17, 19]. Adipose tissue and plasma leptin concentrations are dependent on the amount of energy stored as fat as well as the status of energy balance. Therefore, leptin levels are higher in obese individuals and increase with overfeeding. Conversely, lean individuals have lower leptin levels and fasting results in reduction of circulating leptin. Nutritional regulation of leptin is mediated at least in part by insulin, as leptin decreases in response to low insulin levels and increases with feeding or in response to insulin stimulation [10].

Leptin is expressed mainly by adipose tissue, although low levels have been detected in the placenta, skeletal muscle, gastric and mammary epithelium and the brain. Leptin is increased by glucocorticoids, acute infection and proinflammatory cytokines. In contrast, cold exposure, adrenergic stimulation, growth hormone (GH), thyroid hormone, melatonin, smoking and thiazolidinediones decrease leptin [12, 13]. Its levels are higher in females than males, partly as a result of inhibition by androgens, stimulation by estrogen and depot-related differences in leptin expression. Leptin synthesis is greater in subcutaneous than in visceral adipose tissue, and the higher circulating concentration of leptin in females is likely to be due, in part, to a higher proportion of subcutaneous fat. Leptin has been implicated in other roles, including modulation of the reward circuitry for feeding, glucose metabolism, lipid oxidation, substrate partitioning, and adipocyte apoptosis [17, 19].

## Adiponectin

The adiponectin gene on chromosome 3q27 was described in 1995. From the structural point of view, adiponectin is related to the complement 1q family and contains a carboxyl-terminal globular domain and an amino-terminal collagenous domain and also shares extensive sequence homology with collagen VIII and X [21]. Each monomer of adiponectin is composed of 3 domains: a variable N-terminal region, an α-helical collagenous 'stalk' composed of multiple G–X–X repeats, and a distinctive C-terminal globular domain of approximately 140 amino acids [19]. This adipokine circulates in three isoforms: a trimer, of low-molecular weight (LMW), a hexamer (trimer-dimer) of medium molecular weight (MMW) and a multimeric high molecular weight (HMW) isoform [22]. Adiponectin exists as a full-length protein (fAdp) of 30 kDa, which circulates in trimeric, hexameric and higher order complexes. A fragment containing the globular domain of adiponectin (gAdp) has also been shown to exhibit potent metabolic effects in various tissues. Adiponectin is secreted exclusively from adipose tissue [23]. There is a strong negative correlation between plasma adiponectin concentration in humans and fat mass, with the exception of severe cases of undernutrition and in the newborn [24]. Adiponectin is associated with type 2 diabetes (T2D), but is almost exclusively due to a decrease in levels of the circulating HMW isoform, without an accompanying reduction in levels of the other two oligomeric forms. The distribution of circulating adiponectin oligomers is thought to be primarily regulated at the stage of secretion from adipocytes, since interconversion between the different isoforms does not occur once they have been released from the cell [24]. In models of genetic and diet-induced obesity, adiponectin was shown to improve whole-body insulin sensitivity. Another role of adiponectin is to stimulate fatty acid oxidation and glucose uptake in skeletal muscle and adipose tissue; this effect is dependent on AMP-activated protein kinase (AMPK) signaling. Adiponectin is also involved in the suppression of hepatic glucose output through activation of AMPK [19].

Two receptors of adiponectin have been identified: AdipoR1 and AdipoR2. They contain 7 transmembrane domains, but differ structurally and functionally. Recent studies have shown that the skeletal muscle contains abundant levels of both AdipoR1 and AdipoR2 but the liver primarily expresses AdipoR2. AdipoR1 works with high affinity with gAdp and low affinity with fAdp, whereas AdipoR2 works with intermediate affinity with gAdp and fAdp. The biological effects of these receptors depend not only on blood concentrations of adiponectin but also tissue specificity [17, 25]. Adiponectin displays no great fluctuations in the bloodstream, which means that its release is not acute but regulated by long-term metabolic changes [25]. Adiponectin regulates energy expenditure through activation of AMPK in the hypothalamus, where AdipoR1 and AdipoR2 co-localize with the leptin receptor, ObR [17]. It has been demonstrated that adiponectin stimulated appetite and reduced energy expenditure and that these effects were eliminated following the ablation of AdipoR1 (siRNA) or AMPK signaling (AMPK dominant negative) [26].

In contrast to leptin, which has been suggested to enter the brain via endocytosis through the leptin receptor, the mechanism by which adiponectin is able to reach the hypothalamus is unknown. This study also showed an important finding: adipo−/− mice show markedly increased leptin sensitivity. This fact led to the proposal that the central actions of leptin and adiponectin have reciprocal functions for providing a homeostatic mechanism to maintain fat levels and energy stores through the suppression or stimulation of appetite and energy expenditure [19].

## Tumor necrosis factor α

Tumor necrosis factor, TNF-α, is synthesized as a 26 kDa transmembrane protein that undergoes

Case 0:18-cv-61047-UU Document 45-5 Entered on FLSD Docket 03/11/2019 Page 78 of 132

cleavage by a metalloproteinase to be released into the circulation as a 17 kDa soluble TNF-α molecule [10].

Adipocytes (isolated and differentiated) are capable of producing TNF-α. For some years it was suggested that adipocytes are the principal source of elevated TNF-α levels in obesity [21]. Nevertheless, more recently it has been recognized that adipocytes are not the major source of inflammatory cytokine but that macrophages from the stromal vascular fraction are the primary source of adipose derived TNF-α. Macrophages, which constitute about 10% of the stromal vascular fraction, are present in larger quantities in visceral adipose tissue than in subcutaneous adipose tissue [6]. These studies also postulate that the increased levels of this TNF-α in obesity are due to the increased infiltration of adipose tissue with M1 macrophages [21]. Some studies showed that the macrophages are formed as a result of transformation from monocytes that infiltrated the adipose tissue from the circulatory system [27]. It was also evidenced that, both in humans and in mice, the quantity of macrophages in the adipose tissue correlates with the fat mass. It was observed that infiltration of monocytes from the circulatory system is contributed by adipocytes, which by secreting monocyte chemotactic protein (MCP-1), macrophage migration inhibition factor (MIF-1), macrophage inflammatory proteins (MIP-1α), chemokine CCL5 (RANTES) and macrophage colony stimulating factor (M-CSF), support diversification and maturation of monocytes [27, 28].

The first adipose derived factor suggested to represent a link between obesity, inflammation and diabetes was TNF-α. Studies show that mRNA expression levels of TNF-α in adipose tissue in obesity is strongly implicated in the pathogenesis of insulin resistance; this is because it has been demonstrated that TNF-α can impair insulin signaling in hepatocytes and adipose tissue [29]. Other studies demonstrated that chronic treatment with TNF-α decreased insulin-stimulated glucose uptake in rat skeletal muscle, and targeted deletion of TNF-α or its receptors increased insulin sensitivity and glucose tolerance in obese rodents in some, but not all, studies (Figure 4) [19].

TNF-α neutralization in obese T2D humans does not appear to improve glucose tolerance or insulin sensitivity. However, in individuals without establi-

LEAN ADIPOSE TISSUE
OBESE ADIPOSE TISSUE
Macrophage infiltration inflammation
Dysregulated adipokine secretion
Adiponectin ↓
Leptin ↑
Resistin ↑
Free fatty acids ↑
TNF-α ↑
IL-6 ↑
Glycogenolysis ↑
Gluconeogenesis ↑
Plasma glucose ↑
Glucose uptake ↓
FA oxidation ↓
Inflammation
Ectopic lipid accumulation (steatosis)
Liver insulin resistance
Inflammation
Ectopic lipid accumulation
Muscle insulin resistance
SYSTEMIC INSULIN RESISTANCE

**Figure 4.** The expansion of adipose tissue leads to adipocyte hypertrophy in obesity. The release of chemokines that induce recruitment of macrophages from the bloodstream increases infiltration and inflammation with enhanced production of pro-inflammatory cytokines such as tumor necrosis factor α (TNF-α) and IL-6. This is accomplished by increased release of FFA and dysregulated secretion of leptin, adiponectin and resistin. The macrophage and adipose tissue-derived adipokines acts in a paracrine or autocrine way, which exacerbates adipose tissue inflammation. Altered adipokine secretion, at the systemic level, can lead to decreased muscle and liver insulin sensitivity through enhanced ectopic lipid deposition and inflammation. These effects lead to increased liver glucose production (by means of gluconeogenesis and glycogenolysis). In contrast, muscle metabolism is reshuffled to a pattern of low glucose uptake and low FFA oxidation (with increases in levels of glycerol substrate for liver gluconeogenesis). These events lead to an increase of plasma glucose and, subsequently, an increase of insulin resistance. Adapted from: Galic S *et al.*, 2010

shed T2D, prolonged treatment does improve insulin sensitivity [19]. The molecular mechanism for this observed impairment in insulin action involves inhibition of insulin receptor substrate (IRS) signaling capability through the activation of serine kinases such as the c-Jun-N-terminal kinase (JNK) or inhibitor of NF-κB kinase (IKK) and through increased expression of suppressor of cytokine signaling 3 (SOCS3). In hepatocytes TNF-α also reduces fatty acid oxidation and skeletal muscle through effects mediated by the induction of protein phosphatase 2C and suppression of AMPK. The reduced rates of fatty acid oxidation are accompanied by increased accumulation of bioactive lipids, such as diacylglycerols, which in turn are known to activate protein kinase C and inhibit IRS function [19]. In addition, TNF-α induces pro-apoptotic and/or death signals in a variety of cell types. It is therefore interesting to speculate that hypertrophied adipocytes, which are stimulated by macrophage-derived TNF-α, can release saturated fatty acids as an endogen danger signal that report their diseased state to macrophages in obese adipose tissue. Indeed, several lines of evidence indicate that adipocyte death and/or the death receptor Fas signaling contribute to the obesity-induced adipose tissue, particularly during periods of starvation, but recent evidence has suggested pathophysiological roles other than the supply of nutrients in times of fasting or increased demand. In this regard free fatty acids, when released physiologically during fasting or starvation via adipocyte lipolysis, may not act as a danger signal [30].

### Interleukin-6 (IL-6)

In humans, approximately 30% of circulating IL-6 originates from adipose tissue. Concentrations are higher in visceral fat as compared to subcutaneous fat. They increase with obesity and are stimulated by TNF and interleukin-1 (IL-1). Elevated levels are associated with increased risk of coronary artery disease, atherosclerosis, and unstable angina [31].

In T2D plasma IL-6 levels are increased and are positively correlated with body mass and plasma free fatty acid concentrations. As with TNF-α, the largest amount of IL-6 is derived from cells of the stromal vascular fractions, while the other part, approximately 1/3, of IL-6 detected in plasma is attributed to the production from white adipose tissue [2, 19]. It has been demonstrated that IL-6 inhibits the insulin signaling pathway by up-regulating SOCS3 expression, which in turn is known to impair insulin-induced insulin receptor and IRS-1 phosphorylation in adipocytes and hepatocytes. Moreover, IL-6 can promote fatty acid oxidation and glucose uptake in skeletal muscle findings, which are also observed with the IL-6 family member ciliary neurotrophic factor (CNTF) [32, 33]. Some studies have

demonstrated that these effects require activation of AMPK-activated protein kinase but this mechanism is not understood [32]. In general, IL-6 inhibits lipase lipoprotein, induces lipolysis and increases glucose uptake [19].

### Angiotensin

Adipose tissue expresses all components of the renin-angiotensin-aldosterone system (RAAS), including angiotensinogen (AGT), renin, angiotensin I-converting enzyme, and angiotensin II type 1 receptor [3]. Moreover, adipose tissue angiotensinogen mRNA and protein levels are regulated by nutrition, leading to decreased levels with fasting and to increased levels with refeeding. Angiotensin II stimulates prostacyclin synthesis, adipocyte differentiation and lipogenesis. Based on these findings, it is suggested that adipose tissue-derived angiotensin may regulate adipocyte differentiation and growth, as is the case in other tissues. It is also possible that RAAS peptides secreted by adipose tissue act on the vasculature and distant targets to regulate blood pressure and cardiovascular responses in obese individuals [32].

Angiotensin II also has a recognized effect on cardiovascular function such as hypertension and hemostasis. Human platelets express angiotensin II receptors AT, [34]. Some studies have described the role of angiotensin II on hemostasis. It has been demonstrated that angiotensin II can induce and potentiate shape change in human platelets [35].

### Plasminogen activator inhibitor 1 (PAI-1)

Another factor involved in microvascular events is the plasminogen activator inhibitor 1 (PAI-1).The gene for PAI-1 is located on chromosome 7q21.3- q22. PAI-1 is a single chain 45-kDa glycoprotein that contains from 379 to 381 amino acids. Endothelial and vascular smooth muscle cells are presumably the main sources of PAI-1 but other cells, such as platelets, hepatocytes, mesangial cells, fibroblasts, monocytes, macrophages, adipocytes, and stromal cells permeating the adipose tissue, have also been shown to secrete the serpin [36].

The greater the fat cell size and the adipose tissue mass, the greater is the contribution of adipose production to circulating PAI-1. Experimental data show that visceral adipose tissue has a higher capacity to produce PAI-1 than subcutaneous adipose tissue. Studies in human adipocytes indicate that PAI-1 synthesis is upregulated by insulin, glucocorticoids, angiotensin II, some fatty acids and, most potently, by cytokines such as TNF-α and transforming growth factor-β, whereas catecholamines reduce PAI-1 production [36, 37].

The PAI-1 is a protein involved in fibrinolysis and is altered in obesity [38]. Plasma PAI-1 levels increase in proportion to visceral adiposity, raising the possibility that PAI-1 serves as the link between abdo-

Marisa Coelho, Teresa Oliveira, Ruben Fernandes

minal/central obesity and cardiovascular disease. That protein can change the balance between fibrinolysis and fibrinogenesis, contributing to the remodeling of vascular architecture and the atherosclerotic process [39]. An altered function of the endocrine system and an impaired auto-/paracrine function at the fat cell levels may mediate this disturbance of the fibrinolytic system and thereby increase the risk for cardiovascular disease [37].

## Acylation stimulating protein (ASP)

The ASP is produced through a two-step process involving three proteins of the alternate complement system: C3, factor B and adipsin, all of which are synthesized and secreted by adipocytes [40].

It has an important effect on the increase of lipogenesis by the translocation of glucose transporter type 4 (GLUT4) in glycerol 3-phosphate and the activity of diacylglycerol acyltransferase (DGAT), an enzyme catalyzing the synthesis of triglycerides [40, 41]. Plasma ASP increases with meals and facilitates the synthesis and storage of triglycerides. Consistent with its role as a mediator of lipogenesis, ASP deficiency increases postprandial fatty acid levels and decreases weight gain and triglyceride synthesis [39].

In humans, ASP levels are increased in obesity, T2D, and cardiovascular disease, whereas exercise or weight loss decreases ASP levels. Postprandially, subcutaneous adipose tissue increases production of ASP, and this has been shown to correlate with local fatty acid trapping. Furthermore, similar to insulin resistance, a deleterious ASP-resistant state has been proposed to also contribute to the disturbed adipose tissue metabolism and dyslipidemia common to diabetes and cardiovascular disease. The ASP levels curiously are also reduced with age, a phenomenon observed previously in humans, with children tending to have higher ASP values than adults [41, 42].

## Resistin

Resistin, discovered in 2001, is a small peptide (12.5 kDa) synthesized as a peptide with 108 amino acids, containing high quantities of cysteine [19, 20]. The structure of resistin is strikingly similar to that of adiponectin [43]. Resistin is secreted not only by adipocytes, but also by a large number of cells, in particular immunocompetent cells.

Circulating resistin levels are increased in mouse models of obesity and in obese humans and are decreased by the anti-diabetic drug rosiglitazone, and increased in diet-induced and genetic forms of obesity, and administration of anti-resistin antibody has been shown to improve blood sugar and insulin action in mice with diet-induced obesity [44, 45]. Similarly, resistin has been implicated in the pathogenesis of diabetic complications and diabetes [45, 46].

*In vitro* studies evidenced that macrophage stimulation with lipopolysaccharide or pro-inflammatory cytokines (IL-1, IL-6 and TNF) leads to considerable increase in resistin production during infection [20].

Release of resistin appears to be stimulated by inflammation, LPS (lipopolysaccharide), IL-6, hyperglycemia, growth and gonadal hormones. While released within the fat tissue resistin acts on adipocytes themselves, leading to insulin resistance [45].

Effects of the administration and neutralization of resistin in glucose tolerance in tissues indicate that its action is through the negative modulation of one or more steps of insulin signaling aimed at increasing glucose uptake [44]. In addition, it promotes insulin resistance by increasing hepatic gluconeogenesis. It was also observed that the expression is about 3 times higher in pre-adipocytes compared to mature adipocytes, indicating that it is a potential regulator of adipogenesis [44, 47].

Resistin also stimulates endothelial cells to secrete such substances as monocyte chemoattractant protein-1 (MCP-1), vascular cell adhesion molecule 1 (VCAM-1) and intercellular adhesion molecule 1 (ICAM-1), which is indicated to be an adiponectin antagonist [27].

## Visfatin

Visfatin is a highly conserved 52 kDa protein prevalent in visceral adipose tissue. It is also known as pre-B cell colony-enhancing factor (PBEF), is principally produced by adipocytes, although also by macrophages of the visceral adipose tissue, and in small quantities by subcutaneous adipose tissue. Visfatin mRNA expression significantly increases during differentiation of preadipocytes to adipocytes [48, 49].

It was shown that visfatin's major function is related to energy metabolism and innate immunity and it is now regarded as a pro-inflammatory adipocytokine. Its properties induce activation of leukocytes and stimulate production of TNF-$\alpha$ and IL-6 [49, 50].

Inside cells visfatin acts as a nicotinamide phosphoribosyltransferase involved in the salvage pathway of NAD$^+$ biosynthesis. Thus, it is able to regulate cellular levels of NAD$^+$, exerting an influence on cell energy metabolism and the activity of NAD$^+$/NADH dependent enzymes [39].

Recent studies demonstrated that visfatin exerted insulin mimetic effects in cultured adipocytes, myocytes, and hepatocytes and lowered plasma glucose levels in mice by binding to and activating the insulin receptor [51].

## Conclusions

Adipose tissue is the primary storage site for excess energy but it is also recognized as an endocrine organ. Adipocytes are now generally accepted to be a complex cell type involved in generating a number of signals which include cytokines, hormones and growth factors that not only affect the neigh-

Biochemistry of adipose tissue: an endocrine organ

boring cells but also impact target tissues involved in energy metabolism and influencing physiologic and pathologic processes. Much of the research in this area has focused on leptin and adiponectin, the two prototypic adipokines, which show beneficial effects on insulin action and lipid metabolism. Obesity is characterized by increases in fat cell number, fat cell size, or a combination of the two. More recently, there is evidence that low-grade inflammation within the adipose tissue results in the dysregulation of adipocytokine production, thereby contributing to the pathophysiology of MetS. In the obese state, the adipose tissue is infiltrated by inflamed macrophages that release TNF-$\alpha$ and IL-6, thus linking obesity, inflammation and insulin resistance. It is increasingly important to understand the signaling pathways by which adipokines control metabolism and to try to discover new therapies for diseases related to adipose tissue.

## References

1. Ottaviani E, Malagoli D, Franceschi C. The evolution of the adipose tissue: a neglected enigma. Gen Comp Endocrinol 2011; 174: 1-4.
2. Bernlohr DA, Jenkins AE, Bennaars AA. Adipose tissue and lipid metabolism. In: Biochemistry of lipids, lipoproteins and membranes. 4th ed. Vence JE, Vence D (eds.). Elsevier Science, Amsterdam, 2002. p. 263-89.
3. Ahima RS, Flier JS. Adipose tissue as an endocrine organ. Trends Endocrinol Metab 2000; 11: 327-32.
4. Fonseca-Alaniz MH, Takada J, Alonso-Vale MIC, Lima FB. Adipose tissue as an endocrine organ: from theory to practice. J Pediatr 2007; 83: S192-203.
5. Saely C, Geiger K, Drexel H. Browns versus white adipose tissue: a mini-review. Gerontol 2012; 58: 120-2.
6. Trzeciak-Ryczek A, Tokarz-Deptuła B, Niedźwiedzka-Rystwej P, Deptuła W. Adipose tissue – component of the immune system. Centr Eur J Immunol 2011; 36: 95-9.
7. Costa JV, Duarte JS. Adipose tissue and adipokines [Portugues]. Acta Med Port 2006; 19: 251-6.
8. Fonseca-Alaniz MH, Takada J, Alonso-Vale MI, Lima FB. The adipose tissue as a regulatory center of the metabolism. Arq Bras Endocrinol Metabol 2006; 50: 216-29.
9. Kiess W, Petzold S, Topfer M, et al. Adipocytes and adipose tissue. Best Pract Res Clin Endocrinol Metab 2008; 22: 135-53.
10. Laclaustra M, Corella D, Ordovas JM. Metabolic syndrome pathophysiology: the role of adipose tissue. Nutr Metab Cardiovasc Dis 2007; 17: 125-39.
11. Gray SL, Vidal-Puig AJ. Adipose tissue expandability in the maintenance of metabolic homeostasis. Nutr Rev 2007; 65: 7-12.
12. Kersten S. Mechanisms of nutritional and hormonal regulation of lipogenesis. EMBO reports. 2001; 2: 282-6.
13. Matsuzawa Y. The metabolic syndrome and adipocytokines. FEBS Letters 2006; 580: 2917-21.
14. Yoneshiro T, Aita S, Matsushita M, Kameya T, Nakada K. Brown adipose tissue, whole-body energy expenditure, and thermogenesis in healthy adult men [Internet]. Obesity 2011; 19: 13-6.
15. Seneff S, Wainwright G, Mascitelli L. Is the metabolic syndrome caused by a high fructose, and relatively low fat, low cholesterol diet? Arch Med Sci 2011; 7: 8-20.
16. Stępień M, Wlazeł RN, Paradowski M, et al. Serum concentrations of adiponectin, leptin, resistin, ghrelin and

insulin and their association with obesity indices in obese normo- and hypertensive patients – pilot study. Arch Med Sci 2012; 8: 431-6.
17. Itoh M, Suganami T, Hachiya R, Ogawa Y. Adipose tissue remodeling as homeostatic inflammation. Int J Inflam 2011, 2011: 720926.
18. Stępien M, Rosniak-Bak K, Paradowski M, et al. Waist circumference, ghrelin and selected adipose tissue-derived adipokines as predictors of insulin resistance in obese patients: preliminary results. Med Sci Monit 2011; 17: 13-8.
19. Galic S, Oakhill JS, Steinberg GR. Adipose tissue as an endocrine organ. Mol Cell Endocrinol 2010; 316: 129-39.
20. Trzeciak-Ryczek A, Tokarz-Deptuła B, Deptuła W. Adipocytokines affecting the immune system – selected data. Centr Eur J Immunol 2011; 36: 92-4.
21. Weisberg SP, Hunter D, Huber R, Lemieux J, et al. CCR2 modulates inflammatory and metabolic effects of high-fat feeding. J Clin Invest 2006; 116: 115-24.
22. Kaser S, Tatarczyk T, Stadlmayr A, et al. Effect of obesity and insulin sensitivity on adiponectin isoform distribution. Eur J Clin Invest 2008; 38: 827-34.
23. Palanivel R, Fang X, Park M, et al. Globular and full-length forms of adiponectin mediate specific changes in glucose and fatty acid uptake and metabolism in cardiomyocytes. Cardiovasc Res 2007; 75: 148-57.
24. Schraw T, Wang ZV, Halberg N, Hawkins M, Scherer PE. Plasma adiponectin complexes have distinct biochemical characteristics. Endocrinology 2008; 149: 2270-82.
25. Kadowaki T, Yamauchi T. Adiponectin and adiponectin receptors. Endocr Rev 2005; 26: 439-51.
26. Kubota N, Yano W, Kubota T, Yamauchi T. Adiponectin stimulates AMP-activated protein kinase in the hypothalamus and increases food intake. Cell Metab 2007; 6: 55-68.
27. Ouchi N, Parker J, Lugus J, Walsh K. Adipokines in inflammation and metabolic disease. Nat Rev Immunol 2011; 11: 85-97.
28. Schäffler A, Schölmerich J. Innate immunity and adipose tissue biology. Trends Immunol 2010; 31: 228-35.
29. Cai D, Yuan M, Frantz DF, et al. Local and systemic insulin resistance resulting from hepatic activation of IKK-beta and NF-kappaB. Nat Med 2005; 11: 183-90.
30. Suganami T, Ogawa Y. Adipose tissue macrophages: their role in adipose tissue remodeling. J Leukoc Biol 2010; 88: 33-9.
31. Diamond F. The endocrine function of adipose tissue. Growth Genetics Horm 2002; 18: 17-23.
32. Carey AL, Steinberg GR, Macaulay SL, et al. Interleukin-6 increases insulin-stimulated glucose disposal in humans and glucose uptake and fatty acid oxidation in vitro via AMP-activated protein kinase. Diabetes 2006; 55: 2688-97.
33. Steinberg GR, Watt MJ, Ernst M, Birnbaum MJ, Kemp BE, Jørgensen SB. Ciliary neurotrophic factor stimulates muscle glucose uptake by a PI3-kinase-dependent pathway that is impaired with obesity. Diabetes 2009; 58: 829-39.
34. Touyz R, Schiffrin E. Effects of angiotensin II and endothelin-1 on platelet aggregation and cytosolic pH and free Ca$^{2+}$ concentrations in essential hypertension. Hypertension 1993; 22: 853-62.
35. Jagroop IA, Mikhailidis DP. Angiotensin II can induce and potentiate shape change in human platelets: effect of losartan. J Hum Hypertens 2000; 14: 581-5.
36. Correia MLG, Haynes WG. A Role for plasminogen activator inhibitor-1 in obesity: from Pie to PAI? Arterioscler Thromb Vasc Bio 2006; 26: 2183-5.
37. Skurk T, Hauner H. Obesity and impaired fibrinolysis: role of adipose production of plasminogen activator inhibitor-1. Int J Obese Relat Metab Disord 2004; 281: 357-64.

Marisa Coelho, Teresa Oliveira, Ruben Fernandes

38. Mertens I, Van Gaal L. Visceral fat as a determinant of fibrinolysis and hemostasis. Semin Vasc Med 2005; 5: 48-55.
39. Manolescu B, Stoian I, Atanasiu V, Busu C, Lupescu O. The role of adipose tissue in uraemia-related insulin resistance. Nephrology (Carlton) 2008; 13: 622-8.
40. Cianflone K, Xia Z, Ying L. Critical review of acylation-stimulating protein physiology in humans and rodents. Biochim Biophys Acta 2003; 1609: 127-43.
41. Paglialunga S, Fisette A, Yan Y, et al. Acylation-stimulating protein deficiency and altered adipose tissue in alternative complement pathway knockout mice. Am J Physiol Endocrinol Metab 2008; 29: E521-9.
42. Cianflone K, Lu H, Smith J, Yu W, Wang H. Adiponectin, acylation stimulating protein and complement C3 are altered in obesity in very young children. Clin Endocrinol 2005; 62: 567-72.
43. Patel SD, Rajala MW, Rossetti L, Scherer PE, Shapiro L. Disulfide-dependent multimeric assembly of resistin family hormones. Science 2004; 304: 1154-8.
44. Steppan C, Bailey S, Bhat S, Al E. The hormone resistin links obesity to diabetes. Nature 2007; 409: 307-12.
45. Guzik TJ, Mangalat D, Korbut R. Adipocytokines – novel link between inflammation and vascular function? J Physiol Pharmacol 2006; 57: 505-28.
46. Wasim H, Al-Daghri N, Chetty R, McTernan P, Barnett A, Kumar S. Relationship of serum adiponectin and resistin to glucose intolerance and fat topography in South-Asians. Cardiovasc Diabetol 2006; 5: 10.
47. Mcternan P, Mcternan C, Chetty R, et al. Increased resistin gene and protein expression in human abdominal adipose tissue. J Clin Endocrinol Metab 2002; 87: 2407-10.
48. Olszanecka-Glinianowicz M, Kocełak P, Nylec M, Chudek J, Zahorska-Markiewicz B. Circulating visfatin level and visfatin/insulin ratio in obese women with metabolic syndrome. Arch Med Sci 2012; 8: 214-21.
49. Varma V, Yao Borengasser A, Rasouli N, Al E. Human vistatin expression: relationship to insulin sensitivity, intramyocellular lipids, and inflammation. J Clin Endocrinol Metab 2007; 92: 666-72.
50. Moschen A, Kaser A, Enrich B, Al E. Visfatin, an adipocytokine with proinflammatory and immunomodulating properties. J Immunol 2007; 178: 1748-58.
51. Wang P, Xu TY, YF Guan, Su DF, Fan GR, Miao CY. Perivascular adipose tissue-derived visfatin is a vascular smooth muscle cell growth factor: role of nicotinamide mononucleotide. Cardiovas Res 2009; 81: 370-80.

