**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**US STEM CELL CLINIC, LLC,** a Florida limited liability company,
**US STEM CELL, INC.,** a Florida profit corporation, and
**KRISTIN C. COMELLA** and
**THEODORE GRADEL,** individuals,

    **Defendants.**

## JOINT MOTION TO ENTER CONSENT DECREE OF PERMANENT INJUNCTION AS TO DEFENDANT THEODORE GRADEL

Plaintiff United States of America, by and through undersigned counsel, along with Defendant Theodore Gradel, by and through his undersigned counsel, hereby file this Joint Motion to Enter Consent Decree of Permanent Injunction. Plaintiff, the United States of America, by its undersigned counsel, avers as follows:

1. Plaintiff and Defendant Theodore Gradel have agreed to resolve the above matter as to Mr. Gradel with the entry of a Consent Decree for Permanent Injunction (the "Consent Decree"), attached hereto.

2. Counsel for Plaintiff, counsel for Mr. Gradel, and Mr. Gradel all have signed the attached Consent Decree.

3. Accordingly, Plaintiff and Defendant Theodore Gradel respectfully request that the Court stay all pending deadlines and schedules as to Mr. Gradel and sign and enter the attached Consent Decree as its final order and judgment against Mr. Gradel in this case.

### **LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE**

The undersigned Trial Attorney, counsel for Plaintiff, hereby certifies that he has conferred with Mr. Todd Halpern, Esq., counsel for Defendants, and is authorized to represent that the Defendants consent to the relief requested in this motion.

WHEREFORE, Plaintiff and Defendant Theodore Gradel respectfully request that this Court enter the attached Consent Decree.

DATED: March 22, 2019                                **Respectfully Submitted,**

**For Defendants:**                                  **For Plaintiffs:**

**Isaac J. Mitrani**                                 ARIANA FAJARDO ORSHAN
Florida Bar No. 348538                               UNITED STATES ATTORNEY
**Loren H. Cohen**
Florida Bar No. 303879                               JAMES A. WEINKLE
**MITRANI, RYNOR,**                                  **Assistant United States Attorney**
**ADAMSKY & TOLAND, P.A.**                           Florida Bar No. 0710891
301 Arthur Godfrey Road, Penthouse                   99 N.E. 4th Street, Suite 300
Miami Beach, FL  33140                               Miami, Florida 33132
Tel.:    305-/358-0050                               Tel.: 305.961.9290
Fax:    305/358-0050                                 Email: James.Weinkle@usdoj.gov
imitrani@mitrani.com
lcohen@mitrani.com                                   **JOSEPH H. HUNT**
dbitran@mitrani.com                                  **Assistant Attorney General**
ctenn@mitrani.com
miamidocketing@mitrani.com                           **JAMES M. BURNHAM**
                                                     **Deputy Assistant Attorney General**
**Todd A. Harrison** (admitted pro hac vice)         **Civil Division**
**Todd H. Halpern** (admitted pro hac vice)
**Stephen R. Freeland** (admitted pro hac vice)      **GUSTAV W. EYLER**
**Mary M. Gardner** (admitted pro hac vice)          **Acting Director**
**Venable LLP**                                      **Consumer Protection Branch**
600 Massachusetts Avenue NW
Washington, DC 20001                                 **ALAN PHELPS**
                                                     **Assistant Director**

| | |
|---|---|
| *Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Kristin C. Comella and Theodore Gradel* | **ROGER J. GURAL**<br>**Roger J. Gural**<br>**Trial Attorney**<br>Consumer Protection Branch<br>United States Department of Justice<br>Washington, DC  20044<br>P.O. Box 386<br>Tel.: 202.307.0174<br>Email: roger.gural@usdoj.gov<br><br>*Counsel for United States of America* |