UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-CV-61047

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US STEM CELL CLINIC, LLC, a Florida
limited liability company,
US STEM CELL, INC., a Florida profit
corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,

    Defendants.

Exhibit "A"

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Trial date(s) | | |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 1 | | | | | "Adipose Derived Stem Cell Isolation: A Step-by-Step Guide", US Stem Cell Clinics |
| | 2 | | | | | Clzyme AS Webpage Screenshot https://www.vitacyte.com/products/cizyme-collagenase-as/ |
| | 3 | | | | | VitaCyte Certificate of Analysis 2018-03-13 |
| | 4 | | | | | Clzyme AS Product Specification 2016-12-16 |
| | 5 | | | | | VitaCyte Product Insert 2017-01-04 |
| | 6 | | | | | VitaCyte Safety Data Sheet 2016-12-16 |
| | 7 | | | | | VitaCyte Certificate of Origin 2016-12-19 |
| | 8 | | | | | VitaCyte Certificate of Analysis 2016-11-8 |
| | 9 | | | | | U.S. Stemcell Batch Production Record 2015-10-16 |
| | 10 | | | | | Vitacyte Invoice 2017-3-6 |
| | 11 | | | | | Fedex shipment tracking #778582320629 |
| | 12 | | R | | | Autengruber, A., et al. "Impact of Enzymatic Tissue Disintegration on the Level of Surface Molecule Expression and Immune Cell Function." *European Journal of Microbiology and Immunology*, vol. 2, no. 2, 2012, pp. 112–120 |
| | 13 | | R | | | Bellows, C. F., et al. "Circulation of Progenitor Cells in Obese and Lean Colorectal Cancer Patients." *Cancer Epidemiology Biomarkers & Prevention*, vol. 20, no. 11, 2011, pp. 2461–2468 |
| | 14 | | R | | | Bellows, Charles F., et al. "Influence of BMI on Level of Circulating Progenitor Cells." *Obesity*, vol. 19, no. 8, 2011, pp. 1722–1726 |
| | 15 | | R | | | Benoit, Eric, et al. "Safety and Efficacy of Autologous Cell Therapy in Critical Limb Ischemia: A Systematic Review." *Cell Transplantation*, vol. 22, no. 3, 2013, pp. 545–562 |
| | 16 | | R | | | Berman, Mark, and Elliot Lander. "A Prospective Safety Study of Autologous Adipose-Derived Stromal Vascular Fraction Using a Specialized Surgical Processing System." *The American Journal of Cosmetic Surgery*, vol. 34, no. 3, 2017, pp. 129–142 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 17 | | R | | | Bhansali, Anil, et al. "Efficacy and Safety of Autologous Bone Marrow-Derived Stem Cell Transplantation in Patients with Type 2 Diabetes Mellitus: A Randomized Placebo-Controlled Study." *Cell Transplantation*, vol. 23, no. 9, 2014, pp. 1075–1085 |
| | 18 | | R | | | Birbrair, Alexander, et al. "Pericytes at the Intersection between Tissue Regeneration and Pathology: Figure 1." *Clinical Science*, vol. 128, no. 2, 2015, pp. 81–93 |
| | 19 | | R | | | Birbrair, Alexander, et al. "Role of Pericytes in Skeletal Muscle Regeneration and Fat Accumulation." *Stem Cells and Development*, vol. 22, no. 16, 2013, pp. 2298–2314 |
| | 20 | | R | | | Black LL, et al. "Effect Of Adipose-Derived Mesenchymal Stem and Regenerative Cells on Lameness in Dogs with Chronic Osteoarthritis of The Coxofemoral Joints: A Randomized, Double-Blinded, Multicenter, Controlled Trial." *Vet Ther.* 2007 Winter;8(4):272-84 |
| | 21 | | R | | | Chang, Hak, et al. "Safety of Adipose-Derived Stem Cells and Collagenase in Fat Tissue Preparation." *Aesthetic Plastic Surgery*, vol. 37, no. 4, 2013, pp. 802–808 |
| | 22 | | R | | | Coelho, Marisa, et al. "State of the Art Paper Biochemistry of Adipose Tissue: an Endocrine Organ." *Archives of Medical Science*, vol. 2, 2013, pp. 191–200 |
| | 23 | | R | | | Crisan, Mihaela, et al. "A Perivascular Origin for Mesenchymal Stem Cells in Multiple Human Organs." *Cell Stem Cell*, vol. 3, no. 3, 2008, pp. 301–313 |
| | 24 | | R | | | Fraser, John K., et al. "Fat Tissue: an Underappreciated Source of Stem Cells for Biotechnology." *Trends in Biotechnology*, vol. 24, no. 4, 2006, pp. 150–154 |
| | 25 | | R | | | Fu, Su, et al. "Fate of Adipose-Derived Stromal Vascular Fraction Cells after Co-Implantation with Fat Grafts." *Plastic and Reconstructive Surgery*, vol. 132, no. 2, 2013, pp. 363–373 |
| | 26 | | R | | | Gimble, Jeffrey M., et al. "Adipose-Derived Stem Cells for Regenerative Medicine." *Circulation Research*, vol. 100, no. 9, 2007, pp. 1249–1260 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 27 | | R | | | Gittel, Claudia, et al. "Isolation of Equine Multipotent Mesenchymal Stromal Cells by Enzymatic Tissue Digestion or Explant Technique: Comparison of Cellular Properties." *BMC Veterinary Research*, vol. 9, no. 1, 2013, p. 2211 |
| | 28 | | R | | | Guo, James, et al. "Stromal Vascular Fraction: A Regenerative Reality? Part 1: Current Concepts and Review of the Literature." *Journal of Plastic, Reconstructive & Aesthetic Surgery*, vol. 69, no. 2, 2016, pp. 170–179 |
| | 29 | | R | | | Guo, James, et al. "Stromal Vascular Fraction: A Regenerative Reality? Part 2: Mechanisms of Regenerative Action." *Journal of Plastic, Reconstructive & Aesthetic Surgery*, vol. 69, no. 2, 2016, pp. 180–188 |
| | 30 | | R | | | Hardy, W. Reef, et al. "Transcriptional Networks in Single Perivascular Cells Sorted from Human Adipose Tissue Reveal a Hierarchy of Mesenchymal Stem Cells." *Stem Cells*, vol. 35, no. 5, 2017, pp. 1273–1289 |
| | 31 | | R | | | Hematti, Peiman, and Armand Keating. "Mesenchymal Stromal Cells in Regenerative Medicine: A Perspective." *Mesenchymal Stromal Cells*, 2012, pp. 3–16 |
| | 32 | | R | | | Hindle, Paul, et al. "The Infrapatellar Fat Pad as a Source of Perivascular Stem Cells with Increased Chondrogenic Potential for Regenerative Medicine." *STEM CELLS Translational Medicine*, vol. 6, no. 1, 2016, pp. 77–87 |
| | 33 | | R | | | Kershaw, Erin E., and Jeffrey S. Flier. "Adipose Tissue as an Endocrine Organ." *The Journal of Clinical Endocrinology & Metabolism*, vol. 89, no. 6, 2004, pp. 2548–2556 |
