Transcript Excerpt of Carolyn Yong, Ph.D.

February 21, 2019

Case: United States of America -v- US Stem Cell Clinic, LLC, et al.

18-61047-CIV-UNGARO/O'SULLIVAN

(S.D. Fla.)

```
 1            Have you ever seen any data
 2   demonstrating that stem cells have regenerative
 3   properties in humans?
 4       A.   I have not seen data.  I have read
 5   references in Dr. Lander's reports that suggest
 6   that.  However, I don't agree with the broad
 7   characterization of this cell type having
 8   regenerative properties.
 9       Q.   Why don't you agree?
10       A.   Because, again, any -- in my experience,
11   any information that I've seen in regards has been
12   conducted in cell culture on vitro conditions and
13   animal studies, and it is very -- it's a very big
14   leap to translate animal studies to human studies
15   or human application.
16            Just because a cell has a capacity to
17   self-renew and differentiate into different cell
18   types under very controlled conditions doesn't
19   necessarily mean it can repair or regenerate in
20   the way that we've described regeneration.
21       Q.   How does the body repair itself?
22            MR. GURAL:  Objection; vague.
23            THE WITNESS:  That is vague.  I would
24   need to know the conditions, the specific
25   conditions, what part of the body.
```