# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case No.:  18-CV-61047-UU
### Judge Ungaro

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

  **v.**

**US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,**

 **Defendants.**

---

## AGREED MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Blume of the law firm of Venable LLP, Rockefeller Center, 1270 Avenue of Americas, Tel: 212.503.0699, for purposes of appearance as co-counsel on behalf of Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Blume to receive electronic filings in this case, and in support thereof states as follows:

1.  Michael Blume is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts:

    a.  New York Bar;

    b.  New Jersey Bar;

    c.  Pennsylvania Bar;

    d.  United States Supreme Court;

    e.  United States Court of Appeals for the Third Circuit; and

    f.  United States District Court for the Eastern District of Pennsylvania.

2.      Movant Isaac J. Mitrani, Esquire, of the law firm of Mitrani, Rynor, Adamsky & Toland, P.A., 301 Arthur Godfrey Road, Penthouse, Miami Beach, Florida 33140, tel: 305.358.0050, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Michael Blume has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Michael Blume, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Blume at email address:  msblume@venable.com.

WHEREFORE, Isaac J. Mitrani, moves this Court to enter an Order on the agreed motion permitting Michael Blume to appear before this Court on behalf of Defendants US Stem Cell

Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Blume.

Date: April 11, 2019                                   Respectfully submitted,


                                                    */s/ Isaac J Mitrani*_____
                                                    Isaac J. Mitrani
                                                    Florida Bar No. 348538
                                                    Mitrani, Rynor, Adamsky & Toland, P.A.
                                                    301 Arthur Godfrey Road, Penthouse
                                                    Miami Beach, FL  33140
                                                    Tel:  305.358.0050
                                                    Fax:  305.358.0550
                                                    *Imitrani@mitrani.com*

                                                    *Attorneys for Defendants US Stem Cell Clinic, LLC,*
                                                    *US Stem Cell, Inc., and Kristin C. Comella*


## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Defendants conferred with counsel for Plaintiff on April 10 and 11, 2019 regarding the relief requested herein.  There is no objection to the current motion.

                                _____*Isaac J. Mitrani*_____
                                            Isaac J. Mitrani

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case No.:  18-CV-61047-UU**
**Judge Ungaro**

---

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

   **v.**

**US STEM CELL CLINIC, LLC, a Florida**
**limited liability company,**
**US STEM CELL, INC., a Florida profit**
**corporation, and**
**KRISTIN C. COMELLA and**
**THEODORE GRADEL, individuals,**

          **Defendants.**

---

## <u>CERTIFICATION OF MICHAEL BLUME</u>

Michael Blume, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of New York, the Bar of New Jersey, the Bar of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania.


/s/ Michael Blume
Michael Blume

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on April 11, 2019, a true and correct copy of the foregoing Agreed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings, and proposed Order granting same, were filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.


         */s/ Isaac J. Mitrani*
         Isaac J. Mitrani


## <u>SERVICE LIST</u>

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case No.:  18-CV-61047-UU**
**Judge Ungaro**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

     **v.**

**US STEM CELL CLINIC, LLC, a Florida**
**limited liability company,**
**US STEM CELL, INC., a Florida profit**
**corporation, and**
**KRISTIN C. COMELLA and**
**THEODORE GRADEL, individuals,**

       **Defendants.**

**ORDER GRANTING AGREED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Agreed Motion to Appear *Pro Hac Vice* for Michael Blume, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Agreed Motion is GRANTED.  Michael Blume may appear and participate in this action on behalf of Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella.

DONE AND ORDERED in Chambers at _____, Florida, this day

of _____.


_____

United States District Judge Ursula Ungaro

Copies furnished to:  All Counsel of Record