**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**US STEM CELL CLINIC, LLC, a Florida**
**limited liability company,**
**US STEM CELL, INC., a Florida profit**
**corporation, and**
**KRISTIN C. COMELLA, individual,**

        **Defendants.**

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7.6, Defendants US Stem Cell Clinic, LLC ("USSCC"), US Stem Cell, Inc., and individual Dr. Kristin C. Comella (collectively, "Defendants") respectfully request that this Court continue the trial scheduled in this case for the two-week period commencing June 10, 2019 to another time available to the Court and parties. The Defendants request this change in order to avoid a scheduling conflict with a religious holiday and a graduation. Accordingly, Defendants respectfully request a brief scheduling conference by telephone or as is convenient to the Court to discuss alternative trial dates. Plaintiff consents to the continuance and request for a scheduling conference. A declaration from counsel for Defendants, Isaac Mitrani, as well as a proposed order are attached.

Federal Rule of Civil Procedure 16(b) provides that a schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's

diligence." *Fisher v. SP One Ltd.*, 559 F. App'x 873, 878 (11th Cir. 2014) (citation omitted). Similarly, Local Rule 7.6 provides that a trial may be continued in exceptional circumstances where the party seeking the continuance demonstrates that good cause exists.

Pursuant to this Court's order on August 13, 2018, D.E. 29, the trial in this action was scheduled for the two-week period commencing June 10, 2019. At the time of that Order, the Defendants had not yet selected the attorneys whom they wished to try the case on their behalf, if the case would be, in fact, tried the following year.

It is now evident that the matter will not be settled by the parties; recent mediation proved unsuccessful in that regard. In light of the unsuccessful mediation effort, Defendants have now turned their attention to trial preparation and respectfully request that this case be primarily tried on their behalf by Isaac Mitrani, as well as Michael Blume (*pro hac vice* pending) and Mary M. Gardner of Venable LLP. Mr. Mitrani is admitted to the bar of the United States District Court for the Southern District of Florida and has tried cases before the Southern District of Florida for over thirty years. He will be an integral part of the Defendants' trial team.

Mr. Mitrani, however, is unable to work on June 10, 2019, the first scheduled day of trial, due to religious observance of the Jewish holiday of Shavuot. The following week, Mr. Mitrani is scheduled to attend his son's graduate school graduation in California and will be traveling and attending graduation activities from June 14, 2019 to June 17, 2019. To avoid disruption to the trial, the Defendants request that the trial be postponed until a time available to the Court and parties. Good cause is present here because counsel is unable to attend several potential trial dates due to unavoidable circumstances. In order to schedule the trial at a date available for the Court and the parties, Defendants respectfully request a brief scheduling conference by telephone or as

is convenient to the Court to discuss alternative trial dates.  Plaintiff has represented that it consents to the relief requested.

DATED: April 11, 2019                                    **Respectfully Submitted,**

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
Loren H. Cohen
Florida Bar No. 303879
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305-358-0050
Fax:    305-358-0050
imitrani@mitrani.com
lcohen@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC,*
*US Stem Cell, Inc., and Kristin C. Comella*

## LOCAL RULE 7/1 CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned attorney, counsel for Defendants, hereby certifies that she has conferred with Mr. Roger Gural, Esq., counsel for Plaintiff, and is authorized to represent that Plaintiff consents to the relief requested in this motion.

*/s/ Mary M. Gardner*
Mary M. Gardner (admitted *pro hac vice*)

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 11, 2019, a true and correct copy of the foregoing Defendants' Unopposed Motion to Continue Trial Date was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel.:    305-/358-0050
Fax:    305/358-0050
imitrani@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*

4