**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

  v.

**US STEM CELL CLINIC, LLC, a Florida limited liability company,**
**US STEM CELL, INC., a Florida profit corporation, and**
**KRISTIN C. COMELLA, individual,**

   **Defendants.**

**JOINT MOTION TO WITHDRAW JURY DEMAND**

  Pursuant to Federal Rule of Civil Procedure 38(d), the parties consent and hereby move to withdraw the Jury Demand of right contained in Defendants' Answer (D.E. 26) as Plaintiff has represented that it does not intend to seek monetary damages in the instant action.

DATED: April 12, 2019           **Respectfully Submitted,**

**JOSEPH H. HUNT**             **ARIANA FAJARDO ORSHAN**
**Assistant Attorney General**         **UNITED STATES ATTORNEY**

**JAMES M. BURNHAM**           **JAMES A. WEINKLE**
**Deputy Assistant Attorney General**      **Assistant United States Attorney**
**Civil Division**               Florida Bar No. 0710891
                     99 N.E. 4th Street, Suite 300
**GUSTAV W. EYLER**            Miami, Florida 33132
**Acting Director**              Tel.: 305.961.9290
**Consumer Protection Branch**        Email: James.Weinkle@usdoj.gov

**ALAN PHELPS**
**Assistant Director**

*/s/ Roger J. Gural*
**ROGER J. GURAL**
Roger J. Gural
**Trial Attorney**
Consumer Protection Branch
United States Department of Justice
Washington, DC  20044
P.O. Box 386
Tel.: 202.307.0174
Email: roger.gural@usdoj.gov

*Counsel for United States of America*


| | |
|---|---|
| **Todd A. Harrison** (admitted pro hac vice)<br>**Todd H. Halpern** (admitted pro hac vice)<br>**Stephen R. Freeland** (admitted pro hac vice)<br>**Mary M. Gardner** (admitted pro hac vice)<br>**Venable LLP**<br>600 Massachusetts Avenue NW<br>Washington, DC 20001<br><br>*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella* | */s/ Isaac J. Mitrani*<br>**Isaac J. Mitrani**<br>Florida Bar No. 348538<br>**Loren H. Cohen**<br>Florida Bar No. 303879<br>**MITRANI, RYNOR,**<br>**ADAMSKY & TOLAND, P.A.**<br>301 Arthur Godfrey Road, Penthouse<br>Miami Beach, FL  33140<br>Tel.:    305-/358-0050<br>Fax:    305/358-0050<br>imitrani@mitrani.com<br>lcohen@mitrani.com<br>dbitran@mitrani.com<br>ctenn@mitrani.com<br>miamidocketing@mitrani.com |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 12, 2019, a true and correct copy of the foregoing Joint Motion to Withdraw Jury Demand was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

                                        */s/ Isaac J. Mitrani*
                                        Isaac J. Mitrani
                                        Florida Bar No. 348538
                                        MITRANI, RYNOR,
                                        ADAMSKY & TOLAND, P.A.
                                        301 Arthur Godfrey Road, Penthouse
                                        Miami Beach, FL  33140
                                        Tel.:    305-/358-0050
                                        Fax:    305/358-0050
                                        imitrani@mitrani.com
                                        dbitran@mitrani.com
                                        ctenn@mitrani.com
                                        miamidocketing@mitrani.com

                                        *Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*