UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US STEM CELL CLINIC, *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court upon Defendants' Unopposed Request for Hearing (the "Motion"). D.E. 61. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

The Parties filed cross-motions for summary judgment on March 11, 2019, and Plaintiff subsequently filed a motion in limine on March 29, 2019. In the instant Motion, Defendants request a hearing on each party's motion for summary judgment. In support, Defendants note that the Court "will benefit from an in-person hearing regarding the complex legal and scientific issues presented by the parties in the motions." D.E. 61 at 1. In contrast, the United States represents that the motions can be decided on the written record, but does not oppose a hearing. *Id.* While the Court appreciates the complexity of this case, the Court does not perceive a need for a hearing at this time,. particularly as the parties were granted an extra ten pages each to explain their positions and the scientific background of the case.

If issues arise during the Court's consideration of the parties' motions or after, the Court may consider holding a status conference on any specific issues at that time. Accordingly, it is

    ORDERED AND ADJUDGED that the Motion, D.E. 61, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day of April, 2019.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record