UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

 Plaintiff,

v.

US STEM CELL CLINIC, *et al.*,

 Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO WITHDRAW JURY DEMAND

THIS CAUSE is before the Court upon the Parties' Joint Motion to Withdraw Jury Demand (the "Motion"). D.E. 65. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On April 12, 2019, the Parties' filed the Motion, indicating that they stipulated and consented to withdrawing the jury demand of right contained in Defendants' Answer, D.E. 26. Federal Rule of Civil Procedure 39(a) provides, in relevant part:

> (a) When a Demand Is Made. When a jury trial has been demanded under Rule 38, the action must be designated on the docket as a jury action. The trial on all issues so demanded must be by jury unless:
>
> (1) the parties or their attorneys file a stipulation to a nonjury trial or so stipulate on the record . . . .

Fed. R. Civ. P. 39(a). As the parties have stipulated to a nonjury trial on the record and have filed proposed findings of fact and conclusions of law, the Court will accept their stipulation. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 65, is GRANTED. The Case SHALL PROCEED AS A NONJURY TRIAL.

DONE AND ORDERED in Chambers, Miami, Florida, this 22D___ day of April, 2019.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record