UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US STEM CELL CLINIC, LLC, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac* Vice for Michael Blume, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Michael Blume may appear and participate in this action on behalf of Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., Michael Blume. The Clerk shall provide electronic notification of all electronic filings to Michael Blume at msblume@venable.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d__ day of May, 2019.

                                                    URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE

copies provided: counsel of record