UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

    Plaintiff,
v.

US STEM CELL CLINIC, LLC, *et al.*,

    Defendants.
_____/

**ORDER RESETTING PRETRIAL CONFERENCE, CALENDAR CALL, AND TRIAL**

The PRETRIAL CONFERENCE in this matter is hereby re-set to **Friday, June 7, 2019**, **at 11:00 a.m.** before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida.

THIS CAUSE IS SET FOR **TRIAL** during the **two-week** period commencing **June 24, 2019** at **9:30a.m.**, before the Honorable Ursula Ungaro. Counsel shall report to a **Call** of the trial calendar at **1:00 p.m.** on **June 19, 2019. ALL OTHER DEADLINES AND ORDERS REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in chambers at Miami, Florida this _9th_ day of May, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record