UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61047-UU

UNITED STATES OF AMERICA,

    Plaintiff,
v.

US STEM CELL CLINIC, LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' Motion to Set Schedule for Meet and Confer and Briefing on the Scope of the Injunction (the "Motion"). D.E. 74 The Court has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. On June 3, 2019, the Court entered its order on the Parties' Motions for Summary Judgment, finding that Plaintiff, the United States Food and Drug Administration (the "FDA"), was entitled to summary judgment in its favor and a permanent injunction against Defendants under 21 U.S.C. § 332(a). D.E. 73. Plaintiff filed a proposed order of permanent injunction concurrent with its motion for summary judgment. D.E. 42-2.

In the instant Motion, Defendants request that the Court order the parties to meet and confer on the scope of the specific language of the permanent injunction within ten days from the date of entry of this order and submit an agreed proposed order of permanent injunction by that date. D.E. 74. While the Court concurs that a mutually agreed upon injunction would be desirable, the Court will not permit Defendants to use this time as a grace period to continue to violate the FDCA. Accordingly, until an injunction is entered by this Court, Defendants are prohibited from selling

1

and/or engaging in any SVF therapy or other activities to be regulated by the FDA as explained in the Court's Order on the Parties' Motions for Summary Judgment. D.E. 73. It is therefore

ORDERED AND ADJUDGED that the PARTIES SHALL FILE EITHER an agreed proposed order of permanent injunction or a status report, not to exceed five pages, outlining any remaining areas of disagreement by **Friday, June 14, 2019.** It is further

ORDERED AND ADJUDGED that UNLESS AND UNTIL this Court enters a permanent injunction, pursuant to the terms of this Court's Order on the Parties' Motions for Summary Judgment, D.E. 73, **Defendants SHALL NOT sell, provide or otherwise engage in any SVF therapy or any other activities to be regulated by the FDA as explained in the Court's Order on the Parties' Motions for Summary Judgment.** D.E. 73.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th__ day of June, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record