108 College Avenue
Beckley, WV 25801
June 29, 2019



FILED BY _____ D.C.
JUL 03 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL  33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Dear Sirs and Madams:

My husband and I traveled to The Villages in order to have our stem cells harvested on April 16 of this current year.  This procedure is truly a mini liposuction which has been in use in America for decades.  After thorough researching this procedure and discussion, we decided that our health needs could best be remedied or improved via this procedure.  My left hip was injected with my own stem cells and is in better condition now that it has been in many years.  Three groin injections have helped but the steroids long-term effects are noxious to human tissue.

To find ourselves now without access to our own body tissue is insane, unjust, and surely illegal.  We have paid dearly for this choice to which we certainly should be entitled and expect to have unlimited future access to our own tissue when we need further injections.

> Many Americans are realizing the planned bind into which we find ourselves due to manipulative, unethical practices via the FDA-research-pharma-medical ties which put profits far in front of care for the citizenry.  This injunction proves that statement and needs to be lifted.

Most cordially,

*Joyce Yeargan*
Joyce Yeargan

CC: US Stem Cell
    Senator Joe Manchin
    Senator Shelly Moore Capito
    Representative Carol Miller
    President Donald Trump
    Ned Sharpless, Acting FDA Commissioner

108 College Ave
Beckley, WV 25801

CHARLESTON WV 250
28 JUN 2019 PM 4 L

Clerk of Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

USMS
INSPECTED

RECEIVED

JUL 03 2019
11:58 AM