Ref: USA vs US Stem Cell ase

FILED BY _____ D.C.

JUL 1 1 2019    7/7/19

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Whom it may concern

I have my own bodies stem cells being stored and have been informed that (against my consent) they are going to be destroyed. This is being done totally against my personal rights. The idea that one tiny enzyme used to separate my stem cells from my own fat now constitutes my stem cells as a drug is absolutely ridiculous!!! I have had incredible results due to the stem cell injections and have spent thousands of dollars to have them harvested. The idea that any institution can take something I have used to heal my body, from my own body, and destroy it against my will is an abomination! I feel this is a ploy to have the stem cell world taken over by Big Pharma so they can profit over it. Another example of how money is ~~controlled~~ used to control people in this world.

I gave up my workmans comp insurance and an anuity saved from my workmans comp payout to have a procedure done to help my pain. It worked without side effects or damage done to my liver from pain drugs.

The only procedure that has ever worked
is now being taken away from me without
even being consulted.

How dare you make that decision for
me!!

I want this decision reversed immediately.

Gail Lowe
1132 N. Abbott Ave
Milpitas, Ca 95035

Ms Gabi Lopez
12 S. White Ave
Milpitas, CA 95035

SAN JOSE CA 950

03 JUL 2019 PM 4 L

33128-160199

Ursula Ungaro
400 North Miami Ave
Miami, Florida

USMS
INSPECTED   RECEIVED

JUL 12 2019
12:04 PM



# Stop My Stem Cells from Being Destroyed

2853 Executive Park Dr.
Suite 102.
Weston, Florida
33331

954-659-1208

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic
and others, Case 18-cv-61047-UU

FILED BY _PG_ D.C.

JUL 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

My Name is Darran Hamm,

I have my Stem Cells stored at US Stem Cell tissue bank. These cells are MY PROPERTY. US Stem Cell is just storing them.

I have benefited greatly from my OWN stem cells in treating osteoarthritis of my Hip, Shoulder and Knee Joints. My stem cell treatments have helped me regain my movement and have decreased my pains greatly. I chose to store my stem cells at US Stem Cell in order to continue to improve my health and mobility.

My health would be greatly effected if I did not have access to my own stem cells in the future.

DO NOT DESTROY MY STEM CELLS.

Regards,

Dr. Darran Hamm D.C.

# Stop My Stem Cells from Being Destroyed

Garry Hamm

624 Vista Meadows Dr
Weston , FL 33327

954-309-0565

FILED BY _PG_ D.C.

JUL 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

My Name is Garry Hamm,

I have my Stem Cells stored at US Stem Cell tissue bank.  These cells are MY PROPERTY.· US Stem Cell is just storing them.

I have benefited greatly from my OWN stem cells in treating osteoarthritis of my Knee Joints as well as controlling my diabetes. My Blood sugar has been regulated and I have not needed to rely on taking so much medication.  My stem cell treatments have helped me regain my movement and have decreased my pains greatly. I feel much healthier and am now much more happy in life. I chose to store my stem cells at US Stem Cell in order to continue to improve my health and mobility.

My health would be greatly affected if I did not have access to my own stem cells in the future.

DO NOT DESTROY MY STEM CELLS.

Regards,

Garry Hamm



NEUROSPINAL
INSTITUTE
OF BROWARD

2853 EXECUTIVE PARK DR.
SUITE 102
WESTON, FLORIDA
33331



CERTIFIED MAIL

7019 0140 0000 0105 0343

Clerk of the Court
US District Court
400 N. Miami Ave
Miami, Florida.
33128

33128-771699



USMS
INSPECTED   RECEIVED

JUL 12 2019
12:04 PM



Mister Rogers

July 9, 2019
RE: USA v US Stem Cell and others Case 18-cv-61047-UU

FILED BY _PG_____ D.C.

JUL 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Whom It May Concern:

I am writing in petition to a recent injunction by U.S District Judge
Ursula Ungaro of the Southern District of Florida, demanding the
destruction of my stem cells that are currently banked at US Stem
Cell. This is my personal property and the state has no right
whatsoever to destroy it.

