**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:18-cv-61047-UU

UNITED STATES OF AMERICA.,

    Plaintiff,
v.

US STEM CELL CLINIC, *et al*.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon Defendants' Motion to Clarify and to Stay the Requirement that Patient Cells Currently Stores in an FDA-Registered Tissue Bank be Destroyed (the "Motion"). D.E. 207. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On June 3, 2019, the Court granted summary judgment in favor of Plaintiff, the United States of America. D.E. 73. In that order, the Court agreed with the FDA that Defendants' stromal vascular fraction ("SVF") product was an adulterated and misbranded drug under the Food Drug and Cosmetic Act ("FDCA"), 21 U.S.C. § 301 et seq. *see* D.E. 73 at 28-30. Consequently, on June 25, 2019, the Court entered an injunction, which *inter alia*¸ enjoined Defendants from manufacturing and/or providing any services relating to its SVF product and requiring Defendants to destroy all SVF product currently in their possession, custody, or control. D.E. 83 at 9 ¶ 10. On July 12, 2019, Defendants filed the instant Motion, seeking to stay the portion of the Court's injunction requiring destruction of the SVF product until those who own the SVF product have the opportunity to be heard in Court. D.E. 207. As the injunction requires destruction of the SVF by July 25, 2019, the Court will order expedited briefing on this matter. D.E. 83 at 9 ¶ 10. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL RESPOND to Defendants' Motion, D.E. 207, by **Wednesday, July 17, 2019**. If Defendant wishes to file a reply it may do so by **Friday, July 19, 2019**. No further briefing will be permitted.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of July, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record