# EXHIBIT B



# U.S. FOOD & DRUG ADMINISTRATION

FDA Home Page | Contact eHCTERS Technical Support

## HUMAN CELL AND TISSUE ESTABLISHMENT REGISTRATION - Public Query
### Establishment Details

#### Establishment Name and Location

| | |
|---|---|
| Current Status: | Registered |
| Last Annual Registration Year: | 2019 |
| FDA Establishment Identifier (FEI): | 3005825762 |
| Establishment Name: | U.S. Stem Cell, Inc |
| Address: | 13794 NW 4th Street |
| | Suite# 212 |
| City: | Sunrise |
| State: | Florida |
| Zip: | 33327 |
| Country: | United States |
| Phone: | 954-845-1500 |

#### Establishment Functions

| Types of HCT/Ps | Recover | Screen | Donor Testing | Package | Process | Store | Label | Distribute |
|---|---|---|---|---|---|---|---|---|
| Amniotic Membrane | | | | | | | | |
| Blood Vessel | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Bone | | | | | | | | |
| Cardiac Tissue - non-valved | | | | | | | | |
| Cartilage | | | | | | | | |
| Cornea | | | | | | | | |
| Dura Mater | | | | | | | | |
| Embryo | | | | | | | | |
| Fascia | | | | | | | | |
| Heart Valve | | | | | | | | |
| HPC Apheresis | | | | | | | | |
| HPC Cord Blood | | | | | | | | |
| Ligament | | | | | | | | |
| Nerve Tissue | | | | | | | | |
| Oocyte | | | | | | | | |
| Ovarian Tissue | | | | | | | | |
| Pancreatic Islet Cells - autologous | | | | | | | | |
| Parathyroid | | | | | | | | |
| Pericardium | | | | | | | | |
| Peripheral Blood Mononuclear Cells | | | | | | | | |
| Peritoneal Membrane | | | | | | | | |
| Sclera | | | | | | | | |
| Semen | | | | | | | | |
| Skin | | | | | | | | |
| Tendon | | | | | | | | |
| Testicular Tissue | | | | | | | | |
| Tooth Pulp | | | | | | | | |
| Umbilical Cord Tissue | | | | | | | | |

#### Establishment HCT/P Listing

| Types of HCT/Ps | HCT/Ps Described in 21 CFR 1271.10 | Proprietary Names |
|---|---|---|
| Amniotic Membrane | | |
| Blood Vessel | X | |
| Bone | | |
| Cardiac Tissue - non-valved | | |

| | | |
|---|---|---|
| Cartilage | | |
| Cornea | | |
| Dura Mater | | |
| Embryo | | |
| Fascia | | |
| Heart Valve | | |
| HPC Apheresis | | |
| HPC Cord Blood | | |
| Ligament | | |
| Nerve Tissue | | |
| Oocyte | | |
| Ovarian Tissue | | |
| Pancreatic Islet Cells - autologous | | |
| Parathyroid | | |
| Pericardium | | |
| Peripheral Blood Mononuclear Cells | | |
| Peritoneal Membrane | | |
| Sclera | | |
| Semen | | |
| Skin | | |
| Tendon | | |
| Testicular Tissue | | |
| Tooth Pulp | | |
| Umbilical Cord Tissue | | |

HCT/P Listing - Donor Information

| Types of HCT/Ps | SIP | Directed | Anonymous | Autologous | Family Related |
|---|---|---|---|---|---|
| Embryo | | | | | |
| HPC Apheresis | | | | | |
| HPC Cord Blood | | | | | |
| Oocyte | | | | | |
| Peripheral Blood Mononuclear Cells | | | | | |
| Semen | | | | | |

**Print Date: 07/09/2019**

[ Print This Page ] [ Back To Query Criteria Screen ] [ Back To Query Results Screen ]
[ Exit ]

eHCTERS v02.10.00
11/09/2018

Contact eHCTERS Technical Support | Online Help | Release Notes
Contact CBER | Contact FDA | Privacy
FDA Home Page | FDA A-Z Index | Accessibility | HHS Home Page

FDA / Center for Biologics Evaluation and Research