# EXHIBIT C



Fri 6/28/2019 2:19 PM

U.S. Stem Cell, Inc. <usstemcell@us-stemcell.com>

**U.S. Stem Cell -- Official Letter to Patients Regarding Banked Cells**

To   Margarita Mattingly

You forwarded this message on 6/28/2019 4:56 PM.



## Official Letter to Patients Regarding Banked Cells

Dear Stem Cell Bank Customer,

On June 25, 2019, U.S. District Judge Ursula Ungaro of the Southern District of Florida issued an Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, among other actions. This Order also requires that "[w]ithin thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control." Unless this Injunction is modified, this would require us to destroy all of your tissue bank samples.

As a patient with your personal tissue banked, if you wish to be heard on this destruction order, please speak with your personal attorney or you may provide your position to the Court by writing as soon as possible to:

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Please note that we are working diligently to consider all options and as always, the health of our patients is a priority.

Thank you,

U.S. Stem Cell, Inc
13794 NW 4th Street, Suite 212
Sunrise, FL 33325
Tel: (954) 835-1500
Fax: (954) 845-9976

U.S. Stem Cell, Inc., 13794 NW 4th Street, Suite 212, Sunrise, FL 33325

SafeUnsubscribe™ mattingl@andrews.edu
Forward this email | Update Profile | About our service provider
Sent by usstemcell@us-stemcell.com in collaboration with

Constant Contact
Try email marketing for free today!