# COMPOSITE
# EXHIBIT F

*Original Article*

# Adipose-Derived Mesenchymal Stem Cells from the Elderly Exhibit Decreased Migration and Differentiation Abilities with Senescent Properties

Cell Transplantation
2017, Vol. 26(9) 1505–1519
© The Author(s) 2017
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0963689717721221
journals.sagepub.com/home/cll
**$SAGE**

**Meichen Liu[1], Hua Lei[1], Ping Dong[1], Xin Fu[1], Zhigang Yang[1], Ying Yang[1], Jiguang Ma[1], Xia Liu[1], Yilin Cao[1], and Ran Xiao[1]**

## Abstract

Adipose-derived stem cells (ASCs) can be applied extensively in the clinic because they can be easily isolated and cause less donor-site morbidity; however, their application can be complicated by patient-specific factors, such as age and harvest site. In this study, we systematically evaluated the effects of age on the quantity and quality of human adipose-derived mesenchymal stem cells (hASCs) isolated from excised chest subcutaneous adipose tissue and investigated the underlying molecular mechanism. hASCs were isolated from donors of 3 different age-groups (i.e., child, young adult, and elderly). hASCs are available from individuals across all age-groups and maintain mesenchymal stem cell (MSC) characteristics. However, the increased age of the donors was found to have a significant negative effect on hASCs frequency base on colony-forming unit fibroblasts assay. Moreover, there is a decline in both stromal vascular fraction (SVF) cell yield and the proliferation rate of hASCs with increasing age, although this relationship is not significant. Aging increases cellular senescence, which is manifested as an increase in SA-β-gal-positive cells, increased mitochondrial-specific reactive oxygen species (ROS) production, and the expression of *p21* in the elderly. Further, advancing age was found to have a significant negative effect on the adipogenic and osteogenic differentiation potentials of hASCs, particularly at the early and mid-stages of induction, suggesting a slower response to the inducing factors of hASCs from elderly donors. Finally, impaired migration ability was also observed in the elderly group and was determined to be associated with decreased expression of chemokine receptors, such as *CXCR4* and *CXCR7*. Taken together, these results suggest that, while hASCs from different age populations are phenotypically similar, they present major differences at the functional level. When considering potential applications of hASCs in cell-based therapeutic strategies, the negative influence of age on hASC differentiation potential and migration abilities should be taken seriously.

## Keywords

human adipose-derived mesenchymal stem cells (hASCs), aging, cell senescence, differentiation, migration

## Introduction

Adipose tissue is an ideal source of mesenchymal stem cells (MSCs) because high amounts of adipose-derived MSCs (ASCs) with minimal invasiveness are easily accessible.[1] ASCs are stable over long-term culture, expand easily in vitro, and possess multilineage potential, differentiating into adipogenic, osteogenic, chondrogenic, and angiogenic cells. Nicpon et al. confirms the long-term beneficial influence resulting from ASC therapy in horse bone spavin treatment, in contrast to routine steroid usage.[2] ASCs also have been used as a cell therapy in several human clinical trials, including those on soft tissue augmentation, idiopathic pulmonary fibrosis,[3] and myocardial ischemia.[4]

[1] Research Center of Plastic Surgery Hospital, Chinese Academy of Medical Sciences and Peking Union Medical College, Beijing, People's Republic of China

Submitted: October 30, 2016. Revised: April 10, 2017. Accepted: April 11, 2017.

**Corresponding Authors:**
Xia Liu, Yilin Cao, and Ran Xiao, Research Center of Plastic Surgery Hospital, Chinese Academy of Medical Sciences and Peking Union Medical College, Ba-Da-Chu Road 33, Beijing 100144, People's Republic of China.
Emails: liuxia@psh.pumc.edu.cn; yllincao@yahoo.com; xiaoran@psh.pumc.edu.cn


Creative Commons CC BY-NC: This article is distributed under the terms of the Creative Commons Attribution-NonCommercial 4.0 License (http://www.creativecommons.org/licenses/by-nc/4.0/) which permits non-commercial use, reproduction and distribution of the work without further permission provided the original work is attributed as specified on the SAGE and Open Access pages (https://us.sagepub.com/en-us/nam/open-access-at-sage).

Aged patients are the most feasible candidates for the therapeutic use of stem cells. However, aging is believed to negatively impact tissue repair and healing.[5] Stem cell function generally declines with age. Several studies on ASCs have reported alterations in the number, proliferation, and differentiation potential of MSCs with respect to donor age using both animal and human models. Zhu et al. isolated ASCs from adipose tissue obtained from female patients undergoing liposuction aged between 20 and 58 years and found that ASCs obtained from older donors appeared to have a slower rate of proliferation.[6] Although adipogenic potential was determined to be unrelated to donor age, a distinct relationship between donor age and osteogenic potential has been observed.[6] Moreover, Efimenko et al. demonstrated that there were no discernible age-associated changes in MSC marker profiles or ASC differentiation potential among ASCs isolated from subcutaneous adipose tissue during various surgical procedures from patients aged 2 to 82 years.[7] It became apparent that there are substantial differences in cell yield and the characteristic performance of ASCs, which are dependent on the donor site, the processing method used, and tissue sampling errors.

Due to the availability of ASCs, the cells used in most studies are obtained from liposuction surgery; therefore, most subjects are between 20 and 60 years old (i.e., ASCs are restricted to individuals likely to undergo liposuction). However, less research has been done on children and individuals over 60 years old. In contrast, studies on individuals over a wide age span lack systematic and comprehensive analyses. Furthermore, the effects of age on the migration ability of ASCs are not well-understood. It is known that migration plays an important role in the therapeutic function of stem cells. ASCs can migrate toward the region of tissue injury, responding to high levels of chemokines at the site of tissue damage.

The aim of the current study was to systematically investigate the impact of aging on the properties of ASCs obtained from excised adipose tissue, including cell morphology, senescent properties, and adipogenic and osteogenic potential, with special emphasis on their migration ability. The obtained results provide new insights into the molecular mechanisms underlying the age-related decline of the therapeutic potential of stem cells.

## Materials and Methods

### Human Adipose Tissue Samples

This study was conducted in accordance with the ethics committee of Plastic Surgery Hospital (Institute), Chinese Academy of Medical Sciences and Peking Union Medical College. Written informed consent for the harvest and use of adipose tissue samples for research purposes was obtained from each patient.

Human subcutaneous adipose tissue samples (>5 mL) were excised from the right chest regions of both male and female donors during various surgical procedures. Samples were divided into the following 3 distinct age-groups

**Table 1.** Patient Characteristics.

| Variables | Child Group | Young Adult Group | Elderly Group |
|---|---|---|---|
| No. of patients | 10 | 8 | 6 |
| Age, years | 7.6 (6–12) | 24.8 (22–27) | 66.3 (60–73) |
| Gender, male, n (%) | 6 (60%) | 5 (62.5) | 4 (66.7) |
| BMI (mean ± SEM; kg/m$^2$) | 20.4 ± 0.5 | 20.7 ± 0.8 | 21.4 ± 0.5 |

Abbreviations: BMI, body mass index; SEM, standard error of mean.

(Table 1): child (6 to 12 years; $n = 10$; 6 males and 4 females), young adult (22 to 27 years; $n = 8$; 5 males and 3 females), and elderly (60 to 73 years; $n = 6$; 4 males and 2 females). Each tissue sample was processed simultaneously by both manual and automated methods for all comparative studies.

### SVF Isolation and Viability Assay

The stromal vascular fraction (SVF) was isolated enzymatically from excised fat tissue by digestion with collagenase. Briefly, the fat tissue was washed 2 or 3 times with phosphate-buffered saline (PBS), finely minced, and digested with 0.1% (w/v) type 1 collagenase (Sigma-Aldrich, St Louis, MO, USA) at 37 °C for 60 min with gentle agitation. The suspension was filtered through a nylon mesh (100 mesh) followed by centrifugation at 1,000 rpm for 10 min, and the final pellet was resuspended in culture medium. The nucleated cells were harvested as the SVF.

SVF yield was calculated as the initial cell number immediately after digestion divided by the same volume of the specimens. Cell concentration and viability were assessed on a Muse Cell Analyzer using the Muse Cell Count and Viability Assay (Merck Millipore, Darmstadt, Germany).

### Culture of Human Adipose-Derived Mesenchymal Stem Cells (hASCs) and MSC Characteristic Examination

Cells were plated at a density of $1.5 \times 10^5$ cells/cm$^2$ for culture in Mesenchymal Stem Cell Medium (MSCM, ScienCell, Carlsbad, CA, USA) containing 10% fetal bovine serum (FBS, HyClone, South, Logan, UT, USA) in a humidified 37 °C incubator with 5% $CO_2$. Forty-eight hours after isolation, unattached cells were washed off, and the medium was changed every 2 d. hASC morphology was evaluated under phase contrast microscopy during culture. At the third passage, the expression of MSC surface markers (CD44, CD73, CD90, and CD105) was analyzed using a Stemflow Human MSC Analysis Kit (BD Biosciences, San Jose, CA, USA) on a FACSAria II flow cytometer.

### Colony-Forming Unit Fibroblasts (CFU-Fs), Cell Proliferation, Apoptosis, and Cell Cycle Assays

The clonogenic ability of hASCs from the different age donors was determined by a CFU-Fs assay, as described in

the literature.[8] Briefly, freshly prepared passage 1 hASCs were seeded at a density of 4 cells/cm$^2$ in 55 cm$^2$ dishes (Corning, Tewksbury, MA, USA). After 10 d, the plastic adherent colonies were stained with 1% crystal violet (Beyotime, Shanghai, China). Colonies with diameters greater than 1 mm were taken into account.

The number of viable cells was quantified by the CellTiter 96 AQueous One Solution Cell Proliferation kit (Promega, WI, USA) following the manufacturer's instructions. In brief, 20 µL of 3-[4, 5-dimethylthizol-2-yl]-5-[3 carboxymethoxyphynyl]-2-[4-sulfophenul]-2H-tetrazolium inner salt (MTS)-based assay was added in each well and incubated for 4 h at 37 °C. The absorbance was measured at 490 nm on a PerkinElmer EnSpire Multimode Plate Reader.

A Muse Cell Analyzer was used for apoptosis studies using the Muse Annexin V & Dead Cell Assay. Cells were harvested, washed with PBS, and incubated with annexin V binding buffer according to the manufacturer's instructions. The percentage of normal, apoptotic, and necrotic cells was analyzed with a Muse Cell Analyzer (Millipore, Billerica, MA, USA).

Approximately $1 \times 10^6$ cells were centrifuged and washed with PBS. Washed cells were fixed with 70% ethanol and incubated for 3 h at −20 °C. Approximately 200 µL of fixed cells and an equal volume of Muse cell cycle reagent were mixed and incubated for 30 min at room temperature in the dark. The cell cycle was analyzed using a Muse Cell Analyzer (Millipore).

The expression levels of *c-Jun, c-Fos, caspase8, Bcl-2*, and *CHEK1* genes were detected by real-time quantitative reverse transcription-polymerase chain reaction (qRT-PCR) (Roche, LightCycler 480, Switzerland).

## Cellular Senescence Assay

Senescence-associated β-galactosidase (SA-β-gal) staining was performed using a β-galactosidase Staining Kit (Beyotime, Shanghai, China) according to the manufacturer's instructions. Briefly, $5 \times 10^4$ hASCs (passage 5) were seeded onto 6-well plates and incubated with freshly prepared β-gal staining solution overnight at 37 °C in the absence of $CO_2$. hASCs were washed with PBS, and the blue color (i.e., senescent cells) was observed under microscopy. Phase contrast images were taken, and the percentage of SA-β-gal-positive cells was calculated by dividing the number of blue cells by the total number of cells, multiplied by 100.

Mitochondrial superoxide content was evaluated using MitoSOX Red reagent (Invitrogen, NY, USA) following the manufacturer's instructions. Passage 2 hASCs were cultured on glass chamber slides and incubated with 1 mL of 5 µM MitoSOX reagent working solution for 10 min at 37 °C, protected from light. Nuclei were stained with diamidino-2-phenylindole (DAPI) and imaged by fluorescence microscopy (Leica, Wetzlar, Germany).

2,7-Dichlorodi-hydrofluorescein diacetate (DCFH-DA) (Invitrogen) was used to measure total cellular reactive oxygen species (ROS) according to the manufacturer's instructions.

hASCs ($5 \times 10^5$) were incubated with 7 µM DCFH-DA working solution for 5 min at 37 °C. Cells were then harvested and immediately evaluated on a flow cytometer (BD).

Proteasome activity was determined using the proteasome activity assay kit (Abcam, Cambridge, MA, USA) following the manufacturer's instructions. Briefly, cells were incubated with specific luminogenic proteasome substrates, Suc-Leu-Leu-Val-Tyr-7-amino-4-methylcoumarin (Succ-LLVY-AMC), and the free AMC fluorescence was measured on a fluorometric microplate reader at 350 of the 440 nm.

The expression levels of human telomerase reverse transcriptase (*hTERT*) and histone deacetylase (*SIRT1*), *p53, p21, p16*, and *RB1, RB2* genes were detected by qRT-PCR.

## Adipogenic and Osteogenic Differentiation Potential Assay

hASCs were seeded at a density of $7.5 \times 10^4$ cells/mL onto 6-well plates (Corning, Tewksbury, MA, USA) and cultured until 90% confluence before switching to adipogenic medium (AM: growth medium supplemented with 2 nM dexamethasone, 33 µM biotin, 17 µM pantothenic acid, 0.5 mM isobutylmethylxanthine, 5 µM rosiglitazone, and 1 µM insulin; all from Sigma-Aldrich). After 4, 8, and 12 d in AM, adipogenesis was assessed by the qRT-PCR analysis of differentiation markers, including peroxisome proliferator-activated receptor (*PPAR*-γ), Ccaat enhancer binding protein-α (*CEBP*-α), fatty acid binding protein 4 (*FABP-4*), and adiponectin; key enzyme genes involved in lipid metabolism, including lipoprotein lipase (*LPL*), glycerol-3-phosphate dehydrogenase (*GPDH*), fatty acid synthase (*FASN*), acetyl-CoA carboxylase alpha (*ACC1*), and lipase hormone sensitive (*HSL*), and energy metabolism-related genes, including *PPAR*-γ, coactivator 1 alpha (*PGC1*), and uncoupling protein 1 (*UCP1*). Triglyceride content in differentiated cells was identified using 0.3% Oil Red O (Sigma-Aldrich). Cell images were collected using inverted microscopy. Stained oil droplets were dissolved in isopropyl alcohol and measured by reading the absorbance at 510 nm on a microplate reader (Thermo Scientific, NanoDrop 2000C, BD Biosciences, San Jose, CA, USA).

To induce osteogenic differentiation, cells were seeded at a density of $5 \times 10^4$/mL onto 6-well plates. After reaching 80% confluence, osteogenic differentiation was induced by replacing the medium with osteogenic medium (OM: growth medium supplemented with 0.1 µM dexamethasone, 0.05 mM ascorbic acid (AA), and 10 mM sodium glycerophosphate; all from Sigma-Aldrich). To assess osteogenic differentiation, RNA was isolated after induction for 7, 14, and 21 d. The messenger RNA (mRNA) expression of differentiation markers (i.e., *Runx-2*, alkaline phosphatase [*ALP*], osteocalcin [*OCN*], osteopontin [*OPN*], and bone morphogenetic protein 2 [*BMP2*]) was then determined by qRT-PCR. The accumulation of calcium deposits was visualized by staining with Alizarin Red S dye and quantified by colorimetric analysis at 562 nm.

## hASC Migration Ability Assay

A scratch test and a transwell assay were used to determine the change in the migration ability of hASCs with age.

Briefly, hASCs were cultured on 6-well plates until reaching 90% confluence. The original medium was removed, and cells were washed with PBS. Cell scratches were made with a 200-µL pipette tip, and residual cells were washed away by PBS. Dulbecco's modified eagle's medium (DMEM) culture medium containing 2% FBS was used to culture cells for 24 h. Inverted microscopy was utilized to observe the healing condition of the cells after 6, 12, and 24 h. Transwell assays were performed using an 8-µm pore size transwell chamber (Corning) in 24-well plates. Cells were plated in the upper chamber of the transwell at a density of $2.5 \times 10^4$ cells/mL, while culture medium containing 10 µg/L stromal cell-derived factor 1 (SDF-1) was added in the lower chamber followed by incubation in a 5% $CO_2$ incubator at 37 °C. After incubation for 6 h, migrated cells appeared in the lower side of the transwell membrane and were fixed with 4% glutaraldehyde for 2 h and overnight with 2% Toluidine blue. The number of cells at the lower side was counted in 5 different randomly selected 10× fields using bright-field microscopy.

