UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
Plaintiff,
v.

US STEM CELL CLINIC, LLC, a Florida
limited liability company,
US STEM CELL, INC., a Florida profit
corporation, and
KRISTIN C. COMELLA, individual,
Defendants.
_____/

**EXPEDITED MOTION TO INTERVENE AND FOR STAY
OF DESTRUCTION OF APPLICANTS FOR INTERVENTION'S PROPERTY
AND CLARIFICATION OF ORDER OF PERMANENT INJUNCTION**
**With incorporated**
**MEMORANDUM OF LAW**
**And attached**
**PLEADING OF APPLICANTS FOR INTERVENTION**

Applicants in intervention Sarah Anderson, Ming Dooley, Sharon Kuster, Kathryn Morrow, George Nemecz, Leah Simpson, Scot Simpson, Chloe Spencer, Stephan Spencer and Mollie N. Thibodeau each an individual whose stem cells (the "Stem Cells") are banked at an FDA-registered tissue bank (hereinafter "Applicants" or "Applicants for Intervention", each, an "Applicant") operated by Defendant US Stem Cell, Inc. ("US Stem"), move to intervene as of right in this action, pursuant to Rule 24(a)(2), Federal Rules of Civil Procedure, or alternatively, move for permissive intervention, pursuant to Rule 24(b)(2), and Local Rule 7.1(d)(2) to protect those Stem Cells from destruction, and seek an emergency stay of paragraph 10 of the Order of Permanent Injunction issued June 25, 2019 (the "Injunction Order") [D.E. 85] ordering the destruction of the Stem Cells on or before July 25, 2019. An expedited ruling on this matter is

1

required by July 24, 2019, prior to the scheduled destruction date. Pursuant to Rule 24(c), Applicants attach their proposed Complaint in Intervention. In support of their motions Applicants state:

1. Applicants have an interest in the subject matter of this action in the same manner as the applicants for intervention who filed the Amended Expedited Motion to Intervene and for Stay of Destruction of Applicants for Intervention's Property and Clarification of Order of Permanent Injunction filed in this matter on July 16, 2019 ("Motion to Intervene"). [D.E. 220].

2. A disposition of the Motion to Intervene in Applicants' absence may impair their ability to protect that interest.

3. Applicants therefore move to intervene in this matter and fully adopt and incorporate herein the arguments and attachments in the Motion to Intervene and request the Court to be included in the Complaint for Intervention should the Court grant the Motion to Intervene.

WHEREFORE, Applicants respectfully request permission to intervene as intervenors as of right, or alternatively, to intervene through permissive intervention. Applicants further respectfully request an immediate stay of Paragraph 10 of the Injunction Order requiring destruction of the Stem Cells stored at the Tissue Bank pending adjudication on the merits of Applicants' Complaint in Intervention.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. Fla. L.R. 7.1(A)(3), undersigned counsel for Applicants hereby certifies that it has conferred with counsel for the United States and the US Stem Defendants in a good faith effort to resolve by agreement the issues raised in this Motion, and Plaintiff United States of America has declined to take any position on the intervention of the Applicants prior to the filing of this motion. Defendants do not oppose the granting of this Motion to Intervene.

Dated this 18th day of July, 2019.	Respectfully submitted,

**GIVNER LAW GROUP, LLP**

*Attorneys for Applicants in Intervention*
19495 Biscayne Boulevard
Suite 702
Aventura, FL 33180
Telephone: 305-933-9970
Facsimile: 786-520-2704

By: _____

J. Joseph Givner
Florida Bar No.: 850705
E-mail: jgivner@givner.law
Esther S. Meisels
Florida Bar No.:0037142
E-mail: emeisels@givner.law
Marissa X. Kaliman
Florida Bar No. 100532
E-mail: mkaliman@givner.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July ___, 2019, a true and correct copy of the foregoing Applicants' Expedited Motion to Intervene and for Stay of Destruction of Applicants for Intervention's Property and Clarification of Order of Permanent Injunction with Incorporated Memorandum of Law and Attached Pleading of Applicants for Intervention was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

_____
J. Joseph Givner

## SERVICE LIST

| | |
|---|---|
| **Michael S. Blume**<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY<br>212-503-0699<br>msblume@venable.com<br>Designation: Retained<br>Assigned: 04/11/2019<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant) |
| **Loren Harley Cohen**<br>Mitrani, Rynor, Adamsky & Toland, P.A<br>301 Arthur Godfrey Road<br>Penthouse<br>Miami Beach, FL 33140<br>305-358-0050<br>358-0550(fax)<br>lcohen@mitrani.com<br>Assigned: 07/16/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Stephen R. Freeland**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4837<br>srfreeland@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Mary M. Gardner**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4398<br>mmgardner@venable.com<br>Designation: Retained | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant) |

| | |
|---|---|
| Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Roger J. Gural**<br>United States Department of Justice<br>Civil Division, Office of Consumer Litigation<br>450 5th Street, NW<br>Washington, DC 20001<br>202-307-0174<br>202-514-8742 (fax)<br>Reger.gural@usdoj.gov<br>Designation: Retained<br>Assigned: 05/09/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing<br><br>**United States of America**<br>(Plaintiff) |
| **Todd H. Halpern**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4152<br>thhalpern@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Todd H. Harrison**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4152<br>thharrison@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Isaac Jaime Mitrani**<br>Mitrani, Rynor Adamsky & Toland, P.A. | Representing: |

6

| | |
|---|---|
| 301 Arthur Godfrey Road<br>Penthouse<br>Miami Beach, FL 33140<br>(305) 358-0050<br>(305) 358-0050 (fax)<br>imitrani@mitrani.com<br>Assigned: 05/16/2018<br>*ATTORNEY TO BE NOTICED* | **US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **James Alan Weinkle**<br>United States Attorney's Office<br>99 N.E. 4th Street<br>Suite 300<br>Miami, FL 33132<br>(305) 961-9290<br>(305) 530-7139 (fax)<br>James.weinkle@usdoj.gov<br>Designation: Retained<br>Assigned: 05/10/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing<br><br>**United States of America**<br>(Plaintiff) |