# Patricia M. Shook

**101 Hayden Place**
**Sequim, WA 98382**
**801-518-0122**

7/15/19

FILED BY __PG__ D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me. I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Patricia M Shook*

Patricia M Shook


cc: Givner Law Group
    19495 Biscayne Blvd #702
    Aventura, FL 33180

# Jacquelyne J. Bragdon

474 West Cedar Street, Apt. B
Sequim, WA 98382
360-775-5557

7/15/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

```
FILED BY   PG   D.C.

   JUL 1 8 2019

   ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
 S. D. OF FLA. - MIAMI
```

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Jacquelyne J. Bragdon*
Jacquelyne J. Bragdon


cc:   Givner Law Group
      19495 Biscayne Blvd #702
      Aventura, FL 33180

Linda Levy
17 Court Pl.
Putnam Valley, NY 10579

July 12, 2019

FILED BY __PG__ D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable District Judge Ursula Ungaro
U.S. District Courthouse
400 N. Miami Street
Miami, FL 33128

Re: U.S. Stem Cell, Inc. Litigation

Dear Judge Ungaro,

I am writing as an innocent participant in the above said Stem Cell controversy and had paid the Defendants to store "MY stem cells" for my future use, if needed. Those frozen stem cells are and remain my personal property and I object to those stem cells being destroyed as per your Court Order in this case.

Your Court has retained jurisdiction over these matters (see attached) and I am respectfully requesting that your Court decree that innocent participants such as myself have their stem cells protected and not destroyed on the following grounds:

The U.S. Constitution clearly states that an American Citizen's property cannot be taken without just compensation and that every American is guaranteed due process of law (5th and 14th Amendments) before being deprived of property or certain rights without notice and fair hearing, which we are not afforded in this matter.

Therefore, I am requesting your intervention to protect my property rights concerning my stored stem cells by these Defendants. I have health issues and need those stored stem cells protected for future use. So, if they are destroyed as per your Order, I will be damaged without recourse.

Respectfully Yours,

*Linda Levy*

Linda Levy
845 661 7778
Lindaroselevy@aol.com

Attachment:

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-61047-UU UNITED STATES OF AMERICA,

Plaintiff, v. US STEM CELL CLINIC, LLC, *et. al*, Defendants.

**ORDER OF PERMANENT INJUNCTION**

> 24. This Court retains jurisdiction of this action and the parties thereto for the purpose of enforcing and modifying this Order and for the purpose of granting such additional relief as may be necessary or appropriate. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.
DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2019.

**Karen Marcotte**
**1419 7th Avenue West**
**Seattle, WA 98119**

FILED BY _PG_ D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

<u>Via Registered Mail</u>

Honorable Ursula Mancusi Ungaro
c/o Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

      RE: <u>USA v US Stem Cell Inc., et al.</u>, Case 18-cv-61047

Dear Judge Ungaro,

    I have stem cells banked in a storage facility maintained by US Stem Cell Inc. ("US Stem"). I am not a patient of US Stem and it has never performed any medical procedure or treatment for me. My only connection with US Stem is that it stores my stem cells, which were removed by my doctor in Seattle and used to treat my soft tissue knee injury at my doctor's clinic in Seattle. I respectfully request that the Court amend its injunction to permit US Stem and the other defendants to release the stem cells it has been storing for individuals such as me who are not patients of US Stem and who wish to retain their stem cells for possible future treatment of their own soft tissue injuries.

    I am a patient of Dr. Tami Meraglia at the Seattle Stem Cell Clinic. In 2017, Dr. Meraglia extracted stem cells from fat deposits in my body. I received injections of some of these stem cells to treat persistent knee caused by a torn meniscus. These injections successfully cured my knee pain, allowing me to avoid the pain and expense of undergoing an orthoscopic or other surgical intervention. I paid Dr. Meraglia to "bank" my extra stem cells for possible use to treat similar soft tissue injuries in the future. Dr. Meraglia chose to send my cells to the storage facility maintained by US Stem.

Letter to Honorable Ursula Mancusi Ungaro
July 11, 2019
Page 2

On June 28, 2019, I received an email letter from US Stem advising me of the Court's June 25, 2019 injunction. According to US Stem, "[u]nless this Injunction is modified, this would require us to destroy all of your tissue bank samples." I respectfully submit that the Court's injunction is overbroad to the extent it requires destruction of my stem cells banked at the US Stem storage facility.

First, US Stem has not performed any medical procedure on me or my stem cells. I am not a patient of US Stem. It simply stores my stem cells for future possible use. Seattle Stem Cell Center, which removed my stem cells, is independent from and not affiliated with US Stem. Dr. Meraglia, my doctor at Seattle Stem Cell Center, advises that she does not now and has never used any protocols developed by US Stem. She uses US Stem solely as a storage facility. Since my stem cell banked at US Stem's storage facility were not removed, processed or otherwise manipulated by US Stem, it would be unjust for the Court to order the destruction of my cells simply because they are stored by US Stem.

