FILED BY _AG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 14, 2019

To Whom it May Concern,

recently I was informed that my Adult Stem cells that I've banked will be destroyed. This is of great concern to me. For the past several years I have delt with on-going health problems, because of my health conditions, mainly my Asthma I sought out US Stem cell Clinic. A year ago this month in July 2018, I went to Sunrise Florida, to have my procedure, it was very expensive.

I am not a wealthy person and the total cost of the Adult Stem cell procedure, was $7,000 plus my plane ticket $450 with additional expenses that included Car and Hotel. This Trip put me in Debt.

Eventhough it would cost $250 a year to keep my Adult Stem Cells banked, it is well worth it to me.

I am extremely upset over decision that has been made to destroy my Adult Stem cells.

Hopefully, this decision will be overturned and compensation for my expenses will be given if the court's decision ends up destroying my Adult Stem cells.

Sincerly, Robyn Lopple

July 14, 2019

Clerk of Court
US District Court
400 NW 1st Ave
Miami, FL 33030

FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jennifer Bruns
2774140 RD
Burr Oak, KS 66936

To whom it may concern,

I am writing in regards to USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU. My brother, Brock Melton, has received two Intrathecal Stem cell injections in the past year in efforts to heal his Traumatic Brain Injury. Brock was 24 years old, November 2016, when he was accidentally shot in the head by a shotgun while hunting. Brock had a 20% chance of living. But with the amazing talent of his medical team, support from our community, and a lot of prayer, he has come back home and is back to his almost previous function. Myself, being a Registered Nurse and determined sister, researched every possible way to help in Brock's recovery. Stem Cell therapy is what I found and made the most scientific sense. However, the only two clinics in the US where offering intrathecal stem cell injection at the time and to date, one of those being US Stem Cell Clinic in Westin, Florida. Intrathecal injection is the only way to get the stem cells to his brain due the body's blood-brain barrier system.

When Brock came home from the hospital in March 2017, he could not walk unassisted. His main debilitation was his right leg suffering from severe spasticity and tone issues. This can make it very hard for a farmer, like him, to do even the smallest task. To date, he can walk with the aid walking stick but is still limited in many aspects of his daily life. While Brock has spent many hours in physical therapy, we have seen the most improvement in his condition with the Stem Cell Therapy. Brock's destiny is to take over our family farm, to do that, he needs full function of both his legs. Stem Cell therapy is getting him back to that full function.

I urge you to view the video that was made, honoring his journey through this traumatic time of his life https://vimeopro.com/threepillars/2017-bryan-trauma-champions. Stem Cell therapy is what will get Brock back to where his was prior to his accident. May I remind you that that Stem Cell's in question, are his. Those stem cell those are part of Brock's body, and are the key to a full recovery. These Stem cell injections are all paid out of pocket as well. Your court should have no say in what is done with a piece of his own body, especially when that is most beneficial therapy for him to overcome his TBI. How would you feel if you someone told you that you had no access to your own bank account, the money you worked hard for? What if it was your loved one, who's

world was turned upside down, all due to an accident, and the key to heal them, was stem cell therapy?

Please, reconsider the ruling saying that these patients, who suffer from disease and disability every day, cannot have access to a piece of their own body, a vital piece to their recovery. I also urge you to look up Trump's Right to Try Act, that permits/allows eligible patients to have access to eligible investigational drugs. The FDA helped establish this Act. Stem Cell therapy is a new frontier in healthcare and should fall under this Act. Stem cells are a part of the person's body and they should have every right to do what they want with them. Brock would not travel from his home, in Nebraska, all the way to Florida, if he didn't believe that the Stem Cell therapy was aiding in his recovery. Please, reconsider this ruling, for Brock and patients suffering every day.

Sincerely,

Jennifer Bruns, RN BSN

July 5, 2019

FILED BY___PG___D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court
US District Court
400 NW 1st Avenue
Miami, FL 33030

Ariana Fajardo Orshan
US Attorney for Southern District
Miami, FL 33132

Senator Deb Fischer
454 Russell Senate Office Building
Washington, DC 20510

Senator Ben Sasse
107 Russell Senate Office Building
Washington, DC 20510

Dear Sirs/Madams:

I am writing in support of patients who have donated their own stem cells to be able to retain them in efforts to help in their recovery process.

