

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

July 19, 2019

FILED BY _____ D.C.

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

"On June 25, 2019, U.S. District Judge Ursula Ungaro of the Southern District of Florida issued an Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, among other actions.  This Order also requires that within thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control."

As a person who has stem cells banked at the US Stem Cell Clinic, I have a few points I would like to make.

- US Stem Cell was accused of manufacturing a drug by isolating a cell. What about a fat graft or skin graft? Is that also assumed to be manufacturing a drug?
- This was a Summary Judgement where only one side was heard: the government's side. What about the defendant?
- Judgement was made with only government information provided.
- The ruling was in favor of the government and blanket authority was given to the FDA over SVF products (a patient's own cells)
- FDA has never had authority over a patient's own tissue.
- The 14th amendment gives one's rights over one's property. My tissue is my property and the government is forbidden to tell me what I can do with it.
- A new drug can have a 20% death rate and still be approved. In this case, 3 out of 1,100 users had a lab-based complication due to human error (not a death and not due to the stem cells themselves) versus 220 deaths allowed out of 1,100 for a new approved and acceptable FDA drug.
- The FDA ordered the destruction of _my_ personal cells.

The above judgement was unfair to every person who has stem cells banked at the US Stem Cell location. It was based on false and unverified claims, and (with no disrespect) Judge Ursula Ungaro decided it was not necessary for the _defendant_ to be included for presenting _their_ side or to look more closely into the false claims.

Where is the justice in this? **This case needs to be reopened.** I do not approve of my stem cells being destroyed; I want them and need them! This is saving me from needing a $75,000 double hip replacement, from much unnecessary pain and discomfort, and from months of physical therapy.

Sincerely,

Janice K. Janzen
9885 Sierra College Blvd
Roseville, CA 95661

Dear Judge, Your Honor

FILED BY _____ D.C.    7/12/19

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This is a second & final letter summarizing my plea.

I have stem cells banked in the Florida stem cell bank, which you have ordered to be destroyed. Because of many factors, including a connective tissue disorder (EDS), conventional surgeries & methods do not work for me. My condition is degenerative.

I had stem cell injections to my knees, with great results. I've been thanking God for this technology, as it is my only hope for my future.

It was extremely painful to have the cells removed, and expensive, but after exhaustive research, it was my only hope for my future. I cannot afford to go through this again. If my cells are destroyed, so is my future.

Please do not destroy my health. I beg of you.

Susan Born
Susan Born
3740 N. 83rd St
Milwaukee, Wi 53222

Certified Mail  *7018 1830 0000 0788 5726*

19 July 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128



FILED BY _____ D.C.

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA    MIAMI

**RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU**

I, Coulton C. Price, state that the stem cells collected by US Stem Cell Clinic under my name belong to me, are my stem cells, and have been instrumental in my recovery from an intractable epileptic condition and traumatic brain injury.

I thank U.S. District Judge Ursula Ungaro of the Southern District of Florida  for placing a stay on the order to destroy my stem cells. I respectfully request that the stem cells be returned to me rather than be destroyed per the U.S Court order referenced.

Destruction of my stem cells may constitute a violation of my right to my personal property. The stem cells taken are from my 29 year old body and can never be recovered again if destroyed.

Please advise how I might obtain the stem cells in question.

I may be contacted at:
Coulton C. Price
1840 Les Chateaux Blvd #101
Naples, FL 34109

Telephone: 239-207-5467

**Respectfully,**

*Coulton Co Price*
**Coulton C. Price**

copy: US Stem Cell Clinic, Sunrise FL
        Senator Marco Rubio
        Representative  Katheen Passidomo

# Patricia M. Shook

**101 Hayden Place**
**Sequim, WA 98382**
**801-518-0122**

7/17/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128



**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me.  I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

Patricia M Shook

Patricia M Shook

cc: Givner Law Group
    19495 Biscayne Blvd #702
    Aventura, FL 33180

7/17/19



FILED BY ___ D.C.

JUL 2 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Ft. L.

