

Dr. Judy Kuriansky
65 W 55th St. PH D
New York, NY 10019-4944



FILED _____

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

5 July 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

To whom it may concern:
I am writing to protest the below judgment and action taken on June 25, 2019, by U.S. District Judge Ursula Ungaro of the Southern District of Florida, issuing an Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF Product, among other actions. This Order also requires that "[w]ithin thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control." The letter I received says that unless this Injunction is modified, this would require us to destroy all of your tissue bank samples."

I request you MODIFY THIS INJUNCTION and desist from this action, namely destroying my product. The court has not right to destroy my property of stem cells held in the bank of the Defendant US Stem Cell, Inc., without due process, and thus is not acting in compliance with the law.

I demand a response, and the court's action to desist from the destruction of my property and further, RELEASE of my property to me.

Sincerely,

Dr. Judy Kuriansky

-----Original Message-----
From: U.S. Stem Cell, Inc. <usstemcell@us-stemcell.com>
To: drjudyk <drjudyk@aol.com>
Sent: Fri, Jun 28, 2019 2:18 pm
Subject: U.S. Stem Cell -- Official Letter to Patients Regarding Banked Cells

## Official Letter to Patients Regarding Banked Cells

Dear Stem Cell Bank Customer,

On June 25, 2019, U.S. District Judge Ursula Ungaro of the Southern District of Florida issued an Order and Injunction that generally prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC and others from receiving, processing, and distributing SVF

1

Product, among other actions.  This Order also requires that "[w]ithin thirty (30) calendar days after the entry of this Order, Defendants, under FDA's supervision, shall destroy any and all SVF Product that is in Defendants' possession, custody, or control."  Unless this Injunction is modified, this would require us to destroy all of your tissue bank samples.

As a patient with your personal tissue banked, if you wish to be heard on this destruction order, please speak with your personal attorney or you may provide your position to the Court by writing as soon as possible  to:

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Please note that we are working diligently to consider all options and as always, the health of our patients is a priority.

Thank you,

**U.S. Stem Cell, Inc**
13794 NW 4th Street, Suite 212
Sunrise, FL 33325
Tel: (954) 835-1500
Fax: (954) 845-9976

USA vs US Stem Cell Clinic & others

Case 18-cv-61047-UU

Maria G Quintana
7/18/2019

Maria G Quintana
231 W Longfellow Ave
Pontiac, MI 48340

at the beginning of the month I send you a letter regarding
my property with the Stem Cell Bank. After thinking on

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

this situation I concluded to write again because I do not
know why you are making decicions with my property.
I was not aware that it was ilegal to use a bank
to save your property & I was not aware that you have
the right to destroy my property. I would respectfully
ask you please to let me know why this is happening.
I would like to know why the court didn't inform me
of the posibility of destroging my property & the reasons
why. I would like to know if you destroy my
property if you are going to reinburs my expenses.
I used my own cash for obtaining & saving a personal property
I need it that is the reason I used my savings & I
would respectfuly ask you to please respond to all of
my questions that arised only because I understand
you are planing to destroy something that is mine & that
I paid for with my money (ID: H3855)

Thank you
Maria G. Quintana

Maria G Quinta
7/1/2019

USA vs US Stem Cell Clinic & others
Case 18-cv-61047-UU

My name is Maria Quintana, I am a US citizen & I have
paid money to obtain & to store my own stem cells.
I am patient ID: H3855 at the U.S. Stem Cell Inc.
I understand that Judge Ursula issue an order where we don't
receive what is mine & eventually it will be destroy.
I am pleading with you to please do not do that. I have
a very bad health insurance that do not cover my needs.
I have no money because I invested my savings in the
use of this process hoping my halt gets better. I am
not working & I am not getting any younger. I need my
stem cells & I need the service of the stem cell bank.
I am not just speaking for myself I am sure many other
patients that are in situations like mine would
prefer if you change your mind and would let us
have hope for a better health and a chance of
extending our living days in a healthier manner.
I hope you listen to my plead & help me & others to useft
retain what is ours          Thank you
                             Maria Quintana



Clerk of the Court
Harvey Ruvin
73 W. Flagler Street
Miami, FL 33128

RE: USA v U.S. Stem Cell Clinic and others, Case 18-cv-61047-UU

Mr. Ruvin:

We need your help, please.

On June 3, 2019, U.S. District Judge Ursula Ungaro of the Southern District of
Florida sided with the FDA in an ongoing case against U.S. Stem Cell Clinic and
U.S. Stem Cell, Inc. Her decision was a gut punch for our dear friends in Fort
Myers — and for every ALS patient in the state of Florida and beyond.

Because of her ruling, for the foreseeable future ALS patients like our friend
Angie Martin cannot receive stem cell injections — or even her own cells back
from the stem cell bank! On a 6-8 week injection protocol, Angie has seen some
improvements and maintenance of her health. I trust you are aware of the
devastating effects of this disease. Finally, the stem cell injections were giving
Angie a silver lining on many levels for both relief and improvement!

On June 25, 2019, Judge Ungaro issued an Order and Injunction that generally
prohibits U.S. Stem Cell, Inc., U.S. Stem Cell Clinic, LLC and others from
receiving, processing, and distributing SVF Product, among other actions. This
Order also requires that *"[w]ithin thirty (30) calendar days after the entry of this
Order, Defendants, under FDA's supervision, shall* **destroy** *any and all SVF
Product that is in Defendants' possession, custody, or control."* Unless this
injunction is modified, U.S. Stem Cell Clinic will be required to destroy every
patient's tissue bank samples within 30 days.

Can you imagine if YOU or one of YOUR loved ones were sentenced with this
disease and had so few treatment options — and then the one thing that
provided some hope was taken away from you or your friend or family member?
This is where we are.

Consider how little research is being done to help our Florida neighbors (and
patients across the nation) who have ALS, MS and a host of disease and
degenerative conditions:

- Of the two current FDA approved drugs, one has little effect. The other is
unknown to work and is as devastating to the body as the disease.

- There are reportedly 70,000 studies for cancer. There are merely twelve studies for ALS, MS and Parkinson's, combined.

And, yet, stem cell research is showing promise and giving ALS patients hope. Noted ALS clinical trials show the benefits of stem cell treatments. The Israel-directed "Brainstorm" trial at the Mayo Clinic is one of these studies, but our friend Angie missed the age cut-off for participation, by a month.

It is paramount to know that Israel is on Phase 4 of its trial, Mayo is at Phase 3 and Phase 2 for stromal vascular cells. Universities and clinics across the country are seeing the benefits for stem cell treatments. It is the future of health care.

