Berthier-sur-Mer
Quebec, Canada      July 18, 2019.



FILED BY _____ D.C.
JUL 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court
US District Court
400 N. Miami Ave
Miami, FL 33128

To Whom it May concern: USA vs US Stem Cell Clinic & others
Case 18-cv-61047-UU

I learned that a court order issued by Judge Ursula Ungaro has been delivered to the US Stem Cells Clinic (Sunrise, Florida), based on the categorization of stem cells as a "DRUG". As a result my stem cells will be destroyed and will no longer be available to threat my bone degenerative disease diagnosed years ago. This therapy helps me greatly, and I am really concerned not to be able to use my stem cells put aside for this purpose.

I Deeply believe that my cells are my property, that they are not a "DRUG". I am oppose to the destruction of my stem cells and I request that the Clinic be allowed to perform again this therapy in which I have invested in it since February 2018.

Best Regards

Brigitte Gagné
13 de l'Immortelle
Berthier-sur-Mer, QC, Canada
G0R 1E0
Tel: 418-800-5634.