# Jacquelyne J. Bragdon

474 West Cedar Street, Apt. B
Sequim, WA 98382
360-775-5557

7/20/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

FILED BY ___ D.C.
JUL 2 3 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Jacquelyne J Bragdon*
Jacquelyne J. Bragdon


cc:   Givner Law Group
      19495 Biscayne Blvd #702
      Aventura, FL 33180