Clerk of the Court

US District Court

400 North Miami Ave.

Miami, FL 33128



Re: USA versus US Stem Cell Clinic and others, case 18-cv-61047-UU

Dear Sirs,

I have been, "managing," an autoimmune disease for over 20 years. I refused to let it get the best of me, but it has been a difficult journey, oftentimes full of pain and chronic fatigue.

This condition was made worse last summer because we discovered that I had been infected with mold, that was in my car. This caused my immune system to completely collapse and caused unbelievable pain.

In addition to taking schedule 1 painkillers, which do work, I have received stem cells that are my own.

These stem cells allowed the schedule 1 drugs to work and provided me with energy and vigor I needed to live a normal life.

I was even able to take on the task of producing a, Tedx event here in Ashland Oregon. Along with the committee, I came up with the theme, the topics and produced an outstanding event.

I would have never been able to do this without the stem cell infusions. I do believe that the stem cells will eventually enable me to conquer this disease instead of managing it.

I have no words to describe when I heard that the FDA had decided that my own stem cells were a drug, I could not make sense that. Then I heard that my stem cells were in danger of being destroyed.

My treatment are more expensive than most since I need to fly from Oregon to California to have them done. Expense is of little concern to me, but the idea that my own stem cells would be subject to destruction has me greatly concerned.

So like so many others I respectfully ask you not to destroy those stem cells, and give me a chance to move them away from the FDA's perusal.

I believed I was well on my way to living a pain free life, and I would like a chance to do that. I chose to use my own stem cells because they have the greatest efficacy and there is no downside.

Thank you for your consideration in this matter...

Jane Ballback

126 Hitt Rd.

Ashland Oregon, 97520

jane@mysecondmama.com

July 19, 2019



Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, Fl. 33128

RE:  USA vs. US Stem Cell Clinic and Others
Case 18-CV-61047-UU

To Whom it May Concern:

We should have every right over our own bodies and our own stem cells and what we do with them. Many people I have known had total or near total improvement with their stem cell therapy. Some people have found no relief from their medical conditions through other methods. It is inconceivable that people cannot have the right to achieve health using their own bodies. This is a crime against humanity. Our freedom of life choice is being violated.  Please consider your verdict carefully.

Sincerely,

Dominic & Love and Christoph Carola

To: Clerk of Court
US District Court
400 NW 1st Ave
Miami, FL. 33030

FILED BY __PG__ D.C.

JUL 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

From: John and Debra Melton

111 Clay Street

Oak, NE 68964

Phone 402-621-0202

Regarding Case #18-cv-61047-UU  In Florida

United States of America (Plaintiff) vs US Stem Cell Clinic (Defendants)

We are writing to you on behalf of our son, Brock Melton .

Brock has received 2 stem cell injections from the US Stem Clinic in Weston, FL.

Brock was injured in a hunting accident November 20, 2016.  He was shot in the head, and life flighted to Bryan Medical Center in Lincoln NE.  The doctors there gave him only a 20% chance of living.  But by the grace of God, the talented medical professionals, love and support from his family and community, Brock did survive.  Our son survived with full mental capacity, but was told  not to plan on having much mobility because of the extent of his injury.

Brock is proving them wrong with the help of physical therapy and 2 Stem Cell Injections.  He has recently tested out of physical therapy, but still battles with right leg weakness.  This right leg weakness interferes with his occupation of being in production agriculture.  Being a farmer is Brock's passion and desire.

Brock,  his family, friends, and community have witnessed remarkable improvement following each stem cell injection.  These stem cells hold the future for Brock to live life to the fullest.

The stem cells that are stored at the clinic in Florida are Brock's property.  Those cells were taken from his body with the intention of being injected back into his body for the benefit of his well being.

We are asking PLEASE leave the stem cells of Brock's and others stored at the clinic.

It is not the Judge's, Court's or FDA's property!

Sincerely,

*John Melton*
*Debra Melton*

1

Brock J. Melton
312 Ash St
Oak, NE 68964
Phone: 402-621-0203



FILED BY ___PG___ D.C.

JUL 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of U.S. District Court
400 NW 1st Ave
Miami, FL 33030

Dear Clerk of U.S. District Court,

I am Brock Melton, a 27 year old survivor of a traumatic brain injury. I am writing Regarding Case #18-cv-61047-UU In Florida; United States of America (Plaintiff) vs US Stem Cell Clinic (Defendants).

Nearly 3 years ago, I was shot in the head by a shotgun during a hunting accident on November 20, 2016. I am doing my best to continue my families' legacy as a 5th generation farmer. It has been a long road of recovery, and I have struggled yet persevered to improve my mobility. I have gone from being unable to walk at all, to struggling to walk with an assistive device, and after several stem cell treatments I have beat all odds and am now walking short distances without the use of an assistive device. I don't understand why you are trying to regulate stem cells. These are **my** cells. They have been collected from **my** body and will be injected back into me.

