July 20, 2019



FILED BY _____ D.C.
JUL 2 6 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court, Angela E Noble
U.S. DISTRICT COURT
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

RE:   USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Dear Ms. Noble,

This letter is to plead and request that I be allowed to remove my own personal stem cells that were removed from my body and banked at U S Stem Cell in Florida to another stem cell banking facility. I do not want my stem cells destroyed.

I went through a rather painful procedure to obtain the stem cells so that I would have access to them when I needed another injection. I contacted the clinic where the procedure was done on June 5th to make arrangements to have another injection done. I was told I'd have to wait because of an injunction against U S Stem Cell.

I do not understand why I can not have access to my own cells that were taken from my body. They are my cells. I paid to have them banked in a special manner so they would remain alive. I want to use them now and I should be allowed to remove them from this facility. They are not the courts to destroy. They are my cells.

Please allow me to remove my stem cells. I do not want them to be destroyed.

Thank you,

*Antoinette M Brown* (signature)

Antoinette M Brown
13503 W Spring Meadow Dr
Sun City West, AZ 85375
Brown.business.scw@cox.net
623-451-9342 cell

July 19, 2019

FILED BY _____ D.C.
JUL 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Av.
Miami, Fl. 33128

Re: USA vs. US Stem Cell Clinic and Others
Case 18-CV-61047-UU

Dear Judge,

In spring of 2019 this year, I severely scratched my eye and lost my sight – it went completely black. My doctor said he thought the best solution for the severity of the injury would be stem cell therapy. I got the therapy and in five days my eye was totally healed and my eye sight in both eyes is better than it has ever been. Please do not deny people access to this wonderful treatment. This is _not_ a drug. It is part of the human body and there are no side effects as with surgery.

Vicki McElroy

July 21, 2019

FILED BY _____ D.C.

JUL 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Av.
Miami, Fl. 33128

Re: USA vs. US Stem Cell Clinic and Others
Case 18-CV-61047-UU

Dear Judges,

Please reconsider your position on stem cell therapy. I am totally for it. It has done wonderful things for people's health. It is their right to decide how to take care of their own body. It doesn't drug them. It doesn't poison them like other methods do. I work with scores of ex-prisoners in a ministry and they and everyone else have the right to improve their life with stem cell therapy.

Sincerely,

*[signature]*

DAVID LESLEY
FOR STEM CELL