# Jacquelyne J. Bragdon

474 West Cedar Street, Apt. B
Sequim, WA 98382
360-775-5557

7/21/19

FILED BY __PG__ D.C.

JUL 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Jacquelyne J. Bragdon*
Jacquelyne J. Bragdon

cc:   Givner Law Group
      19495 Biscayne Blvd #702
      Aventura, FL 33180

FILED BY PG D.C.

JUL 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Whom It May Concern:

I work in the construction industry. I have worked in this line of work for over 40 years. During my career, I have endured physical challenges including tendon injuries, shoulder injuries and knee injuries.

Several years ago, while working as a journeyman electrician, my shoulders became unbearably painful. At that time, the only option for pain relief was shoulder surgery to remove cysts that developed under the rotator and repair torn tendons. As a result of the necessary surgery, I was out of work for over six years until I was considered healed enough to return to work. I still have a certain level of shoulder pain, but the unbearable pain has been reversed.

As a result of the damage, surgery and healing period, I no longer work as a journeyman electrician. I now work in the construction field as a building inspector which requires considerably less physical stress on my hands and shoulders.

The inspection work now entails walking up and down floors of constructed structures to observe progress and watch for construction inconsistencies. For the past five years my knee joints have essentially worn down to bone on bone friction, with almost total cartilage degeneration. The pain level increased to a point of being unbearable.

I went to a knee specialist who prescribed total knee replacements for my knees to help eliminate the pain I was enduring. Seeking a second opinion, I went to see a pain specialist who suggested I consider stem cell treatment, which has shown to be highly effective in restoring cartilage, which can essentially be grown back "if" there was enough residual cartilage in my knees to reverse the degeneration. The doctor recommended I at least attempt stem cell treatment before proceeding with full knee replacement.

Full knee replacement procedure would have been 100% paid for by L&I Insurance. I would not be required to pay anything, and I would have received a resulting payment from L&I for the loss of my knees.

Stem cell treatment is not covered in any way by insurance and required 100% self-finance. The cost of the stem cell procedure was between $18,000 and $19,000. However, I decided that as a first step, it would be in my own self-interest to at least try to keep my own knees and not undergo full knee replacement until I had exhausted the possibility of restoration through stem cell treatment.

It has been over a year since I received the stem cell treatment procedure. I have had no other form of treatment for my knee pain than stem cell treatment. It has only been stem cell treatment. I now have no pain in my knees, I repeat no pain and I couldn't be happier. Stem cell treatment has lead to the hoped for restoration of

my knee cartilage. I will say it again, I couldn't be happier with the decision I made to pursue stem cell treatment, despite the cost, and not to undergo full knee replacement as advised by the knee surgeon.

At this time, I have stored/banked stem cells, which are meant to be available for any future restoration that might become necessary in the future. The stem cell treatment has truly been a miraculous answer to stopping the pain in my knees without full knee replacements. I just wish stem cell treatment had been available when my shoulder pain manifested itself. I am hopeful that the government can step back and realize the wonder of the stem cell procedure, and leave the stem cells that I have banked in the state of storage. It makes no sense that my banked stem cells be destroyed as long as there is a chance that my body might need the banked stem cells at a future date.

I will be happy to provide additional information, as needed.

Sincerely,

*[signature]*

Patrick E. Gunn
425-931-2276
gunnpe2016@yahoo.com

PO Box 1885
Woodinville, WA  98072

To: Ursula Ungaro & All It May Concern:

Almost four years ago now, I suffered a pilon fracture; an open tibia/fibula fracture above the ankle.
The surgeon said that she would try to save my leg, but she could not promise me anything. The truth was that after 15 years of nursing and working on a lot of orthopedic patients, I knew as well as anyone that this was going to be a marathon type recovery…in it for the long haul. Even with that in mind, I had no idea the amount of time and resources it was truly going to take to pull it all back together.
The surgeon set my leg successfully with an external fixation device. Then they hooked me up to a Dilaudid PCA. This is about the strongest pain medicine that you can receive in a hospital. I lost a day, and then a physical therapist with a sense of humor dragged me out of bed. After a couple of days, they let me out of the hospital. I went home and waited for three weeks to have the ORIF.
My husband carried me up the stairs, and I moved from the couch to the bed and back on my crutches.

Eventually, after what felt like a lifetime, the three weeks was up and we flew to Oahu for the internal fixator plates and screws. On the flight over, my leg swelled up so much that I had to wait nearly a week before the surgery could take place. Finally, the swelling had gone down enough so that I could go to surgery. Many hours later, I emerged from surgery with 3 titanium plates and 21 screws. When I was able to leave, the doctor told me and my family that it would be 1-2 years before I could hike and do more extreme types of sports. My daughter cried. I think I might have glared at him and hoped that he would be wrong.

I was able to leave the hospital, but I still could not go home. My leg was so swollen that any increased swelling from the flight could threaten my recovery.

I was making good progress and back in normal shoes when I started to back slide. A little over a year later my ankle swelled up and I had to go back into surgery to remove all of the hardware. After the third surgery my wound re-opened which led to a fourth surgery.
Even after all of the surgery, I still had pain, swelling, and severe osteoarthritis. I was out of work for 6 months following the accident and another 3 months the following year in order to remove the hardware.

