Susan H Burke, EDD

5647 W Arrowhead Lakes Dr

Glendale AZ  85308



FILED BY _____ D.C.

JUL 3 0 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court

US District Court

400 N. Miami Ave.

Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

I was dismayed to learn my harvested stem cell have potential of being destroyed.  Those are my cells taken from my body.  Harvested eggs from a woman are not destroyed.   For heaven's sake, a person can freeze his or her head and not have the legal system destroy it.  Why is it ok to destroy my stems cells?

The use of my stems cells periodically have been very beneficial to my well-being.  They have reduced the inflammation in my body.  I have auto-immune issues and so my body is continually propagating inflammation.  Stem cells are one way I have of combating the issue.

Please do not destroy my cells.  If you have any questions for me concerning this issue, please call me (623-363-0036).

Sincerely

Susan H Burke,  EDD

Jackie L. Jurkowski
4894 Midland Springs Drive
Columbus, GA  31909

FILED BY _____ D.C.

JUL 3 0 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 17, 2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them.  Traditional medicine offered no hope for these patients and most exhausted all those options with no success.  The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process.  The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property.  Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell.  The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Jackie L. Jurkowski