Louanne Fausze
1115 Driftwood Ct., #223
Elk Grove Village, IL 60007

7/23/2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others. Case 18-cv-61047-Uu

FILED BY  PG  D.C.

JUL 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Ungaro,

My sister and brother in law, Karen and James Jeffries, both have stem cells stored at U.S. Stem Cells. She has Alzheimer's and he has Parkinson's. By getting the stem cell injections, their daily living has improved greatly. They are both in their 70's and have been able to continue to live in their own home instead of being put in a nursing home.

They had their own stem cells extracted quite a while ago and they have been stored at U S Stem Cells. It is hard enough they need to leave the US to have them injected, why would we need to put them through having them extracted again if the cells being stored are destroyed. It just doesn't make sense.

The stem cell therapy has been a gift from God. It has improved both of their lives, especially Jim. His disease is more advanced than Karen's. He can now walk, smile, talk and have conversations. Before the treatment, he was like an empty shell. Karen's short term memory has improved greatly also. They are now able to live in their own home and maintain their independence.

Please do not allow their stored stem cells to be destroyed. They cannot afford the money, energy or time to leave the country to have the process started over again. Please reconsider your ruling. If needed, allow the family to collect the cells and take them to another country for storage. This process is not harming anyone and only helps Jim and Karen. Please help us through this difficult time.

Sincerely,
Louanne Fausze

July 23, 2019

FILED BY PG D.C.

JUL 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
Regarding: USA vs. US Stem Cell Clinic and others, Case 18-cv-61047-UU

Clerk of the Court,

In reverence to the aforementioned case, we are writing to clearly indicate the misrepresented and illegal action that is being proposed to destroy our personal property/stem cells that are being held by USA Stem Cell. We do not understand or agree with any motive and believe this to be a violation of our constitutional rights and personal property. There are many individuals in the world and throughout this country that have realized the significant benefits of having a stem cell procedure to improve their quality of life.

This law suit that we deem as unfounded and improper, is attempting to remove our personal property that is comprised of our own DNA and stem cells. Whether it is the audacity of big pharma, special interest groups or other parties with the intent of personal corporate gain, this is clearly a breach of our legal rights to own and maintain our stem cells, which belong to us.

We demand that the court immediately dismiss this law suit, as it is frivolous, illegal and irresponsible.

Sincerely,

Colleen T. Green

*[signature: Colleen J. Green]*

Nanette G. Davis

*[signature: Nanette G. Davis]*