RE: USA vs US Stem Cell Clinic

Case 0:18-cv-61047-UU

FILED BY____PG____D.C.

AUG 01 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Ungaro,

You are a well respected Judge who has handled many important cases, which I assume is the reason you were in charge of the recent trial against US Stem Cell Clinic. I know you are fighting for the greater good as you have throughout your admirable career.

Your recent ruling may have affected many with chronic diseases in ways you may not have considered. I'd kindly like to make you aware of the rulings implications on those with Chronic Illness.

**Background:**
I have been suffering from a severe chronic autoimmune disease called CRPS (complex regional pain syndrome). CRPS is the most painful disease in the world ranked above fresh amputation & childbirth on the Medical Pain Scale (see page 3). The pain is so relentless that 20% of people with CRPS **commit suicide**; hence its nicknamed the "suicide disease".

Over 4 years, I have tried over 12+ FDA approved treatments and saw 10 doctors. These treatments have provided zero benefit, and I have spent over six figures which was most of my savings seeking relief. Most with CRPS have the similar story because there are no effective FDA approved treatments.

As a last ditch effort before giving up, I pursued adipose stem cells. Amazingly, my searing pain began to finally improve about 2 months after treatment. Finally after 3 years, I was able to walk again and began to get back to a semi-normal life.

Recently I re-flared my knee. Considering my stem cells were banked, I immediately contacted US Stem Cell Clinic. I was then informed about the ruling against US Stem Cells and that my Cells were no longer accessible.

**The Reality:**
This ruling has put me in a position to where I cannot walk, drive, buy groceries, and am living once again in the highest degree of pain a human can experience. It's truly equivalent to pouring gasoline all over my knees and lighting it on fire.

CRPS often spreads from surgery so another Stem Cell harvesting procedure is too risky of an option.

## Considerations:

I know you did not intent to put me (and others) with chronic disease in such a tough place. There has to be a solution that would allow individuals suffering with severe disease to access our only viable treatment. Undoubtably, lives are on the line with this ruling. Here is a viable option to please consider:

- Allow our current banking facility to continue providing services (in or off-shore) while banning new SVF procedures
- Allowing us to move our biological property to another tissue bank (in or off-shore)

I hope this letter find you well and provides a better overview of the severe consequences thousands with chronic pain are facing because of this ruling.

*With Great Respect,*
*Sincerely Clayton*

*[signature: Clayton]*

(Below is the **Medical Mcgill pain scale** showing that Complex Regional Pain Syndrome (CRPS) is **the most** painful disease in the world)



7-25-19

To: Ursula Ungaro

RE: USA vs US Stem Cell Case

FILED BY ___PG___ D.C.
AUG 01 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I don't understand how the FDA - Government - can possibly "ban" a substance that comes from a person's own body?

If it comes from me, and I want to use it on me — how does that affect anyone else?

The only thing I can come up with, is the governing bodies haven't figured out how to make money on it. How horrible would it be if people actually started healing themselves — without using prescription drugs! It wouldn't be horrible for the people wanting to be healthy and whole again, and it wouldn't be horrible for their families, friends and loved ones. The only thing I can come up with — is the pharmaceutical companies are pitching a fit!

Please explain to me why I am wrong, and why using stem cells is a bad thing.

→

I would love to hear both sides of the story. Please contact me any time.

Monique Heagle

PO Box 217
Myrtle Point OR 97458
541-572-2344
541-572-0086 fax
moniqueheagle@yahoo.com

Thank you for your time,

*Monique Heagle*

# Jacquelyne J. Bragdon

**474 West Cedar Street, Apt. B**
**Sequim, WA 98382**
**360-775-5557**

7/18/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

FILED BY __PG__ D.C.

AUG 01 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Jacquelyne J. Bragdon. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully correct a condition brought on by the use of the antibiotic, Cipro, and have seen noticeable improvement.

I pre-paid for a total of 3 infusions using stem cells derived from my own adipose tissue. I've had two infusions to date, with a third treatment, also prepaid ($3,500 with stem cell banking fees), with plans to have that treatment done later this year.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Jacquelyne J. Bragdon*
Jacquelyne J. Bragdon

cc:   Givner Law Group
      19495 Biscayne Blvd #702
      Aventura, FL 33180



> We cannot solve our problems
> with the same thinking we used
> when we created them.
>
> Albert Einstein

July 29, 2019

Dear Judge Ungaro,

I am writing this as a personal note instead of typing a letter because of the personal nature of the note and the hope that because of that, an actual person might read it.

I am a patient of Dr Celia Remy of Vitality Medical in Roseville, California. I have known Celia for fifteen years, at least. I trust her with my life. We discussed my banking and decided with Celia to use my banked stem cells as several drug options after had all failed, and had been disappointing from about seven & pending treatment.

My cells are the building blocks of my body. Apart from cells that are not man-operated, in designated offsite used by again.

I decided with Celia to use a case of my stem cells three years ago when I was released from oncological care for two rare cancers (5 years after diagnosis) I had had a GIST (gastrointestinal stromal tumor) the size of a grapefruit invading my stomach — not treatable by chemo and/or radiation but by taking a drug called Gleevec (Novartis Corp.) for three years. A month after surgery, I was diagnosed early stage one rectal cancer which required both chemo and radiation. At the end of my radiation course I was hospitalized for two weeks for septicemia (bacterial infection resulting from compromised immune system.) I am now healthy & cured. (almost done — on back)

