Clerk of the Council
US District Court
400 N. Miami Ave.
RE: USA vs US Stem Cell Clinic and others
Case 18-cv-61047-UU



FILED BY _____ D.C.
AUG 0 5 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Timothy Diprose
11 Hastings Street,
Ridgehaven
South Australia, 5097

To the Clerk of the Council,

My name is Timothy Diprose. I am Australian born and have a neurodegenerative condition called Dystonia. The reason why I am writing this is regarding the future destruction of the adult stem cells that I authorized for US Stem cells clinic to store. These cells should be kept safe for my future medical use.

In Australia, people with certain medical issues like mine can't access adult stem cells because of very strict regulations. Such regulation binds up Australian clinics from deploying adult stem cells to patients with many conditions. Even our own Stem Cells Australia is extremely slow in research about the benefits of adult stem cells for certain conditions in comparison to American clinics where you have seen many remarkable improvements for people who have conditions like mine. These clinics should be very proud of what they are doing to help so many through the use of their patients personal SVF product. This is one of the reasons why I traveled to America to receive adult stem cells.

About two years ago my sister went over to Russia for adult stem cells for her Fibromyalgia. When she arrived home, the head doctor stopped speaking to us about future trips to receive her adult stem cells from their storage. My sister was devastated that she couldn't go back to use her cells for future treatments.

The state government of Florida should have no right to issue an order for my personal SVF product to be destroyed. SVF deployment has no adverse effects on a patient if the SVF is kept contained and taken and deployed in sterile conditions. I have had many SVF deployments from the Californian Stem cell center (Cell Surgical Network) which take adult stem cells via SVF safely and have had no adverse effects on my body.

The state government of Florida should be well aware that this decision to prevent US stem cell clinics to receive, process and distribute SVF product will not only affect US patients who have paid US stem cell clinics to safely store their adult stem cells but will also affect those who have traveled from other countries to receive treatment like myself. If this order goes ahead the SVF product that once was a part of my body will be destroyed. These adult stem cells could give more improvements in my speech and body from future trips to America.

I therefore ask that the state government of Florida would modify or eradicate these terms from their order. This order will not only destroy the future health opportunities of myself but also the many Americans who should have the right to try SVF and have their SVF product stored to be relieved from conditions that they may face during their life time.

Sincerely,

*Timothy Diprose*

Timothy Diprose

To: Clerk of the Court
US District Court

FILED BY _____ D.C.
AUG 0 5 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: USA v US Stem Cell Clinic
Case 18-cv-61047-UU

I have banked my SVF with US Stem Cell. This is my property and I would like to have it returned to me.

Marshall
Cheryl Marshall
Jul 18 2019