To: Clerk of Court
US District Court
400 NW 1st Ave Miami FL. 33030

From: Mary Ann Bates
453 N. Central #27
Superior, NE 68978

FILED BY _AM_ D.C.
AUG 06 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Regarding Case #18-cv-61047-UU In Florida

**USA v US Stem Cell Clinic**

We are writing to you on behalf of a young man from Nebraska that has received stem cell injections from the US Stem Clinic in Weston FL.

This young man, Brock Melton, was injured in a hunting accident November 20, 2016. He was shot in the head and given only a 20% chance of living. With the tremendous talent all the medical people involved in his care, support from the community, and a whole lot of prayer, Brock survived. Brock was named Bryan Trauma Champion for 2017 at the hospital where he received medical care. The following is a link to the video honoring Brock as trauma survivor.

https://vimeopro.comthreepillars/2017-bryan-trauma-champions

Brock is still battling right leg weakness from the injury, he has been in physical therapy since coming home in March of 2017. With physical therapy and two stem cell injections, he can now walk, using a walking stick for assistance. Brock's, his family's and community's wishes are for him to continue to improve. With the stem cell injections he has received Brock and his family has seen marked improvement, including more balance, and improved mobility.

We are asking you to please leave the stem cells that belong to Brock and others, has stored in the US Stem Clinic in Weston FL.

These stem cells are from there own bodies, and are used to be injected back into there own bodies for their own personal benefit, a benefit to their health and quality of life. The cells are there property, not yours to decide what to do with. It is there chance for living a life at its fullest, that of which, is not yours to decide to interfere with. Please, allow these patients to store a piece of their body that can help and heal them from disease and debilitating injury.

Sincerely,

FILED BY ___ D.C.

AUG 06 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave
Miami, FL 33128

July 29, 2019
Cecil Gene Ireland
4002 Evans Lane
Oxford, AL 36203
256-310-2708

RE: USA v US Stem Cell Clinic & others, case 18-cv-61047

Dear U.S. District Judge Ursala Ungaro,

   I have been informed by US Stem Cell, Inc. of your Order and Injunction that prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC, and others from receiving, processing, and distributing SVF Product, among other actions. This Order also includes the destroying of "ALL" SVF Products.

   As a patient with my personal stem cells banked with US Stem Cell, Inc. I have a very personal interest in Your Order and Injunction.

   I have no idea the number of individuals' lives that have been saved or greatly improved by this company's Stem Cell procedure being administered to them, but I can speak for my own experience.

   I am a 71 year old man with degenerative Vertebra Disease. I have had 1 surgery on my neck and 1 surgery on my back removing a disc and fused disc. When I started having severe back pain again, I had several epidurals, but relief was only temporary. After the pain became unbearable, I went back to my surgeon, and after tests he said my back was too deteriorated to have any more surgery. My only alternative was to live on pain medicine.

   After seeing the results my stepson received from his Stem Cell procedure for his heart, I contacted US Stem Cell, Inc to see if they could help me. After numerous tests and evaluations, I was told the procedure would help me. I had my procedure done on March 8, 2019.

   I was told to take it easy for 2 weeks and do no lifting during that time. Just a few days after I returned home, I realized I didn't have any pain. The real test was a few weeks later when I did a lot of pressure washing and still had NO pain at all!!!!! Since then, I have done a lot of lifting and straining and still NO pain. I feel like I have received a miracle cure from my own body!!!!!

   My question--- Why would anyone want to prevent an individual from spending his own money to have a procedure using his own stem cells to heal his own body?????? Does that make any sense???

   I did have my stem cells banked in case I had other issues and would need another injection to help other parts of my body as I get older and deteriorate in other areas.

   PLEASE reconsider your Order and don't take away this opportunity from me and many others to have a better quality of life, that can be achieved NO other way.

Thank you,
Cecil Gene Ireland

Charla Overby
4877 Springwood Cr
Columbus, GA 31909

FILED BY _____ D.C.
AUG 0 6 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

7/15/2019

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what traditional medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

Charla Overby