**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 18-CV-61047**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA and
THEODORE GRADEL, individuals,

      Defendants.

## DEFENDANTS' NOTICE TO THE COURT AS REQUIRED BY THE COURT'S JULY 31, 2019 OMNIBUS ORDER

Pursuant to Court's July 31, 2019 Omnibus Order (Dkt. No. 248), Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and individual Dr. Kristin C. Comella hereby notify the Court that Defendants have jointly informed all "nonpart[ies] with SVF PRODUCT subject to the order of permanent injunction of the status of the permanent injunction and the destruction of the SVF Product" on Monday, August 5, 2019. *Id.* at 3.

Specifically, Defendants sent an email on August 5, 2019, to all of the tissue bank's patients via the Constant Contact e-mail service. The Defendants use Constant Contact in the ordinary course of their business to communicate with tissue bank patients. And, the Defendants have previously used Constant Contact to communicate with tissue bank patients regarding this Action.

The text of the August 5 email stated:

Dear Stem Cell Bank Customer,

On June 25, 2019, U.S. District Court Judge Ursula Ungaro of the Southern District Florida entered a permanent injunction against US Stem Cell Clinic, LLC, and others, which, among other matters, required us to destroy all SVF product stored at the Stem Cell Bank.  On July 19, 2019, Judge Ungaro entered an order that postponed the destruction requirement, with the postponement to expire either when any appeal of the Injunction is completed, or if the defendants chose not to appeal.  Therefore, none of the SVF stored at the Stem Cell Bank will be destroyed at this time.  We are currently evaluating our appeal options, and will update you as soon as we have more information.

As always, the health of our patient community is our priority.

*See* Exhibit A, attached hereto.

DATED: August 6, 2019                             **Respectfully Submitted,**

/s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538
Loren H. Cohen
Florida Bar No. 303879
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:    305-358-0050
Fax:    305-358-0050
imitrani@mitrani.com
lcohen@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, a true and correct copy of the foregoing Defendants' Notice to the Court As Required by the Court's July 31, 2019 Omnibus Order was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel.:    305-/358-0050
Fax:    305/358-0050
imitrani@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*