# EXHIBIT A

**Gardner, Mary M.**

**Subject:**                     U.S. Stem Cell -- Update Regarding Banked Cells

**From:** "U.S. Stem Cell, Inc." <usstemcell@us-stemcell.com>
**Date:** August 5, 2019 at 4:10:05 PM EDT
**To:** kcomella@us-stemcell.com
**Subject: U.S. Stem Cell -- Update Regarding Banked Cells**
**Reply-To:** usstemcell@us-stemcell.com

## Update Regarding Banked Cells

Dear Stem Cell Bank Customer,

On June 25, 2019, U.S. District Court Judge Ursula Ungaro of the Southern District Florida entered a permanent injunction against US Stem Cell Clinic, LLC, and others, which, among other matters, required us to destroy all SVF product stored at the Stem Cell Bank. On July 19, 2019, Judge Ungaro entered an order that postponed the destruction requirement, with the postponement to expire either when any appeal of the Injunction is completed, or if the defendants choose not to appeal. Therefore, none of the SVF stored at the Stem Cell Bank will be destroyed at this time. We are currently evaluating our appeal options, and will update you as soon as we have more information.

As always, the health of our patient community is our priority.

Thank you,

**U.S. Stem Cell, Inc**
13794 NW 4th Street, Suite 212
Sunrise, FL 33325
Tel: (954) 835-1500
Fax: (954) 845-9976

U.S. Stem Cell, Inc., 13794 NW 4th Street, Suite 212, Sunrise, FL 33325

SafeUnsubscribe™ kcomella@us-stemcell.com

Forward this email | Update Profile | About our service provider

Sent by usstemcell@us-stemcell.com in collaboration with

Try email marketing for free today!

2