# Patricia M. Shook

**101 Hayden Place**
**Sequim, WA 98382**
**801-518-0122**

FILED BY ⎯⎯⎯ D.C.

AUG 06 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

7/18/19

Clerk of the Court
US District Court
400 North Miami Avenue
Miami, FL 33128

**RE: USA v US Stem Cell Clinic and others**
**Case # 18-CV-61047-UU**

To whom it may concern:

I am Patricia M Shook. I am a patient of Seattle Stem Cell Center. I signed up for stem cell treatments to hopefully regenerate my left knee, and it has helped me. I paid for 2 injections and 1 IV treatment using my own stem cells derived from my own adipose tissue. I also paid an additional $3500 for a third treatment and for the banking of my stem cells for future treatments.

It is my understanding US Stem Cells, who have my stem cells banked, has been ordered by this court and Judge Ursula Ungaro to cease and desist releasing my cells to me because the FDA has determined my stem cells are a drug. I am appalled that such a thing can happen.

Please let it be known I do not want my stem cells destroyed under any circumstances. I am requesting a stay on the destruction order.

Thank you,

*Patricia M. Shook*

Patricia M Shook

cc: Givner Law Group
   19495 Biscayne Blvd #702
   Aventura, FL 33180