JOHN BRETAGH
530 NATINGHAM CLOSE
PALM HARBOR, FL 34683

[Insert your name and address]

FILED BY _____ D.C.

AUG 07 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

[Insert date]
8/5/19

Clerk of the Court
ATTN: Honorable Ursula Ungaro
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

The Honorable Ursula Ungaro:

This is an appeal in the above referenced case to reverse the decision that all patient samples that are stored be destroyed within 30 days of June 25, 2019. These therapies have been life-changing for so many families, accomplished what tradition medicine has failed, and improved the quality of life of the patients and all those around them. Traditional medicine offered no hope for these patients and most exhausted all those options with no success. The traditional medicine options that so many tried and failed, have devastating side effects, including death.

The individual samples stored are the personal property of citizens of the United States of America and personal property cannot be seized or destroyed without due process. The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding which has not taken place for those having stored samples at US Stem Cell. The rights of the citizens guaranteed under the U.S. Constitution are being violated and reversing the decision is the only option for protecting those rights.

Sincerely,

John Bretagh

[Insert your name]

JOHN BRETAGNA
530 natingham close
palm harbor fl 34583
8/5/19

it is unfortunate of the adverse effects of some donars. my wife has late stage dementia and i have arthritic hips and i am her sole caregiver.

the trip was very difficult to extract the stem cells and costly,

the effect of the stem cells for our well being is enormous.

i hope the courts take this into consideration.

please let us keep and use our adipose stem cells.

sincerely

*[signature: John Bretagna]*