July 31, 2019


FILED BY __PG__ D.C.
AUG 0 9 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

To Whom it may Concern:

In May I had a stem cell treatment using my adipose tissue and had some of that tissue banked with US Stem Cell. The treatment included an injection in the CMC joint in my left wrist which shows bone on bone and bone spurs, in my left knee which suffered a torn ACL a number of years ago, and an IV dose. Because the doctor was only able to harvest a small amount of tissue, I was only able to receive a partial dose to my knee. The wrist got a full dose because it has the most damage and pain. I have experienced a significant reduction in the wrist pain and some increased mobility, which to me is a wonderful thing and gives me much hope that I might avoid a painful surgeries, lengthy rehabilitations, and all the risks associated with knee and wrist surgery, including the potential for surgical complications and even failure. I am 69 years old, which increases surgical risks. I have experienced no undesirable side effects from the treatment I received.

Because of the extensive damage to my wrist, and not receiving a full dose to my knee, I scheduled an appointment to repeat those procedures. I am very disappointed to learn of the FDA's decision preventing me from receiving any more treatments. Undoubtedly there are many people with much more serious conditions that are very much more impacted by this decision than I, but I want to voice my objection to this draconian decision and urge that people who chose to have these treatments with informed consent be allowed to do so. While there may not have been what this agency considers to be enough officially sanctioned studies, I have seen enough statistics showing very few adverse events and many and varied persons and conditions that have been remarkably improved with stem cell injections to convince me that it was well worth trying. Why is positive anecdotal evidence dismissed? Those practitioners who mislead and engage in malpractice unquestionably need to be disciplined, as they should be in all areas of medicine; the majority should not be punished for the few. Stem cell treatments are not always effective but neither are many if not all approved drugs. There are no documented cases of serious complications from the use of stem cells, except three similar cases in which there was human error in the administration of the treatment.

The stem cells I banked are not a drug, they are my own tissue to which I have a constitutional right. Even if they were a drug, it is not reasonable that the FDA has approved many drugs that are shown to sometimes relieve symptoms with the possibility of terrible and even fatal side effects but are shutting down the use of these treatments that have given many life-altering relief and even cures. It is additionally disturbing that Judge Ungaro did not give US Stem Cell the opportunity to defend themselves. This decision needs to be overturned.

*Cynthia Russell*

Cynthia Russell
6880 Park Place
Granite Bay, CA 95746
916-717-2633