**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

**CASE NO.: 18-CV-61047**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**

**US STEM CELL CLINIC, LLC,** *et al.***,**

       **Defendants.**

**DEFENDANTS' NOTICE TO THE COURT AS REQUIRED BY THE
COURT'S JULY 19, 2019 ORDER**

Pursuant to Court's July 19, 2019 Omnibus Order (Dkt. No. 233), Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and individual Dr. Kristin C. Comella hereby submit "to the United States and this Court an accurate and current inventory of any and all articles containing SVF in their possession, custody, or control." *Id.* at 4. The required inventory, per the Court's Order, is to include "a detailed description of where those articles are being held; how and where those articles were manufactured . . ." *Id.*

Attached hereto, at Exhibit A, is an inventory. The Defendants do not concede that they "manufactured" those articles within the meaning of 21 C.F.R. § 1271.3(e). The Defendants note that, for each article listed on the inventory, a licensed healthcare professional removes adipose tissue from the individual during a procedure that occurs outside of the tissue bank at facilities that are located throughout the country, many, if not most, of which are not parties to this action. That adipose tissue sample is then sent to the tissue bank.

As noted in publicly-available documents, the tissue bank is generally in the business of collecting, growing, and banking cultured cells. Upon receipt of the adipose tissue samples by the

tissue bank, a laboratory technician processes the adipose tissue to remove the adipocytes. The technician isolates mesenchymal stem cells from the processed sample, which cells are stored or "banked." The tissue bank performs its services pursuant to its contract with individuals seeking tissue bank storage.

DATED: August 19, 2019                    **Respectfully Submitted,**

/s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538
Daniel S. Bitran
Florida Bar No. 124041
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305-358-0050
Fax:   305-358-0050
imitrani@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2019, a true and correct copy of the foregoing Defendants' Notice to the Court As Required by the Court's July 19, 2019 Order was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

/s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538
Daniel S. Bitran
Florida Bar No. 124041
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel.:    305-/358-0050
Fax:    305/358-0050
imitrani@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*