UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.

**US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA, individual,**

      **Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that U.S. Stem Cell Clinic, LLC, U.S. Stem Cell, Inc., and Kristin C. Comella, the Defendants in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of Permanent Injunction (DE 83), and all adverse post-judgment orders.

Dated: August 23, 2019

Respectfully submitted,

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
Daniel S. Bitran
Florida Bar No. 124041
Pamela A. Chamberlin
Florida Bar. No. 444006
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305-358-0050

Fax:  305-358-0050
imitrani@mitrani.com
lcohen@mitrani.com
dbitran@mitrani.com
ctenn@mitrani.com
miamidocketing@mitrani.com

Michael S. Blume (admitted pro hac vice)
Todd A. Harrison (admitted pro hac vice)
Todd H. Halpern (admitted pro hac vice)
Stephen R. Freeland (admitted pro hac vice)
Mary M. Gardner (admitted pro hac vice)
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 23, 2019, a true and correct copy of the foregoing Notice of Appeal was filed with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to all counsel and parties of record listed on the Service List Below.

      */s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL  33140
Tel.:    305-358-0050
Fax:    305-358-0050
*Attorneys for Defendants US Stem Cell Clinic, LLC, US Stem Cell, Inc., and Kristin C. Comella*

## SERVICE LIST

Roger J. Gural
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
*Roger.gural@usdoj.gov*

*Counsel for United States of America*

*Of Counsel:*

Rebecca K. Wood
Chief Counsel
Food and Drug Administration

Perham Gorji
Deputy Chief Counsel for Litigation

Michael D. Helbing
Associate Chief Counsel for Enforcement
United States Dept. of Health and Human Services
Office of the General Counsel
White Oak 31, Room 4426A
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132
*james.weinkle@usdoj.gov*

*Counsel for United States of America*

Jacob Joseph Givner, Esq.
Marissa Ximena Kaliman, Esq.
Givner Law Group, LLC
19495 Biscayne Boulevard
Suite 702
Aventura, FL 33180
Tel.:    305-933-9970
Fax:    786-520-2704
*jgivner@givnerlawgroup.com*
*mkaliman@givnerlawgroup.com*

Kathleen A. Daly, Esq.
Law Office of Kathleen A. Daly, P.A.
515 N. Flagler Drive
Suite P300
West Palm Beach, FL 33401
Tel.:    561-293-8514
Fax:    800-395-8692
*kdaly@kadalylaw.com*

4