August 17, 2019

Clerk of the Court
US District Court
Re: USA vs US Stem Cell Clinic and others, Case 18-cv-61047

To whom this may concern in regards to my own stem cells:

Until now I haven't been able to put my thoughts in words. I cannot imagine how this order and injunction was set in motion, requiring the destruction of my own stem cells. I have harvested my stem cells to promote and encourage my own health and healing. How crazy is it that you would control their use and call my cells a drug and then say that they need to be destroyed! They came from my own tissue! You have no rights over them! They are intended to help me! You are very wrong to have made this decision. You are stealing my property and overlooking my rights. What is the court's motive? Please reconsider and do the right thing-- reverse this order!

Sincerely, Nathan Tornquist

717 9th Street SW
Willmar, MN 56201
320-979-9326

FILED BY _____ D.C.
AUG 2 3 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court                                                                  August 18, 2019
US District Court
Re: USA vs US Stem Cell Clinic and others, Case 18-cv-61047

To whom this may concern:

In 2015, our son became very sick and we have been on a four year journey of finding a path back to health.

In our ongoing search, stem cell treatment has brought a measure of relief and provided long term hope! You are taking away hope.

Stem cells are not drugs! We chose this fully legal and viable option and now it has been ruled that HIS OWN STEM CELLS have to be destroyed???!! I do not understand how those who have harvested their own cells to promote healing, now could be forced to destroy them! What is the purpose of concerning yourself with people using their own stem cells to encourage healing? No harm is done, it is your own body's cells!

This decision must be reversed! Please understand that the decisions being made by the courts affect real people, and my son is one of them!

Sincerely,
Jay Tornquist

717 9th Street SW
Willmar, MN 56201
320-212-3132

FILED BY ___ D.C.
AUG 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI