August 20, 2019
Clerk of the Court, Angela E Noble
U.S. DISTRICT COURT
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128



RE:  USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Dear Ms. Noble,

This letter is to plead and request that I be allowed to access **my own personal stem cells** that were removed from my body and banked at U S Stem Cell in Florida. I banked them so I would have access to them for more injections.

I'm needing to get another injection and need to be able to **access my own stem cells**.

It is not right that the court is holding **my own stem cells** and not allowing me access to them. I paid a $2000 fee for this service through U S Stem Cell and they should be allowed to honor my contract to provide them back to me upon request.  Holding **my own personal stem cells** is the same as theft in my mind.

The court is hindering me from receiving stem cell treatments that are helping my body to repair damaged areas and aide in my healing. I am allergic to almost every prescription drug available to help with pain. I tried the stem cell therapy as an alternative. It worked, but now I need more injections. These injections are made up from **my own personal stem cells taken from fat removed from my body.** They are in no way a "drug".

**Please release my own stem cells upon receiving this letter.**

Thank you,

*Antoinette M Brown*

Antoinette M Brown
13503 W Spring Meadow Dr
Sun City West, AZ 85375
Brown.business.scw@cox.net
623-451-9342 cell

Cc: U.S. Stem Cell – email, Revive Wellness in Glendale, AZ