# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2019

Michael S. Blume
Venable LLP
1270 AVE OF THE AMERICAS FL 24
NEW YORK, NY 10001

Loren H. Cohen
Mitrani Rynor Adamsky & Toland, PA
301 ARTHUR GODFREY RD PH
MIAMI BEACH, FL 33140

Stephen Ray Freeland
Venable, LLP
600 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

Mary M. Gardner
Venable, LLP
600 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

Todd H. Halpern
Venable, LLP
600 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

Todd A. Harrison
Venable, LLP
600 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

Isaac Jaime Mitrani
Mitrani Rynor Adamsky & Toland, PA
301 ARTHUR GODFREY RD PH
MIAMI BEACH, FL 33140

Appeal Number: 19-13276-EE

[FILED BY ABM D.C. Aug 27, 2019 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIA]

Case Style:  USA v. US Stem Cell Clinic, LLC, et al
District Court Docket No:  0:18-cv-61047-UU

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE October 2, 2019. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix. (In cross-appeals pursuant to Fed.R.App.P. 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE/ so
Phone #: (404) 335-6173

DKT-7CIV Civil Early Briefing

Case 0:18-cv-61047-KMM  Document 265  Entered on FLSD Docket 08/27/2019  Page 4 of 4
Case 0:18-cv-61047-UU  Document 260  Entered on FLSD Docket 08/23/2019  Page 1 of 4
Case: 19-13276     Date Filed: 08/23/2019     Page: 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

US STEM CELL CLINIC, LLC, a Florida limited liability company,
US STEM CELL, INC., a Florida profit corporation, and
KRISTIN C. COMELLA, individual,

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that U.S. Stem Cell Clinic, LLC, U.S. Stem Cell, Inc., and Kristin C. Comella, the Defendants in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of Permanent Injunction (DE 83), and all adverse post-judgment orders.

Dated: August 23, 2019

Respectfully submitted,

*/s/ Isaac J. Mitrani*
Isaac J. Mitrani
Florida Bar No. 348538
Daniel S. Bitran
Florida Bar No. 124041
Pamela A. Chamberlin
Florida Bar. No. 444006
MITRANI, RYNOR,
ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305-358-0050