UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 18-61047-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
Plaintiff,
v.

US STEM CELL CLINIC, LLC, a Florida
limited liability company,
US STEM CELL, INC., a Florida profit
corporation, and
KRISTIN C. COMELLA, individual,
Defendants.
_____/

## NOTICE TO APPEAL

Notice is hereby given that Proposed Intervenors Jan Aitken, Carol Barrows, David H. Buckles, Barbara Bums, Stephanie Ciaramitaro, Evelyn L. Clough, Samuel Colacurio, Eric C. Congiardo, Enrique Corral, Lawrence Coughlin, Lydia Cronin, Allison L. Cronin, Paul Decker, Robert Demane, Gay D'Surney, Camilla J. Foreman, Jan Gimian, Darro Grieco, Gail Grill, Naota Hashimoto, Luz C. Hernandez, Laurel L. Hodory, Gregory 0. Hudgins, Alan D. Hudson, Karen J. Jeffries, James L. Jeffries, Maureen Jones, Michael L. Kelby, Mary Klucarich, Deanna M. Lawrence, Suzanne M. Lawrence, Jeffery Masters, Margarita Mattingly, Elaine Murin, Bernadette Newlon, Olivia Newsome-Grieco, Kathryn L. O'Harrow, Robert I. Orenstein, Michael K. Pool, Kathleen Rogers, Reid Runzheimer, Mary Sczepaniak, Shannon E. Seth, Deborah Simmons, Channie Smith, Judith Smith, Christen Streufert, Linda T. Taylor, John M. Temple, Thomas Thibodeau, Anthony J. Thynne, Dawn Washkewicz, Pam Washkewicz, Steven Waterman, Nancy Weaver, Kurt Wellner, Renate Wilson, Dawn Winslow, Joyce Yeargan, Charles Yeargan Sada Fenton, Darcy Goette, Fay Magennis, Edwin Noble, Frank Poucher, Kurt Wuellner Sarah

Anderson, Ming Dooley, Sharon Kuster, Kathryn Morrow, George Nemecz, Leah Simpson, Scot Simpson, Chloe Spencer, Stephan Spencer and Mollie N. Thibodeau, appeal to the United States Court of Appeals for the Eleventh Circuit from the order denying their motion to intervene (DE 248) entered July 31, 2019.

**GIVNER LAW GROUP, LLP**
*Attorneys for Applicants for Intervention*
19495 Biscayne Boulevard
Suite 702
Aventura, FL 33180
Telephone: 305-933-9970
Facsimile: 786-520-2704

By: _____
J. Joseph Givner
Florida Bar No.: 850705
E-mail: jgivner@givner.law

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
J. Joseph Givner

## SERVICE LIST

| | |
|---|---|
| **Michael S. Blume**<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY<br>212-503-0699<br>msblume@venable.com<br>Designation: Retained<br>Assigned: 04/11/2019<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant) |
| **Loren Harley Cohen**<br>Mitrani, Rynor, Adamsky & Toland, P.A<br>301 Arthur Godfrey Road<br>Penthouse<br>Miami Beach, FL 33140<br>305-358-0050<br>358-0550(fax)<br>lcohen@mitrani.com<br>Assigned: 07/16/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Stephen R. Freeland**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4837<br>srfreeland@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Mary M. Gardner**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4398<br>mmgardner@venable.com<br>Designation: Retained | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant) |

| | |
|---|---|
| Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Roger J. Gural**<br>United States Department of Justice<br>Civil Division, Office of Consumer Litigation<br>450 5th Street, NW<br>Washington, DC 20001<br>202-307-0174<br>202-514-8742 (fax)<br>Reger.gural@usdoj.gov<br>Designation: Retained<br>Assigned: 05/09/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing<br><br>**United States of America**<br>(Plaintiff) |
| **Todd H. Halpern**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4152<br>thhalpern@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Todd H. Harrison**<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-344-4152<br>thharrison@venable.com<br>Designation: Retained<br>Assigned: 05/22/2018<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing:<br><br>**US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **Isaac Jaime Mitrani**<br>Mitrani, Rynor Adamsky & Toland, P.A. | Representing: |

| | |
|---|---|
| 301 Arthur Godfrey Road<br>Penthouse<br>Miami Beach, FL 33140<br>(305) 358-0050<br>(305) 358-0050 (fax)<br>imitrani@mitrani.com<br>Assigned: 05/16/2018<br>*ATTORNEY TO BE NOTICED* | **US Stem Cell Clinic, LLC**<br>(Defendant)<br><br>**US Stem Cell Clinic, Inc.**<br>(Defendant)<br><br>**Kristin C. Comella**<br>(Defendant)<br><br>**Theodore Gradel**<br>(Defendant) |
| **James Alan Weinkle**<br>United States Attorney's Office<br>99 N.E. 4th Street<br>Suite 300<br>Miami, FL 33132<br>(305) 961-9290<br>(305) 530-7139 (fax)<br>James.weinkle@usdoj.gov<br>Designation: Retained<br>Assigned: 05/10/2018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Representing<br><br>**United States of America**<br>(Plaintiff) |