Jan Aitken, et al. v. US Stem Cell Clinic, LLC, et al
Appeal No. 19-13381-EE

## Supplement to Transcript Order Information Form

Jan Aitken, Sarah Anderson, Carol Barrows, David H. Buckles, Barbara Bums, Stephanie Ciaramitaro, Evelyn L. Clough, Samuel Colacurio, Eric C. Congiardo, Enrique Corral, Lawrence Coughlin, Lydia Cronin, Allison L. Cronin, Paul Decker, Robert Demane, Ming Dooley, Gay D'Surney, Sada Fenton, Camilla J. Foreman, Jan Gimian, Darcy Goette, Darro Grieco, Gail Grill, Naota Hashimoto, Luz C. Hernandez, Laurel L. Hodory, Gregory O. Hudgins, Alan D. Hudson, Karen J. Jeffries, James L. Jeffries, Maureen Jones, Michael L. Kelby, Mary Klucarich, Sharon Kuster, Deanna M. Lawrence, Suzanne M. Lawrence, Fay Magennis, Jeffery Masters, Margarita Mattingly, Kathryn Morrow, Elaine Murin, George Nemecz, Bernadette Newlon, Olivia Newsome-Grieco, Edwin Noble, Kathryn L. O'Harrow, Robert I. Orenstein, Michael K. Pool, Frank Poucher, Kathleen Rogers, Reid Runzheimer, Mary Sczepaniak, Shannon E. Seth, Deborah Simmons, Leah Simpson, Scot Simpson, Channie Smith, Judith Smith, Chloe Spencer, Stephan Spencer, Christen Streufert, Linda T. Taylor, John M. Temple, Mollie N. Thibodeau, Thomas Thibodeau, Anthony J. Thynne, Dawn Washkewicz, Pam Washkewicz, Steven Waterman, Nancy Weaver, Kurt Wellner, Renate Wilson, Dawn Winslow, Joyce Yeargan and Charles Yeargan.