Clerk of the Court
US District Court
400 N. Miami Ave
Miami, FL 33128

Sept. 6, 19
Donald Warren Reaves
223 Wildwood Road
Anniston, AL 36207
256-310-9535

FILED BY _____ D.C.
SEP 13 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: USA v US Stem Cell Clinic & others, case 18-cv-61047

Dear U.S. District Judge Ursala Ungaro,

   I have been informed by US Stem Cell, Inc. of your Order and Injunction that prohibits US Stem Cell, Inc., US Stem Cell Clinic, LLC, and others from receiving, processing, and distributing SVF Product, among other actions. This Order also includes the destroying of "ALL" SVF Products.

   As a patient with my personal stem cells banked with US Stem Cell, Inc. I have a very personal interest in Your Order and Injunction.

   I have no idea the number of individuals' lives that have been saved or greatly improved by this company's Stem Cell procedure being administered to them, but I can speak for my own experience.

   I am a 49 year old heart patient with only 15% heart function. I have been in this condition for over 5 years. I have congestive heart failure and am under the care of a great team of doctors at UAB/Kirklin Clinic, Birmingham, AL. I am on around 15 different medications.
   Many days my goal has been to get out of bed, get a shower and fix myself something to eat. On a good day I was able to pick my daughter up after school.

   In June of 2018 1 tried to get approved to participate in a Stem Cell Clinical Trial at UAB Birmingham, AL. I was rejected because the stem cells were being administered though a heart cath with probes being put in various areas of the heart. My heart has very thin areas and they were afraid that it would rupture and I would bleed to death.

   After very much research, my mother found U.S. Stem Cell, Inc. I had my stem cell removal, processing and injection done on Aug. 1, 2018. Three days after my injection, my hands were no longer purple, cold, and hurting all the time. The circulation had come back into my hands!!! By the end of 3 weeks my breathing and energy level had improved. I continued to improve through the next several months. In Oct, 2018 1 was able to walk my daughter out onto the football field for Homecoming. My life has drastically improved.

   I did have my stem cells banked, I had another injection in March, 2019. I am now able to attend church and other events. I feel like I am living again instead of just existing.
   PLEASE reconsider your Order and don't take away this opportunity from me and many others to have a better quality of life, that can be achieved NO other way.

                                        Thank you,

                                        Donald Warren Reaves