FILED BY _____ D.C.

SEP 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

September 22, 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
Regarding: USA vs. US Stem Cell Clinic and others, Case 18-cv-61047-UU

Clerk of the Court,

In reference to the aforementioned case, we are writing to clearly indicate the misrepresented and illegal action that is being proposed to destroy our personal property/stem cells that are being held by USA Stem Cell. We do not understand or agree with any motive and believe this to be a violation of our constitutional rights and personal property. There are many individuals in the world and throughout this country that have realized the significant benefits of having a stem cell procedure to improve their quality of life.

This lawsuit that we deem as unfounded and improper, is attempting to remove our personal property that is comprised of our own DNA and stem cells. Whether it is the audacity of big pharma, special interest groups or other parties with the intent of personal corporate gain, this is clearly a breach of our legal rights to own and maintain our stem cells, which belong to us.

We demand that the court immediately dismiss this lawsuit, as it is frivolous, illegal and irresponsible.

Sincerely,

Colleen T. Green

*[signature: Colleen T. Green]*

Nanette G. Davis

*[signature: Nanette G. Davis]*

I want to tell you my personal story about the pain in my knees. A year and a half ago, I was hiking, slipped and tore my meniscus. I had arthroscopic surgery to repair my meniscus but was still in pain. Insurance wouldn't pay for the surgery, saying the surgery was not necessary. I previously had injections to ease the pain. Insurance would not pay for the injections, which only helped for a week.

I have a genetic pre-disposition to knee problems. My brother and father had both of their knees replaced. My brother was quite young and got infection and it caused other health problems where he lost his job and had to go on disability.

My knees are not bad enough to get knee replacements but I was in so much pain, it stopped me from doing the things I love to do. I heard about stem cell therapy and so I decided to take a substantial amount of my inheritance to pay for the procedure. It has helped me tremendously. When it was time for my second injection, I was told that I COULDN'T have access to MY STEM CELLS THAT I PAID A LOT OF MONEY FOR. IT IS MY PROPERTY! I cannot understand how they could freeze or destroy my property. It doesn't seem constitutional! I can do a few things that I enjoy but I need the second injections to completely heal my knees.

 I would love to be able to do the things that I use to do, like,
Hiking, skiing, just walking, tennis and playing with my granddaughter.

Please do the right thing and allow me to get my stem cells out of the Stem Cell Bank. Thank you for your consideration!

Sincerely,

*[signature: Nanette Davis]*

Nanette G. Davis