FILED BY _PG_ D.C.

OCT 1 0 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# BILL & PEGGY JOHNSON

## 574 YOUNGBLOOD RD. WACO, TX 76706
## PH. 254-662-5571 BJOHNSON@JROOF.COM

September 16, 2019

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128

RE:     USA v US Stem Cell Clinic and Others, Case 18-CV-61047-UU

Dear Clerk of the Court,

My wife and I purchased and paid for our stem cells along with the banking fees.  They are our private property and you have stolen them from us.

My back hurts constantly and my wife's knees hurt.  YOU are personally responsible for these acts of "gross negligence" on our private property and allowing us access to them, as we are citizens of the United States.

You have ten (10) days from the date of this letter to allow the return of our stem cells to us so that we can use them for treatment or face the consequences.

This is not just civil but criminal crimes.

Bill & Peggy Johnson

II Timothy I:7

**Teresa Parker**

| | |
|---|---|
| **From:** | U.S. Stem Cell, Inc. <usstemcell@us-stemcell.com> |
| **Sent:** | Friday, August 23, 2019 2:19 PM |
| **To:** | Teresa Parker |
| **Subject:** | U.S. Stem Cell -- Update Regarding Banked Cells |



## Update Regarding Banked Cells

Dear Stem Cell Bank Customer,

On June 25, 2019, U.S. District Court Judge Ursula Ungaro of the Southern District Florida entered a permanent injunction against US Stem Cell Clinic, LLC, and others, which, among other matters, required us to destroy all SVF product stored at the Stem Cell Bank. On August 23, Defendants filed a Notice of Appeal, informing the Court that they intend to appeal the Court's permanent injunction entered against Defendants. Pursuant to Judge Ungaro's July 31, 2019 Order, none of the stem cells stored at the Stem Cell Bank will be destroyed while Defendants' appeal is pending.

As always, the health of our patient community is our priority.

Thank you,

**U.S. Stem Cell, Inc**
13794 NW 4th Street, Suite 212
Sunrise, FL 33325
Tel: (954) 835-1500
Fax: (954) 845-9976

U.S. Stem Cell, Inc., 13794 NW 4th Street, Suite 212, Sunrise, FL 33325

SafeUnsubscribe™ tparker@jroof.com
Forward this email | Update Profile | About our service provider
Sent by usstemcell@us-stemcell.com in collaboration with