# Stop My Stem Cells from Being Destroyed

Emma Kaminski
1049 Nautica Dr
Weston, FL 33327
(954) 494-0081



FILED BY _____ D.C.
OCT 3 1 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL 33128
RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

My Name is Emma Kaminski,

I have my Stem Cells stored at US Stem Cell tissue bank. These cells are MY PROPERTY. US Stem Cell is just storing them.

I have benefited greatly from my OWN stem cells in treating osteoarthritis of my Shoulder. My stem cell treatments have helped me regain my movement and have decreased my pains greatly. I am 81 years old and StemCell has helped me avoid surgery. I chose to store my stem cells at US Stem Cell in order to continue to improve my health and mobility.

My health would be greatly affected if I did not have access to my own stem cells in the future.

DO NOT DESTROY MY STEM CELLS.

Regards,

Emma Kaminski

From:
Emma Kaminski de Pineda
1049 Nautica Drive
Weston
Florida, 33327
USA

MIAMI FL 331
28 OCT 2019 PM 1 L

To
Clerk of the Court
US District Court
400 N. Miami Ave.
Miami, FL. 33128

33128-771699