November 30, 2019

Honorable Ursula Ungaro
Southern District Court of Florida
US District Court
400 N. Miami Ave
Miami, FL 33128

FILED BY_____D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: USA v US Stem Cell Clinic and others, Case 18-cv-61047-UU

Your Honor:

    My name is Laura Jungbauer and I am 49 years old. I have suffered for years with inflammation of tissue and cartilage damage due to bilateral patella sublimation. I have had 3 surgeries, taken pain medications and injections of cortisone for over 30 years. I was using Euflexa, but the FDA claimed it was ineffective, causing my insurance company to stop covering the injections. I have a torn meniscus, bone spurs and osteoarthritis in both knees.

    I had stem cells extracted from my own adipose tissue for the purpose of reducing further inflammation and deterioration of my knee joints. They are being stored with U.S. Stem Cell, Inc. in Florida. This is a far better treatment option for me so I can put off knee replacement until absolutely necessary. I was able to get off all the drugs and injections that were beginning to take a toll on the rest of my body. I was able to have two treatments before the injunction made it impossible for me to have any more treatments released. There are no other storage facilities in the U.S. that do not require me to go to Mexico or Canada for the injections. I have doctors here in Bellevue, WA that had been able to provide this service. Traveling out of country to get injections is not possible for me.

    I received notice on June 27, 2019 that an injunction was placed on U.S. Stem Cell, Inc. located in Sunrise, Florida, to the effect that all patient owned adipose cells stored cannot be added to or released from that storage entity.

    My cells are not being changed to make any organ cells, just fight the inflammations that make it difficult for me to function daily tasks. These are my cells and I am totally aware of all procedures and have given my approval for storage of my cells to be used when I ask for additional treatments. No one else can use my cells, but they are critical for my use. I do not want to continue taking pain killers for rest of my life with major effects on my body.

    I bear all of the costs of removal, storage and retrieval of my stem cells and want to continue this treatment and stay off of pain medications that do not help repair my health issues. The FDA's injunction needs to be modified to allow personal cells to be withdrawn and retrieved for a person's own adipose cells to be available and be administered locally for patients.

    Please modify the injunction to allow personal stem cells to be withdrawn and stored for owners use and administered locally.

Sincerely,

*[signature]*

Laura J. Jungbauer
9016 4th Place SE
Everett, WA 98208
laurajungbauer@comcast.net

L. Jungbauer
9016 4th Pl. SE
Everett WA 98208

Honorable Ursula Ungaro
Southern District Court of Florida
US District Court
400 N Miami Ave
Miami FL 33128

33128-771899

USMS
INSPECTED

RECEIVED

SEATTLE WA 980

DEC 09
2.00 PM
USA FOREVER