Arch Med Sci 2, April / 2013

# ATTACHMENT 5

Kilinc et al. Clin Trans Med (2018) 7:5
https://doi.org/10.1186/s40169-018-0183-8

⊕ Clinical and Translational Medicine

**RESEARCH**                                                                 **Open Access**

# The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy

Mehmet Okyay Kilinc[1,2*], Antonio Santidrian[2], Ivelina Minev[2], Robert Toth[5], Dobrin Draganov[2], Duong Nguyen[2], Elliot Lander[4], Mark Berman[4], Boris Minev[2,3] and Aladar A. Szalay[1,2,3*]

## Abstract

**Background:** Stromal vascular fraction (SVF) represents an attractive source of adult stem cells and progenitors, holding great promise for numerous cell therapy approaches. In 2017, it was reported that 1524 patients received autologous SVF following the enzymatic digestion of liposuction fat. The treatment was safe and effective and patients showed significant clinical improvement. In a collaborative study, we analyzed SVF obtained from 58 patients having degenerative, inflammatory, autoimmune diseases, and advanced stage cancer.

**Results:** Flow analysis showed that freshly isolated SVF was very heterogeneous and harbored four major subsets specific to adipose tissue; CD34$^{high}$CD45$^-$CD31$^-$CD146$^-$ adipose-derived stromal/stem cells (ADSCs), CD34$^{low}$CD45$^+$CD206$^+$CD31$^-$CD146$^-$ hematopoietic stem cell-progenitors (HSC-progenitors), CD34$^{high}$CD45$^-$CD31$^+$CD146$^+$ adipose tissue-endothelial cells and CD45$^-$CD34$^-$CD31$^-$CD146$^+$ pericytes. Culturing and expanding of SVF revealed a homogenous population lacking hematopoietic lineage markers CD45 and CD34, but were positive for CD90, CD73, CD105, and CD44. Flow cytometry sorting of viable individual subpopulations revealed that ADSCs had the capacity to grow in adherent culture. The identity of the expanded cells as mesenchymal stem cells (MSCs) was further confirmed based on their differentiation into adipogenic and osteogenic lineages. To identify the potential factors, which may determine the beneficial outcome of treatment, we followed 44 patients post-SVF treatment. The gender, age, clinical condition, certain SVF-dose and route of injection, did not play a role on the clinical outcome. Interestingly, SVF yield seemed to be affected by patient's characteristic to various extents. Furthermore, the therapy with adipose-derived and expanded-mesenchymal stem cells (ADE-MSCs) on a limited number of patients, did not suggest increased efficacies compared to SVF treatment. Therefore, we tested the hypothesis that a certain combination, rather than individual subset of cells may play a role in determining the treatment efficacy and found that the combination of ADSCs to HSC-progenitor cells can be correlated with overall treatment efficacy.

**Conclusions:** We found that a 2:1 ratio of ADSCs to HSC-progenitors seems to be the key for a successful cell therapy. These findings open the way to future rational design of new treatment regimens for individuals by adjusting the cell ratio before the treatment.

**Keywords:** Adipose, Stromal vascular fraction (SVF), Adipose-derived stromal/stem cells (ADSCs), Expanded mesenchymal stem cells, Cell therapy, Stem cell treatment

*Correspondence: okilinc@stemimmune.com;
szalay@biozentrum.uni-wuerzburg.de
[1] Department of Biochemistry, Biocenter, University of Wuerzburg, Am
Hubland, 97070 Würzburg, Germany
Full list of author information is available at the end of the article



© The Author(s) 2018. This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made.

Kilinc et al. Clin Trans Med (2018) 7:5

## Background

The use of adipose tissue as a source of MSCs has become advantageous for cell-based therapy approaches, due to their easy accessibility, higher cell yields, and in vitro proliferative and multilineage differentiation capacity [1, 2]. Adipose-derived stem cells have regenerative potential and exhibit anti-inflammatory, immunomodulatory, and pro-angiogenic effects [3–5]. Because of these distinctive characteristics, SVF, which includes ADSC, holds a great promise in regenerative medicine and tissue engineering [6, 7]. Therapeutic applications of these cells in patients suffering from orthopedic conditions such as bone and cartilage defects, osteoarthritis, soft and hard-tissue defects, cardiovascular disorders, skin and wound defects, and auto-immune disorders have been documented with significant beneficial use and improvements as reported in some of the clinical trials [8–13]. Drs. Berman and Lander have recently published their safety and clinical assessment data gathered from a large number of patients (close to 1500) with various medical conditions using both IV and regional deployments of SVF [14]. Their data showed both safety and a good clinical outcome using a closed sterile surgical lipotransfer procedure. SVF can be freshly isolated from stroma lying within adipose tissue and blood vessels, and clinically used as autologous cells without further in vitro manipulation on the same day that the adipose tissue was collected.

In contrast to the hematopoietic stem cell's (HSC) biology, where the hierarchy of differentiation is well established, the complex nature of stromal stem/progenitor cells biology remains a wide-open venue for discovery. Therefore, new researches focus on the characterization of the stem/progenitor and/or immature MSC-like cell properties and the identification of the microenvironmental factors, which regulate them. SVF is very heterogeneous and contain ADSCs and hematopoietic precursors, mature vascular endothelial and progenitors cells, pericytes, fibroblasts, granulocytes, monocyte/macrophages, and lymphocytes [15]. Characterization of SVF revealed the majority of the cells being either positive for CD45 (also known as a leukocyte common antigen) or CD34 which is a well-known stem cell marker in both hematopoietic and endothelial lineages. For more specific cell characterization, a combination of markers such as CD31 (endothelial marker) and CD146 (perivascular marker) is necessary to assess cell identity and their frequency [16, 17]. These studies also revealed that $CD34^+$ cells displaying characteristics similar to MSC dominate the stem/progenitor components. These ADSCs surround the outer ring of the vasculature by forming a supra-adventitial layer, which are colonized on their surfaces by $CD146^+$ pericytes [18, 19]. The $CD34^+CD31^+$

ECs fraction is associated with the luminal layer and was shown to exhibit the ability to form functional blood vessels in vivo. It has been shown that adipose tissue-ECs have a different gene expression profile as well as limited in vitro expansion potential in comparison to blood derived endothelial progenitor cells (EPCs) [20, 21]. Adipose-derived and expanded-mesenchymal stem cells (ADE-MSCs) can be isolated from SVF by in vitro cultivation on plastic surfaces, which exhibit a spindle-like morphology similar to fibroblast [22]. Although ADE-MSCs acquire a homogenous phenotype $CD90^+$, $CD73^+$, $CD105^+$, $CD45^-$, $CD34^-$ during in vitro culture, initial expression levels in the freshly isolated SVF are low [22, 23]. They have self-renewal potency and ability to give rise to at least adipogenic, osteogenic, and chondrogenic lineages. Furthermore, there is evidence that these cells can generate a variety of other cell types including cardiomyocytes [24]. Despite some controversy, studies suggest that classical $CD34^+$ ADSCs, also pericytes and HSC-progenitors can give rise to ADE-MSCs and convey multipotency [25, 26]. The cause of contradiction is believed to be due to the differences in isolation methods as well as post-culture conditions [27].

Although there is still no clear consensus on the benefit of culture expanded ADE-MSCs over freshly isolated SVFs, additional in vitro manipulation steps used to create extensive numbers of ADE-MSCs in autologous setting are costly, require regulatory approval, and could lead to contamination and early-differentiation problems diminishing therapeutic potency. As such, the success of SVF therapy in clinical settings clearly depends on the understanding of the mechanisms of action of ADSCs and other cellular components after infusion. Using SVF cells rather than ADSCs may bring more significant benefits and healing potential because of the inclusion of heterogeneous cell types and different factors with paracrine effects [28]. Recent review articles have displayed that the major mode of action for MSCs is the establishment of a regenerative microenvironment in response to tissue injury [29, 30]. When delivered by IV, SVF cells are able to recruit into areas of inflammation through the vascular system. They specifically target those areas. When the damaged tissue stimulate the stem cells, they start secreting an array of growth, anti-apoptotic, anti-inflammatory and angiogenic factors, and possibly differentiating into tissue cells [31].

Previous research has highlighted the difficulty of concluding the therapeutic potential for a given application by just looking at SVF's heterogeneity, yield, isolation method, and patient's characteristics. Recently, a detailed biomarker analysis has been proposed as a clinical predictor, which was found to be inconclusive because of common phenotype distribution among distinct

Kilinc et al. Clin Trans Med  (2018) 7:5

subpopulations [32]. As abundantly addressed in the last couple of years, there is a great need to evaluate, identify, and optimize the potential factors to provide optimal clinical response in stem cell treatment [33]. Therefore, in this study, we particularly looked for the potential factors, which may determine the best therapeutic effect. We evaluated the composition and clinical efficacy of freshly isolated autologous SVF cells from donors with various medical conditions and tested them in further analysis by culture expansion. We followed 44 SVF-treated patients who received different SVF-dose with defined combination, and found that a certain combination of ADSCs to HSC-progenitor cells can be correlated with overall treatment efficacy. To our knowledge, this is the first report to reveal such correlation for the effectiveness of autologous treatment. We believe these novel findings will pave the way to more effective therapeutic cell preparations resulting in better clinical outcomes.

## Methods
### Study population and procedure
Patients applied to California stem cell treatment centers (Cell Surgical Network) and all participants signed an IRB-approved consent form. Liposuction aspirates were obtained under local anesthesia using an IRB-approved protocol (International Cell Surgical Society; IRB# ICSS-2016-024) from donors as previously explained in details [14]. In short, patients received local anesthesia consisting of lidocaine 0.5% with epinephrine. They underwent liposuction procedure utilizing 2.5–3 mm cannula.

### Patient evaluation
To assess subjective outcomes, standard questionnaires and evaluation system for follow-ups were utilized. Details about which questionnaires were used were published previously [14]. Data were collected via e-mail and telephone and entered into a customized TrackVia (Denver, Colorado) database. All responses were voluntary and patients did not receive compensation to participate. To assess the potential benefit of the treatment, a benefit index by grading the improvements on a scale 1–5 based on the patient reports was generated. Each of these numbers was assigned by the principal investigators based on review of the following subjective outcomes tests for each condition. For category#1 (orthopedic conditions), the following tests were administered to patients: Visual analog pain scale plus, knee injury and osteoarthritis outcome score, WOMAC Score, Hip injury and osteoarthritis outcome score, disability arm shoulder hand score, foot and ankle outcomes questionnaire, oswestry back questionnaire, neck disability index. For category #2 (organ and tissue dysfunction including neurologic disease, cardiac disease and urologic disease), the

following tests were administered for each specific condition: AQoL-4, cardiac status form, Minnesota heart failure questionnaire, erectile hardness grading form EHGS, Peyronie's bother score, pelvic urgency frequency form and O'Leary-Sant form. For Category 3 (Autoimmune function), the following tests were administered: autoimmune status form and AQoL-4.

### Adipose-tissue processing, isolation of SVF and injection
Stromal vascular fraction cells were isolated following established protocols [14]. 50 cubic centimeter (cc) of adipose tissue was collected into a TP-101 syringe (single use sterile fat processing syringe) and condensed by centrifugation at 2800 rpm for 3 min in the Time Machine centrifuge. Good manufacturing practices (GMP) grade Collagenase (Roche GMP grade, Heidelberg, Germany) containing 12.5 Wünsch units was added and the lipoaspirate was placed on a Time Machine shaker/incubator in 37 °C for 30 min to enzymatically digest the collagen matrix in order to procure the SVF inside closed Time Machine syringes (TP-102 syringe by MediKhan, Los Angeles, USA) in the operating room. Collagenase from Roche is assayed in Wünsch units. One (Collagen Degrading Units) CDU catalyzes the hydrolysis of 1 μmol of L-leucine equivalents from collagen in 5 h at 37 °C, pH 7.4 and 1 Wünsch unit = ~ 1000 CDU. The Time Machine™ (USA trade name for the MediKhan Lipokit system—Los Angeles, CA, USA; 510(k) approved for fat grafting) is a specialized closed surgical processing system for isolating stromal vascular fraction. It combines a centrifuge and incubator to prepare SVF in a closed system. The end product of 5–10 ml SVF was collected using a sterile 20 ml Luer Lock syringe (Sigma-Aldrich, St Louis, MO, USA). The patient's SVF is then injected back into their body, either directly into the inflamed area (such as the knee or hip joint) or into the bloodstream, via an intravenous injection. SVF deployments in most orthopedic cases were I.V and intra-articular [14].

### Flow analysis
Immunophenotyping, cell count and cell viability of freshly isolated SVFs were performed by flow cytometry on a 4-color FACSCalibur flow cytometer (Becton–Dickinson). Removal of erythrocytes was carried out by using RBC lysis buffer (GIBCO). The following monoclonal antibodies (MAbs) conjugated to various fluorochromes were used in single cell suspensions of SVFs: CD45 (clone HI30), CD34 (clone 8G12), CD90 (clone 5E10), CD31 (clone WM59), CD73 (clone AD2), CD14 (clone M5E2), CD206 (clone 19.2), CD105 (clone SN6), CD44 (clone L178), CD66b (G10F5), CD235a (GA-R2 (HIR2)), CD3 (clone HIT3a), CD19 (clone HIB19), CD56 (clone B159). All antibodies were purchased

Kilinc et al. Clin Trans Med (2018) 7:5

Page 4 of 20

from BD Biosciences, except the anti-human CD105 (clone SN6), which was purchased from e-biosciences, and staining was performed according to standard staining protocol as described before [34]. Cell viability was verified by 7-amino-actinomycin D (7-AAD) or Propidium Iodide (PI) and Annexin-V staining (BD Biosciences).

### Culture of SVF

A portion of freshly isolated SVF cells was plated in a CELLstart CTS (Gibco)-coated plate with culture media. The serum-free culture media was composed of DMEM (Invitrogen), 5% Stemulate (Cook Regentec, IN, USA), $1 \times$ GlutaMAX (Invitrogen), MEM non-essential amino acids, and Pen/Strep (Invitrogen). Stemulate is a GMP grade pooled human platelet lysate, which supports the expansion of multiple types of cells including MSCs. It has essential growth factors and other proteins such as platelet-derived growth factors (PDGF-AA, PDGF-AB/BB), epidermal growth factor (EGF), vascular endothelial growth factor (VEGF), basic fibroblast growth factor (bFGF), transforming growth factor beta 1 (TGF-B1), fibrinogen, regulated upon activation, normal T -cell expressed, and secreted (RANTES), and chemokine ligand 5 (CCL5), C-X-C Motif Chemokine Ligand CXCL1/2/3 that are necessary for cell growth and functions. Primary cells were cultured for 7–14 days and were defined as "Passage 0" (P0). The medium was replaced every 3 days, and cells were passaged every week or two when 80% confluence was reached. $1 \times$ TrypLE Express (Life Technologies) was used to dissociate cells. Immunophenotyping on different passages were carried out as described above.

### Mesodermal lineage differentiation assays

The ability of cells to differentiate into mesodermal lineages was tested in adipogenic or osteogenic differentiation mediums provided by iXcells Biotechnologies. Differentiation was initiated by seeding MSC at a density of 20,000 cells per $cm^2$. After 1–2 weeks of culture in defined media conditions, cells were stained with Oil Red O (Sigma) for the detection of lipids and Osteoimage Mineralization Dye (Lonza) to visualize osteogenic mineralization. The quantification of intracellular lipid droplets was performed using AdipoRed Assay kit from Lonza, following the instructions provided by the manufacturer. Fluorescence measurement was carried out at Tecan Infinite 200 plate reader with excitation at 485 nm and emission at 572 nm. For the quantification of mineralization, Osteoimage Mineralization Assay was utilized (Lonza). Excitation and emission wavelengths were 492 and 520, respectively.

### Cell sorting

Cells were processed and incubated with the following antibodies, CD45, CD235a, CD34, CD31 and CD146, as described above. The viability dye PI was added before sorting for exclusion of dead and apoptotic cells. Cell sorting was performed using on a FACSAria III cell sorter (BD Biosciences) equipped with a class I biosafety cabinet. Four-way sorting was performed at 10,000-to-20,000 events per minute. Sorted populations were placed into flat bottom 48-well plates coated either with fibronectin (Millipore) or CELLstart CTS (Gibco). DMEM + 5% Stemulate culture media was used to culture sorted cells. Viability was determined by Trypan blue exclusion on day 5–7 post-culture.

### Data and statistical analysis

The data were analyzed by comparing a "benefit index" of the treatment to various patient factors such as age, gender, body mass index (BMI), dosage, and route of injection (further described in the proceeding sections). Table 1 contains the raw benefit index numbers for each patient. The ratios of various cell subtypes were also calculated, and compared to the various patient factors in order to determine which, if any, factors were correlated to treatment efficacy.

## Results

### Effect of gender, age, clinical condition and route of injection on the clinical outcome post-SVF treatment

Most of the human clinical studies regarding implantation of autologous adipose SVF containing ADSCs have specifically assessed effectiveness and safety, without identifying the factors that might be responsible for potential benefits. Therefore, in this study we analyzed patient's characteristics and SVF prepared by using standard procedures in order to assess the post-treatment clinical outcome. The autologous SVF was returned back to the donor patients with various disease conditions such as orthopedic, inflammatory, degenerative tissue or organ, and autoimmune diseases within 2–3 h. All patients underwent treatment with SVF cells as scheduled and no complications related to adipose tissue processing and SVF cells preparation was noticed. There were no reported side effects associated with SVF cell therapy. We followed the patients every 3–4 months for about a year post-treatment, to assess the potential benefit of the treatment. All patients were requested to fill out a questionnaire, and we generated a benefit index by grading the improvements on a scale 1–5 based on the patient reports.

Grade numbering:

5-Complete recovery

Kilinc et al. Clin Trans Med  (2018) 7:5

Page 5 of 20

**Table 1  List of 44 SVF-treated patient's gender, age, medical reason, delivery methods and benefit index**

| Patient (P) number (#) | Gender: F/M | Age | Medical reason for SVF Rx/(classification category) | Delivery method: direct (localized) injection (DI) or I.V. | Benefit index |
|---|---|---|---|---|---|
| P#1 | F | 65 | Knee & poliomyelitis (1) | IV + DI | 4 |
| P#2 | M | 81 | Knee (1) | IV + DI | 2 |
| P#3 | F | 20 | Bladder disease (2) | IV | 5 |
| P#4 | M | 70 | Optic nerve ischemia (2) | IV | 2 |
| P#5 | M | 84 | Cardiac dysfunction (2) | IV | N/A |
| P#6 | F | 40 | Multiple sclerosis (MS) (2) | DI | 3 |
| P#7 | M | 50 | Autoimmune disease (3) | IV | N/A |
| P#8 | F | 69 | Hip (1) | IV + DI | 4 |
| P#9 | F | 50 | Knee (1) | IV + DI | 4 |
| P#10 | F | 79 | Arthritis (1) | IV + DI | 4 |
| P#11 | F | 43 | Arthritis (1) | IV + DI | N/A |
| P#12 | F | 56 | Arthritis; hip (1) | IV + DI | 3 |
| P#13 | F | 77 | Arthritis; shoulder (1) | IV + DI | 3 |
| P#14 | F | 56 | Knee (1) | IV + DI | 3 |
| P#15 | M | 64 | Arthritis; knee& shoulder (1) | IV + DI | 4 |
| P#16 | M | 62 | Peyronie's (2) | DI | 3 |
| P#17 | M | 79 | Degenerative joint disease; hips and knees (1) | IV + DI | 4 |
| P#18 | M | 57 | Arthritis; knee (1) | IV + DI | 4 |
| P#19 | F | 46 | Fibromyalgia (2) | IV + DI | N/A |
| P#20 | F | 47 | Autoimmune; lupus (3) | IV + DI | 2 |
| P#21 | M | 62 | Renal dysfunction (2) | IV | 1 |
| P#22 | F | 37 | Optic neuritis (2) | IV | 4 |
| P#23 | F | 56 | ALS (amyotrophic lateral sclerosis) (2) | IV | 1 |
| P#24 | M | 91 | Stroke (2) | IV | 3 |
| P#25 | M | 55 | Spinal cord injury &arthritis; shoulder (1) | IV | 4 |
| P#26 | M | 79 | Arthritis; knee (1) | IV + DI | 1 |
| P#27 | F | 58 | Arthritis; foot (1) | IV + DI | 2 |
| P#28 | F | 82 | Wellness & memory (2) | IV | 1 |
| P#29 | F | 61 | Arthritis; knee (1) | IV + DI | N/A |
| P#30 | F | 45 | Arthritis; knee (1) | IV + DI | 1 |
| P#31 | F | 65 | Arthritis; knee (1) | IV + DI | 1 |
| P#32 | F | 63 | Gout (1) | IV | 4 |
| P#33 | M | 59 | Knee (1) | IV + DI | 4 |
| P#34 | F | 76 | Arthritis; hip (1) | IV + DI | 1 |
| P#35 | M | 66 | Arthritis; hip (1) | IV + DI | 3 |
| P#36 | F | 66 | Shoulder (1) | IV + DI | 3 |
| P#37 | M | 62 | Shoulder & knee (1) | IV + DI | N/A |
| P#38 | M | 56 | Renal dysfunction (2) | IV | N/A |
| P#39 | F | 16 | Torn achilles tendon (1) | IV + DI | N/A |
| P#40 | M | 54 | Lower motor neuron disease (2) | DI | 1 |
| P#41 | M | 62 | Arthritis; hip& knee (1) | IV + DI | 3 |
| P#42 | M | 68 | Knee (1) | IV + DI | 3 |
| P#43 | M | 67 | Arthritis; knee & shoulder (1) | IV + DI | 1 |
| P#44 | F | 66 | Lower back pain (1) | IV + DI | 2 |

4-A large difference (A noticeable & continuous difference)
3-Some improvements
2-Minimal improvement
1-No improvement.

Aiming to identify clinical factors predictive of response to SVF therapy, we first asked whether gender of the patients played a role in the effectiveness of treatment. Table 1 list all of the patient's gender, age, medical reason, delivery methods and benefit index. Out of 24 females, 4 patients did not participate in the follow-up program (N/A), and 5 patients reported no benefits (25%). Furthermore, 1 patient with "Complete recovery" (5%); 6 patients with "A big difference" (30%); 5 patients with "Some improvement" (25%), and 3 patients with "Minimal improvements" (15%), were detected respectively. For male patients, we observed almost an identical trend; Among 16 male patients, 12 patients benefited at various degrees (Complete recovery: 0%, A big difference; 31%, Some improvement; 31%" and Minimal improvements; 13%), whereas 4 patients did not report any benefit (25%). A bar graph, in Fig. 1a shows the mean benefit index for gender with 95% confidence interval. The mean benefit index was 2.69 for male versus 2.75 for female. Therefore, we argue that the gender did not play a role in the patients reported therapy outcome. We subsequently analyzed whether the age of the patients was a contributing factor. The treatment age started with the youngest patient who was 16 years old, and the oldest patient who was 91 years old. The majority of patients were between 40 and 79 years old. The largest population of patients, at 15, was in the age group 60–69, followed

a
Effect of gender on clinical outcome
MEAN BENEFIT INDEX
4.50
4.00
3.50
3.00
2.50
2.00
1.50
1.00
0.50
0.00
Male
Female
Mean
2.69
2.75
b
Effect of age on clinical outcome
BENEFIT INDEX
AGE
0
20
40
60
80
100
c
Patient numbers per benefit index in different clinical conditions
Category #1
Category #2
BI:1, 5
BI:2, 3
BI:3, 7
BI:4, 10
BI:5, 1
BI:1, 3
BI:2, 1
BI:3, 3
BI:4, 1
d
Patient numbers per benefit index based on route of injection
Number of patients
IV
IV+DI
DI
BI:1
BI:2
BI:3
BI:4
BI:5
Benefit index

**Fig. 1** Correlation between clinical outcome and gender (**a**), age (**b**), clinical conditions (**c**), different routes of injections (**d**). **a** The mean benefit index is shown as the height of the bars for males and females, with the error bars representing the 95% confidence interval. **b** A scatter plot of the age versus benefit index is shown. **c** The breakdown of distribution of the benefit index in various clinical conditions, where Category #1 represents orthopedic applications and Category #2 represents organ or tissue dysfunctions. **d** The number of SVF-treated patients with various routes of injection is shown as the height of the bars, with the benefit index shown on the X-axis

Kilinc et al. Clin Trans Med (2018) 7:5

Page 7 of 20

by 11 patients in the age group of 50–59, 6 for 70–79, and 5 for 40–49. There was only 1 patient for each of the following groups: < 20; 20–29; 30–39 and 90–99. When the ages of all patients were plotted against the benefit index for direct correlation, we could not see any difference for the mean benefit index among the different ages (Fig. 1b). Therefore, we concluded that age could not be a specific determining factor for treatment success. Next, we divided the patients into three main classification categories based on their clinical conditions to investigate whether any particular disease or condition benefitted most from the treatment. All of the orthopedic applications along with joint associated chronic pain, stiffness, deformity, decrease in the range of motion, and arthritis were included in category #1 (Table 1). Organ or tissue dysfunctions were grouped under category #2, and autoimmune diseases were grouped under category #3. We further indicated the route of SVF injection for each patient in our analyses: IV injection alone (I.V.), direct localized injection alone (D.I.), or both. We had the highest number of patients in category #1 with 29, followed by 13 and 2 patients for category #2 and #3, respectively. We analyzed the number of patients within category #1 using the benefit index scale from 1 to 5, and compared the data with the distribution of category #2. Furthermore, we analyzed and compared the route of injections with their different benefit index. The data analyses indicated that neither the specific clinical condition nor the route of injection played a significant role in clinical outcome since patients from both of the categories, #1 and #2, and with different route of injections, could be found in every benefit index to almost the same extent. Taken together, the administration of the autologous SVF for the treatment of different medical conditions has a positive effect, but the factors such as gender, age, clinical condition, and route of injection did not play a decisive role in the treatment efficacy nor are the proof of the true underlying mechanism of improvement.

## Characterization of cell types in SVF

Next we investigated whether the stem/progenitor cells composition and dose of SVF could show a correlation with treatment efficacy. Initially, we hypothesized that the presence of one of the major cell subsets injected at optimal numbers would favor the observed improvements. Earlier studies reported the heterogeneity in SVF and great variability in the percentages of different subsets [35, 36]. Some reports have focused mostly on the difference in the isolation methods, handling, variability of cell yields and mode of administration [37, 38]. To date, there are insufficient data to establish a correlation between SVF-dose, and direct therapeutic effect. Therefore, we conducted a comprehensive analysis by characterizing the cells types with regenerative potential present in the donor SVF samples. To determine the composition of SVF, we performed flow cytometry analysis and identified 4 distinct cell populations based on the surface expression of CD45 and CD34 (Fig. 2a). Two of these populations which are $CD34^- CD45^{high}$ and $CD34^- CD45^{low}$, were also present in the blood (Fig. 2a1). On the other hand, the $CD34^+$ positive subsets: $CD34^{high}$ $CD45^-$ and $CD34^{low} CD45^+$, were only detected in the SVF samples. In 21 out of 44 patients the combined ratio of all 4 populations was almost 100 percent of the nucleated cells. In these patients, the average percentage of $CD34^- CD45^{high}$, $CD34^- CD45^{low}$, $CD34^{high} CD45^-$, and $CD34^{low} CD45^+$ was 16, 44, 28, 12%, respectively (data not shown). In 18 patients, on the other hand, the percentage of double negatives (DNs; $CD34^- CD45^-$) showed distinct variations in three different ranges; 5–15% (n = 8), 30–70% (n = 2), and 80–99% (n = 13). Figure 2a panel 2 through 5 shows a representative analysis of CD34 and CD45 for each of these groups. The variation in the presence of fibroblasts, pre-adipocytes, smooth muscle, mature endothelial cells and the remaining RBCs following the lysis is believed to be the main contributor for the differences of DNs among patients.