| | 34 | | R | | | Kilinc, Mehmet Okyay, et al. "The Ratio of ADSCs to HSC-Progenitors in Adipose Tissue Derived SVF May Provide the Key to Predict the Outcome of Stem-Cell Therapy." *Clinical and Translational Medicine*, vol. 7, no. 1, 2018 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 35 | | R | | | Kim, Eo Jin, et al. "Platelet-Derived Growth Factor Receptor-Positive Pericytic Cells of White Adipose Tissue from Critical Limb Ischemia Patients Display Mesenchymal Stem Cell-Like Properties." *Clinics in Orthopedic Surgery*, vol. 9, no. 2, 2017, p. 239 |
| | 36 | | R | | | Kitagawa, Y., M. Kobori, and K. Toriyama. "History of discovery of human adipose-derived stem cells and their clinical application." *Japanese Journal of Plastic and Reconstructive Surgery,* 49.10, 2006, pp.1097-1104 |
| | 37 | | R | | | Kokai, Lauren E., et al. "Adipose Stem Cells: Biology and Clinical Applications for Tissue Repair and Regeneration." *Translational Research*, vol. 163, no. 4, 2014, pp. 399–408 |
| | 38 | | R | | | Liebermann-Meffert, Dorothea. "The Greater Omentum." *Surgical Clinics of North America*, vol. 80, no. 1, 2000, pp. 275–293 |
| | 39 | | R | | | Lockhart, Ryan A, and Cloe S. Hakakian. "Tissue Dissociation Enzymes for Adipose Stromal Vascular Fraction Cell Isolation: A Review." *Journal of Stem Cell Research & Therapy*, vol. 5, no. 12, 2015 |
| | 40 | | R | | | Ma, Xiang-Rui, et al. "Transplantation of Autologous Mesenchymal Stem Cells for End-Stage Liver Cirrhosis: A Meta-Analysis Based on Seven Controlled Trials." *Gastroenterology Research and Practice*, vol. 2015, 2015, pp. 1–10 |
| | 41 | | R | | | Merfeld-Clauss, Stephanie, et al. "Adipose Stromal Cells Differentiate Along a Smooth Muscle Lineage Pathway Upon Endothelial Cell Contact via Induction of Activin A." *Circulation Research*, vol. 115, no. 9, 2014, pp. 800–809 |
| | 42 | | R | | | Merfeld-Clauss, Stephanie, et al. "Adipose Tissue Progenitor Cells Directly Interact with Endothelial Cells to Induce Vascular Network Formation." *Tissue Engineering Part A*, vol. 16, no. 9, 2010, pp. 2953–2966 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 43 | | R | | | Mizuno, Hiroshi, and Hiko Hyakusoku. "Fat Grafting to the Breast and Adipose-Derived Stem Cells: Recent Scientific Consensus and Controversy." *Aesthetic Surgery Journal*, vol. 30, no. 3, 2010, pp. 381–387 |
| | 44 | | R | | | Mohammadi, Rahim, et al. "Nonexpanded Adipose Stromal Vascular Fraction Local Therapy on Peripheral Nerve Regeneration Using Allografts." *Journal of Investigative Surgery*, vol. 29, no. 3, 2015, pp. 149–156 |
| | 45 | | R | | | Sakaguchi, Y. "Suspended Cells from Trabecular Bone by Collagenase Digestion Become Virtually Identical to Mesenchymal Stem Cells Obtained from Marrow Aspirates." *Blood*, vol. 104, no. 9, 2004, pp. 2728–2735 |
| | 46 | | R | | | Shah, Forum S., et al. "A Non-Enzymatic Method for Isolating Human Adipose Tissue-Derived Stromal Stem Cells." *Cytotherapy*, vol. 15, no. 8, 2013, pp. 979–985 |
| | 47 | | R | | | Sumi, Makoto, et al. "Transplantation of Adipose Stromal Cells, but Not Mature Adipocytes, Augments Ischemia-Induced Angiogenesis." *Life Sciences*, vol. 80, no. 6, 2007, pp. 559–565 |
| | 48 | | R | | | Sun, Xiuqin, et al. "Meta-analysis on autologous stem cell transplantation in the treatment of limb ischemic." *International journal of clinical and experimental medicine*, vol. 8.6, 2015, pg. 8740 |
| | 49 | | R | | | Banaszak, Mark, et al. "The FDA Wants to Regulate Your Cells." *Wall Street Journal*, 8 Aug. 2012. |
| | 50 | | R | | | Toplu, Gaye, et al. "Adipose Tissue-Derived Stromal Vascular Fraction Increases Osteogenesis in an Experimental Design Zygomatic Bone Defect Model." *Journal of Craniofacial Surgery*, vol. 28, no. 8, 2017, pp. 2179–2182 |
| | 51 | | R | | | Traktuev, Dmitry O., et al. "A Population of Multipotent CD34-Positive Adipose Stromal Cells Share Pericyte and Mesenchymal Surface Markers, Reside in a Periendothelial Location, and Stabilize Endothelial Networks." *Circulation Research*, vol. 102, no. 1, 2008, pp. 77–85 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 52 | | R | | | Traktuev, Dmitry O., et al. "Robust Functional Vascular Network Formation In Vivo by Cooperation of Adipose Progenitor and Endothelial Cells." *Circulation Research*, vol. 104, no. 12, 2009, pp. 1410–1420 |
| | 53 | | R | | | Pham, Phuc Van. "Clinical Trials for Stem Cell Transplantation: When Are They Needed?" *Stem Cell Research & Therapy*, vol. 7, no. 1, 2016 |
| | 54 | | R | | | Comella, Kristin, et al. "First-in-Man Intravenous Implantation of Stromal Vascular Fraction in Psoriasis: a Case Study." *International Medical Case Reports Journal*, Volume 11, 2018, pp. 59–64 |
| | 55 | | R | | | Comella, Kristin, and Walter Bell. "First-in-Man Intraglandular Implantation of Stromal Vascular Fraction and Adipose-Derived Stem Cells plus Platelet-Rich Plasma in Irradiation-Induced Gland Damage: a Case Study." *International Medical Case Reports Journal*, Volume 10, 2017, pp. 295–299 |
| | 56 | | R | | | Comella, Kristin, and David Ikudayisi. "Injection of Stromal Vascular Fraction Plus Platelet-Rich Plasma in a Non-Healing Decubitus Ulcer." *Journal of Medical Cases*, vol. 9, no. 10, 2018, pp. 323–327 |
| | 57 | | R | | | Comella, Kristin, et al. "Intra-Articular Implantation of Stromal Vascular Fraction Plus Platelet Rich Plasma in a Degenerative Meniscal Injury." *Journal of Medical Cases*, vol. 9, no. 7, 2018, pp. 221–225 |
| | 58 | | R | | | Comella, Kristin, et al. "Safety Analysis of Autologous Stem Cell Therapy in a Variety of Degenerative Diseases and Injuries Using the Stromal Vascular Fraction." *Journal of Clinical Medicine Research*, vol. 9, no. 11, 2017, pp. 935–942 |
| | 59 | | R | | | Comella, Kristin, et al. "Autologous Stromal Vascular Fraction in the Intravenous Treatment of End-Stage Chronic Obstructive Pulmonary Disease: A Phase I Trial of Safety and Tolerability." *Journal of Clinical Medicine Research*, vol. 9, no. 8, 2017, pp. 701–708 |

| | Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 60 | | R | | | Bansal, Himanshu, et al. "Intra-Articular Injection in the Knee of Adipose Derived Stromal Cells (Stromal Vascular Fraction) and Platelet Rich Plasma for Osteoarthritis." *Journal of Translational Medicine*, vol. 15, no. 1, 2017 |
| | 61 | | R | | | Comella, K., et al. "Effects of the Intramyocardial Implantation of Stromal Vascular Fraction in Patients with Chronic Ischemic Cardiomyopathy." *Journal of Translational Medicine*, vol. 14, no. 1, 2016 |
| | 62 | | R | | | Comella, Kristin, et al. "Effects of the Intradiscal Implantation of Stromal Vascular Fraction plus Platelet Rich Plasma in Patients with Degenerative Disc Disease." *Journal of Translational Medicine*, vol. 15, no. 1, 2017 |
| | 63 | | R | | | Parcero, Juan J, et al. "Autologous Adipose-Derived Stromal Stem Cell Implantation to Resolve Critical Limb Ischemia: Case Report." *Cureus*, 2014 |
| | 64 | | | | | *Curriculum Vitae* of Elliot B. Lander, MD, FACS |
| | 65 | | A,R,H,UP | | | Electronic Business Record, "Improving the lives of patients with regenerative medicine", https://usstemcellclinic.com/testimonials |
| | 66 | | A,R,H,UP | | | Electronic Business Record- Paul M. Video Testimonial https://usstemcellclinic.com/testimonials |
| | 67 | | A,R,H,UP | | | Electronic Business Record- Carol G. Video Testimonial https://usstemcellclinic.com/testimonials |
| | 68 | | A,R,H,UP | | | Electronic Business Record- Donald P. Video Testimonial https://usstemcellclinic.com/testimonials |
| | 69 | | A,R,H,UP | | | Electronic Business Record- Greg B. Video Testimonial https://usstemcellclinic.com/testimonials |
| | 70 | | A,R,H,UP | | | Electronic Business Record- Jim J. Video Testimonial https://usstemcellclinic.com/testimonials |
| | 71 | | A,R,H,UP | | | Electronic Business Record- John S. Video Testimonial https://usstemcellclinic.com/testimonials |