Having access to these cells is one of the most remarkable
advancements in recent modern medicine. I personally have used
my stem cells and have avoided knee replacement surgery by
having this therapy and now need stem cell therapy in my
shoulder, but I am being denied treatment. While no medical
procedure is without risk, hundreds of peer-reviewed papers have
demonstrated safety and efficacy.

It is my understanding that the FDA is trying to regulate stem cells
as if they are a drug. That is ludicrous as each person's stem cells
are unique. No two are alike, and therefore stem cells cannot be
standardized. They are living tissue and cannot be synthesized in a
laboratory like drugs. As recently as the late '90s, the FDA
"declined to assert any regulatory control over cells or tissues that
are removed from a patient and transplanted back into that patient
during a single surgical procedure." The FDA found that the risks
would generally be no different than those typically associated
with surgery and should be overseen by state medical boards.
There isn't a single surgery that is subject to FDA approval, and
this fat-derived stem cell procedure shouldn't be the first one.

The FDA has never, and should never, control our own cells in our
own bodies. These are my cells, it should be my choice.
Recategorizing our own stem cells isolated during a surgical

procedure as "a drug" is exactly what will prevent Americans from having access to this treatment in the US. It will drive Americans to foreign countries to have these procedures performed making it a luxury of only the wealthy. Medical costs will sore as surgery will be the only option for the masses – well maybe that is the intent of this entire scenario after all – to deny alternative, cost effective, efficacious treatments that do not involve the pharmaceutical company and contribute to their profits.

This injunction is a blatant disregard of my civil rights to protect my personal property, guaranteed by the US constitution. I feel like I live in communist Russia. I believe in America, I believe in this therapy and I believe in our rights to use our own body to heal. I hope you will find time to do your own research on this topic and not listen to the lobbyists who have obvious hidden agendas regarding the accessibility of stem cell therapy.

Respectfully submitted,
Dr. Jacqueline Russo
11676 Dunes Road
Boynton Beach, FL 33436
561-212-9405

cc: Jacob Givner, Esq



Andy and Jacque Russo
11676 Dunes Road
Boynton Beach, FL 33436

7019 0160 0000 0148 5385

CERTIFIED MAIL

USMS
INSPECTED   RECEIVED

JUL 12 2019
12:04 PM

Clerk of the Court
US District
400 N. Miami Ave
Miami, FL 33128
RE: USA v US Stem Cell Clinic

CPU

$03.75

RETURN RECEIPT
REQUESTED

VILLAGE SQUARE US

R2305M148574
FCML    0000
Orig: 33436
07/09/19
11113247
06   2S

U.S. POSTAGE
$6.85

*ATTENTION Judge Ursula Ungar* 9

FILED BY PG D.C.

JUL 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Ltr to Marco Rubio 7-6-2019

I am 76 years old and have severe COPD. I have been a patient at U.S. Stem Cell in Sunrise Florida since 2015. I am born American, I should be able to choose my own doctor like I choose my own grocery store. I alone have paid for the stem cells that are stored at the U. S. Stem Cell storage facility and I alone have paid for the service at US stem cell to store my stem cells five years ago. I have done lots of research at the University of Houston in Texas with an idea for a cure for brain cancers using my boron chemistry. I have made a number of Boron compounds in my research at the University of Houston. If you radiate Boron 10 it gives off an alpha particle which will only go one cell deep into human tissue. If we could get a boron compound that was cancer specific (meaning the chemical goes mostly or totally to the cancer) we could give it to a patient and if we found most of the compound went to the cancer, we radiate it generating an alpha particle and killing the cancer and almost no good tissue). This would be a non-invasive way to cure brain cancer. I left the University about that time to teach special-ed kids. The next step would have been to test the efficacy of the different boron compounds. We wanted to know if the boron compound would kill the patient. In a similar way I decided I wanted to know if the processes that are used in stem cell treatment are safe. I didn't want to die from the process if the stem cells would have cured the COPD disease. I went to some university research labs around the US who were doing research in approved US clinical trials concerning the safety of the stem cell process and stem cells in general. I talked in person to many of these professors. I found no one who said that they thought the process would kill the patient. To my knowledge there have been no deaths due to the stem cell process used which was similar to the process used by U. S. Stem cell. I want to mention here one clinical trial in particular done by Dr. Weiss at the University of Vermont concerning the efficacy of the stem cell process. Dr. Weiss's research which was done early in the stem cell research showed that there should be no problems with the safety of the process. In my personal discussion with him, he said he did not know if stem cells were a cure for COPD, but that his research clearly indicated the patient was not going to die from the process. Based on that specific information and the other data collected from other stem cell clinics around the world I decided to find a place that did stem cell therapy and give it a try. If it didn't work I would be no worse off. I would be able to at least know that the stem cell therapy was not going to cure my COPD.