The expression levels of chemokine receptors, such as *CXCR4* and *CXCR7* genes, were detected by qRT-PCR.

## RNA Isolation and Real-Time Quantitative Reverse Transcription-Polymerase Chain Reaction (qRT-PCR)

Total RNA was extracted with TRIzol reagent (Invitrogen), and 1 µg was reverse-transcribed using Moloney murine leukemia virus (MMLV) Reverse Transcriptase (Invitrogen). qRT-PCR was performed using a Fast Synergy Brands (SYBR) Green Master Kit and a LightCycler 480 system (Roche) according to the manufacturer's instructions. The expression level of each target gene was normalized to 18S or β-actin and measured by the comparative Ct ($2^{-\Delta\Delta Ct}$) method. The specific oligonucleotide primer sequences are listed in Table 2.

## Statistical Analysis

Experimental data were analyzed using GraphPad Prism 5 software (San Diego, CA, USA). Statistical significance was determined using one-way analysis of variance with Tukey's post hoc multiple comparison test for normally distributed data and otherwise by Kruskall–Wallis test. Data are expressed as the mean ± standard error of the mean. Values of $P < 0.05$ were considered statistically significant.

## Results

### Analysis of SVF Yield and Viability

The adipose-derived SVF is a heterogeneous population of cells including MSC-like cells, endothelial progenitor cells, and hematopoietic cells. The yields and viabilities of freshly

**Table 2.** Primer Sequences used for qRT-PCR.

| Gene | Primer 5'-3' |
|---|---|
| ACC1 | F: CTGGTTTGTGGAAGTGGAAGG |
| | R: CTGCGGATTTGCTTGAGGAC |
| Adiponectin | F: CTTCCGTCACCTCTAAATCC |
| | R: GTCATCCCTAACTTCAGTGG |
| ALP | F: GGCTCCAGGGATAAAGCAGGTC |
| | R: GCTCCAGGGCATATTTCAGTGTC |
| BCL2 | F: AGATGGGAACACTGGTGGAG |
| | R: CTTCCCCAAAAGAAATGCAA |
| BMP-2 | F: ACCCGCTGTCTTCTAGCGT |
| | R: TTTCAGGCCGAACATGCTGAG |
| Caspase-8 | F: AACCTCGGGGATACTGTCTG |
| | R: CCTGTCCATCAGGCCATAG |
| CEBP-α | F: AGGAACACGAAGCACGATCA |
| | R: ACAGAGGCCAGATACAAGTG |
| c-Fos | F: CTTCAACGCAGACTACGAGG |
| | R: GACCGTGGGAATGAAGTTGG |
| c-Jun | F: CCAACATGCTCAGGGAACAG |
| | R: CTCAAGTCTGTCTCTCTGTG |
| CHEK1 | F: AGCGGTTGGTCAAAAGAATG |
| | R: CCCTTAGAAAGCCGGAAGTC |
| CXCR7 | F: CCAGCAGCAGGAAGAAGATG |
| | R: GGGCAGTAGGTCTCATTGTTG |
| CXCR4 | F: TCTTCCTGCCCACCATCTAC |
| | R: GCGTGATGACAAAGAGGAGG |
| FABP4 | F: GAAAGTCAAGAGCACCATAACC |
| | R: GACGCATTCCACCACCAGTT |
| FASN | F: CCCACCTACGTACTGGCCTA |
| | R: TTGGCCTTGGGTGTGTACT |
| GPDH | F: TACAGCATCCTCCAGCACAA |
| | R: CCTGGAGATCCTGGTGACTA |
| hTERT | F:GGAGCAAGTTGCAAAGCATTG |
| | R: TCCCACGACGTAGTCCATGTT |
| HSL | F: GGAAGTGCTATCGTCTCTGG |
| | R: TCCTCACTGTCCTGTCCTTC |
| LPL | F: AGAGAGAGGACTTGGAGATG |
| | R: GGCTCTGACTTTATTGATCTC |
| OCN | F: CCTCACACTCCTCGCCCTAT |
| | R: TGGGTCTCTTCACTACCTCG |
| OPN | F: CAGCAACCGAAGTTTTCACTCCAG |
| | R: CACCATTCAACTCCTCGCTTTCC |
| PPAR-γ | F: TGGAATTAGATGACAGCGACTTGG |
| | R: CTGGAGCAGCTTGGCAAACA |
| PGC1α | F: TCCAGGTCAAGATCAAGGTC |
| | R: CGTGCTGATATTCCTCGTAG |
| p16 | F: AACCTCGGGAAACTTAGATC |
| | R: TCTACGTTAAAAGGCAGGAC |
| p21 | F: GCACTTTGATTAGCAGCGGA |
| | R: GAAAGACAACTACTCCCAGC |
| p53 | F: TGCTCAAGACTGGCGCTAAA |
| | R: CAATCCAGGGAAGCGTGTCA |
| RB1 | F: CCGTGTGCTCAAAAGAAGTG |
| | R: CCTTGTTTGAGGTATCCATGC |
| RB2 | F: ACAGGTGCCAACAGTGACAT |
| | R: ATAGGGAGAGAGTGGAGGA |
| RUNX2 | F: ACTGGCGCTGCAACAAGAC |
| | R: CCCGCCATGACAGTAACCA |
| SIRT1 | F: TAATAGAGTGGCAAAGAGGCAG |
| | R: TACTGCCACAAGAACTAGAGGA |
| UCP1 | F: GTTTAGGAAGCAAGATTTTAGC |
| | R: GTACAATTGATGATGACACTTC |

1509

isolated cell populations were quantified to determine how age influences the cell availability within tissue sources and survival after isolation. The number of total nucleated cells was $7.28 \times 10^5 \pm 5.52 \times 10^4$/mL with $82.0 \pm 3.45\%$ cell viability in the child group, $6.32 \times 10^6 \pm 4.51 \times 10^4$/mL with $80.0 \pm 1.34\%$ cell viability in the young adult group, and $5.53 \times 10^5 \pm 9.9 \times 10^4$/mL with $80.9 \pm 4.43\%$ cell viability in the elderly group (Fig. 1A and B). The mean cell yield and viability values obtained in the present study are consistent with those from previously published reports.[9] However, we were unable to demonstrate a significant difference between the different age-groups, although there was a trend indicating that the SVF cell yield decreases with increasing donor age.

## hASCs from Donors of Different Ages Maintain MSC Characteristics

As previously described, the SVF from the same volume of fat was plated and adherent colonies formed in all 3 groups after 24 h. hASCs were cultured to the third passage. The cells in all groups exhibited a fibroblast-like morphology, and there was no difference during passaging (Fig. 1C).

The surface protein expression of hASCs at passage 3 was examined by flow cytometry. The cells fulfilled all minimal criteria for defining MSCs according to the International Society for Cellular Therapy position statement[10]; they were positive (>95%) for CD44, CD73, CD90, and CD105 and had low expression (<5%) of negative markers (CD34, CD11b, CD19, CD45, and HLA-DR; Fig. 1D). There was no significant difference between groups regarding cell morphology and MSC marker expression.

## hASCs from Elderly Donors Exhibit Senescent Properties

Age-dependent stem cell dysfunction can manifest in many forms, such as the loss of self-renewal and/or differentiation, increased apoptosis and senescence.

The amount of progenitor cells in SVF cells was assessed by the number of CFU-Fs. Increased age of the donor was found to have a significant negative effect on the hASC frequency (Fig. 2A). Nearly a 70% reduction in median CFU-Fs was noted in samples obtained from elderly group relative to those harvested from the child group.

Cell growth kinetics revealed a slight trend toward decreasing proliferation potential with age (Fig. 2B). However, no statistical significance was observed upon analysis. Consistent with these results, a decreasing trend of *c-Jun* and *c-Fos* gene expression, the key proto-oncogenes related to proliferation, with age was observed (Fig. 2C).

Apoptosis and its related genes, *caspase-8* and *Bcl-2*, did not appear to be significantly affected by donor age (Fig. 2D and E).

The cell cycle distribution of hASCs was determined using a Muse Cell Cycle Assay Kit. An assessment of the percentage of cells in G0/G1, S, and G2/M phase among the hASCs

indicated a significant decrease in the number of cells in S phase. A slight increase in the number of cells in G0/G1 and G2/M in the elderly group compared with the other 2 groups was also observed (Fig. 2F). The expression of *CHEK1* (promotes a G2/M phase arrest), which plays a crucial role in the control of the cell cycle, was upregulated with increasing age, although the difference was not significant (Fig. 2G).

SA-β-gal activity is the most commonly used biomarker for the identification of senescent cells. We observed a significant increase in SA-β-gal-positive cells in passage 5 cells in the elderly group ($0.83 \pm 0.33\%$; $P < 0.05$) compared to the child group ($0.10 \pm 0.10\%$; Fig. 3A and B), although there was no significant difference in passage 3 hASCs between the different age-groups (data not shown). This result suggests that hASCs from elderly individuals are more susceptible to replicative senescence during in vitro amplification.

Aging is often associated with several cellular hallmarks of senescence, such as mitochondrial dysfunction, impaired proteasome activity, attenuated telomerase activity, epigenetic changes, and metabolic alterations.[11,12]

The mitochondria is a major source of intrinsic ROS production, and mitochondrial ROS are believed to be associated with aging.[13] A DCFH-DA assay showed an increase in total intracellular ROS production with increasing age (Fig. 3C and 3D), and MitoSOX Red staining demonstrated that mitochondrial-specific ROS production was increased in the elderly group (Fig. 3E).

The impaired proteasome activity is another important aspect of cellular senescence. As shown in Fig. 3F, proteasome activity displayed a rapid decrease in the child group compared to the young adult group, which did not, however, reach significance. The interindividual variation was the highest in the young adult group. The proteasome activity in elderly group was comparable to the young adult group.

Although decreased expression of *SIRT1* and *hTERT* with increasing age was evidenced by qRT-PCR, the differences between groups were statistically insignificant (Fig. 3G). The senescence markers *p53*, *p16*, and *p21* were also increased with increasing donor age, although the only significant difference was observed between the child group and the elderly group with respect to *p21* (Fig. 3H). The retinoblastoma family genes *RB1* and *RB2* also play major roles in controlling the cell cycle G1/S transition and in senescence.[14] As shown in Fig. 3H, although the mRNA expression of *RB1* decreased in an age-dependent manner, there was no significant difference between groups in *RB1* or *RB2* expression.

## Adipogenic Differentiation Potential Decreases with Age Early, While the Overall Potential of hASCs to form Mature Adipocytes Is Comparable between Age Groups

To confirm adipogenesis, cells were stained with the lipid dye Oil Red O. Small lipid droplets were apparent in all 3

*Cell Transplantation 26(9)*



**Fig. 1.** Influence of age on stromal vascular fraction (SVF) yield, cell viability, and mesenchymal stem cell (MSC) characteristics. (A) A slight trend indicated that the SVF cell yield decreased with increasing donor age, but no significant difference was found between the different age-groups. (B) Donor age had no effect on human adipose-derived mesenchymal stem cells (hASCs) viability. (C) hASCs from different age-groups showed similar cellular morphologies at passage 0 and 3 (P0 and P3) under phase contrast microscopy (20X). (D) FACS analysis was used to determine the proportion of hASCs expressing MSC surface markers (CD44, CD73, CD90, and CD105). Experiments were carried out in triplicate. Data are expressed as the mean $\pm$ standard error of mean (SEM). FACS: fluorescent-activated cell sorting.

groups as early as 4 d following adipogenic induction and gradually increased with induction time. By 12 d of induction, large Oil Red O-positive lipid droplets had formed (Fig.

4A). The results of the semi-quantitative detection showed that the absorbance values between the 3 groups did not differ significantly at day 4, 8, or 12 (Fig. 4B).

*Liu et al*                                                                                                                    1511



**Fig. 2.** Effect of donor age on human adipose-derived mesenchymal stem cells (hASCs) colony-forming unit fibroblasts (CFU-Fs), proliferation, apoptosis, and cell cycle distribution. (A) CFU-Fs assay showed the number of clone forming cells decreased significantly in elderly group compared with the child group. (B) Donor age had no effect on hASCs proliferation, as evidenced by the MTS assay. (C) qRT-PCR analysis of genes associated with proliferation (*c-Jun* and *c-Fos*) showing a decreasing trend with age. (D) Apoptosis was analyzed using a Muse Cell Analyzer, showing no significant difference between the different age-groups. (E) Expression of apoptosis-related genes *Bcl-2* and *caspase-8* were determined by qRT-PCR and did not appear to be significantly affected by donor age. (F) Cell cycle distribution of hASCs in different age-groups analyzed with a Muse Cell Analyzer. The number of cells in S phase in the elderly group was significantly decreased compared with the other 2 groups. (G) qRT-PCR analysis showed that the expression of *CHEK1*, a cell cycle-associated gene, was upregulated with increasing age, although the difference was not significant. Experiments were carried out in triplicate. Data are expressed as the mean $\pm$ standard error of mean [SEM]. *$P < 0.05$, **$P < 0.01$

To provide a more stringent and detailed quantitative measurement of adipogenesis, genes related to adipogenic differentiation (*PPAR-γ*, *CEBP-α*, *FABP4*, adiponectin, and *LPL*) and lipid synthesis (*GPDH*, *FASN*, *ACC1*, and *HSL*) were examined following induction at different times. As shown in Fig. 4C and D, *PPAR-γ*, *CEBP-α*, *FABP4*, and *LPL* were highly upregulated as early as 4 d induction in the child group, which differed significantly compared with the young adult and elderly groups. Lipid synthesis-related genes (*GPDH*, *FASN*, *ACC1*, and *HSL*) decreased with age during adipose induction (Fig. 4E). It is worth noting that there was a significant difference between the child group

and the other 2 groups with respect to *FASN* in hASCs without induction.

Consistent with the mRNA expression of adipogenic genes, low expression of thermogenic markers *UCP1* and *PGC1α* was found in the elderly group (Fig. 4F). Moreover, their response was slow when induced, suggesting that the adipose tissue lost brown-like features with aging.

Therefore, although their overall potential to form mature adipocytes was comparable, there were some variations during the early and mid-phases of adipogenic induction among the different age-groups. These results suggest that the response to the induction factors of hASCs is faster in children.



**Fig. 3.** Senescence state of human adipose-derived mesenchymal stem cells (hASCs) in different age-groups. (A) Representative pictures of senescence-associated β-galactosidase (SA-β-gal) staining (20× magnification). (B) The number of senescent cells (SA-β-gal-positive) was significantly higher in the elderly group. Positive cells were expressed as a percentage of total hASCs counted. (C) Total intracellular ROS production was measured using the DCFH-DA assay. (D) Quantitative analysis of the DCFH-DA assay revealed a significant increase in ROS production in the elderly group. (E) Representative pictures of MitoSOX Red staining demonstrating that mitochondrial-specific ROS production was increased in the elderly group. (F) Proteasome activity assay showed a decreasing trend with age increasing, although the difference was not significant. (G) Messenger RNA (mRNA) expression levels of *SIRT1* and *hTERT* were determined by qRT-PCR. Although there was no difference in their expression between the different age-groups, both exhibit a decreasing trend with increasing age. (H) qRT-PCR analysis showed that the mRNA expression levels of senescence markers *p53*, *p21*, and *p16* were increased with increasing donor age. The mRNA levels of *RB1* declined in an age-dependent manner, whereas the *RB2* expression level in 3 groups was comparable. Only *p21* mRNA expression showed significant difference between the child group and the elderly group. The expression of each gene was normalized to the amount of *GAPDH* RNA to calculate the relative amount of mRNA. All tests were performed in triplicate, and the data are expressed as the mean ± standard error of mean. *$P < 0.05$.