Second, based on my review of news reports and FDA public statements, I understand that the FDA sought the injunction to prevent US Stem from making unsubstantiated claims about the potential for stem cell treatments to prevent, treat or cure serious diseases, such as Parkinson's disease, amyotrophic lateral sclerosis, chronic obstructive pulmonary disease, heart disease, pulmonary fibrosis and macular degeneration. US Stem made no such claims to me; in fact, it has made no representations whatsoever to me. It has simply provided a storage facility for my stem cells. US Stem's storage of stem cells for non-patients whose cells were removed by independent third party medical providers simply has nothing to do with the FDA's allegations about US Stem making unsubstantiated claims to its own patients.

Finally, I have not used my stem cells to treat the sorts of serious diseases that prompted the FDA's concern and have no intention of doing so. I have used

Letter to Honorable Ursula Mancusi Ungaro
July 11, 2019
Page 3

my stem cells solely for the treatment of a soft tissue injury and will only use these cells in the future to treat similar soft tissue injuries.

    For these reasons, I respectfully request the Court to amend its injunction to permit the defendants to release my stem cells banked in US Stem's storage facility. Thank you for the Court's consideration of my request.

                                    Very truly yours,

                                    Karen Marcotte

Honorable Ursula Ungaro
Southern District Court of Florida
US District Court
400 N. Miami Avenue
Miami, FL 33128



Dana R. Susca
501 Kennedy Road
Windsor, Ct 06095

July, 10, 2019

RE: USA v US Stem Cell Lab and others, Case 18-cv-61047-UU

Your Honor:

I have received news that an injunction has been placed on U.S. Stem Cell Lab, Inc., located in Sunrise, Florida, to the effect that all patient owned tissue banks are to be destroyed.

My wife Marygrace Susca, lives with Chronic Neurological Lyme Disease, Complex Regional Pain Syndrome and Chronic Occipital Cervical Headaches. She had stem cells extracted from her own adipose tissue for the purpose of using them to combat the effects of these conditions. These stem cells belong to my wife and to destroy them without her permission would be the destruction of her personal property.

To date, U.S. Stem Cell Lab, Inc. has provided safe and reliable storage of my wife's stem cells. As she was preparing to have a 3rd round of infusions done in June, she was notified that the stem cells could not be extracted from the lab facility at the time the request was made.

Ideally, the injunction would be revoked as the stored tissue banks are private property and there is no indication of impropriety by U.S. Stem Cell Lab, Inc. I ask you, at the least, to modify the injunction to allow stem cell owners like my wife Marygrace to retrieve and store them in another location so they are available to her for treatments for her medical conditions that she has been battling for years. I also advocate for her rights in this matter and the continuation of seeing her health improve.

Sincerely,

Dana R. Susca

Clerk of the Court

US District Court

400 N. Miami Ave.

Miami, FL 33128



RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

U.S. District Judge Ursula Ungaro,

This letter....this plea....is in response to your "Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, among other actions" and that requires that "[w]ithin thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control."

This proposed destruction of "any and all SVF Product held by US Stem Cell, Inc., US Stem Cell Clinic, LLC and others", is a direct assault against the clients of said entities. These SVF Products are not owned by these entities, they are acting as fiduciaries in holding the SVF Product in a safe and controlled environment on behalf of the true and actual owners.

At the very least, these stem cells should not be destroyed until any and all legal actions have been exercised. This order for the destruction of the stem cells is completely premature to say the least and violates the rights of the owners of the stem cells to use their own body to heal their own body--just as a skin graft would be used, taken from one area of the body and used to cover another area of the body that is in need of such protection.

As owners of my SVF Product, I, and the other owners who are affected by this injunction, should have the right to maintain ownership of our own tissue and decide its use or the distruction of it. My tissue is mine until I donate it to someone else, as in a kidney or heart transplant, it does not ever belong to the FDA or the United States court system.

Sincerely,

*[signature: Greg S. Granat]*

Greg S. Granat

Clerk of the Court

US District Court

400 N. Miami Ave.

Miami, FL 33128



FILED BY_____PG_____D.C.

JUL 1 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

U.S. District Judge Ursula Ungaro,

This letter....this plea....is in response to your "Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, among other actions" and that requires that "[w]ithin thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control."

This proposed destruction of "any and all SVF Product held by US Stem Cell, Inc., US Stem Cell Clinic, LLC and others", is a direct assault against the clients of said entities. These SVF Products are not owned by these entities, they are acting as fiduciaries in holding the SVF Product in a safe and controlled environment on behalf of the true and actual owners.

At the very least, these stem cells should not be destroyed until any and all legal actions have been exercised. This order for the destruction of the stem cells is completely premature to say the least and violates the rights of the owners of the stem cells to use their own body to heal their own body--just as a skin graft would be used, taken from one area of the body and used to cover another area of the body that is in need of such protection.

As owners of my SVF Product, I, and the other owners who are affected by this injunction, should have the right to maintain ownership of our own tissue and decide its use or the distruction of it. My tissue is mine until I donate it to someone else, as in a kidney or heart transplant, it does not ever belong to the FDA or the United States court system.