On June 3, 2019, US District Judge Ursula Ungaro of the Southern District of Florida issued an Order and injunctions that prohibits the US Stem Cell Clinic from receiving, processing and distributing a patient's stem cells. We are requesting that this order is repealed.

We have a young man, **BROCK MELTON,** from our area in Nebraska who was accidently shot in the head about 3 years ago. He is making progress with his recovery and has been receiving Intrathecal Stem Cell infusions which has been instrumental in his recovery. With Judge Ungaro's order, his own stem cells that have been harvested from him will be destroyed. This seems so unfair and will be a major setback in his recovery. Therefore, I am writing to request that this order be repealed.

Any help you can offer will be greatly appreciated. Thank you for your help.

Sincerely,

Linda Eggers
PO Box 21
Ruskin, NE 68974

# Jacquelyne J. Bragdon

474 West Cedar Street, Apt. B
Sequim, WA 98382
360-775-5557

7/13/19

FILED BY _P6_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

Jacquelyne J. Bragdon

Jacquelyne J. Bragdon

cc:     Givner Law Group
        19495 Biscayne Blvd #702
        Aventura, FL 33180

# Jacquelyne J. Bragdon

**474 West Cedar Street, Apt. B**
**Sequim, WA 98382**
**360-775-5557**

7/12/19

FILED BY ___*P6*___ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

Jacquelyne J. Bragdon

cc:    Givner Law Group
       19495 Biscayne Blvd #702
       Aventura, FL 33180

# Jacquelyne J. Bragdon

**474 West Cedar Street, Apt. B**
**Sequim, WA 98382**
**360-775-5557**

7/14/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

FILED BY ___PG___ D.C.

JUL 1 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

Jacquelyne J. Bragdon

cc:    Givner Law Group
       19495 Biscayne Blvd #702
       Aventura, FL 33180

# Patricia M. Shook

**101 Hayden Place
Sequim, WA 98382
801-518-0122**

7/11/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

FILED BY _*PG*_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: USA v US Stem Cell Clinic and others
Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me.  I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue.  I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

*Patricia M. Shook*

Patricia M Shook

cc: Givner Law Group
    19495 Biscayne Blvd #702
    Aventura, FL 33180

# Patricia M. Shook

**101 Hayden Place**
**Sequim, WA 98382**
**801-518-0122**

7/12/19

```
FILED BY___DG___D.C.

    JUL 19 2019

    ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
  S. D. OF FLA. - MIAMI
```

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me.  I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

*Patricia M. Shook*

Patricia M Shook

cc: Givner Law Group
    19495 Biscayne Blvd #702
    Aventura, FL 33180

# Patricia M. Shook

**101 Hayden Place
Sequim, WA 98382
801-518-0122**

7/14/19

```
┌─────────────────────────────┐
│ FILED BY___PG___D.C.        │
│                             │
│     JUL 1 9 2019            │
│                             │
│     ANGELA E. NOBLE         │
│   CLERK U.S. DIST. CT.      │
│   S. D. OF FLA. - MIAMI     │
└─────────────────────────────┘
```

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others
Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me.  I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

*Patricia M. Shook*

Patricia M Shook

cc: Givner Law Group
    19495 Biscayne Blvd #702
    Aventura, FL 33180

# Patricia M. Shook

**101 Hayden Place**
**Sequim, WA 98382**
**801-518-0122**

7/13/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me. I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Patricia M. Shook*

Patricia M Shook

cc: Givner Law Group
   19495 Biscayne Blvd #702
   Aventura, FL 33180

U.S. District Judge Ursula Ungaro
400 North Miami Avenue
Miami, Florida 33128
Re: Seattle Stem Cell Center

12 July 2019

FILED BY _PG_ D.C.

JUL 1 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Ungaro,
Aloha, I am, Joan Marie Florence, a 70 year old retired English teacher/coach in Kailua, Hawaii. I went to Seattle Stem Cell Center on March 13, 2019 & had my own stem cells extracted & injected into my knees to regenerate my thinning cartilage. This stem cell procedure does work. I have 2 more doses of my stem cells banked in Florida for my next injection.
     I am very distressed & worried. After much research I chose this procedure. I do NOT want you to destroy my banked stem cells. I need them! It is the same as banking my own blood for a future operation. These cells are mine alone & I have a right to them & to use them as I see fit. Stem cells might not work for many diseases, but it has been proven & safe to regenerate thinning cartilage due to osteo arthritis. My stem cells are not a drug! These cells are part of my body that I am using to heal my knees.
     I strongly urge you to see that my use of my own stem cells to heal my knees is my right & it's working. Please help me! with aloha,
          Joan Marie Florence
          204 Po'opo'o Place Kailua, Hi. 96734