## Attention: US District Court & Judge Ursula Ungaro

To whom this may concern,

I received a letter from U.S. Stem cell. This letter states USA v US Stem cell clinic and others, case # 18-cv-61047-UU. It states on June 25, 2019 U.S. District Judge, Ursula Ungaro, issued an order and injunction that prohibits US Stem cell and others from receiving, processing and distributing SVF product. It also states within 30 days of this order; defendant shall destroy all stem cells in defendant's possession.

First, I am a patient who has my stem cells banked at this facility and I'm angry and disheartened that you would destroy my own cells that came from my body. I am a patient that was diagnosed with osteoarthritus a few years ago and have dealt with constant pain throughout my  knees. Osteoarthritus is a disease that occurs when cartilage between the joints breaks down leading to pain, stiffness and swelling. As you can imagine, this condition really affects the quality of my life. When diagnosed, my doctor prescribed me pain medication/ opiates. That's not not my idea of health or quality of my life. Who wants to be told they have to take pain meds on a regular basis? Only the pharmaceutical companies would be okay with this.

So, after suffering and dealing with this constant discomfort, I tried stem cells that were from my own adipose tissue. The clinic that performed the procedure was very up front with me and educational. They told me there is no cure for my disorder or any other autoimmune condition. They said stem cells may be a way to help manage my osteoarthritus. Within weeks of getting stem cell therapy, my condition greatly improved, and my pain decreased substantially.I was able to walk, bike, golf, and resume a normal active life style. I did bank my own stem cells as I thought I may need future doses. I continue to feel much better; I am not taking any drugs and my quality of life is superior since doing stem cell treatments. I have had no side affects at all. Now I receive this letter that you want to destroy my cells.

Hopefully, this letter will better inform and educate  the District Judge who may or may not know much about stem cells or is a fan of big pharmaceuticals and wants to destroy the one treatment that has been instrumental in returning my quality of life. I want to emphasize that this treatment has been beneficial to my life.. These cells are from my body, an extension of my body. I just don't see why anybody has the right to destroy my cells and tell me how to treat my condition. In fact, according to a recent U.S. Government Accountability Office report, " virtually any disease that results from malfunctioning, damaged or failing tissues may be potentially cured through regenerative medicine treatments."

Please don't destroy the only treatment that has really helped. Don't take away this option and leave me with drugs or invasive surgery as the  only options.

Sincerely,

Kenneth C. Story

Concerned patient

# Jacquelyne J. Bragdon

**474 West Cedar Street, Apt. B**
**Sequim, WA 98382**
**360-775-5557**

7/17/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128



**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon.  I am a patient of Seattle Stem Cell Center.  I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug.  I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances.  I am requesting a stay on the destruction order.

Thank you,

*Jacquelyne J. Bragdon*
Jacquelyne J. Bragdon

cc:     Givner Law Group
        19495 Biscayne Blvd #702
        Aventura, FL 33180

FILED BY ___ //\// ___ D.C.

JUL 2 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Attention:
Clerk of the Court
US District Court
400 N. Miami Ave
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

I am writing this letter regarding the case on June 25, 2019, U.S. District Judge Ursula Ungaro of the Southern District of Florida issued an Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, Unless this Injunction is modified, this would require US Stem Cell to destroy all of my tissue bank samples.

My name is Lizbeth Noguera and I am 42 years old. I was diagnosed with rheumatoid arthritis 4 years ago and it was debilitating from the very beginning. I spent the first year with my rheumatologist experimenting with several prescription drugs. Unfortunately, all these drugs gave me terrible side effects and my health declined quickly and drastically. I was bed driven and could not move out of bed with out every part of my body aching. I would take 12 Tylenols a day to help relieve the pain in my joints. By the first year of my diagnosis, I was no longer able to work more than four hours a day and NO drug recommendations from the doctor were helping the situations. I gave up hope and got off the medication because the side effects were worse than my disease and the treatment wasn't working. I changed my diet to a very strict organic non processed food which helped overall my body begin to regenerate itself. During this time I experienced substantial damage to my joints specifically in my hands, knees, and feet. The insurance company did not cover the cost for the stem cell therapy and I was not financially capable of doing it on my own. I had exhausted all the medicine options and the only alternative was the stem cell treatment in order to live a normal life. I was blessed to have my family members contribute towards the stem cell treatment.  Since I have done the treatment, I have had significant mobility in my joints. I had lost movement in my pinky fingers  and in the last couple of weeks it has returned, I can't explain how much this procedure has changed my life for the better. I will need to continue with the stem cell treatment in order to repair my joints and continue healing my body for the rest of my life. I plead with the court to please reconsider the order to destroy the stem cells. My life is at stake here if the treatment can no longer be administered. Please let me know if there is anything I can do to help with this matter.