We know pharmaceutical companies worry about their bottom line should our own bodies hold the answer to treating debilitating and fatal diseases. But surely, human life is more important than their annual revenue. Surely it is time for us to join together, be brave, bold and innovative as we stand up for our nation's health, our children's health, your own health and the health of your loved ones. Surely we have to stand for our constitutional rights and not let our personal property — *our own cells* be destroyed

I trust in your ability to thoughtfully reconsider your decision and rule on the side of human life. Thank you for your time and consideration.

Sincerely,

Maryellen Trehus —
Sister of a patient diagnosed with ALS and with no hope other than stem cell therapy.



**THE RITZ-CARLTON**

7-18-19

FILED BY_____D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable Judge Ursula Ungaro.

   I am on a business trip in Sweden and
want to take a chance for one last letter
to you (I sent one last week via FedEx). This is
in Regards to US Stem cell order to DESTROY
my stem cells, which are being Banked by
them. You are or have ordered the
destruction of my stem cells which
EQUATES TO 5 YEARS OF TREATMENT

I HAVE NO OTHER COURSE OF TREATMENT FOR
MULTIPLE SCLEROSIS as I can't get approved
for Tysabri Gervaya, OR AUBAGIO. My
Health drastically improved over my
2 courses of stem cell therapy -



## THE RITZ·CARLTON

However, I haven't had a treatment in almost 3 months + my health and MS symptoms is getting worse. I need the hope of being able to get my stem cells shipped to another facility for storage so I can start back up on treatments.

Please reconsider the order to destroy **MY** stem cells (which, by the way, are not being altered, only stored, at US Stem Cell.

I'm hoping you read my letters and am hoping for some



## THE RITZ-CARLTON

Type of Reply.

I can be reached at the following:

Mark Fisher
3314 Edge View
San Antonio. Tx  78259

Mfisher-3314@sbcglobal.net.

210.383.4257 - cell phone
210 - 481. 3073 (home-land line)

I look forward to a reply, whether
Positive (which I'm praying for) or
negative. Thank you for taking
the time to read this  Mark

Dear Clerk of the Court,                    7-16-19
    I, Paul Hilt, would like to ask you to stop the destruction of stem cells stored in the Florida location. My friend, Susan Born, has stem cells stored there. She, and others have had good results from the injections. Susan was told, they could not be moved from the location. Susan was storing the stem cells for injections, in the future. The injections have been the best results for her pain. Please consider stopping the FDA request. Request to destroy, is July 25th, 2019.
    Thank you for your time to read this letter. Susan Born's Phonenumber is 1-414-688-8151. Please, feel free to contact her.
                        Sincerely,
                        Paul Hilt
                        1-920=539-9339


RE: USA vs US-Stem cell clinic
CS 18-CV-61047-UU

FILED BY_____D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 15, 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU



FILED BY_____D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To whom it may concern,

I have been a client of US Stem Cell Clinic since January 2019, which was when I first banked my stem cells following a stem cell treatment in Seattle. Since then, I withdrew a portion of my banked stem cells for a subsequent procedure to help with pain problems in my knees. I want you to know that these procedures have significantly improved the condition of my knees and I am now almost without pain.

I recently learned about a ruling from a Florida judge that would require US Stem Cell Clinic to DESTROY my banked stem cells. How can this possibly be in the United States of America? These stem cells are MY property and no judge anywhere should be allowed to have jurisdiction over a part of my body. I paid a significant amount of money to create and bank my stem cells and consider this to be a kind of insurance policy to help protect my health in the future.

If this ruling is allowed to stand, will the judge reimburse me for the money I have already spent? Will this judge also agree to pay for future medical care that might have been prevented with stem cell therapy.

I sincerely urge you to share my letter with those responsible for considering and deciding on this issue. Allowing the judge's order to stand would be a travesty of justice for many others like me.

Thank you very much,

David P. Breen
3118 213th Place SE
Sammamish, WA 98075

Clerk of the Court
US District Court
400 N. Miami Avenue
Miami Florida 33128



FILED BY_____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re USA-v- US Stem Cell Clinic
   and other , Case  18 - cv - 61047U

To whom it may Concern;

I'm writing to you in an effort
to change your mind on your
recent ruling against U.S.
Stem Cell clinic.
   I can't understand how you
can make a ruling without
hearing the voices of those
your really affecting; The
patients"
   My husband has been sick
for over 20 years. He's currently
on every medicine available
to treat his disease. At
present time he's on over 26
medications. He was on the
lung transplant list for 3
years. We've tried everything
to help him He's only 65
years old and has spent

the last 10 years pretty miserable. He just wants to feel better and any difference in comfort he's grateful!

When we heard of using our own stem cell to help regenerate the damage to his lungs we were so hopeful and thankful that we had an opportunity to bring healing. He had stem cell treatment with adipose cell removale and administered back to him. Within a few hours he was feeling better, and within a few days he was able to breath much better. So much so he was able to breath without his oxygen and simple task of walking to the restroom was doable. That huge! He had tissue banked at U.S stem cell bank for further treatments. We knew the subsequent treatments would continue to bring healing.

Your decision has slammed shut the door on any hope we had in giving him comfort.

Now, his tissue samples (and that's what your referring them as in your injunction). They're not a Drug but his tissue samples, his property. Now they sit in "Cell Jail" locked up and waiting to be destroyed?

We never thought this would be the legal battle were caught up in.

Battle between FDA and Big Pharma and seeing first hand how your feel money makes things work to their advantage.

I'm appealing to your sense of humanity for patients instead of Big Business.

We feel we have the "Right to Try" a treatment outside of traditional medicine. Even when were paying privately for it

You have a choice to
to be the stumbling
block to the advancement
of medical legacy as
it changes. Science will
continue down this path
regardless. People will
continue to seek every
known opportunity to their
health. As such a
chance you could be
making a huge difference
for people.
    Please reconsider your
decision.
    I really feel if you had
heard the names of those
who have medical issues,
and patients your answer
would have been different.

        Respectfully Submitted,
        Scott & Dina Quidley.

Clerk of Court
U U District Court
400 N Miami Ave
Miami Fl, 32120



FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re; USA vs US Stem Cell Clinic and others
Case:18-cv-61047-uu

Judge Ursala Ungaro

Dear Judge,
Please reconsider your decision to destroy patients' stem cells.
Please reverse your position that these personal stem cells are not the property of their
owner source. They are not the property of the FDA.