Can you imagine spending 112 days in a hospital? Struggling to get by each day, pleading with doctors and nurses to let you return home and get back to work. When I told them I will walk, my therapists' response was "we'll see". Well, I firmly believe that these stem cell treatments are helping me heal. I have taken medications, tried different treatments such as Botox injections and dietary supplements, and continued to push myself with physical therapy. Progress was slow, and then my sister, a RN and BSN, introduced me to stem cell therapy. Within a month of each stem cell treatment I experienced a milestone improvement.

I received my first stem cell treatment in July of 2018. I gained a little more control over my right leg. My feet became less sensitive. Then we discovered U.S. Stem Cell, and in September of 2018 I received my first intrathecal injection. My progress had been slow up to this point, but by December I was strong enough to get into my pickup normally. My balance had improved greatly and my feet sensitivity improved enough that I was able to stand the feeling of a sheet touching my bare feet as I slept at night. I was able to navigate through this treacherous winter independently so I could care for my cows. When February came around, I went back to receive my second intrathecal injection. By Spring planting I was self-sufficient. I no longer require the assistance of my father, greatly improving our efficiency, as he no longer has to stay close by to help. In addition to the regained independence, I am now able

to walk short distances in my bare feet. As far as I am concerned, these treatments are extremely effective.

These cells are mine; they came from my own body. How are they any more of a drug than blood donated to the Red Cross? These cells give hope and provide healing; I have personally experienced the effects! Are you trying to ban this because you are worried it may have adverse effects on my health, or is it because this is something that cannot be produced, and therefore taxed? I ask of you to please do more research before you make the choice to ban this therapy. Visit with survivors' like myself and see the amazing effects. These stem cells are my cells, my property, and they should be my choice.

Thank you for taking the time to hear my voice. If you would like to hear more of my story, please visit the 2017 Bryan Health Trauma Champion video at                                       , or better yet contact me at the address listed above. Regardless, I will continue to fight for the right for the control of my own cells and body.

Sincerely,

*[signature]*

Brock J. Melton

Julia Abegg
312 Ash St
Oak, NE 68964
Phone: 636-577-4362



FILED BY ___PG___ D.C.

JUL 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of U.S. District Court
400 NW 1st Ave
Miami, FL 33030

Dear Clerk of U.S. District Court,

My name is Julia Abegg, and I am writing Regarding Case #18-cv-61047-UU In Florida; United States of America (Plaintiff) vs US Stem Cell Clinic (Defendants). My boyfriend is a survivor of a traumatic brain injury. On November 20th, 2019 he was in a hunting accident where he sustained a gunshot wound to the head. The bullet entered the right side of his skull above his temple, crossed into the left hemisphere, and stopped before it could penetrate the left side of his skull. By the grace of God and hands of his miraculous surgeons and first responders, he is with us today.

The first week, we did not know what his mental capacity would be, if any. With time, we found he would suffer no long-term mental deficits, but his mobility is limited due to the damage to the nerves signaling to his right leg. The doctors questioned if he would ever walk again, and after 4 long months of hard work and perseverance he was able to come home. He could only walk short distances with the use of a four-wheeled walker. He worked hard with physical therapy, because he still had not met his goal. You see, Brock is part of the backbone of this country; he is a farmer and rancher, and he was fighting with everything he had to climb back up into his tractor to feed this country. And he did.

The first year was tough. He needed help with nearly everything. With time he improved, but progress was slow. We were trying everything we could to help. He received botox injections into his right leg, which seemed to help, but not enough. Then his sister discovered stem cell therapy. We contacted a facility in Manhattan, Kansas and he received his first injection intravenously. They could not guarantee the effectiveness of this treatment though; as there was a chance the treatment would not cross the blood-brain barrier. We saw an improvement, but not much. Then we discovered U.S. Stem Cell Clinic in Weston, Florida. He has received 2 intrathecal treatments since, the first in September 2018 and the second in February 2019. After each treatment we notice tremendous improvements. A man who wasn't supposed to walk can now manage short distances without the use of an assistive device.

Then we received news that you were trying to put an end to these treatments. Treatments that are derived from cells harvested from the adipose tissues from his own body. Treatments in which he has paid for out of pocket, and give hope that he will continue to improve his mobility and quality of life. These cells that you intend to destroy are his cells, and his property. Had he not survived his injury, his organs would have still been legally considered his, and could not be donated without his permission. As a blood donor, I can call at any time and stop my blood from being administered. How are stem cells any different?

At 27 years of age, Brock takes 14 pills a day so he can have decreased pain and an improved quality of life. That number was higher before his stem cell treatments. How is this considered healthier than receiving an injection of his own cells? These medications could potentially cause liver damage, renal damage, gastrointestinal upset, and many other complications. The stem cells have caused nothing but improvement. If you are truly concerned about the health of these patients, you will take the time to research and find the amazing effects of these stem cells. They are his only hope of improving, and we will fight for his right to his cells.

If you would like to hear more of Brocks' story, please watch the 2017 Bryan Health Trauma Champion video at                                                             . I urge you to reconsider destroying these cells. They are not your property, nor are they U.S. Stem Cell Clinics' property. They belong to Brock, and you have no right to dictate his fate.

Sincerely,

Julia Abegg