This was the end of the road for me as far as the orthopedics surgeons were concerned. I had seen two orthopedic surgeons. The first one had refused to remove the hardware because I was, "so high risk", because of the severity of the injury. The second one had taken all of the hardware out and done a forth revision surgery to finally close the wound. There was simply nothing more that they could offer me other than pain control. The surgeon that performed the ORIF and the take down of hardware is a well respected trauma surgeon at the busiest hospital in the state.

I could walk, but I still struggled with osteoarthritis, pain and a severe limp. My ADL's and working regular hours were difficult. At the end of a days work I often found myself hobbling around the house on crutches. It was at this point that I sought alternative therapies and I decided to try stem cells. A naturopath that I had worked with at the hospital had suggested that stem cells might help my situation. I had considered this treatment with an orthopedic surgeon who worked locally, but she was no longer performing the procedure. I should also add that I had looked up multiple studies that showed how stem cells had significantly improved osteoarthritis in multiple patient funded studies.
 I ended up choosing the Riopelle clinic in California. The clinic had a good reputation, it had strong testimonials from its' patients. I had signified results after 90 days. I no longer walk with a limp. I can do normal activities without pain. I have been looking forward to receiving more stem cells so that I can return to running and more strenuous activities.

The idea that my personal stem cells are a drug that the FDA should somehow have control over is completely ludicrous. I am disappointed that any judge would consider this argument as my health, recovery and quality of life, as well as the recovery of many patients like me across the USA will suffer severely as a result.

Thank you for your time and consideration.


Sincerely,

Cheryl Knowles

# Patton Hoversten & Berg

*A Professional Association / Attorneys at Law*





FILED BY ___PG___ D.C.

JUL 2 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 25, 2019

US Stem Cell Clinic, LLC
12651 W. Sunrise Blvd., Suite 104
Sunrise FL 33323

RE: United States v. Us Stem Cell Clinic, LLC a Florida limited liability company, US Stem Cell, Inc., a Florida profit corporation, and Kristin C. Comella and Theodore Gradel, individuals
Court File No. 18-CV-61047-UU
Our File No. 29603.01

William L. Hoversten*
Perry A. Berg*
Daryl D. Bail*
Karie M. Anderson*
Erin Lindhart Felten*
Gregory C. Olson
Keith L. Deike
Danielle L. Norrid

Russell E. Hardeman

*Shareholders*

William B. Patton
*1922-2001*

*Paralegals:*
Linda R. Barnett

Maxine K. Hoehn

*Waseca Office:*
215 Elm Avenue East
PO Box 249
Waseca, MN 56093
(507) 835-5240
(888) 835-5244
*Fax:* (507) 835-1827

*Owatonna Office:*
150 West Park Square
PO Box 506
Owatonna, MN 55060
(507) 451-9000
(866) 451-9010
*Fax:* (507) 451-0907

*Janesville Office:*
216 North Main Street
PO Box M
Janesville, MN 56048
(507) 234-5106
(888) 980-1210
*Fax:* (507) 234-5704

*Faribault Office:*
302 First Avenue N.W.
Faribault, MN 55021
(507) 332-7425
(877) 694-1204
*Fax:* (507) 331-7427

*Website:*
www.phblawoffice.com

To US Stem Cell:

I represent James N. Feuerstein regarding your letter stating that his stem cell tissue will be destroyed. Mr. Feuerstein was charged a fee of $16,500 by your company to provide this service. He is outraged that this could happen. If it does, I hereby demand that all fees and expenses paid to US Stem Cell be returned immediately. Also, I expect that your company will do everything possible to preserve Mr. Feuerstein's stem cells, including transferring them to another FDA approved facility at your cost. I will copy the Southern District of Florida Court to note my objection to the destruction of Mr. Feuerstein's tissue. It is not simple for Mr. Feuerstein to do liposuction to provide additional tissue as he lives in Minnesota and may not be healthy enough to travel or provide further samples.

Sincerely,

PATTON, HOVERSTEN & BERG, P.A.

Perry A. Berg
perry.berg@phblawoffice.com

PAB/amn

cc: James Feuerstein
 The Honorable Ursula Ungaro
 US Department of Justice

July 23, 2019

Sarah S. Anderson
7116 Ashland Glen
Lakewood Ranch, FL 34202

FILED BY PG D.C.

JUL 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Dear Clerk of the Court,

I thank the court for staying the immediate destruction of my stem cells stored with US Stem Cell, Inc.

I have had positive results with the use of my stem cells seven times since 2016 when they were extracted, stored and reinjected back into my body. My stem cells have given me surgery-free pain relief for injuries and arthritis to my knees and shoulders. They have also provided me with relief due to degeneration of my spine.

I was scheduled to receive my stem cells on June 12, 2019 in my right shoulder after consulting with two orthopedic surgeons. My stem cells have previously been a pain free alternative to invasive surgery. They have allowed me to return to activities and functions after pain relief I experienced with previous injections of my stem cells.

I ask the court to consider the lawful use of my stem cells and, accordingly, have my property right in the stem cells respected.

Regards,

*Sarah S. Anderson*

Sarah S. Anderson