We further investigated SVF samples, in more detail using cell type specific surface markers in patient samples. There is not a unique marker for $CD34^+$ cell subsets, therefore a combination of markers were used for more comprehensive analyses. Figure 2b shows the phenotype of the subsets based on flow cytometry analysis. CD31 (PECAM-1) is a classic marker for endothelial cells and their progenitors. In combination with CD146, we distinguished $CD34^{high} CD45^- CD31^+CD146^+$ AT-ECs separately from $CD34^{high} CD45^-CD31^- CD146^-$ ADSCs within the $CD34^{high}$ cell subset. The fraction of EC compartment among $CD34^{high}$ subset displayed a great variability by ranging from 1 to 55% with an average of 21%, across all of the donors with DN < 2. On the other hand, $CD34^{low} CD45^+$ cells, co-expressed CD206 and CD14. This subset has been described as Hematopoietic/Monocyte-like progenitor cells (HSC-progenitors) in the literature [39–41]. Back-gating analysis of this subset on forward and side scatter (FSC and SSC) dot plot revealed that they reside on top of ADSCs indicating they are more granular (Fig. 1c). Heterogeneous expression of CD105 and CD73 was detected among SVF samples. Figure 1b shows a representative of well-separated subsets within the ADSCs; $CD34^+CD105^+ CD73^-$ and $CD34^+105^-CD73^+$ cells. The percentage of pericytes described as $CD45^-CD34^-CD31^-CD146^+$ cells made up only a small fraction (average percentage of nearly 1%) of whole SVF. $CD45^+$ cells were equally abundant in SVF, and the majority of these cells were $CD66b^+$ Neutrophils

a
1-Blood
2-SVF, DN<2
negligible
n= 21
3-SVF, DN=
5-15%
n= 7
4-SVF, DN=
30-70%
n= 2
5-SVF, DN=
80-99%
n= 14
CD45
CD34
b
CD45
CD34
CD31
CD146
EPC
ADSCs
CD206
CD34
HSC-progenitors
CD105
CD73
c
SSC
ADSCs
HSC-progenitors
FSC

**Fig. 2** Flow cytometry analysis of SVF. **a** shows a representative of CD45 and CD34 dot blot analysis for the different DN ratios. A1 is the blood analysis shown for the comparison and n represents the number of patient's samples with the given percentage. **b** Detailed analysis of subpopulation phenotype. Arrows point the gating and each identified phenotype was marked with the corresponding nomenclature. **c** Back-gating analysis of ADSCs and HSC-Progenitors on forward and side scatter dot plot to show their cellular profile

(data not shown). Other observed immune cell populations included B-cells, NK cells, and T-cells and it is highly likely they were derived from blood vessels co-harvested during the procedure. The viability of $CD34^+$ cells was verified regularly by 7-AAD/PI and Annexin-V staining and they were 80–90% viable post-isolation.

In conclusion, the following four main adipose-resident subsets were identified in SVF samples: ADSCs: $CD34^{high}$ $CD45^-$ $CD31^-$ $CD146^-$, HSC-progenitors: $CD34^{low}$ $CD45^+$ $CD206^+CD31^-$ $CD146^-$, AT-ECs: $CD34^{high}$ $CD45^-$ $CD31^+CD146^+$, and Pericytes: $CD45^-CD34^-CD31^-CD146^+$. We believe that the abundance of one or some of these subsets in combination reflecting some level of orchestration were the primary factors which determine the treatment outcome.

### Patient characteristics and their effect on SVF yield

Few previous studies compared some of the patient factors such as age, gender, BMI that might affect the yield, composition, purity and potency of the freshly isolated SVF samples, reported controversial results [35, 42–45]. To determine whether the patient's disease conditions may alter the SVF's yield and composition, we also included 14 cancer patients. Enumeration analyses lead us to evaluate the possible effect of tumor growth on the cell composition of SVF and further assess the feasibility of utilizing SVF in cancer patient's treatment. Identical liposuction procedure was followed for such patients and samples were analyzed for the presence of the same 4 subsets of cells. Due to the variations in the ratio of double negatives among all of the patients (non-cancer and

Kilinc et al. Clin Trans Med (2018) 7:5

Page 9 of 20

cancer), we calculated the absolute number of isolated cell subsets as shown in Table 2 and then performed a correlation analysis between patient characteristic and the SVF yield. We first checked the gender difference for a possible factor in harvested stem cells; ADSCs and HSC-progenitors. We found that the average absolute numbers of ADSCs in females (5.6E+3/per cc of fat/non-cancer) was almost threefold higher than the average yield in male patients (1.9E+3/per cc of fat/non-cancer) (Fig. 3a). A similar difference was observed with the absolute number of HSC-progenitors: 3E+3/cc of fat of HSC-progenitors in females versus 1.2E+3 cells, in males. Regarding the absolute number of AT-ECs, the difference between males and females was fivefold: 1E+3/cc ECs in females versus 212E+0 cells, in males. No difference was observed for pericytes. Interestingly, a similar trend was observed in between 8 male and 6 female cancer patients, although all of the 4 cell subsets were overall lower (at least two–threefold) in number compared to non-cancer patients (Fig. 3b). The average absolute number of ADSCs, HSC-progenitors, AT-ECs and pericytes in female versus male cancer patients were 1.9E+3 versus 948E+0, 1.9E+3 versus 682E+0, 417.5E+0 versus 70.3E+0, 75.3E+0 versus 56.3E+0, respectively. Furthermore, different age categories in 9-year increments were made. In females, the treatment age range was 16–82 years old and marked the end points of eight different age groups. There were no patients in the age group of 20–29 and a single patient in each of these groups: 10–19, 30–39 and 80–89. Therefore, the yield of 4 SVF subsets were calculated in four different groups, each with more than 3 patients. The average total number of ADSCs was 5.9E+3 in the age group between 40 and 49, reached its highest, 10.3E+3, in the age group 50–59, and declined in the subsequent groups: 3.7E+3 (60–69); 4.5E+3 (70–79). For HSC-progenitors, the highest average total number was recorded in the same group 8.5E+3 (50–59) but remained almost the same (1.5E+3 and 1.6E+3) in the other age groups. In AT-ECs and pericytes, the distribution of average count per age showed the following patterns: 658E+0/(40–49), 1.8E+3/ (50–59), 700E+0/(60–69), 1.7E+3/(70–79), and 82E+0/ (40–49), 165E+0/(50–59), 158E+0/(60–69), 93E+0/ (70–79), respectively. On the other hand, in males treatment ages started very late, around the age of 50–59 and only two more age groups (60–69 and 70–79) could be used for statistical analysis due to the presence of only one patient in other groups (80–89 and 90–99). A continuous decline of the actual number was detected in all of the cell subsets except pericytes among these age groups; male ADSCs 2.4E+3 (50–59); 1.8E+3 (60–69), 1.2E+3 (70–79); male HSC-progenitors 1.6E+3 (50–59); 1.1E+3 (60–69), 700E+0 (70–79); male AT-ECs 368E+0

(50–59); 143E+0 (60–69), 128E+0 (70–79); male pericytes 171E+0 (50–59); 172E+0 (60–69), 51E+0 (70–79). All of the cancer patients were also included in the analysis and no statistically significant difference was observed among 4 age groups as shown in the Fig. 3d. The average BMI for all of the participants was 25.5. The BMI was compared for two groups: BMI ≤ 25 and BMI > 25. Lean persons were defined with BMI < 25 [46]. The average BMI for the group BMI ≤ 25 was 21.3 and for BMI > 25 it was 29.7. Although it was not significant, the average total number for ADSCs and HSC-progenitors were higher in BMI > 25 group when compared to BMI ≤ 25 group. The average numbers for BMI > 25 groups were ADSCs: 4.6E+3, HSC-progenitors: 3.1E+3, AT-ECs: 716.6E+0, and pericytes 145.2E+0. On the other hand, the average numbers for 25 ≤ BMI groups were ADSCs: 3.2E+3, HSC-progenitors: 1.3E+3, AT-ECs: 612.5E+0, and pericytes 127.5E+0 (Data not shown). Over all, Fig. 3 summarizes the correlation of absolute number, with the gender, and age of the donors in the versus non-cancer patients. In conclusion, the donor characteristics of gender, to some extent age, and BMI of the adipose tissue donor, and their physiological condition such as cancer or non-cancer, have the potential to impact the total number of isolated adipose-specific cells. These findings are similar to those obtained by most of the other groups [44, 45].

### Culture expansion of SVFs and their differentiation potency

The majority of the SVF samples were used for treatment in the clinics and a relatively minor fraction was sent to us for further analysis. When there were enough samples, a portion of the cells sent for characterization was also used for cell culture analysis. Cellular expansion of adherent cells was initiated in a culture medium supplied with 5% Stemulate and adipose-derived and expanded-mesenchymal stem cells (ADE-MSCs) cultures were further analyzed for morphology, phenotype, and differentiation. These cells exhibited the expected fibroblast-like morphology following their adherence to the plastic (Fig. 4a) and continuous culture resulted in phenotypically homogeneous population as periodically verified by flow analysis (Fig. 4b). Phenotypic characterization of cultured cells revealed that all of the samples shared the same markers, which have been described, by International Federation of Adipose Therapeutics and Sciences (IFATS) and the International Society for Cell Therapy (ISCT) for the minimum criteria for identifying MSCs. They highly expressed CD90, CD73, CD105, and CD44, while remained negative for CD45, CD146, CD31, and CD34 [22]. There was no variation between the phenotypes of cells from different passages or freezing–thawing

Kilinc *et al. Clin Trans Med* (2018) 7:5

**Table 2  The absolute number of isolated cell subsets in 44 non-cancer and 14 cancer patients**

| Patient number | BMI | Total ADSCs number/cc of fat | Total HSC-progenitors number/cc of fat | Total AT-ECs number/cc of fat | Total pericyte number/cc of fat | DN ratio (%) |
|---|---|---|---|---|---|---|
| 1 | 22.1 | 354.6E+0 | 391.0E+0 | 85.0E+0 | 8.0E+0 | 80–98 |
| 2 | N/A | N/A | N/A | N/A | N/A | 5–15 |
| 3 | 14.7 | N/A | N/A | N/A | N/A | 5–15 |
| 4 | 26.5 | 3.0E+3 | 1.5E+3 | 268.8E+0 | 107.5E+0 | < 2 |
| 5 | 23.1 | 2.0E+3 | 924.0E+0 | 37.6E+0 | 37.2E+0 | 80–98 |
| 6 | 20.6 | 1.5E+3 | 192.0E+0 | 391.9E+0 | 42.4E+0 | 30–70 |
| 7 | 25.1 | 1.2E+3 | 630.0E+0 | 425.0E+0 | 23.5E+0 | 80–98 |
| 8 | 22.4 | 2.3E+3 | 1.7E+3 | 189.0E+0 | 141.1E+0 | < 2 |
| 9 | 27.2 | 7.6E+3 | 4.8E+3 | 2.1E+3 | 38.4E+0 | < 2 |
| 10 | 27.6 | 3.4E+3 | 2.1E+3 | 792.0E+0 | 61.7E+0 | < 2 |
| 11 | 17.2 | 9.4E+3 | 2.1E+3 | 1.7E+3 | 252.0E+0 | < 2 |
| 12 | 23.5 | 6.1E+3 | 5.0E+3 | 2.3E+3 | 71.9E+0 | < 2 |
| 13 | 35.8 | 1.4E+3 | 672.0E+0 | 434.2E+0 | 40.1E+0 | < 2 |
| 14 | 21 | 2.8E+3 | 3.1E+3 | 351.0E+0 | 328.5E+0 | < 2 |
| 15 | 27.8 | 5.4E+3 | 5.0E+3 | 400.8E+0 | 521.8E+0 | < 2 |
| 16 | 24.3 | 3.9E+3 | 751.0E+0 | 260.6E+0 | 142.1E+0 | < 2 |
| 17 | 27.2 | 568.8E+0 | 456.9E+0 | 114.4E+0 | 19.6E+0 | < 2 |
| 18 | 35.9 | 108.0E+0 | 172.8E+0 | 21.6E+0 | 785.0E+0 | 80–98 |
| 19 | 25.8 | 8.6E+3 | 2.4E+3 | 63.0E+0 | 58.2E+0 | < 2 |
| 20 | 25.6 | 8.3E+3 | 2.5E+3 | 735.6E+0 | 40.7E+0 | 5–15 |
| 21 | 30.1 | 959.0E+0 | 1.1E+3 | 137.5E+0 | 523.4E+0 | 5–15 |
| 22 | 39.9 | 5.1E+3 | 2.1E+3 | 1.3E+3 | 218.4E+0 | < 2 |
| 23 | 23.4 | 8.5E+3 | 1.7E+3 | 1.7E+3 | 381.9E+0 | < 2 |
| 24 | 34.4 | 1.4E+3 | 826.5E+0 | 273.1E+0 | 164.2E+0 | < 2 |
| 25 | 24.3 | 220.2E+0 | 34.6E+0 | 3.7E+0 | 1.6E+0 | > 99 |
| 26 | 28.1 | 88.8E+0 | 127.2E+0 | 1.6E+0 | 25.2E+0 | 80–98 |
| 27 | 26.6 | 26.4E+3 | 28.0E+3 | 2.5E+3 | 5.0E+0 | < 2 |
| 28 | 23.4 | 679.2E+0 | 540.0E+0 | 46.7E+0 | 50.1E+0 | 5–15 |
| 29 | 17.9 | 524.8E+0 | 280.0E+0 | 16.0E+0 | 163.2E+0 | 80–98 |
| 30 | 20 | 1.6E+3 | 460.0E+0 | 390.9E+0 | 16.4E+0 | 5–15 |
| 31 | 21.6 | 8.5E+3 | 3.3E+3 | 2.2E+3 | 149.4E+0 | 80–98 |
| 32 | 20.5 | 11.6E+3 | 4.4E+3 | 1.1E+3 | 459.4E+0 | < 2 |
| 33 | 34.3 | 10.9E+3 | 8.4E+3 | 1.4E+3 | 96.0E+0 | 5–15 |
| 34 | 25.1 | 8.8E+3 | 1.9E+3 | 3.8E+3 | 176.8E+0 | > 99 |
| 35 | 32 | 69.1E+0 | 64.8E+0 | 5.0E+0 | 66.7E+0 | > 99 |
| 36 | 23.4 | 1.9E+3 | 528.0E+0 | 1.0E+3 | 64.7E+0 | < 2 |
| 37 | 32.7 | 15.4E+0 | 207.9E+0 | 6.2E+0 | 3.1E+0 | < 2 |
| 38 | 19.8 | 295.2E+0 | 28.8E+0 | 7.2E+0 | 72.0E+0 | > 99 |
| 39 | 24.7 | 1.9E+3 | 213.8E+0 | 427.7E+0 | 79.2E+0 | < 2 |
| 40 | 21 | 1.5E+3 | 487.2E+0 | 311.8E+0 | 49.7E+0 | 30–70 |
| 41 | 27.2 | 1.3E+3 | 440.2E+0 | 77.0E+0 | 51.7E+0 | < 2 |
| 42 | 29.7 | 2.2E+3 | 1.2E+3 | 229.7E+0 | 21.1E+0 | 80–98 |
| 43 | 22.3 | 806.3E+0 | 121.4E+0 | 25.1E+0 | 47.9E+0 | 5–15 |
| 44 | 19 | 642.2E+0 | 23.9E+0 | 281.7E+0 | 118.3E+0 | > 99 |
| 45 | N/A | 1.2E+3 | 106.0E+0 | 29.9E+0 | 9.9E+0 | 80–98 |
| 46 | N/A | 1.9E+3 | 3.4E+3 | 480.5E+0 | 38.6E+0 | 5–15 |
| 47 | N/A | 1.6E+3 | 2.3E+3 | 166.2E+0 | 241.8E+0 | 5–15 |
| 48 | N/A | 1.2E+3 | 1.1E+3 | 104.3E+0 | 80.9E+0 | 30–70 |
| 49 | N/A | 140.0E+0 | 224.2E+0 | 7.8E+0 | 40.2E+0 | < 2 |

Kilinc *et al. Clin Trans Med* (2018) 7:5

**Table 2 continued**

| Patient number | BMI | Total ADSCs number/cc of fat | Total HSC-progenitors number/cc of fat | Total AT-ECs number/cc of fat | Total pericyte number/cc of fat | DN ratio (%) |
|---|---|---|---|---|---|---|
| 50 | N/A | 1.5E+3 | 2.2E+3 | 168.5E+0 | 114.1E+0 | < 2 |
| 51 | N/A | 3.4E+3 | 3.1E+3 | 1.6E+3 | 71.1E+0 | < 2 |
| 52 | N/A | 1.7E+3 | 2.0E+3 | 91.1E+0 | 23.0E+0 | < 2 |
| 53 | N/A | 2.1E+3 | 1.2E+3 | 169.0E+0 | 88.1E+0 | 80–98 |
| 54 | N/A | 500.8E+0 | 117.0E+0 | 46.8E+0 | 88.9E+0 | > 99 |
| 55 | N/A | 221.4E+0 | 87.4E+0 | 3.4E+0 | 2.7E+0 | < 2 |
| 56 | N/A | 2.2E+3 | 92.9E+0 | 108.0E+0 | 10.8E+0 | > 99 |
| 57 | N/A | 729.0E+0 | 324.0E+0 | 32.4E+0 | 25.9E+0 | 30–70 |
| 58 | N/A | 506.9E+0 | 244.0E+0 | 69.7E+0 | 66.4E+0 | 80–98 |



**Fig. 3** Evaluation of SVF yields based on gender, cancer and age. **a** Trends between the total numbers of 4 cell subsets freshly isolated from fat among female and male participants in (**a**) non-cancer patients versus (**b**) cancer patients can be seen by comparing the height of the bars. **c** The mean number of the subsets analyzed per age in males (upper figure) versus females (lower figure) in non-cancer patients is shown as the height of the bars. (Note that the age groups with less than one patient are not included in the analysis.) **d** The mean number of the subsets (the height of the bars) is compared for the various different age groups (the X-axis) for observing trends

Kilinc et al. Clin Trans Med (2018) 7:5



**Fig. 4** In vitro culture of adipose tissue-derived cells and their flow cytometry analysis. **a** The image of adipose tissue-derived cells in culture showing fibroblast-like morphology following their adherence to the plastic (Passage 0), X10 magnification. **b** Representative histograms show adipose-derived and expanded-mesenchymal stem cells are a homogeneous population of cells and express standard ADE-MSCs specific surface markers, including CD73, CD105, CD90, and CD44, and are negative for CD146, CD31, CD45 and CD34 (dark gray filled). Light gray filled lines represent unstained samples

cycles. The last criterion to identify ADE-MSCs is to test their multipotency by differentiating into different cell types such as osteoblasts, and adipocytes. Therefore, in order to confirm the mesenchymal stemness of expanded cells, their differentiation potential was tested. ADE-MSCs from different donors at 0–1 passages were induced to differentiate into adipocytes or osteoblasts for 8–14 days in defined culture conditions. The cells started to differentiate into adipocytes as early as day 3 and were fully differentiated at day 14 as consistent with increased cell vacuolation of fatty acid observed under the light microscope using Oil O Red staining (Fig. 5a). The following figure (Fig. 5b) shows the partition of fat droplets of differentiated adipocytes as detected by AdipoRed reagent at day 14. The differentiation was further confirmed by quantification of the accumulation of intracellular triglycerides using the same reagent and measuring the fluorescence in four independent experiments. Relative fluorescence unit (RFU) was 14-fold higher in induced cells (5240 ± 1690) compared to non-induced cells (365 ± 233). Culturing the cells under osteogenic

condition induced the cells to differentiate within a week. Osteogenic differentiation (Fig. 5a, b) was confirmed by the formation of aggregates and osteoimage mineralization assay. At day 8, the average calcium deposit in osteoblast reached into tenfold difference compared to undifferentiated control (18,241 ± 2480 versus 1800 ± 430) as quantified by RFU on a plate reader using 492 nm excitation and 520 nm emission wavelengths.

### Expanded MSC and their therapeutic potential

Understanding the key features of the cellular components of SVF is vital for appreciation of the potential uses and contributions in tissue maintenance and repair. Therefore, we wanted to know which cell subset(s) gave rise to the expanded cell populations. Stem cell (ADSCs and HSC-progenitors) components as well as EC and pericytes of fresh SVF were simultaneously sorted and individually put into culture to observe expansion. Viable (PI-) single cells (height-to-width ratio) were isolated to purity close to 100% (Fig. 6) and put into 48-well plates coated with either Fibronectin or CELLstart CTS.

a
D0
D2
D5
D8
D12
Adipogenesis
Osteogenesis
b
c
8000
7000
6000
5000
4000
3000
2000
1000
0
RFU
Undifferentiated
Differentiated
Adipogenesis
25000
20000
15000
10000
5000
0
RFU
Undifferentiated
Differentiated
Osteogenesis

**Fig. 5** The differentiation potency analysis of ADE-MSCs. **a**, **b** Morphological analysis of in vitro differentiation of ADE-MSCs (P1) under adipogenic and osteogenic media conditions using light microscopy (**a**) and fluorescence microscopy (**b**). **c** The quantification of the accumulation of intracellular triglycerides and calcium deposit in adipogenesis and osteogenesis, respectively. RFU represents relative fluorescence unit read in both of the culture conditions; undifferentiated versus differentiated. Error bars are standard deviations from four independent samples. The P values were calculated using the Student t test. (*p < 0.05 for adipogenesis and **p < 0.02 for osteogenesis)

Among 4 different subsets, only $CD34^{high}$ $CD45^-$ $CD31^-$ $CD146^-$ cells formed fibroblast-like morphology and started to divide. This led to the conclusion that ADSCs represent an origin of the ADE-MSC grown in culture, a finding that has been validated by other groups [47–49]. Although neither pericytes nor HSC-progenitors expanded, Trypan blue exclusion analysis determined that 40–60% of the adhered cells were still alive up to 5–7 days post-culture. Next, we asked whether the therapy with expanded cells was as efficient as SVF treatment and evaluated the therapeutic potential of autologous MSC cultured under GMP conditions by American CryoStem. Table 3 summarizes patient's gender, age, medical condition, the route of injection, injected total number of cells, and patient's satisfaction assessment. The overall average response rate was 3.1 and did not show a significant difference from the response rate (2.7) observed in SVF treatment group. Therefore we concluded that the therapy with expanded MSC cells originating from $CD34^+$ subset was not more efficacious compared to SVF treatment.

**The ratio of 4 subsets in adipose tissue derived SVF injected back into the patient**

Although the patient's characteristic we followed seemed to affect the SVF yield, they did not show a correlation with the treatment efficacy. We also checked the SVF cell composition and found out that a particular cell subset did not play a dominant role in the positive clinical outcome. In our cell culture experiments, only the ADSC component of SVF could give rise to expanded cell populations. Furthermore, the therapy with expanded MSCs did not suggest more efficacies compared to SVF treatment. The question remains; do other cell subsets directly contribute to tissue repair/regeneration as a result of a complex interactive network? Since all of the patients were given a combination of cell subsets, we asked whether a certain combination rather than individual subset might play a role in determining the treatment efficacy. We first explored the relative ratios of total injected numbers of ADSC: HSC-progenitors: AT-ECs: Pericytes. Since the number of pericytes made the lowest portion among these 4

Case 0:18-cv-61047-UU   Document 45-5   Entered on FLSD Docket 03/11/2019   Page 97 of 132

Kilinc et al. Clin Trans Med (2018) 7:5

Page 14 of 20



**Fig. 6** Analyzing the source of culture expanded-mesenchymal stem cells. **a** The four candidate progenitor cell populations were simultaneously sorted and put into a culture according to the shown gating strategy. PI negative live cells were gated. Each region shows sorted population (P) P1; HSC-progenitors, CD34$^{low}$CD45$^+$ CD31$^-$ CD146$^-$, P2; ADSCs, CD34$^{high}$CD45$^-$ CD31$^-$ CD146$^-$, P3; AT-ECs, CD34$^{high}$CD45$^-$ CD31$^+$CD146$^+$, P4; Pericytes, CD45$^-$CD34$^-$CD31$^-$CD146$^+$. **b** Representative bright field pictures of sorted SVF populations after 5 days in culture (n = 3)

**Table 3  List of 13 ADE-MSCs-treated patient's gender, age, medical indication, delivery methods and benefit index**

| Patient number | Gender: F/M | Age | Medical indication | Total number of ADE-MSCs injected (× 10⁶) | Delivery method | Benefit index |
|---|---|---|---|---|---|---|
| 59 | M | 84 | Parkinson | 40 | IV | 3 |
| 60 | F | 57 | ALS | 100 | IV | 2 |
| 61 | F | 41 | MS | 10 | Ommaya: 4 M IV: 6 M | 2 |
| 62 | M | 92 | Stroke | 80 | IV | 4 |
| 63 | F | 55 | MS | 135 | Ommaya: 60 M IV:75 M | 2 |
| 64 | M | 94 | Neuropathy | 40 | IV | 5 |
| 65 | M | 66 | Peyronie's | 26 | Penile injection | 4 |
| 66 | M | 80 | Cardiac | 10 | IV | 3 |
| 67 | F | 82 | Wellness/lyme disease | 30 | IV | 4 |
| 68 | M | 12 | Anoxic brain injury | 20 | IV | 4 |
| 69 | M | 74 | Parkinson | 30 | IV | 4 |
| 70 | M | 69 | Erectile dysfunction | 10 | Penile injection | 1 |
| 71 | F | 57 | ALS | 100 | IV | 2 |

subsets, we started our analysis by calculating the ratio based on pericytes. However, we couldn't derive any meaningful conclusion (data not shown). Therefore, the pericytes were excluded and the relative ratios were next calculated based on 3 subsets. Table 4 shows the ratio of ADSCs: HSC-progenitors: AT-ECs, based on total number of each injected cell subset.