| Def No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 72 | | A,R,H,UP | | | Electronic Business Record- Lem B. Video Testimonial https://usstemcellclinic.com/testimonials |
| 73 | | A,R,H,UP | | | Electronic Business Record- Linda C. Video Testimonial https://usstemcellclinic.com/testimonials |

## WITNESSES

| Name & Address | Will Testify Or May Testify | Area Of Testimony |
|---|---|---|
| Kristin Comella 1290 Weston Road, Suite 203a Weston, FL 33326 | Will testify. | Dr. Comella will testify about the SVF Surgical Procedure. |
| Elliot Lander 72780 Country Club Drive, Building C, Suite 301 Rancho Mirage, CA 92270 | Will testify. | Dr. Lander will testify about the SVF Surgical Procedure and the scientific literature concerning SVF. |
| Mike Tomas 1290 Weston Road, Suite 203a Weston, FL 33326 | May testify. | Mr. Tomas may testify about US Stem Cell, Inc. a defendant. |
| Antonio Blanco 1290 Weston Road, Suite 203a Weston, FL 33326 | May testify. | Dr. Blanco may testify about the SVF Surgical Procedure and US Stem Cell Clinic, LLC. |
| Michelle Parlo 1290 Weston Road, Suite 203a Weston, FL 33326 | May testify. | Ms. Parlo may testify about the SVF Surgical Procedure and US Stem Cell Clinic, LLC. |
| Dr. William Murphy, Jr. 1290 Weston Road, Suite 203a Weston, FL 33326 | May testify. | Dr. Murphy may testify about US Stem Cell, Inc. a defendant. |
| Patient 1 | May testify. | Patient 1 may testify about their history and their SVF Surgical Procedure(s) and the benefits obtained. |
| Patient 2 | May testify. | Patient 2 may testify about their history and their SVF Surgical Procedure(s) and the benefits obtained. |
| Patient 3 | May testify. | Patient 3 may testify about their history and their SVF Surgical Procedure(s) and the benefits obtained. |