I received my first dose of my stem cells from U. S. Stem cell in December of 2015. Immediately I felt better. The process was good. I am still around to note that. My oxygen level tests over the next 5 years seems to indicate that my lungs are deteriorating less quickly than they would have gone down normally, which indicated that my lung capacity had leveled off some. After 18 months we saw very minor improvement in my lung function from that one initial single stem cell treatment, so we decided to up the dose of the stem cells by getting an infusion every three months. This required the storage of the stem cells. That's when we joined the U. S. Stem cell storage facility. The stem cells were kept cryogenically. I was used to using cryogenic storage which is what we did in my research at the University of Houston. We used cryogenic storage for the boron compounds as some were unstable at warmer temperatures. For the next 18 months we did infusions every 3 months. We've been doing three month infusions and have seen some slight improvement in my lung capacity. This law suit is a killer. With this lawsuit there has been an interruption in my infusion schedule. What damage has this law suit already caused? In the U. S. stem cell storage there are many doses of my stem cells. I paid for those stem cells to be stored there until I need them. The previous stem cells, I received, have not killed me. As people grow older their lung capacity goes down. To my knowledge, all people

lose lung capacity with age. And that capacity goes down faster towards our life's end. With this stem cell therapy, we have seen that the lung capacity has stayed at least the same for the last five years and the lungs may have actually been starting to improve in capacity in the last few months.   I guess we will never find out with this interruption in my stem cell therapy.

My doctors here in Houston had given me a short time to live and that I could expect to see worsening conditions. I was offered a lung transplant by my doctors. I refused it, feeling that someone younger would get more use out of a new lung and besides I didn't like the odds. Many of my friends have had lung transplants. The success rate appears to be about 80%, meaning only 80% of the patients survive the surgery. Stem cells are 100%. Average life expectancy after the transplant is only about 2 years even with anti-rejection drugs. With stem cells it is, what it is, but more. With a transplant we have rejection, which is a problem that our research has not resolved yet and the medications are exceedingly expensive and exceedingly hard to regulate. Stem cells actually, in time, may solve the rejection problems based on the very recent research I have seen. I was given a short time to live, now with stem cells I have the possibility of living to be the age an average American would live. Now it seems that our country, the United States of America which guarantees us to LIFE, liberty and the pursuit of happiness is taking that life away. Is that right?

For the time I have left I want to collect data to add to the country's body of knowledge on stem cells, so we can improve the LIVES of our people. This is not about money. This is about life, liberty and the pursuit of happiness, that is, it's about family and friends and neighbors living in harmony. These are the things that really matter. Do we forget that, in our greediness to line our pockets? These stem cell banks may help others now and in the future and may use stem cells as a cure for diseases not just a band aid. How many of the 5000 patients at U.S. Stem Cell are damaged by this law suit? My government has now said I, and other people can't have this chance at life.

What do I want from this law suit? I want it to be postponed or dropped (I am not a lawyer to use the proper vocabulary) so existing research can continue and we can save the lives of the patients at U. S. Stem Cell. You all can go home and feel like you have saved lives today if you figure a way to help 5000 American citizens. I want capitalism to exist and to allow for competition to find the answers to these health issues in the most expeditious way. I want to live every minute that I can. Life is precious to me. I want to enjoy life, family and friends and neighbors.

My quality of life has been improved by stem cells. My life expectancy has been increased with stem cells. Is my government going to take that away from me and others? I want one more minute added to my life if possible.

I want to volunteer my time and money to meet any of you anywhere, any time to try to resolve these legal issues for the benefit of the patients who so desperately need the stem cell therapy to gain a few more hours of life and improved quality of life for their happiness with those things that matter.