**Fig. 4.** Aging influences adipogenic differentiation potential at the early time of induction, while the overall potential to form mature adipocytes is comparable between age-groups. (A) Adipogenesis was confirmed in hASCs by Oil Red O staining. (B) Semi-quantitative detection by colorimetric evaluation of Oil Red O uptake showed no significant differences between the 3 groups. (C, D) Adipogenic differentiation was further confirmed through qRT-PCR analysis of genes related to adipogenic differentiation (*PPAR-γ, CEBP-α, FABP4*, adiponectin, and *LPL*). At the early time of induction (day 4), all genes related to adipogenic differentiation were significantly higher in the child group compared to the other 2 groups. (E) The expression of lipid synthesis-related genes (*GPDH, FASN, ACC1*, and *HSL*) in hASCs after adipogenic induction for 4, 8, and 12 d. There were no significant differences between the different age-groups. (F) The expression levels of thermogenic markers *UCP1* and *PGC1*α were significantly higher in the child group at the early induction stage. All tests were performed in triplicate, and the data are expressed as the mean $\pm$ standard error of mean (SEM). *$P < 0.05$.

*Cell Transplantation 26(9)*



**Fig. 5.** Osteogenic differentiation diminishes with increasing age. (A) Representative pictures of alkaline phosphatase (ALP) staining (20× magnification). (B, C) Messenger RNA (mRNA) expression levels of osteogenic differentiation-related genes (*ALP, RUNX2, BMP2, OCN,* and *OPN*) were determined in human adipose-derived mesenchymal stem cells (hASCs) over the course of osteogenic differentiation by qRT-PCR. hASCs from aged donors had a diminished response to osteogenic inducers relative to that of young donors. (D) Alizarin Red S staining was used to visualize mineralization. Representative images were shown from 3 separate experiments. (E) Quantitative analysis of Alizarin Red S staining in hASCs cultures at day 14 after osteogenic induction revealed a significant decrease in matrix calcification in the elderly group compared to younger donors. All tests were performed in triplicate, and the data are expressed as the mean ± standard error of mean (SEM). *$P < 0.05$.

## hASCs from Aged Patients Exhibit Impaired Osteogenic Potential

Osteogenesis was confirmed by ALP and Alizarin Red S staining. Increased ALP expression was observed in both the child and young adult groups during the early stages of osteogenesis and gradually decreased by days 14 and 21. In contrast, ALP expression gradually increased in the elderly group during osteogenic induction (Fig. 5A and B), suggesting that the response of hASCs from elderly donors to inducing factors is slower than those from the other groups.

To determine the factors involved in the osteogenic activity of hASCs, we analyzed the expression of various early-, mid-, and late-phase osteogenic differentiation markers, including *ALP, Runx2, BMP2, OPN,* and *OCN* by

qRT-PCR (Fig. 5C). Generally, these genes reached a maximum at day 14 and gradually decreased by day 21. The expression levels of *Runx2, BMP2,* and *OPN* were significantly higher in the child group compared to the other 2 groups at the early phase (day 7). *OCN* mRNA expression was significantly elevated in the child group compared to other 2 groups during the middle stage (day 14). By the late phase of differentiation at day 21, *BMP2* and *OPN* expression remained higher in the child group than in the other 2 groups. hASCs induced in OM for up to 21 d showed extensive mineralization in all 3 groups, as visualized by Alizarin Red S staining (Fig. 5D). Quantitative measurement of Alizarin Red S revealed a significant decrease in matrix calcification in the elderly group compared to the younger donors (Fig. 5E). Taken together, these data suggest a



**Fig. 6.** Cell scratch test and transwell assay were used to examine the migration ability of human adipose-derived mesenchymal stem cells (hASCs). (A) Images from the scratch wound migration assay. Healing due to the cellular migration of hASCs was observed over a period of 6 and 24 h following scratch wounding. (B) Quantitative data from the cell scratch healing assay were shown. The migration ability of hASCs in the elderly group was decreased significantly at 6, 12, and 24 h compared to that of the child group. (C) Representative images of cell migration using a transwell assay. (D) Quantitative analysis of cell migration using the transwell assay. The number of migratory cells of the elderly group was reduced compared to that of the child group (within 6 h). (E) The messenger RNA (mRNA) expression levels of chemokine receptors *CXCR4* and *CXCR7* were decreased in the elderly group. All tests were performed in triplicate, and the data are expressed as the mean $\pm$ standard error of mean (SEM). *$P < 0.05$.

decrease in the osteogenic potential of hASCs isolated from elderly donors.

### hASCs from Aged Patients Exhibit Impaired Migration Potential

The scratch test and transwell system were used to analyze the migration ability of hASCs. The results of the scratch test showed that the migration ability of hASCs was significantly decreased in the elderly group at 6, 12, and 24 h compared to that in the child group (Fig. 6A and B). Furthermore, the transwell assay revealed that the number of migratory cells of the elder group was reduced compared to that of the child group within 6 h (Fig. 6C and D). Therefore, we conclude that

the elderly derived ASCs show an impaired migration capability under basal conditions. To identify the pathway implicated in cell migration, we performed qRT-PCR to examine the expression of *CXCR4* and *CXCR7*. Consistent with the results of the migration assay, a significant reduction in *CXCR4* and *CXCR7* expression was observed in the elderly group compared with the younger groups (Fig. 6E), demonstrating that a decreased migration ability is associated with decreased expression of chemokine receptors in hASCs.

### Discussion

hASCs are useful for cell therapy and have been used in several preclinical models of regeneration and clinical

trials.[15] The clinical applicability of hASCs spans all age-groups. Some studies have shown the effects of age on the proliferative and differentiation potentials of hASCs. However, the differences reported were found to depend on various factors, such as anatomic site, harvesting technique, donor gender, and body mass index.

In the present study, we investigated several distinct parameters, including the senescence, proliferation, and differentiation capacity together with the migration potential of hASCs derived from different age donor groups.

The fresh SVF of adipose tissue is a rich source of regenerative cells and is used for different clinical applications.[16] Cell yield, which reflects the total cell number obtained from the tissue (not only MSCs), and cell quality are the keys for maximizing the success of clinical studies. The results from the present study indicate a decreasing trend with increasing donor age, although there were no significant differences between groups. These findings are in agreement with existing data, suggesting that SVF yield and viability do not change significantly with donor age.[17] However, Dos-Anjos Vilaboa et al. showed a statistically significant decline in SVF cell yield with increasing age in female subjects[9] and that the postmenopausal status of patients could explain the reduced cell yield found in their study.

hASCs from different age donors were isolated and characterized in the study described herein. These cells consistently expressed the characteristic surface markers associated with MSCs, and there were no discernible age-associated changes in MSC marker profiles, consistent with previous reports.[7,18] It should be noted that the isolation of MSCs according to the International Society for Cellular Therapy criteria produces heterogeneous, nonclonal cultures of stromal cells containing stem cells with different multipotential properties, committed progenitors, and differentiated cells.[19] We did not purify the homogenous MSC populations because the presence of different cell types in the SVF might be beneficial in its therapeutic properties.[20]

However, hASCs obtained from aged donors displayed increased senescent features, such as increased SA-β-gal activity, enhanced oxidative damage, and high expression of *p21*. Senescence is considered to be a stress response triggered by the activation of *p53* and is highly influenced by oxidative stress.[21,22] In our study, we observed that hASCs isolated from elder donors expressed higher levels of *p21* mRNA and SA-β-gal activity. *p53* and *p16* were also increased with increasing donor age, although there were no significant differences between groups. These findings are in agreement with existing data, indicating that *p53, p21,* and *p16* lead to cell cycle arrest, senescence, apoptosis, and differentiation, which increase with age.[23] The retinoblastoma family genes *RB1* and *RB2* play a major role in controlling the cell cycle $G_1$/S transition and regulating some cellular processes, such as terminal differentiation and senescence.[24] Previous studies have shown the switch from *RB1* to *RB2*, including decreased levels of *RB1* and increased levels of *RB2* when cells enter senescent arrest.[25] In hASCs from

different age donors, we observed a decreasing trend in *RB1* mRNA expression with increasing age; however, there was no significant difference across age-groups in *RB1* or *RB2* expression.

The DCFH-DA assay and MitoSOX Red staining demonstrated that intracellular total and mitochondrial-specific ROS production were increased in the elderly group. Obtained data stand in good agreement with Kornicka et al. findings that ROS levels significantly increased with age, being the lowest in the child group, but they maintained on a comparable level in older donors.[26] Another important aspect of cellular senescence is the impaired proteasome activity.[27] An impairment of proteasome activity results in damaged proteins (oxidized, misfolded, and denatured) accumulation, which may induce senescence. In previous studies, proteasome activity is impaired in some forms of senescence: either acute senescence in U937 leukemic cells[28] or chronic replicative senescence in human fibroblasts.[29] The results of our study showed a decreasing trend of proteasome activity in adult donors (young adult group and elderly group) compared to child donors. These data are consistent with the work of Kozil et al., who reported proteasome activity was significantly decreased in fibroblasts from middle-aged donors compared with young donors, and there are a coregulation of mitochondrial and proteasome function.[29] A decrease in *hTERT* and *SIRT1* activity was also detected in the elderly group, while no significant difference in *hTERT* or *SIRT1* mRNA expression was detected between the groups. Telomerase reverse transcriptase is the catalytic subunit of telomerase, which stabilizes telomere length and affects age-relevant processes linked to optimal mitochondrial and stem cell function.[30] Sirt is a family of histone deacetylases that have been shown to regulate the organismal life span, oxidative stress, and DNA damage.[31] Using different model organisms, Sirt1 and Sirt2 have been implicated in life extension.[32]

Our results indicate that hASCs from aged donors undergo a cellular senescence process, although some results did not show a significant difference. Increasing sample sizes for each age range chosen could help describe this relationship more clearly.

Cellular senescence may be ultimately reflected in cell self-renew, proliferation, apoptosis, cell cycle, and differentiation. CFU-F is an important feature of self-renewing stem cells. We observed a significant negative effect of age on hASCs frequency based on the CFU-Fs analysis, in accordance with Kornicka et al, who also observed reduced potential of CFU-F forming in older patients.[26] Our results show that age does not significantly affect proliferation and apoptosis. However, a decreasing trend of *c-Jun* and *c-Fos* gene expression, the key proto-oncogenes related to proliferation, with age was observed. Interestingly, our data showed an abnormal cell cycle profile. A significant decrease in the S phase profile in hASCs from the elderly group was found and the expression of *CHEK1*, a cell cycle regulator, displayed a marginal increase in the elderly group compared

with the younger groups. The report of age-associated cell cycle changes in hASCs and BMSCs by Alt et al. support our findings[33]; however, they found the overexpression of *Bcl2* and other genes associated with apoptosis.

Regarding age-related adipogenic differentiation, there are conflicting observations. Despite there being some variations among the 3 groups in terms of the expression levels of the early adipogenic markers (i.e., *PPAR-γ, CEBP-α, FABP4,* adiponectin, and *LPL*), the actual quantity of lipid droplet accumulation present at completion of the experiment was not significantly different. This was confirmed by the expression of lipid synthesis-related genes, such as *GPDH, FASN, ACC1,* and *HSL*. Therefore, hASCs isolated from aged donors had the capacity to retain their overall adipogenic differentiation potential compared to those in the child group. These observations are in line with the work by Choudhery et al.[34] and Zhu et al.,[6] who reported that the adipogenic potential of hASCs was well-preserved in advanced age. However, through more detailed testing, we found a slower response of hASCs to adipogenic inducing factors in the elderly.

Our data signify that aging processes have drastic effects on the osteogenic differentiation potential of hASCs. Quantitative measurement of Alizarin Red S revealed a significant decrease in matrix calcification in the elderly group compared to the child group. Furthermore, differences between groups were observed during both the early and mid-phases of osteogenesis, as determined by the quantitative analysis of molecular markers of osteogenic differentiation. Age-related changes in the osteogenic potential of hASCs were investigated previously in both human and animal studies. For example, consistent with our results, Choudhery et al.[34] showed a significant decrease in osteocalcin and ALP gene expression in elderly donors. However, Weinzierl et al.[35] described no significant age-related changes in the osteogenic potential from hASC donors aged 12 to 75 years. These discrepancies could be due to the different age ranges and health states of the cell donors.

MSCs show great repair capacity, which involves differentiation and migration properties. MSCs can change their membrane receptors and are capable of migration toward the site of the damage.[36] To date, local injection of MSCs is the most prevalent cell delivery method, but inadequate migration limits the therapeutic effect.[37] Current studies are mostly based on the differentiation properties of MSCs, but few have reported the effects of age on migration ability. The results of our study clearly demonstrate a correlation between age and impairment of hASCs migration potential; both the scratch test and the transwell system demonstrated that the migration ability of hASCs in the elderly group was decreased significantly as early as 6 h after culture. The abilities of hASCs to secrete chemokines and express chemokine receptors affect their migration activity. The production of these factors, such as *CXCR4* and *CXCR7*, declines with age, causing impaired hASCs migration potential. Both CXCR4 and CXCR7 are intricately involved in orchestrating

the effects of multiple chemokine ligands through distinct signaling mediators to execute differential response and migration of MSCs. Kim et al. reported the overexpression of CXCR4 improved homing and engraftment of hASCs in an animal limb ischemia model.[38] Based on the results presented in our current work, further studies are needed in order to explain the apparent complexities between chemokine receptors and MSC function.

## Conclusion

We demonstrated that hASCs from older patients maintained MSC characteristics but acquired some properties of senescent cells. Moreover, aging could affect the differentiation potential of hASCs obtained from older individuals that may restrict the effectiveness of autologous cell therapy with hASCs. In addition, hASCs derived from aged subjects show an impaired migration ability. Therefore, although the different populations were phenotypically similar, they presented major differences at the functional level. In general, hASCs derived from elderly subjects present lower capacity for therapeutic repair.

Further analysis of the function of hASCs in chronologically aged donors is needed to confirm the use of autologous stem cell-based therapeutic strategies.

### Ethical Approval

This study was approved by ethics committee of Plastic Surgery Hospital (Institute), Chinese Academy of Medical Sciences and Peking Union Medical College.

### Statement of Human and Animal Rights

The ethics committee of Plastic Surgery Hospital (Institute), Chinese Academy of Medical Sciences and Peking Union Medical College approved the use of human-derived tissue samples. Human subcutaneous adipose tissue samples (>5 mL) were excised from the right chest regions of both male and female donors during various surgical procedures following written consent.

### Statement of Informed Consent

Written informed consent for the harvest and use of adipose tissue samples for research purposes was obtained from each patient.

### Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

### Funding

The author(s) disclosed receipt of the following financial support for the research and/or authorship of this article: This work was supported by National Natural Science Foundation of China (81471804; 81301661) and grants from plastic surgery hospital, Chinese Academy of Medical Sciences and Peking Union Medical College.

## References

1. Gimble JM, Bunnell BA, Floyd ZE. Prospecting for adipose progenitor cell biomarkers: biopanning for gold with in vivo phage display. Cell Stem Cell. 2011;9(1):1–2.

2. Nicpon J, Marycz K, Grzesiak J. Therapeutic effect of adipose-derived mesenchymal stem cell injection in horses suffering from bone spavin. Pol J Vet Sci. 2013;16(4):753–754.

3. Tzouvelekis A, Paspaliaris V, Koliakos G, Ntolios P, Bouros E, Oikonomou A, Zissimopoulos A, Boussios N, Dardzinski B, Gritzalis D, et al. A prospective, non-randomized, no placebo-controlled, phase Ib clinical trial to study the safety of the adipose derived stromal cells-stromal vascular fraction in idiopathic pulmonary fibrosis. J Transl Med. 2013;11:171.

4. Murohara T, Shintani S, Kondo K. Autologous adipose-derived regenerative cells for therapeutic angiogenesis. Curr Pharm Des. 2009;15(24):2784–2790.

5. Campisi J. Senescent cells, tumor suppression, and organismal aging: good citizens, bad neighbors. Cell. 2005;120(4):513–522.

6. Zhu M, Kohan E, Bradley J, Hedrick M, Benhaim P, Zuk P. The effect of age on osteogenic, adipogenic and proliferative potential of female adipose-derived stem cells. J Tissue Eng Regen Med. 2009;3(4):290–301.

7. Efimenko A, Dzhoyashvili N, Kalinina N, Kochegura T, Akchurin R, Tkachuk V, Parfyonova Y. Adipose-derived mesenchymal stromal cells from aged patients with coronary artery disease keep mesenchymal stromal cell properties but exhibit characteristics of aging and have impaired angiogenic potential. Stem Cells Transl Med. 2014;3(1):32–41.