Both my husband and I were told last year that due to arthritis, over-use, and abuse of both of our knees from years of hard work to provide for our family and helping others when the opportunity or need arose, that we will both require total knee replacements in the very near future. We cannot afford the financial cost, the cost in down-time from the surgery itself and the physical therapy involved, nor can we accept the life restrictions that a total knee replacement brings about.

Our life goal is to maintain our independence and continue to take care of our home and ourselves without requiring the care of others and causing the burden upon our family that failing health and physical abilities inevitably causes, so we both chose Stem Cell Therapy using our own SVF tissue. In April 2019, we each had both knees injected and I also had my right sacro-iliac joint injected which has been painful since the 1970s and has gotten worse with time and age. Within 2 days, we both experienced great improvement in both of our knees and in my right SI joint, and there has been continued improvement since that time. We are having a second treatment tomorrow to continue the healing process. We are both very excited about our future now

1

and our life goal to maintain our independence is indeed very possible to achieve due to the Stem Cell Therapy.

I know we are not alone in our desire to maintain our independence. Nursing homes and assisted living facillities are over-flowing with residents who had the same life goal but due to failing health and physical abilities, failed to accomplish their goal and are now totally dependent upon others to feed, dress, and take care of all their needs. That is not a desirable end to life.

Others we talk to who are approaching that stage of life are very concerned about their own future but are not aware of the great benefits from Stem Cell Therapy and now that option may be taken away from anyone who would choose to use it, thereby, sentencing the aging population to try to maintain independence by living the *same life-style that the residents of nursing homes and assisted living facilities lived, and that got them no where but dependent on their caregivers.* Such a sentence should make a great impression on you as well as the rest of the aging population.

One day we all get to the point of being old. The technology of Stem Cell Therapy has given each of us, you included, the option to choose how we get through the those years---with our own health and abilities intact and able to care for ourselves and others.....OR.....with no ability to care for ourselves and totally dependent on others for all of our care. No matter your age now, time marches on and you will age. Which option would you like to take?

You have to decide which scenario you want for youself and your family members. With Stem Cell Therapy, you have more than one choice. As for me and my husband, we choose Stem Cell Therapy, and we will continue to get treatments....with our own SVF or by another means....in the United States or in a foreign country where their concern for the aging population has opened their eyes to definite advantages that Stem Cell Therapy has, and therefore, allows the treatments to be done.

Choose your future as well as ours wisely.

Sincerely,

*Deborah E Granat*

Deborah E. Granat

July 12, 2019



Clerk of the Court
US District Court
499 North Miami Avenue
Miami, Florida 33128

RE: USA v US Stem Cell Clinic & others, Case 18-cv-61047-UU

I am writing in regards to MY STEM CELL'S Banked in Miami, Florida.

I am not alone in the process as the Stem Cell that I have BANKED, are much needed to keep my life in working order.

Destroy my Stem Cell & all SVF Product that is in Defendant's possession, custody, & control. Unless this Injunction is modified, I will lose all of my Stem Cell"s that I have banked.

Please modified this Injunction so that my Stem Cell's are not destroyed! I do need them!

Thank You,

Donald W. Carling

July 7, 2019

Clerk of the Court
US District Court
400 N. Miami Avenue
Miami, FL 33128

FILED BY __PG__ D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: USA v US Stem Cell Clinic and others, Case 18-CV-61047-UU
Attention: US District Court and Judge Ursula Ungaro

To Whom It May Concern:

I received a letter from U. S. Stem Cell that is very concerning to me. I'm a patient that has my stem cells banked at this facility and am horrified when I read that you are asking this company to destroy my stem cells from my own body. I've had hip issues for almost 5 years and I'm in pain every day and do not want my body cut up by a surgeon and then who knows if I will heal correctly and be in better shape that I was before the surgery.

I opted to go the stem cell route and after several injections throughout the years of stem cells, I have more good days than bad days. When the suggestion came to me to bank my stem cells, it made total sense to me. Even though I had to scrimp and save to afford this process, it made total sense to go this route. I'm forgoing vacations and other activities so I could afford to bank my stem cells. I know I'll need them in the future and I had planned to do another injection from my banked stem cells with US Stem Cell Clinic in the next couple months on my shoulder that has a full tear.

By not letting me use my own stem cells, that I spent a lot of money on, then you are telling me that I need to be in pain for the rest of my life. That is not the life I want to lead.

I beg you to reconsider the actions you have taken against U.S. Stem Cell Clinic and let us keep our own stem cells that came from our bodies. Those are a part of me and I can't imagine that you are allowed to destroy my stem cells from my body that I paid dearly for and now I can't afford to do anything else for my pain.

Please allow me keep my stem cells in the bank so I can live a better life than the alternative.

Thank you for your cooperation in the matter.

Sincerely,

*Bonnie*

Bonnie Burke
8711 E. Pinnacle Peak Road #377
Scottsdale, AZ 85255
480-720-8001
bonnie@bonnieburke.com