808-291-2133
jmflo204@gma
...con

Doris Cook
1300 Commerce Dr.
Auburn, AL 35830

FILED BY _____ PG _____ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My grandson did not have treatment at US Stem Cell or at an affiliate doctor but simply has is cells stored there. After we tried everything possible with Western Medicine with numerous side effects and nothing worked, doctors deemed him incurable and told us to just learn to live with it. After much prayer and research, we decided to use his own stem cells and what doctors said would NEVER happen has happened. We live in a country that promises opportunity and that should include the opportunity, if available, to heal from diseases and be healthy. Please reconsider and do not take this opportunity from my grandchild.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Doris Cook

Paul Siskev
17 Mitchem Lane
Albertville. AL 35951

FILED BY____PG____D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10. 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami. FL 33128

RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My son did not have treatment at US Stem Cell or at an affiliate doctor but simply has is cells stored there. After we tried everything possible with Western Medicine with numerous side effects and nothing worked, doctors deemed him incurable and told us to just learn to live with it. After much prayer and research, we decided to use his own stem cells and what doctors said would NEVER happen has happened. We live in a country that promises opportunity and that should include the opportunity, if available, to heal from diseases and be healthy. Please reconsider and do not take this opportunity from my child.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Paul Siskey

Rebecca Rogers
17 Mitchem Lane
Albertville, AL 35951

FILED BY __PG__ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My son did not have treatment at US Stem Cell or at an affiliate doctor but simply has is cells stored there. After we tried everything possible with Western Medicine with numerous side effects and nothing worked, doctors deemed him incurable and told us to just learn to live with it. After much prayer and research, we decided to use his own stem cells and what doctors said would NEVER happen has happened. We live in a country that promises opportunity and that should include the opportunity, if available, to heal from diseases and be healthy. Please reconsider and do not take this opportunity from my child.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Rebecca Rogers

Rebecca Rogers

July 12, 2019

FILED BY _PG_____ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

To Whom It May Concern,

I write today to ask that you permit myself, Paul J. Elmer, to receive my stem cells from US Stem Cells Clinic and bank them somewhere else if the Court orders that US Stem Cells Clinic may not bank Stem Cells anymore. I am a firm believer in what Stem Cells can do I believe that I should have the right to bank and control my Stem Cells. They contain my DNA and I do not believe that they should be destroyed without my consent. Please permit the permission to find another bank that can store them on behalf and for them to not be destroyed. I may be reached at 317-410-3178.

Sincerely,

Paul J. Elmer

6137 Pasadena Point Blvd South

Gulfport, FL 33707

Cell phone 317-410-3178

265 Golfview Drive
Amherstburg, Ontario, Canada  N9V 4C3

FILED BY___*PG*___D.C.

JUL 1 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 12, 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL  33128

**RE:  USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU**

Dear Sir / Madam:

I am writing with regards to the Injunction to destroy the banked Stem Cells.  Allow me to tell you a little bit about myself.  I am a 63 year old woman, and I consider myself in quite good health.  I do not take any prescriptions.

Thankfully, I have not had much time ever in the hospital.  I am not interested in having surgery in the future – which of course is the standard care when issues present themselves.  I have enough friends who have had surgery and it has often lead to more pain.  Look at the Opioid Epidemic—this is partially from people in pain.  I know that I do not have a high tolerance for pain.  It concerns me that I could be a heavy drug user if I had any continuous amount of pain.  I truly believe that the body has the ability to heal itself.

So, being a pro-active person, I began researching a couple of years ago.  Through a good amount of research, I found US Stem Cell Clinic.  Even though this meant a trip to Southern Florida and spending in US funds (compared to Canadian dollars), I decided that this clinic was where I wanted to do my Stem Cell Therapy, and also the cell banking.   On March 6, 2018 I had the procedure done.  I had an anti-aging 'shot in the arm', plus banked my cells.  Since I was already in good health, it is difficult to say exactly what good the 'shot' did, however, I will state that I had a perfect year of health following – not even a cold.  That in itself was impressive, and I planned to do bi-yearly anti-aging 'shots', and also the banked stem cells were to be my 'go-to' if I had a problem in the future with areas that have been treated successfully with stem cells.