Kind Regards,

Lizbeth Noguera
LN6434@AOL.COM
(786)661-8098
3129 NW 82 Terr
Pembroke Pines, FL 33024

Tamela Zamperin

717 Colby Ave

Everett WA 98201

425.308.9999



USA v. Stem Cell Clinic
Case: 18-cv-61047-UU

Clerk of the Court | US District Court

400 N Miami Ave

Miami FL 33128

FILED BY_____D.C.

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. D ST. CT.
S. D. OF FLA - MIAMI

July 17, 2019

Dear Sirs and Madams;

I have cells banked with the US Stem Cell, Inc bank that I have been utilizing for treatment of torn cartilage in my knees, and for deteriorating discs in my cervical and lumbar spine. I was stunned, recently, to learn that I would not have access to my cells for a scheduled follow up treatment, and that my cells were actually under injunction to be destroyed!

**I am participating in a registered, National Stem Cell trial that the FDA allowed. Now I'm being told that the FDA is planning to oversee the destruction of my, personal, body-matter!!  I am angry.**

 I have monitored and studied this technology for several years. I made an educated, personal choice to pursue this treatment as an *alternative* to multiple surgeries. No guarantees. Little track record. MY CHOICE and MY pocketbook. Nobody sold me a rosy outcome. I went through a LOT of pain and months of discomfort from the liposuction to remove the cells. I've been improving conditions that were previously irreparable. What right does the FDA have to come anywhere near my cells?! When did they gain the right to regulate or destroy my personal tissue that I have stored with a private organization?!

This is so wrong on so many levels. My body tissue is not a drug or substance created in a lab that the FDA should have ANY say over. My rights are being trampled and I will not put up with this breach of my rights! *Did I mention I'm angry?* **I will seek any legal course available against the FDA for this injunction and any subsequent "destruction", as well as the US Courts for not protecting my personal freedoms and rights under The Constitution of the United States of America. And, I will pursue this for the rights of so many other people who are using their body's own cells to fight battles greater than my own.**

Sincerely,

Tamela Zamperin

Tamela Zamperin

717 Colby Ave

Everett WA 98201

425.308.9999

*USA v. US Stem Cell*
*Case 18-cv-61047-UU*

Clerk of the Court | US District Court

400 N Miami Ave

Miami FL 33128

July 17, 2019

Dear Sirs and Madams;

I have cells banked with the US Stem Cell, Inc bank that I have been utilizing for treatment of torn cartilage in my knees, and for deteriorating discs in my cervical and lumbar spine. I was stunned, recently, to learn that I would not have access to my cells for a scheduled follow up treatment, and that my cells were actually under injunction to be destroyed!

**I am participating in a registered, National Stem Cell trial that the FDA allowed. Now I'm being told that the FDA is planning to oversee the destruction of my, personal, body-matter!!  I am angry.**

 I have monitored and studied this technology for several years. I made an educated, personal choice to pursue this treatment as an *alternative* to multiple surgeries. No guarantees. Little track record. MY CHOICE and MY pocketbook. Nobody sold me a rosy outcome. I went through a LOT of pain and months of discomfort from the liposuction to remove the cells. I've been improving conditions that were previously irreparable. What right does the FDA have to come anywhere near my cells?! When did they gain the right to regulate or destroy my personal tissue that I have stored with a private organization?!

This is so wrong on so many levels. My body tissue is not a drug or substance created in a lab that the FDA should have ANY say over. My rights are being trampled and I will not put up with this breach of my rights! *Did I mention I'm angry?* **I will seek any legal course available against the FDA for this injunction and any subsequent "destruction", as well as the US Courts for not protecting my personal freedoms and rights under The Constitution of the United States of America. And, I will pursue this for the rights of so many other people who are using their body's own cells to fight battles greater than my own.**

Sincerely,

Tamela Zamperin

RE: USA vs US Stem Cell Clinic
and Others, Case 18-cv-61047-UU

July 17, 2019

FILED BY _____ M _____ D.C.