Tommy Heinrich has had only 2 of the 20 potential treatments his deposited cells would
provide. The improvement is progressing well. Mr. Heinrich is 74 years old and a 15
year cancer survivor; he does not have time to wait for this battle to be solved. He needs
his cells now.

Stopping stem cell therapy is a direct action against solving our nation's opiate problem
as those patients having success with stem cell therapy will be forced to suffer,
deteriorate, and revert to the use of opiates.

Kindly consider this request. Thank you.

Sincerely,

7/16/19



Clerk of Court
U U District Court
400 N Miami Ave
Miami Fl, 32120

Re; USA vs US Stem Cell Clinic and others
Case:18-cv-61047-uu

Judge Ursala Ungaro

Dear Judge,
Please reconsider your decision to destroy patients' stem cells.
Please reverse your position that these personal stem cells are not the property of their
owner source.  They are not the property of the FDA.

Tommy Heinrich has had only 2 of the 20 potential treatments his deposited cells would
provide. The improvement is progressing well.  Mr. Heinrich is 74 years old and a 15
year cancer survivor; he does not have time to wait for this battle to be solved.  He needs
his cells now.

Stopping stem cell therapy is a direct action against solving our nation's opiate problem
as those patients having success with stem cell therapy will be forced to suffer,
deteriorate,  and revert to the use of opiates.

Kindly consider this request. Thank you.

Sincerely,

James and Gina Kosta
1731 Sunset Ct.
Gardnerville, NV 89410

FILED BY ___ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Ursula Ungaro
400 North Miami Ave
Miami, Florida 33128

Re: USA vs US Stem Cell case

To Whom It May Concern:

We are contacting you in relation to your recent decision that the FDA can regulate stem cell harvesting and delivery in all patients. You are **WRONG**.

1) On May 30, 2018, President Donald Trump signed **S.204**, the Trickett Wendler, Frank Mongiello, Jordan McLinn and Matthew Bellina **Right to Try Act**. The Food and Drug Administration is a product of the Executive Branch of our government and is therefore **DIRECTLY responsible to the President**.

2) **Phase 1 clinical trials** (or "first-in-humans") are conducted to determine that a "drug" is safe for human consumption and to determine that the **LD50 is high enough to avoid accidental overdose**. Stem cells have an LD50 roughly equal to $1/10^{th}$ of a patient's mass. A patient would have to explode from stem cell injection before their system would give out. **Therefore, stem cells can be considered at least Phase 1 by common legal definitions without direct approval**. Otherwise air and drinking water need to be put into trial immediately. Further,

3) Stem cells are a product of the recipient; therefore, **NO POSSIBILITY OF REJECTION EXISTS**. Again, this more than meets the **qualifications for Phase 1**.

4) **Parkinson's is a TERMINAL DISEASE** and is subject to **S. 204**. Therefore, you are legally liable for any pain, suffering or death caused by your illegal grant of ownership of Parkinson's patients' stem cells to the government. **There is no "at large" public health risk** and so your decision is tantamount to an illegal exercise of imminent domain. If that decision results in increased symptoms, reduced quality of life, pain or death you are personally responsible morally and ethically, even if you may be abdicated by a court.

5) **The three patients in Florida that were blinded,** were blinded not by stem cells, but by **poor clinical practice**. Just like Botox administration, or subcutaneous object insertion for wrinkles, or even dentistry, these procedures can all lead to infection if performed in poor conditions, or with improper training and equipment. To violate the rights of all Americans, granted by S. 204, because of one clinic which is directly responsible for the act leading to blindness of their clients, is abhorrent and un-American. The clinic should be sued into bankruptcy, **rather than an inert substance blamed**.

In light of these facts, rather than the emotions of three families, or pressure from Big Pharma and the FDA et. al., we hope you will wisely **reverse your decision** before someone is **hurt or killed**. No one with a terminal disease should be denied access to any potentially life-saving, or life-prolonging substance. That isn't our opinion, **that is the law**.

Regards,

James Kosta

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Linda S. Norris
1731 Sunset Ct.
Gardnerville, NV 89410

Ursula Ungaro
400 North Miami Ave
Miami, Florida 33128

Re: USA vs US Stem Cell case

To Whom it May Concern:

I am a patient, <u>terminally ill with Parkinson's disease</u>.  In 2018 I contracted with Seattle Stem Cell Center to withdraw stem cells from my body and to store them for my personal use later.  Your recent decision to grant ownership of my body to the federal government is wrong by every legal and moral standard.

1) Any American is allowed to extract and store their blood for usage in an emergency.   <u>A terminal disease or illness is an emergency.</u>

2) Women have been <u>granted ownership of every cell that grows in their body</u> in many court decisions, including Roe vs. Wade.  This extends to men, of course.

3) Americans can even harvest organs from loved ones, or anonymous donors for implantation <u>without FDA intervention</u>.  In this instance, the organs are <u>NOT property of the state.</u>

4) To that end, my daughter, aged 46, **recently passed away and gave the amazing gift of life to three people** in desperate need through <u>organ donation</u>.  Your legal decision would have <u>killed these people,</u> and her last gift to humanity would have been wasted.  This makes me angry, and it should make you rethink your order.

5) <u>Parkinson's is a terminal disease</u>; there is no cure.  Allowing patients even a placebo effect is clinically proven to improve their condition over 30% of the time.  If stem cells can't hurt a person when properly administered, and they have a <u>verified 30% chance of improving a person's condition</u>, they need to be allowed.

6) President Trump signed the <u>Right to Try Act in May 2018,</u> allowing those with terminal diseases to try any treatment which is <u>not harmful</u> according to the FDA under <u>clinical trial standards for Phase 1</u>.

It is <u>tragic that three people</u> lost their eye sight, and I'm wiser for knowing the possibility exists if choosing an <u>unprofessional, untrained or unsanitary clinic</u>.  Thank you for raising my awareness.  Beyond that, your order is <u>profoundly misguided</u>.  I look forward to your revised order and to using the remainder of my stem cells.

Sincerely,

Linda S. Norris

Linda S. Norris

Mary D. Guilford
1707 N. Vassault St., Apt. 3-6
Tacoma, WA 98406

July 17, 2019

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Greetings.

I write to express my dismay that my stem cells may be taken from the U.S. Stem Cell, Inc. Bank and destroyed. They are owned by me, taken from my body for my use only to assist in healing my body.

I do not understand how a government agent has the authority to confiscate and destroy my personal property when I have legally and properly banked my stem cells for my future health needs. I am 83 years old and invested in these as a asset. There is no risk and potential benefit.