The degree of the ratio of ADSCs to HSC-progenitors in the given treatment was associated with overall treatment efficacy, whereas their lower ratio resulted in a

Kilinc et al. Clin Trans Med  (2018) 7:5

Page 15 of 20

**Table 4  The ratio of ADSCs, HSC-progenitors, and AT-ECs based on total number of each injected cell subset**

| Patient number | Delivery method: Direct (localized) injection (DI) or I.V | Benefit index | Ratio ADSCs: HSC-progenitors: AT-ECs (based on total number of each injected fraction) | The Ratio of ADSCs to HSC-progenitors |
|---|---|---|---|---|
| 3 | N/A | 5 | N/A | N/A |
| 1 | IV + DI | 4 | 4:5:1 | 0.8 |
| 8 | IV + DI | 4 | 12:10:1 | 1.2 |
| 9 | IV + DI | 4 | 4:3:1 | 1.33 |
| 10 | IV + DI | 4 | 4:3:1 | 1.33 |
| 15 | IV + DI | 4 | 14:13:1 | 1.08 |
| 17 | IV + DI | 4 | 5:4:1 | 1.25 |
| 18 | IV + DI | 4 | 5:8:1 | 0.63 |
| 22 | IV | 4 | 4:2:1 | 2.00 |
| 25 | IV | 4 | 60:9:1 | 6.67 |
| 32 | IV | 4 | 11:4:1 | 2.75 |
| 33 | IV + DI | 4 | 7:6:1 | 1.17 |
| Mean ratio of ADSCs to HSC-progenitors | | | | 1.84 |
| 6 | DI | 3 | 4:0.5:1 | 8.00 |
| 12 | IV + DI | 3 | 3:2:1 | 1.50 |
| 13 | IV + DI | 3 | 3:2:1 | 1.50 |
| 14 | IV + DI | 3 | 8:9:1 | 0.89 |
| 16 | DI | 3 | 15:3:1 | 5.00 |
| 24 | IV | 3 | 5:3:1 | 1.67 |
| 35 | IV + DI | 3 | 14:13:1 | 1.08 |
| 36 | IV + DI | 3 | 2:0.5:1 | 4.00 |
| 41 | IV + DI | 3 | 17:6:1 | 2.83 |
| 42 | IV + DI | 3 | 10:5:1 | 2.00 |
| Mean ratio of ADSCs to HSC-progenitors | | | | 2.85 |
| 2 | N/A | 2 | N/A | N/A |
| 4 | IV | 2 | 11:6:1 | 1.83 |
| 20 | IV + DI | 2 | 23:3:1 | 7.67 |
| 27 | IV + DI | 2 | 11:11:1 | 1.00 |
| 44 | IV + DI | 2 | 2:0.1:1 | 20.00 |
| Mean ratio of ADSCs to HSC-progenitors | | | | 7.63 |
| 21 | IV | 1 | 3:1:1 | 3.00 |
| 23 | IV | 1 | 5:1:1 | 5.00 |
| 26 | IV + DI | 1 | 56:80:1 | 0.70 |
| 28 | IV | 1 | 15:12:1 | 1.25 |
| 30 | IV + DI | 1 | 4:1:1 | 4.00 |
| 31 | IV + DI | 1 | 4:1:1 | 4.00 |
| 34 | IV + DI | 1 | 2.5:0.5:1 | 5.00 |
| 40 | DI | 1 | 5:1.5:1 | 3 |
| 43 | IV + DI | 1 | 33:5:1 | 6.7 |
| Mean ratio of ADSCs to HSC-progenitors | | | | 3.63 |
| 5 | IV | N/A | 55:25:1 | 2.20 |
| 7 | IV | N/A | 3:2:1 | 1.50 |
| 11 | IV + DI | N/A | 6:1:1 | 6.00 |
| 19 | IV + DI | N/A | 272:38:1 | 7.16 |
| 29 | IV + DI | N/A | 33:18:1 | 1.83 |
| 37 | IV + DI | N/A | 3:34:1 | 1.0 |
| 38 | IV | N/A | 41:4:1 | 10.25 |
| 39 | IV + DI | N/A | 5:0.5:1 | 10.00 |
| Mean ratio of ADSCs to HSC-progenitors | | | | 4.99 |

Kilinc *et al. Clin Trans Med* (2018) 7:5

higher benefit index on average. The data from Table 4 are summarized in Fig. 7. A downward trend can be seen between the benefit index and the mean ratio as the benefit index increases (Fig. 7a). The error bars represent the 95% confidence interval. The total average of the ratio of ADSCs to HSC-progenitors in patients who benefited highly from the treatment was 1.84, which signifies that

every HSC-progenitor should be accompanied by at least two ADSCs to achieve the maximum patient benefit. For the next groups of patients with the benefit indexes of 3 and 2, the average for the ratio became 2:85 and 7.73, respectively. The patients who reported no benefit, and the patients who did not report back to the clinic, both shared a close average ratio value of approximately 4



**Fig. 7** Analyzing the ADSC: HSC-progenitors ratio and correlating with the benefit index. **a** The mean ratio of ADSC's to HSC progenitors is shown as the height of the bars, and the benefit index is shown as the X-axis. The error bars represent the 95% confidence interval. **b** The raw data from which **a** was derived is shown as a scatter-plot, with the ratio as the Y-axis and the reported benefit index as the X-axis. The Y-values are shown as $\times 10^6$, and a downward trend is clearly visible in **a**, suggesting a correlation between the ratio and the benefit of the treatment

Kilinc et al. Clin Trans Med (2018) 7:5

(3.63 and 4.99, respectively). In another separate representation the raw data from which (A) was derived was plotted for every single patient (Fig. 7b). Downward trend is again clearly visible suggesting a correlation between the ratio and the benefit of the treatment.

## Discussion

There is already an abundant number of clinical trials and published research on the uses of adipose derived stem cells on a wide range of diseases and conditions. Data suggest that stem cell treatment either in the non-cultured, unexpanded form as SVF or in the culture-expanded form as MSC is safe. However, there is a paucity of evidence explaining clinical efficacy variations and explaining the mechanism of action of transplanted cells. There is a speculation that the potency of autologous stem cell treatment may vary due to cell isolation methods, heterogeneity of the patients reflected as age, disease type and state. However, the data are insufficient to establish a reliable dose and mode of administration versus effect relationship. Therefore, in this study we mainly focused on determining the factors that influence true effectiveness of the treatment in order to delineate the most clinically effective usage of SVF.

Stromal vascular fraction is an attractive treatment method because of the easy isolation of autologous SVF from 50 cm$^3$ of adipose tissue lipoaspirate in a sterile closed system [14]. The harvesting procedure takes 1–2 h allowing the injection to take place in a very short period of time without any alterations. After digestion of the tissue and removal of differentiated adipocytes, the so-called SVF, a mix of various cell types, is obtained. However, it is known that SVF contains a small percentage of ADSCs, estimated at 1–10% of the SVF [43], data that are also confirmed by us when blood contaminants, and all other stromal cells present in SVF were taken into the consideration. However, our data strongly suggest that not only blood contaminants (CD45$^+$CD34$^-$), but also DNs (fibroblasts, pre-adipocytes, smooth muscle, mature endothelial cells, the remaining RBCs) are likely the cause of higher variation among the SVF samples. Therefore we believe that the presentation of the adipose-resident cell subsets as percentage could be misleading. Parting from other studies, we followed a different methodological approach and focused on identification and enumeration of SVF subpopulations. Flow analysis showed that freshly isolated SVF was very heterogeneous and harbored different stem cell and precursor/progenitor components as well as mature epithelial cells and PBMCs [20, 21]. As previously described by Zimmerlin et al., and others, we identified four major stem cell and precursor/progenitor subsets [19, 39]. They were specific to adipose tissue since they were not detected in the blood of the patients. Based

on post-isolation absolute number CD34$^{high}$ CD45$^-$ CD31$^-$ CD146$^-$ ADSCs was the major subset, followed by CD34$^{low}$ CD45$^+$ CD206$^+$ CD31$^-$ CD146$^-$ HSC-progenitors. ADSCs were documented as conventional multipotent adventitial cells while HSC-progenitors were described to be superior to ADSCs to induce angiogenesis and be differentiated into vascular endothelial cells [19, 41]. CD34$^{high}$ CD45$^-$ CD31$^+$CD146$^+$ AT-ECs and CD45$^-$CD34$^-$CD31$^-$CD146$^+$ pericytes made the third and forth subsets, which were detected in lower numbers. Pericytes, which were initially thought to be a progeny for the less primitive ADSCs, compromised less than 1% of SVF. In a couple of studies, hematopoietic progenitor cells and pericytes, were shown to possess characteristics similar to ADSCs, and therefore could grow in adherent culture and displayed mesenchymal multipotency [25, 50, 51]. A recent study by Hardy et al. created a heatmap displaying hierarchical clustering among genes representative of ADSCs and pericytes and suggested that a higher percentage of ADSCs exhibit a stem-like phenotype as compared to pericytes [52]. Following the sorting and culturing of 4 individual subsets, the only cell subset, which gave rise to adipose-derived and expanded-mesenchymal stem cells in our study, was originated from the conventional ADSCs subset. It should be noted that this definition of ADE-MSCs applies to plastic adherent cultured and not freshly isolated ADSCs. There are a couple of different explanations as to why the other subsets did not expand. First of all, the majority of the SVF samples were used for treatment and a relatively minor fraction was sent to us for further analysis. Therefore, we were very limited in sample size in order to get enough number of cells after sorting and/or optimize the culture conditions for the growth of any particular subset. Because of this limitation, the culture media condition (DMEM + %5 Stemulate) was kept consistent for all sorted cells in order to identify the source of culture-expanded MSCs under such condition. Furthermore SVF samples used for sorting has always provided the lowest amount of CD34$^+$CD31$^+$AT-ECs and CD146$^+$ pericytes which might be quiescent or may not reach enough number to induce an expansion partly because of limited cell number and/or the differential SVF processing compared to other methods. Secondly, adipose derived cells have been traditionally expanded with FBS as part of the culture media. However, in our study we used 5% Stemulate (clinically compliant pooled human platelet lysate) to provide growth factors and other proteins to support proliferation of the sorted cells. Any change in tissue culture practices is likely to contribute to the differential growth of lineage cells of different origin.

Previous studies suggested that factors such as age, gender, BMI, lesion or defect size, or stage of the

Kilinc et al. Clin Trans Med  (2018) 7:5

Page 18 of 20

medical condition could be important in modulating the benefit of stem cell therapies [42–45]. We, on the other hand, initially hypothesized that the abundance of one or more of these subsets were the primary factors, which could determine the treatment outcome. ADSC counts varied widely between our patients, and the enumeration analyses suggest that the hypothesis that patient's factors such as gender, to some extent age, and even physiological condition such as cancer versus non-cancer of the adipose tissue donor may have the potential to impact the total number of isolated adipose-specific cells. However, the same criteria did not play a role on the clinical outcome using our current technique and approach. Since we used the same standard optimized technique to process the fat for each patient, the functionality and quality of the derived cells were expected to maintain among all of our patients. Regarding what was observed and measured as a significant improvement including the methods of comparison there is variability in the literature [reviewed in 53]. However, symptom relief, especially the pain reduction and increased mobility and function were frequently used as the main criteria to report a successful outcome [8, 54]. For the assessment, we used the same evaluation forms, questionnaires, and score index, tests in addition to the patient's additional descriptive information on pain, quality of life, and physical functioning. However, we cannot rule out the fact that there could be some patient bias to some degree, when they fill out the survey forms for the follow-up.

## Conclusions
Autologous cell therapy holds promise for a nearly unlimited variety of different chronic diseases and degenerative or traumatic conditions. The concept of "drug" therapy is the use of one chemical agent that is intended for a generally single purpose to optimize physiologic conditions resulting in the mitigation of cellular damage in an effort to promote healing. However the concept of "cell therapy" significantly differs since live stem cells could potentially be directly responsible for healing either through direct engraftment or cellular communication. It has been acknowledged that SVF has a promising capacity as a tool for regenerative medicine and recently, a new debate on the regenerative effects of individual SVF cell subsets has been introduced [1, 6, 55]. It is still unclear how each cell subset either individual or together, shows their effect at the site. It is possible that ADSCs can differentiate into mature cells and/or mediate a therapeutic benefit through cytokine, chemokine, paracrine-driven mechanisms inducing angiogenesis, cell proliferation and anti-inflammatory responses thorough a network of other SVF cells. Moreover, in addition

to soluble factors, MSCs also secrete membrane-derived extracellular microvesicles (ExMVs), which may deliver messenger RNA, micro RNA, and proteins in order to communicate with the surrounding cells and orchestrate several biological processes [56]. Our data support the notion that a particular SVF-dose, with a certain composition/combination, may increase the clinical outcome benefit. The interaction of ADSCs and HSC-progenitors along with AT-ECs in a specific ratio could lead to the conditioning of each other for more efficient secretion of soluble factors, thereby increasing the healing potential of the injected cells. We believe that EC is an important contributing factor since we took the ADSC/HSC ratio per unit of EPC in our calculations and statistical analysis. Consequently, we think EC's role is very vital in terms of providing blood supply or vascular network. If these autologous healing cells can be made more bio-available by isolating them and re-introducing them in large numbers into or near damaged tissue, then such deployments are clinically justified for a very wide variety of disease conditions. Fresh autologous stromal vascular fraction containing a rich mixture of various regenerative cell lines can be easily isolated in the operating room and redeployed back into patients during the same procedure to achieve the desired increase in stem cell bioavailability. These findings open the way of tailored design of new treatment regimen for individuals by adjusting the cells ratio before the treatment. However, preparation of standardized concentrate for SVF injections could be cumbersome and limited mainly because of FDA regulations and other concerns in handling. To our knowledge, this is the first report showing that the stem cell's composition may have a predictive value for the treatment response. These findings permit further investigations to both better characterize this association in larger cohorts and begin to elucidate the underlying mechanism(s) of this phenomenon.

### Abbreviations
SVF: stromal vascular fraction; ADSCs: adipose-derived stromal/stem cells; HSC-progenitors: hematopoietic stem cell-progenitors; AT-ECs: adipose tissue-endothelial cells; EPCs: endothelial progenitor cells; FACS: fluorescence-activated cell sorting; MSCs: mesenchymal stem cells; ADE-MSCs: adipose-derived and expanded-mesenchymal stem cells; HSC: hematopoietic stem cells; GMP: good manufacturing practices; cc: cubic centimeter; 7-AAD: 7-amino-actinomycin D; PI: propidium Iodide; BMI: body mass index; D.i: direct localized injection; I.V: intravenous; DN: double negatives; IFATS: International Federation of Adipose Therapeutics and Sciences; ISCT: International Society for Cell Therapy; RBC: red blood cells; GMP: good manufacturing practice; RFU: relative fluorescence unit; ExMVs: membrane-derived extracellular microvesicles; FDA: Food and Drug Administration; FBS: fetal bovine serum; PDGF: platelet-derived growth factor; EGF: epidermal growth factor; VEGF: vascular endothelial growth factor; bFGF: basic fibroblast growth factor; TGF-β: transforming growth factor beta; RANTES: regulated upon activation, normal T cell expressed, and secreted; CCL: chemokine ligand; CXCL: C-X-C Motif Chemokine Ligand.

Kilinc et al. Clin Trans Med  (2018) 7:5

Page 19 of 20

## Authors' contributions
MOK and AAS conceptualized and wrote the project. MOK (designed, performed experiments and analyzed data); AS (Cell sorting); IM (Clinical coordinator); RT (Statistician); DD (Data analysis) DN (Cell culture); ELander and Mark Berman (provided SVF samples, clinical reports and results), BM (Critically reviewed and edited the manuscript). All authors read and approved the final manuscript.

## Author details
[1] Department of Biochemistry, Biocenter, University of Wuerzburg, Am Hubland, 97070 Würzburg, Germany. [2] StemImmune Inc., San Diego, CA 92122, USA. [3] Radiation Medicine, Moores Cancer Center, University of California San Diego, La Jolla, CA 92037, USA. [4] Cell Surgical Network and California Stem Cell Treatment Center, Rancho Mirage, CA 92270, USA. [5] Virbio, Inc., Parlin, NJ 08859, USA.

## Acknowledgements
The authors would like to thank for the SVF research sample aliquots donated by patients at the California Stem Cell Treatment Center. The authors would also like to express their gratitude to Bernadette Greenwood (Desert Medical Imaging) for proofreading of the manuscript.

## Competing interests
The following authors MOK, AS, IM, DD, DN are receiving salaries, while BM and AAS are equity owners and receive full or partial salary from StemImmune Inc. EL and MB are employees and shareholders of California Stem Cell Treatment Center. RT has no competing interests to declare.

## Ethics approval and consent to participate
The Institutional Review Board (IRB) of the International Cell Surgical Society (ICSS) has granted ethical aproval, and consent to parcipate (IRB# ICSS-2016-024).

## Funding
This research was supported by the Foundation of the international Cell Surgical Society at Rancho Mirage. We are thankful for the generous research grant support by the management of StemImmune Inc.

## Publisher's Note
Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Received: 4 December 2017   Accepted: 21 January 2018
Published online: 07 February 2018

## References
1. Bajek A, Gurtowska N, Olkowska J, Kazmierski L, Maj M, Drewa T (2016) Adipose-derived stem cells as a tool in cell-based therapies. Arch Immunol Ther Exp 64:443–454
2. Strioga M, Viswanathan S, Darinskas A, Slaby O, Michalek J (2012) Comparison of adipose tissue-derived versus bone marrow-derived mesenchymal stem and stromal cells. Stem Cells Dev 21:2724–2752
3. Yanez R, Lamana ML, Garcia-Castro J et al (2006) Adipose tissue- derived mesenchymal stem cells have in vivo immunosuppressive properties applicable for the control of the graft-versus-host disease. Stem Cells 24:2582–2591
4. Liew A, O'Brien T (2012) Therapeutic potential for mesenchymal stem cell transplantation in critical limb ischemia. Stem Cell Res Ther 3(4):28
5. Premaratne GU, Ma I.P, Fujita M, Lin X, Bollano E, Fu M (2011) Stromal vascular fraction transplantation as an alternative therapy for ischemic heart failure: antiinflammatory role. J Cardiothorac Surg. https://doi.org/10.1186/1749-8090-6-43
6. Hematti P, Keating A (2013) Mesenchymal stromal cells in regenerative medicine: a perspective. Mesenchymal stromal cells: biology and clinical applications. Human Press, New York. https://doi.org/10.1007/978-1-4614-5711-4_1
7. Kokai LE, Marra K, Rubin JP (2014) Adipose stem cells: biology and clinical applications for tissue repair and regeneration. Transl Res 163:399–408
8. Michalek J, Moster R, Lukac L, Proefrock K, Petrasovic M, Rybar J et al (2015) Autologous adipose tissue-derived stromal vascular fraction cells application in patients with osteoarthritis. Cell Transplant. https://doi.org/10.3727/096368915X686760
9. Barba M, Cicione C, Bernardini C, Michetti F, Lattanzi W (2013) Adipose-derived mesenchymal cells for bone regeneration: state of the art. Hindawi Publishing Corporation BioMed Research International, New York, p 11
10. Sándor GK, Numminen J, Wolff J, Thesieff T, Miettinen A, Tuovinen VJ et al (2014) Adipose stem cells used to reconstruct 13 cases with cranio-maxillofacial hard-tissue defects. Stem Cells Transl Med 3(4):530–540
11. Perin EC, Sanz-Ruiz R, Sanchez PL, Lasso J, Perez-Cano R, Alonso-Farto JC et al (2014) Adipose- derived regenerative cells in patients with ischemic cardiomyopathy: the PRECISE trial. Am Heart J 168(1):88.e2–95.e2
12. Gaur M, Dobke M, Lunyak VV (2017) Mesenchymal stem cells from adipose tissue in clinical applications for dermatological indications and skin aging. Int J Mol Sci. https://doi.org/10.3390/ijms18010208
13. Pandey AC, Gimble JM, Zhang S, Scruggs BA, Strong AL, Strong TA et al (2014) Comparison of human adult stem cells from adipose tissue and bone marrow in the treatment of experimental autoimmune encephalomyelitis. Stem Cell Res Ther 5(1):2–13
14. Berman M, Lander E (2017) A prospective safety study of autologous adipose-derived stromal vascular fraction using a specialized surgical processing system. Am J Cosmet Surg. https://doi.org/10.1177/0748806817691152
15. Yoshimura K, Shigeura T, Matsumoto D et al (2006) Characterization of freshly isolated and cultured cells derived from the fatty and fluid portions of liposuction aspirates. J Cell Physiol 208:64–76
16. Lin K, Matsubara Y, Masuda Y et al (2008) Characterization of adipose tissue-derived cells isolated with the Celution system. Cytotherapy 10(4):417–426
17. Astori G, Vignati F, Bardelli S, Tubio M, Gola M, Albertini V et al (2007) "In vitro" and multicolor phenotypic characterization of cell subpopulations identified in fresh human adipose tissue stromal vascular fraction and in the derived mesenchymal stem cells. J Transl Med. https://doi.org/10.1186/1479-5876-5-55
18. Traktuev DO, Merfeld-Clauss S, Li J, Kolonin M, Arap W, Pasqualini R et al (2008) A population of multipotent CD34-positive adipose stromal cells share pericyte and mesenchymal surface markers, reside in a perivascular-endothelial location, and stabilize endothelial networks. Circ Res 102:77–85
19. Zimmerlin L, Donnenberg VS, Rubin JP, Donnenberg AD (2013) Mesenchymal markers on human adipose stem/progenitor cells. Cytometry A 3:134–140
20. Szöke K, Beckstrøm KJ, Brinchmann JE (2012) Human adipose tissue as a source of cells with angiogenic potential. Cell Trans 21(1):235–250
21. Szöke K, Reinisch A, Østrup E, Reinholt FP, Brinchmann JE (2016) Autologous cell sources in therapeutic vasculogenesis: in vitro and in vivo comparison of endothelial colony-forming cells from peripheral blood and endothelial cells isolated from adipose tissue. Cytotherapy 18(2):242–252
22. Bourin P, Bunnell BA, Castellla L et al (2013) Stromal cells from the adipose tissue-derived stromal vascular fraction and culture expanded adipose tissue-derived stromal/stem cells: a joint statement of the International Federation for Adipose Therapeutics and Science (IFATS) and the International Society for Cellular Therapy (ISCT). Cytotherapy 15(6):641–648
23. Baer PC (2014) Adipose-derived mesenchymal stromal/stem cells: an update on their phenotype in vivo and in vitro. World J Stem Cells 6(3):256–265
24. Planat-Benard V, Menard C, Andre M, Puceat M, Perez A, Garcia-Verdugo JM et al (2004) Spontaneous cardiomyocyte differentiation from adipose tissue stroma cells. Circ Res. https://doi.org/10.1161/01.RES.0000109792.43271.47
25. Zannettino AC, Paton S, Arthur A, Khor F, Itescu S, Gimble JM et al (2008) Multipotential human adipose-derived stromal stem cells exhibit a perivascular phenotype in vitro and in vivo. J Cell Physiol 214(2):413–421
26. Kelly-Goss MR, Sweat RS, Stapor PC, Peirce SM, Murfee WL (2014) Targeting pericytes for angiogenic therapies. Microcirculation 21(4):345–357
27. Casteilla L, Planat-Benard V, Laharrague P, Cousin B (2011) Adipose-derived stromal cells: their identity and uses in clinical trials, an update. World J Stem Cells 3:25–33

Kilinc et al. Clin Trans Med  (2018) 7:5

28. Nguyen A, Guo J, Banyard DA, Fadavi D, Toranto JD, Wirth GA et al (2016) Stromal vascular fraction: a regenerative reality? Part 1: current concepts and review of the literature. J Plast Reconstr Aesthet Surg 69:170–179

29. Zachar L, Bacenkova D, Rosocha J (2016) Activation, homing, and role of the mesenchymal stem cells in the inflammatory environment. J Inflamm Res 9:231–240

30. Kavanagh DP, Robinson J, Kalia N (2014) Mesenchymal stem cell priming: fine-tuning adhesion and function. Stem Cell Rev. https://doi.org/10.1007/s12015-014-9510-7

31. Bernardo ME, Locatelli F, Fibbe WE (2009) Mesenchymal stromal cells: a novel treatment modality for tissue repair. Ann NY Acad Sci 1176:101–117

32. Nielsen FM, Riis SE, Andersen JI, Lesage R, Fink T, Pennisi CP et al (2016) Discrete adipose-derived stem cell subpopulations may display differential functionality after in vitro expansion despite convergence to a common phenotype distribution. Stem Cell Res Ther 7:177

33. Kuci S, Henschler R, Muller I, Biagi E, Meisel R (2012) Basic biology and clinical application of multipotent mesenchymal stromal cells: from bench to bedside. Stem Cells Int. https://doi.org/10.1155/2012/185943

34. Clevenger CV, Shankey TV (2001) Preparation of cells and reagents for flow cytometry. In: Coligan JE Jr, Kruisbeek AM Jr, Margulies DH, Shevach EM et al (eds) Current Protocols in Immunology. New York, John Wiley and Sons, p 5.3.1–5.2.24

35. Baer PC, Geiger H (2012) Adipose-derived mesenchymal stromal/stem cells: tissue localization, characterization, and heterogeneity. Stem Cells Int Article ID: 812693

36. Baer PC, Kuc S, Krause M, Kuc Z, Zielen S, Geiger H et al (2013) Comprehensive phenotypic characterization of human adipose-derived stromal/stem cells and their subsets by a high throughput technology. Stem Cells Dev 22:2

37. Lockhart RA, Aronowitz JA, Vilaboa SDA (2017) Use of freshly isolated human adipose stromal cells for clinical applications. Aesthetic Surg J 37(S3):S4–S8

38. Bajek A, Gurtowska N, Olkowska J, Maj M, Kazmierski L, Bodnar M et al (2017) Does the harvesting technique affect the properties of adipose-derived stem cells? The comparative biological characterization. J Cell Biochem 118:1097–1107

39. Eto H, Ishimine H, Kinoshita K, Watanabe-Susaki K, Kato H, Doi K et al (2013) Characterization of human adipose tissue-resident hematopoietic cell populations reveals a novel macrophage subpopulation with CD34 expression and mesenchymal multipotency. Stem Cells Dev 22:6

40. Kuwana M, Okazaki Y, Kodama H, Izumi K, Yasuoka H, Ogawa Y et al (2003) Human circulating CD14+ monocytes as a source of progenitors that exhibit mesenchymal cell differentiation. J Leukoc Biol 74:833–845

41. Navarro A, Marín S, Rioi N, Carbonell-Uberos F, Miñana MD (2014) Human adipose tissue-resident monocytes exhibit an endothelial-like phenotype and display angiogenic properties. Stem Cell Res Ther 5(2):50

42. Harmelen VV, Skurk T, Rohrig K, Lee YM, Halbleib M, Aprath-Husmann I et al (2003) Effect of BMI and age on adipose tissue cellularity and differentiation capacity in women. Int J Obes Relat Metab Disord 27:889–895

43. Buschmann J, Gao S, Harter L et al (2013) Yield and proliferation rate of adipose-derived stromal cells as a function of age, body mass index and harvest site-increasing the yield by use of adherent and supernatant fractions. Cytotherapy 15(9):1098–1105

44. Dos-Anjos Vilaboa S, Navarro-Palou M, Llull R (2014) Age influence on stromal vascular fraction cell yield obtained from human lipoaspirates. Cytotherapy 16(8):1092–1097

45. Choudhery MS, Badowski M, Muise A, Pierce J, Harris DT (2014) Donor age negatively impacts adipose tissue-derived mesenchymal stem cell expansion and differentiation. J Transl Med 12:8

46. Spalding KL, Arner E, Westermark PO, Bernard S, Buchholz BA, Bergmann O et al (2008) Dynamics of fat cell turn- over in humans. Nature 453:783e7

47. Maumus M, Peyrafitte JA, D'Angelo R, Fournier-Wirth C, Bouloumie A, Casteilla L et al (2011) Native human adipose stromal cells: localization, morphology and phenotype. Int J Obes (Lond) 35(9):1141–1153

48. Ferraro GA, De Francesco F, Nicoletti G et al (2013) Human adipose CD34(+) CD90(+) stem cells and collagen scaffold constructs grafted in vivo fabricate loose connective and adipose tissues. J Cell Biochem 114:1039–1049

49. Hélène B, Mehdi N, Gordana R, Karlien P, Rafael VP, Pierre P et al (2015) Isolation and characterization of human mesenchymal stromal cell subpopulations: comparison of bone marrow and adipose tissue. Stem Cells Dev 24(18):2142–2157

50. Kim EJ, Seo SG, Shin HS, Lee DJ, Kim JH, Lee DY (2017) Platelet-derived growth factor receptor-positive pericytic cells of white adipose tissue from critical limb ischemia patients display mesenchymal stem cell-like properties. Clin Orthop Surg 9(2):239–248

51. Park TS, Gavina M, Chen CW, Sun B, Teng PN, Huard J et al (2011) Placental perivascular cells for human muscle regeneration. Stem Cells Dev 20(3):451–463

52. Hardy WR, Moldovan NI, Moldovan L, Livak KJ, Datta K, Goswami C et al (2017) Transcriptional networks in single perivascular cells sorted from human adipose tissue reveal a hierarchy of mesenchymal stem cells. Stem Cells 35:1273–1289

53. Hart DA, Kania-Richmond A, Nesbitt C (2017) Mesenchymal stem cells: the hope, the hype and the reality in the treatment of osteoarthritis. A short report from Stem Cell Workshop, BJH SCN White paper pusblished online from Alberta Health Services. https://www.albertahealthservices.ca/assets/about/scn/ahs-scn-bjh-stem-cells-oa-paper.pdf

54. Bansal H, Comella K, Leon J, Verma P, Agrawal D, Koka P et al (2017) Intra-articular injection in the knee of adipose derived stromal cells (stromal vascular fraction) and platelet rich plasma for osteoarthritis. J Transl Med. https://doi.org/10.1186/s12967-017-1242-4

55. Ratajczak MZ, Bujko K, Wojakowski W (2016) Stem cells and clinical practice: new advances and challenges at the time of emerging problems with induced pluripotent stem cell therapies. Pol Arch Med Wewn. https://doi.org/10.20452/pamw.3644

56. Ratajczak MZ (2011) The emerging role of microvesicles in cellular therapies for organ/tissue regeneration. Nephrol Dial Transplant. https://doi.org/10.1093/ndt/gfr165

**Submit your manuscript to a SpringerOpen[Ⓡ] journal and benefit from:**

▸ Convenient online submission

▸ Rigorous peer review

▸ Open access: articles freely available online

▸ High visibility within the field

▸ Retaining the copyright to your article

Submit your next manuscript at ▸ springeropen.com

# ATTACHMENT 6

*Article*



The American Journal of
Cosmetic Surgery
1–14
© The Author(s) 2017
Reprints and permissions:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0748806817691152
journals.sagepub.com/home/acs
**⑤SAGE**

# A Prospective Safety Study of Autologous Adipose-Derived Stromal Vascular Fraction Using a Specialized Surgical Processing System

**Mark Berman, MD[1,2] and Elliot Lander, MD[2]**

## Abstract

Autologous adipose-derived stromal vascular fraction (SVF) has been proposed as a remedy for a number of inflammatory, autoimmune, and degenerative conditions. This procedure had mainly been evaluated in veterinary medicine and outside the United States when this study was initiated. This study looks at adverse events to evaluate safety as its primary objective and secondarily follows efficacy of SVF as deployed through intra-articular injections and intravenous infusions for a variety of orthopedic and non-orthopedic conditions. We hypothesized that autologous SVF deployment using a specialized surgical processing system (the CSN Time Machine® system, trademark name for the MediKhan Lipokit/Maxstem system; MediKhan, Los Angeles, California) was safe (ie, minimally acceptable adverse events) and that clinical efficacy could be demonstrated. This was a prospective case series. After institutional review board approval, 1698 SVF deployment procedures were performed between 2011 and 2016 by us and other affiliates with our same system trained by us as a nearly closed sterile surgical lipotransfer procedure on 1524 patients with various degenerative, inflammatory, and autoimmune conditions with a majority involving the musculoskeletal system. All outcome test data were collected in an online database over a 5-year period. Our study shows a very low number of reported adverse events and a reduction in pain ratings after 6 months or more across a variety of musculoskeletal diseases and improvements in a variety of other degenerative conditions. Our system for producing adipose-derived SVF therapy for our patients was safe and benefits could be measured for a long time after SVF deployment. Further controlled long-term studies for specific disease conditions with large patient populations are necessary to further investigate the benefits observed.