John VanPaasschen, PhD
2257 N. Loop 336 W. suite 140472
Conroe, TX 77304
JVP30117@msn.com
713-690-8523

ATTENTION: CLERK OF THE Court for U.S. DIST Judge URSALA UNGARO

*In accordance with the provisions of The Privacy Act of 1974 (Public Law 93-579), your written consent is required so that we may contact a federal agency on your behalf. Since e-mails do not contain a valid signature, they do not fulfill the requirements of the law.*
- *All information must be written in English. (Toda la información debe estar en Inglés)*
- *Required fields are marked by an asterisk (*)*
- *Please print all information legibly*

Title: (select one)  ☐ Mr.  ☐ Ms.  ☐ Mrs.  ☐ Other: ☒ Dr.

Name: _JOHN_ _MATTHEW_ _VanPAASSCHEN_ _PhD/Chem_
(First Name)    (Middle Name)    (Last Name)    (Suffix)

Address: _2257 N. Loop 336 W. Suite 140-472_  *City: _CONROE_  *State: _Tx_

Zip code: _77304_  *Phone: _713-690-8523_  Fax: _____  Cell: _SAME_

Date of Birth: _7/26/1943_  E-mail Address: _JVP30117@MSN.com_

Social Security Number: _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_  *Name of Federal Agency involved with issue: _FDA_
(Required by most agencies)

If you want information regarding your case released to a third party, please provide the following information:

Name(s) and relationship: _____  E-mail: _____

If you have contacted another congressional office to assist you, please list the office: _____

*COMPLETE THE INFORMATION BELOW IF YOU ARE INQUIRING ABOUT A SPECIFIC CLAIM OR APPLICATION:*
USA vs US Stem CELL CLINIC AND OTHERS
Claim, Receipt, or File Number: _CASE 18-CV-61847-IAU_  Type of Application/Claim Filed: _INVENTION_
U.S. District Judge Ursula Ungaro
Office Where Claim/File is located: _Southern Dist 400 N. W. 1st St_  Alien Number: _____
Miami, FL 33030

*REQUIRED*: **Briefly state your problem and the outcome you are seeking below. If you need more space, please continue on a separate sheet. This statement must be in English. Please do not simply write "See Attached."**
**Please remember that a congressional inquiry does not guarantee your desired outcome.**

SEE ATTACHED

I hereby authorize the office of Senator Marco Rubio to make the appropriate inquiry on my behalf pertaining to my request for assistance. In addition, I authorize the agency to discuss with the office of Senator Marco Rubio any condition, action, and other information associated with ANY past and present application, claim, appeal, and/or case/file that I have with the agency.

Signature (sign in ink): _John VanPaasschen_  *Date: _7/8/2019_
This signature must be from an individual who is 18 years of age or older and is requesting assistance or has a pending case with a federal agency. Third party signatures, including those of immediate family members, are not acceptable. Federal agencies will not release information without the signed consent of the proper individual.

VanHaasschen
2257 N Loop 336 W
Suite 140 PMB472
Conroe TX 77304

Re: USA vs US Stem Cell Clinics and Others

Clerk of the Court
US District Judge Ursula Ungaro
400 N W Miami Ave
Miami FL 33128
Case - 18-cv-61047 NV

CERTIFIED MAIL

7018 1830 0000 8974 0363

$6.800
US POSTAGE
FIRST-CLASS
071V00713417
77304
00007S192

USMS
INSPECTED   RECEIVED


JUL 12 2019
12:04 PM

FILED BY___*PG*___D.C.