8. Yang Z, Dong P, Fu X, Li Q, Ma S, Wu D, Kang N, Liu X, Yan L, Xiao R. CD49f Acts as an inflammation sensor to regulate differentiation, adhesion, and migration of human mesenchymal stem cells. Stem Cells. 2015;33(9):2798–2810.

9. Dos-Anjos Vilaboa S, Navarro-Palou M, Llull R. Age influence on stromal vascular fraction cell yield obtained from human lipoaspirates. Cytotherapy. 2014;16(8):1092–1097.

10. Dominici M, Le Blanc K, Mueller I, Slaper-Cortenbach I, Marini F, Krause D, Deans R, Keating A, Prockop D, Horwitz E. Minimal criteria for defining multipotent mesenchymal stromal cells. The international society for cellular therapy position statement. Cytotherapy. 2006;8(4):315–317.

11. Sahin E, Depinho RA. Linking functional decline of telomeres, mitochondria and stem cells during ageing. Nature. 2010;464(7288):520–528.

12. Sethe S, Scutt A, Stolzing A. Aging of mesenchymal stem cells. Ageing Res Rev. 2006;5(1):91–116.

13. Velarde MC, Flynn JM, Day NU, Melov S, Campisi J. Mitochondrial oxidative stress caused by Sod2 deficiency promotes cellular senescence and aging phenotypes in the skin. Aging (Albany NY). 2012;4(1):3–12.

14. Galderisi U, Cipollaro M, Giordano A. The retinoblastoma gene is involved in multiple aspects of stem cell biology. Oncogene. 2006;25(38):5250–5256.

15. Kim M, Kim I, Lee SK, Bang SI, Lim SY. Clinical trial of autologous differentiated adipocytes from stem cells derived from human adipose tissue. Dermatol Surg. 2011;37(6):750–759.

16. Casteilla L, Planat-Benard V, Laharrague P, Cousin B. Adipose-derived stromal cells: their identity and uses in clinical trials, an update. World J Stem Cells. 2011;3(4):25–33.

17. Buschmann J, Gao S, Harter L, Hemmi S, Welti M, Werner CM, Calcagni M, Cinelli P, Wanner GA. Yield and proliferation rate of adipose-derived stromal cells as a function of age, body mass index and harvest site-increasing the yield by use of adherent and supernatant fractions? Cytotherapy. 2013;15(9):1098–1105.

18. Pandey AC, Semon JA, Kaushal D, O'Sullivan RP, Glowacki J, Gimble JM, Bunnell BA. MicroRNA profiling reveals age-dependent differential expression of nuclear factor kappaB and mitogen-activated protein kinase in adipose and bone marrow-derived human mesenchymal stem cells. Stem Cell Res Ther. 2011;2(6):49.

19. Squillaro T, Peluso G, Galderisi U. Clinical trials with mesenchymal stem cells: an update. Cell Transplant. 2016;25(5):829–848.

20. Dykstra JA, Facile T, Patrick RJ, Francis KR, Milanovich S, Weimer JM, Kota DJ. Concise review: fat and furious: harnessing the full potential of adipose-derived stromal vascular fraction. Stem Cells Transl Med. 2017;6(4):1096–1108.

21. Estrada JC, Torres Y, Benguria A, Dopazo A, Roche E, Carrera-Quintanar L, Perez RA, Enriquez JA, Torres R, Ramirez JC, et al. Human mesenchymal stem cell-replicative senescence and oxidative stress are closely linked to aneuploidy. Cell Death Dis. 2013;4:e691.

22. Maredziak M, Marycz K, Tomaszewski KA, Kornicka K, Henry BM. The influence of aging on the regenerative potential of human adipose derived mesenchymal stem cells. Stem Cells Int. 2016;2016:2152435. doi: 10.1155/2016/2152435. Epub ahead of print 2016 Jan 28.

23. Signer RA, Morrison SJ. Mechanisms that regulate stem cell aging and life span. Cell Stem Cell. 2013;12(2):152–165.

24. Alessio N, Bohn W, Rauchberger V, Rizzolio F, Cipollaro M, Rosemann M, Irmler M, Beckers J, Giordano A, Galderisi U. Silencing of RB1 but not of RB2/P130 induces cellular senescence and impairs the differentiation potential of human mesenchymal stem cells. Cell Mol Life Sci. 2013;70(9):1637–1651.

25. Helmbold H, Galderisi U, Bohn W. The switch from pRb/p105 to Rb2/p130 in DNA damage and cellular senescence. J Cell Physiol. 2012;227(2):508–513.

26. Kornicka K, Marycz K, Tomaszewski KA, Maredziak M, Smieszek A. The effect of age on osteogenic and adipogenic differentiation potential of human adipose derived stromal stem cells (hASCs) and the impact of stress factors in the course of the differentiation process. Oxid Med Cell Longev. 2015;2015:309169. doi: 10.1155/2015/309169. Epub ahead of print 2015 Jul 12.

27. Capasso S, Alessio N, Squillaro T, Di Bernardo G, Melone MA, Cipollaro M, Peluso G, Galderisi U. Changes in autophagy, proteasome activity and metabolism to determine a specific signature for acute and chronic senescent mesenchymal stromal cells. Oncotarget. 2015;6(37):39457–39468.

28. Bertram C, Hass R. Matrix metalloproteinase-7 and the 20S proteasome contribute to cellular senescence. Sci Signal. 2008; 1(12):pt1.

29. Koziel R, Greussing R, Maier AB, Declercq L, Jansen-Durr P. Functional interplay between mitochondrial and proteasome activity in skin aging. J Invest Dermatol. 2011;131(3):594–603.

30. Sarin KY, Cheung P, Gilison D, Lee E, Tennen RI, Wang E, Artandi MK, Oro AE, Artandi SE. Conditional telomerase induction causes proliferation of hair follicle stem cells. Nature. 2005;436(7053):1048–1052.

31. Mostoslavsky R, Chua KF, Lombard DB, Pang WW, Fischer MR, Gellon L, Liu P, Mostoslavsky G, Franco S, Murphy MM, et al. Genomic instability and aging-like phenotype in the absence of mammalian SIRT6. Cell. 2006;124(2):315–329.

32. Kaeberlein M, McVey M, Guarente L. The SIR2/3/4 complex and SIR2 alone promote longevity in Saccharomyces cerevisiae by two different mechanisms. Genes Dev. 1999; 13(19):2570–2580.

33. Alt EU, Senst C, Murthy SN, Slakey DP, Dupin CL, Chaffin AE, Kadowitz PJ, Izadpanah R. Aging alters tissue resident mesenchymal stem cell properties. Stem Cell Res. 2012;8(2): 215–225.

34. Choudhery MS, Badowski M, Muise A, Pierce J, Harris DT. Donor age negatively impacts adipose tissue-derived mesenchymal stem cell expansion and differentiation. J Transl Med. 2014;12:8. doi: 10.1186/1479-5876-12-8.

35. Weinzierl K, Hemprich A, Frerich B. Bone engineering with adipose tissue derived stromal cells. J Craniomaxillofac Surg. 2006;34(8):466–471.

36. Annabi B, Lee YT, Turcotte S, Naud E, Desrosiers RR, Champagne M, Eliopoulos N, Galipeau J, Beliveau R. Hypoxia promotes murine bone-marrow-derived stromal cell migration and tube formation. Stem Cells. 2003;21(3):337–347.

37. Habisch HJ, Janowski M, Binder D, Kuzma-Kozakiewicz M, Widmann A, Habich A, Schwalenstocker B, Hermann A, Brenner R, Lukomska B, et al. Intrathecal application of neuroectodermally converted stem cells into a mouse model of ALS: limited intraparenchymal migration and survival narrows therapeutic effects. J Neural Transm (Vienna). 2007;114(11): 1395–1406.

38. Kim M, Kim DI, Kim EK, Kim CW. CXCR4 overexpression in human adipose tissue-dervied stem cells improves homing and engraftment in an animal limb ischemia model. Cell Transplant. 2017; 26(2): 191–204.

Hindawi Publishing Corporation
Stem Cells International
Volume 2016, Article ID 2152435, 15 pages
http://dx.doi.org/10.1155/2016/2152435



*Research Article*

# The Influence of Aging on the Regenerative Potential of Human Adipose Derived Mesenchymal Stem Cells

**Monika Marędziak,[1,2] Krzysztof Marycz,[2,3] Krzysztof A. Tomaszewski,[4] Katarzyna Kornicka,[2] and Brandon Michael Henry[4]**

[1]*Department of Animal Physiology and Biostructure, Faculty of Veterinary Medicine, Wroclaw University of Environmental and Life Sciences, 50-375 Wroclaw, Poland*
[2]*Electron Microscopy Laboratory, Wroclaw University of Environmental and Life Sciences, 50-631 Wroclaw, Poland*
[3]*Wroclaw Research Centre EIT+, 54-066 Wroclaw, Poland*
[4]*Department of Anatomy, Jagiellonian University Medical College, 31-034 Krakow, Poland*

Correspondence should be addressed to Krzysztof Marycz; krzysztofmarycz@interia.pl

Received 2 August 2015; Revised 31 December 2015; Accepted 5 January 2016

Academic Editor: Christian Dani

Copyright © 2016 Monika Marędziak et al. This is an open access article distributed under the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Tissue regeneration using human adipose derived mesenchymal stem cells (hASCs) has significant potential as a novel treatment for many degenerative bone and joint diseases. Previous studies have established that age negatively affects the proliferation status and the osteogenic and chondrogenic differentiation potential of mesenchymal stem cells. The aim of this study was to assess the age-related maintenance of physiological function and differentiation potential of hASCs in vitro. hASCs were isolated from patients of four different age groups: (1) >20 years ($n = 7$), (2) >50 years ($n = 7$), (3) >60 years ($n = 7$), and (4) >70 years ($n = 7$). The hASCs were characterized according to the number of fibroblasts colony forming unit (CFU-F), proliferation rate, population doubling time (PDT), and quantified parameters of adipogenic, chondrogenic, and osteogenic differentiation. Compared to younger cells, aged hASCs had decreased proliferation rates, decreased chondrogenic and osteogenic potential, and increased senescent features. A shift in favor of adipogenic differentiation with increased age was also observed. As many bone and joint diseases increase in prevalence with age, it is important to consider the negative influence of age on hASCs viability, proliferation status, and multilineage differentiation potential when considering the potential therapeutic applications of hASCs.

## 1. Introduction

Mesenchymal stem/stromal cells (MSCs) hold great promise as a novel therapeutic option for use in tissue regeneration. Because of their multilineage differentiation capacity, MSCs are considered as a potential therapeutic tool for treating a wide range of pathologies, especially bone and cartilage disorders such as osteoarthritis, osteoporosis, and osteonecrosis [1–3]. Numerous preclinical and clinical studies, using the ability of MSCs to repair bone and cartilage, have shown promising results in musculoskeletal regeneration of chondral and osteochondral lesions [4–7]. This lends hope for MSCs to be potentially used in daily clinical practice.

Beside proliferative and multilineage differentiation potential, MSCs have an immunomodulatory effect that is dependent on cell-cell contact or mediated through the secretion of immunosuppressive molecules [8, 9]. The ability of MSCs to secrete membrane derived vesicles (MVs), rich in a wide range of growth factors, antiapoptotic factors, and anti-inflammatory molecules, is currently considered as a novel molecular mechanism with significant therapeutic potential [10, 11]. Multipotent cells have been isolated from many sources including adipose tissue, bone marrow, and the umbilical cord [12, 13]. Traditionally, human MSCs are isolated from an aspirate of bone marrow harvested from the iliac crest or the acetabulum. However, the most common and effective way of acquiring the cells is from adipose tissue [14, 15]. Adipose derived mesenchymal stem cells (ASCs) are easily obtained from patients during surgery or through minimally invasive procedures. Results from a number of

animal studies have confirmed that ASCs can be successfully used to treat musculoskeletal defects in vivo [16–18].

In humans, the most common disease of the joints is osteoarthritis (OA) [19]. The prevalence of OA increases with age and patients with obesity are at increased risk [20]. Moreover, articular cartilage injuries, which originate from fractures and dislocations, lead to the development of post-traumatic osteoarthritis (PTOA) [21]. Due to articular pain, PTOA causes decreased joint function and disability [21]. Clinical and epidemiologic experience indicates that prevalence of PTOA after joint surface fracture is strongly dependent on a patient's age. Adults in their 20s and 30s are significantly less likely to develop PTOA in injured joints as compared to adults over the age of 50. Although cartilage displays a very limited capacity for self-repair, it is believed that MSCs might be the key to complete cartilage regeneration [22, 23].

Studies conducted over the past few years have suggested that aging impacts various MSC properties [24, 25]. This effect is most clearly illustrated by changes in two specific parameters: osteogenic differentiation and proliferation [12, 26–28]. However, there is evidence to suggest that the amount of MSCs, their proliferation rate, and population-doubling potential diminish with a patient's age. Moreover, an age dependent correlation between the proliferative potential of MSCs and cell apoptosis has been described [29]. Similar effects have been reported for periosteal progenitor cells and hematopoietic stem cells [30, 31]. These findings suggest that the regenerative potential of MSCs is downregulated with age and points to a possible limitation in their potential therapeutic use.

In order to draw a conclusion on the age-related maintenance of physiological function and differentiation potential of human ASCs in vitro, this study assessed several parameters: the number of fibroblasts colony forming unit (CFU-F), proliferation rate, population doubling time (PDT), and quantified parameters for lineage for osteogenic, adipogenic, and chondrogenic differentiation. This allowed us to further address a possible interdependence between viability and osteogenesis, adipogenesis, and chondrogenesis of MSCs.

## 2. Materials and Methods

To study the influence of age on the viability, morphology, and in vitro differentiation potential of human ASCs (hASCs) cells, the cells from individuals >20, >50, >60, and >70 years old were investigated. Mesenchymal stem cells were characterized for proliferation rate and CFU-F, along with measurements of population doubling time (PD), superoxide dismutase (SOD) activity, cellular senescence, apoptosis, and differentiation potential.

*2.1. Experimental Groups.* In subsequent experiments, cells were recruited and divided into four groups based on the donor's age, both male and female healthy subjects (the number of males and females was equal): (1) >20 years (mean age 24 ± 1.4 years; $n = 8$), (2) >50 years (mean age 57.5 ± 0.7 years; $n = 8$), (3) >60 years (mean age 67 ± 1.4 years; $n = 8$), and (4) >70 years (mean age 75 ± 2.8 years; $n = 8$).

*2.2. Cell Collection and Isolation.* All cell handling procedures described herein were performed in accordance with the ethical standards laid down in the 1964 Declaration of Helsinki and its later amendments and were approved by the Local Bioethics Committee of Wroclaw Medical University (registry number KB-177/2014). Written, informed consent for using tissue samples for research purposes was obtained from each and every patient prior to surgery.

Human mesenchymal stem/stromal cells were isolated from subcutaneous adipose tissue. Patients' fat biopsies (patient age ranged from 22 to 77 years) were obtained during total hip/knee arthroplasty or other open procedures connected with fracture reduction and fixation. Samples were placed in Hanks' balanced salt solution (HBSS) (Sigma-Aldrich, Germany) and transferred to the laboratory. According to a standard protocol [32], tissue samples were washed two times in HBSS with 1% antibiotic solution (Penicillin/Streptomycin/Amphotericin b, Sigma-Aldrich, Germany) and separated using surgical scissors. The minced tissue was digested in collagenase type I solution (1 mg/mL, Sigma-Aldrich, Germany) for 40 minutes at 37°C. After centrifugation (1200 ×g, 10 min) the supernatant was discarded and the pellet containing the cells was resuspended in culture medium and placed in a cell culture flask.

*2.3. Cell Culture.* Cells were maintained at constant conditions in an incubator (37°C, 5% $CO_2$ and 95% $O_2$) throughout the experiment. The primary culture was plated in a T-25 culture flask and cultured on Dulbecco's Modified Eagle's Medium (DMEM, Sigma-Aldrich, Germany) with nutrient F-12 Ham, 10% of Fetal Bovine Serum (FBS, Sigma-Aldrich, Germany), and 1% antibiotic solution and then transferred to a culture flask. The primary hASC culture was designated "passage 0." The culture medium was changed every three days until the cells reached approximately 80% confluence. Adherent cells were detached from the flask using TrypLE™ Express (Life Technologies, Poland). Cells were passed three times before starting the experiments. For viability, 7-day test cells were cultured in DMEM/Ham's F12 medium, supplemented with 10% FBS and with 1% antibiotic solution.