Please consider modifying this Injunction.  Of course, I would prefer my stem cells to remain banked where they are.  I trust US Stem Cell Inc. and US Stem Cell Clinic.  However, these cells are mine and it is my choice that I should be able to continue to store them, and use them as I determine.  I am willing to sign that I am solely responsible for this decision and will not sue the FDA nor US Stem Cell Inc.  If this is not allowable, I would hope my cells could be moved safely to another stem cell bank.

Sincerely,

*Karen Johnston*

Karen Johnston



Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

To Whom It May Concern:

My name is Kerri Affronti and I am a woman who has had a chronic disease for the past ten years of my life. That disease is called Ulcerative Colitis and it has nearly killed me more than once. The symptoms are bleeding consistently that is uncontrollable by medication, weight loss associated with the rectal bleeding, extreme joint pain, inability to walk, and inability to digest nutrients.

I was fortunate enough to research the use of Stem Cells during the course of 2019, and after around 200 hours of researching a variety of clinics in the United States where I live, I decided to attend the U.S. Stem Cell clinic in Florida. I made this decision for several reasons:

1. The integrity of Kristin Comella and her team of physicians. When I had a phone consultation with Michelle Parlo, P.A. who performed my procedure, every concern was thoroughly addressed.

2. The Lab Facility at US Stem Cell that would be storing my own stem cells was at the highest standard of lab quality of all the facilities I have researched. This was the most important factor to me because to manage the disease I have. I knew that I would require multiple treatments of my own stem cells to assist my body in healing the more than fifty ulcers that reside in my intestines. I believe that the quality of the lab, being what is deemed as a "Clean Lab" in which each particular section of the laboratory must maintain its own air and therefore protection against contamination was exactly the kind of attention to the quality of treatment and precision I am looking when trying to assist my body through the course of treatments.

3. I was informed that the cost of my treatment was to be used for future treatments as Ulcerative Colitis is a reoccurring disease, I would require taking my stem cells from my body and storing to use if needed in the future.

I am sincerely concerned with the outcome of the US District Court's decision to withhold my body's own materials from me, or to destroy them. I do not believe this to be lawful, as I underwent the procedure with the contract agreement with US Stem Cell clinic enabling me to access my stem cells from their laboratory.

I trust that all the letters your court receives will be thoroughly considered, as many of us have life-threatening diseases and this decision can impact our lives and/or lifespan.

Sincerely,

*Kerri Affronti*

Kerri Affronti

6139 Country Ridge Lane
New Port Richey, FL  34655

July 14, 2019



FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL  33128

**RE:  USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU**

Dear Sir / Madam:

My personal problem was numbness from elbows to finger tips in both arms,
with shoulder muscle knots.  For a full year this went on.  Then I started
getting headaches, which was something I had never suffered from previously.
I had an MRI to diagnose the problem, and it was clear that I was losing
cartilage in my neck, hence causing compression on my nerves.  This was
something that was not going to improve over time.

I found out about Stem Cell Therapy success.  For my problem, US Stem Cell
Clinic told me I may need two treatments, and I proceeded on March 5, 2018,
at age 60.  It was all done in one day – a relatively easy procedure.  I also
banked cells then.

This therapy has been a wonderful success for me—my problems are almost
entirely solved.  Headaches gone.  Shoulder knots gone.  Numbness 90% gone.
I need one more treatment to finish off the numbness.  I also need Stem Cell
Therapy for both knees – particularly my right knee, as I am experiencing pain
often now.

I seriously need my banked stem cells to continue.  Please consider changing
this injunction and DO NOT destroy my stem cells.  These are my cells – let me
have access to them.

Yours truly,

Ron Martindale

Carl M. Bono
137 Cliff Road
Sterrett, AL 35147

```
┌─────────────────────────────┐
│ FILED BY   PG      D.C.      │
│                             │
│      JUL 1 9 2019           │
│                             │
│     ANGELA E. NOBLE         │
│   CLERK U.S. DIST. CT.      │
│   S. D. OF FLA. - MIAMI     │
└─────────────────────────────┘
```

July 8th, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.

I spent over a decade in continual back pain. I went through all traditional routes for treatment. This included 3 surgeries on my spine. I spent over a decade in pain management receiving countless spinal blocks, many rounds of physical therapy and strong opioid pain medicine. None of this worked or even helped. All it did was cause a downward spiral in my health and a steep decline in my quality of life and my ability to be a good husband, father and worker. I was lost and hopeless for relief of my terrible pain.