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S/D OF FLA - MIAMI

Dear Sir/Madam:

I'm writing to implore you to lift the injunction against US Stem Cell, so CC can take possession of my frozen stem cells. They were harvested on November 2018 at a FDA licensed clinic in Texas, for an FDA approved clinical research study. They have been injected into my L4 & L5 spinal discs, facet joints & knee joints. I have also received two infusions, all with outstanding results and no side effects.

I have osteoporosis & osteoarthritis in my lower back & knee joints, as well as had two ruptured spinal discs, as evidenced by an MRI taken in November 2017.

I have tried the following for relief of this chronic pain: cortisone injections, opioids, yoga, physical therapy, shoe lifts, massage, inversion table & exercise, all to no avail! The only relief I got was when I lied flat on my back.

page 2

There is currently no good, FDA approved "fix" for my ruptured discs & facet joints other than spinal surgery which only lasts 10-15 years, then requiring a second surgery. Besides the threat of infection & complications, there are two major problems with surgery: the spine becomes inflexible in the area treated, & the need for a second surgery after 10-15 years.

I am only 62 years old, so even if surgery alleviated my pain, I'd be looking at a second surgery in 10-15 years, between the ages of 72-78.

For my knees, I'd need 2 total knee replacements which have a 50% chance of complications, plus a post surgery limited range of motion.

My ten year pain management doctor injected my discs, facet joints & knees in November 2018, at a licensed San Antonio surgery center.

I felt no improvement at first, and had decided that I had been "scammed." However, after about two months one day I noticed that my pain was nearly gone

I was elated, as I could stand to cook, sit in a chair without pain, ride in my car without pain. I estimate that my pain level decreased by 70-80%.

I can now exercise & have lost weight, lowered my blood sugar level, have a great deal more energy, not to mention the joy I feel now that I'm not trying to function (physically & emotionally) with intense, chronic pain.

Please left the injunction on the facility where the frozen stem cells are stored, so that I can continue a maintenance program in the licensed, FDA approved clinic.

Thank you.

Sincerely,

Nancy Swanson
P. O. Box 295
Harper, TX 78631
(830) 285-1544

FILED BY ___ D.C.

JUL 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To: Judge Ungaro                                    07/15/2019
Re:Case 0:18-cv-61047-UU Document 207 Entered on FLSD Docket 07/12/2019

    This is my third (and hopefully my last ) letter to you in an earnest appeal to rescind your decision last month to halt the SVF practice and destruction of my stem cells banked at the US Stemcell Clinic (USSCC). As noted in the stay request (subject above) these stem cells in question are from my own body and I contracted with USSCC to bank them at their facility in Sunrise FL. At this point, I am a 3rd party victim of your decision, and I don't believe  you can dictate the destruction of my cells in this case. Furthermore I ask you to reconsider your understanding of the FDA's definition of a "drug", as I believe your decision was based on a subjective interpretation of this very unique tissue that was extracted from my body: in my case to heal my spinal cord injury by amplifying my own stem cells to promote healing of my "incurable" injury (according to today's allopathic medical opinions).

    If your one decision in this case were to "snowball" throughout every stem cell clinic in the country, it would effect tens of thousands of clients who are choosing this new-found scientific advance in medicine today. Stem cell therapies are not "going away", and should be applauded for discoveries, not cut short because of one's subjectivity.

    I think "justice for all" is an inherent right of every citizen in this country. Given today's divisiveness in our nation, it would be so refreshing if your decisions on such unique well-intended medical practices were for the common good of mankind and not mired in a failed medical system's regulations nor a strict interpretation of the FDA's definition of a "drug"; particularly in this case.

    I find it very difficult that USSCC's practices are none other than credible beyond any doubt, that their entire intent is to offer healing to all its clients, in many cases for "incurable" diseases and/or injuries, & that Kristin Comella is an pioneer scientist of the highest integrity with no intent to harm her clients. Nor are our own stem cells to be defined as a "drug", "contraband" nor the like.