Attached is a copy of the original agreement for stem cell harvesting, injections and transfer of additional cells to the US Stem Cell, Inc. Bank. Also a copy of the March 13, 2018 VISA statement showing my payment of $3,500⁰⁰ to NW Pain Relief Clinic.

Please consider the potential benefit to me (at no risk to others) and the considerable expense I have invested in this treatment.

Mary D. Guilford

# <u>Cellutions</u> & The <u>Cell Surgical Network</u>

## SVF STEM CELL FINANCIAL AGREEMENT
### (Stromal Vascular Fraction)

**Basic SVF Package: Includes 2 Joint Injections & 1 IV Drip**
**Total Cost $9,800**
(Optional 3rd Joint Add-On Day Of Procedure add additional $1,000)

**Spinal SVF Package: Includes 1 Spinal Injection & 1 IV Drip**
**Total Cost $12,800**

**Banking Plan: Includes 1 Additional Treatment**
**Cost $3,500**
(Must Be Added to one of top two plans)
(25 Additional Treatments can be purchased later @ 1500 each or Upfront at 5 for $5000

(1 Treatment = 2 Joints or 1 IV)

### <u>Your Treatment Plan</u>

Patient Name: MARY GUILFORD  Procedure Date: 2-6-18

Area 1: R. KNEE  Area 2: L.KNEE  Area 3 (Optional): _____  IV Only: ✓

Patient Signature: _Mary D Guilford_  Date: 1/19/18

Case Mgr. Signature: _Adam Schw_  Date: 1/19/18

Program Cost: 9,000  Deposit: 9,000  Owed: ∅  Due Date: PAID IN FULL

+ 3500 for banking Paid CC visa 1/30/2018

*A $1,000.00 non-refundable deposit is required to reserve your place in this program. The deposit will be credited to the total cost of the program. Payment in full must be received no later than 2 weeks prior to reserved procedure date. All funds are non-refundable with in the final two weeks leading up to your procedure date.

 

**Bank of America**

**CASH REWARDS**
Visa Signature®

Customer Service Information:
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 0228   N 507 557 1      08094 #@02 AV 0.378

MARY D GUILFORD
4707 66TH AVE W
UNIVERSITY PLACE WA  98466-5615

January 25 - February 24, 2018
Account# 4400 6685 4864 **8122**

## Account Summary

| | |
|---|---|
| Previous Balance | $677.37 |
| Payments and Other Credits | −$700.41 |
| Purchases and Adjustments | $3,969.73 |
| **Fees Charged** | **$0.74** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $3,947.43 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $1,052.57 |
| Cash Credit Line | $2,500.00 |
| Portion of Credit Available for Cash | $1,052.57 |
| Statement Closing Date | 02/24/2018 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $3,947.43 |
| Current Payment Due | $39.00 |
| Total Minimum Payment Due | $39.00 |
| Payment Due Date | 03/21/2018 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$38.00** and your APRs may be increased up to the Penalty APR of **29.99%**. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 16 years | $7,246.00 |
| $132.00 | 36 months | $4,752.00 (Savings = $2,494.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

⸴24    00394743000039000007004100044006685484648122

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: 4400 6685 4864 **8122**

| | |
|---|---|
| New Balance Total | $3,947.43 |
| Total Minimum Payment Due | $39.00 |
| Payment Due Date | 03/21/2018 |

MARY D GUILFORD
4707 66TH AVE W
UNIVERSITY PLACE WA  98466-5615

Enter payment amount  $ *3,947.43*



Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America



MARY D GUILFORD  |  Account # 4400 6685 4864 8122  |  January 25 - February 24, 2018

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 02/07 | 02/07 | WA Banking Center payment | 1918 | 8122 | −677.37 | |
| 02/16 | 02/16 | THE HOME DEPOT #4720   TACOMA   WA | 9613 | 8122 | −23.04 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$700.41 |
| | | **Purchases and Adjustments** | | | | |
| 01/25 | 01/26 | CROW GATE PUB       NANAIMO     BC | 6279 | 8122 | 24.85 | |
| | | 30.51 CAD | | | | |
| 01/26 | 01/27 | FRED-MEYER #0615      UNIVERSITY PLWA | 7729 | 8122 | 53.61 | |
| 01/26 | 01/27 | FRED MEYER FUEL #9615   UNIVERSITY PLWA | 7802 | 8122 | 38.08 | |
| 01/26 | 01/27 | USPS PO 5483380056   TACOMA    WA | 7900 | 8122 | 25.00 | |
| 01/26 | 01/27 | USPS PO 5483380056   TACOMA    WA | 7827 | 8122 | 15.00 | |
| 01/30 | 01/31 | FRED-MEYER #0615      UNIVERSITY PLWA | 7218 | 8122 | 17.59 | |
| 01/30 | 01/31 | NORTHWEST PAIN RELIEF CE LAKEWOOD   WA | 0021 | 8122 | 3,500.00 | |
| 01/31 | 02/02 | MCDONALD'S F18061    UNIVERSITY PLWA | 0070 | 8122 | 2.96 | |
| 02/01 | 02/02 | FRED MEYER FUEL #9615   UNIVERSITY PLWA | 0087 | 8122 | 28.33 | |
| 02/01 | 02/03 | DISCOVER LIFE CHIROPRACTITACOMA    WA | 9955 | 8122 | 27.00 | |
| 02/02 | 02/05 | SAFEWAY #0486       TACOMA    WA | 1641 | 8122 | 1.64 | |
| 02/04 | 02/06 | THE HOME DEPOT #4711    BELLEVUE    WA | 2462 | 8122 | 30.65 | |
| 02/07 | 02/08 | FRED-MEYER #0615      UNIVERSITY PLWA | 0237 | 8122 | 61.24 | |
| 02/08 | 02/09 | CLASSICAL RADIO INC.    SEATTLE    WA | 1180 | 8122 | 10.00 | |
| 02/09 | 02/10 | TACOMA CLICK NETWORK  253-502-8900 WA | 4741 | 8122 | 25.35 | |
| 02/13 | 02/15 | KBTC PUBLIC TELEVISION  253-6807700 WA | 3391 | 8122 | 10.00 | |
| 02/14 | 02/15 | FRED-MEYER #0615      UNIVERSITY PLWA | 8730 | 8122 | 24.55 | |
| 02/14 | 02/16 | OFFICE DEPOT #894    TACOMA    WA | 7218 | 8122 | 29.72 | |
| 02/16 | 02/17 | FRED MEYER FUEL #9615   UNIVERSITY PLWA | 8668 | 8122 | 20.19 | |
| 02/17 | 02/19 | KCTS9 - CROSSCUT      206-7286463 WA | 0316 | 8122 | 10.00 | |
| 02/20 | 02/21 | FRED-MEYER #0023      BELLEVUE    WA | 8258 | 8122 | 13.97 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $3,969.73 |
| | | **Fees** | | | | |
| 01/25 | 01/26 | FOREIGN TRANSACTION FEE | 6279 | 8122 | 0.74 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $0.74 |
| | | **Interest Charged** | | | | |
| 02/24 | 02/24 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 02/24 | 02/24 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 02/24 | 02/24 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 02/24 | 02/24 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2018 | $0.74 |
| Total interest charged in 2018 | $0.00 |