## Keywords

fat transplant, liposuction, new technology, stem cells, stromal vascular fraction

## Introduction

For a number of years, medical groups throughout the United States have been treating patients with bone marrow–derived stem cells. One organization, the International Cell Medicine Society, has organized registries and institutional review boards to follow and evaluate various programs related to stem cell therapy. Of particular note, they have found no significant evidence of adverse events directly related to treatments with bone marrow–derived mesenchymal stem cells (MSCs) that generally require an expansion process through cell culture techniques.[1]

Through technologic advances, we are currently able to isolate adult stromal vascular fraction (SVF) from adipose tissue in a sterile, nearly closed system in a relatively quick (1 hour) time frame. The SVF separated from lipo-aspirate by enzymatically digesting the collagen-binding matrix contains a heterogeneous population of cells. Among these are adipose-derived stem cells (ADSCs), similar in morphology to adult MSCs, hematopoetic stem cells (HSCs), endothelial progenitor cells, macrophages, red blood cells, platelets, growth factors, and T-regulatory cells.[2,3]

Plastic and cosmetic surgeons have been using SVF in conjunction with fat as a way to fortify the graft material for improved uptake, particularly in breast augmentation procedures. Yoshimura has been particularly significant in advancing this concept in Japan and coined the term the *CAL* procedure—cell-assisted lipotransfer—in an article from

[1]University of Southern California, Los Angeles, USA
[2]Cell Surgical Network Corporation, Palm Desert, CA, USA

**Corresponding Author:**
Mark Berman, University of Southern California, 1975 Zonal Avenue, Los Angeles, CA 90033, USA.
Email: beautysurg@aol.com



**Figure 1.** Berman patient before and 9 months following CAL breast augmentation.
*Note.* CAL = cell-assisted lipotransfer.

2008.[4] In April 2010, Berman had the opportunity to visit Dr Yoshimura and Dr Kamakura on 2 separate days and observe each doctor perform CAL breast augmentation using 2 different systems. Dr Kamakura used 2 Cytori devices that produced SVF through an automated system whereas Dr Yoshimura used the same system as the authors. Although cosmetic and plastic procedures can certainly benefit from SVF-enhanced fat transfers (see Berman's before and after breast augmentation with the CAL procedure; Figure 1), SVF, through its stem cell potential, could conceivably be used to affect positive changes in a far more vast array of therapeutic conditions. All injuries and diseases negatively affect our "cells" and thus a stem cell should be the logical choice to advance cellular (and thus, tissue) repair.

There is a plethora of anecdotal and more recently, evidence-based information to suggest that MSCs may have significant beneficial use for a large variety of inflammatory, autoimmune, and degenerative conditions.[5-11] A large number of treatments have been successfully conducted on animals as accepted practices of veterinary medicine.[12] Much work with these cells has been done in the laboratory, whereas fewer evidence-based studies have been aimed at therapeutic outcomes. Two recent reviews by Nguyen and Guo et al discuss the current concepts and evidence of SVF efficacy in the literature.[13,14] More recently, Michalek, from the Czech Republic, reported excellent safety data and very favorable outcomes using intra-articular SVF on 1128 patients evaluated for arthritic conditions.[15]

One of the common criticisms to investigating or treating patients with SVF is the concern for potential risks. Although several safety studies appear in the literature,[10,11,15-20] we felt compelled to evaluate a larger number of patients and follow their safety as well as clinical responses. We chose to look at safety as our primary objective with clinical outcomes being a secondary objective. Furthermore, we not only evaluated intra-articular delivery but intravenous infusion as well.

## Material and Methods

### Patients

After institutional review board (IRB) approval, patients who met criteria for selection (see clinicaltrials.gov CSN111) that included a variety of degenerative, inflammatory, or autoimmune conditions were included in this study and treated with autologous adipose-derived SVF. Between 2011 and 2016, a total of 1698 procedures were performed on 1524 patients (eg, 1 patient might have had multiple procedures over time or multiple deployment sites within 1 procedure). Of these patients we received 1698 acute and 526 long-term follow-up reports regarding adverse events. For paired 6-month outcome analysis, records were analyzed for several treated conditions.

Patients met with a variety of consultants, most frequently with specialists from disciplines that generally oversaw their respective conditions, to ascertain appropriateness for the procedure. Specific IRB-approved deployment methods for each condition were used (see Table 1). Patients were educated and no guarantees were made nor were patients coerced to undergo treatments. Contraindications to inclusion in the study included age less than 18, pregnancy, severe coagulopathy, significant active infections, particularly systemic and especially dental infections, and metastatic or uncontrolled cancer. Patients on anti-coagulation therapies for various heart or other embolic conditions were, however, treated within this study without discontinuing their anti-coagulation medications. Most patients received intravenous (IV) therapy (anecdotally it appears complimentary) in addition to their regional targeted deployments (intra-articular in most orthopedic patients). Patients signed IRB-approved informed consents emphasizing the investigational nature of their SVF deployments and underwent an additional brief history and physical exams prior to their procedures.

Patients were followed for adverse events related to lipo-harvesting and SVF deployment. Short-term and long-term complications were followed as well as mild, moderate, or serious adverse events. An online Health Insurance Portability and Accountability Act of 1996 (or HIPAA)–compliant database was used to track patients for safety data as well as outcome data. In most cases, patients reported any adverse outcomes directly to the database to mitigate the Hawthorne effect (ie, observer effect) as they were not under direct observation that might have swayed their responses. Severe adverse events were to be reported to the IRB. The study was conducted through the offices of California Stem Cell Treatment Center and several other locations (research affiliates of the Cell Surgical Network; Table 2) that participated in our study. All affiliate research sites were trained by the authors and used the same devices, techniques, and

**Table 1.** List of Current IRB Numbers.

| Trial name | Approval no |
|---|---|
| SVF Combined With Vaccinia in Patients With Advanced Solid Tumors | ICSS-2016-001 |
| Cells on Ice (COI) Program: The Use of Frozen/Thawed and/or Expanded Cells via Cell Banking | ICSS-2016-002 |
| Lumbar Puncture for Deployment of SVF Informed Consent | ICSS-2016-003 |
| General Patient Consent Form Including Spanish Version | ICSS-2016-004 |
| Patient Consent for IV Mannitol | ICSS-2016-005 |
| Consent for Low Intensity Shock Wave Treatment of the Penis | ICSS-2016-006 (Conditional) |
| Ophthalmology Consent Form | ICSS-2016-007 |
| Repeated Informed Consent Form | ICSS-2016-008 |
| Deployment of SVF for Backs | ICSS-2016-009 |
| Deployment of SVF for COPD | ICSS-2016-010 |
| Deployment of SVF for Hips | ICSS-2016-011 |
| Deployment of SVF for Neurologic Conditions | ICSS-2016-012 |
| Deployment of SVF for Shoulders | ICSS-2016-013 |
| Deployment of SVF for Urologic Conditions | ICSS-2016-014 |
| Clinical Intervention Study: Deployment of Stromal Vascular Fraction in Autoimmune Conditions | ICSS-2016-015 |
| Intraventricular Deployment of SVF Using Ommaya Reservoir | ICSS-2016-016 |
| Secondary Evaluation for Adverse Events Related to the Deployment of SVF | ICSS-2016-017 |
| Deployment of SVF for Cardiac Conditions | ICSS-2016-019 (Conditional) |
| Deployment of SVF for Knees | ICSS-2016-020 (Conditional) |
| Deployment of SVF for Ophthalmology | ICSS-2016-021 (Conditional) |

*Note.* COPD = chronic obstructive pulmonary disease; IRB = institutional review board; SVF = stromal vascular fraction.

IRB-approved protocols to isolate and deploy SVF and follow outcomes.

## SVF Deployment

Patients underwent instillation of local anesthetic consisting of lidocaine 0.5% with epinephrine 1:400 000 and sodium bicarbonate 8.4%. Using a sub-dermal non-tumescent method, small regions of torso skin (approximately 20 cm²) were blocked (usually abdominal or posterior flanks).[21] The patients then received sterile prep and drape. The CSN Time Machine® system (USA trade name for the MediKhan Lipokit system; MediKhan, Los Angeles, California; 510 K approved for fat grafting) was used to harvest, centrifuge, incubate, and isolate the product. Within 2 minutes of local anesthetic injection, a mini liposuction was performed through a number 11 blade puncture wound using the negative pressure syringe technique with a TP101 syringe and a 3-mm cannula. Approximately 50 cc of the lipo-aspirate solution was obtained and condensed by centrifugation at 2800 rpm for 3 minutes in the Time Machine® centrifuge. 12.5 Wunsch units of T-MAX® Good Manufacturing Practices (GMP) grade collagenase (private label name for Liberase by Roche, Indiana) in 25 cc of normal saline was added to 25 cc of condensed fat and incubated at 38°C in the Time Machine® incubator for 30 minutes to digest the collagen matrix to procure the SVF in closed Time Machine Syringes (TP-102 syringe by MediKhan) in the operating room. The product was washed with D5LR sequentially (3 times) and then the SVF concentrate was isolated. SVF was filtered through a Food and Drug Administration (FDA)–approved 100-μm nylon filter (BD Falcon cell strainer; Becton Dickinson, Franklin Lakes, New Jersey). Photomicrography using the Invitrogen by Countess (Invitrogen, ThermoFisher Scientific, Waltham, Massachusetts) was used to document lack of aggregation, allow for a basic cell count, and measure cell viability using 0.4% trypan blue. Cell viability, measured by the Countess, demonstrated that our final SVF product reliably ranged from 65% to 95%. SVF was then deployed in various different ways depending on the condition under consideration for treatment. SVF deployments in most patients were IV, intra-articular, and/or into soft tissue in some orthopedic cases. Other routes for non-orthopedic cases were intra-thecal, intra-peritoneal, and nebulized.

To provide enhanced cell characterization, 25 different patient samples were sent for flow cytometry to a reference laboratory at University of California, San Diego, USA.

## Questionnaires

To evaluate subjective outcomes, we utilized standard questionnaires and scores to follow up with our patients. Details about which questionnaires were used can be found in Table 3.

## Database

All patients were treated in clinics and by doctors of the Cell Surgical Network using approved deployment protocols. Data were collected via e-mail and telephone and entered into a customized TrackVia (Denver, Colorado) database. All responses were voluntary and patients did not receive compensation to participate.

## Statistics

Data were analyzed with IBM SPSS statistics (Version 23; IBM Inc, Armonk, New York). We performed descriptive statistics and analyzed the data with Student's $t$ test, paired sample $t$ tests, and one-way analysis of variance (ANOVA). Data are presented as means ± standard errors of the mean (SEMs). $P$ values were assumed significant, when $\alpha < .05$.

**Table 2.** List of Cell Surgical Network Treating Physicians Who Contributed Data.

| Stem cell treatment center | Physicians | | | | | |
|---|---|---|---|---|---|---|
| Arizona Stem Cell Treatment Center | Robert Dryden, MD | | | | | |
| Atlanta Stem Cell Treatment Center | Edmond Griffin, MD | Ashley Curtis, MD | | | | |
| Bienville Stem Cell Treatment Center | Bob Terrell, MD | Daniel Wittersheim, MD | Jeff Noblin, MD | John Drake, MD | Yekaterina Karpitskaya, MD | |
| California Stem Cell Treatment Center | Elliot Lander, MD | Mark Berman, MD | Jackie See, MD | David Milstein, MD | John Feller, MD | Jonathon Braslow, MD |
| California Stem Cell Treatment Center cont. | Stuart May, MD | Christopher Duma, MD | Roland Reinhardt, MD | Thomas Grogan, MD | Walter O'Brien, MD | |
| Cell Surgical Network of Florida | David Heekin, MD | Lewis J. Obi, MD | Orlando Florete, MD | | | |
| Chicago Stem Cell Treatment Center | Daniel Ritacca, MD | Jay Joshi, MD | Kathleen Morno, MD | Howard Freedberg, MD | | |
| Cleveland Stem Cell Treatment Center | Mark A. Foglietti, DO | | | | | |
| Colorado Stem Cell Treatment Center | Greta McLaren, MD | Ken Oleszek, MD | Renald Bernard, MD | Michael Otte, MD | | |
| Columbus Stem Cell Treatment Center | David Garcia, DO | | | | | |
| Singapore Stem Cell Team | Z Teo, MD | | | | | |
| Europe Stem Cell Treatment Center Team | Josie Muscat, MD | Jaroslav Michalek, MD | | | | |
| Indiana Stem Cell Treatment Center | Robert Jackson, MD | Chris Lowery, MD | | | | |
| Innovations Stem Cell Treatment Center | Bill Johnson, MD | | | | | |
| Irvine Stem Cell Treatment Center | Thomas Gionis, MD | | | | | |
| Kansas Regenerative Medical Center | Andrew Pope, MD | Frank C. Lyons, MD | Steven Pelpquin, MD | | | |
| Las Vegas Stem Cell Treatment Center | Julio Garcia, MD | | | | | |
| Little Rock Stem Cell Treatment Center | Richard D'Anna, MD | James Rudder, MD | Ken Martin, MD | | | |
| Longevity Stem Cell Treatment Center | Gurney F. Pearsall Jr, MD | | | | | |
| Manhattan Stem Cell Treatment Center | Basil Pakeman, MD | | | | | |
| Miami Stem Cell Treatment Center | Nia Smyrniotis, MD | | | | | |
| Michigan Stem Cell Treatment Center | Charles Mok, MD | Andrew Georgeson, MD | | | | |
| Midwest Stem Cell Treatment Center | Gregory Chernoff, MD | Kevin Macadaeg, MD | | | | |
| Mississippi Stem Cell Treatment Center | Hazem Barmada, MD | | | | | |
| Morrow Stem Cell Treatment Center | David Morrow, MD | | | | | |
| New Jersey Stem Cell Treatment Center | Erica Song, MD | | | | | |
| Newport Beach Stem Cell Treatment Center | Michael Elam, MD | Julian Whitaker, MD | | | | |
| New York Stem Cell Treatment Center | Adam Schaffner, MD | Jeffrey D. Gross, MD | Kamau Kokayi, MD | | | |
| New York Stem Cell Treatment Center at Manhattan | David Borenstein, MD | | | | | |
| New Zealand Stem Cell Treatment Center Team | Peter Chapman-Smith, MD | | | | | |

*(continued)*

**Table 2. (continued)**

| Stem cell treatment center | Physicians | | | | | | |
|---|---|---|---|---|---|---|---|
| North Carolina Stem Cell Treatment Center | Payton Fennell, DO | Krishna Bhat, MD | James Stevens, MD | | | | |
| Northern California Regenerative Cell Treatment Center | William Chen, MD | | | | | | |
| Northern California Stem Cell Treatment Center | Andrew Solkovitz, MD | Bob Ghelfi, MD | Leonard Soloniuk, MD | Tony Chang, MD | William Heyerman, MD | | |
| OC Wellness Rejuvenation and Stem Cell Center | Michael Grossman, MD | | | | | | |
| Orange County Regenerative Medicine | Michael Arata, MD | | | | | | |
| Palm Beach Stem Cell Treatment Center | Daniela Dadurian, MD | | | | | | |
| Park Avenue Stem Cell Treatment Center | Joel Singer, MD | | | | | | |
| Pennsylvania Stem Cell Treatment Center | Thomas Young, MD | | | | | | |
| Phoenix Stem Cell Treatment Center | Steven Gitt, MD | | | | | Steven Gitt, MD | |
| Regenerative Medicine Specialists | Joseph Cabaret, MD | | | | | | |
| San Diego Stem Cell Treatment Center | Barzan Mohedin, MD | Craig Salt, MD | Jim Amsberry, MD | Marty Bastuba, MD | Pete Hanson, MD | Robert Scott, MD | Scott Hacker, MD |
| San Diego Stem Cell Treatment Center | Tal David, MD | | | | | | |
| San Francisco Stem Cell Treatment Center | Ahvie Herskowitz, MD | | | | | | |
| Scottsdale Stem Cell Treatment Center | Marin Borsand, MD | | | | | | |
| Seattle Stem Cell Treatment Center | Don Wortham, MD | | | | | | |
| Silicon Valley Stem Cell Treatment Center | Yung Chen, MD | | | | | | |
| South Africa Stem Cell Treatment Center | Barlodien Kotze, MD | Tommie Van Wyk, MD | | | | | |
| South Florida Stem Cell Treatment Center | Michael Sinclair, MD | | | | | | |
| Stem Cell Center of Georgia | Alexander Kessler, MD | Jamie Walraven, MD | | | | | |
| Stem Cell Center of Texas | James Davis, MD | | | | | | |
| Tennessee Stem Cell Treatment Center | Lawrence Schrader, MD | | | | | | |
| The Center for Regenerative Cell Medicine | Todd Malan, MD | | | | | | |
| Vancouver Stem Cell Treatment Center Team | Martin Braun, MD | | | | | | |
| Vero Beach Stem Cell Treatment Center Team | David Tran, MD | John Sarbak, MD | Paul Hatten Jr, MD | Richard Steinfeld, MD | Joanne Wernicki, MD | Leslie Huszar, MD | Michele Maholtz, MD |
| Vero Beach Stem Cell Treatment Center Team cont. | David Griffin, MD | | | | | | |

**Table 3.** Questionnaires Used for Various Treated Conditions.

| Condition | | | Questionnaire used | | |
|---|---|---|---|---|---|
| Knee | VAS | Knee Injury and Osteoarthritis Outcome Score (KOOS)–Physical Function Short Form (KOOS-PS) | WOMAC | Knee NAS (TrackVia Version) | The AQoL-4D Instrument |
| Hips | VAS | Hip Injury and Osteoarthritis Outcome Score (HOOS)–Physical Function Short Form (HOOS-PS) | | Hip NAS (TrackVia Version) | The AQoL-4D Instrument |
| Shoulders | VAS | DASH | | Shoulder NAS (TrackVia Version) | The AQoL-4D Instrument |
| Ankle | VAS | Foot and Ankle outcomes Questionnaire | | Joint NAS (TrackVia Version) | The AQoL-4D Instrument |
| Elbow | VAS | DASH | | Joint NAS (TrackVia Version) | The AQoL-4D Instrument |
| Back | VAS | Oswestry Questionnaire | | Back-Neck NAS (TrackVia Version) | The AQoL-4D Instrument |
| Neck | VAS | Neck Disability Index | | Back-Neck NAS (TrackVia Version) | The AQoL-4D Instrument |
| Cardiac | | Minnesota Living With Heart Failure Questionnaire | | Cardiac Follow-up (TrackVia Version) | The AQoL-4D Instrument |
| Lung | | | | Pulmonary Questionnaire (TrackVia Version) | The AQoL-4D Instrument |
| Peyronie's | IIEF | EHGS | PDQ | Peyronie's Disease Follow-up (TrackVia Version) | The AQoL-4D Instrument |
| Erectile dysfunction | IIEF | EHGS | | Erectile Dysfunction Follow-up (TrackVia Version) | The AQoL-4D Instrument |
| Incontinence | IIQ-7 | UDI-6 | | Incontinence Follow-up (TrackVia Version) | The AQoL-4D Instrument |
| IC | VAS | IC Symptom and Problem Questionnaire | Pelvic Pain and Urgency/ Frequency Patient Symptom Scale | IC Follow-up (TrackVia Version) | The AQoL-4D Instrument |
| Lichen sclerosis | VAS | | | | The AQoL-4D Instrument |
| Autoimmune | VAS | | | Autoimmune Follow-up (TrackVia Version) | The AQoL-4D Instrument |

*Note.* VAS = Visual Analog Scale; WOMAC = Western Ontario and McMaster Universities Index of Osteoarthritis; NAS = Numeric Analog Scale Left/Right; AQoL-4D = Assessment of Quality of Life; DASH = Disabilities of the Arm, Shoulder, and Hand; IIEF = The International Index of Erectile Function Questionnaire; EHGS = Erectile Hardness Grading Scale; PDQ = Peyronie's Disease Questionnaire; IIQ-7 = Incontinence Impact Questionnaire; UDI-6 = Urogenital Distress Inventory Short Form; IC = interstitial cystitis.

## Results

### Conditions Examined

A total of 1698 procedures were performed on a total of 1524 patients and some patients had multiple procedures at different time points or multiple deployment sites at 1 procedure, or both. We investigated a variety of musculoskeletal conditions as well as urogenital, autoimmune, neurological, cardio-pulmonary, and other conditions.

### Cell Characterization

Flow cytometry was utilized to examine 27 different random samples of SVF using the FACSCalibur flow cytometer (BD Biosciences, Franklin Lakes, New Jersey). All tested SVF samples displayed both hematopoietic and mesenchymal cell lineages. We characterized and enumerated surface markers of freshly isolated ADSCs. As there is no unique single marker for ADCSs, a combination of markers was used to identify and separate ADCSs from other cell subsets in SVF. Although ADSCs were detected to be uniformly expressing same characteristic markers ($CD45^{low}$ $CD34^{+}$ $CD31^{-}$ $CD90^{+}$), their absolute numbers varied substantially from one patient to another. The other cell subsets in SVF were characterized as follows: HSCs with a phenotype $CD45^{+}$ $CD34^{low}$ $CD14^{+}$ $CD31^{-}$ $CD206^{+}$, M1 macrophages $CD45^{+}$ $CD34^{-}$ $CD14^{+}$ $CD206^{-}$ as well as pericytes $CD45^{-}$ $CD34^{-}$ $CD31^{-}$ $CD146^{+}$, and CD3+ T-cells. As expected, no 2 SVF samples were identical in cell composition.

**Table 4.** Documented and Reported Post-procedural Adverse Events From All Cases.

|  | None | Mild | Moderate | Severe | Missing | Total |
|---|---|---|---|---|---|---|
| Question | n (valid %) | | | | n (% of total) | |
| Liposuction issues: Problem with surgical prep? | 1575 (93.9) | 79 (4.7) | 21 (1.3) | 2 (0.1) | 21 (1.2) | 1698 (100.0) |
| Pain from local anesthesia? | 1311 (78.1) | 314 (18.7) | 48 (2.9) | 5 (0.3) | 20 (1.2) | |
| Pain from liposuction procedure? | 834 (49.7) | 599 (35.7) | 211 (13.2) | 24 (1.4) | 20 (1.2) | |
| Pain at liposuction site after 1 week? | 975 (59.2) | 526 (32.0) | 135 (8.2) | 10 (0.6) | 52 (3.1) | |
| Infection at liposuction site? | 1657 (99.5) | 8 (0.5) | | | 33 (1.9) | |
| Any unusual/allergic reaction to procedure? | 1029 (98.8) | 13 (1.2) | | | 656 (38.6) | |
| Pain at deployment site? | 1168 (70.1) | 384 (23.0) | 80 (4.8) | 33 (2.0) | 33 1.9) | |
| Pain after 1 week at deployment site? | 1347 (82.3) | 218 (13.3) | 59 (3.6) | 12 (0.8) | 32 (1.9) | |
| Infection at deployment site? | 1650 (99.7) | 5 (0.3) | | | 43 (2.5) | |
| Bleeding at deployment site? | 1552 (93.1) | 107 (6.4) | 7 (0.4) | 1 (0.1) | 31 (1.8) | |
| Hematoma? | 1657 (99.8) | 2 (0.2) | | | 37 (2.2) | |
| Infection with fever? | 1651 (99.8) | 4 (0.2) | | | 43 (2.5) | |

**Table 5.** Long-Term Follow-Up Questionnaire, With Descriptive Statistic for Follow-Up Time and Answers to Questions.

|  | Mean ± SEM | Median | Minimum | Maximum |
|---|---|---|---|---|
|  | 22.13 ± 0.44 | 19.5 | 12.0 | 64.0 |
|  | No | Yes | Missing | Total |
| Follow-up time (months) | n (valid %) | | n (% of total) | |
| Did you experience any adverse events that you believe are related to stem cell therapies? | 515 (98.1) | 10 (1.9) | 1 (0.1) | 526 (100.0) |
| After your SVF procedure, have you been diagnosed with a tumor or cancer? | 499 (98.0) | 10 (2.0)[a] | 17 (3.2) | |

*Note.* SVF = stromal vascular fraction.

[a]A total of 10 self-reported and 1 more reported via telephone interview for a total of 11 cancer patients.

## No Major Adverse Events Were Seen Associated With IV Deployment

Most (97%) of the deployment protocols used included IV deployment as part of the treatment and 1477 IV SVF deployments were performed. Some IV SVF infusions were primary modalities of SVF delivery and some IV infusions were supplementary to the primary deployment such as intra-articular or intra-thecal. The final double filtering of SVF down to 100 μm was designed to prevent risk of any embolic events.

## No Major Adverse Events Were Seen in the Immediate Context Related to SVF Therapy

The data in Table 4 are descriptive and shown as number of procedures, validation of response, and total numbers and percentages. Table 4 shows answers to questions for all procedures. Although 7 out of 12 questions had patients reporting a severe reaction (the worst category), this was a very low rate and only accounted for 0.1% to 2.0% of all responses.