JUL 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 8, 2019


Clerk of the Court
US District Court
400 N Miami Ave.
Miami, FL 33128

RE; USA v US Stem Cell Clinic, Case 18-cv-61047-UU

Dear Judge  Ungaro,

    My wife has stem cells banked at US Stem Cell for her treatment and your order is totally
unwarranted and without judging the facts. These cells are from my wife's body and after being
separated from the fat and stored, they are still her cells and could never be thought of as a drug.
Only the FDA  could  think up anything this outlandish.
    Therefore I believe you are a corrupt judge , beholding to the FDA and big pharma. The FDA
has never been there to protect the people, right from the start. It's real mission is to protect the
drug companies and be a revolving door for their employees,  and get drugs with serious side
effects pushed through for public use. It's all about big money, anyway they can get it, and stem cells
are a big threat to their bottom line.
    So I guess you just say to Hell with my wife's health and anyone else who wants to try stem
cells weather it works or not. So much for freedoms and freedom of choice.
    Like I said before I believe you are a corrupt judge,  but them you have a lot of company on the
bench and in various government  agencies.




Russ Sorge

128 Manor Dr.
Commerce GA 30530



Mr Russ Sorge
128 Manor Dr.
Commerce, GA 30530



7017 3380 0000 4373 8840

Clerk of the Court
U.S. District Court
400 N Miami Ave
Miami, FL 33128

331283-7718 0075

USMS
INSPECTED · RECEIVED




U.S. POSTAGE PAID
FCM LETTER
COMMERCE, GA
30529
JUL 08, 19
AMOUNT
$4.05
R2305K141470-11
33128

July 6, 2019



FILED BY_____PG___D.C.

JUL 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

Katherine Leemon

14 Old Oak Drive N

Palm Coast, Florida 32137

Judge Ursula Ungaro

On June 3 Judge Ungaro , without letting us move to trial, ruled against the US Stem Cell Clinic. This is devastating to those of us who need and have been treated successfully by these stem cell treatments. She chose to side with the FDA and big pharma against WE the people!! Judge Ungaro ruled now, on June 25 , that our banked stem cells must be destroyed!! OUTRAGOUS! The stem cells belong to me/us, the patients. You, Judge Ungaro are committing modern day genocide with this ruling.

These treatments using my OWN cells gave me back a fully functioning life and for the first time, pain free. The government should not have the right to tell us that we cannot use our own stem cells for treatment. Now, the fda want to take our already banked stem cells so that we cannot receive future treatments!!! THEY ARE MINE, OURS, WE OWN THEM, NOT THE GOVERNMENT!

I have compiled letters/testimonials for your review since Judge Ungaro was clearly not interested. The head of the biologic at fda ( stem cells) is a former Novartis executive who upon leaving Novartis was paid a whopping 500 million. Novartis is number one against the US Stem clinic as they would lose billions in drugs as well as R&D. You cannot bottle an individual's stem cells, therefore no profits for pharmaceutical companies. These treatments work, read the letters. Judge Ungaro's ruling is putting lives at risk, returning some to drug addiction, and in some cases, yes death!!!

I am begging you to please over turn this ruling, allow us a day in court and STOP the fda/big pharma from taking our own personal cells.  Women can have her eggs frozen for years, she still owns them. The Judge ruled that we no longer own our cells??????

We have begun a huge social media marketing target, have news interviews and documents going out to our Governor, as well as President Trump. We are forming groups to march on the southern district court steps. We have also been contacted by Fox news and I have a scheduled conference next week. I know they will all help to get this travesty out to the public. This is wrong and straight up corrupt!!

With Great Hope,

Katherine Leemon

PATIENT 1

(18-CV-61047-UU CASE)

Gmail - Re: stem cells

Gmail

Katherine Leemon <lkleem0w@gmail.com>



FILED BY __PG__ D.C.

JUL 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Re: stem cells
7 messages

**Pamela Muller** <nycpammie@optonline.net>          Fri, Jun 7, 2019 at 7:18 PM
To: Katherine Leemon <lkleem0w@gmail.com>