For chondrogenic, osteogenic, and adipogenic differentiation experiments, hASCs were cultured in STEMPRO® Adipogenic, Osteogenic and Chondrogenic Differentiation Kits (STEMPRO, Life Technologies, Poland).

The test cells were maintained in 24-well plates and inoculated at concentration of $30 \times 10^3$ cells per well. The media was changed every two days. Chondrogenic and osteogenic stimulation was conducted for 21 days, whereas cells were cultured in adipogenic medium for 14 days.

*2.4. hASC Characterization.* The purity of MSCs was verified using fluorescent-activated cell sorting (FACS). The absence of the hematopoietic marker CD34 and the lymphocyte common antigen CD45, the presence of mesenchymal markers (CD90, CD73b, CD44, and CD29), and the cell's ability to differentiate into chondroblasts, osteoblasts, and adipoblasts confirmed that the obtained cells were in fact MSCs.

3

*2.5. hASCs Clonogenic and Proliferation Potential.* The clonogenic potential of hASCs from each group was tested by colony forming unit-fibroblastic (CFU-F) assay. The cells were seeded at density $1 * 10^3$ cells/well and the medium was changed every 3 days. Cell clusters of more than 50 cells were considered colonies and were counted after 1 week. Experiments were performed in duplicate, and CFU-Fs were counted by 2 different operators. The efficiency of the ability to form colonies was calculated using a formula described previously [32].

The proliferation factor of hASCs was evaluated using a resazurin assay kit (TOX8, Sigma-Aldrich), following the manufacturers protocol. Test was performed on the 2nd, 5th, and 7th days of the experiment. Based on absorbance, the proliferation factor and PDT were calculated according to a previously described method [33].

*2.6. hASCs Morphology.* Growth pattern and cell morphology analysis was performed on the 7th day using an inverted, fluorescence microscope (AxioObserverA1, Zeiss) and a scanning electron microscope (SEM; EVO LS15, Zeiss). Evaluation of hASCs morphology included analysis of mitochondria, nuclei, and Golgi apparatus localization, as well as determination of cytoskeleton development. The mitochondria were stained using a rhodamine-based dye, MitoRed (Sigma-Aldrich, Germany), whereas the nuclei were stained using diamidino-2-phenylindole (DAPI). The cytoskeleton was dyed using atto-488-labeled phalloidin. Nuclei and cytoskeleton staining was performed after cells were fixed with 4% paraformaldehyde. Procedures involving fluorescence staining were performed in accordance with manufacturers' instructions and methods described previously.

After chondrogenic differentiation, cells were stained with 0.1% aqueous solution of Safranin O (specific for proteoglycans). Additionally, after osteogenic and adipogenic differentiation, the presence of calcium deposits and intracellular lipid vesicles was confirmed with Alizarin Red and Oil Red O staining, respectively.

Photographs were acquired using a PowerShot Camera (Cannon).

For SEM imaging, cells were prepared as was described earlier [34]. Briefly, postfixed cells were washed with distilled water and dehydrated in a graded series of ethanol dilutions (from 50% to 100%, every 10%). Dried samples were sputtered with gold and placed in the microscope chamber. Morphology of cells was determined using an SE1 detector at 10 kV of filament tension (SEM, Zeiss Evo LS 15).

*2.7. Quantitative Collagen Types I and II, Aggrecan, Bone Morphogenetic Protein-2, Leptin, and Adiponectin Assays.* The total concentration of chondrogenesis specific markers, Collagen type I (Col-I), Collagen type II (Col-II), Aggrecan (ACAN), and Bone Morphogenetic Protein-2 (BMP-2), was measured by enzyme-linked immunosorbent assay (ELISA) in collected supernatants derived from hASCs cultured in chondrogenic differentiation medium. In order to evaluate adipogenic differentiation efficiency, the concentration of adiponectin (ADIQ) and leptin (LEP) in the adipogenic differentiation medium was measured after 14 days of culture. Bone Morphogenetic Protein-2, ACAN, and Col-I ELISA kits were purchased from R&D Systems (R&D Systems, Abingdon, UK), and Col-II, ADIQ, and LEP kits were purchased from ElAab (Wuhan ElAab Science Co., China). The concentration of proteins was presented as a ratio of protein weight and supernatant volume (w/v).

*2.8. Quantitative Reverse-Transcription Polymerase Chain Reaction.* Expression of cartilage-specific markers (Col-II and ACAN), osteoblast-specific markers (OPN, Col-I, OCL, and BMP-2), and adipocyte specific-markers (LEP, ADIQ, and PPAR-γ) were analyzed by quantitative real-time PCR. Total RNA was isolated from cells by the phenol-chloroform method [35]. DNA-free RNA was prepared using DNase I RNase-free kit (Thermo Scientific, USA).

The primer sequences used in the study are shown in Table 1. CFX Connect™ Real-Time PCR Detection System (Bio-Rad, USA) was used for PCR cycling. The PCR mixture contained 500 ng cDNA, 500 nM PCR primers, and Real-Time 2x PCR Master Mix SYBR B (A&A Biotechnology, Poland). The PCR reaction profile consisted of initial enzyme activation at 95°C for 2 min, followed by 45 cycles of denaturation at 95°C for 30 sec, annealing 30 sec with temperature dependent on the primer sequences (60°C GAPDH; 61.5°C Col-I; 67.1°C BMP-2; 64.8°C OPN; 67.5°C OCL; 60°C LEP; 60°C ACAN; 60°C Col-II; 60°C ADIQ; 60°C PPAR-γ), and extended at 72°C for 30 sec with a single fluorescence measurement. The series of cycles were followed by a melt curve analysis to ensure reaction specificity. The expression level of each gene was normalized to the housekeeping gene, GAPDH. Subsequently, the relative gene expression (Qn) was calculated in relation to the GAPDH gene [36].

*2.9. Oxidative Stress and Senescence.* Prior to assessing the level of oxidative stress, cells were cultured in normal DMEM growth medium without phenol red. Superoxide dismutase (SOD) activity was measured with the commercially available SOD Assay kit (Sigma-Aldrich, Germany), whereas the level of nitric oxide (NO) was estimated using Griess reagent kit (Life Technologies, USA). The production of ROS was determined by measuring H2DCF-DA (Life Technologies, USA). All procedures were performed in duplicate, according to the manufacturer's instructions.

As an indicator of senescence in cells, SA-β-galactosidase staining was performed, using Senescence Cells Histochemical Staining Kit (Sigma-Aldrich, Germany). After staining, according to the manufacturer's protocol, supernatants were collected and measured for absorbance at 420 nm. The number of viable cells and dead cells was assessed using Cell stain Double Staining Kit (Sigma-Aldrich, Germany). The nuclei of dead cells were stained with propidium iodide, whereas the nuclei of viable cells were stained with Calcein-AM. Cells were then observed using epifluorescence microscopy. The number of dead cells was calculated as percentage of all viable cells. All procedures were performed in accordance to manufacturer's instructions.

4

Stem Cells International

TABLE 1: Primer sequences used in qPCR.

| Gene | Primer 5'-3' | Amplicon length (bp) | Accession number |
| --- | --- | --- | --- |
| ACAN | F: GCCTACGAAGCAGGCTATGA R: GCACGCCATAGGTCCTGA | 136 | NM_013227.3 |
| ADIQ | F: AGGGTGAGAAAGGAGATCC R: GGCATGTTGGGGATAGTAA | 4155 | XM_011513324.1 |
| BMP-2 | F: ATGGATTCGTGGTGGAAGTG R: GTGGAGTTCAGATGATCAGC | 349 | KC294426.1 |
| COL-I | F: GTGATGCTGGTCCTGTTGGT R: CACCATCGTGAGCCTTCTCT | 123 | NM_000088.3 |
| COL-II | F: GACAATCTGGCTCCCAAC R: ACAGTCTTGCCCCACTTAC | 257 | NM_001844.4 |
| GAPDH | F: GTCAGTGGTGGACCTGACCT R: CACCACCCTGTTGCTGTAGC | 286 | NM_0017008.4 |
| LEP | F: ATGACACCAAAACCCTCATCAA R: GAAGTCCAAACCGGTGACTTT | 22 | XM_005250340.3 |
| OCL | F: ATGAGAGCCCTCACACTCCTC R: CGTAGAAGCGCCGATAGGC | 292 | NM_199173.4 |
| OPN | F: AAACGCCGACCAAGGTACAG R: ATGCCTAGGAGGCAAAAGCAA | 213 | U20758.1 |
| PPARγ | F: ATGACACCAAAACCCTCATCAA R: GAGCGGGTGAAGACTCATGTCTGTC | 125 | AB565476.1 |

*2.10. Statistical Analysis.* Group data is presented as mean ± standard deviation (SD). Data analysis was performed using GraphPad Prism 5.0 (San Diego, USA). Statistical significance was determined using one-way analysis of variance (ANOVA) with Tukey's post hoc multiple comparison test. A $p$ value of <0.05 was considered statistically significant.

## 3. Results

*3.1. Donor Age Related Changes in hASCs Morphology and Proliferative Potential.* Human ASCs isolated from all four age groups fulfilled the MSC criteria: (i) typical plastic adherent growth; (ii) expression of CD44, CD73, CD90, and CD105 and absence of surface antigens CD34 and CD45 (Figures 1(a) and 1(b)); (iii) in vitro differentiation potential toward osteogenic, adipogenic, and chondrogenic lineages (Figure 1(c)). We did not observe any differences in regard to the percentage of MSC surface antigen expression, although there was some variation connected with donor age and CD73 expression (Figure 1(b)).

Plastic adherent colonies were observed in all donor samples. All cells displayed proper fibroblasts-like morphology, with predisposition to growth in close contact. Fluorescent staining after 7 days of culture indicated that all cells had the ability to grow in multilayer form, with centrally positioned nuclei. However, cells from donors >70 years were flatter than cells from other groups, with visible giant cells and signs of apoptosis (Figures 2(a)–2(d)). Additionally, the mitochondrial activity of MSCs from young and elderly patients was evaluated by MitoRed staining (Figures 2(e)–2(h)). We observed that mitochondria in young patients were evenly distributed within the cells, whereas with increased age they

tended to be located mainly around the nuclei. Scanning electron microscopy analysis showed that hASCs obtained from donors in the >20 years age group were characterized by formation of a greater number of thin cellular projections (filopodia and lamellopodia) and several MVs located at the cell boundary (Figures 2(i)–2(l)).

Observations of cell growth kinetics revealed that the proliferation rate of cells obtained from young donors (>20 years of age) was significantly higher than in older patients, and the rate increased gradually until cells finally reached full confluence (day 5) (Figure 3(a)). Growth curves did not differ significantly between the older donor samples (>50, >60, and >70). Furthermore, there was a clear association between PDT and donor age (Figure 3(b)); cells from younger donors reached PDT faster than older patients. Between the older donor groups, we did not observe significant differences. Beyond the observation of a correlation between age and population doubling time, our results showed that the clonogenic potential of young and old MSCs samples was age-dependent. The percentage of CFU formation ranged from 0.9% (>70) to 5.7% (>20) (Figure 3(c)).

To validate that the decrease in cell growth results from age-dependent apoptosis, we calculated the number of dead cells (Figure 4(c)) marked with propidium iodide (Figure 4(a) (I)–(L)) and compared it to the number of live cells (Figure 4(a) (E)–(H)). We confirmed that with increasing donor age, the percentage of dead cells increases, although not to a level of statistical significance. We also confirmed the existence of a correlation between p53 and p21 mRNA levels in MSCs and the donor age (Figures 4(d) and 4(e)).

Moreover, after 7 days of culture, we observed that cells underwent replicative senescence. This was manifested by

Stem Cells International

5



(a)

(b)

(c)

FIGURE 1: Characterization of MSCs. (a) Flow cytometry analysis of MSC positive (CD44, CD73b, CD90, and CD105) and negative (CD34 and CD45) surface markers. (b) Flow cytometry analysis determined the percentage of specific markers in total analyzed hASCs from patients differing in age. Quantification of markers revealed no significant differences between groups. (c) Alizarin Red staining of calcium deposits, Safranin O staining for proteoglycans, and accumulation of lipid droplets dyed with Oil Red O following differentiation into osteoblast, chondroblasts, and adipocyte lineages.

6                                                                                          Stem Cells International



FIGURE 2: Comparison of hASCs morphology from different age groups, evaluated after seven days of propagation. Scale bars: (a–d) 250 μm; (e–h) 300 μm; (i–l) 10 μm.

the expression of senescence associated beta-galactosidase, which was measured by dye absorption (Figure 4(b)). While the senescence of cells was more visible in older age groups through microscopic observations, absorption measurements indicated that even though younger cells showed lower dye absorption, the differences between groups were statistically insignificant.

Furthermore, we compared the oxidative stress senescence of cells and apoptosis. The obtained results revealed that the ROS level (Figure 5(a)) was significantly lower in young patients (>20) compared to older age groups. Interestingly, we did not detect significant differences in ROS levels between older age groups. The same relationship, also insignificant, was observed when comparing NO levels (Figure 5(b)). The lowest NO level was found in the >20 age group and the level increased with donor age. On the contrary, we observed only slight differences between the groups in SOD levels (Figure 5(c)).

*3.2. The Ability of hASCs to Differentiate into Chondroblasts Decreases with Age.* The ability of hASCs to differentiate into the chondrogenic cell lineage (samples from all four age groups) was evaluated based on lineage specific metabolite production, which was measured by protein and mRNA levels, as well as through observation using an inverted, fluorescence microscope and SEM.

At the beginning of the experiment, cells cultured in the chondrogenic differentiation medium displayed spindle-shape morphology, without any obvious age-dependent changes in cell shape or size. After 16 days of culture, chondro-e-like ASCs spontaneously formed large aggregates. Characteristic chondro-nodules were observed in all investigated cultures. Cells from the donors >20 years of age formed smaller aggregates, between which a cellular monolayer was created with the presence of fibroblast-like cells (Figure 6(a) (E)).

Histological staining of chondrogenic samples with Safranin O, after 16 days of induction, showed that the samples from all investigated donor groups formed nodules. The analysis of chondro-nodules in SEM showed that cells from older donors maintained a more spherical shape and had rare lamellopodia, whereas cells from the >20 years old group, formed loosely structured aggregates combined with several small chondro-nodules (Figure 6(a) (E)–(H)).

Results of qRT-PCR revealed significant age-related differences in the expression of genes encoding cartilage matrix: Col-II and ACAN (Figures 6(b) and 6(c)). We found significant differences between the >20 years old group and older patients, whereas we did not observe significant changes in ACAN expression between elderly patients. Expression levels of all matrix proteins were highest in young patients and decreased with donor age. Quantitative evaluation of

7



FIGURE 3: Comparison of cell proliferation in different age groups. (a) Cell proliferation assay, (b) population doubling time, and (c) fibroblast colony-forming unit efficiency over seven days. Results expressed as mean ± SD. *$p$ value <0.05.

Col-II and ACAN on an mRNA level was additionally confirmed on the protein level by an ELISA test (Figures 6(b) and 6(c)). In contrast to gene expression analysis, we did not observe significant changes between groups in ACAN secretion. However, analysis of the concentration of Col-II on the protein level indicated a significant decrease of Col-II concentration with increasing donor age.

## 4. Osteogenic Differentiation Potential of hASCs Decreases with Donor Age

Osteogenic differentiation of young and old hASCs was evaluated based on extracellular matrix calcification. Mineral calcium deposits and hydroxyapatite-like structures were visualized by Alizarin Red staining and observed in all investigated groups. Noticeably greater nodules were observed in ASCs from younger donors. This coincided with the results of calcium and phosphorus content in bone nodules, measured by SEM-EDX (Figure 7(a)). Alkaline phosphatase activity in cells measured after 7 days and after 14 days was highly variable between groups, but did not display any significant changes (Figure 7(b)). No significant correlation between age and hASC differentiation capacity was observed. Gene expression analysis of OPN, OCL, and BMP-2 revealed higher expression of all investigated osteogenic markers in younger patients, with only slight differences between older groups (Figure 8(a)). An exception was the expression of Col-I, where we observed a similar trend for all donor groups. Similarly, on the protein level, we observed a higher concentration



FIGURE 4: Characterization of age-dependent apoptosis. (a) Cells stained for senescence showing cells with $\beta$-galactosidase accumulation (A–D), Calcein-AM (E–H), and propidium iodide (I–L) for live-dead cells identification. (b) $\beta$-galactosidase absorbance measurement. (c) Percentage of apoptotic cells calculated from Calcein-AM/propidium iodide staining, (d) evaluation of p53, and (e) p21 on the mRNA level. Results expressed as mean ± SD. $^*p$ value <0.05.