I personally have stem cell therapy done and have my own cells stored at US Stem Cell Clinic. Stem cell therapy has changed my life. After stem cell therapy I have been able to quit taking pain medicine. I can do activities that I would not have been able to do prior to the stem cell therapy. Most importantly, this includes spending quality time with my family, rather than being in such pain that I cannot participate in their lives (which was the case prior to stem cell therapy).

The individual samples stored are my personal property, came from my own body and I paid a fairly large sum of money to have the cells extracted and stored. As a citizen of the United States of America, my personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Carl M Bono

Carl M. Bono

July 15, 2019

FILED BY____PG____D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court

US District Court

400 North Miami Avenue

Miami, Florida 33128

Re: USA v US Stem Cell Clinic and others.  Case 18-cv-61047-UU

To whom it may concern:

Approximately eight years ago I was diagnosed with COPD.  The treatment I received was to take antibiotics for repeated bouts of bronchitis, and eventually being placed on oxygen.  Becoming concerned about the frequency of this happening, I decided to look for alternative possibilities.  The stem cell therapy has been effective for eliminating the need for the frequency of antibiotics that I previously needed.

I would like to express my dismay at the prospect of my stem cells being destroyed.  This treatment has significantly slowed the progression of my disease.  I strongly oppose the destruction of my cells and request that my stem cells be preserved.

Respectfully,

Warren A. Krueger

FILED BY ___PG___ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Elizabeth Coffey
218 Ash Circle
Trussville, AL 35173

July 9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My great-nephew had stem cell therapy in a clinic not associated with US Stem Cell but has his cells stored there. He has seen recovery that regular medicine did not provide and regular doctors said would never heal. He deserves the right to continue treatments that have done what other protocols could not do. It's a God-given miracle! Please remove the order to destruct his cells.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Elizabeth Coffey

Elizabeth Coffey

Alex Farris
1960 County Hwy 33
Pelham, AL 35124

```
┌─────────────────────────────┐
│ FILED BY  PG        D.C.     │
│                             │
│      JUL 19 2019            │
│     ANGELA E. NOBLE         │
│     CLERK U.S. DIST. CT.    │
│     S. D. OF FLA. - MIAMI   │
└─────────────────────────────┘
```

July · 9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

I have had three different families that I am friends with that have seen tremendous success with their stem cell treatments. They had previously tried every available option and everything failed them. Why deny them the right to use their own cells to have them live in pain and misery? There are no other options for them. They deserve the right to use the cells they have banked because they are out of options.  This enables them to contribute to society by working and being an active part of the communities in which they live.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

*Alex Farris*

Alex Farris

Julie P. Martin
161 N McGregor Ave
Mobile, AL 36608

FILED BY___*PG*___D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Julye 9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

I have had three different families that I am friends with that have seen tremendous success with their stem cell treatments. They had previously tried every available option and everything failed them. Why deny them the right to use their own cells to have them live in pain and misery? There are no other options for them. They deserve the right to use the cells they have banked because they are out of options.  This enables them to contribute to society by working and being an active part of the communities in which they live.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Julie P. Martin

James Bridges
7701 Meadows Drive S
Mobile, AL 36619

FILED BY _____ *P6* _____ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July  9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

I have had three different families that I am friends with that have seen tremendous success with their stem cell treatments. They had previously tried every available option and everything failed them. Why deny them the right to use their own cells to have them live in pain and misery? There are no other options for them. They deserve the right to use the cells they have banked because they are out of options.  This enables them to contribute to society by working and being an active part of the communities in which they live.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

James Bridges

Junior Coffey
218 Ash Circle
Trussville, AL 35173

```
┌─────────────────────────────────┐
│ FILED BY___PG___D.C.            │
│                                 │
│     JUL 19 2019                 │
│                                 │
│    ANGELA E. NOBLE              │
│    CLERK U.S. DIST. CT.         │
│    S. D. OF FLA. - MIAMI        │
└─────────────────────────────────┘
```

July 9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My great-nephew had stem cell therapy in a clinic not associated with US Stem Cell but has his cells stored there.  He has seen recovery that regular medicine did not provide and regular doctors said would never heal. He deserves the right to continue treatments that have done what other protocols could not do. It's a God-given miracle! Please remove the order to destruct his cells.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Junior Coffey

Junior Coffey

William Dietrich
21424 Medina
Mission Viejo, CA 92692



July 14, 2019

Honorable District Judge Ursula Ungaro
U.S. District Courthouse
400 N. Miami Street
Miami, FL 33128

Re: U.S. Stem Cell, Inc. Litigation

Dear Judge Ungaro,

I am writing as an innocent participant in the above said Stem Cell controversy and had paid the Defendants to store "MY stem cells" for my future use, if needed. Those frozen stem cells are and remain my personal property and I object to those stem cells being destroyed as per your Court Order in this case.