    Please reconsider your overall decision in this case. Your change of heart would impact so, so many humans who have made well researched decisions to choose this new procedure.

Thank you,

Porter Broughton  10570 Rammell Mt. Rd.  Tetonia ID 83452

Shane Carlisle
2020 Ferry Road
Columbiana, AL 35051

July 15, 2019

FILED BY _____ D.C.

JUL 2 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Shane Carlisle

Kayla Carlisle
2020 Ferry Road
Columbiana, AL 35051

July 15, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed

under the U.S. Constitution are being violated and reversing the
decision is the only option for protecting those rights.


Sincerely,

*Kayla Carlisle*

Kayla Carlisle

Haley Carlisle
2020 Ferry Road
Columbiana, AL 35051

July 15, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Haley Carlsisle

Kimberly Carlisle
2020 Ferry Road
Columbiana, AL 35051

July 15, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of <u>due process</u> for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Kimberly Carlisle



Clerk of the Court
US District Court
Re: USA vs US Stem Cell Clinic and others, Case 18-cv-61047

To whom this may concern:

In 2015 our son who was very healthy was struck down with extreme neurological issues and suffered brain injury. He was bedridden and had to drop out of 10th grade and missed his junior and senior year of high school. Because of the stem cells and other therapies that we his parents have found to help him, he was able to make up his school and graduated from high school this spring as a 20-year-old. He has had such a long journey and suffered so much! We are counting on those stem cells for his continued strides of health. I do not understand how you can make a ruling that disposes of his stem cells that are of benefit to him. Stem cells are not drugs! Why are you punishing those who have harvested their own cells to gain strength and health? Why would you concern yourself with people using their own stem cells to encourage healing? What right do you have to dispose of someone else's own stem cells that can be used for making new healthy cells and be of great benefit!

What you are doing is so wrong! This decision must be reversed! Let justice and compassion be your guide in this important decision. Know that you are greatly affecting our son's future and others like him!

Sincerely, Kathy Tornquist *Kathy Tornquist* 7·19·2019

717 9th Street SW
Willmar, MN 56201
320-214-0867

Clerk of the Court                                    July 12th, 2019
US District Court
400 N. Miami Ave.
Miami, FL 33128

FILED BY_____D.C.

JUL 2 2 2019

ANGELA E. NOB
CLERK U.S. DIST
S. D. OF FLA. - M

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

To the Judge

Your Honor, I am writing on the behalf of my wife, Gillian Cowley and I have the medical power of attorney.

On May 9th, 2019, Gillian & I flew to Orlando, Florida and on May 10th, 2019, Gillian Cowley had a Stem Cell Procedure and we banked extra Stem Cells so that we could do the Stem Cell Procedure every quarter for a year. We flew back home to the Seattle area on May 11th, 2019.

Doctors here in Washington State agreed for us to do Stem Cell Procedure so as to see Gillian Cowley recover. It was a costly procedure and travel expenses also.

The Stem Cell Operation on May 10th, 2019 was an operation and it took Gillian time to recover from this operation. We had been advised to do Stem Cells for ONE YEAR, every quarter, possibly more. For any other procedures in the 2nd, 3rd or 4th quarter of doing this for a full year would not be an operation but only just an injection or IV as we NOW have BANKED STEM CELLS.  US Stem Cells - Patient ID: H4964

We have learned that there is an order to destroy all stem cells at US Stem Cells. These Stem Cells BELONG to Gillian Cowley, we own them, not US Stem Cells. IF these STEM CELLS are destroyed than it could cause my wife to have to have another operation to do the Stem Cells again and we do NOT want to see Gillian Cowley get weak again after another operation. We ALSO want to continue to do the 2nd, 3rd & 4th quarters of Stem Cell treatment by IV with Gillian Cowley's Stem Cells that she ALREADY OWNS.

Please your Honor have "mercy" and "do not" destroy Gillian Cowley's property, her own Stem Cells that can help Gillian Cowley to recover.

Thank you

Eric Cowley on the behalf of my wife, Gillian Cowley
P.O. Box 1424
North Bend, Washington
98045
425 531 1300