**Bank of America**

Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.
Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

Tran 00019    03/13/2018 11:10 Tlr 00008
Entity NWA CC0021006 EPMT
CRD    **  ********8122     $3,947.43
Regular/Next Payment Due Payment

Member FDIC
95-14-2005B  10-2012

Sharon Cluck RN

5131 Bonney Lane

Farmington, Mo. 63640

FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 13, 2019

Honorable Ursula Ungaro

400 North Miami Ave.

Miami, Florida 33128

Re:USA vs US Stem Cell Team

Dear Honorable Ungaro,

I am a patient of US Stem Cell, in Miami, FL.  I am very distressed regarding the planned destruction of my personal stem cells banked at this facility.

As a private US citizen, I feel my civil rights are being violated by the ruling that my personal body cells, baring my DNA would be destroyed without even having a say in the matter.

I have had two hip surgeries as the result of hemochromatosis. An iron overload disorder that attacks joints. One of those replaced hip joints dislocated three times, and the hip had to be completely reconstructed. Each one of those episodes caused excruciating pain. It was pain I never want to face again in my lifetime.  I banked my stem cells for the future. I realize I have no guarantee that stem cell application to another joint would be successful, but I have chosen to invest in taking that chance. A chance that now is not even an option, if my stem cells are destroyed.

As a US citizen, educated in the medical field I find the destruction of any stem cells is extremely unwise. Just the mere possibility that they have value for research alone is reason enough to halt this decision.

The FDA claims it is protecting the people of this country however, stem cell procedures are practiced effectively in other countries, while our citizenry is being denied this privilege. At the same time dangerous drugs are approved that have proven to be deadly by this same agency.

I am pleading with the court to hear and review all scientific evidence on both sides of this issue before executing the demise of all fat derived stem cells.

Respectfully Yours,

Sharon M. Cluck RN

Sharon M. Cluck RN

573-944-9334

Ben Smith

5176 Bonney Lane

Farmington, Mo. 63640



FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 10, 2019

Judge Ursula Ungaro

400 North Miami Ave.

Miami, FL. 33128

Re: USA vs US Stem Cell Team

Judge Ungaro,

It is my understanding that there has been a judgement granted that will allow fat derived, stored stem cells to be destroyed at US Stem Cell.

I am asking for you to please reconsider the ramifications of destroying stem cells which have been extracted from my own adipose tissue and stored at US stem Cell.

Considering the history of blood transfusions, I understand they went through some of the same objections as stem cells are now undergoing.  History shows that in time the objectionable practice became the standard of care.

Today, blood is extracted from a person's body, and a preservative additive solution is used to extend the live of the stored blood, which is infused back into the same patient, as well as others when needed.

Blood is extracted, separated and used as RBCs, platelets and plasma, albumin, gamma globulin, and fibrinogen.  Plasma, a component of blood can even be dried and used. Anticoagulants are also used (added) as preservatives, and yet blood is not considered a drug.  With stem cells enzymes are used to separate them from adipose tissue. How is it possible that blood is not seen as a drug and stem cells are?

In addition, the stem cells derived from my body are only used specifically for my personal use. They are no good to any other person. This is the reason I chose to store my own stem cells. I wanted no chance of my body rejecting what came from another human being.

It is terribly offensive to me that I have paid for stem cell extraction and they are rightfully mine, yet someone can destroy them.  They are my property. What if I had stored blood for a future surgical procedure? Could it also be destroyed, forcing me to accept blood from another donor if needed.

I was given a 50% chance to live through the year in Jan. 2018. I opted for the only treatment left to me, which was stem cells.  I obtain that treatment at US Stem Cell.  I am still alive and healthier than I was I was prior to this treatment. I am respectfully asking that this decision be reconsidered.

Sincerely,

Ben MA Smith

U.S. citizen

Disabled Veteran

July 17, 2019

U.S. District Judge Ursula Ungaro
400 North Miami Avenue
Miami, Florida 33128
Re: Seattle Stem Cell Center

FILED BY ___ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Ungaro,
    Aloha, I am, JoanMarie Florence, a 70 year old retired English teacher/coach in Kailua, Hawaii. I went to Seattle Stem Cell Center on March 13, 2019 & had my own stem cells extracted & injected into my knees to regenerate my thinning cartilage. This stem cell procedure does work. I have 2 more doses of my stem cells banked in Florida for my next injection.
    I am very distressed & worried. After much research I chose this procedure. I do NOT want you to destroy my banked stem cells. I need them! It is the same as banking my own blood for a future operation. These cells are mine alone & I have a right to them & to use them as I see fit. Stem cells might not work for many diseases, but it has been proven & safe to regenerate thinning cartilage due to osteo arthritis. My stem cells are not a drug! These cells are part of my body that I am using to heal my knees.
    I strongly urge you to see that my use of my own stem cells to heal my knees is my right & it is working. Please help me! with aloha,
                    JoanMarie Florence
                    204 Po'o Po'o Place Kailua, Hi. 96734

808-291-2133
jmflo204@gma...
com...

Honorable Ursula Ungaro
Southern District Court of Florida
US District Court
400 N. Miami Ave.
Miami, FL 33128



FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA.   MIAMI

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Your Honor:

I have received news that an injunction has been placed on U.S. Stem Cell, Inc., located in Sunrise, Florida, to the effect that all patient owned tissue banks are to be destroyed.

I live with four chronic diseases, and I am in constant pain, so much so that it is difficult to function normally. I had stem cells extracted from my own adipose tissue, on my back, for the purpose of using them to combat my extreme pain. These stem cells are mine; they are harvested from my body. They belong to no one but me. To destroy them without my permission would be the destruction of personal and private property.

To date, U.S. Stem Cell, Inc., has provided safe and reliable storage of my stem cells. I was about to get a second treatment of four scheduled treatments to re-deploy my cells. I will need my stem cells returned to me from the lab, and will also need a safe place to store the rest of my vials of cells, until they are needed for future deployment.