Also this was mostly related to pain during the liposuction procedure. Only 1 problem with the surgical prep was reported. Patients reported 8 mild infections at the liposuction site and 5 mild infections at the deployment site; 1 severe, 7 moderate, and 107 mild bleedings, and 4 mild blood clots (superficial hematomas) at the deployment site were reported. No severe infections, allergic reactions, pulmonary emboli, or deep vein thromboses were reported.

In addition, in an effort to confirm the sterility of the SVF product, 25 consecutive SVF samples from 25 different patients were sent to LabCorp, Burlington, North Carolina, for culture testing to evaluate for any possible contaminant. There were no organisms seen or cultured in any of the specimens.

## No Major Adverse Events Were Seen in a Follow-Up Questionnaire

The data from our long-term follow-up of a total of 526 responses to our questionnaires were received and are presented in Table 5. The mean ± SEM follow-up time was

**Table 6.** Patient Self-Reported Adverse Events.

| Treated condition | Patient reports |
| --- | --- |
| Knee | SVF therapy takes too much energy |
| Knee | Indirect related negative experience with Demerol injection |
| Knee | Dental abscess |
| Knee | Baker's cyst 1 year after therapy |
| Knee | Bursitis, leg swelling |
| MS | MS flare-up after SVF therapy |
| MS | Extensive bruising and rejection of the HBO therapy afterward |
| Stroke/cardiac | Irregular heartbeats, patient passed away |
| Gout | Pain at site plus severe neck pain |
| Macular degeneration—dry | Eye condition got worse |

*Note.* SVF = stromal vascular fraction; HBO = hyperbaric oxygen; MS = multiple sclerosis.

$22.13 \pm 0.44$ months; the median was 19.5 months with a minimum of 12.0 and a maximum of 64.0 months (Table 5). Regarding the question of occurrence of adverse events that are attributed by the patient to the therapy, 515 (98.1%) answered with "No" and 10 (1.9%) patients answered with "Yes." The patient reports and physician's notes for these events are reported in Tables 6 and 7. Finally, there were 12 (0.72%) reported diagnoses of cancer in 11 out of 1524 patients. The patient reports and doctor's notes for these cases are presented in Table 8.

### Pain and Assessment of Quality of Life (AQoL) Is Decreased After Treatment in Orthopedic Conditions and Knee

In the group of patients with orthopedic diseases, the age of female (n = 175; $66.35 \pm 0.75$) and male (n = 228; $64.83 \pm 0.76$) patients was not significantly different from each other, $t(531) = 1.37$; $P = .17$ (Figure 2A), whereas male (n = 230; $29.72 \pm 0.45$) patients had a significantly higher body mass index, $t(403) = -3.81$; $P < .001$, as analyzed by unpaired Student's $t$ test compared with female patients (n = 175; $27.16 \pm 0.50$; Figure 2B). Time had an overall significant effect on pain (Figure 2C), $F(3, 156) = 19.47$; $P < .001$, and AQoL (Figure 2D), $F(3, 111) = 4.38$; $P < .006$, as analyzed by one-way ANOVA, whereas the post hoc Bonferroni comparison revealed a significant reduction in pain compared with baseline ($5.68 \pm 0.29$; $P < .001$) after 1 ($3.75 \pm 0.29$; $P < .001$), 3 ($3.31 \pm 0.31$; $P < .001$), and 6 months ($3.35 \pm 0.33$; $P < .001$), and for AQoL compared with control ($6.47 \pm 0.55$) after 1 ($5.10 \pm 0.59$; $P = .007$) and 6 ($5.06 \pm 0.55$; $P = .04$) months.

Separated for knee and shoulder procedures, knee patients had significantly lower pain ratings (baseline vs 6 months, $4.87 \pm 0.32$ vs $2.96 \pm 0.29$; Figure 3A), $t(48) = 5.01$; $P < .001$; lower Knee Injury and Osteoarthritis Outcome Score

(baseline vs 6 months, $33.89 \pm 2.54$ vs $21.72 \pm 2.04$; Figure 3B), $t(60) = 4.91$; $P < .001$; and lower AQoL (baseline vs 6 months, $5.33 \pm 0.46$ vs $3.98 \pm 0.48$; Figure 3C), $t(56) = 3.54$; $P = .001$, 6 months after the procedure. In the group of patients with shoulder procedures, pain ratings (baseline vs 6 months, $5.50 \pm 0.40$ vs $2.76 \pm 0.49$; Figure 3D), $t(20) = 5.95$; $P < .001$, and Disabilities of the Arm, Shoulder, and Hand scores (baseline vs 6 months, $34.53 \pm 3.21$ vs $21.34 \pm 4.02$; Figure 3E), $t(20) = 3.35$; $P = .003$, were significantly lower at 6 months compared with baseline. Table 9 furthermore shows the 6-month outcome for all conditions where a paired data set of at least 3 patients was available. Here some significant improvements after 6 months were found for some urogenital conditions with a specific focus on interstitial cystitis, erectile dysfunction, and Peyronie's disease. Details about these comparisons are shown in Table 10.

### Discussion

SVF and ADSCs have shown tremendous promise as a regenerative therapy. Their use in cosmetic/plastic surgery has been well documented, particularly for CAL in cases of breast augmentation, reconstruction, and a variety of other areas.[4] SVF and ADSCs have demonstrated the ability to not only differentiate along mesenchymal lines but into many other cells and tissues as well.[22(p103)] The cells have been frequently used for chondrogenesis and other orthopedic applications, particularly in veterinary medicine, making it one of the most common areas for clinical applications. Early empiric success with positive responses to SVF deployments for orthopedic conditions encouraged us to continue our work in the form of an IRB-approved investigation to collect data to establish safety while continuing to observe for clinical trends in therapeutic cases. When this study was first initiated, the predominant concern about SVF deployments centered on the paucity of safety data and the insufficient proof of efficacy for lack of evidence-based analysis. We chose to look at safety as our primary objective with clinical outcomes being a secondary objective. Our study is the first to show safety data using both IV and regional deployments of SVF for a high number of treated patients for several conditions in the degenerative, inflammatory, and autoimmune spectrum. Safety in our series appears to have been adequately demonstrated in the lack of adverse events directly related to SVF deployment. Certainly, the minimal and occasional complaints about the liposuction or the occasional delayed healing at the liposuction site should not be considered of any real consequence. Indeed, many of our patients are in the ASA III category and frequently continued their anticoagulants because of the high risk of discontinuing them. Even they had minimal bleeding and no serious problems secondary to the liposuction portion of the procedure.

Previous laboratory investigations done in conjunction with Roche Laboratories utilizing the Cedex Hi-Res System demonstrated that collagenase was effectively diluted to

**Table 7.** Doctor Notes Regarding Acute and Long-Term Follow-Up Adverse Events.

1. Three patients with knee injections sustained an unusual swelling post-deployment. All resolved with oral steroids or NSAIDs. These symptoms lasted about 24 to 72 hours and then spontaneously resolved. Two were aspirated within the first week by our orthopedic surgeon showing no bacteria and very low to no glucose. Patients went on to have successful outcomes. The swelling occurred in 1 knee while both knees had received SVF.

2. Four patients had flu-like symptoms including mild myalgias and fatigue that occurred 1 or more days post-deployment. Symptoms resolved in 24 hours.

3. A 49-year-old female patient received IV SVF and nebulized cells for pulmonary fibrosis. One week post-liposuction and deployment she presented to her local hospital with abdominal distention. She was treated conservatively for several days. Apparently, she had developed a bowel obstruction that went undiagnosed and she became septic and subsequently expired. There was no evidence of any injury from liposuction or relation to SVF deployment as a cause of her bowel strangulation.

4. A very sick, frail, 86-year-old male with end-stage pulmonary fibrosis received intravenous SVF and then 2 weeks after deployment, his family flew him to another country in the hopes of obtaining additional cell-based treatments there. He died in Israel while awaiting cell expansion for more treatments. There was no evidence of SVF involvement with his demise.

5. A 60-year-old male received a back intra-discal injection. Three days post-deployment, he developed pain in the back area. He was hospitalized for a low-grade fever and pain and no local pathology was identified. One of several routine blood cultures revealed an oral pathogen. He was treated and the condition resolved. Subsequently, we revised our pre-operative instructions by noting in "red ink" that should there be any dental infections (eg, periodontal disease or otherwise), then it should be cared for in advance of any invasive procedure.

6. A debilitated 63-year-old male patient with late stage ALS received IV SVF. Eight days, later he was hospitalized with recurrent bout of pneumonia. He then went on to develop DVTs, which were not present on his hospital admission, and then a pulmonary embolism. He had orders to not resuscitate and eventually expired. There was no evidence of relation to SVF deployment. There was no evidence of relation to SVF deployment.

7. A 79-year-old female patient with COPD developed pulmonary congestion shortly after IV and nebulized SVF deployment. She was hospitalized in the ICU overnight. X-ray examinations revealed diffuse congestion without heart enlargement. She received diuretic therapy and close monitoring. By the next morning, not only did her congestion clear up, as did X-ray examinations, but her COPD dramatically improved as well and she was breathing easier than she had in years. She was subsequently discharged.

8. Localized infection at liposuction site: One patient reported an infection; however, he was applying "lip balm" to the area and it was resolved without intervention.

*Note.* COPD = chronic obstructive pulmonary disease; SVF = stromal vascular fraction; NSAID = nonsteroidal anti-inflammatory drug; ALS = amyotrophic lateral sclerosis; DVT = deep vein thrombosis; IV = intravenous.

**Table 8.** Twelve Malignancies as Reported by 11 Patients After SVF Deployment Over a 5-Year Follow-Up.

| Patient | Date Tx | Center | Diagnosis | How SVF was deployed | Cancer type |
|---------|---------|--------|-----------|----------------------|-------------|
| 74, male | 10/29/2013 | Calif SCTC | Crohn's | IV | Prostate-focal |
| 54, female | 6/20/2012 | Calif SCTC | Wrist DJD | IV/intra-artic | SCC skin distal arm |
| 74, male | 5/2/2012 | Calif SCTC | Shoulder DJD | Intra-artic | Superfic vocal cord |
| 77, male | 4/25/2012 | Calif SCTC | Knees DJD | Intra-artic | Breast cancer |
| 54, female | 5/22/2013 | Calif SCTC | IC | IV and bladder | DCIS breast cancer |
| 54, female | 5/22/2013 | Calif SCTC | IC | IV and bladder | SCC skin clavicle |
| 68, male | 3/16/2011 | Calif SCTC | ED | Intracorporal | Basal cell carcinoma nose |
| 85, female | 2/6/2013 | Calif SCTC | Asthma | IV | Basal cell carcinoma |
| 76, male | 4/21/2014 | Carolina SCTC | Knees DJD/Parkinson | IV and intra-artic | Non-Hodgkin's lymphoma lower spine and sternum |
| 76, male | 4/9/2015 | Michigan SCTC | RA/knee arthritis | IV and intra-artic | Skin carcinoma left wrist |
| 50, female | 1/22/2013 | Newport SCTC | Renal failure | IV | DCIS breast cancer |
| 77, male | 9/17/2013 | Newport SCTC | Back/arthritis | IV | Skin cancer |

*Note.* SVF = stromal vascular fraction; SCTC = Stem Cell Treatment Center; DJD = degenerative joint disease; SCC = squamous cell carcinoma; ED = erectile dysfunction; DCIS = ductal carcinoma in situ; IC = interstitial cystitis.

insignificant quantities (less than control) after 2 rinses (dilutions) and we routinely perform a third wash as part of our standard protocol (Figure 4). Although collagenase has already been FDA approved for direct injections into soft tissue for certain conditions (eg, Peyronie's and Dupytren's)

and thus has minimal systemic ramifications, we considered it important to document that patients did not receive any significantly measurable collagenase in their SVF. Nonetheless, there is no evidence that any harm comes from the cells treated with a GMP non-mammalian collagenase



**Figure 2.** Baseline data, pain, and AQoL.
*Note.* In the group of patients with orthopedic diseases, (A) the age of female and male patients was not significantly different from each other, (B) whereas male patients had a significantly higher BMI as analyzed by unpaired Student's *t* test. Time had an overall significant effect on (C) pain (*P* < .001) and (D) AQoL after 1 and 6 months. Data are presented as means ± standard errors of mean and were assumed significant when *P* < .05. AQoL = Assessment of Quality of Life; BMI = body mass index; VAS = Visual Analog Scale.



**Figure 3.** The 6-month outcome for knee and shoulder patients.
*Note.* Six months after the procedure, knee patients had (A) significantly lower pain ratings (*P* < .001), (B) lower KOOS (*P* < .001), (C) lower AQoL (*P* < .005). In the group of patients with shoulder procedures, (D) pain rating (*P* < .001), and (E) DASH scores (*P* < .005) were significantly lower at 6 months compared with baseline. Data were analyzed with paired Student's *t* test. Data are presented as means ± standard errors of mean and were assumed significant when *P* < .05. VAS = Visual Analog Scale; KOOS = Knee Injury and Osteoarthritis Outcome Score; AQoL = Assessment of Quality of Life; DASH = Disabilities of the Arm, Shoulder, and Hand.
\**P* < .05. \*\**P* < .005. \*\*\**P* < .001.

that has been effectively diluted to insignificant amounts remaining in the final SVF product.

Perhaps most interesting was the number of positive efficacy results we found in our patient series. Not only did we experience a number of positive results, our affiliates at all other Cell Surgical Network research sites have been able to recapitulate our efficacy results with little inter-observer

variability. The majority of our patients fell into the orthopedic category and they also had the most overall benefit from treatments.

From the very start, we saw significant improvements in patients treated. Our first patient, Berman's nurse anesthetist, had painful knee arthritis following a ski injury. She had been on nonsteroidal anti-inflammatory drugs (NSAIDs), had arthroscopy, corticosteroid injections, and could no longer enjoy skiing because of the pain. Her knee had marked crepitus. Within several weeks following SVF direct injection to the knee joint, she was able to return to skiing and no longer had any crepitus in the joint. The next patient was Berman's wife who experienced 3½ years of left hip pain following years of 6 mile a day running. She too had a positive response following SVF direct injection. Neither of these patients has had a return of pain over 6 years following their procedures. Our third patient was scheduled for a total knee replacement. Six years later, she too, still enjoys pain-free walking and has avoided the knee replacement surgery. These were our first 3 patients and though we, and the rest of our affiliates, have not "healed" all of our patients, we have routinely (over 85%) witnessed similar results in our other orthopedic cases. As with any "new" technology, when starting out, you tend to see the worse cases and not always the ones that will most optimally respond. We consider orthopedic conditions the "low hanging fruit" for SVF deployment, but if someone is truly "bone on bone," meaning there is not any significant cartilage "signal" to prompt cartilage differentiation from SVF "stem cells," then one will not experience chondrogenesis or any physical improvement.

Although none of our initial patients were subjected to placebo testing, it may be worth noting the following, particularly as related to the orthopedic conditions: The vast majority of our orthopedic patients had already had multiple interventions. For example, the typical knee patient had already been on a variety of NSAIDs and supplements (eg, glucosamine chondroitin), had corticosteroid injections, hyaluronic acid injections, and frequently arthroscopic interventions. Yet, in spite of all of these interventions, they did not see sustained reduction of pain and improvement in function. With each intervention, a patient may actually sense improvement from a placebo effect and not necessarily the intervention. However, arguably, if the patients do not get improvement from the intervention, then they clearly did not receive any placebo benefit either. If our patients improved from SVF, then it would be rather illogical to assume they improved from a placebo effect in light of the fact that they failed a variety of placebo opportunities in the past. Furthermore, many of our patients had been treated at no cost thus mitigating the idea that by paying for the procedure, they would be likely to respond in the positive. Indeed, many of these patients were family, friends, and professional associates—most likely they would not respond positively unless they actually felt better. Still, we recognize and understand the difference between this observation and real blinded

**Table 9.** The 6-Month Outcome Data From Available Paired Observations.

| | Baseline | 6 months | N | t(df) | P value |
|---|---|---|---|---|---|
| | Mean ± SEM | | | | |
| **Orthopedic** | | | | | |
| Hip | | | | | |
| Pain | 5.13 ± 0.64 | 3.47 ± 0.80 | 15 | t(14) = 1.82 | .09 |
| HOOS | 28.18 ± 3.76 | 21.20 ± 4.30 | 15 | t(14) = 1.48 | .16 |
| AQoL | 5.27 ± 0.89 | 3.53 ± 0.60 | 15 | t(14) = 2.02 | .06 |
| Back | | | | | |
| Pain | 6.18 ± 0.63 | 4.53 ± 0.66 | 15 | t(14) = 1.81 | .09 |
| Oswestry score | 9.73 ± 2.22 | 10.95 ± 1.65 | 20 | t(19) = −0.56 | .58 |
| AQoL | 7.30 ± 1.32 | 6.53 ± 0.95 | 20 | t(19) = 0.78 | .45 |
| Foot and ankle | | | | | |
| Pain | 5.25 ± 0.59 | 4.63 ± 0.76 | 8 | t(7) = 0.65 | .54 |
| Foot and Ankle Outcome score | 64.94 ± 6.45 | 52.44 ± 8.70 | 9 | t(8) = 2.02 | .08 |
| Neck and back | | | | | |
| Arthritis | 7.00 ± 0.41 | 3.50 ± 1.55 | 4 | t(3) = 2.05 | .13 |
| Oswestry score | 15.96 ± 4.07 | 15.00 ± 8.40 | 4 | t(3) = 0.17 | .88 |
| AQoL | 5.71 ± 2.79 | 6.25 ± 3.75 | 4 | t(3) = −0.31 | .78 |
| Elbow and hand | | | | | |
| Pain | 7.50 ± 1.33 | 2.67 ± 0.88 | 3 | t(2) = 2.31 | .15 |
| DASH | 17.11 ± 12.35 | 0.09 ± 4.89 | 4 | t(3) = 1.87 | .16 |
| AQoL | 2.00 ± 0.71 | 0.25 ± 0.25 | 4 | t(3) = 2.33 | .1 |

*Note.* HOOS = Hip Injury and Osteoarthritis Outcome Score; AQoL = Assessment of Quality of Life; DASH = Disabilities of the Arm, Shoulder, and Hand.

studies that will ultimately be needed to validate our observations. Still, we felt compelled to show enough evidence for safety and a sense of positive empiric outcomes before subjecting patients to placebo trials. Certain trends developed that have helped us gain a greater understanding of efficacy of SVF deployment. In the area of orthopedics, many of the conditions involved arthritic joints with cartilage deterioration. It appeared that as long as there was some cartilage present in the joint, SVF deployment could be effective. In a few cases where cartilage had been completely missing, for example, cases following arthroscopy and Marcaine injection where complete cartilage deterioration resulted,[18] SVF proved ineffective. Nonetheless, SVF effectively reversed most orthopedic conditions involving inflammation or tissue degradation as long as some structure was present. Patients who were missing complete ligaments or had had multiple surgeries were less likely to show a positive response. Despite large numbers of intra-articular deployments, no joint infections were reported. There were 3 cases of immediate post-deployment reactive (culture negative) inflammatory synovitis in knees that were self-limited and responded well to intra-articular steroid administration.

It should further be noted that though some of our patients had deployment with platelet rich plasma (PRP) added to the SVF because it has commonly been suggested that this was necessary for growth factors or other mechanical properties that they possessed, the vast majority of our patients were

simply treated with adipose-derived SVF alone and clinically did well. Our study found no evidence suggesting an additional benefit to adding PRP to intra-articular injections. The suggestion is clear—that the inflamed or damaged tissue probably provides sufficient cytokine signals to direct the stem cells in SVF to initiate healing or in addition the SVF has adequate growth factors contained within.

Although the preponderance of outcomes data in this series was orthopedic and those patients (mostly osteoarthritis) responded uniformly well with their inflammatory and degenerative conditions, a number of non-orthopedic conditions were also treated. In the non-orthopedic conditions, we were able to see a number of positive responses in patients with ischemic cardiomyopathy as well as improvement in lung function in many cases of chronic obstructive pulmonary disease. A number of interesting findings occurred in the urologic area with positive responses seen in Peyronie's disease[23] and interstitial cystitis. The area of neurological disorders represents a variety of conditions that appear responsive to SVF treatment. In the area of stroke, traumatic brain injury and cerebral palsy, these all have the similarity of vascular injury resulting in cellular degradation with neurological damage. Some positive clinical responses were seen in all of these categories even in late appearing cases. One might hypothesize that early intervention would be much more effective to prevent scar tissue formation by actually repairing like tissue and blood vessels as soon as

*The American Journal of Cosmetic Surgery*

**Table 10.** The 6-Month Outcome Data From Available Paired Observations.

| | Baseline | 6 months | N | t(df) | P value |
|---|---|---|---|---|---|
| | Mean ± SEM | | | | |
| **Non-orthopedic** | | | | | |
| Erectile dysfunction | | | | | |
| Orgasmic | 7.17 ± 0.69 | 7.56 ± 0.82 | 9 | t(8) = −0.65 | .54 |
| Erection | 13.44 ± 2.00 | 17.00 ± 2.59 | 9 | t(8) = −3.83 | .005 |
| Sexual desire | 8.17 ± 0.67 | 8.78 ± 0.46 | 9 | t(8) = −1.02 | .34 |
| Intercourse satisfaction | 6.05 ± 1.46 | 7.89 ± 1.78 | 9 | t(8) = −2.19 | .06 |
| Overall satisfaction | 4.28 ± 0.64 | 7.00 ± 1.01 | 9 | t(8) = −3.54 | .008 |
| AQoL | 2.06 ± 0.72 | 0.78 ± 0.32 | 9 | t(8) = 1.48 | .18 |
| Interstitial cystitis | | | | | |
| Pain | 6.70 ± 0.69 | 3.10 ± 0.86 | 10 | t(9) = 4.11 | .003 |
| PUF score | 22.54 ± 1.93 | 13.79 ± 1.98 | 12 | t(11) = 4.20 | .001 |
| O'Leary Sant score | 26.54 ± 1.82 | 12.08 ± 2.01 | 12 | t(11) = 6.20 | <.001 |
| AQoL | 5.03 ± 1.53 | 3.88 ± 1.29 | 12 | t(11) = 1.06 | .31 |
| Peyronie's disease | | | | | |
| EHGS | 2.33 ± 0.33 | 3.00 ± 0.00 | 3 | t(2) = −2.00 | .18 |
| Psychological score | 11.93 ± 1.89 | 8.20 ± 1.20 | 5 | t(4) = 3.19 | .03 |
| Penile pain | 4.37 ± 1.58 | 2.40 ± 1.03 | 5 | t(4) = 1.33 | .25 |
| Bother score | 7.63 ± 0.90 | 5.80 ± 1.28 | 5 | t(4) = 2.10 | .1 |
| PDQ | 23.93 ± 2.15 | 16.40 ± 2.16 | 5 | t(4) = 2.55 | .06 |
| Neurologic | | | | | |
| AQoL | 10.86 ± 1.94 | 7.91 ± 1.05 | 21 | t(20) = 1.99 | .06 |
| Autoimmune | | | | | |
| Pain | 4.17 ± 1.11 | 3.67 ± 0.92 | 6 | t(5) = 0.32 | .77 |
| AQoL | 6.73 ± 1.12 | 5.91 ± 1.38 | 11 | t(10) = 0.60 | .56 |
| Cardiac | | | | | |
| Minnesota | 34.0 ± 15.74 | 8.0 ± 6.04 | 4 | t(3) = 1.27 | .29 |
| AQoL | 2.25 ± 1.11 | 1.50 ± 1.19 | 4 | t(3) = 0.60 | .59 |
| Pulmonary | | | | | |
| AQoL | 6.58 ± 0.83 | 6.67 ± 1.09 | 12 | t(11) = −0.09 | .93 |

*Note.* AQoL = Assessment of Quality of Life; PUF = Pelvic Pain and Urgency/Frequency Patient Symptom Scale; EHGS = Erectile Hardness Grading Scale; PDQ = Peyronie's Disease Questionnaire; Minnesota = Minnesota Living With Heart Failure Questionnaire.



**Figure 4.** Residual collagenase measured with Cedex Hi-Res System following initial incubation and the 4 serial dilutions in a 50-cc syringe using D5LR.

possible (ie, closer to the acute event). In some cases such as in multiple sclerosis, immune modulation was probably also responsible, as was cell repair or regeneration, for the clinical improvements seen. For the same reason, SVF appeared to improve many of the autoimmune conditions treated in this series. Many of these patients required additional treatments over time. Clearly, this is an area of promise that needs rigorous evaluation. In recent animal (rat model) research conducted by Sean Berman[24] (manuscript in preparation), controlled concussions induced in rats with the D-Actor Shockwave (Storz Medical AG, Tägerwilen, Switzerland) device produced a consistent negative effect on both memory and motor skills. The IV deployment of SVF immediately following these induced concussions showed mitigation of these effects with the best outcomes coming closer to the acute injury. This has been postulated to occur because of an anti-inflammatory effect of SVF on the cytokine cascade and/or from cytokine-induced angiogenesis restoring vascular integrity to the neural system.

The relationship between adult mesenchymal stem cells and cancer has been evaluated and no clear linkage between cell therapy and malignancy in humans has been established.

However, the incidence of teratomas associated with the deployment of induced pluri-potential stem cells as well as embryonic cells has been well described.[25] Eleven patients out of 1524 (age range 18-90+) who received SVF deployment in this study reported development of malignancy at some period in time following their SVF deployment with 5-year follow-up surveillance. One patient was diagnosed with both skin cancer and breast cancer. One patient was diagnosed with skin cancer only 3 days following SVF deployment and therefore it was considered unrelated to cell therapy. One patient developed basal cell carcinoma of the nose 50 months after treatment. All patients either had no therapy (observation of focal prostate cancer) or resection and/or radiation resulting in definitive treatment of the malignancy. No direct correlation between SVF deployment and the incidence of any specific types of malignancy could be identified. The low numbers of cancers detected in this study over 5 years suggests that SVF did not appear to promote malignancy in this patient population. Patients will continue to be monitored on a yearly basis to collect additional information.

Last, it is notable that IV infusion of filtered SVF did not result in additional morbidity. This is the first study of its kind to be published that specifically addresses the safety of IV deployment.

## Study Limitations

There was a low follow-up rate, explainable by no paid incentive. One of the limitations of studies evaluating surgical procedures like SVF deployment is the lack of a control arm, but that would require that some patients receive placebo SVF. This has ethical implications as the patients are undergoing a surgical procedure to procure their SVF rather than opening a bottle to receive a drug. Having said that, we have initiated a separate protocol trial for knee treatment using a placebo arm.

## Conclusion

On a final note, regardless of any potential controversy surrounding the deployment of adipose-derived SVF, we have developed a nearly closed system following the surgical procurement of lipo-aspirate with an excellent safety profile that appears to provide an abundance of regenerative cells that can potentially mitigate a variety of degenerative conditions. It needs to be noted that regardless of one's actual system for processing SVF, there is absolutely no such thing as a completely closed point-of-care system where liposuction is involved. However, in compliance with 21 Code of Federal regulations part 1271 mandating that the FDA prevent the transmission of communicable disease in areas of tissue transfer, aside from the obvious possibility of patient contamination from one's own infectious agents or normal

acceptable air (environmental) exposure that occurs with every surgical procedure, there appears to be no additional risk of communicable disease transmission.

Furthermore, all of us involved in this research network activity of deploying cells and collecting data have been gratified by a large percentage of sincerely appreciative patients. We are confident that the medical and scientific communities will continue to advance cellular therapies and likely find more advanced cell lines or delivery mechanisms. This procedure found its origins in cosmetic/plastic surgery via liposuction. It is exciting that we can use part of our plastic surgical skills working together with a variety of other disciplines to further advance patient care beyond the arena of purely cosmetic or reconstructive surgery. There is no need to limit our surgical skills to purely aesthetic cases. Indeed, many of our affiliates have cosmetic/plastic surgeons as a center of their network of doctors and have found this new aspect of their careers to be incredibly rewarding. We believe we have entered a new era of medicine and the cosmetic/plastic surgeon can play a significant role in advancing cellular therapy.