> On Jun 7, 2019, at 6:23 PM, Pamela Muller <nycpammie@optonline.net> wrote:
>
> June 7, 2019
>
> Judge Ursula Ungara
> US District Judge
>
> We are writing to you because we understand you apparently could not or would not take the time to listen to important cases with regard to stem cell treatments
>
> Our friend Katherine, whom we know since 2003, always took excellent care of herself. She ate right, exercised regularly, did not overindulge in alcohol. We mention this because it is important to know her background.
>
> About the year 2015 we started to see a decline in her mobility. Kathy started to have issues with TMJ, then started to loose strength in her arms, and then back issues, her leg started to go numb. Not all of these occurred at once,
> but slowly we started to see more and more of the problems on a regular basis. At one instance when we went to dinner, my husband had to cut her meat for her, and she started to only eat soft food so she would not have to
> deal with a knife. Kathy had gone to doctors, and one had told her it would continue to deteriorate and she may at one point even need a wheelchair.
>
> Kathy took it upon herself to investigate stem cell therapy. She was diligent about it, and looked into all options, and success stories, and decided to spend HER money in hopes of help for her issues (she was in late 50's at the time).
>
> You may not believe in miracles, but if you knew Kathy before and how she is now, you would have no choice but to believe. She is a new person! She can do pilates, go for walks, exercise, she no longer has pain in her jaw, and is able to
> eat steak! She started the therapy in September of 2017, and by mid 2018 she was the miracle  poster person for stem cell therapy.
>
> We urge you to please listen to the people who need help. Many are willing to do the therapy at their own risk and own expense. It has given many a new lease on life, and should be considered.
>
> If you can freeze embryos and sperm, and save placenta we see no reason why anyone would not be able to have stem cell therapy.
>
> Please reconsider and hear the stories of the people who need the help.
>
> Please,
>
> Pamela and Craig Muller
> Dix Hills NY  11746

Case # 18-CV-61047-UU

July 9, 2019



Judge Ungaro;

My name is Ira Leemon and I am an on going patient of the US Stem Cell Clinic. I was and out of control diabetic and also have congestive heart failure. You Judge Ungaro, have ruled for my death by ordering our cells to be destroyed and stopping my treatments. You did so without even giving us our day in court!!!!! You are a judge. You are supposed to hear both sides and from the patients. You would lose if this went to a jury trial as most of the patients cases are compelling evidence of this amazing treatment.

I originally went to the clinic because of my wife's treatment however, I then decided to try for my heart as well. Before I was treated my ejection fraction was 25%, not much of a life left with that low of a fraction. My A1C was also running between 9-10. I have continued treatments with the stem cell clinic since September of 2017. Being in the medical field I was hesitant at first however July 2018 my echo showed my ejection fraction rose to 35%!!!! That is HUGE!!!! My A1C is now down to 8.4 ( as my wife said if I ate healthier that would be even lower) and I am off all hyperglycemic drugs !! Another first in my lifetime.

We both used to get the flu shot every year and with my compromised immune system I would still go through flu season being sick at least every month, in bed, on antibiotics for a week. Since having the IV stem cell boost, we no longer take the flu shot and I have not been sick in almost 2 years now.

I am begging you to reconsider. These stem cell treatments are lifesaving. I am retired and would like to live a nice long retirement however you have put a death sentence on me by taking away my treatments. We had planned a trip to Italy this fall but we have put on hold as we are both afraid to travel without my usual IV boost.

I do not know how you sleep at night knowing you are giving so many of us a death sentence or a life addicted to drugs. You are siding with big phama instead of the people who you are supposed to serve.

Regretfully,

Ira Leemon

14 Old Oak Drive N

Palm Coast, Florida 32137

CASE 18-cv-61047-UU

PATENT @

Montréal July 2nd, 2019

FILED BY____PG____D.C.

JUL 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Honorable Judge Ursula Ungaro,

My name is Gilles Plourde and my wife Marie-Claude Pelletier. We are Canadian and clients of the US Stem Cells Clinic in Sunrise, Florida. We have received a communication from the Clinic to the fact that the Court ordered that all currently banked tissue be destroyed for some obscure reasons based on FDA arguments. We do trust that the US Stem Cells clinic is in compliance with the FDA regulations

But first and foremost, we have great difficulties to understand how those tissue that belong to my wife, are not forbidden drugs can be under the control of a Government.

How can personal property be destroyed without its owner approval? We believe the minimum that could be done would be to request those tissue to be shipped to their respective owners rather than destroying personal properties.

My wife, now 60 years old has suffered all her life and it would be too long and complex to detail here. After going from doctor to doctor to doctor as well as consulting on many occasions with a Massachusetts specialist, who improved her condition with natural therapies we decided, after long research to try the Stem Cells treatment.