Stem Cells International                                                                                                     9



FIGURE 5: Levels of oxidative stress in hASCs. (a) Reactive oxygen species, (b) nitric oxide, and (c) superoxide dismutase levels. Results expressed as mean ± SD. $^{*}p$ value <0.05.

of secreted OPN, OCN, and BMP-2 in young patients and a higher concentration of Col-I in the elderly (Figure 8(b)).

*4.1. Age-Related Changes in hASC Differentiation into Adipocytes.* Qualitative assessment of Oil Red O staining revealed that, after 14 days, adipogenic induced hASCs populations produced similar amounts of lipid droplets in all investigated groups (Figure 9(a)). We did not find differences between the groups in the number and size of lipid vacuoles dyed by Oil Red O (Figure 9(a) (A)–(D)). However, slight differences between groups were visible under SEM, through which the youngest donor group appeared to have a smaller amount of lipid droplets. Moreover, the differentiation response was reduced in the >20 years old group, which was manifested by lower adiponectin and leptin levels, measured by both ELISA (Figure 9(b)) and qRT-PCR (Figure 9(c)). Furthermore, we observed an age-dependent increase in the mRNA level of PPAR-$\gamma$ gamma expression (Figure 9(d)).

## 5. Discussion

The deterioration of the regenerative potential upon aging has been suspected to be due to functional changes in adult stem cells. To confirm this hypothesis, we investigated several distinct parameters including growth curve, proliferation factor, PDT, and differentiation capacity into chondrogenic, osteogenic, and adipogenic lineage in hASCs derived from different donor age groups.

In this study, differences among hASC populations derived from >20, >50, >60, and >70 years old donor groups were manifested by cell expansion properties. Our results found that age significantly affected the growth kinetic and the PDT of the investigated groups, with evident differences between young and elderly patients. Interestingly, there were no significant changes in regard to proliferation activity between the older patient groups. This observation could suggest that while proliferative activity of cells decreases with age, hASCs do not completely lose their proliferative potential, even in the elderly. However, in clinical practice, due to the lower proliferative rates of cells isolated from older patients, it may be necessary to culture and expand MSCs in vitro for a longer period before clinical use, which may

lengthen the time needed for clinical autologous application in these patients.

Our data is consistent with results of other studies that were conducted on bone marrow derived MSCs, which showed that aging slowed the PDT [37, 38]. In correlation with growth curve and PDT changes, we observed an age-dependent reduction in the ability to form single cell-derived colonies. The number of colony-forming MSCs strongly correlates with both their culture expansion ability and their differentiation potential. Taking into account the proliferation rate, the PDT, and the CFU of cells is important for their clinical application due to the large number of cells necessary for therapy.

A reduction in proliferation rate and viability of cells might be ultimately reflected in cell senescence and apoptosis [39]. MSCs can undergo only a limited number of cell divisions in a process called cellular senescence. Senescence is considered to be a stress response triggered by the activation of p53 and is highly influenced by oxidative stress [40]. In our study, we observed age-dependent senescence manifested by an altered state of growth, which correlates with decreasing mitochondrial activity, high levels of p53 and p21, and increased activity of $\beta$-galactosidase. Age-dependent intensification of senescence has been shown in animal models and confirms that with increasing donor age, the number of senescent cells accumulating $\beta$-galactosidase is also increasing [41, 42]. Moreover, based on gene expression analysis, there is experimental evidence suggesting that aging involves the p53 and p21 pathway. The p21 protein is a substrate for caspase-3 activity which appears to be activated by ROS, thereby facilitating apoptotic response [43, 44]. In our experiment, cells derived from older groups had elevated concentrations of ROS and NO and simultaneously decreased levels of SOD, which plays an important role as an antioxidative factor in the cell [45].

Multilineage differentiation potential has been considered an important quality of MSCs [46]. Although it has been shown that adult human MSCs can differentiate into the chondrogenic lineage, little is known about whether this differentiation capacity is age-dependent. While our results show that age reduces chondrogenic differentiation potential of hASCs, this reduction does not necessarily indicate

10                                                                                          Stem Cells International



FIGURE 6: Characterization of age related changes in hASCs chondrogenic differentiation potential. (a) Morphology of cells cultured in chondrogenic medium visualized by Safranin O staining (A–D) and SEM (E–H). Quantitative ELISA analysis and gene expression of (b) Col-II and (c) ACAN. Results expressed as mean ± SD. *$p$ value <0.05.

that the cells have lost their regenerative potential. In all investigated groups we clearly observed the proteoglycan-rich extracellular matrix and the typical round chondro-like cell morphology, but there were significant differences in concentration of chondrogenesis markers on protein and mRNA levels. We observed mRNA upregulation in regards to cartilage-specific genes Col-II and ACAN. However, there were significant differences between age groups, favoring

the youngest donor group. This is similar to findings of Choudhery et al. [24], who also observed that the capacity of hASCs chondrogenic potential declines with age. Age-related changes of MSCs chondrogenic potential were investigated previously in both human and animal studies; however, these studies were performed mostly on bone marrow stromal cell (BSMC) models and have reported conflicting results. Murphy et al. [47] reported an age-related decrease in



FIGURE 7: Characterization of age related changes in hASCs osteogenic differentiation potential. (a) Morphology of cells cultured in osteogenic medium visualized by (A–D) Alizarin Red staining and SEM (E–H). (b) SEM quantitative evalutaion of ALP secretion.

chondrogenic differentiation of human BSMCs. In rodent and rabbit models, chondrogenesis of BMSCs confirmed an age-related decrease in the capacity to differentiate [38, 41]. However, De Bari et al. [48] did not observe any correlation between age and chondrogenic differentiation of multipotent cells isolated from adult human synovial membranes.

In this study, age-related osteogenic differentiation capacity was consistent with chondrogenic differentiation potential. We observed an age-related downregulation of cells osteogenic potential. We also detected that cells derived from young donors had an increased expression of osteogenic markers (BMP-2, OPN, and OCL) and were able to form osteonodules with a higher content of calcium deposits. Our findings related to MSCs osteogenic potential are supported by other studies. Choudhery et al. [24] showed a significant decrease in osteogenic potential of hASCs, which was also manifested by a decrease in osteocalcin and ALP gene expression in elderly donors. These observations are in line with the work of Zhu et al. [17], who reported a decrease

in the osteogenic potential with increasing age. However, no aging effects were observed when comparing early and late osteogenesis markers, as well as calcified matrix deposition for young and old BMSCs [17]. These discrepancies could be due to the fact that different cells were used in the previously mentioned experiments, or the different age ranges and different health statuses of the cell donors.

Due to the fact that degenerative bone and joint diseases increase in prevalence with age, the age-related decrease in both chondrogenic and osteogenic differentiation potential may be a limitation for the therapeutic applications of hASCs. Future studies should assess ways to overcome the limitations in age-related differentiation capacity. Furthermore, Matsumoto et al. [49] reported sex based differences in chondrogenic differentiation and cartilage regeneration potential in MSCs derived from muscle tissue. Muscle-derived stem cells (MDSCs) from men displayed greater chondrogenic differentiation and better cartilage repair as compared to MDSCs from females [49]. Combined with

12                                                                                                                Stem Cells International



FIGURE 8: Gene expression and ELISA anaylsis of osteogenic markers. (a) Gene expression analysis and (b) quantitative ELISA analysis of *OPN*, *Col-I*, and *OCL*. Results expressed as mean ± SD. $^*p$ value <0.05.

the effects of aging, sex based differences present a further potential limitation to clinical application of MSCs. As such, future studies should also assess sex based differences in chondrogenic differentiation capacities of hASCs.

In regard to age related adipogenic differentiation, there were conflicting observations. On the one hand, we did not observe differences between age groups in the quantity of lipid droplets accumulation, but on the other hand we have found that leptin, adiponectin, and PPAR-$\gamma$ concentrations were elevated in older patients as compared to the >20 years old group. It is well known that MSCs may lose their adipogenic activity with donor aging and that this may be associated with the development of disease and abnormal stem cell activity. In vitro research conducted on BMSCs demonstrated

loss of MSC osteogenic and adipogenic potential with aging [50, 51]. We can clearly state that MSC aging shifts the differentiation balance in favor of adipogenic differentiation and decrease osteogenic and chondrogenic differentiation potential. This was confirmed by the observations of PPAR-$\gamma$ expression in our experiment. Activation of PPAR-$\gamma$ is associated with increased adipocyte differentiation that subsequently promotes weight gain and obesity. PPAR-gamma suppresses the differentiation of osteoblasts progenitors, while shifting cells in favor of adipogenic differentiation [52]. This subsequently may result in decreased osteoclastogenesis and bone remodeling [52]. In general, the available literature suggests an overall decrease in differentiation potential of MSCs with donor age, regardless of species.



FIGURE 9: Characterization of age related changes in hASCs adipogenic differentiation potential. (a) Morphology of cells cultured in adipogenic medium visualized by Oil Red O staining (A–D) and SEM (E–H). Quantitative ELISA analysis and gene expression of *LEP* (b) and *ADIQ* (c). Gene expresion analysis of *PPAR-γ* (d). Results expressed as mean ± SD. * $p$ value <0.05.

Understanding the influence of age on MSCs properties is important due to their potential therapeutic use in musculoskeletal disorders that are widespread among the elderly. Our results demonstrate that not only the proliferation status of MSCs, but also their multilineage differentiation capacity, may provide an argument to restrict MSC-based therapies to certain individuals. Future studies comparing the effects of aging on different MSCs populations could help to optimize treatments by identifying an MSC source that is less adversely affected by age.

## Conflict of Interests

The authors declare that there is no conflict of interests regarding the publication of this paper.

## Acknowledgments

Publication was supported by Wrocław Centre of Biotechnology, programme the Leading National Research Centre

(KNOW) for years 2014-2018. Krzysztof A. Tomaszewski was supported by the Foundation for Polish Science (FNP).

## References

[1] B. Antebi, G. Pelled, and D. Gazit, "Stem cell therapy for osteoporosis," *Current Osteoporosis Reports*, vol. 12, no. 1, pp. 41–47, 2014.

[2] P. K. Gupta, A. K. Das, A. Chullikana, and A. S. Majumdar, "Mesenchymal stem cells for cartilage repair in osteoarthritis," *Stem Cell Research and Therapy*, vol. 3, no. 4, article 25, 2012.

[3] Y. W. Lim, Y. S. Kim, J. W. Lee, and S. Y. Kwon, "Stem cell implantation for osteonecrosis of the femoral head," *Experimental and Molecular Medicine*, vol. 45, no. 11, article e61, 2013.

[4] R. Dimitriou, E. Jones, D. McGonagle, and P. V. Giannoudis, "Bone regeneration: current concepts and future directions," *BMC Medicine*, vol. 9, article 66, 2011.

[5] K. Marycz, N. Y. Toker, J. Grzesiak, K. Wrzeszcz, and P. Golonka, "The therapeutic effect of autogenic adipose derived stem cells combined with autogenic platelet rich plasma in tendons disorders hi horses in vitro and in vivo research," *Journal of Animal and Veterinary Advances*, vol. 11, no. 23, pp. 4324–4331, 2012.

[6] J. Nicpoń, K. Marycz, and J. Grzesiak, "Therapeutic effect of adipose-derived mesenchymal stem cell injection in horses suffering from bone spavin," *Polish Journal of Veterinary Sciences*, vol. 16, no. 4, pp. 753–754, 2013.

[7] S. Punwar and W. S. Khan, "Mesenchymal stem cells and articular cartilage repair: clinical studies and future direction," *The Open Orthopaedics Journal*, vol. 5, supplement 2, pp. 296–301, 2011.

[8] M. C. Deregibus, C. Tetta, and G. Camussi, "The dynamic stem cell microenvironment is orchestrated by microvesicle-mediated transfer of genetic information," *Histology and Histopathology*, vol. 25, no. 3, pp. 397–404, 2010.

[9] G. Turturici, R. Tinnirello, G. Sconzo, and F. Geraci, "Extracellular membrane vesicles as a mechanism of cell-to-cell communication: advantages and disadvantages," *American Journal of Physiology—Cell Physiology*, vol. 306, no. 7, pp. C621–C633, 2014.

[10] L. Biancone, S. Bruno, M. C. Deregibus, C. Tetta, and G. Camussi, "Therapeutic potential of mesenchymal stem cell-derived microvesicles," *Nephrology Dialysis Transplantation*, vol. 27, no. 8, pp. 3037–3042, 2012.

[11] J. V. Bonventre, "Microvesicles from mesenchymal stromal cells protect against acute kidney injury," *Journal of the American Society of Nephrology*, vol. 20, no. 5, pp. 927–928, 2009.

[12] J. Justesen, K. Stenderup, E. F. Eriksen, and M. Kassem, "Maintenance of osteoblastic and adipocytic differentiation potential with age and osteoporosis in human marrow stromal cell cultures," *Calcified Tissue International*, vol. 71, no. 1, pp. 36–44, 2002.

[13] W. Wagner, F. Wein, A. Seckinger et al., "Comparative characteristics of mesenchymal stem cells from human bone marrow, adipose tissue, and umbilical cord blood," *Experimental Hematology*, vol. 33, no. 11, pp. 1402–1416, 2005.

[14] S. Kern, H. Eichler, J. Stoeve, H. Klüter, and K. Bieback, "Comparative analysis of mesenchymal stem cells from bone marrow, umbilical cord blood, or adipose tissue," *Stem Cells*, vol. 24, no. 5, pp. 1294–1301, 2006.

[15] G. F. Muschler, C. Boehm, and K. Easley, "Aspiration to obtain osteoblast progenitor cells from human bone marrow: the influence of aspiration volume," *Journal of Bone & Joint Surgery—American Volume*, vol. 79, no. 11, pp. 1699–1709, 1997.

[16] M. S. Choudhery, M. Badowski, A. Muise, and D. T. Harris, "Comparison of human mesenchymal stem cells derived from adipose and cord tissue," *Cytotherapy*, vol. 15, no. 3, pp. 330–343, 2013.

[17] Y. Zhu, T. Liu, K. Song, X. Fan, X. Ma, and Z. Cui, "Adipose-derived stem cell: a better stem cell than BMSC," *Cell Biochemistry and Function*, vol. 26, no. 6, pp. 664–675, 2008.

[18] P. A. Zuk, M. Zhu, P. Ashjian et al., "Human adipose tissue is a source of multipotent stem cells," *Molecular Biology of the Cell*, vol. 13, no. 12, pp. 4279–4295, 2002.

[19] J. W. J. Bijlsma, F. Berenbaum, and F. P. J. G. Lafeber, "Osteoarthritis: an update with relevance for clinical practice," *The Lancet*, vol. 377, no. 9783, pp. 2115–2126, 2011.

[20] Y. Zhang and J. M. Jordan, "Epidemiology of osteoarthritis," *Clinics in Geriatric Medicine*, vol. 26, no. 3, pp. 355–369, 2010.

[21] J. C. Rivera, J. C. Wenke, J. A. Buckwalter, J. R. Ficke, and A. E. Johnson, "Posttraumatic osteoarthritis caused by battlefield injuries: the primary source of disability in warriors," *The Journal of the American Academy of Orthopaedic Surgeons*, vol. 20, supplement 1, pp. S64–S69, 2012.

[22] S. E. Honkonen, "Degenerative arthritis after tibial plateau fractures," *Journal of orthopaedic trauma*, vol. 9, no. 4, pp. 273–277, 1995.

[23] G. Volpin, G. S. E. Dowd, H. Stein, and G. Bentley, "Degenerative arthritis after intra-articular fractures of the knee. Long-term results," *The Journal of Bone and Joint Surgery—British Volume*, vol. 72, no. 4, pp. 634–638, 1990.

[24] M. S. Choudhery, M. Badowski, A. Muise, J. Pierce, and D. T. Harris, "Donor age negatively impacts adipose tissue-derived mesenchymal stem cell expansion and differentiation," *Journal of Translational Medicine*, vol. 12, article 8, 2014.