Your Court has retained jurisdiction over these matters (see attached) and I am respectfully requesting that your Court decree that innocent participants such as myself have their stem cells protected and not destroyed on the following grounds:

The U.S. Constitution clearly states that an American Citizen's property cannot be taken without just compensation and that every American is guaranteed due process of law (5th and 14th Amendments) before being deprived of property or certain rights without notice and fair hearing, which we are not afforded in this matter.

Therefore, I am requesting your intervention to protect my property rights concerning my stored stem cells by these Defendants. I have health issues and need those stored stem cells protected for future use. So, if they are destroyed as per your Order, I will be damaged without recourse.

Respectfully yours,

William Dietrich

William Dietrich
Phone 949-916-2497
Email billd151@gmail.com

**Attachment:**

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-61047-UU UNITED STATES OF AMERICA,

Plaintiff, v. US STEM CELL CLINIC, LLC, *et. al,* Defendants.

## ORDER OF PERMANENT INJUNCTION

    24. This Court retains jurisdiction of this action and the parties thereto for the purpose of enforcing and modifying this Order and for the purpose of granting such additional relief as may be necessary or appropriate. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.
DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2019.

David Rogers
1011 County Road 485
Fort Payne, AL 35968

FILED BY *PG* D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My grandson did not have treatment at US Stem Cell or at an affiliate doctor but simply has is cells stored there. After we tried everything possible with Western Medicine with numerous side effects and nothing worked, doctors deemed him incurable and told us to just learn to live with it. After much prayer and research, we decided to use his own stem cells and what doctors said would NEVER happen has happened. We live in a country that promises opportunity and that should include the opportunity, if available, to heal from diseases and be healthy. Please reconsider and do not take this opportunity from my grandchild.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

*David Rogers*

David Rogers

Julie Lester
1250 White Oak Rd
Albertville, AL 35950

FILED BY _____ PC ___ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33126

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are
stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so
many families, accomplished what tradition medicine has failed, and improved the quality of life of the
patients and all those around them. Traditional medicine offered no hope for these patients and most
exhausted all those options with no success. The traditional medicine options that so many tried and
failed, have devastating side effects, including death.

I have friends that this has helped, and it cured what doctors said was incurable. Please help my friends
and don't take this away.

The individual samples stored are the personal property of citizens of the United States of America and
personal property cannot be seized or destroyed without due process. The guarantee of due process for
all persons requires the government to respect all rights, guarantees, and protections afforded by the
U.S. Constitution and all applicable statutes before the government can deprive any person of life,
liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair,
orderly, and just judicial proceeding which has not taken place for those having stored samples at US
Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and
reversing the decision is the only option for protecting those rights.

Sincerely,

Julie Lester

Brenda Rogers
1011 County Road 485
Fort Payne, AL 35968

FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My grandson did not have treatment at US Stem Cell or at an affiliate doctor but simply has is cells stored there. After we tried everything possible with Western Medicine with numerous side effects and nothing worked, doctors deemed him incurable and told us to just learn to live with it. After much prayer and research, we decided to use his own stem cells and what doctors said would NEVER happen has happened. We live in a country that promises opportunity and that should include the opportunity, if available, to heal from diseases and be healthy. Please reconsider and do not take this opportunity from my grandchild.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Brenda Rogers

Sally Ann Herbert
107 Copper Glen Ct
Copperopolis, Ca 95228

FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable district Judge Ursula Ungaro
U.S. district Courthouse
400 N. Miami Street
Miami, Fl. 33128

Re. U.S. Stem Cell, Inc. Litigation

Dear Judge Ungaro,

I am writing as an innocent participant in the above said Stem Cell controversy and had paid the
Defendants to store my stem cells for my future use, if needed. Those frozen stem cells are and remain
my personal property and I object to those stem cells being destroyed as per your Court Order in this
case.
Your court has retained jurisdiction over these matters (see attachment) and I am respectfully
requesting that your court decree that innocent participants such as myself have their stem cells
protected and not destroyed on the following grounds.
The U.S. Constitution clearly states that an American Citizen's property cannot be taken without just
compensation and that every American is guaranteed due process of law(5th and 14th Amendments)
before being deprived of property or certain rights without notice and fair hearing, which I am not
afforded in this matter.
Therefore, I am requesting your intervention to protect my property rights concerning my stored stem
cells by these Defendants. I have extreme pain issues about which I had already written to you about,
and I need those stored stem cells protected for my future use. So, if they are destroyed as per your
order, I will be damaged without recourse.