This injunction should be revoked, as the stored tissue banks are private property, and there is no indication of impropriety by U.S. Stem Cell, Inc. I ask you, at the least, to modify the injunction to allow stem cell owners like me to retrieve and store my cells in another location, so they are available to me for my needed treatments.

Please help all of us threatened by this illegal action.

Sincerely, and in hope,

Cornelia J. Duryee

Janie J. Hannah
1702 Southpointe Drive
Hoover, AL 35244

July 8, 2019

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Janie J. Hannah

Shelley Thornton
3212 Woodlawn Ave
Columbus GA, 31904

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Overturning this allows hope and a true chance of recovery for many people young and old. I personally have two people in my life that will be positively impacted by this treatment. One, a 3rd grade girl in class with my 8-year-old daughter, in an automobile accident who **has an entire life to benefit from stem cell treatment**. Another, a lifelong friend recently in a motorcycle accident who is now paralyzed from the chest down. He is a 32-year-old young man who led an extremely active life. His only hope to walk again is this treatment. These are two real life examples from a person in the small town of Midland GA. If this decision has such great influence in such a small place, imagine what **YOUR** decision can do for so many people all over.

Sincerely,
Shelley Thornton

FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE.
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 18, 2019


Clerk of the Court

US District Court

400 North Miami Ave.

Miami, FL 33128


Attention:  Honorable Ursula Ungaro

Southern District of Florida


Re:     USA vs US stem cell clinic and others, Case 18–CV–61047–UU


Honorable Ursula Ungaro:


My name is John N Nordstrom.  I have suffered with a chronic degenerative lower spine condition that has left me with a disorder known as peripheral neuropathy.  I spent many years and thousands of dollars attempting to treat my condition without success.  May 13 of this year I was given the opportunity to received stem cell therapy for my condition.  Part of the care plan was to culture expand my sample with US stem cell in Florida.  The culture expansion and multiple future dosing is critical to my successful outcome.


As of today's date and only having one procedure so far my condition, for the first time, is showing positive progression.  I have less numbness in my lower extremities which is allowing me better functional movement, mild low back spine is feeling better and I've improved circulation with less discoloration in both my feet.

My doctor assures me that the future doses of my culture expanded cells that are currently being sequestered at US stem cell are critical to my ongoing success.

I would implore you to release my cells as I view this injunction as a direct insult to my American constitutional rights.

JOHN NILS NORDSTROM

*John Nils Nordstrom*

4227 HUNTS POINT ROAD

HUNTS POINT, WA 98004

Honorable Ursula Ungaro
Southern District Court of Florida
US District Court
400 N. Miami Ave.
Miami, FL 33128

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Your Honor:

My name is Neal Owen Thompson, a successful small business owner since 1986 in Mercer Island, WA. Besides providing employment for many people and I'm also the Director of a **FREE** 12 Step recovery program helping people recover from addictive, compulsive and dysfunctional behavior.

A person close to me, Brenda Kay Thompson, my wife of 46 years, has multiple skeletal and muscular injuries. Her treatments have included traditional western medicine and far east medical procedures including: Physical Therapy, massage therapy, exercise therapy, acupuncture, back (spine) and hip surgeries, pain Psychiatrist, Chiropractic, decompression, Cranialpath, TENS units, Lidoderm patches, narcotic pain meds, ice, heat, jetted tub with Epsom salts, nutrition, antidepressant drugs, anti-seizure drugs, steroid injections, and finally stem cells.

Brenda started stem cell treatment June 4, 2018 as part of a research trial, with very positive results in her knees and hips after 6 months - and her knees and hips are still without pain to this day. Without access to her stem cells, she cannot continue her treatments for her spine, neck and shoulders.

I respectfully request you revisit your decision to require destruction of stem cells by US Stem Cell, Inc. As you can see, we have tried every approach we can find and the stem cell treatments have worked for her! The people who have harvested and stored stem cells at US Stem Cell, Inc. need the cells to survive. The destruction of stem cells will cause irreparable harm in the fight against her condition. The destruction will also cause financial harm to us and to others with banked stem cells.

I implore you, Your Honor, to reverse the injunction against US Stem Cell, Inc. and allow people who have harvested and frozen their stem cells to be able to use them. The health and life of American citizens depend on stem cells currently in the possession of US Stem Cell, Inc.

Respectfully,   *Neal Thy*

Neal Owen Thompson
9200 SE 53rd Place
Mercer Island, WA 98040
206.851.5622

Nathan Caballero
6533 Widgeon Drive
Midland GA, 31820

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Overturning this allows hope and a true chance of recovery for many people young and old.  I personally have two people in my life that will be positively impacted by this treatment.  One, a 3rd grade girl in class with my 8-year-old daughter, in an automobile accident who **has an entire life to benefit from stem cell treatment**.  Another, a lifelong friend recently in a motorcycle accident who is now paralyzed from the chest down.  He is a 32-year-old young man who led an extremely active life. His only hope to walk again is this treatment.  These are two real life examples from a person in the small town of Midland GA. If this decision has such great influence in such a small place, imagine what **YOUR** decision can do for so many people all over.

Sincerely,
Nathan Caballero

Tom Montgomery
Cartledge Road
Box Springs, Georgia 31801

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,
Tom Montgomery

Bethany Montgomery
Cartledge Road
Box Springs, Georgia 31801

FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,
Bethany Montgomery

Garrett Bosely
McKee Rd
Upatoi, Georgia 31829



FILED BY ___ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,
Garrett Bosely

Tommy Montgomery
7708 Cartledge Road
Box Springs, Georgia 31801

FILED BY _____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,
Tommy Montgomery

Lacey Bosely
McKee Rd
Upatoi, Georgia 31829



FILED BY_____ D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 11, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019.These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,
Lacey Bosely

Clerk of the Court
U.S. District Court
400 N. Miami
Miami, Fl 33128
RE USA v US StemCell Clinic, Case 18-CV-61047-uu



FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

18 June 2019,

To Whom it May Concern
Which means YOU!,

Imagine you are preparing for a life sustaining/
altering surgery.   There will be major blood
loss, you have a rare blood type or antibody
in your blood.  So to preserve your life you
are given the chance ahead of time to save/bank
some blood, platelets, etc. pretty sure you
would.   Thank God that research, modern
time has given you that option.


Now imagine you have alzheimers, a rare
cancer, no one, no where to turn to.  You
then research stemCell banking - You
abhor and don't believe in retrieving stem cells
from babies (~~feto~~ fetuses) but now through
tremendous medical advances you have a
glimmer of hope.   You used your hard
earned money - to donate/use your
own stem cells (for an autologous transplant.