Although we agree that double-blinded studies would eventually be required to disprove any placebo effect, we believe it is important to demonstrate that there are minimal adverse events associated with SVF treatments and that the risks are acceptable, primarily being related to the method of harvesting and deployment. We can conclude that the deployment of SVF via IV, intra-articular, and into soft tissue is overall safe and well tolerated. In particular, improvement in pain scores and quality of life ratings of treated musculoskeletal conditions served to demonstrate this particularly well. Some conditions had a low follow-up rate making a true treatment effect difficult to evaluate. More stratified data and controlled studies are necessary to investigate treatment outcome for these conditions.

### Acknowledgments

Jan M. Schilling, MD, assisted with data analysis, Mr Chris Lindholm helped with database management, Ms Shawntae Dowell provided database support, Professor Aladar Szalay, PhD, was the consultant for cell biology and oncology, and Okyay Kilinc, PhD, helped with flow cytology analysis.

### Declaration of Conflicting Interests

The author(s) declared the following potential conflicts of interest with respect to the research, authorship, and/or publication of this article: Dr E. Lander and Dr M. Berman maintain ownership interest in the Cell Surgical Network and California Stem Cell Treatment Center.

### Funding

The author(s) disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: This study was supported by the Cell Surgical Network.

## References

1. Centeno CJ, Al-Sayegh H, Freeman MD, Smith J, Murrell WD, Bubnov R. A multi-center analysis of adverse events among two thousand, three hundred and seventy two adult patients undergoing adult autologous stem cell therapy for orthopaedic conditions. *Int Orthop*. 2016;40:1755-1765.

2. Riordan NH, Ichim TE, Min WP, et al. Non-expanded adipose stromal vascular fraction cell therapy for multiple sclerosis. *J Transl Med*. 2009;7:29. doi:10.1186/1479-5876-7-29.

3. Zuk PA, Zhu M, Mizuno H, et al. Multilineage cells from human adipose tissue: implications for cell-based therapies. *Tissue Eng*. 2001;7(2):211-228. doi:10.1089/107632701300062859.

4. Yoshimura K, Sato K, Aoi N, et al. Cell-assisted lipotransfer for cosmetic breast augmentation: supportive use of adipose-derived stem/stromal cells. *Aesthetic Plast Surg*. 2008;32:48-55.

5. Cayci C, Carlsen BT. Osteoarthritis of the wrist. *Plast and Reconstr Surg*. 2014;133(3):605-615. doi:10.1097/01.prs.0000438463.90968.d6.

6. Chang H, Do BR, Che JH, et al. Safety of adipose-derived stem cells and collagenase in fat tissue preparation. *Aesthetic Plast Surg*. 2013;37(4):802-808. doi:10.1007/s00266-013-0156-7.

7. Pak J. Regeneration of human bones in hip osteonecrosis and human cartilage in knee osteoarthritis with autologous adipose-tissue-derived stem cells: a case series. *J Med Case Rep*. 2011;5:296. doi:10.1186/1752-1947-5-296.

8. Pak J, Lee JH, Lee SH. Regenerative repair of damaged meniscus with autologous adipose tissue-derived stem cells. *Biomed Res Int*. 2014;2014:436029. doi:10.1155/2014/436029.

9. Rodriguez JP, Murphy MP, Hong S, et al. Autologous stromal vascular fraction therapy for rheumatoid arthritis: rationale and clinical safety. *Int Arch Med*. 2012;5:5. doi:10.1186/1755-7682-5.

10. Wang ZX, Cao JX, Li D, et al. Clinical efficacy of autologous stem cell transplantation for the treatment of patients with type 2 diabetes mellitus: a meta-analysis. *Cytotherapy*. 2015;17(7):956-968. doi:10.1016/j.jcyt.2015.02.014.

11. Xia P, Wang X, Lin Q, Li X. Efficacy of mesenchymal stem cells injection for the management of knee osteoarthritis: a systematic review and meta-analysis. *Int Orthop*. 2015;39(12):2363-2372. doi:10.1007/s00264-015-2785-8.

12. Black LL, Gaynor J, Gahring D, et al. Effect of adipose-derived mesenchymal stem and regenerative cells on lameness in dogs with chronic osteoarthritis of the coxofemoral joints: a randomized, double-blinded, multicenter, controlled trial. *Vet Ther*. 2007;8(4):272-284.

13. Guo J, Nguyen A, Banyard DA, et al. Stromal vascular fraction: a regenerative reality? part 2: mechanisms of regenerative action. *J Plast Reconstr Aesthet Surg*. 2016;69(2):180-188. doi:10.1016/j.bjps.2015.10.014.

14. Nguyen A, Guo J, Banyard DA, et al. Stromal vascular fraction: a regenerative reality? part 1: current concepts and review of the literature. *J Plast Reconstr Aesthet Surg*. 2016;69(2):170-179. doi:10.1016/j.bjps.2015.10.015.

15. Michalek J, Moster R, Lukac L, et al.Autologous adipose tissue-derived stromal vascular fraction cells application in patients with osteoarthritis [published online ahead of print January 20, 2015]. *Cell Transplant*. doi:10.3727/0963689 15X686760.

16. Benoit E, O'Donnell TF, Patel AN. Safety and efficacy of autologous cell therapy in critical limb ischemia: a systematic review. *Cell Transplant*. 2013;22(3):545-562. doi:10.3727/096 368912x636777.

17. Bhansali A, Asokumar P, Walia R, et al. Efficacy and safety of autologous bone marrow-derived stem cell transplantation in patients with type 2 diabetes mellitus: a randomized placebo-controlled study. *Cell Transplant*. 2014;23(9):1075-1085. doi: 10.3727/096368913x665576.

18. Ma XR, Tang YL, Xuan M, Chang Z, Wang XY, Liang XH. Transplantation of autologous mesenchymal stem cells for end-stage liver cirrhosis: a meta-analysis based on seven controlled trials. *Gastroenterol Res Pract*. 2015;2015:908275. doi:10.1155/2015/908275.

19. Sun X, Ying J, Wang Y, et al. Meta-analysis on autologous stem cell transplantation in the treatment of limb ischemic. *Int J Clin Exp Med*. 2015;8(6):8740-8748.

20. Van Pham P. Clinical trials for stem cell transplantation: when are they needed? *Stem Cell Res Ther*. 2016;7:65. doi:10.1186/s13287-016-0325-0.

21. Breu A, Rosenmeier K, Kujat R, Angele P, Zink W. The cytotoxicity of bupivacaine, ropivacaine, and mepivacaine on human chondrocytes and cartilage. *Anesth Analg*. 2013;117(2):514-522. doi:10.1213/ANE.0b013e31829481ed.

22. See JR,  Ling D. Addendum. History of adipose derived stromal vascular fraction stem cells. In: Berman M, Lander E, eds. *The Stem Cell Revolution*. Bloomington, IN: AuthorHouse; 2015:103-116.

23. Lander EB, Berman MH, See JR. Stromal vascular fraction combined with shock wave for the treatment of Peyronie's disease. *Plast Reconstr Surg Glob Open*. 2016;4(3):e631.

24. Berman S, et al. Summary of acoustic shock induced concussion treated with SVF in rat model, March 2016. Preclinical study, Celavie Biosciences, LLC California State University, Northridge, CA, October 2015.

25. Riggs JW, Barrilleaux BL, Varlakhanova N, Bush KM, Chan V, Knoepfler PS. Induced pluripotency and oncogenic transformation are related processes. *Stem Cells Dev*. 2013;22(1):37-50. doi:10.1089/scd.2012.0375.

## Author Biographies

**Mark Berman**, MD, FACS, the 2010 president of the AACS, following years of work with adipose transplantation, evolved to using adipose for regenerative cells. Along with Dr Lander, he cofounded the Cell Surgical Network to advance adipose stem cell therapy.

**Elliot Lander**, MD, FACS, recently voted one of the top 5 physicians in the Palm Springs desert area, a board certified urologic surgeon, began studying safety and efficacy of autologous adipose derived cells with Dr Berman in 2010. The Cell Surgical Network research group that was founded along with Dr Berman has now treated more than 6000 patients around the world.

# ATTACHMENT 7

Global Surgery



Research Article                                                                      ISSN: 2056-7863

# Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

Jaroslav Michalek[1,11]*, Rene Moster[2], Ladislav Lukac[3], Kenneth Proefrock[4], Miron Petrasovic[5], Jakub Rybar[5], Ales Chaloupka[6], Adas Darinskas[7], Jaroslav Michalek[8], Jan Kristek[9], Jan Travnik[10], Petr Jabandziev[11], Marek Cibulka[1], Josef Skopalik[1], Zlatuse Kristkova[1] and Zuzana Dudasova[1]

[1]International Consortium for Cell Therapy and Immunotherapy, registered consortium, Brno, Czech Republic
[2]Revmacenter, Brno, Czech Republic
[3]ArthroBiotherapy, Ostrava, Czech Republic
[4]Stem Cell Center, Phoenix, AZ, USA
[5]Medissimo Hospital, Bratislava, Slovakia
[6]First Surgery, Pardubice, Czech Republic
[7]Department of Pharmacology, Lithuanian University of Health Sciences, Kaunas, Lithuania
[8]Department of Econometrics, University of Defense, Brno, Czech Republic
[9]Department of Radiology, Surgal Clinic, Brno, Czech Republic
[10]Department of Orthopedics, Traumatology Hospital, Brno, Czech Republic
[11]Department of Pediatrics, University Hospital Brno, Brno, Czech Republic

## Abstract

**Objective:** Stromal vascular fraction (SVF), containing large amount of stem cells and other regenerative cells, can be easily obtained from loose connective tissue that is associated with adipose tissue. Here we evaluated safety and clinical efficacy of freshly isolated autologous SVF cells in a case control prospective multi-centric non-randomized study in patients with grade 2-4 degenerative osteoarthritis.

**Methods:** A total of 1128 patients underwent standard liposuction under local anesthesia and SVF cells were isolated and prepared for application into 1-4 large joints. A total of 1856 joints, mainly knee and hip joints, were treated with a single dose of SVF cells. 1114 patients were followed for 12.1-54.3 months (median 17.2 months) for safety and efficacy. Modified KOOS/HOOS Clinical Score was used to evaluate clinical effect and was based on pain, non-steroid analgesic usage, limping, extent of joint movement, and joint stiffness evaluation before and at 3,6 and 12 months after the treatment.

**Results:** No serious side effects, systemic infection or cancer was associated with SVF cell therapy. Most patients gradually improved 3-12 months after the treatment. At least 75% Score improvement was noticed in 63% of patients and at least 50% Score improvement was documented in 91% of patients 12 months after SVF cell therapy. Obesity and higher grade of OA were associated with slower healing.

**Conclusion:** Here we report a novel and promising treatment approach for patients with degenerative osteoarthritis that is safe, cost-effective, and relying only on autologous cells.

## Introduction

Degenerative osteoarthritis (OA) of large joints, especially hip and knee, is characterized by degeneration of articular cartilage, sclerosis of the subchondral bone, and marginal osteophyte formation. In the United States of America, symptomatic OA is present in 13.9% of adults 25 years and older and in 33.6% of adults 65 years and older, but it is estimated that radiographic OA is much more frequent [1]. OA of weight-bearing joints is associated with chronic devastating pain, stiffness, decreasing range of motion and joint deformity, being one of the leading causes of decreased quality of life and work limitations in elderly.

Although early stages of OA can be alleviated by physical therapy, weight loss, non-steroid analgesic drugs, and chondroprotectives,

the advanced disease relies on total joint replacement. Total joint arthroplasty (TJA) is the mainstay of treatment for end-stage OA of the hip or knee. Unfortunately, TJA is relatively frequently associated with serious and life-threatening complications including increased risk of infection, thromboembolism, myocardial infarction, stroke, increased

*Correspondence to:* Jaroslav Michalek, International Consortium for Cell Therapy and Immunotherapy, Videnska 119, Brno 61900, Czech Republic, Tel: +420-511-181-555; E-mail: michalek@iccti.eu

*Key words: stromal vascular fraction, cells, adipose tissue, connective tissue, osteoarthritis, stem cell therapy, treatment*

Received: April 28, 2017; Accepted: May 26, 2017; Published: May 29, 2017

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

risk of death at 30 and 90 days after surgery, and the life-span of the prosthesis is limited [2-5].

Recently, it was shown that mesenchymal stromal/stem cells (MSCs) hold a great promise for their healing potential in regenerative medicine [6]. Preclinical animal studies that utilize MSCs demonstrated safety and efficacy in treatment of OA, cartilage defects or other orthopedic conditions [7-10]. In humans, the largest collection of culture-expanded bone marrow-derived MSCs used for treatment of 339 patients with OA was recently documented and more than 75% improvement was reported in 41.4% and more than 50% improvement was reported in 63.2% of patients [11]. No severe side effects and no neoplastic complications were detected at any stem cell re-implantation site in a mean follow-up 435 days [11].

MSCs can be obtained from bone marrow as well as from adipose tissue. Although bone marrow MSCs and adipose tissue-derived MSCs share many biological features, there are also some differences. Adipose tissue-derived MSCs are more genetically stable in a long term culture, display a lower senescence ratio and higher proliferative capacity [10]. Bone marrow MSCs constitute only about 0.001%-0.01% of all nucleated cells in bone marrow, whereas the amount of adipose tissue-derived MSCs is approximately 1000-fold greater when isolated from equivalent volume of tissue [10,12,13]. Adipose tissue can be easily obtained by standard liposuction under local anesthesia and isolated stromal vascular fraction (SVF) cells contain 1-4% MSCs as well as other cell types involved in tissue regeneration such as vascular endothelial cells, pericytes, fibroblasts, macrophages and regulatory T lymphocytes [10,14-16]. SVF cells demonstrated anti-inflammatory and immunomodulatory effects and MSCs have the capacity to differentiate into connective tissue cells including cartilage, tendon and ligament [10,17]. SVF cells can be clinically used as freshly isolated from the lipoaspirate without further *in vitro* expansion or manipulation. These various SVF cell components may act synergistically with MSCs and therefore may be superior to MSCs alone [13]. It may be also presumed that freshly isolated cells would be safer and more efficacious compared with the cells expanded by culture, as ex vivo manipulations may lead to genetic and epigenetic alterations that may affect the functional and biological properties of the cells [18].

Autologous adipose-derived SVF cell therapy has been used since 2003 in dogs. In a randomized double-blinded multicenter controlled trial, dogs with large joint OA treated with SVF cells had significantly improved scores for pain, lameness and range of motion compared with control dogs [7]. At least 80,000 SVF cells per kilogram of animal body weight were used. Similar effects were documented for OA, cartilage, tendon and ligament injuries treated with autologous SVF cells in other species as well [7,19,20].

Based on previously published results from animal and human studies, we hypothesize that non-manipulated SVF cells freshly isolated from loose connective tissue that is associated with adipose tissue and administered to the loose connective tissue in a close proximity or into the arthritic joint can demonstrate healing potential in patients with degenerative OA. Here we present data from a multi-centric, prospective case control study that demonstrate how practicing medicine with patient's own regenerative cells freshly isolated from a stromal vascular fraction surrounding small blood vessels of the adipose tissue can significantly improve outcome of degenerative OA leading to a better quality of life.

## Materials and methods

### Patients

Multi-centric prospective non-randomized case control study of International Consortium for Cell Therapy and Immunotherapy (ICCTI) was performed in the United States of America, the Czech Republic, Slovakia, and Lithuania after approval by the local Ethics Committees and Investigational Review Board of American Naturopathic Research Institute/Naturopathic Oncology Research Institute. Informed consent for patients was in accordance with the Declaration of Helsinki. Certified orthopedic surgeons and/or traumatology surgeons recruited patients with OA in seven clinical centers from 2010 to 2013. Inclusion criteria consisted of: 1) 18 years of age and older; 2) chronic or degenerative joint OA grade 2-4 (Kellgren-Lawrence) of 1-4 large weight bearing joints (including hip and knee) and additionally 0-8 other joints (including shoulder, elbow, wrist, hand, ankle, foot) causing significant functional disability verified by clinical examination and X-ray and/or magnetic resonance imaging (MRI); 3) failure of conservative management; 4) signed informed consent form. Exclusion criteria consisted of: 1) active inflammatory disease; 2) severe cardiac, pulmonary or other systemic disease; 3) history of active neoplasm and its treatment with immunosuppressive agents (including chemotherapy, radiotherapy, steroids or other immunosuppressive drugs) within the past 12 months; 4) steroids or platelet-rich plasma within the past 4 weeks; 5) health condition (including known allergy to local anesthetic drug) that does not allow to preform liposuction in local anesthesia; 6) pregnancy or lactation; 7) TJA.

Patients who were referred as candidates for TJA were allowed to participate in SVF cell therapy and this information was recorded by referring physician. All patients underwent local anesthesia of subcutaneous fat in an extent that enables collection of 20-200ml of adipose tissue (lipoaspirate) by a standard tumescent liposuction.

### X-ray and magnetic resonance imaging

X-ray: standard weight-bearing X-ray images were performed in antero-posterior (AP) and lateral projections. The images were taken at collaborating institutions using digital X-ray machines, all of them were quality-controlled and certified. Most images were made on direct radiography system Sedecal CXDI 55G (Spain) with read-out detector Canon CXDI (Japan).

MRI: 1.5 T standard protocols pertaining each individual joint using proton density-weighted images (PD) and PD with fat saturation (FS) in coronal plane, T1 and PD FS in sagittal plane, 3D water-excitation technique in transversal and coronal planes were applied. Examinations were performed on 1.5 T machine Toshiba Excelart Vantage (Toshiba Medical Systems, Japan).

### Tissue and SVF Cell Processing

Lipoaspirate was processed using Cellthera Kit I (patented technology: EP No. 2792741 in 2010-2012) or Cellthera Kit II (in 2013), Cellthera, s.r.o., Brno, Czech Republic. At least 20ml of adipose tissue per each large joint (or 2 medium joints - elbow, wrist; or 5-8 small joints - hand, foot) treated was processed according to manufacturer's instructions with Cellthera Kit I containing collagenase mix. Finally, to block any residual collagenase activity, SVF cells isolated by Kit I were resuspended in 1-5ml autologous plasma that was obtained from anticoagulated blood after centrifugation. When using Kit II, at least 50ml of adipose tissue per each large joint (or 2 medium joints - elbow,

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

wrist; or 5-8 small joints - hand, foot) treated was processed with Cellthera Kit II that does not contain collagenase. Briefly, lipoaspirate was thoroughly washed to remove most red blood cells and tissue debris, incubated at 37°C for 20-30 minutes while washing and SVF cells were then collected by centrifugation at 400g, properly washed with normal saline and filtered through a sterile 100μm filter (BD Biosciences, Franklin Lakes, NJ, USA). SVF cells isolated by Kit II were resuspended in 1-5ml normal saline. All isolated SVF cells were used for treatment. In both cases (isolation using Kit I or Kit II), all nucleated SVF cells were counted on Burker chamber (Glaswarenfabrik Karl Hecht GmbH & Co KG, Sondheim/Rhön, Germany) after trypan blue (Sigma-Aldrich, St Louis, MO, USA) staining.

### In vitro SVF cells preclinical testing

Freshly isolated SVF cells as well as third passage adipose tissue-derived stromal cells (ASCs) were examined for their immunophenotype. In order to obtain the third passage of ASC, isolated SVF cells were seeded at a density $20 \times 10^3$ cells/cm² in 24-well plastic plate (Costar, USA), and then cultured in DMEM/F12 (Sigma-Aldrich) containing 2% penicillin and 5% platelet lysate at 37°C with 5% $CO_2$. After 24 hours of culture, non-adherent cells were removed and fresh complete medium was added to adherent cells - ASCs. The medium was changed twice per week. When 80% confluence was reached, the cells were counted and subcultured using 0.25% trypsin (Sigma-Aldrich).

The immunophenotype of SVF freshly isolated cells as well as third passage ASCs was characterized by BD FACS Canto II flow cytometer (BD Biosciences). Briefly, cells were washed twice in Dulbeco´s PBS containing 1% bovine serum albumin (Sigma-Aldrich) and stained for 30 minutes at 4°C with anti-CD90 - FITC, anti-CD73 - PE, anti-CD105 - APC, anti-CD19 - APC-Cy7, anti-CD45- PECy7 and anti-CD34 - PerCP-Cy5 (BD Biosciences). Cells were then washed with PBS and characterized by flow cytometry. Doubling time (DT) was measured as followed: DT = (log2 x culture time) : (log N – log $N_0$) where N is cell count after the third passage and $N_0$ is cell count of adherent cells after removal of non-adherent cells at the beginning of cell culture.

### Treatments

SVF cells were administered in 1-5ml aliquot per joint treated according to joint size. Up to 4 large joints or up to 8 other joints were treated. Single injection of SVF cells was administered intraarticularly or periarticularly to the synovial stromal loose connective tissue in the close proximity of such joint. If needed, ultrasound or C-arm X-ray navigation of the needle was employed.

### Evaluations

Clinical status of all patients was closely monitored by the attending physician who indicated patients for cell therapy at least 1 week before, at the time of SVF treatment, 1 week, 1, 3, 6, and 12 months after the SVF treatment. SVF cell therapy was recorded and evaluated by the same physician. Clinical evaluation incorporated medical history, physical examination including evaluation of joint pain, number of analgesic drugs taken, joint stiffness and extent of joint movement, lameness status on a semiquantitative scale, recommendation for TJA, as well as any side effects possibly associated with SVF cell therapy. If possible, joint X-ray and/or MRI follow-up of the involved joint was performed after at least 6 months from SVF cell therapy.

All patients and their physicians were instructed to fill in the modified Knee/Hip Osteoarthritis Outcome Score (KOOS/HOOS; www.koos.nu) questionnaire that evaluated semiquantitatively the following measures:

A) Pain – patient evaluation (0 = no pain; 1 = minor not frequent pain; 2 = minor frequent pain; 3 = moderate pain; 4 = severe pain; 5 = unbearable pain requiring analgesics);

B) Painkillers per week – physician evaluation (0 = no painkillers; 1 = 1-7 pills/topical analgesic cream (TAC); 2 = 8-14 pills/TAC; 3 = 15-21 pills/TAC; 4 = 22-28 pills/TAC; 5 = 29 or more pills/TAC);

C) Limping at walk – physician evaluation (0 = no limping; 1 = less frequent minor limping; 2 = frequent minor limping; 3 = moderate limping; 4 = severe limping; 5 = impossible to walk);

D) Extent of joint movement– physician evaluation (0 = no limitation; 1 = limitation up to 20%; 2 = limitation 21-40%; 3 = limitation 41-60%; 4 = limitation 61-80%; 5 = limitation more than 80%, impossible to move);

E) Joint stiffness – patient evaluation (0 = no stiffness; 1 = minor; 2 = moderate; 3 = serious; 4 = severe; 5 = impossible to walk).

OA Score was then constructed as the mean value of variables A) – E) for each patient.

### Statistical evaluation

The nonparametric statistical analysis of changes in Scores over time (before, 3months, 6months and 12 months) in each treatment group was tested by one-way repeated measures analysis of variance (ANOVA), the Friedman test was used. The Kruskal–Wallis test (nonparametric one-way ANOVA) was used for comparing Score in independent treatment group (according to OA grade, and body mass index (BMI) category) and post hoc comparisons were made. Wilcoxon rank test was used for comparisons of independent pairs of groups and the Bonferroni correction was used for the test modification to multiple comparisons. Correlation analysis (Spearman correlation coefficient and also modified Spearman correlation coefficient for categorized data) was used for description of statistical association between studied variables (Score and BMI, Score and OA grade, etc.). The significance level 0.05 was used throughout. The 50% and 75% effect of Score improvement in time was calculated as a percentage of patients where the difference between Score before and Score in a particular time was greater than half and ¾ of Score before, respectively. The data were analyzed using statistical software STATISTICA v.10 StatSoft, Inc.

### Results

#### Patient characteristics

A total of 1856 joints of 1128 unique patients were treated with single injection of SVF cells isolated from autologous adipose tissue. From this large group 14 patients (1.2%) were lost to follow-up and 1114 (98.8%) patients were evaluated at their follow-up visits. Median follow-up time from the procedure was 17.2 months (range 12.1-54.3 months). The median age was 62 years (range 19-94 years), 596 (52.8%) patients were males and 532 (47.2%) were females, all patients were Caucasians and all underwent single procedure of SVF cell administration to 1-8 joints. There were 557 (49.4%) patients with one joint treated, 481 (42.6%) patients with two joints treated, 51 (4.5%) patients with three joints treated, and 39 (3.5%) patients with four to eight joints treated. Patients underwent 1132 (61.0%) knee procedures, 625 (33.7%) hip procedures, and 99 (5.3%) other joint (ankle, foot, shoulder, hand, wrist or elbow) procedures (Figure 1). Based on

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study



**Figure 1.** Characteristics of patients and joints treated by SVF cell therapy.

(A): 1856 joints in 1128 patients were treated. The columns represent the numbers of knee, hip, ankle/foot, shoulder and hand/elbow joints treated. (B): The number of patients diagnosed with grade 2, 3 and 4 (according to Kellgren-Lawrence classification) of osteoarthritis is shown. (C): The body mass index (BMI) of patients undergoing SVF cell therapy.

clinical and X-ray examination, 226 (20.0%) patients were diagnosed with grade 2, 788 (69.9%) with grade 3, and 114 (10.1%) with grade 4 of degenerative OA (highest grade of OA in each patient is reported). There was 1 (0.1%) underweight patient (BMI bellow 18), 169 (15.0%) patients with normal weight (BMI 18-24.9), 639 (56.6%) overweight patients (BMI 25-29.9), and 319 (28.3%) obese (BMI 30 or over) (Figure 1). Among all patients treated, there was always at least one large joint (hip or knee) treated and 503 patients (45.2%) of 1114 patients followed-up were candidates for TJA.

## SVF cell characteristics

Initially, we compared isolation of SVF cells from autologous adipose tissue using Cellthera Kit I and Kit II. In the cohort of 12 patient samples of isolated SVF cells (6 isolated with Kit I and 6 isolated with Kit II) we were able to demonstrate typical ASC characteristics including 0.9-4.7% of plastic adherent cells and growing *in vitro* up to passage 6 and expressing CD73, CD90, CD105, losing expression of CD34 and negative for CD45 (data not shown). No significant difference in doubling time was noticed between cells isolated with Kit I and Kit II. In this preliminary optimization cohort, the yield of isolated viable SVF cells per ml of adipose tissue was 3.4-fold higher when using Kit I compared to Kit II.

Thus, for the clinical protocol of individualized cell therapy with autologous SVF cells we decided to use 20-30ml of adipose tissue per each large joint treated when Kit I was used, and 50-90ml of adipose tissue per each large joint treated when Kit II was used. Kit I was used in 478 patients and led to nucleated SVF mean cell yield of 1.63 (±0.41) x $10^6$/ml of adipose tissue and viability of 87.4% (± 6.7%). Kit II was used in 650 patients and led to nucleated SVF mean cell yield of 0.39 (±0.12) x $10^6$/ml of adipose tissue and viability of 95.8% (± 3.9%). Absolute number of viable SVF cells obtained from adipose tissue

isolated with Kit I reached 28.4 (± 11.7) x $10^6$ while absolute number of viable SVF cells obtained from adipose tissue isolated with Kit II reached 22.5 (± 8.1) x $10^6$. These absolute numbers of viable SVF cells were not significantly different (p=0.19). No statistically significant differences in age, sex, BMI and degree of OA were noticed between patients treated with cells isolated with Kit I or Kit II.