We then looked at options such as Mexico, India, Texas, California and we finally decided to go with Dr. Kristin Comella PhD and her clinic in Sunrise because of their reputation, testimonials and many discussions with the amazing staff at the Clinic.

We then travelled to Sunrise to go through the procedure which consisted in extracting fat from my wife own body as they do in the case of Liposuction. The

procedure was executed in optimal sterile conditions and never have we felt any risks related to the environment or that something was neglected.

The procedure required us to travel to Florida, which increased our overall cost. We decided to bank the equivalent of another 24 shots for on-going care.

The results produced by her Stem Cells were just amazing, nothing less. Without any side effect whatsoever, my wife conditions have dramatically improved and she is now better than ever before. We want to continue this path of natural God designed strategy.

Our belief is that these Stem Cells are a God made miracle who gave our body all it needs to help cure itself and we don't always need man made drugs to cure our illnesses. We tried that for years and years without success.

We were in the process of scheduling another shot from her tissue that the Clinic is keeping on her behalf when we learned of the Court decision.

We understand that the FDA has made representations to the Court, but we must emphasize that these are no drugs and they belong to each patient.

We therefore ask the Court to review its ruling and allow each tissue owner to decide what is the best for them.

We thank you in advance.

Sincerely,

Gilles Plourde
Marie-Claude Pelletier

24 Rue Alain,
Saint-Jean-sur-Richelieu
Quebec, Canada
J2X 2S8

Gilles Rgourdē
24 Alain
Saint-Jean-Sur-Richelieu
Quebec, Canada
J2X 2 5 8

Clerk of the Court
US District Court
400 N. Miami Avenue
Miami, Florida
33178

1 07516 2

* NON - DELIVERY INSTRUCTIONS | DIRECTIVES RELATIVES À NON - LIVRAISON
Sender check one. Expéditeur cochez un.
A › Return at SENDER'S EXPENSE / Renvoyer AUX FRAIS DE L'EXPÉDITEUR OR / OU B › ABANDON / ABANDON
Signature: Date
CN22 Customs Declaration / Déclaration en douane CN22

PEEL LABEL / DÉCOLLEZ ICI

| Recipient's Name | Nom du destinataire | EG 044 862 707 CA |
|---|---|---|
| Signature of Recipient | Signature du destinataire | Time / Heure : / Delivery Date / Date de livraison |

POST CANADA
Postage Paid / Port payé
Xpresspost.

POSTES CANADA / CANADA POST
2019 02
BUREAU ... OFFICE

INSPECTED

EMS

CANADA POST / POSTES CANADA

UNITED STATES
ÉTATS-UNIS

1

Xpresspost- USA / É.-U.

Documents Only
Documents seulement

From | De :

Country | Pays
CANADA

To | À :

Country | Pays
UNITED STATES / ÉTATS UNIS

Sender warrants that this item does not contain non-mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objets inadmis

43-074-281 (18-01)

**Envelope**
Letter 318 x 241 mm
Maximum weight - 500 g
Maximum thickness - 15 mm

**How to use Xpresspost™-USA Prepaid Envelopes**
1) Fill in the receiver's address and your address where specified and retain your copy.
2) Deposit in a street letter box, post office or designated Canada Post facility.
**Review Terms and Conditions on Customer Receipt.**

**Enveloppe**
Format lettre 318 x 241 mm
Poids maximal - 500 g
Épaisseur maximale - 15 mm

**Comment utiliser les enveloppes prépayées Xpresspost<sup></sup>MC-É.-U.**
1) Indiquez l'adresse du destinataire et votre adresse à l'endroit spécifié et conservez votre copie.
2) Déposez dans une boîte aux lettres publique, un bureau de poste ou à une installation désignée de Postes Canada.
**Reportez-vous aux conditions sur le reçu du client.**

TRACKING NUMBER EG 044 862 707 CA N° DE REPÉRAGE

MIX/MIXTE
Paper from responsible sources
Papier issu de sources responsables
FSC® C004212
FSC www.fsc.org

TM - Trademark of Canada Post Corporation
MC - Marque de commerce de la Société canadienne des postes

Recyclable

102222

18
(18-01)