[25] L. de Girolamo, S. Lopa, E. Arrigoni, M. F. Sartori, F. W. B. Preis, and A. T. Brini, "Human adipose-derived stem cells isolated from young and elderly women: their differentiation potential and scaffold interaction during in vitro osteoblastic differentiation," *Cytotherapy*, vol. 11, no. 6, pp. 793–803, 2009.

[26] R. O. C. Oreffo, A. Bennett, A. J. Carr, and J. T. Triffitt, "Patients with primary osteoarthritis show no change with ageing in the number of osteogenic precursors," *Scandinavian Journal of Rheumatology*, vol. 27, no. 6, pp. 415–424, 1998.

[27] K. Stenderup, J. Justesen, C. Clausen, and M. Kassem, "Aging is associated with decreased maximal life span and accelerated senescence of bone marrow stromal cells," *Bone*, vol. 33, no. 6, pp. 919–926, 2003.

[28] S. Zhou, J. S. Greenberger, M. W. Epperly et al., "Age-related intrinsic changes in human bone-marrow-derived mesenchymal stem cells and their differentiation to osteoblasts," *Aging Cell*, vol. 7, no. 3, pp. 335–343, 2008.

[29] Y. Zhang and B. Herman, "Ageing and apoptosis," *Mechanisms of Ageing and Development*, vol. 123, no. 4, pp. 245–260, 2002.

[30] S. J. Morrison, A. M. Wandycz, K. Akashi, A. Globerson, and I. L. Weissman, "The aging of hematopoietic stem cells," *Nature Medicine*, vol. 2, no. 9, pp. 1011–1016, 1996.

[31] K. Yukata, C. Xie, T.-F. Li et al., "Aging periosteal progenitor cells have reduced regenerative responsiveness to bone injury and to the anabolic actions of PTH 1-34 treatment," *Bone*, vol. 62, pp. 79–89, 2014.

Case 0:18-cv-61047-UU   Document 215-6   Entered on FLSD Docket 07/15/2019   Page 31 of 39

[32] K. Marycz, A. Śmieszek, J. Grzesiak, A. Donesz-Sikorska, and J. Krzak-Roś, "Application of bone marrow and adipose-derived mesenchymal stem cells for testing the biocompatibility of metal-based biomaterials functionalized with ascorbic acid," *Biomedical Materials*, vol. 8, no. 6, Article ID 065004, 2013.

[33] K. Marycz, J. Krzak-Roś, A. Donesz-Sikorska, and A. Śmieszek, "The morphology, proliferation rate, and population doubling time factor of adipose-derived mesenchymal stem cells cultured on to non-aqueous $SiO_2$, $TiO_2$, and hybrid sol-gel-derived oxide coatings," *Journal of Biomedical Materials Research Part A*, vol. 102, no. 11, pp. 4017–4026, 2014.

[34] A. Witek-Krowiak, D. Podstawczyk, K. Chojnacka, A. Dawiec, and K. Marycz, "Modelling and optimization of chromium[III] biosorption on soybean meal," *Central European Journal of Chemistry*, vol. 11, no. 9, pp. 1505–1517, 2013.

[35] P. Chomczynski and N. Sacchi, "Single-step method of RNA isolation by acid guanidinium thiocyanate-phenol-chloroform extraction," *Analytical Biochemistry*, vol. 162, no. 1, pp. 156–159, 1987.

[36] A. Śmieszek, A. Donesz-Sikorska, J. Grzesiak, J. Krzak, and K. Marycz, "Biological effects of sol-gel derived $ZrO_2$ and $SiO_2/ZrO_2$ coatings on stainless steel surface—in vitro model using mesenchymal stem cells," *Journal of Biomaterials Applications*, vol. 29, no. 5, pp. 699–714, 2014.

[37] S. C. Mendes, J. M. Tibbe, M. Veenhof et al., "Bone tissue-engineered implants using human bone marrow stromal cells: effect of culture conditions and donor age," *Tissue Engineering*, vol. 8, no. 6, pp. 911–920, 2002.

[38] H. Zheng, J. A. Martin, Y. Duwayri, G. Falcon, and J. A. Buckwalter, "Impact of aging on rat bone marrow-derived stem cell chondrogenesis," *Journals of Gerontology, Series A: Biological Sciences and Medical Sciences*, vol. 62, no. 2, pp. 136–148, 2007.

[39] F. Rodier and J. Campisi, "Four faces of cellular senescence," *Journal of Cell Biology*, vol. 192, no. 4, pp. 547–556, 2011.

[40] J. C. Estrada, Y. Torres, A. Benguria et al., "Human mesenchymal stem cell-replicative senescence and oxidative stress are closely linked to aneuploidy," *Cell death & disease*, vol. 4, article e691, 2013.

[41] O. S. Beane, V. C. Fonseca, L. L. Cooper, G. Koren, and E. M. Darling, "Impact of aging on the regenerative properties of bone marrow-, muscle-, and adipose-derived mesenchymal stem/stromal cells," *PLoS ONE*, vol. 9, no. 12, Article ID e115963, 2014.

[42] J. M. Yu, X. Wu, J. M. Gimble, X. Guan, M. A. Freitas, and B. A. Bunnell, "Age-related changes in mesenchymal stem cells derived from rhesus macaque bone marrow," *Aging Cell*, vol. 10, no. 1, pp. 66–79, 2011.

[43] M. Higuchi, T. Honda, R. J. Proske, and E. T. H. Yeh, "Regulation of reactive oxygen species-induced apoptosis and necrosis by caspase 3-like proteases," *Oncogene*, vol. 17, no. 21, pp. 2753–2760, 1998.

[44] M. Miura, X.-D. Chen, M. R. Allen et al., "A crucial role of caspase-3 in osteogenic differentiation of bone marrow stromal stem cells," *Journal of Clinical Investigation*, vol. 114, no. 12, pp. 1704–1713, 2004.

[45] J. V. Bannister, W. H. Bannister, and G. Rotilio, "Aspects of the structure, function, and applications of superoxide dismutase," *Critical Reviews in Biochemistry*, vol. 22, no. 2, pp. 111–180, 1987.

[46] L. Peng, Z. Jia, X. Yin et al., "Comparative analysis of mesenchymal stem cells from bone marrow, cartilage, and adipose tissue," *Stem Cells and Development*, vol. 17, no. 4, pp. 761–773, 2008.

[47] J. M. Murphy, K. Dixon, S. Beck, D. Fabian, A. Feldman, and F. Barry, "Reduced chondrogenic and adipogenic activity of mesenchymal stem cells from patients with advanced osteoarthritis," *Arthritis and Rheumatism*, vol. 46, no. 3, pp. 704–713, 2002.

[48] C. De Bari, F. Dell'Accio, P. Tylzanowski, and F. P. Luyten, "Multipotent mesenchymal stem cells from adult human synovial membrane," *Arthritis and Rheumatism*, vol. 44, no. 8, pp. 1928–1942, 2001.

[49] T. Matsumoto, S. Kubo, L. B. Meszaros et al., "The influence of sex on the chondrogenic potential of muscle-derived stem cells: implications for cartilage regeneration and repair," *Arthritis and Rheumatism*, vol. 58, no. 12, pp. 3809–3819, 2008.

[50] M. M. Bonab, K. Alimoghaddam, F. Talebian, S. H. Ghaffari, A. Ghavamzadeh, and B. Nikbin, "Aging of mesenchymal stem cell in vitro," *BMC Cell Biology*, vol. 7, article 14, 2006.

[51] K. Stenderup, J. Justesen, E. F. Eriksen, S. I. S. Rattan, and M. Kassem, "Number and proliferative capacity of osteogenic stem cells are maintained during aging and in patients with osteoporosis," *Journal of Bone and Mineral Research*, vol. 16, no. 6, pp. 1120–1129, 2001.

[52] R. Zhang and F. Zheng, "PPAR-γ and aging: one link through klotho?" *Kidney International*, vol. 74, no. 6, pp. 702–704, 2008.



**in vivo** *31*: 1229-1234 (2017)
doi:10.21873/invivo.11196

# Comparison of the Viability and Yield of Adipose-Derived Stem Cells (ASCs) from Different Donor Areas

ANASTASIOS TSEKOURAS[1], DIMITRIOS MANTAS[2], DIAMANTIS I. TSILIMIGRAS[3],
DEMETRIOS MORIS[4], MICHAEL KONTOS[5] and GEORGE C. ZOGRAFOS[6]

[1]*Department of Plastic Surgery, 'Leto' Obstetrics, Gynaecology and Surgery Center, Athens, Greece;*
[2]*Second Propaedeutic Department of Surgery, 'Laikon' General Hospital, School of Medicine,*
*National and Kapodistrian University of Athens, Athens, Greece;*
[3]*School of Medicine, National and Kapodistrian University of Athens, Athens, Greece;*
[4]*Department of Surgery, Division of Surgical Oncology, The Ohio*
*State University Wexner Medical Center, Columbus, OH, U.S.A.;*
[5]*First Department of Surgery, 'Laikon' General Hospital, School of Medicine,*
*National and Kapodistrian University of Athens, Athens, Greece;*
[6]*First Propaedeutic Department of Surgery, 'Hippocration' Hospital,*
*School of Medicine, National and Kapodistrian University of Athens, Athens, Greece*

**Abstract.** *Background: Adipose tissue contains variable amounts of stem cells that have recently attracted increased interest due to their strong proliferative and differentiation capacity. However, significant heterogeneity exists in terms of stem cell yield and viability profile among individuals as well as different donor areas. Materials and Methods: Between June 2016 and July 2016, forty (40) women underwent outpatient cosmetic liposuction procedures conferring a total of 53 lipoaspirates; inner thigh (n=13), outer thigh (n=9), abdomen (n=9), waist (n=16) and inner knee (n=6). Lipoaspirates were harvested using a tulip low-pressure syringe lipoaspiration system with a diameter of 3 mm. Centrifugation separated adipocytes from the stromal vascular fraction (SVF). Isolation of the adipose-derived stem cells (ASCs) was achieved through culture of the SVF. Viability of SVF cells and ASCs was evaluated with trypan blue dye under microscope and using flow cytometry with 7-AAD staining, respectively. Total cell count was estimated for both the SVF and ASCs. Results: Outer thigh exhibited significantly higher SVF cell count compared to any other donor site (p<0.05). In addition, inner and outer thigh showed a significantly higher number of ASCs compared to abdominal, waist, and inner knee samples (p<0.05). Finally, viability of SVF cells (range, 94-95%) and ASCs (range, 93.12-96.14%) was excellent with no significant differences among donor areas. Conclusion: Tissue-harvesting area is a strong determinant of the quality of the fat grafts. Compared to abdomen, waist and inner knee, thighs seem favorable in terms of viability profile and yield of SVF cells and ASCs. Further randomized controlled trials incorporating a larger cohort of patients are warranted in order to verify our results.*

Over the last few years, autologous fat grafting has been at the forefront of aesthetic plastic surgery clinical practice, since it provides exceptional results for the treatment of soft-tissue contour deformities (1, 2). Similar to bone marrow, the adipose tissue is derived from the embryonic mesenchyme and contains a supportive stromal vascular fraction (SVF) that can be easily isolated (3). Typically, SVF from adipose tissue contains different types of cells, including endothelial cells, smooth muscle cells, pericytes, leukocytes and pre-adipocytes, otherwise named as adipose-derived stem cells (ASCs) (4).

The potential of ASCs to differentiate into diverse cell types both *in vitro* and *in vivo*, offers outstanding opportunities for their clinical application as therapeutic agents (5). In particular, preclinical studies have revealed their capacity to differentiate toward the osteogenic, adipogenic, myogenic, and chondrogenic lineages (6, 7). Nevertheless, adipose tissue displays a significant heterogeneity in terms of stem cell yield, proliferation, and differentiation capacity not only among individuals, but even when comparing different fat depots within one individual (8).

This article is freely accessible online.

*Correspondence to:* Diamantis I. Tsilimigras, MD, School of Medicine, National and Kapodistrian University of Athens, 75 Mikras Asias str., 11527, Athens, Greece. Tel: +30 2107716042, e-mail: tsilidiam@gmail.com

*Key Words:* Fat grafting, adipose-derived stem cells, viability, yield, donor areas.

*in vivo* 31: 1229-1234 (2017)

To date, results from the literature on the optimal tissue-harvesting site are rather contradictory, therefore posing an intriguing challenge in the field of cosmetic surgery. In the present study, we sought to investigate whether the donor site affects the yield of stromal and adipose-derived stem cells obtained as well as their functional characteristics.

## Materials and Methods

*Study protocol and donor sites.* The human lipoaspirates were prospectively harvested from 40 women that underwent outpatient cosmetic liposuction procedures on a private basis between June 2012 and July 2016. Some participants conferred fat samples from different regions comprising a total of 53 lipoaspirate samples; inner thigh (n=13), outer thigh (n=9), abdomen (n=9), waist (n=16) and inner knee (n=6). Lipoaspirates were harvested using a tulip low-pressure syringe lipoaspiration system. Blunt-tipped liposuction cannulae with a diameter of 3 mm having small holes near the tip were used. All interventions were performed by a single senior plastic surgeon (A.T) and all samples were processed directly. All participants signed a written consent form and agreed beforehand to participate in the study. The study protocol was in accordance with the World Medical Association Declaration of Helsinki and an approval from our Institutional Review Board was obtained.

*Isolation of the SVF and assessment of viability.* After harvesting, lipoaspirate samples (Mean volumes of samples are presented on Table I) were directly washed with phosphate-buffered saline (PBS) and then centrifuged at 400 ×g for 15 min. Following removal of the oil, the lipid phase of the lipoaspirate from the top of the tube was obtained and diluted with an equal volume of collagenase digestion solution (Collagenase NB 4G proved grade; SERVA Electrophoresis, Heidelberg, Germany). After 25 min of incubation, an equal volume of Dulbecco's Modified Eagle Medium (DMEM, Thermo Fisher Scientific, Waltham, MA, USA) containing 20% fetal bovine serum was added to stop enzymatic digestion. The supernatant, containing adipocytes, was separated from the pellet, containing the stromal vascular fraction, with centrifugation. The isolated stromal vascular fraction was filtered through a 100-μm nylon filter and then processed for density gradient by centrifugation with Histopaque-1077 (Sigma-Aldrich, St. Louis, MO, USA). Thereafter, the mononuclear cell layer was carefully aspirated and the total number of stromal vascular fraction cells was counted. Viability of SVF was evaluated using the Trypan blue exclusion assay. Cell suspension (10 μl) was diluted 1:1 with 0.4% Trypan Blue solution (Thermo Fischer Scientific, CA, USA). Cells were counted using a hemocytometer under light microscopy and the percentage of live cells was calculated. All activities were performed under good manufacturing practice (GMP) standards.

*Isolation of ASCs through SVF culture.* Isolation of ASCs was achieved through stromal vascular fraction culture. In brief, $1 \times 10^7$ SVF cells and 20 ml of pre-warmed Non-hematopoietic Expansion Medium (Miltenyi Biotec, Auburn, CA, USA) containing 1% of penicillin-streptomycin (Miltenyi Biotec, Auburn, CA, USA) were added to a 75-cm² cell culture flask and cultivated at 37°C, 5% $CO_2$, and 95% humidity. Following one day, non-adherent cells were removed by washing the flask with PBS. The adherent ASCs were cultured with the addition of fresh prewarmed (37°C)

Nonhematopoietic Expansion Medium (20 ml). The culture medium was replaced every two days and passaging was performed every 5 days. Briefly, cells were washed with PBS and detached after incubation with 0.5 mM EDTA/0.05% trypsin (Invitrogen, Carlsbad, CA, USA) at 37°C for 15 min. Then, ASCs were washed with fresh Nonhematopoietic Expansion Medium and transferred to a new T-25 flask ($1.25 \times 10^5$) with 5 ml of fresh Nonhematopoietic Expansion Medium. Finally, cell number was counted on each passage to calculate cell doubling time.