Respectfully Yours

Sally Ann Herbert

Sally Ann Herbert
209-785-2176
Tioga@caltel.com

**Attachment:**

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-61047-UU UNITED STATES OF AMERICA,

Plaintiff, v. US STEM CELL CLINIC, LLC, *et. al,* Defendants.

**ORDER OF PERMANENT INJUNCTION**

>    24. This Court retains jurisdiction of this action and the parties thereto for the purpose of enforcing and modifying this Order and for the purpose of granting such additional relief as may be necessary or appropriate. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.
DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2019.

Veronica R. Horton
231 Road 1916
Fort Payne, AL 35968

FILED BY _PG_ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 9, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

My nephew had stem cell therapy in a clinic not associated with US Stem Cell but has his cells stored there.  He has seen recovery that regular medicine did not provide and regular doctors said would never heal. He deserves the right to continue treatments that have done what other protocols could not do. It's a God-given miracle! Please remove the order to destruct his cells. Our family was devastated thinking there was no hope but it has been restored only to now think so many could suffer from your decision.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

*Veronica R. Horton*

Veronica R. Horton

Julie Jeffries Lima
1471 Rockledge Dr.
Rockledge, FL  32955

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU



FILED BY ___PG___ D.C.

JUL 1 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Ungaro,

I have banked adipose tissue-derived stem cells for both my father with Parkinson's, James Jeffries, and my Mother with Alzheimer's, Karen Jeffries at U.S. Stem Cells.

My father was beginning to experience the Parkinson's gait or shuffle, where in later stages Parkinson's it is difficult to do two tasks at one time.  These two tasks being moving one leg and then the other, something most of us do easily every day.  He would often "freeze," (temporary, involuntary inability to move) and fall.  He was experiencing rigidity, stiffness of his arms and legs, which decreased his range of motion.  He had achiness and pain in all his muscles.  Sleep was mostly non-existent due to the stiffness he experienced in the late evenings, the poor mobility making it hard to fall and stay asleep.  He was drooling excessively especially during eating and his speech had become difficult for him and he was only able to speak in a low volume.  Blatter control and erections were both completely now non-existent, taking away all feelings of being a grown man.  A man not yet 75 years old, who worked hard every single day providing for his family.  The symptom I found most difficult to deal with personally though, was a face with no expressions.  He couldn't smile or frown or show pain or stress.  If was so hard to know what he was feeling or how I could help.  They call this the Parkinson's mask or hypomimia.

My father was on many prescriptions for several years, Carbidopa-levodopa and Pramipexole for Parkinson's movement ease, Meclizine and Diazepam for dizziness and Dutasteride, Tamsulosin and Mirabegron for over-active bladder (which as I understand, all three contributes to the ability to no longer have an erection).  These medicines were prescribed to control the symptoms but there was no expectation that the Parkinson's disease conditions would improve.  It was explained by numerous doctors that Parkinson's is a degenerative disease and no matter how bad you feel today, tomorrow you will feel worse.   I was beginning to investigate nursing homes because I knew I could not care for him, my mother, my three children and our family finances all at the same time.  I had visited my paternal Grandma many times over a ten years period as she was in a nursing home with Parkinson's, though she was cared for well there, it was a very sad experience.  A place where she just waited to die.

I, along with the consent of the rest of the family, decided to try the adipose tissue-derived stem cells harvest and injection procedure, with my father.   After the procedure, before we even left the surgical center, my father smiled at me.  That was the best smile I have ever received.   When we came back to the surgical center for the follow-up, my father crying, told the doctor he was so afraid before the procedure that he was going to have to go into a nursing home like his Mother.   My father definitely still has Parkinson's but his symptoms are now manageable, he can care for himself, still drive, walk, talk and smile.   We currently get stem cell injections, for my father, annually, outside of the U.S.  This annual injection keeps my father conditions degenerating at a much slower pace.  A pace where he can

function instead of being bedridden in a nursing home. We know everyone has to die but why would any of us want another human being to be in pain, discomfort and embarrassment while waiting to die. In addition, my parents are on Medicare. The nursing home expenses, after draining the family's finances, would come out of our national Medicare/Medicaid programs. My father and my mother came to my work picnic this year. Something they refused to do in the past because my parents were embarrassed with the symptoms of their diseases. I have gotten several more years of "living" with my parents in this world, a gift that I do not want to be taken away.