I am a retired Medical Technologist,
was involved in processing/freezing the first

samples ever used for autologous bone, marrow transplants at the University of Kansas. I've also ran the lab at Quintiles Phase I labs

I was and I see extremely ~~skeptical~~ the FDA/courts concerns. But now I see the other side of the coin.

My father-in-law in 2 autologous treatments ~~of his own~~ stem cells has returned to us. He's gone from looking lost and forlorn to finding his words and thoughts and most importantly his smile. He still has a long way to go. Its NOT perfect, but at least he <u>had</u> hope... We had hope....

But now - his banked stem cells are going to be destroyed -- that is ludicrous. The patients/family's should be given a choice, told the risks, all new procedures (new subjects stopped) but they should be allowed to continue procedures with those who have already banked stem cells.

The subjects are the <u>only</u> ones who should have the right to choose what happens with their samples. ~~Taking it upon t~~ The courts do NOT. The integrity of the samples can be verified. The FDA destroying them is ~~also~~ the same as stealing from these people.

Sincerely. Dominique Doughty MT. ASCP
136 Rainbow Dr. #3620
Livingston Tx  77399

FILED _____

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

7/13/19

YOUR HONOR,

I'VE BEEN A HARD-WORKING LICENCED PLUMBER, UNTIL I FELL FROM A LADDER AND BROKE MY BACK. SINCE THEN, MY HEALTH HAS BEEN COMPRIMISED, AND FOR THE LAST MANY YEARS, I'VE RELIED UPON GOING TO PHYSICAL THERAPY AND CHIROPRACTIC TO FUNCTION, AS THERE HAVE BEEN NO OTHER OPTIONS FOR ME.

RECENTLY, I BECAME AWARE OF THE TECH-NOLOGY OF STEM CELL THERAPY, AND LEARNED THAT THERE IS NOW HOPE FOR MY FUTURE!

UNFORTUNATELY, THERE IS A COURT ORDER TAKING AWAY MY RIGHT TO DETERMINE MY OWN HEALTH CARE. EVERYONE'S HEALTH SITUATION IS UNIQUE, AND EACH PERSON KNOWS HIS OR HER OWN BODY THE BEST, WHICH MAKES EACH INDIVIDUAL, THE BEST PERSON TO CHOOSE THE COURSE OF THEIR HEALTH CARE.

I BEG OF YOU, TO NOT SET THE PRECEDENT TO DESTROY PEOPLE'S STEM CELLS WHICH WILL EFFECTIVELY STOP ALL STEM CELL THERAPIES FOR THE THOUSANDS OF PEOPLE IT'S CURRENTLY WORKING FOR, AND THOSE WHO MAY BE CONSIDERING IT, SUCH AS MYSELF. PLEASE DON'T DO THIS!

THANK YOU IN ADVANCE FOR YOUR HELP,

ROBERT LEVY
6115 W. LINCOLN AVE.
MILWAUKEE, WI 53219

Honorable Judge Ursula Ungaro

I am a 84 yr. old man, A veteran and I am asking The court to reconsider it's order to destroy my stem cell's. I plead with the court to reconsider.

I love to take my wife dancing and walking in the wood's <u>Pain Free</u>- Since I have had my injections of my stem cell's, before I had year's of pain.

So please please reconsider, I & other's like me need our stem cell's

This is a revolutionary process. It can help million's of people if you don't destroy it.

Thank you for your consideration

LeRoy L. Gulke

LeRoy L. Gulke

LeRoy L. Gulke
19414 Locust Way
Lynnwood, Wa. 98036
(425) 327-1939

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Wendy Sue Oleson
2601 Eagle Ridge Road, PO Box 624

Genoa, NV 89411

FILED BY_____D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 17, 2019

Honorable District Judge Ursula Ungaro
U.S. District Courthouse
400 N. Miami Street
Miami, FL 33128

Re: U.S. Stem Cell, Inc. Litigation

Dear Judge Ungaro,

    I am writing as an innocent participant in the above said Stem Cell controversy and had paid the Defendants to store "MY stem cells" for my future use, if needed. Those frozen stem cells are and remain my personal property and I object to those stem cells being destroyed as per your Court Order in this case.

    Your Court has retained jurisdiction over these matters (see attached) and I am respectfully requesting that your Court decree that innocent participants such as myself have their stem cells protected and not destroyed on the following grounds:

    The U.S. Constitution clearly states that an American Citizen's property cannot be taken without just compensation and that every American is guaranteed due process of law (5th and 14th Amendments) before being deprived of property or certain rights without notice and fair hearing, which we are not afforded in this matter.

    Therefore, I am requesting your intervention to protect my property rights concerning my stored stem cells by these Defendants. I have health issues and need those stored stem cells protected for future use. So, if they are destroyed as per your Order, I will be damaged without recourse.

Respectfully Yours,

Wendy Sue Oleson

Wendy Sue Oleson
775 315 7337
vector@garlic.com

**Attachment:**

1

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61047-UU UNITED STATES OF AMERICA,

Plaintiff, v. US STEM CELL CLINIC, LLC, *et. al,* Defendants.

## ORDER OF PERMANENT INJUNCTION

24. This Court retains jurisdiction of this action and the parties thereto for the purpose of enforcing and modifying this Order and for the purpose of granting such additional relief as may be necessary or appropriate. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.
DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2019.

Joyce Burke
20 Grey Hawk Drive
Mashpee,MA. 02649

Dear Judge Ungaro,

```
FILED BY ///// D.C.
    JUL 23 2019
  ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
  S. D. OF FLA.
```

Re:   USA  vs  US Stem Cell
      Case  18 –cv61047–UU

Dear Judge Ungaro,

I am writing you to ask you to please reconsider your decision to
destroy adipose derived stem cells.  The seized stem cells were not
the property of US Stem Cell but are in fact the property of the
patients.  The stem cells are harvested from the patient's own body
and contain the patient's own DNA.  Distraction of the cells violates
the patients rights guaranteed by the fourth amendment which protects
citizens from unlawful seizure of their property.

Thank you in advance for any help you can provide to help prevent this
injustice.

Joyce Burke

*Joyce Burke*

Re. U.S.A. vs US Stem Cell Clinic Case. 18-CV-61047-UU

July 16, 2019

Dear Judge,
   To whom it may concern we are the parents of our middle aged daughter Susan.
   For most of her life she has suffered various health issues.
   In early 2019 she received stem cells in her Knee and it has lessened her pain.
   Because of the positive results she stored stem cells at Florida Clinic.
   Keep in mind, it was her last hope for relief Don't let a few spoil the positive results for patients like our daughter.
   Please modify this injunction. We beg you!