## SVF cell therapy and patient follow-up

All patients underwent treatment with SVF cells as scheduled and no complications related to adipose tissue processing and SVF cells preparation were noticed. There were no serious side effects associated with SVF cell therapy. Other side effects related to the procedure consisted of local pain and swelling at the site of injection, fever, reactive synovitis, headache, deep venous thrombosis (Table 1). Pain and swelling at the site of injection were observed in patients injected with higher cell number but without significant difference between those treated with Kit I or Kit II isolated cells. Both cases of deep venous thrombosis occurred in women with unsatisfactory hydration and refusal to walk while remaining at sitting position for several hours after the procedure. There was one case of infectious synovitis reported that is unlikely to be SVF cell therapy-related but it is not possible to exclude it. Six days after SVF cell therapy a woman was complaining of localized pain and swelling at the site of SVF cell application and was admitted to another hospital where a puncture of right knee was performed and revealed to be sterile. Four days later, synovectomy of the right knee was performed and *S. epidermidis* was cultured.

Approximately 95% of joints treated were knees and/or hips (Figure 1). Clinical effect of SVF cell therapy was evaluated with modified KOOS/HOOS Score since, based on Inclusion criteria, all patients has to be treated for at least one hip or knee joint. SVF cell application revealed at least 50% improvement of hip or knee joint after treatment

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

**Table 1.** Side effects observed in patients treated with SVF cell therapy. A total number of 1114 patients were treated and followed-up for side effects related to SVF cell therapy.

| Serious side effects | Number | [%] |
| --- | --- | --- |
| Myocardial infarction | 0 | 0 |
| Stroke | 0 | 0 |
| Thromboembolism | 0 | 0 |
| Systemic infection | 0 | 0 |
| Cancer | 0 | 0 |
| Death | 0 | 0 |
| Other serious side effects | 0 | 0 |
| **Other side effects** | **Number** | **[%]** |
| Local pain < 24 hours | 47 | 4.22 |
| Local pain > 24 hours | 38 | 3.41 |
| Local swelling < 72 hours | 58 | 5.21 |
| Local swelling > 72 hours | 12 | 1.08 |
| Fever > 38°C < 24 hours | 9 | 0.81 |
| Fever > 38°C > 24 hours | 4 | 0.36 |
| Reactive synovitis | 5 | 0.45 |
| Headache | 3 | 0.27 |
| Deep venous thrombosis | 2 | 0.18 |
| Infectious synovitis* | 1 | 0.09 |

*One patient experienced infectious synovitis that was unlikely related to SVF therapy, but it is impossible to completely exclude it. For details, see text.

in 80.6% of patients at 3 months. The Score further improved in time to 12 months of the follow-up to 91.0% as documented in Figure 2. When 75% Score improvement was evaluated of the hip or knee joint, similar trend for improvement was noticed from 3 months to 12 months post-treatment in 39.7% to 63.0% of patients. Only up to 0.9% of patients were non-responders. Remaining patients improved for less than 50%. There was a difference in clinical responses among patients treated with SVF cells isolated with Kit I and Kit II by multiple comparison analysis (Figure 2D). This difference was significant at 3 months after SVF cell therapy (p = 0.0001), but not before, at 6 and 12 months after SVF cell therapy (p = 0.2430; p = 0.0512; p = 0.4593, respectively).

Women had higher Score than men before and at 3 months after SVF cell therapy (p = 0.0089; p = 0.0020), but not at 6 and 12 months after the procedure (p = 0.0771; p = 0.5799, respectively) as demonstrated in Figure 2E. Score evaluation before, at 3, 6 and 12 months after the SVF cell therapy was significantly increased in older patients in comparison to younger ones (p<0.0001 in all checkpoints, respectively) as shown in Figure 2F. Higher OA grade was associated with significantly increased OA Score before, at 3 and 6 months (p = 0.0156; p = 0.0318; p = 0.0030, respectively), but not at 12 months (p = 0.5315) after SVF therapy. Patients with higher BMI had significantly higher OA Score at 3 months after the procedure (p = 0.0281), but not before and at 6 and 12 months after SVF therapy (p = 0.3002; p = 0.1004; p = 0.4022, respectively).

Patient's responses were also monitored by X-ray and MRI. Typically subtle but significant widening of joint spaces was observed on X-ray 6 - 12 months after SVF cell therapy. MRI studies revealed slight chondral thickening or stable cartilage thickness 6 - 12 months after SVF cell therapy. Smoothing of surface irregularities and defects, regression of reactive subchondral bone edema, sealing of chondral fissures, healing of subchondral cortical lesions or integration of chondral flaps were frequently seen after the treatment. To illustrate the X-ray and MRI of the joint treated with SVF cells of a typical good-responders (Figure 3).

From 503 TJA candidates before the SVF cell therapy, only 4 (0.80 %) patients required total hip replacement during the follow-up period.

These findings demonstrate that patients with lower degree of OA and non-obese patients recover from OA faster, typically within 3-6 months after SVF cell therapy. In patients with higher degree of OA and in obese patients the regeneration of arthritic joint may take longer, but at 12 months they experience the same degree of clinical improvement as patients with lower degree of OA and non-obese patients, respectively.

## Discussion

Adipose-derived cells have potential applications to a wide range of clinical disorders including myocardial infarction, stroke, Crohn's disease, multiple sclerosis, rheumatoid arthritis, limb ischemia, breast augmentation and reconstruction, decubiti ulcers, postirradiation fibrosis, and craniofacial reconstruction [6,21,22]. The greatest number of patients reported have been for breast reconstruction, myocardial infarction, and fistula repair in Crohn's disease as previously reviewed [10,15].

There is also a growing body of research regarding stem cells for the treatment of degenerative OA. Recently, the largest group of patients with OA treated with bone marrow-derived cultured MSCs was reported by Centeno et al. and involved 339 patients. It demonstrated safety and clinical efficacy in most patients treated. In a subgroup of 133 patients with knee OA 50% score improvement was noticed in 63.2% cases at an average reporting time of 11.3 months from the first cell application [11]. Vangsness et al. reported results of a randomized, double-blind, controlled study in 55 patients with knee OA and partial medial meniscectomy treated with allogeneic bone marrow-derived MSCs. The study demonstrated safety and no ectopic tissue formation after cell therapy. Reduction of pain as well as meniscal volume increase was noticed in MSC-treated patients but not in placebo control group [17]. Despite using different cell sources, both studies [11,17] are in accordance with our findings regarding safety and clinical effect of cell therapies in similar orthopedic indications.

Recently, there are several reports regarding adipose-derived cell therapy of degenerative OA, but all of them with relatively small number of patients [14,16,23-25]. In our study, we are in agreement with these studies using adipose-derived cells which are safe and clinically effective in most patients with degenerative OA. The use of adipose tissue have many advantages in comparison to bone marrow: it can be easily obtained by standard liposuction under local anesthesia; adipose stem cells are plentiful and adipose tissue contains approximately 500-2500 times higher amount of mesenchymal stem cells compared to the same volume of bone marrow [10,12,21,26]. While MSCs are dramatically decreasing with age in bone marrow [27], their pool in adipose tissue is quite stable during life [26,27]. In addition, the adipose tissue contains unique populations of cells that suppress the inflammatory responses, and thus further contribute to tissue healing. Loose connective tissue creates an optimal environment for adaptation of stem cells and other cells contained in SVF that supports and positively affects microenvironment being sentinels for injury, damaged cells and tissues [10,28]. Adipose-derived stem and stromal cells do not require in vitro cultivation and are ready for use immediately after isolation from the adipose tissue. Recently, in an animal model of guinea pigs with spontaneous OA, Sato et al. demonstrated migration, differentiation, proliferation, and persistence of MSCs into the damaged cartilage and adjacent synovial tissue. There was a strong immunostaining for type II collagen around both residual chondrocytes and transplanted MSCs in the OA cartilage demonstrating direct contribution of MSCs to hyaline cartilage healing and regeneration [9].

These data are in accordance with our clinical observation in a large cohort of adult patients with grade 2-4 degenerative OA. In our

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study



**Figure 2.** Evaluation of clinical outcome based on Modified KOOS/HOOS Score.

A calculation of the Score is based on 5 parameters: pain, number of painkillers per week, limping at walk, extent of joint movement and stiffness. (A): Significant improvement in Score (*) was observed 3, 6 and 12 months after SVF cell therapy compared to the status before SVF cell therapy (p < 0.0001). Means ± SD [blue box], and ± 1.96 SD [black bars] are shown. (B): Percentage of patients with at least 50% Score improvement. (C): Percentage of patients with at least 75% Score improvement. (D): Comparison of Scores in patients treated with SVF cells isolated with Kit I or Kit II. Significant difference was noticed between Kits at 3 months after SVF cell therapy (*). Means - SD are shown for Kit I [full line] and means + SD are shown for Kit II [interrupted line]. (E): Comparison of Scores between the group of men and women. Significant difference was noticed between men and women before SVF therapy and at 3 months after the therapy (*), but not at 6 and 12 months after the procedure. Means - SD are shown for men [full line] and means + SD are shown for women [interrupted line]. (F): Comparison of Scores in patients younger than median age (< 62 years) and older than median age (≥ 62 years). Significant difference was noticed between younger and older patients before SVF therapy and at 3, 6 and 12 months after the therapy (*). Means - SD are shown for patients younger than 62 years [full line] and means + SD are shown for patients 62 years old and older [interrupted line].

SVF cell therapy case control study, 1856 joints were treated in 1128 patients and we were able to demonstrate safety with no serious side effects reported in 1-4.5 years of follow-up and clinical improvement in a vast majority of patients. Some patients experienced local pain and swelling at the injection site, but those symptoms were lasting shortly and were well controlled with common analgesics. Not surprisingly, most patients were treated for knee and/or hip OA and our treatment strategy allowed multiple joint treatments during one surgical procedure. Based on previous studies demonstrating migratory capability of MSCs [8-12] we allowed intraarticular or periarticular (synovial stroma or loose connective tissue immediately adjacent to the joint cartilage) application of SVF cells. We hypothesized that stem cells as well as other regenerative stromal cells may contribute to the cartilage healing process via two mechanisms: 1) paracrine effect and 2) cell migration, differentiation and proliferation. Our clinical observations are in agreement with this hypothesis and with the animal study [9], which brought direct evidence for such mechanism of cartilage regeneration using cell labeling techniques that clearly demonstrated long-term persistence of transplanted stem cells in the cartilage and adjacent synovial and other loose connective tissue. We did not observe any difference in clinical response after intraarticular or periarticular application of SVF cells. This is probably due to capacity of these cells to migrate to the site of injury where they are able to execute the healing effect.

At this point, we should also clarify the terminology regarding the source of SVF cells. In the vast majority of scientific publications only the term *adipose tissue* is used, but the true source of SVF cells is not the adipose part but only the stromal (ie. loose connective tissue) part of the fat obtained typically by liposuction. Histologically, the fat lobules

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study



**Figure 3.** X-ray and magnetic resonance imaging (MRI) results of the joints before and after SVF cell therapy.

(A): X-ray results of 56 year old man with right knee grade 3 osteoarthritis and kissing bone phenomena in a medial compartment. X-ray 12 months after SVF cell therapy shows widening of the joint space [arrows], most likely due to greater cartilage volume. X-ray was performed by direct radiography system Sedecal CXDI 55G (Spain) with read-out detector Canon CXDI (Japan). (B): MRI results (proton density-weighted images in coronal plane) of 45 year old man with grade 2 osteoarthritis with chondral defects, loose chondral flap and irregularities of subchondral cortical bone of lateral compartment of the left knee joint [encircled in red]. MRI performed at 6 months after SVF cell therapy at the same level shows reintegration of the flap, reconstitution of chondral defects with a thin layer of chondral overgrowth and improved outlining of the subchondral cortex. MRI was performed by 1.5 T MRI Toshiba Excelart Vantage XGV Atlas (Japan). (C): MRI results (proton density-weighted images in coronal plane) of 49 year old man with grade 3 osteoarthritis and subchondral bone lesion with control at the same level 18 months after SVF cell therapy. The cartilage defect leading to the defect of subchondral cortical bone disappeared on the control MR image and is covered by regenerated smooth chondral layer. MRI was performed by 1.5 T MRI Toshiba Excelart Vantage XGV Atlas (Japan).

are surrounded by a loose connective tissue and the SVF cells reside in the loose connective tissue that also home capillaries and small vessels. *Stroma* is a broadly used term for the loose connective tissue that contains mesenchymal stem cells and other cells like fibroblasts, macrophages, adipocytes, mast cells and leukocytes. Synovia of articulated joints is also intimately associated with the loose connective tissue which is homologous to the loose connective tissue of the adipose tissue [29]. Thus, in our clinical study we were aiming to enrich the population of stem and other regenerative cells in a close proximity to damaged cartilage. In a human study we are limited in direct cell imaging in comparison to animal studies [9]. On the other hand, we can demonstrate indirectly the healing potential of SVF cell therapy in OA using clinical examinations and symptom scoring as well as objective visualization of damaged joints by MRI and X-ray imaging.

Despite several techniques for SVF cells isolation exist [12,15,21], maximal cell yields are obtained after collagenase digestion of adipose tissue [12]. Here we demonstrate that collagenase digestion may lead to better short term results in a clinical outcome at 3 months, but it is not clear if such short-term effect can be caused by the autologous plasma or larger cell number contained in that cell suspension. On the other hand, later on at 6 and 12 months after SVF cell administration, we did not observe any significant difference between usage of SVF cells that were processed with or without enzymatic digestion of the adipose tissue. In addition, there are similar results with comparable numbers of viable SVF cells that can be obtained without collagenase digestion when larger amounts of adipose tissue are processed. Almost 90% of patients were diagnosed with grade 2-3 OA and almost 85% patients were overweight or obese. We were able to demonstrate that cartilage regeneration is slower during the first 3 to 6 months in patients with higher BMI and in patients with higher OA grade. But later on, at 6 and 12 months after SVF cell therapy, there is no difference in clinical outcome based on BMI and OA grade status. In obese people, the mechanical pressure on cartilage of the weight-bearing joints is extremely high leading to more degenerative changes of the weight-bearing joints. We are demonstrating that despite there are still differences in a short term response (evaluated at 3 months after cell therapy), there is no significant difference in a clinical response after 6 or 12 months. The regenerative potential of SVF cells probably takes longer in obese patients to regenerate the cartilage.

Not surprisingly, higher age is associated with higher Score before and stays higher throughout the follow-up after cell therapy

*Glob Surg*, 2017        doi: 10.15761/GOS.1000163                                                                 Volume 3(3): 7-9

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

in comparison to younger patients. Yet, dramatic Score decrease was significant after SVF cell therapy at any age. Even patients in their seventies, eighties or even nineties, who are typically not qualified for TJA because of their age and a general health status, can undergo SVF cell therapy without any serious side effects. Also, most patients benefited from SVF cell therapy despite the fact that more than 45% of them were TJA candidates. During the median follow-up 17.2 months there were only 4 patients who required TJA. All of them underwent hip joint replacement and all of them had grade 4 OA of that hip joint. None of patients with other than hip OA required TJA. We cannot draw strong conclusions out of this finding, but we can suggest to undergo the SVF cell therapy in earlier stages, especially in case of hip OA, when clinical symptoms of OA are present and leading to decreased quality of life. In addition, our data clearly demonstrate a durable effect of single injection of adipose-derived SVF cells. Similar finding was documented previously with bone marrow-derived cultured MSCs therapy in patients with osteoarthritis [11]. All of them were 67.8% of patients with knee OA candidates for total knee arthroplasty and 6.9% reported that they opted for knee replacement in a median follow-up of 435 days [11].

Other treatment options are used in a clinical practice to alleviate symptoms such as pain and stiffness in OA patients, although none of them led to regeneration of joint connective tissue including cartilage: administration of analgesic, non-steroidal anti-inflammatory drugs and/or corticosteroids. However, these medications may have broad spectrum of adverse effects, mainly in gastrointestinal tract, heart, liver, kidneys, and other organs, especially during long-term use [30]. In case of advanced stage large-joint OA, standard treatment consists in surgical removal of the affected joint and its replacement with an artificial joint. Total joint arthroplasty represents rather extensive surgery which is associated with considerable risk of serious side effects and post-operative complications including myocardial infarction, stroke, systemic infection or increased risk of death after TJA [2-5].

Typically, patients in our case control study were administered large amounts of painkillers, ie. mainly analgesics or non-steroidal anti-inflammatory drugs, before the SVF administration. In order to compare the amount of painkillers taken before and after the SVF cell application, the quantity of these drugs in a form of pills or topical analgesic creams used by patients was assessed, evaluated and used as one of the parameters in calculation of the Modified KOOS/HOOS Clinical Score to evaluate clinical effect of the therapy. We have observed that the quantity of painkillers (data not shown), as well as the Score (Figure 2A) were significantly decreased after the SVF therapy. Despite the limitation of our study that did not contain the control group of patients with OA, we can assume that, due to a long term use (at least 6 months, but typically several years) of painkillers prior to SVF administration, those patients would continue in painkillers consumption at the same or even larger amounts of painkillers as the diseases progresses, without SVF cell application. Altogether, given that the amount of painkillers used was significantly decreased in patients after the SVF cell administration, we can assume that this therapeutic strategy is both safe and effective in most of the patients treated.

In addition, there are also other treatment approaches to OA, such as intraarticular administration of platelet rich plasma or hyaluronic acid, sometimes called viscosupplementation. Although these methods are also available for patients with symptomatic OA, they typically involve a series of intraarticular injections with increased potential risks associated with repeated joint injections. In contrast, the results of our case control study are based on a single, intra- or periarticular administration of SVF cells with documented safety and a relatively long term clinical effect with a median follow-up time 17.2 months (range 12.1-54.3 months). Therefore, it would be difficult to compare the effect of a single dose of autologous SVF cells with a series of platelet rich plasma or hyaluronic acid injections.

Despite safety and efficacy of SVF cell therapy, there are some limitations in our case control study. There is no guarantee that such cell therapy can lead to a definite cure of degenerative OA. The patients are further monitored and longer follow-up data will help to answer question about durability and long-term safety of SVF cell therapy. Another limitation of our study is no randomization and no placebo control. There were two reasons for designing that case control study: 1) ethical aspect and 2) economical aspect. We believe it would be rather unethical to ask placebo group of patients to undergo liposuction and placebo administration to the joint with OA. Since this study was designed as autologous cell therapy, there is strong previously documented clinical evidence of safety of autologous non-manipulated or minimally manipulated cell therapies [31]. In the first decade of the 21st century, more than 17,000 scientific articles involving 2,724 cell therapy clinical trials were published [32]. These results include 323,000 patients treated with more than 675,000 cell therapy units. The treatments were very safe and often very effective in the treatment of various diseases with the potential to significantly improve health worldwide [10,31,32]. Second economical aspect of our study preparation was based on estimation of extreme costs associated with a new drug development. The costs of phase I to phase III clinical trials leading to the new drug registration are estimated to be 300 million to 1 billion USD. Furthermore, once such budget is raised, new drug is tested in a double-blind, randomized, placebo-controlled clinical trial and finally registered based on safety and efficacy profile. The health care providers worldwide are exposed to extreme costs associated with eligible patient treatments after such registration. On the other hand, a case control study, if well designed and if strong evidence for minimal risks based on previous studies exists, can lead to a cost-effective, safe, ethical and objective evaluation of a novel treatment. One of such examples can be a case control study using autologous non-manipulated or minimally manipulated cells.

## Conclusion

Autologous stromal vascular fraction cell therapy of degenerative osteoarthritis is safe and clinically effective strategy leading to improved quality of life. This conclusion is based on the present case control study of 1128 adult patients.

## Financial support

This work was supported in part by Cellthera, s.r.o., the Czech Republic

## Disclosure of potential conflicts of interest

JM is CEO of Cellthera, s.r.o., other authors do not declare any conflicts of interest.

## Author contributions

JM was responsible for conception and design, financial support, data analysis and interpretation, manuscript writing and final approval of manuscript; RM, LL, KP, MP, JR, MC, AC, AD were responsible for provision of study patients and materials, collection and assembly of data; JM sr. was responsible for data analysis and interpretation; MC, ZK, PJ and ZD were responsible for collection and assembly of data and

Michalek J (2017) Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study

---

administrative support; JK and JT were responsible for radiology data collection and assembly; KP and ZD participate in manuscript writing and final approval of manuscript.

## Acknowledgement

This work was supported in part by grants No. CZ.1.07/2.3.00/20.0012 and LM2011017 of the Ministry of Education, Youth and Sports of the Czech Republic and European Union Operational Program Education for Competitiveness.

## References

1. Helmick CG, Felson DT, Lawrence RC, Gabriel S, Hirsch R, et al. (2008) Estimates of the prevalence of arthritis and other rheumatic conditions in the United States. Part II. *Arthritis Rheum* 58: 26-35. [Crossref]

2. Lassen MR, Ageno W, Borris LC, Lieberman JR, Rosencher N, et al. (2008) Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. *N Engl J Med* 358: 2776-2786. [Crossref]

3. Parry MC, Smith AJ, Blom AW (2011) Early death following primary total knee arthroplasty. *J Bone Joint Surg Am* 93: 948-953. [Crossref]

4. Schrama JC, Espehaug B, Hallan G, Engesaeter LB, Furnes O, et al. (2010) Risk of revision for infection in primary total hip and knee arthroplasty in patients with rheumatoid arthritis compared with osteoarthritis: a prospective, population-based study on 108,786 hip and knee joint arthroplasties from the Norwegian Arthroplasty Register. *Arthritis Care Res (Hoboken)* 62: 473-479. [Crossref]

5. Thorey F, Reck F, Windhagen H, von Lewinski G (2008) Influence of bone density on total hip resurfacing arthroplasty in patients with osteonecrosis of the femoral head - a radiological analysis. *Technol Health Care* 16: 151-158. [Crossref]

6. Hemati P, Keating A. Mesenchymal stromal cells in regenerative medicine: A Perspective. In: Hematti P, Keating A (2013) Mesenchymal Stromal Cells. Biology and clinical applications. *New York: Humana Press* Pp. 3-16.

7. Black LL, Gaynor J, Gahring D, Adams C, Aron D, et al. (2007) Effect of adipose-derived mesenchymal stem and regenerative cells on lameness in dogs with chronic osteoarthritis of the coxofemoral joints: a randomized, double-blinded, multicenter, controlled trial. *Vet Ther* 8: 272-284. [Crossref]

8. Koga H, Shimaya M, Muneta T, Nimura A, Morito T, et al. (2008) Local adherent technique for transplanting mesenchymal stem cells as a potential treatment of cartilage defect. *Arthritis Res Ther* 10: R84. [Crossref]

9. Sato M, Uchida K, Nakajima H, Miyazaki T, Guerrero AR, et al. (2012) Direct transplantation of mesenchymal stem cells into the knee joints of Hartley strain guinea pigs with spontaneous osteoarthritis. *Arthritis Res Ther* 14: R31. [Crossref]

10. Strioga M, Viswanathan S, Darinskas A, Slaby O, Michalek J (2012) Same or not the same? Comparison of adipose tissue-derived versus bone marrow-derived mesenchymal stem and stromal cells. *Stem Cells Dev* 21: 2724-2752. [Crossref]

11. Centeno CJ, Schultz JR, Cheever M, Freeman M, Faulkner S, et al. (2011) Safety and complications reporting update on the re-implantation of culture-expanded mesenchymal stem cells using autologous platelet lysate technique. *Curr Stem Cell Res Ther* 6: 368-378. [Crossref]

12. Mizuno H, Tobita M, Uysal AC (2012) Concise review: Adipose-derived stem cells as a novel tool for future regenerative medicine. *Stem Cells* 30: 804-810. [Crossref]

13. Yoshimura K, Suga H, Eto H (2009) Adipose-derived stem/progenitor cells: roles in adipose tissue remodeling and potential use for soft tissue augmentation. Regen Med 4: 265-273. [Crossref]

14. Bui KH, Duong TD, Nguyen TN, Nguyen TD, Le VT, et al. (2014) Symptomatic knee osteoarthritis treatment using autologous adipose derived stem cells and platelet-rich plasma: a clinical study. *Biomed Res Ther* 1: 2-8.

15. Gimble JM, Guilak F, Bunnell BA (2010) Clinical and preclinical translation of cell/based therapies using adipose tissue/derived cells. *Stem Cell Res Ther* 1: 19.

16. Koh YG, Choi YJ, Kwon SK, Kim YS, Yeo JE (2015) Clinical results and second-look arthroscopic findings after treatment with adipose-derived stem cells for knee osteoarthritis. *Knee Surg Sports Traumatol Arthrosc* 23: 1308-1316. [Crossref]

17. Vangsness CT, Farr J, Boyd J, Dellaero DT, Mills CR, et al. (2014) Adult human mesenchymal stem cells delivered via intra-articular injection to the knee following partial medial meniscectomy: a randomized, double-blind, controlled study. *J Bone Joint Surg Am* 96: 90-98. [Crossref]

18. Bernardo ME, Locatelli F, Fibbe WE (2009) Mesenchymal stromal cells: a novel treatment modality for tissue repair. *Ann N Y Acad Sci* 1176: 101-117. [Crossref]

19. Guilak F, Awad HA, Fermor B, Leddy HA, Gimble JM (2004) Adipose-derived adult stem cells for cartilage tissue engineering. *Biorheology* 41: 389-399. [Crossref]

20. Murphy JM, Fink DJ, Hunziker EB, Barry FP (2003) Stem cell therapy in a caprine model of osteoarthritis. *Arthritis Rheum* 48: 3464-3474. [Crossref]

21. Gimble JM, Bunnell BA, Chiu ES, Guilak F (2011) Concise review: Adipose-derived stromal vascular fraction cells and stem cells: Let's not get lost in translation. *Stem Cells* 29: 749-754. [Crossref]

22. Illouz YG, Sterodimas A (2009) Autologous fat transplantation to the breast: a personal technique with 25 years of experience. *Aesthetic Plast Surg* 33: 706-715. [Crossref]

23. Evans CH, Kraus VB, Setton LA (2014) Progress in intra-articular therapy. *Nat Rev Rheumatol* 10: 11-22. [Crossref]

24. Koh YG, Choi YJ (2012) Infrapatellar fat pad-derived mesenchymal stem cell therapy for knee osteoarthritis. *Knee* 19: 902-907. [Crossref]

25. Pak J (2011) Regeneration of human bones in hip osteonecrosis and human cartilage in knee osteoarthritis with autologous adipose-tissue-derived stem cells: a case series. *J Med Case Rep* 5: 296. [Crossref]

26. Aust L, Devlin B, Foster SJ, Halvorsen YDC, Hicok K, et al. (2004) Yield of human adipose-derived adult stem cells from liposuction aspirates. *Cytotherapy* 6: 7-14. [Crossref]

27. Caplan AI (2009) Why are MSCs therapeutic? New data: new insight. *J Pathol* 217: 318-324. [Crossref]

28. Varma MJ, Breuls RG, Schouten TE, Jurgens JF, Bontkes HJ, et al. (2007) Phenotypical and functional characterization of freshly isolated adipose tissue-derived stem cells. *Stem Cells Dev* 16: 91-104. [Crossref]

29. Ross MH, Pawlina W (2011) Histology: a Text and Atlas. 6-th ed. Wolters Kluwer: Lippincott Williams & Wilkins. Pp. 98-104.

30. O'Neil CK, Hanlon JT, Marcum ZA (2012) Adverse effects of analgesics commonly used by older adults with osteoarthritis: focus on non-opioid and opioid analgesics. *Am J Geriatr Pharmacother* 10: 331-342. [Crossref]

31. Mason C, Manzotti E (2010) Regenerative medicine cell therapies: numbers of units manufactured and patients treated between 1988 and 2010. *Regen Med* 5: 307-313. [Crossref]

32. Culme-Seymour EJ, Davie NL, Brindley DA, Edwards-Parton S, Mason C (2012) A decade of cell therapy clinical trials (2000-2010). *Regen Med* 7: 455-462. [Crossref]

**Copyright:** ©2017 Michalek J. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

# EXHIBIT 1

Photos of adipose tissue (from Lipogems Co.)











## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Expert Report to be delivered this

22nd day of January, 2019, to all counsel of record via electronic mail.

/s/Mary M. Gardner
Mary M. Gardner

## SERVICE LIST

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*