*Detection of ASCs and assessment of viability.* To characterize ASCs subpopulations from the fresh lipoaspirate samples, phenotype of cultured ASCs was examined after labeling with a panel of monoclonal antibodies against mesenchymal and hematopoietic stem cell markers (BD Biosciences, San Jose, California, USA) including stem cell markers (*i.e.* CD90 and CD105) and hematopoietic markers (*i.e.* CD45 and CD34). Briefly, $1 \times 10^5$ SVF cells were stained with 0.05% CD90-PE-cy (PE-Cy™7 Mouse Anti-Human CD90 Clone 5E10, BD Biosciences, USA) , 0.05% CD105-PerCP (PerCP-Cy™5.5 Mouse anti-Human CD105 (Endoglin) Clone 266, BD Biosciences, USA), 0.2% CD34-APC (APC Mouse Anti-Human CD34 Clone 581, BD Biosciences, USA), 0.2% CD45-PE (PE Mouse Anti-Human CD45 Clone HI30, BD Biosciences, USA) and 0.05 CD73-PE-cy (PE-Cy™7 Mouse Anti-Human CD73 Clone AD2, BD Biosciences, USA). After reacting with antibodies at 4°C for 30 min, the cells were washed with PBS and analyzed by flow cytometry using BD FACSDiva software v6.1.3 (Becton Dickinson, San Jose, CA, USA). Viability of ASCs was assessed using the 7-Aminoactinomycin D (7-AAD) staining (Thermo Fisher Scientific, Waltham, MA, USA) with a flow cytometer.

*Statistical analysis.* Numerical data are presented as mean±standard deviation. Qualitative variables are presented as absolute and relative frequencies. All measurements were compared by using analysis of variance (ANOVA) followed by *t*-test. Statistical analysis was performed with the IBM SPSS v.22 statistical package. A value of $p \leq 0.05$ was considered significant and all *p*-values were two-sided.

## Results

*Study sample characteristics.* All participants were females (40/40) with a mean age of 41.5±13.1 years, and an average body mass index (BMI) of 28±0.2 kg/m². Lipoaspirates were harvested from the inner thigh (n=13), outer thigh (n=9), abdomen (n=9), waist (n=16) and inner knee (n=6). The average volume of lipoaspirate was 60.17±1.5 ml, 67±0.8 ml, 51.67±1.1 ml, 63.23±0.7 ml and 58.75±1.1 ml pertaining to the inner thigh, outer thigh, abdomen, waist and inner knee, respectively. No significant differences were noted regarding the sample volumes from the donor areas (*p*=0.957).

*Comparison of total cell yield (SVF/ASCs) from different donor sites.* After extraction of the SVF from the lipoaspirates, the total number of SVF cells was counted for each region under investigation. The abdomen revealed 2.97 (±0.2)×10⁶ cells, the waist 5.61 (±0.31)×10⁶, the inner thigh 6.34 (±0.1)×10⁶, the outer thigh 12.31 (±1.2)×10⁶ and, finally, the inner knee 7.96 (±0.8)×10⁶ cells. No significant

Tsekouras *et al*: ASCs from Different Donor Areas

Table I. *Total cell yield (SVF/ASCs) from different donor sites.*

| Area | Mean volume (ml) | Total cells before culture (SVF) ($\times 10^6$) | Total cells after culture (ASCs) ($\times 10^6$/ml) |
|------|------------------|---------------------------------------|---------------------------------------|
| Abdomen | 51.67±1.1 | 2.97±0.2 | 0.057±0.12 |
| Waist | 63.23±0.7 | 5.61±0.31 | 0.088±0.33 |
| Inner thigh | 60.17±1.5 | 6.34±0.1 | 0.105±1.1 |
| Outer thigh | 67±0.8 | 12.31*±1.2 | 0.183**±1.2 |
| Inner knee | 58.75±1.1 | 7.96±0.8 | 0.09±0.9 |

*Outer thigh samples exhibited significantly higher yield of SVF cells than abdominal, waist, inner thigh and inner knee samples. **After culture of the SVF, outer thigh samples showed significantly higher yield of ASCs compared to abdominal, waist and inner knee samples but not inner thigh. SVF, stromal vascular facture; ASCs, adipose-derived stem cells.

Table II. *Expression of surface antigens and assessment of viability of SVF cells and ASCs.*

| Area | CD90+ (%) | CD73+ (%) | CD105+ (%) | CD34−/CD45− (%) | Viability of SVF cells (TB) (%) | Viability of ASCs (7-AAD) (%) |
|------|-----------|-----------|------------|-----------------|-------------------------------|-------------------------------|
| Abdomen | 96.58±0.2 | 94.57±0.5 | 98.85±0.6 | 1.31±0.1 | 95±1.2 | 93.12±1.2 |
| Waist | 92.87±0.5 | 93.92±0.7 | 90.17±0.4 | 1.25±0.3 | 94.98±1.3 | 96.14±1.4 |
| Inner thigh | 92.02±1.1 | 97.41±0.9 | 96.88±0.5 | 0.97±0.08 | 94.11±0.8 | 94.88±1.85 |
| Outer thigh | 95.4±1.3 | 89.8±1.4 | 99.7±0.9 | 0.88±0.07 | 94.4±0.7 | 97.4±0.7 |
| Inner knee | 96.15±0.8 | 96.43±1.6 | 97.65±1.4 | 0.02±0.01 | 94±0.3 | 96.5±0.6 |

SVF, Stromal vascular facture; ASCs, adipose-derived stem cells; TB, trypan blue; 7-AAD, 7-Aminoactinomycin D.

differences were observed among regions of liposuction with regard to number of SVF cells, except for the outer thigh samples, which exhibited significantly higher SVF cell count compared to any other donor sites ($p<0.05$).

*Isolation of ASCs was performed through SVF culture.* The lowest cell yield per milliliter of liposuction tissue was observed in the abdominal samples ($0.057\times10^6$ cells/ml), whereas the highest yield was evident in the outer thigh samples ($0.183\times0^6$ cells/ml) followed by the inner thigh ($0.105\times10^6$ cells/ml) (Table I). Overall, between inner and outer thigh samples no significant difference was found with regard to the isolated ASCs, whereas outer thigh exhibited significantly higher number of ASCs compared to abdominal, waist, and inner knee samples ($p<0.05$).

*Expression of surface antigens and assessment of viability.* Flow cytometry revealed that cultured ASCs positively expressed CD90 (range 92.02-96.58%), CD73 (range 89.8-97.41%) and CD105 (range 90.17-99.5%), while negatively expressed CD34/CD45 (range 0.02-1.31%) (Table II). Figure 1 is indicative of the expression of surface antigens in the outer thigh region. Cell viability was assessed twice; once with trypan blue dye on SVF and then using flow

cytometry analysis for 7-AAD staining on ASCs. Concerning the SVF, all areas of liposuction showed an excellent profile of viability ranging from 94 to 95% with no significant differences among different areas. Similarly, staining with 7-AAD (Figure 2) on ASCs showed excellent viability rates (range 93.12-97.4%) that were comparable among different donor sites (Table II).

## Discussion

Fat grafting has been one of the most popular options in plastic surgery both in the cosmetic and reconstructive field (9), since it significantly aids in restoring soft tissue defects, mainly of small to medium size (10). However, complications such as fat reabsorption and necrosis still remain an issue occurring with a rate of 30% to 70% (11, 12). Due to their inherent properties, ASCs have recently attracted an increased interest (13). Their capacity of intense proliferation and differentiation into various cell lineages has been postulated to overcome the complications arising from the fat transplantation itself (14). Previous studies have shown excellent cosmetic results with the use of ASC-enriched fat grafts on the breast for reconstruction and augmentation as well as on the face, hip and hands (5, 15).

*in vivo* *31*: 1229-1234 (2017)



Figure 1. *Flow cytometry revealed that cultured ASCs from the outer thigh region positively expressed CD73 (89.8±1.4%), CD105 (99.7±0.9%), and CD90 (95.4±1.3%).*

However, there is currently no firm evidence regarding the optimal harvesting area in terms of stem cell yield, proliferation, and differentiation capacity. Therefore, our aim was to examine the effect of the different donor sites on the viability and the yield of stromal and ASCs.

In order to identify ASCs from the SVF, labeling with known stem cell markers was used. We found that cultured ASCs were positive for CD90, CD73, and CD105 and negative for CD45 and CD34. This expression profile is supported by reports from other investigators as well (16-18). Cells positive for CD90 and CD105 are defined as mesenchymal stem cells based on the minimal criteria for defining mesenchymal stem cells by the International Society for Cellular Therapy (19).

The investigation of the viability of cells from different donor areas, showed that the average viability of either the SVF cells or the ASCs, was excellent, reaching up to 95% when tested with Trypan Blue and more than 96% when tested using 7-AAD on the flow cytometer, respectively. Adipose tissue from the abdomen, waist, thigh and inner knee revealed no significant differences with regard to the viability profile of cells. Superficial abdominal depot has also been shown to less susceptible to apoptosis compared to ASCs from other regions (20). However, we did not



Figure 2. *Staining with 7-AAD on ASCs from the outer thigh region showed excellent viability rates (97.4±0.7%).*

observe significant differences in viability profiles among donor areas. In our study, we constantly compared cultured ASCs rather than freshly isolated ASCs considering their higher level of homogeneity. Due to the fact that cultured ASCs display minor differences in phenotype and kinetics of differentiation compared to freshly isolated ASCs (21), it can

be hypothesized that both types of ASCs may exhibit the same viability profile.

When we compared the yield of SVF cells among different donor areas, the outer thigh region the highest yield compared to the other regions. After isolation of the ASCs from the SVF, we also found that the outer thigh region contained higher concentration of ASCs, compared to the abdomen, waist and the inner knee. This is in contrast to a previous study in which the abdomen has appeared as a preferable region for harvesting adipose tissue due to the higher ASCs yield (8).

Literature suggests that except for donor areas, age is another strong determinant of the quality of the ASCs. It has been shown that ASCs from younger patients hold a greater proliferative capacity and are more efficient in differentiating into mature adipocytes than those from older patients (20), rendering younger patients more suitable for tissue engineering applications. In the present study, the mean age was 41.5 years, significantly less than the age group of 55-60 that displays the highest apoptotic rates (20).

Finally, proliferation capacity and functionality of ASCs is strongly influenced by the BMI of the patients, showing increased activity in some massively obese patients compared to lean controls (22). Therefore, obese patients ($BMI \geq 30$ $kg/m^2$) were excluded from our study and the BMI of our participants was 28 $kg/m^2$.

## Conclusion

Tissue-harvesting area is a strong determinant of the quality of the fat grafts. Compared to the abdomen, waist and inner knee, thighs seem favorable in terms of viability profile and yield of SVF cells and ASCs. Further randomized controlled trials incorporating a larger cohort of patients are warranted in order to verify our results.

## Conflicts of Interest

None.

## References

1 Stephan PJ and Kenkel JM: Updates and advances in liposuction. Aesthet Surg J *30(1)*: 83-97; quiz 98-100, 2010.

2 Triana L, Triana C, Barbato C and Zambrano M: Liposuction: 25 years of experience in 26,259 patients using different devices. Aesthet Surg J *29(6)*: 509-512, 2009.

3 Schneider S, Unger M, van Griensven M and Balmayor ER: Adipose-derived mesenchymal stem cells from liposuction and resected fat are feasible sources for regenerative medicine. Eur J Med Res *22(1)*: 17, 2017.

4 Peterson B, Zhang J, Iglesias R, Kabo M, Hedrick M, Benhaim P and Lieberman JR: Healing of critically sized femoral defects, using genetically modified mesenchymal stem cells from human adipose tissue. Tissue Eng *11(1-2)*: 120-129, 2005.

5 Tsekouras A, Mantas D, Tsilimigras DI, Ntanasis-Stathopoulos I, Kontos M and Zografos GC: Adipose-derived stem cells for breast reconstruction after breast surgery - preliminary results. Case Reports Plast Surg Hand Surg *4(1)*: 35-41, 2017.

6 De Ugarte DA, Morizono K, Elbarbary A, Alfonso Z, Zuk PA, Zhu M, Dragoo JL, Ashjian P, Thomas B, Benhaim P, Chen I, Fraser J and Hedrick MH: Comparison of multi-lineage cells from human adipose tissue and bone marrow. Cells Tissues Organs *174(3)*: 101-109, 2003.

7 Strem BM, Hicok KC, Zhu M, Wulur I, Alfonso Z, Schreiber RE, Fraser JK and Hedrick MH: Multipotential differentiation of adipose tissue-derived stem cells. Keio J Med *54(3)*: 132-141, 2005.

8 Jurgens WJ, Oedayrajsingh-Varma MJ, Helder MN, Zandiehdoulabi B, Schouten TE, Kuik DJ, Ritt MJ and van Milligen FJ: Effect of tissue-harvesting site on yield of stem cells derived from adipose tissue: implications for cell-based therapies. Cell Tissue Res *332(3)*: 415-426, 2008.

9 Rigotti G, Marchi A, Galie M, Baroni G, Benati D, Krampera M, Pasini A and Sbarbati A: Clinical treatment of radiotherapy tissue damage by lipoaspirate transplant: a healing process mediated by adipose-derived adult stem cells. Plast Reconstr Surg *119(5)*: 1409-1422; discussion 1423-1404, 2007.

10 Simonacci F, Bertozzi N, Grieco MP, Grignaffini E and Raposio E: Autologous fat transplantation for breast reconstruction: A literature review. Ann Med Surg (Lond) *12*: 94-100, 2016.

11 Pinski KS and Roenigk HH, Jr: Autologous fat transplantation. Long-term follow-up. J Dermatol Surg Oncol *18(3)*: 179-184, 1992.

12 Groen JW, Negenborn VL, Twisk DJ, Rizopoulos D, Ket JC, Smit JM and Mullender MG: Autologous fat grafting in onco-plastic breast reconstruction: A systematic review on oncological and radiological safety, complications, volume retention and patient/surgeon satisfaction. J Plast Reconstr Aesthet Surg *69(6)*: 742-764, 2016.

13 Philips BJ, Marra KG and Rubin JP: Healing of grafted adipose tissue: current clinical applications of adipose-derived stem cells for breast and face reconstruction. Wound Repair Regen *22(Suppl 1)*: 11-13, 2014.

14 Matsumoto D, Sato K, Gonda K, Takaki Y, Shigeura T, Sato T, Aiba-Kojima E, Iizuka F, Inoue K, Suga H and Yoshimura K: Cell-assisted lipotransfer: supportive use of human adipose-derived cells for soft tissue augmentation with lipoinjection. Tissue Eng *12(12)*: 3375-3382, 2006.

15 Yoshimura K, Sato K, Aoi N, Kurita M, Hirohi T and Harii K: Cell-assisted lipotransfer for cosmetic breast augmentation: supportive use of adipose-derived stem/stromal cells. Aesthetic Plast Surg *32(1)*: 48-55; discussion 56-47, 2008.

16 Mafi P, Hindocha S, Mafi R, Griffin M and Khan WS: Adult mesenchymal stem cells and cell surface characterization – a systematic review of the literature. Open Orthop J *5(Suppl 2)*: 253-260, 2011.

17 Ishimura D, Yamamoto N, Tajima K, Ohno A, Yamamoto Y, Washimi O and Yamada H: Differentiation of adipose-derived stromal vascular fraction culture cells into chondrocytes using the method of cell sorting with a mesenchymal stem cell marker. Tohoku J Exp Med *216(2)*: 149-156, 2008.

18 Aust L, Devlin B, Foster SJ, Halvorsen YD, Hicok K, du Laney T, Sen A, Willingmyre GD and Gimble JM: Yield of human adipose-derived adult stem cells from liposuction aspirates. Cytotherapy *6(1)*: 7-14, 2004.

*in vivo* 31: 1229-1234 (2017)

19 Dominici M, Le Blanc K, Mueller I, Slaper-Cortenbach I, Marini F, Krause D, Deans R, Keating A, Prockop D and Horwitz E: Minimal criteria for defining multipotent mesenchymal stromal cells. The International Society for Cellular Therapy position statement. Cytotherapy *8(4)*: 315-317, 2006.

20 Schipper BM, Marra KG, Zhang W, Donnenberg AD and Rubin JP: Regional anatomic and age effects on cell function of human adipose-derived stem cells. Ann Plast Surg *60(5)*: 538-544, 2008.

21 Varma MJ, Breuls RG, Schouten TE, Jurgens WJ, Bontkes HJ, Schuurhuis GJ, van Ham SM and van Milligen FJ: Phenotypical and functional characterization of freshly isolated adipose tissue-derived stem cells. Stem Cells Dev *16(1)*: 91-104, 2007.

22 Roncari DA, Lau DC and Kindler S: Exaggerated replication in culture of adipocyte precursors from massively obese persons. Metabolism *30(5)*: 425-427, 1981.

*Received July 26, 2017*
*Revised August 16, 2017*
*Accepted August 31, 2017*