If you destroy their banked stem cells, you will be taking away this gift from me. Sure, maybe I could leave the country and have the procedure, repeated again but that would be so very, very difficult. The liposuction extraction for an older diseased person is extremely emotional and physically draining. The plane ride would be so hard on them and the funds would be extremely difficult to come by. The initial investment was over $30,000 ($15,000 each). Please reconsider your ruling. Do not destroy their stem cells. Allow me to collect their stem cells and if absolutely required, take them to another country. These stem cells are not a drug but a way to take their own cells and use them to provide some healing. I really believe they are a God given miracle.

Sincerely,

Julie Jeffries Lima

Julie Jeffries Lima
Daughter of James & Karen Jeffries

Bryanna Lima
1471 Rockledge Dr.
Rockledge, FL 32955
321-394-1075



FILED BY _PG_ D.C.

JUL 1 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Dear Judge Ungaro,

My grandparents have banked adipose tissue-derived stem cells for both my grandpa with Parkinson's disease, James Jeffries, and my grandma with Alzheimer's disease, Karen Jeffries at U.S. Stem Cells.

My grandfather has experienced an array of Parkinson's symptoms. He deals with Parkinsonian gait, where he shuffles his feet, increasing the hazard of trips and falls. He struggles to do more than one task at a time. He "freezes", where he has temporary inability to move, and this also causes falls. He has rigidity and stiffness in his extremities, decreasing his range of motion, and causing a lot of aches and pain. He struggles with sleep disturbances, a symptom that's undiscussed yet affects up to 98% of Parkinson's disease patients, which is partly caused by his daytime symptoms and partly increases his daytime symptoms. Speech is difficult for him, as his voice is so low and soft, making it nearly impossible to have a distinguishable conversation with him. I regret not having more conversations with him while I was young, and I'm sad it seems so difficult sometimes now that I'm an adult, and interested in the things he has to say.

He's been on a large variety of medications to treat Parkinson's as well as his symptoms. Of course, as it's a neurodegenerative disease, he's not going to get much better on those, rather the goal is to keep symptoms from worsening. However, my family wasn't pleased with the results, and we decided to seek other treatments.

I'm studying to become a Biomedical Engineer at Georgia Institute of Technology, and I have now completed several research projects on Parkinson's disease and its treatments. Stem cells are showing vast improvements in symptoms and decreases in pain in a variety of applications, and I have even received a treatment myself, for chronic back pain. When we discovered that there was a stem cell treatment available in our home state, we chose to give it a chance. The adult adipose derived stem cells have been found to be safe and effective in a variety of studies, and while this specific application has not been largely studied, we were aware of the risks. My grandfather received the adipose tissue stem cell harvest and injection, and we noticed almost immediate results. I had was able to have an entire conversation with my grandfather a few days after the procedure. He was much more stable walking, and seemed much happier, not struggling as much with depression. He definitely still had symptoms, but he seemed like a new person. He has since been degenerating at a much slower pace, and we've continued to get stem cell treatments annually outside the US.

While I understand the concerns with procedures being understudied and potentially dangerous, I know that this has given me new years with my grandpa that I wouldn't otherwise get. I'm now old enough to understand the importance of my family and want to spend time with him while he's himself. Having

that stem cell bank holding his cells for us gives us the opportunity to repeat something that we find to work for him. If those stem cells are destroyed, my grandpa would have to go through another expensive and exhausting procedure to harvest more cells, which is an entirely unnecessary stress and financial burden to place on him. I don't want to make him fly out of the country to repeat something that's already been done. I feel so blessed to have received this extra time to spend with him, and I do not want that taken away.

Please reconsider your ruling, and don't destroy the stem cells. We are willing to collect them and take them somewhere else ourselves, if necessary. I want a few more years with my grandpa, he's only 75.

Sincerely,

Bryanna Lima

Bryanna Lima
Granddaughter of James & Karen Jeffries