Sincerely

Jim and Carole Born

W4037 CTY Rd Q
Fond du Lac, WI 54737

FILED BY ___ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

William P. Siskey
2082 Greenside Way
Hoover, AL 35226

FILED BY _____ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Wednesday, July 10, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death. I personally was diagnosed with an autoimmune disease that caused me to lose all the hair on my body at 16. As you can imagine, high school with drawn on eyebrows was not pleasant. I flew everywhere searching with the world's best doctors' in my condition, all for them to tell me I needed to accept I would never see hair again. Your honor, I am pleased to tell you that those doctors did not write my fate. I have a full head of hair today at 24 and am still recovering elsewhere. I have had several stem cell treatments and without them who knows where I would be. Sometimes people need more than one treatment. Banking cells allow financially strapped, desperate individuals at least the opportunity to keep exploring this therapy that in my experience has had zero side effects besides getting better. I wish I could say the same of all the FDA trial drugs I was apart of prior to stem cells. I have witnessed so many others deemed as last resorts recover. Your honor, we call these miracles. I believe when we have miracles happen and people being healed, we do not throw it away... we praise God for it. That being said you have the power to provide a miracle in itself and hopefully keep them happening as well. I urge you, do not take away these peoples' hope.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Clerk of the Court

US District Court

400 N. Miami Ave

Miami, FL 33128



RE:  USA VS. US Stem Cell Clinic, Case 18-cv-61047-UU

ATTN: U.S. District Judge Ungaro

Your Honor:

I am writing as a concerned citizen in support of my patient, Nona Arnold.  She is a client of US Stem Cell Clinic, and has stem cell tissue banked at their facility.  The recent injunction to destroy all the stem cell tissue in their custody, negatively impacts my patient.  Nona has had MS for nearly 50 years.  She banked stem cells years ago, when her body was healthier than it is now, and has been using the stem cell treatments to improve her condition.  A recent brain scan showed that the disease is not worsening, and we all want to keep it that way.

We understand your intention for the injunction is to protect the public from harm.  However, there are many people who will be harmed by this injunction, including Nona Arnold.   Destroying her younger/healthier stem cells would be causing her harm.

I am asking that the injunction be reversed, or modified to preserve Nona Arnold's stem cells that are banked at the US Stem Cell Clinic.

Thank you for your consideration.

Annie Pariente, L.Ac, A.P.

7/12/19

FILED BY _AM_ D.C.

JUL 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge, Your Honor,

I spent my whole life working, 24 years with Milwaukee County, doing Adult Protective Services Abuse investigations, WATTS protective placement reviews, and the like. In 2015, I finally figured out why I'd been in inexplicable pain my whole life. I learned I have Ehlers-Danlos Syndrome (EDS), a rare genetic connective tissue disorder causing all the collagen in my body, every cell, to be defective. The biggest, most evident manifestation of this, is that my entire body/joints, is hypermobile. My bones don't want to stay where they belong, & my weakened ligaments & tendons aren't able to hold them in place, due to defective collagen. Therefore, I am not a candidate for conventional surgeries, such as knee & hip replacements, arthoscopic surgery to repair my torn meniscus in my right knee, etc. I have been relying entirely on physical therapy my entire life, to attempt to remain functional. Approximately 1 in 5,000 Americans/people suffer from this affliction, although many are undiagnosed, as it is little known, even by most doctors.

Last year, God mitigated my suffering, by connecting me with a gentleman who after exhaustive research, decided to have his own stem cells injected into his hip, instead of having an entire hip replacement. He was thrilled. He was off of work only one week instead of 6 months, and raved about the results of his stem cell injections.

Accordingly, I borrowed money to undergo stem cell injections to my knees, due to right meniscus tear, etc. It was extremely painful to have the stem cells removed from my belly fat, thus I chose to have extra cells extracted and stored, to minimize future pain & expense.

I consider this new stem cell technology my saving grace from God; My only hope for the future. Although I agree that stem cell injections to eyeballs should be ordered to be stopped, I plead that the court not take away my only hope for my future health. Not all people undergoing stem cell therapy are ignorant parties. Most of us have thoroughly researched & chose to proceed, despite the pain & expense, as it is a better or only option for our health.

As a hard working, Marquette University educated, taxpayer, my expectation is the right to my own stem cells, which I have paid to have stored at the stem cell bank in Florida, and you have ordered to be destroyed.

Again, while I agree that stem cell injections to eyeballs should be halted indefinitely, pending further research, I cannot find any reasons why the government should determine my future health, and doom me to a life of intolerable pain. I believe the case of the reported tumor at the injection site, was a coincidence, as after thousands, + tens of thousands of procedures, and many people without injections developing tumors, this is likely an unfortunate coincidence.

Your Honor — Please do not take away my only hope for my future. I'd been thanking God for this, and you have essentially ordered my future to be destroyed.

Susan Bon
3740 N. 83rd St Milw

July 18, 2019

From:   Christine Tucker
        4601 Coast Way
        Bellingham, WA  98226

To:     Clerk of the Court
        US District Court
        400 N. Miami Ave.
        Miami, Fl 33128

FILED BY_____.D.C.

JUL 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE:     USA v US Stem Cell Clinic and others.  Case 19-cv-61047-UU

Please do not approve of this Injunction.  Why is this being considered and/or how did this even come about?

For me, doing the SVF is working so well that it has meet my needs not to go into surgery for my feet and knees.  With only one treatment, I have had no side effects but only improvement, to be able to walk without a lot of pain.

On March 5th, 2019 at Bellevue Pain Institute in Washington State, I had SVF procedure.  This procedure included all toes, both knees and L5/L4 of the spine.  Even from the start I knew I that there was a chance to I would need more treatments and to include neck.  My cells are banked at US Stem Cell, Inc for reason that I could use the stem cells in the future.

I could have had all the surgeries with my health insurance and Medicare Plan B with little cost to me, which would include a lot of pain and with no guaranteed of being successful.  I choice to go not the cheapest way but to go with something that had a better guaranteed on being successful, Stem Cell.  Banking the cells with U.S. Stem Cell, Inc was in good faith on my part knowing that they were doing the research that I believe in would help everyone.

It appears to me that the injunction is a way to cut research by its knees.  At least modified the injunction not to be destroyed tissue bank samples, what is already in the bank.

Respectfully,

Christine Tucker

Christine Tucker
xtuc419@gmail.com
(619) 672-6808